# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC<br>d/b/a HAHNEMANN UNIVERSITY<br>HOSPITAL, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466-MFN<br><br>Re: D.I. 4564 |

### CERTIFICATE OF NO OBJECTION REGARDING THE MOTION BY LINDA RAMSEY, ESQUIRE FOR AN ORDER MODIFYING THE AUTOMATIC STAY TO PERMIT PAYMENT AND/OR ADVANCEMENT OF DEFENSE COSTS UNDER AN EMPLOYED LAWYERS LIABILITY POLICY PROVIDING INSURANCE COVERAGE FOR LEGAL MALPRACTICE CLAIMS ASSERTED BY THE DEBTORS

The undersigned hereby certifies that, as of the date hereof, they have received no answer, objection, or other responsive pleading to the *Motion by Linda Ramsey, Esquire, for an Order Modifying the Automatic Stay to Permit Payment and/or Advancement of Defense Costs Under An Employed Lawyers Liability Policy Providing Insurance Coverage for Legal Malpractice Claims Asserted by the Debtors* [Docket No. 4564](the "Motion") filed on March 20, 2023. The undersigned further certifies that they have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the *Notice of Motion by Linda Ramsey, Esquire, for an Order Modifying the Automatic Stay to Permit Payment*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

*and/or Advancement of Defense Costs Under An Employed Lawyers Liability Policy Providing Insurance Coverage for Legal Malpractice Claims Asserted by the Debtors* [Docket No. 4672], objections to the Motion were to be filed and served no later than June 14, 2023, at 4:00 p.m.

It is hereby respectfully requested that an Order approving the Motion be entered at the earliest convenience of the Court, in the proposed form of Order attached hereto as **Exhibit A.**

June 20, 2023
Wilmington, Delaware

**GORDON REES
SCULLY MANSUKHANI, LLP**

/s/ Michael C. Heyden
Michael C. Heyden, Jr. (No. 5616)
Joseph E. Brenner (No. 6643)
824 N. Market St., Suite 220
Wilmington, DE 19801
(302) 992-8955
mheyden@grsm.com

*Counsel for Insured Linda Ramsey*