# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| IS BBFB LLC, and IS 245 NORTH 15TH LLC,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CENTER CITY HEALTHCARE, LLC,<br><br>　　　　Defendant. | Adv. Proc. No. 23-50337 (MFW) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR JUNE 28, 2023 AT 11:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE <u>HONORABLE MARY F. WALRATH, U.S. BANKRUPTCY COURT JUDGE</u>**

### WITH THE COURT'S PERMISSION, THIS HEARING HAS BEEN CANCELLED

<u>**RESOLVED MATTER:**</u>

1.  Motion by Linda Ramsey, Esquire for an Order Modifying the Automatic Stay to Permit Payment and/or Advancement of Defense Costs Under an Employed Lawyers Liability Policy Providing Insurance Coverage for Legal Malpractice Claims Asserted by the Debtors [Docket No. 4564; filed: 03/20/23]

    <u>Response Deadline</u>:  June 14, 2023 at 4:00 p.m.

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

<u>Responses Received</u>:  None

<u>Related Documents</u>:

A.     Notice of Motion [Docket No. 4672; filed: 05/10/23]

B.     Certification of No Objection [Docket No. 4738; filed: 06/20/23]

C.     Order Granting Motion of Linda Ramsey, Esquire for an Order Modifying the Automatic Stay to Permit Payment and/or Advancement of Defense Costs Under an Employed Lawyers Liability Policy Providing Insurance Coverage for Legal Malpractice Claims Asserted by the Debtors [Docket No. 4739; signed and docketed: 06/20/23]

<u>Status</u>: On June 20, 2023, the Court entered an order approving this motion.

## PRETRIAL CONFERENCE

*IS BBFB LLC and IS 245 North 15th LLC v. Center City Healthcare, LLC* – Case No. 23-50337 (MFW)

<u>Status</u>:  This pretrial conference has been continued to a date to be determined.

| | |
|---|---|
| Dated: June 26, 2023 | **SAUL EWING LLP** |
| | By: */s/ Mark Minuti* |

        Mark Minuti (DE Bar No. 2659)
        Monique B. DiSabatino (DE Bar No. 6027)
        1201 N. Market Street, Suite 2300
        P.O. Box 1266
        Wilmington, DE 19899
        Telephone: (302) 421-6800
        mark.minuti@saul.com
        monique.disabatino@saul.com

        -and-

        Jeffrey C. Hampton
        Adam H. Isenberg
        Centre Square West
        1500 Market Street, 38th Floor
        Philadelphia, PA 19102
        Telephone: (215) 972-7777
        Fax: (215) 972-7725
        jeffrey.hampton@saul.com
        adam.isenberg@saul.com

        *Counsel for Debtors and Debtors in Possession*

41558945.1 06/26/2023