# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al., [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466-MFN<br><br>Hearing Date: June 28, 2023<br>Objection Deadline: June 14, 2023 at 4:00 pm EST |

## CERTIFICATE OF COUNSEL SUBMITTING REVISED PROPOSED ORDER GRANTING MOTION BY LINDA RAMSEY, ESQUIRE FOR AN ORDER MODIFYING THE AUTOMATIC STAY TO PERMIT PAYMENT AND/OR ADVANCEMENT OF DEFENSE COSTS UNDER AN EMPLOYED LAWYERS LIABILITY POLICY PROVIDING INSURANCE COVERAGE FOR LEGAL MALPRACTICE CLAIMS ASSERTED BY THE DEBTORS

The undersigned counsel to the Linda Ramsey, Esquire ("**Movant**") hereby certify as follows:

1. On March 20, 2023, Movant filed the *Motion by Linda Ramsey, Esquire for an Order Modifying the Automatic Stay to Permit Payment and/or Advancement*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

*of Defense Costs Under An Employed Lawyers Liability Policy Providing Insurance Coverage for Legal Malpractice Claims Asserted by the Debtors* (D.I. 4564)(the "**Motion**"). Attached to the Motion was a proposed order granting the relief sought ("**Proposed Order**").

2. Pursuant to the Notice of the Motion (D.I. 4672), objections to the Motion were to be filed by June 14, 2023 at 4:00 p.m. EST ("**Objection Deadline**").

3. No formal objections or responses to the Motion were served upon the undersigned or entered on the Court's docket.

4. Prior to the Objection Deadline, the CHUBB Companies ("**CHUBB**") raised informal objections to the proposed order attached to the Motion. To resolve CHUBB's informal objections, the Movant and CHUBB agreed to certain changes to the proposed order.

5. On June 20, 2023, there having been no formal objections served upon the undersigned or entered on the Court's docket, the undersigned filed a *Certificate of No Objection Regarding the Motion by Linda Ramsey, Esquire for an Order Modifying the Automatic Stay to Permit Payment and/or Advancement of Defense Costs Under An Employed Lawyers Liability Policy Providing Insurance Coverage for Legal Malpractice Claims Asserted by the Debtors* (D.I. 4738)("**Certificate of No Objection**"). Attached to the Certificate of No Objection was the Proposed

Order granting the relief sought by the Motion. Due to a clerical error, the Proposed Order was submitted without the changes agreed to between the parties.

6. Later on June 20, 2023, this Court granted the Motion and entered the Proposed Order as an Order of the Court (D.I. 4739). A copy of the Order of the Court is attached as **Exhibit A**.

7. Thereafter, on Friday June 23, 2023, counsel for CHUBB, alerted Movant's counsel to the clerical error.

8. Attached hereto as **Exhibit B** is an amended proposed order granting the Motion ("**Amended Proposed Order**"). The Amended Proposed Order includes the changes agreed to between the parties.

9. Attached hereto as **Exhibit C** is a "blackline" copy of the Amended Proposed Order which highlights the changes agreed upon by CHUBB and Movant.

10. No objection remains to the entry of the Amended Proposed Order approving the Motion.

11. Accordingly, the Court may sign and enter the Amended Proposed Order—reflected in Exhibit B—direct that it be docketed, and direct that the Order entered at D.I. 4739 is vacated.

June 26, 2023
Wilmington, Delaware

                                            **GORDON REES**
                                            **SCULLY MANSUKHANI, LLP**

                                            */s/ Joseph E. Brenner*

Michael C. Heyden, Jr. (No. 5616)
Joseph E. Brenner (No. 6643)
824 N. Market St., Suite 220
Wilmington, DE 19801
 (302) 992-8955
mheyden@grsm.com

*Counsel for Insured Linda Ramsey*


Of Counsel:
Michael Cawley, Esq. (*pro hac vice*)
Courtney Mazzio, Esq. (*pro hac vice*)
Gordon Rees Scully Mansukhani LLP
Three Logan Square
1717 Arch Street, Suite 610
Philadelphia, PA 19103