**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re:* <br><br> CENTER CITY HEALTHCARE, LLC <br> d/b/a HAHNEMANN UNIVERSITY <br> HOSPITAL, et al. [1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 19-11466 (MFN) <br><br> Related to Docket Nos. 4564 and __ |

**ORDER GRANTING MOTION BY LINDA RAMSEY, ESQUIRE MODIFYING THE AUTOMATIC STAY TO PERMIT PAYMENT AND/OR ADVANCEMENT OF DEFENSE COSTS ~~AND SETTLEMENT AMOUNTS~~ UNDER AN EMPLOYED LAWYERS LIABILITY POLICY PROVIDING INSURANCE COVERAGE FOR <u>LEGAL MALPRACTICE CLAIMS ASSERTED BY THE DEBTORS</u>**

> Formatted: Underline

Upon consideration of the motion of Linda Ramsey, Esquire ("Ramsey" or "Insured") for an order authorizing Federal Insurance Company ("Federal") to pay and/or advance Defense Costs under an Employed Lawyers Liability Policy, Policy No. 8255-7330 (the "Motion"), and it appearing that due and sufficient notice of the Motion having been given, and it appearing that no further notice need be provided; and it appearing that the relief requested by this Motion is in the best interests of the Debtors, the Insured and other parties in interest and it appearing that the Court has jurisdiction to consider this Motion and the relief requested therein; and after due deliberation and sufficient cause appearing therefore; it is hereby

ORDERED THAT:

1. The Motion is GRANTED, as set forth herein.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

2.   Ramsey is an Insured under Federal Policy No. 8255-7330. ("Federal Policy").

3.   The automatic stay ~~provided for under~~ of section 362(a) of the Bankruptcy Code is hereby modified, to the extent applicable and necessary, to allow Federal to pay and/or advance Defense Costs under and in accordance with the terms and conditions of the Federal Policy for the benefit of Ramsey, ~~who is properly entitled to a defense under the Policy for the reimbursement and payment of her defense, as well as settlement amounts and other costs and fees incurred in connection with the Debtors' claims against Ramsey~~.

4.   The entry of this order shall not modify or otherwise alter the parties' rights and obligations provided under the terms and conditions of the Federal Policy, and all such rights, claims and defenses thereunder are expressly reserved.

5.   For the avoidance of doubt, any settlement of the Debtors' claims against Ramsey shall be subject to separate Court approval pursuant to Bankruptcy Rule 9019.

6.   This Order shall have immediate effect and shall not be subject to the stay set forth in Rule 4001 (a) (3) of the Federal Rules of Bankruptcy Procedure.

7.   This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

Error! Unknown document property name.DM3-9588305.1+12571923 06-26-202305-08-202301-18-202301-14-2023