# EXHIBIT D

**EXPENSE SUMMARY**

## Expense Summary
## For the Period from May 1, 2023 through May 31, 2023

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (32 pages @ $.10 per page) | | $3.20 |
| E-discovery Processing /Usage | Epiq Relativity | $8,563.00 |
| Legal Research | Westlaw; Lexis | $9,095.74 |
| Mileage | *See attached* | $50.26 |
| Overnight Delivery | Federal Express | $107.39 |
| Parking | *See attached* | $44.00 |
| Recording Fees | Searchtec | $794.25 |
| **Total** | | **$18,657.84** |

| TRAVEL DETAIL | | | | |
|---|---|---|---|---|
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 04/23/23 | Parkway Corp. Centre Square | (1) Mark Minuti | Parking in Philadelphia for site meeting and meeting with litigators | $44.00 |
| 04/23/23 | Mark Minuti | (1) Mark Minuti | Driving from Wilmington, DE to Philadelphia, PA and back for site meeting and meeting with litigators | $50.26 |
| | | **TOTAL** | | **$94.26** |



| | | | |
|---|---|---|---|
| Philadelphia Academic Health System, LLC | | Invoice Number | 2770324 |
| 222 N. Sepulveda Blvd. | | Invoice Date | 06/21/23 |
| Suite 900 | | Client Number | 376719 |
| El Segundo, CA 90245 | | Matter Number | 00002 |

Re:     Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Value | |
|---|---|---|---|
| 05/26/23 | Epiq Relativity eDiscovery Costs | 8,563.00 | |
| | Total Epiq Relativity eDiscovery Costs | | 8,563.00 |
| 05/17/23 | Photocopying | 3.20 | |
| | Total Photocopying | | 3.20 |
| 05/01/23 | Mileage; VENDOR: Mark Minuti; 04/25/23; Site meeting and meeting with litigators in Philadelphia | 50.26 | |
| | Total Mileage | | 50.26 |
| 05/22/23 | Recording Fees; VENDOR: Searchtec Inc.; 04/30/23; Record (3) Mortgage Modifications | 794.25 | |
| | Total Recording Fees | | 794.25 |
| 05/01/23 | Parking; VENDOR: Parkway Corp. Centre Square; 04/25/23 - Parking for Mark Minuti for site meeting and meeting with litigators in Philadelphia | 44.00 | |
| | Total Parking | | 44.00 |
| 05/16/23 | Federal Express 05/03/2023 To: JOHN DEMMY From: Saul Ewing Wilmington | 25.25 | |
| 05/23/23 | Federal Express 05/16/2023 To: Leslie A Berkoff From: Candice Kline | 82.14 | |
| | Total Federal Express | | 107.39 |
| 05/01/23 | Lexis Legal Research | 62.47 | |
| 05/16/23 | Lexis Legal Research | 54.80 | |
| 05/17/23 | Lexis Legal Research | 54.42 | |
| 05/23/23 | Lexis Legal Research | 269.62 | |
| 05/30/23 | Lexis Legal Research | 217.59 | |
| 05/30/23 | Lexis Legal Research | 52.20 | |
| 05/31/23 | Lexis Legal Research | 54.92 | |
| 05/02/23 | Westlaw Legal Research | 278.64 | |
| 05/09/23 | Westlaw Legal Research | 847.00 | |
| 05/10/23 | Westlaw Legal Research | 2,029.00 | |
| 05/11/23 | Westlaw Legal Research | 774.00 | |
| 05/15/23 | Westlaw Legal Research | 982.80 | |
| 05/16/23 | Westlaw Legal Research | 129.00 | |
| 05/18/23 | Westlaw Legal Research | 258.00 | |
| 05/22/23 | Westlaw Legal Research | 1,173.96 | |
| 05/23/23 | Westlaw Legal Research | 1,718.00 | |
| 05/24/23 | Westlaw Legal Research | 139.32 | |
| | Total Legal Research | | 9,095.74 |
| | CURRENT EXPENSES | | 18,657.84 |

**TOTAL AMOUNT OF THIS INVOICE**            18,657.84

41772679.1 07/04/2023