IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) | |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) | Case No. 19-11466 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | **Objection Deadline: July 21, 2023 at 4:00 p.m. (ET)** |
| | ) | |

# REPORT BY EISNER ADVISORY GROUP LLC [2] OF COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD OF MAY 1, 2023 THROUGH MAY 31, 2023

Exhibit A:    CRO Summary of Hours by Professional

Exhibit B:    Non-Transition Services Summary of Compensation by Project Category and Summary of Hours by Professionals

Eisner Advisory Group LLC ("**EA Group**") hereby submits this Forty-Seventh Monthly Report of Compensation Earned and Expenses Incurred (the "**Report**") for the period May 1, 2023 through May 31, 2023 for compensation and reimbursement of costs and expenses incurred pursuant to its engagement, which was approved by order of the Bankruptcy Court on August 2, 2019 [Docket No. 338] (the "**Retention Order**"). EA Group's fees for this period are $174,059.38. EA Group incurred $0.00 in expenses during the period. Pursuant to the Retention Order, parties in interest may file an objection, if any, to this Report within ten (10) days from the date of filing of this Report.

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2]    Effective July 30, 2021 EisnerAmper LLP entered into a transaction whereby EisnerAmper LLP and Eisner Advisory Group LLC is practicing in an alternative practice structure. All advisory services, including Eisner's engagement in the above-captioned cases, will be performed by Eisner Advisory Group LLC.

41856923.1 07/11/2023

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Fees and Expense Schedule (5/1/2023-5/31/2023)**

| Services | Fees | | Expenses | Total |
|---|---|---|---|---|
| CRO Services | $ 121,000.00 | | $         - | $ 121,000.00 |
| Non- Transition Services | 53,059.38 | * | - | 53,059.38 |
| **Total** | **$ 174,059.38** | | **$         -** | **$ 174,059.38** |

*Amount reflects 15% voluntary reduction

# **EXHIBIT A**

**CRO Summary of Hours by Professional**

Exhibit A

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Time Summary by Professional (CRO)**
**May 1, 2023 through May 31, 2023**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* |
|---|---|---|---|
| Allen Wilen, CPA/ABV/CFF, CFA, CIRA, CTP | Partner | 106.8 | $ 755.00 |
| **GRAND TOTAL** | | **106.8** | |

* Rates change annually effective May 1st.

# **EXHIBIT B**

**Non-Transition Services Summary of Compensation by Project Category &
Summary of Hours by Professionals**

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Time Summary by Professional - Non Transition Services**
**May 1, 2023 through May 31, 2023**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* | FEE |
|---|---|---|---|---|
| Jeffrey Kelson, CPA | Partner | 3.5 | $ 660.00 | $ 2,310.00 |
| Steven Biscello, CPA | Partner | 4.0 | 650.00 | 2,600.00 |
| Miri Forster | Partner | 0.7 | 640.00 | 448.00 |
| William Pederson, CPA/ABV/CFF, CIRA/CDBV, CFE | Director | 3.9 | 640.00 | 2,496.00 |
| Jay Lindenberg, CPA/CFF, CIRA | Director | 4.8 | 640.00 | 3,072.00 |
| Adeola Akinrinade | M. Director | 32.4 | 616.00 | 19,958.40 |
| Susannah Prill, CPA | Sr. Manager | 11.5 | 490.00 | 5,635.00 |
| Adam Karasick, CPA | Sr. Manager | 0.8 | 440.00 | 352.00 |
| Dianna Sapozhnikov, CPA | Senior | 40.0 | 335.00 | 13,400.00 |
| Shaquan Williams | Senior | 38.0 | 310.00 | 11,780.00 |
| Giselle Sicilia | Staff | 0.6 | 259.00 | 155.40 |
| DelMarie Velazquez | Paraprofessional | 1.2 | 180.00 | 216.00 |
| **TOTAL HOURS AND FEES** | | | | **62,422.80** |
| **LESS: 15 % VOLUNTARY REDUCTION** | | | | **(9,363.42)** |
| **GRAND TOTAL** | | **141.4** | **$ 375.24** | **$53,059.38** |

* Rates change periodically

| Professionals | Sum of Hours | Sum of Amount |
|---|---:|---:|
| **Akinrinade, Adeola** | **32.4** | **19,958.40** |
|     Accounting/Auditing | 7.2 | 4,435.20 |
|     Case Administration | 15.5 | 9,548.00 |
|     Claims Admin & Objections | 7.5 | 4,620.00 |
|     Preferences | 1.5 | 924.00 |
|     Tax Issues | 0.7 | 431.20 |
| **Bisciello, Steven** | **4.0** | **2,600.00** |
|     Consulting | 4.0 | 2,600.00 |
| **Forster, Miri** | **0.7** | **448.00** |
|     Consulting | 0.7 | 448.00 |
| **Karasick, Adam** | **0.8** | **352.00** |
|     Accounting/Auditing | 0.8 | 352.00 |
| **Kelson, Jeffrey** | **3.5** | **2,310.00** |
|     Accounting/Auditing | 3.5 | 2,310.00 |
| **Lindenberg, Marcel Jay** | **4.8** | **3,072.00** |
|     Tax Issues | 4.8 | 3,072.00 |
| **Pederson, William** | **3.9** | **2,496.00** |
|     Accounting/Auditing | 1.5 | 960.00 |
|     Case Administration | 2.4 | 1,536.00 |
| **Prill, Susannah** | **11.5** | **5,635.00** |
|     Accounting/Auditing | 0.3 | 147.00 |
|     Case Administration | 1.1 | 539.00 |
|     Preferences | 10.1 | 4,949.00 |
| **Sapozhnikov, Dianna** | **40.0** | **13,400.00** |
|     Consulting | 40.0 | 13,400.00 |
| **Sicilia, Giselle** | **0.6** | **155.40** |
|     Claims Admin & Objections | 0.6 | 155.40 |
| **Velazquez, DelMarie** | **1.2** | **216.00** |
|     Fee/Employment Application | 1.2 | 216.00 |
| **Williams, Shaquan** | **38.0** | **11,780.00** |
|     Accounting/Auditing | 38.0 | 11,780.00 |
| **Total Hours and Fees** | **141.4** | **62,422.80** |
| **Less: 15% Voluntary Reduction** | | **(9,363.42)** |
| **Grand Total** | | **$ 53,059.38** |