# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>                         Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered) |

### NOTICE OF INCREASE OF HOURLY RATES FOR FOX ROTHSCHILD LLP

PLEASE TAKE NOTICE that the firm of Fox Rothschild LLP, serving as counsel to the Official Committee of Unsecured Creditors in this chapter 11 case, has adjusted its hourly rates, effective as of June 1, 2023, in accordance with the attached **Exhibit "A".**

**FOX ROTHSCHILD LLP**

By: */s/ Seth A. Niederman*
Seth A. Niederman, Esquire (No. 4588)
919 N. Market Street, Suite 300
Wilmington, DE 19899-2323
(302) 654-7444/Fax (302) 656-8920
sniederman@foxrothschild.com

*Attorneys for the Official Committee of Unsecured Creditors*

Dated: July 12, 2023

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

147233369.1

# EXHIBIT "A"

| Professional | Previous Hourly Rate | Hourly Rate as of []/21 |
|---|---|---|
| Michael G. Menkowitz | $995 | $1,075 |
| Martha B. Chovanes | $820 | $890 |
| Seth A. Niederman | $625 | $675 |
| Jesse M. Harris | $450 | $490 |
| Robin I. Solomon | $435 | $460 |
| Marcia Steen | $400 | $435 |

147233369.1

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Increase of Hourly Rates was served via the Court's CM/ECF electronic filing system on all parties registered to receive such notice, on July 12, 2023.

/s/ Seth A. Niederman
Seth A. Niederman (No. 4588)

Dated: July 12, 2023

147233369.1