## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No.: 19-11466 (MFW) |
|  | (Jointly Administered) |
| Debtors. | **Objections Due: August 9, 2023 at 4:00 p.m. ET** |

**FORTY SECOND MONTHLY FEE APPLICATION OF
FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR THE PERIOD
FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023**

| | |
|---|---|
| Name of Applicant | Fox Rothschild LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | *Nunc Pro Tunc* to July 17, 2019[2] |
| Period for which Compensation and Reimbursement is Sought for the Forty Second Monthly Period: | February 1, 2023 through February 28, 2023 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Forty Second Monthly Period: | $5,814.40 (80% of $7,268.00) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Forty Second | $25.20 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] See Order Granting Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. Section 1103(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Fox Rothschild LLP as Counsel Effective as of July 17, 2019, entered on September 4, 2019 [D.I. 637].

145361559.1

Monthly Period:

This is a(n):  _X_ Monthly _____ Interim _____ Final Fee Application

This is Fox Rothschild's Forty Second monthly fee application. The total time expended in connection with the preparation of this fee application is not included herein as such time was expended after the Compensation Period.

**PREVIOUS FEE APPLICATIONS**

| Application | Dated Filed | Fees Sought | Expenses Sought | CNO Filed | Fees Approved | Expenses Approved |
|---|---|---|---|---|---|---|
| First Monthly [D.I. 1015] | 11/15/19 | $65,854.00 | $3,951.34 | 12/06/19 [D.I. 1105] | $65,854.00 | $3,951.34 |
| Second Monthly [D.I. 1016] | 11/15/19 | $22,899.00 | $1,243.14 | 12/06/19 [D.I. 1106] | $22,899.00 | $1,243.14 |
| Third Monthly [D.I. 1019] | 11/15/19 | $15,471.00 | $204.00 | 12/06/19 [D.I. 1109] | $15,471.00 | $204.00 |
| Fourth Monthly [D.I. 1170] | 12/16/19 | $14,909.50 | $1,064.35 | 1/07/2020 [D.I. 1298] | $14,909.50 | $1,064.35 |
| Fifth Monthly [D.I. 1362] | 1/27/2020 | $18,267.50 | $85.64 | 2/19/2020 [D.I. 1417] | $18,267.50 | $85.64 |
| Sixth Monthly [D.I. 1434] | 2/27/2020 | $10,693.00 | $464.35 | 3/19/2020 [D.I. 1489] | 10,693.00 | $464.35 |
| Seventh Monthly [D.I. 1504] | 3/25/2020 | $7,058.40 | $113.75 | 4/17/2020 [D.I. 1585] | $7,058.40 | $113.75 |
| Eighth Monthly [D.I. 1589] | 4/17/2020 | $9,047.50 | $314.35 | 5/14/2020 [D.I. 1623] | $9,047.50 | $314.35 |
| Ninth Monthly [D.I. 1627] | 5/15/2020 | $2,969.00 | $565.85 | 6/5/2020 [D.I. 1661] | $2,969.00 | $565.85 |
| Tenth Monthly [D.I. 1670] | 6/16/2020 | $5,398.50 | $40.80 | 7/7/2020 [D.I. 1687] | $5,398.50 | $40.80 |

145361559.1

| | | | | | | |
|---|---|---|---|---|---|---|
| Eleventh Monthly [D.I. 1705] | 7/22/2020 | $1,648.00 | $111.60 | 8/12/2020 [D.I. 1737] | $1,648.00 | $111.60 |
| Twelfth Monthly [D.I. 1746] | 8/18/2020 | $1,315.50 | $13.80 | 9/10/2020 [D.I. 1784] | $1,315.50 | $13.80 |
| Thirteenth Monthly [D.I. 1805] | 9/30/2020 | $5,071.00 | $8.45 | 10/26/20 [D.I. 1859] | $5,071.00 | $8.45 |
| Fourteenth Monthly [D.I. 1832] | 10/20/2020 | $6,285.00 | $8.40 | 1/25/20 [D.I. 2048] | $6,285.00 | $8.40 |
| Fifteenth Monthly [D.I. 2049] | 1/26/21 | $8,633.00 | $66.03 | 2/17/21 [D.I. 2104] | $8,633.00 | $66.03 |
| Sixteenth Monthly [D.I. 2050] | 1/26/21 | $10,215.00 | $112.80 | 2/17/21 [D.I. 2105] | $10,215.00 | $112.80 |
| Seventeenth Monthly ][D.I. 2143] | 3/4/21 | $10,764.50 | $10.80 | 4/20/21 [D.I. 2276] | $10,764.00 | $10.80 |
| Eighteenth Monthly [D.I. 2144] | 3/4/21 | $6,272.50 | $33.60 | 4/20/21 [D.I. 2277] | $6,272.50 | $33.60 |
| Nineteenth Monthly [D.I. 2145] | 3/4/21 | $3,996.00 | $66.03 | 4/20/21 [D.I. 2278] | $3,996.00 | $66.03 |
| Twentieth Monthly [D.I. 2284] | 4/21/21 | $6,723.50 | $51.30 | 5/17/21 [D.I. 2339] | $6,723.50 | $51.30 |
| Twenty-First Monthly [D.I. 3222] | 12/1/21 | $4,457.00 | $68.74 | 12/28/21 [D.I. 3364] | $4,457.00 | $68.74 |
| Twenty-Second Monthly [D.I. 3223] | 12/1/21 | $8,118.50 | $8.40 | 12/28/21 [D.I. 3365] | $8,118.50 | $8.40 |
| Twenty-Third Monthly [D.I. 3224] | 12/1/21 | $6,319.50 | $0.00 | 12/28/21 [D.I. 3366] | $6,319.50 | $0.00 |
| Twenty-Fourth Monthly [D.I. 3225] | 12/1/21 | $6,280.50 | $8.40 | 12/28/21 [D.I. 3367] | $6,280.50 | $8.40 |
| Twenty Fifth Monthly | 12/1/21 | $19,061.50 | $321.20 | 12/28/21 [D.I. | $19,061.50 | $321.20 |

