# EXHIBIT A

## SUMMARY OF BLENDED RATE

**BILLING DISCLOSURES FOR SAUL EWING LLP**

| Category of Timekeeper | Number of Timekeepers Working on the Matter During the Budget Period | Blended Hourly Rate | |
| --- | --- | --- | --- |
| | | **Billed** *Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | **Billed** *This Application* |
| Senior Partners | 9 | $623.00 | $763.27 |
| Junior Partners | 1 | $520.00 | $540.00 |
| Counsel | 0 | $559.00 | $480.00 |
| Senior Associates | 4 | $381.00 | $418.78 |
| Junior Associates | 5 | $307.00 | $356.56 |
| Paralegal | 1 | $261.00 | $325.00 |
| Other (Litigation, Support, Paraprofessional, Clerical) | 4 | $210.00 | 281.58 |
| **Aggregated:** | | **$499.00** | **$498.89** |

41969237.2 08/10/2023