# EXHIBIT D

**EXPENSE SUMMARY**

**Expense Summary**

**For the Period from June 1, 2023 through June 30, 2023**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Docket Retrieval / Case Monitoring | Pacer Service Center | $156.90 |
| E-discovery Processing /Usage | Epiq Relativity | $8,549.70 |
| Legal Research | Westlaw | $1,322.80 |
| Messenger Service | Reliable Copy Service – DE | $6.00 |
| **Total** | | **$10,035.40** |

41969237.2 08/10/2023



| | | | |
|---|---|---|---|
| Philadelphia Academic Health System, LLC | | Invoice Number | 2777221 |
| 222 N. Sepulveda Blvd. | | Invoice Date | 07/31/23 |
| Suite 900 | | Client Number | 376719 |
| El Sengudo, CA 90245 | | Matter Number | 00002 |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 06/10/23 | Messenger Service; VENDOR: Reliable Copy Service - DE; 05/31/23; Hand delivery of notice of completion binder to Judge Walrath | 6.00 |
| | Total Messenger Service | 6.00 |
| | | |
| 06/13/23 | Pacer Research - - VENDOR: Pacer Service Center; PACER usage from 1/1/23 to 3/31/23 | $156.90 |
| | Total Pacer Research | 156.90 |
| | | |
| 06/26/23 | Epiq Relativity eDiscovery Costs | 8,324.70 |
| 06/26/23 | Epiq Relativity eDiscovery Costs | 225.00 |
| | Total Epiq Relativity eDiscovery Costs | 8,549.70 |
| | | |
| 06/22/23 | Westlaw Legal Research | 658.80 |
| 06/26/23 | Westlaw Legal Research | 664.00 |
| | Total | 1,322.80 |
| | CURRENT EXPENSES | 10,035.40 |
| | TOTAL AMOUNT OF THIS INVOICE | 10,035.40 |

41970204.1