# EXHIBIT D

**EXPENSE SUMMARY**

42046353.2 08/31/2023

## Expense Summary

## For the Period from July 1, 2023 through July 31, 2023

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| E-discovery Processing /Usage | Epiq Relativity | $9,075.95 |
| Legal Research | Westlaw | $3,793.08 |
| Mileage | Parkway Corp Centre Square | $30.00 |
| Overnight Delivery | Federal Express | $110.39 |
| **Total** | | **$13,009.42** |



| | | | |
|---|---|---|---|
| Philadelphia Academic Health System, LLC | | Invoice Number | 2781261 |
| 222 N. Sepulveda Blvd. | | Invoice Date | 08/15/23 |
| Suite 900 | | Client Number | 376719 |
| El Sengudo, CA 90245 | | Matter Number | 00002 |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---:|
| 07/14/23 | Vendor: Parkway Corp Centre Square; Date: 7/5/2023 – Parking for Jeffrey Hampton to attend meeting to discuss brief | 30.00 |
| | Total Parking | 30.00 |
| | | |
| 07/06/23 | Vendor: Federal Express; Federal Express on 07/06/2023 To: RAIVS Team From: Marielle MacMinn | 60.23 |
| 07/19/23 | Vendor: Federal Express; Federal Express on 07/19/2023 To: William Pederson From: John Demmy | 33.56 |
| 07/19/23 | Vendor: Federal Express; Federal Express on 07/19/2023 To: Allen Wilen From: Monique DiSabatino | 16.60 |
| | Total Federal Express | 110.39 |
| | | |
| 07/26/23 | Epiq Relativity eDiscovery Costs | 8,344.70 |
| 07/26/23 | Epiq Relativity eDiscovery Costs | 31.25 |
| 07/26/23 | Epiq Relativity eDiscovery Costs | 225.00 |
| 07/26/23 | Epiq Relativity eDiscovery Costs | 475.00 |
| | Total Epiq Relativity eDiscovery Costs | 9,075.95 |
| | | |
| 07/06/23 | Lexis Legal Research | 445.50 |
| 07/07/23 | Lexis Legal Research | 247.50 |
| 07/04/23 | Westlaw Research | 129.00 |
| 07/10/23 | Westlaw Research | 835.92 |
| 07/10/23 | Westlaw Research | 835.92 |
| 07/12/23 | Westlaw Research | 1,299.24 |
| | Total Legal Research | 3,793.08 |
| | | |
| | CURRENT EXPENSES | 13,009.42 |
| | TOTAL AMOUNT OF THIS INVOICE | 13,009.42 |

42032046.1 08/25/2023