## Exhibit A

**Thirteenth OCP Quarterly Statement**

**Thirteenth OCP Quarterly Statement**
**For the Period July 1, 2022 through December 31, 2022**

| Professional Name | Compensation & Expenses Paid (7/1/2022-7/31/2022) | Compensation & Expenses Paid (8/1/2022-8/31/2022) | Compensation & Expenses Paid (9/1/2022-9/30/2022) | Compensation & Expenses Paid (10/1/2022-10/31/2022) | Compensation & Expenses Paid (11/1/2022-11/30/2022) | Compensation & Expenses Paid (12/1/2022-12/31/2022) | Aggregate Compensation & Expenses Paid as of December 31, 2022 |
|---|---|---|---|---|---|---|---|
| 50 Words, LLC | $- | $- | $- | $8,437.50 | $- | $- | $255,220.50 |
| Baratz & Associates, P.A. | $- | $- | $- | $- | $- | $- | $22,775.50 |
| Bellevue Communications | $- | $- | $- | $- | $- | $- | $75,000.00 |
| Connolly Gallagher LLP | $- | $- | $- | $- | $- | $- | $9,635.69 |
| Conrad O'Brien PC | $- | $- | $200.00 | $3,787.00 | $- | $- | $30,573.77 |
| Eckert Seamans Cherin & Mellott, LLC | $- | $- | $592.50 | $- | $- | $- | $141,005.13 |
| Germaine Solutions | $- | $- | $- | $- | $- | $- | $0.00 |
| Health Sciences Law Group LLP | $- | $- | $- | $- | $- | $- | $0.00 |
| Jackson Lewis P.C. | $- | $- | $- | $- | $- | $- | $22,235.00 |
| Marshall Dennehey Warner Coleman & Goggin, P.C. | $- | $- | $- | $- | $- | $- | $0.00 |
| Obermayer Rebmann Maxwell & Hippel LLP | $- | $- | $- | $- | $- | $- | $3,000.00 |
| Reed Smith LLP | $- | $- | $- | $- | $- | $- | $11,365.40 |
| Robinson Kirlew & Associates | $- | $- | $- | $- | $- | $- | $0.00 |
| Salem & Green P.C. | $- | $- | $- | $- | $- | $- | $6,211.50 |
| Suzanne Pritchard, Esq. | $- | $- | $- | $- | $- | $- | $2,320.00 |