# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
|  | ) |
| Debtors. | ) Jointly Administered |
|  | ) |

## CERTIFICATION OF COUNSEL REGARDING OMNIBUS HEARING DATES

I, Mark Minuti, counsel to the above-captioned debtors (collectively, the "**Debtors**"), hereby certify, as follows:

1. Counsel to the Debtors received omnibus hearing dates from Judge Walrath's courtroom deputy.

2. Enclosed herewith is a proposed Order that states with specificity the times and dates of the omnibus hearings presently scheduled, subject to Court approval.

3. The Debtors respectfully request that the Court enter the Order Scheduling Omnibus Hearing Dates.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

51039734.1 09/13/2023

Dated: September 13, 2023          **SAUL EWING LLP**

         By:     */s/ Mark Minuti*
                 Mark Minuti (DE Bar No. 2659)
                 Monique B. DiSabatino (DE Bar No. 6027)
                 1201 N. Market Street, Suite 2300
                 P.O. Box 1266
                 Wilmington, DE 19899
                 Telephone: (302) 421-6800
                 Fax: (302) 421-6813
                 mark.minuti@saul.com
                 monique.disabatino@saul.com

                 -and-

                 Jeffrey C. Hampton
                 Adam H. Isenberg
                 Centre Square West
                 1500 Market Street, 38th Floor
                 Philadelphia, PA 19102
                 Telephone: (215) 972-7700
                 Fax: (215) 972-7725
                 jeffrey.hampton@saul.com
                 adam.isenberg@saul.com

                 *Counsel for Debtors and Debtors in Possession*