IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR SEPTEMBER 26, 2023 AT 10:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE MARY F. WALRATH, U.S. BANKRUPTCY COURT JUDGE**

**AS NO MATTERS ARE GOING FORWARD, THIS HEARING IS CANCELLED WITH THE COURT'S PERMISSION.**

**RESOLVED MATTERS:**

1. Motion of Debtors for Approval of Settlement of Preference Claims against Obermayer Rebmann Maxwell & Hippel LLP Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 4812; filed: 08/15/23]

   Response Deadline: August 29, 2023 at 4:00 p.m.

   Responses Received: None

   Related Documents:

   A. Certification of No Objection [Docket No. 4840; filed: 08/30/23]

   B. Order Approving Settlement of Preference Claims against Obermayer Rebmann Maxwell & Hippel LLP Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 4842; signed and docketed: 08/31/23]

   Status: On August 31, 2023, the Court entered an order approving this motion.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

2.  Thirteenth Motion of the Debtors for Entry of an Order Further Extending the Time Period Within Which the Debtors May Remove Actions [Docket No. 4844; filed: 09/06/23]

    <u>Response Deadline</u>:  September 19, 2023 at 4:00 p.m.

    <u>Responses Received</u>:  None

    <u>Related Documents</u>:

    A.   Certification of No Objection [Docket No. 4878; filed: 09/20/23]

    B.   Order Further Extending the Time Period Within Which the Debtors May Remove Actions [Docket No. 4881; signed and docketed: 09/21/23]

    <u>Status</u>: On September 21, 2023, the Court entered an order approving this motion.

Dated: September 22, 2023                **SAUL EWING LLP**

                                   By:   */s/ Mark Minuti*
                                         Mark Minuti (DE Bar No. 2659)
                                         Monique B. DiSabatino (DE Bar No. 6027)
                                         1201 N. Market Street, Suite 2300
                                         P.O. Box 1266
                                         Wilmington, DE 19899
                                         Telephone: (302) 421-6800
                                         mark.minuti@saul.com
                                         monique.disabatino@saul.com

                                                -and-

                                         Jeffrey C. Hampton
                                         Adam H. Isenberg
                                         Centre Square West
                                         1500 Market Street, 38th Floor
                                         Philadelphia, PA 19102
                                         Telephone: (215) 972-7777
                                         Fax: (215) 972-7725
                                         jeffrey.hampton@saul.com
                                         adam.isenberg@saul.com

                                         *Counsel for Debtors and Debtors in Possession*