# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) **Related to Docket No. 4876** |

## CERTIFICATION OF NO OBJECTION TO STIPULATION BETWEEN DEBTORS AND CRYSTAL BROOMER REGARDING ALLOWED CLAIM

The undersigned counsel to the above-captioned debtors and debtors-in-possession (the "**Debtors**") hereby certifies that:

1. On September 19, 2023, the *Notice* (the "**Notice**") *of Stipulation between Debtors and Crystal Broomer Regarding Allowed Claim* [D.I. 4876] (the "**Stipulation**") was filed with the Court.

2. Pursuant to the Notice, objections, if any, to the Stipulation were required to have been filed with the Court and served on the undersigned so as to be received on or before October 3, 2023 at 4:00 p.m. (prevailing Eastern Time) (the "**Objection Deadline**").

3. The Objection Deadline has passed and no formal objections or responses were served upon the undersigned counsel or entered on the Court's docket.

4. Accordingly, the Stipulation may be approved.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

51133652.1 10/04/2023

WHEREFORE, the Debtors respectfully request that an order, substantially in the form attached to the Notice and hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

Dated: October 4, 2023         **SAUL EWING LLP**

By:    */s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for Debtors and Debtors in Possession*