**Exhibit B**

**Certification of Counsel Per Local Rule 9018-1(d)**

51101414.2 10/10/2023

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) ) Case No. 19-11466 (MFW) ) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**CERTIFICATION OF COUNSEL REGARDING**
**COMPLIANCE WITH LOCAL RULE 9018-1(d)**

The undersigned Delaware counsel hereby certifies, in compliance with Rule 9018-l(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, that the Debtors have not conferred with the holders of the confidentiality rights at issue in the Claim Objection and believe that doing so would be futile because (a) the issue of confidentiality is governed by HIPAA and related regulations and arguably required under the Patient Confidentiality Procedures, and (b) the redaction of each patient's name would only serve to benefit the impacted patient and protect his or her privacy.  Moreover, given the potential sensitivity of the patient names included in the Claim Objection, the Debtors did not believe it was appropriate to share the unredacted Claim Objection with such parties in order to obtain their consent in advance of filing the Claim Objection.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

-2-

Dated: October 10, 2023

/s/ Monique B. DiSabatino
Monique B. DiSabatino (DE Bar No. 6027)
**SAUL EWING LLP**
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
monique.disabatino@saul.com

*Counsel for Debtors and Debtors in Possession*