IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) ) Case No. 19-11466 (MFW) ) ) |
| Debtors. | ) Jointly Administered |
| | ) **Hearing Date: November 28, 2023 at 10:30 a.m. (EST)** |
| | ) **Objection Deadline: October 24, 2023 at 4:00 p.m. (EST)** |

**NOTICE OF DEBTORS' THIRTEENTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) PURSUANT TO SECTIONS 502(b) AND 503 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1**

TO:   The United States Trustee for the District of Delaware, all Claimants listed on Exhibit A to the Proposed Order accompanying the attached objection, and all parties who have previously requested notice pursuant to Bankruptcy Rule 2002.

On October 10, 2023, the *Debtors' Thirteenth Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* (the "**Objection**") was filed with the Court. The above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), by and through their undersigned counsel, seek to alter your rights by disallowing one or more of your claims.

Responses, if any, to the relief requested in the Objection are to be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 on or before **October 24, 2023 at 4:00 p.m. (EST)** and served upon the undersigned counsel for the Debtors.

In addition, if you have timely filed a written response and wish to oppose the Objection, you or your attorney must attend the hearing on the Objection scheduled to be held on **November 28, 2023 at 10:30 a.m. (EST)** before the Honorable Mary F. Walrath, Judge of the United States Bankruptcy

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom #4, Wilmington, Delaware 19801.

  IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: October 10, 2023          **SAUL EWING LLP**

                 */s/ Monique B. DiSabatino*
                 Mark Minuti (DE Bar No. 2659)
                 Monique B. DiSabatino (DE Bar No. 6027)
                 1201 N. Market Street, Suite 2300
                 P.O. Box 1266
                 Wilmington, DE  9899
                 Telephone: (302) 421-6800
                 mark.minuti@saul.com
                 monique.disabatino@saul.com

                   -and-

                 Jeffrey C. Hampton
                 Adam H. Isenberg
                 Centre Square West
                 1500 Market Street, 38th Floor
                 Philadelphia, PA 19102
                 Telephone: (215) 972-7777
                 jeffrey.hampton@saul.com
                 adam.isenberg@saul.com

                 *Counsel for Debtors and Debtors in Possession*