| | | | | | | |
|---|---|---|---|---|---|---|
| [D.I. 3226] | | | | 3368] | | |
| Twenty-Sixth Monthly [D.I. 3227] | 12/1/21 | $10,940.50 | $0.00 | 12/28/21 [D.I. 3369] | $10,940.50 | $0.00 |
| Twenty-Seventh Monthly [D.I. 3407] | 1/5/22 | $19,666.00 | $78.08 | 2/7/22 [D.I. 3554] | $19,666.00 | $78.08 |
| Twenty-Eighth Monthly [D.I. 3458] | 1/13/22 | $8,940.50 | $9.36 | 2/3/22 [D.I. 3540] | $8,940.50 | $9.36 |
| Twenty-Ninth Monthly [D.I. 3590] | 2/15/22 | $12,676.50 | $23.46 | 3/9/22 [D.I. 3679] | $12,676.50 | $23.46 |
| Thirtieth Monthly [D.I. 3754] | 3/21/2022 | $5,603.00 | $86.76 | 4/12/22 [D.I. 3851] | $5,603.00 | $86.76 |
| Thirty First Monthly [D.I. 3967] | 5/16/2022 | $9,496.50 | $132.84 | 6/7/22 [D.I. 4015] | $9,496.50 | $132.84 |
| Thirty Second Monthly [D.I. 3968] | 5/16/2022 | $6,499.50 | $0.00 | 6/7/22 [D.I. 4016] | $6,499.50 | $0.00 |
| Thirty Third Monthly [D.I. 4060] | 6/29/2022 | $5,047.50 | $12.96 | 7/21/22 [D.I. 4105] | $5,047.50 | $12.96 |
| Thirty Fourth Monthly [D.I. 4106] | 7/21/22 | $5,345.00 | $21.32 | 8/12/22 [D.I. 4166] | $5,345.00 | $21.32 |
| Thirty Fifth Monthly [D.I. 4266] | 9/14/22 | $5,275.50 | $17.86 | 10/7/22 [D.I. 4325] | $4,220.40 | $17.86 |
| Thirty Sixth Monthly [D.I. 4267] | 9/14/22 | $10,192.00 | $12.96 | 10/7/22 [D.I. 4365] | $8,153.50 | $12.96 |
| Thirty-Seventh Monthly [D.I. 4356] | 10/26/22 | $9,414.50 | $12.96 | 11/17/22 [D.I. 4393] | $7,531.60 | $12.96 |
| Thirty Eighth Monthly [D.I. 4417] | 12/8/22 | $4,619.00 | $8.60 | 1/13/23 [D.I. 4460] | $3,695.20 | $8.60 |
| Thirty-Ninth Monthly [D.I. 4418] | 12/8/22 | $2,472.00 | $21.60 | 1/13/23 [D.I. 4461] | $1,977.60 | $21.60 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| Fortieth Monthly [D.I. 4485] | 2/1/23 | $5,608.00 | $0.00 | 2/27/23 [D.I. 4533] | $4,486.40 | $0.00 |
| Forty First Monthly [D.I. 4495] | 2/3/23 | $4,068.50 | $0.00 | 2/27/23 [D.I. 4534] | $3,254.80 | $0.00 |
| | **TOTAL:** | **$401,121.00** | **$9,575.04** | | **$391,386.40** | **$9,575.04** |

145361559.1

**CUMULATIVE SUMMARY OF PROFESSIONAL SERVICES RENDERED BY
FOX ROTHSCHILD LLP ON BEHALF OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR THE PERIOD
FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023**

| NAME OF PROFESSIONAL | POSITION/DATE ADMITTED TO BAR | HOURLY BILLING RATE* | TOTAL HOURS BILLED | TOTAL COMPENSATION SOUGHT |
|---|---|---|---|---|
| Martha B. Chovanes | Partner – Admitted to PA Bar in 1988; Joined Fox Rothschild in 1988 | $820 | 0.9 | $738.00 |
| Seth A. Niederman | Partner – Admitted to DE Bar in 2004; Joined Fox Rothschild in 2004 | $625 | 6.2 | $3,875.00 |
| Robin I. Solomon | Paralegal since 1982; Joined Fox Rothschild in 1987 | $435 | 5.8 | $2,523.00 |
| Kathleen A. Senese | Paralegal | $330 | 0.4 | $132.00 |
| **TOTALS** | | | **13.3** | **$7,268.00** |
| **Total Blended Rate** | | $546.47 | | |

145361559.1

**CUMULATIVE SUMMARY OF EXPENSES INCURRED BY
FOX ROTHSCHILD LLP ON BEHALF OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM
FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023**

**COSTS ADVANCED AND EXPENSES INCURRED:**

| Description | Amount |
|---|---|
| POSTAGE CHARGES | $25.20 |
| TOTAL EXPENSES | $25.20 |

    \*This rate is Fox Rothschild LLP's regular hourly rate for legal services.  All hourly rates are adjusted by Fox Rothschild LLP on a periodic basis (the last such adjustments, relevant to this Application, occurred on June 1, 2022).

145361559.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No.: 19-11466 (MFW) |
| | (Jointly Administered) |
| Debtors. | **Objections Due: August 9, 2023 at 4:00 p.m ET** |

**FORTY SECOND MONTHLY FEE APPLICATION OF FOX ROTHSCHILD LLP FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
<u>FOR THE PERIOD FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023</u>**

Fox Rothschild LLP ("<u>Fox Rothschild</u>"), as counsel to the Official Committee of

Unsecured Creditors (the "<u>Committee</u>") of the above-captioned debtors and debtors-in-possession

(the "<u>Debtors</u>"), submits its Forty Second Monthly Fee Application (the "<u>Application</u>"), pursuant

to sections 330(a), and 331 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule

2016 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), Rule 2016-2 of the

Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the

District of Delaware (the "<u>Local Rules</u>"), and this Court's Order Establishing Procedures for

Compensation and Reimbursement of Expenses of Professionals, entered August 2, 2019 (the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

"Interim Compensation Order")[2] [D.I. 341], for (i) the allowance of interim compensation for professional services performed by Fox Rothschild for the Forty Second monthly application period from February 1, 2023 through February 28, 2023 (the "Compensation Period") in the amount of $7,268.00 (the "Monthly Compensation Amount") and reimbursement of expenses in the amount of $25.20 (the "Monthly Expense Amount").  In support of this Application, Fox Rothschild respectfully represents:

## I.    Jurisdiction

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. § 157(b)(2).

2.      Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## II.    Background

3.      On July 31, 2019 (the "Petition Date"), the Debtors filed petitions for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned, jointly administered cases. Under Bankruptcy Code sections 1107 and 1108, the Debtors are operating their business and managing their properties as debtors-in-possession. No trustee or examiner has been appointed in these cases.

4.      On July 15, 2019, the United States Trustee for the District of Delaware (the "U.S. Trustee"), pursuant to Bankruptcy Code section 1102(a)(1), appointed seven members to the Committee. The members of the Committee are (i) Conifer Revenue Cycle Solutions, LLC (ii) Medline Industries, Inc.; (iii) Veolia Energy Philadelphia, Inc.; (iv) Medtronic USA, Inc.; (v) Crothall Healthcare, Inc.; (vi) Global Neurosciences Institute, LLC; and (vii) Pennsylvania Association of Staff Nurses and Allied Professionals. The Committee selected Sills Cummis & Gross P.C. and Fox Rothschild as its counsel.

---

[2] Capitalized terms used herein but not capitalized shall have the meaning(s) ascribed to them in the Interim Compensation Order.

145361559.1

5.      By this Court's Order Granting Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. Section 1103(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Fox Rothschild LLP as Counsel Effective as of July 17, 2019, entered on September 4, 2019, the Committee was authorized to retain Fox Rothschild as their attorneys effective <u>nunc pro tunc</u> to July 17, 2019 (the "<u>Retention Order</u>") [D.I. 637]. The Retention Order authorizes the Debtors to compensate Fox Rothschild in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as were to be fixed by order of the Court. The Interim Compensation Order established such procedures.

## III.    Summary of Application for the Compensation Period

6.      By this Application, and in accordance with the Interim Compensation Order, Fox Rothschild requests approval of the Monthly Compensation Amount and the Monthly Expense Amount for the Compensation Period.

7.      During the Compensation Period, Fox Rothschild performed the services for which it is seeking compensation from the Debtors and their estates. Fox Rothschild received no payment and no promises of payment from any other source for services rendered, or to be rendered, in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between Fox Rothschild and any other person, other than members of the firm, for the sharing of compensation received for services rendered in these cases.

8.      Fox Rothschild maintains computerized records of the time spent by all Fox Rothschild attorneys and paraprofessionals in connection with its representation of the Committee. Fox Rothschild's invoice for the Compensation Period is attached hereto as <u>Exhibit</u> <u>A</u>.

9.      Fox Rothschild seeks monthly allowance and payment, pursuant to Bankruptcy

145361559.1

Code sections 330 and 331, of all fees and expenses incurred during the Compensation Period. The firm's total fees sought for the Compensation Period are $7,268.00, and the total expense reimbursement sought is $25.20.

10.     Pursuant to the Interim Compensation Order, absent an objection to the Application, 80% of the firm's fees, or $5,814.40, is payable to Fox Rothschild upon the filing of a certification of no objection, together with 100% of the firm's costs in the amount of $25.20.

A.     **Summary of Services Rendered by Fox Rothschild During the Compensation Period**

11.     This Application is the Forty Second monthly fee application for Interim Compensation that Fox Rothschild has filed in these cases. During the Application Period, Fox Rothschild provided the professional services that are described in this Application and set forth in the attached time records.

12.     Attached as <u>Exhibit A</u> are Fox Rothschild's itemized time records for professionals and paraprofessionals performing services for the Committee during the Compensation Period.

13.     During the Compensation Period, Fox Rothschild billed the Committee for time expended by attorneys and paraprofessionals based on hourly rates ranging from $330 to $820 per hour. The professional services performed by Fox Rothschild on behalf of the Committee during the Compensation Period required an aggregate expenditure of 13.3 recorded hours by Fox Rothschild's partners, associates, and paraprofessionals. Fox Rothschild's blended hourly rate for services provided during the Compensation Period is $546.47.

14.     The fees charged by Fox Rothschild as set forth in <u>Exhibit A</u> are billed in accordance with Fox Rothschild's existing billing rates and procedures in effect during the Compensation Period.

15.     All entries itemized in Fox Rothschild's time records comply with the requirements

set forth in Local Rule 2016-2, including, without limitation, (i) the utilization of project categories, (ii) a description of each activity or service that each individual performed, and (iii) the number of hours (in increments of one-tenth of an hour) spent by each individual providing the services. Each project category in Exhibit A is organized in accordance with Fox Rothschild's internal system of project category or work codes (each a "Task Code"). If a Task Code does not appear, then Fox Rothschild did not bill time or expenses for that Task Code during the Compensation Period but may bill time for that Task Code in the future. In accordance with Local Rule 2016-2(d)(x), all activity descriptions in Exhibit A are presented chronologically within each Task Code category.

16.     The professional services performed by Fox Rothschild were necessary and appropriate to the administration of these cases. The professional services performed by Fox Rothschild were in the best interests of the Committee and other parties in interest. Compensation for the foregoing services as requested is commensurate with the complexity, importance, and time-sensitive nature of the problems, issues, or tasks involved. The professional services were performed expeditiously and efficiently.

17.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of the cases; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; (e) Fox Rothschild's established expertise in the bankruptcy field; and (f) the costs of comparable services other than in a case under the Bankruptcy Code.

   B.     **Actual and Necessary Expenses of Fox Rothschild**

18.     Pursuant to Local Rule 2016-2(e), attached as Exhibit A are Fox Rothschild's itemized records detailing expenses incurred on behalf of the Committee during the Compensation

Period (no expense reimbursement requested).

19.     Fox Rothschild did not incur any expenses during the Compensation Period. The charges are generally intended to cover Fox Rothschild's direct costs incurred in representing the Committee, which costs are not incorporated in any respect into Fox Rothschild's hourly billing rates. The effect of including such expenses as part of the hourly billing rates would impose that cost upon clients who do not require extensive photocopying and other facilities and services. Only clients who actually use services of the types set forth in Exhibit A are separately charged for such services. Fox Rothschild has made every effort to minimize its expenses in these cases. The actual expenses incurred in providing professional services were necessary, reasonable, and tailored to serve the needs of the Committee.

### C.     The Requested Compensation Should be Allowed

20.     The professional time expended by the firm, the value of said time in fees, and the value of the actual expenses incurred by the firm were actual, reasonable, and necessary. In all respects, the firm's fees and expenses meet the standards for allowance under Bankruptcy Code section 330, as well as the standards that govern the review and allowance of bankruptcy professionals' fees. See, e.g., In re Busy Beaver Bldg. Ctrs., Inc., 19 F.3d 833 (3d Cir. 1994).

21.     Bankruptcy Code section 331 provides for interim compensation of professionals and incorporates the substantive standards of section 330 of the Bankruptcy Code to govern the Court's award of such compensation. See 11 U.S.C. § 331. Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 1103 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1)(A)(B). Bankruptcy Code section 330 also sets forth the criteria for the award of such compensation and reimbursement:

145361559.1

In determining the amount of reasonable compensation to be awarded ... the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –

(A) the time spent on such services;

(B) the rates charged for such services;

(C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

(D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

22.    Whenever possible, Fox Rothschild sought to minimize the costs of its services to the Committee by assigning tasks as appropriate to junior attorneys and paraprofessionals whose rates are lower. Fox Rothschild's delegation as such has resulted in a desirable blended rate for its timekeepers.

23.    Moreover, professionals in the firm's commercial bankruptcy and restructuring practice area rendered all of the services performed by Fox Rothschild. In so doing, Fox Rothschild brought to bear the utmost in relevant experience for the Committee and the Debtors' estates.

24.    In sum, the services rendered by Fox Rothschild were necessary and beneficial to the Committee and the Debtors' estates and were performed in a timely manner commensurate

with the complexity, importance, and nature of the issues involved. Accordingly, approval of the compensation for professional services and reimbursement of expenses sought herein is warranted.

**D.     Reservation**

25.     To the extent time or disbursement charges for services rendered or disbursements incurred relate to the Compensation Period but were not processed prior to the preparation of this Application, or Fox Rothschild has for any other reason not sought compensation or reimbursement of expenses herein with respect to any services rendered or expenses incurred during the Compensation Period, Fox Rothschild reserves the right to request additional compensation for such services and reimbursement of such expenses in a future application.

**IV.     Notice**

26.     Notice of this Application will be served upon: (a) the Debtors, Center City Healthcare, LLC, 216 North Broad Street, 4th Floor, Philadelphia, PA 19102; (b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq. [mark.minuti@saul.com] and Monique B. DiSabatino, Esq. [Monique.disabatino@saul.com]) and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. [jeffery.hampton@saul.com] and Adam H. Isenberg, Esq. [adam.isenberg@saul.com]); (c) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq. [benjamin.a.hackman@usdoj.gov]); and (d) Counsel to the DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq. [gsantamour@stradley.com]) and 1000 N. West Street, Suite 1279, Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq. [jpolesky@stradley.com]).

## V.      Conclusion

WHEREFORE, Fox Rothschild respectfully requests that the Court enter an order: (i) allowing interim compensation for professional services rendered during the Compensation Period in the amount of $7,268.00 and reimbursement of expenses in the amount of $25.20; (ii) allowing such compensation for professional services rendered and reimbursement of actual and necessary expenses incurred without prejudice to Fox Rothschild's right to seek additional compensation for services performed and expenses incurred during the Compensation Period which were not processed at the time of this Application; (iii) payment for services rendered during the Fee Period in the amount of $5,814.40 (80% of $7,268.00) and costs in the amount of $25.20 (100%) upon the filing of a certification of no objection; and (iv) granting Fox Rothschild such other and further relief as is just and proper.

Dated: July 19, 2023                    **FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*
Seth A. Niederman (DE No. 4588)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
E-mail: sniederman@foxrothschild.com

*Counsel to the Official Committee of*
*Unsecured Creditors*

145361559.1

# Exhibit "A"



# Fox Rothschild LLP
### ATTORNEYS AT LAW

345 California Street, Suite 2200   San Francisco, CA 94104
Tel 415.364.5540   Fax 415.391.4436   www.foxrothschild.com

TAX I.D. NO. 23-1404723

| | |
|---|---|
| ANDREW SHERMAN | Invoice Number 3146648 |
| SILLS CUMMIS & GROSS | Invoice Date 03/09/23 |
| ONE RIVERFRONT PLAZA | Client Number 189087 |
| NEWARK, NJ 07102 | Matter Number 00001 |

RE:  CENTER CITY HEALTHCARE, LLC D/B/A/ HAHNEMANN UNIVERSITY HOSPITAL, ET AL.

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/23:**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 02/01/23 | NIEDERMAN | FA1 | WORK ON FORTIETH MONTHLY FEE APPLICATION OF FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022 | 0.2 | $125.00 |
| 02/01/23 | NIEDERMAN | MR | REVIEW OF CERTIFICATE OF NO OBJECTION TO STIPULATION (I) GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY WITH RESPECT TO PERSONAL INJURY CLAIMS ASSERTED BY SHAWANDA SMITH AND CHAMARR FANNING, INDIVIDUALLY AND AS PARENTS AND NATURAL GUARDIANS OF N.F., A MINOR, AND (II) RESOLVING MOTION TO ALLOW LATE FILED CLAIM AND FOR RELIEF FROM THE AUTOMATIC STAY | 0.2 | $125.00 |
| 02/01/23 | SOLOMON | FA1 | DRAFT FOX DECEMBER FEE APP, NOTICE AND COS | 1.1 | $478.50 |
| 02/01/23 | SOLOMON | FA1 | FINALIZE AND FILE FOX DECEMBER FEE APPLICATION | 0.3 | $130.50 |
| 02/02/23 | CHOVANES | FA1 | REVIEW AND REVISE HAHNEMANN PRO FORMA | 0.3 | $246.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | AND DRAFT FEE APP | | |
| 02/02/23 | NIEDERMAN | FA2 | ATTENTION TO FORTY-FIRST MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022 | 0.2 | $125.00 |
| 02/02/23 | NIEDERMAN | FA2 | ATTENTION TO FORTY-SECOND MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022 | 0.2 | $125.00 |
| 02/02/23 | NIEDERMAN | MR | ATTENTION TO WITHDRAWAL AND REFILING OF CERTIFICATE OF NO OBJECTION TO STIPULATION (I) GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY WITH RESPECT TO PERSONAL INJURY CLAIMS ASSERTED BY SHAWANDA SMITH AND CHAMARR FANNING, INDIVIDUALLY AND AS PARENTS AND NATURAL GUARDIANS OF N.F., A MINOR, AND (II) RESOLVING MOTION TO ALLOW LATE FILED CLAIM AND FOR RELIEF FROM THE AUTOMATIC STAY (RELATED DOCUMENT(S)(4463)) FILED BY CENTER CITY HEALTHCARE, LLC | 0.2 | $125.00 |
| 02/02/23 | NIEDERMAN | MR | REVIEW OF OBJECTION OF IS BBFB LLC AND IS 245 NORTH 15TH LLC TO DEBTORS' MOTION FOR ORDER (I) ENFORCING THE AUTOMATIC STAY AND (II) AWARDING DAMAGES (RELATED DOCUMENT(S)(4468)) FILED | 0.4 | $250.00 |

145353838.1

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | BY IS 245 NORTH 15TH LLC, IS BBFB LLC | | |
| 02/02/23 | NIEDERMAN | MR | REVIEW OF ORDER APPROVING STIPULATION (I) GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY WITH RESPECT TO PERSONAL INJURY CLAIMS ASSERTED BY SHAWANDA SMITH AND CHAMARR FANNING, INDIVIDUALLY AND AS PARENTS OF N.F., A MINOR, AND (II) RESOLVING MOTION TO ALLOW LATE FILED CLAIM AND FOR RELIEF FROM THE AUTOMATIC STAY | 0.1 | $62.50 |
| 02/02/23 | SOLOMON | FA2 | EMAIL FROM G. KOPACZ RE: SILL CUMMIS FEE APPLICATIONS AND RESPOND TO SAME | 0.2 | $87.00 |
| 02/02/23 | SOLOMON | FA2 | REVIEW SILLS NOVEMBER AND DECEMBER FEE APPLICATIONS | 0.5 | $217.50 |
| 02/02/23 | SOLOMON | FA2 | DRAFT NOTICES AND CERTS OF SERVICE FOR SILLS' NOVEMBER/DECEMBER FEE APPLICATIONS | 0.5 | $217.50 |
| 02/02/23 | SOLOMON | FA2 | FINALIZE, FILE AND COORDINATE SERVICE OF SILLS NOVEMBER/DECEMBER FEE APPLICATIONS | 0.5 | $217.50 |
| 02/03/23 | NIEDERMAN | FA1 | WORK ON MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES (41ST) FOR FOX ROTHSCHILD LLP FOR THE PERIOD JANUARY 1, 2023 TO JANUARY 31, 2023 FILED BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS | 0.3 | $187.50 |
| 02/03/23 | SOLOMON | FA1 | DRAFT, FILE AND COORDINATE SERVICE OF FOX'S 41ST FEE APPLICATION, INCLUDING PREPARATION OF NOTICE AND COS | 1.2 | $522.00 |
| 02/06/23 | NIEDERMAN | MR | REVIEW OF DEBTORS' REPLY IN SUPPORT OF MOTION FOR ORDER: (I) ENFORCING THE AUTOMATIC STAY AGAINST IRONSTONE REAL ESTATE PARTNERS, IS BBFB LLC AND IS 245 NORTH 15TH LLC; AND | 0.3 | $187.50 |

145353838.1

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | (II) AWARDING DAMAGES FOR DEBTORS AND AGAINST IRONSTONE REAL ESTATE PARTNERS, IS BBFB LLC AND IS 245 NORTH 15TH LLC FOR THEIR WILLFUL VIOLATIONS OF THE AUTOMATIC STAY | | |
| 02/07/23 | NIEDERMAN | CA | ANALYZE NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING FILED BY CENTER CITY HEALTHCARE, LLC. HEARING SCHEDULED FOR 2/9/2023 | 0.2 | $125.00 |
| 02/08/23 | NIEDERMAN | CA | ATTENTION TO UST REQUEST FOR LEDES FILES | 0.3 | $187.50 |
| 02/08/23 | NIEDERMAN | CA | REVIEW OF PLEADINGS IN ADVANCE OF 2.9.23 OMNIBUS HEARING | 0.4 | $250.00 |
| 02/08/23 | NIEDERMAN | CA | REVIEW OF AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING | 0.2 | $125.00 |
| 02/08/23 | NIEDERMAN | MR | REVIEW OF IS 245 NORTH 15TH LLC AND IS BBFB LLC'S WITNESS AND EXHIBIT LIST IN SUPPORT OF THEIR OBJECTION TO THE DEBTORS' MOTION FOR ORDER: (I) ENFORCING THE AUTOMATIC STAY AGAINST IRONSTONE REAL ESTATE PARTNERS, IS BBFB LLC AND IS 245 NORTH 15TH LLC; AND (II) AWARDING DAMAGES FOR DEBTORS AND AGAINST IRONSTONE REAL ESTATE PARTNERS, IS BBFB LLC AND IS 245 NORTH 15TH LLC FOR THEIR WILLFUL VIOLATIONS OF THE AUTOMATIC STAY FOR THE FEBRUARY 9, 2023 HEARING (RELATED DOCUMENT(S)(4468), (4490)) FILED BY IS 245 NORTH 15TH LLC, IS BBFB LLC. | 0.2 | $125.00 |
| 02/08/23 | NIEDERMAN | MR | REVIEW OF DEBTORS' EXHIBIT LIST FOR THE DEBTORS' MOTION FOR ORDER: (I) ENFORCING THE AUTOMATIC STAY AGAINST IRONSTONE REAL ESTATE PARTNERS, IS BBFB LLC AND IS 245 NORTH 15TH LLC; AND (II) AWARDING DAMAGES FOR DEBTORS AND AGAINST | 0.2 | $125.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | IRONSTONE REAL ESTATE PARTNERS, IS BBFB LLC AND IS 245 NORTH 15TH LLC FOR THEIR WILLFUL VIOLATIONS OF THE AUTOMATIC STAY FOR THE FEBRUARY 9, 2023 HEARING | | |
| 02/08/23 | SOLOMON | FA1 | EMAILS WITH S. NIEDERMAN, M. CHOVANES, D. WELCH RE: LEDES FILES FOR 2022 INTERIM FEE APPLICATIONS | 0.3 | $130.50 |
| 02/08/23 | SOLOMON | FA1 | EMAIL TO BENJAMIN HACKMAN WITH LEDES FILES FOR 7TH THROUGH 10TH INTERIM FEE APPLICATIONS | 0.2 | $87.00 |
| 02/09/23 | NIEDERMAN | CA | REVIEW OF SECOND NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING (RELATED | 0.2 | $125.00 |
| 02/09/23 | NIEDERMAN | CH | ATTEND OMNIBUS HEARING | 0.3 | $187.50 |
| 02/10/23 | NIEDERMAN | CA | REVIEW OF CERTIFICATION OF COUNSEL REGARDING (A) REVISED PROPOSED ORDER AUTHORIZING (I) RETENTION AND EMPLOYMENT BY CENTER CITY HEALTHCARE, LLC OF SSG ADVISORS, LLC AND NEWMARK SOUTH REGION LLC AS JOINT BROKERS, AND (II) A WAIVER OF COMPLIANCE WITH CERTAIN REQUIREMENTS OF LOCAL RULE 2016-2, AND (B) NO OBJECTION TO SAME ALONG WITH ORDER GRANTING SAME | 0.2 | $125.00 |
| 02/14/23 | NIEDERMAN | CA | ATTENTION TO ORDER APPROVING SETTLEMENT OF PREFERENCE CLAIMS AGAINST DE LAGE LANDEN FINANCIAL SERVICES, INC. PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 | 0.2 | $125.00 |
| 02/15/23 | NIEDERMAN | CA | REVIEW OF NOTICE OF AGENDA OF MATTERS SCHEDULED FOR 2/23/2023 | 0.2 | $125.00 |
| 02/17/23 | NIEDERMAN | CA | ATTENTION TO HEARING DATE FOR QUARTERLY APPLICATIONS | 0.3 | $187.50 |
| 02/17/23 | NIEDERMAN | MR | ATTENTION TO RE-NOTICE OF HEARING ON DEBTORS' MOTION FOR ORDER: (I) | 0.2 | $125.00 |

145353838.1

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | ENFORCING THE AUTOMATIC STAY AGAINST IRONSTONE REAL ESTATE PARTNERS, IS BBFB LLC AND IS 245 NORTH 15TH LLC; AND (II) AWARDING DAMAGES FOR DEBTORS AND AGAINST IRONSTONE REAL ESTATE PARTNERS, IS BBFB LLC AND IS 245 NORTH 15TH LLC FOR THEIR WILLFUL VIOLATIONS OF THE AUTOMATIC STAY | | |
| 02/21/23 | NIEDERMAN | CA | ANALZYE THIRD SUPPLEMENTAL DECLARATION OF MONIQUE B. DISABATINO PURSUANT TO BANKRUPTCY RULE 2014(A) | 0.2 | $125.00 |
| 02/21/23 | NIEDERMAN | CA | REVIEW OF MONTHLY STAFFING REPORT FOR FILING PERIOD JANUARY 1, 2023 THROUGH JANUARY 31, 2023 FOR EISNER ADVISORY GROUP LLC | 0.2 | $125.00 |
| 02/23/23 | SOLOMON | FA1 | DRAFT CNOS - FOX MONTHLY FEE STATEMENTS (40 AND 41) | 0.5 | $217.50 |
| 02/23/23 | SOLOMON | FA2 | DRAFT CNOS-SILLS 41ST/42ND MONTHLY FEE APPLICATIONS | 0.5 | $217.50 |
| 02/24/23 | CHOVANES | FA1 | REVIEW CNO'S FOR FEE APPS FOR FOX | 0.2 | $164.00 |
| 02/24/23 | CHOVANES | FA2 | REVIEW AND APPROVE CO'S FOR SILLS FEE APPS | 0.2 | $164.00 |
| 02/27/23 | CHOVANES | FA1 | REVIEW AND REVISE CNOS OF FOX | 0.2 | $164.00 |
| 02/27/23 | NIEDERMAN | CA | WORK ON CERTIFICATE OF NO OBJECTION REGARDING THE FORTIETH AND FORTY FIRST MONTHLY APPLICATION OF FOX ROTHSCHILD LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | 0.2 | $125.00 |
| 02/27/23 | NIEDERMAN | EA2 | WORK ON CERTIFICATE OF NO OBJECTION REGARDING THE FORTIETH AND FORTY FIRST MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR | 0.2 | $125.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | |
| 02/27/23 | SENESE | EA2 | FORMAT AND EFILE CERTIFICATE OF NO OBJECTION (SILLS 41ST AND 42ND) | 0.2 | $66.00 |
| 02/27/23 | SENESE | EA2 | FORMAT AND EFILE CERTIFICATE OF NO OBJECTION (FR'S 40TH AND 41ST) | 0.2 | $66.00 |
| 02/28/23 | NIEDERMAN | CA | ATTENTION TO CERTIFICATION OF COUNSEL REGARDING OMNIBUS HEARING DATE | 0.2 | $125.00 |
| | | | **TOTAL** | **13.3** | **$7,268.00** |

**TASK SUMMARY:**

| Task | Description | Hours | Total |
|---|---|---|---|
| CA | CASE ADMINISTRATION | 3.0 | $1,875.00 |
| CH | COURT HEARINGS | 0.3 | $187.50 |
| EA2 | EMPLOYMENT APPLICATION OF OTHER PROFESSIONALS | 0.6 | $257.00 |
| FA1 | FEE APPLICATION OF FOX ROTHSCHILD LLP | 4.8 | $2,452.50 |
| FA2 | FEE APPLICATION OF OTHER PROFESSIONALS | 2.8 | $1,371.00 |
| MR | STAY RELIEF MATTERS | 1.8 | $1,125.00 |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| M. B. CHOVANES | PARTNER | 0.9 | $820.00 | $738.00 |
| S. A. NIEDERMAN | PARTNER | 6.2 | $625.00 | $3,875.00 |
| K. A. SENESE | PARALEGAL | 0.4 | $330.00 | $132.00 |
| R. I. SOLOMON | PARALEGAL | 5.8 | $435.00 | $2,523.00 |
| | TOTAL | 13.3 | | $7,268.00 |

TOTAL PROFESSIONAL SERVICES    $7,268.00

145353838.1

**COSTS ADVANCED AND EXPENSES INCURRED:**

| Description | Amount |
|---|---|
| POSTAGE CHARGES | $25.20 |

|  | TOTAL EXPENSES | $25.20 |
|---|---|---|
|  | TOTAL AMOUNT OF THIS INVOICE | $7,293.20 |

145353838.1