# Exhibit 1

## Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Related to Docket No. ____ |

**ORDER SUSTAINING DEBTORS' THIRTEENTH OMNIBUS OBJECTION
TO CLAIMS (SUBSTANTIVE) PURSUANT TO SECTIONS 502(b) AND 503
OF THE BANKRUPTCY CODE, BANKRUPTCY RULES
3001, 3003, AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the *Debtors' Thirteenth Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* (the "**Objection**"),[2] by which the Debtors request the entry of an order pursuant to sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1, disallowing the No Liability Claims set forth on **Exhibit A** attached hereto; and upon consideration of the Wilen Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

**IT IS HEREBY ORDERED THAT:**

1. The Objection is sustained as set forth herein.

2. The No Liability Claims set forth on the attached **Exhibit A** under the heading "Claim No." are hereby disallowed in their entirety.

3. The Claims Agent is authorized and directed to modify the Claims Register for these Chapter 11 Cases in accordance with the terms of this Order.

4. To the extent that a response is filed regarding any Disputed Claim listed in the Objection and the Debtors are unable to resolve the response, each such Disputed Claim, and the Objection by the Debtors to each such Disputed Claim, shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.

5. Any order entered by the Court regarding the Objection shall be deemed a separate order with respect to each Disputed Claim.

6. This Order is without prejudice to the rights of the Debtors and any successor entities to: (a) object to any Claims on grounds other than as stated in the Objection if any such Claim is reconsidered; and (b) object, on any grounds permitted by law or equity, to any claim, whether filed or not, in these cases.

7. The rights of the Debtors and any successor entities to use any available defenses under section 502 of the Bankruptcy Code, including the assertion of a preference action to set off against or otherwise reduce all or part of any Claim, are preserved.

8. Any stay of this Order pending appeal by any claimant shall only apply to the contested matter that involves the claimant's specific claim and shall not stay the applicability and/or finality of this Order with respect to all other affected claims.

9. To the extent that the Objection does not comply in all respects with the requirements of Local Rule 3007-1, the requirements of Local Rule 3007-1 are waived.

10. The Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

## Exhibit A

**No Liability Claims**

| | | | | No Liability Claims | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Creditor Name** | **Claim No.** | **Debtor Against Whom Claim is Filed** | **Filed Claim Amount ($)** | | | | | | **Reason for Disallowance** |
| | | | | **Priority** | **Secured** | **503(b)(9)** | **Admin.** | **Unsecured** | **Total** | |
| 1 | Atlantic Specialty Insurance Company | 879 | Center City Healthcare, LLC | $- | $- | $- | $- | $4,044,322.00 | $4,044,322.00 | Pursuant to the court-approved MOU [D.I. 4152, 4126], and following payment of the Withdrawal Liability Settlement Payment (as defined in the MOU), all claims against Claimant under bond were released and the bond was cancelled. Accordingly, no amounts are owed in connection with this claim. |
| 2 | Atlantic Specialty Insurance Company | 128 | Philadelphia Academic Health System, LLC | $- | $- | $- | $- | $4,044,322.00 | $4,044,322.00 | Pursuant to the court-approved MOU [D.I. 4152, 4126], and following payment of the Withdrawal Liability Settlement Payment (as defined in the MOU), all claims against Claimant under bond were released and the bond was cancelled. Accordingly, no amounts are owed in connection with this claim |
| 3 | Atlantic Specialty Insurance Company | 545 | St. Christopher's Healthcare, LLC | $- | $- | $- | $- | $4,044,322.00 | $4,044,322.00 | Pursuant to the court-approved MOU [D.I. 4152, 4126], and following payment of the Withdrawal Liability Settlement Payment (as defined in the MOU), all claims against Claimant under bond were released and the bond was cancelled. Accordingly, no amounts are owed in connection with this claim |
| 4 | Atlantic Specialty Insurance Company | 17 | Philadelphia Academic Medical Associates, LLC | $- | $- | $- | $- | $4,044,322.00 | $4,044,322.00 | Pursuant to the court-approved MOU [D.I. 4152, 4126], and following payment of the Withdrawal Liability Settlement Payment (as defined in the MOU), all claims against Claimant under bond were released and the bond was cancelled. Accordingly, no amounts are owed in connection with this claim. |

| | Creditor Name | Claim No. | Debtor Against Whom Claim is Filed | Filed Claim Amount ($) | | | | | | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Priority | Secured | 503(b)(9) | Admin. | Unsecured | Total | |
| | | | | | | | | | | |
| | | | | | | | | | | No Liability Claims |
| 5 | Bell, Scherise | 694 | Center City Healthcare, LLC | $- | $- | $- | $- | $120,000.00 | $120,000.00 | Claimant's claim before the Philadelphia Commission on Human Relations was dismissed in November 2020 on grounds that the charges were not substantiated, and the deadlines to pursue a federal and state claim on such grounds have passed. The claim is thus time-barred, appears to no longer be pursued, and the Debtors have no liability with respect to such amount. |
| 6 | Front Street Healthcare Properties, LLC (as assignee of Pension Fund for Hospital and Healthcare Employees of PHL) | 1086 | Center City Healthcare, LLC | $- | $- | $- | $- | $22,599,359.00 | $22,599,359.00 | Pursuant to the court-approved MOU [D.I. 4152, 4126], and as a result of the Withdrawal Liability Settlement Payment made thereunder in full payment of amounts owed to the Pension Fund under the Pension Settlement Agreement, no further amounts are owed to the Pension Fund. |
| 7 | Front Street Healthcare Properties, LLC (as assignee of Pension Fund for Hospital and Healthcare Employees of PHL) | 711 | Center City Healthcare, LLC | $- | $1,302,530.47 | | $- | $- | $1,302,530.47 | Pursuant to the court-approved MOU [D.I. 4152, 4126], and as a result of the Withdrawal Liability Settlement Payment made thereunder in full payment of amounts owed to the Pension Fund under the Pension Settlement Agreement, no further amounts are owed to the Pension Fund. |

51153813.1 10/10/2023

| | Creditor Name | Claim No. | Debtor Against Whom Claim is Filed | No Liability Claims ||||||  |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Filed Claim Amount ($) |||||| Reason for Disallowance |
| | | | | Priority | Secured | 503(b)(9) | Admin. | Unsecured | Total | |
| 8 | Front Street Healthcare Properties, LLC (as assignee of Pension Fund for Hospital and Healthcare Employees of PHL) | 684 | St. Christopher's Healthcare, LLC | $- | $- | $- | $- | $22,599,359.00 | $22,599,359.00 | Pursuant to the court-approved MOU [D.I. 4152, 4126], and as a result of the Withdrawal Liability Settlement Payment made thereunder in full payment of amounts owed to the Pension Fund under the Pension Settlement Agreement, no further amounts are owed to the Pension Fund. |
| 9 | Front Street Healthcare Properties, LLC (as assignee of Pension Fund for Hospital and Healthcare Employees of PHL) | 29 | Philadelphia Academic Medical Associates, LLC | $- | $- | $- | $- | $22,599,359.00 | $22,599,359.00 | Pursuant to the court-approved MOU [D.I. 4152, 4126], and as a result of the Withdrawal Liability Settlement Payment made thereunder in full payment of amounts owed to the Pension Fund under the Pension Settlement Agreement, no further amounts are owed to the Pension Fund. |
| 10 | Front Street Healthcare Properties, LLC (as assignee of Pension Fund for Hospital and Healthcare Employees of PHL) | 24 | HPS of PA, L.L.C. | $- | $- | $- | $- | $22,599,359.00 | $22,599,359.00 | Pursuant to the court-approved MOU [D.I. 4152, 4126], and as a result of the Withdrawal Liability Settlement Payment made thereunder in full payment of amounts owed to the Pension Fund under the Pension Settlement Agreement, no further amounts are owed to the Pension Fund. |

| | Creditor Name | Claim No. | Debtor Against Whom Claim is Filed | Filed Claim Amount ($) | | | | | | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Priority | Secured | 503(b)(9) | Admin. | Unsecured | Total | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| 11 | Front Street Healthcare Properties, LLC (as assignee of Pension Fund for Hospital and Healthcare Employees of PHL) | 29 | St. Christopher's Pediatric Urgent Care Center, L.L.C. | $- | $- | $- | $- | $22,599,359.00 | $22,599,359.00 | Pursuant to the court-approved MOU [D.I. 4152, 4126], and as a result of the Withdrawal Liability Settlement Payment made thereunder in full payment of amounts owed to the Pension Fund under the Pension Settlement Agreement, no further amounts are owed to the Pension Fund. |
| 12 | Front Street Healthcare Properties, LLC (as assignee of Pension Fund for Hospital and Healthcare Employees of PHL) | 61 | TPS II of PA, L.L.C. | $- | $- | $- | $- | $22,599,359.00 | $22,599,359.00 | Pursuant to the court-approved MOU [D.I. 4152, 4126], and as a result of the Withdrawal Liability Settlement Payment made thereunder in full payment of amounts owed to the Pension Fund under the Pension Settlement Agreement, no further amounts are owed to the Pension Fund. |
| 13 | Front Street Healthcare Properties, LLC (as assignee of Pension Fund for Hospital and Healthcare Employees of PHL) | 26 | TPS III of PA, L.L.C. | $- | $- | $- | $- | $22,599,359.00 | $22,599,359.00 | Pursuant to the court-approved MOU [D.I. 4152, 4126], and as a result of the Withdrawal Liability Settlement Payment made thereunder in full payment of amounts owed to the Pension Fund under the Pension Settlement Agreement, no further amounts are owed to the Pension Fund. |

Above table heading: **No Liability Claims**

| | | | | No Liability Claims | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Creditor Name** | **Claim No.** | **Debtor Against Whom Claim is Filed** | **Filed Claim Amount ($)** | | | | | | **Reason for Disallowance** |
| | | | | **Priority** | **Secured** | **503(b)(9)** | **Admin.** | **Unsecured** | **Total** | |
| 14 | Front Street Healthcare Properties, LLC (as assignee of Pension Fund for Hospital and Healthcare Employees of PHL) | 38 | TPS IV of PA, L.L.C. | $- | $- | $- | $- | $22,599,359.00 | $22,599,359.00 | Pursuant to the court-approved MOU [D.I. 4152, 4126], and as a result of the Withdrawal Liability Settlement Payment made thereunder in full payment of amounts owed to the Pension Fund under the Pension Settlement Agreement, no further amounts are owed to the Pension Fund. |
| 15 | Front Street Healthcare Properties, LLC (as assignee of Pension Fund for Hospital and Healthcare Employees of PHL) | 26 | TPS V of PA, L.L.C. | $- | $- | $- | $- | $22,599,359.00 | $22,599,359.00 | Pursuant to the court-approved MOU [D.I. 4152, 4126], and as a result of the Withdrawal Liability Settlement Payment made thereunder in full payment of amounts owed to the Pension Fund under the Pension Settlement Agreement, no further amounts are owed to the Pension Fund. |
| 16 | **REDACTED** | 957 | Center City Healthcare, LLC | $- | $- | $- | $- | $50,000,000.00 | $50,000,000.00 | Documentation provided in connection with claim shows that no Debtors were named in pending state court litigation relating to the claims, and following multiple outreach to, and discussions with claimant's counsel, no basis has been identified for a claim against the Debtors nor does it appear that claimant intends to pursue a claim against the Debtors. |

| | | | | | | No Liability Claims | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Creditor Name** | **Claim No.** | **Debtor Against Whom Claim is Filed** | **Filed Claim Amount ($)** | | | | | | **Reason for Disallowance** |
| | | | | Priority | Secured | 503(b)(9) | Admin. | Unsecured | Total | |
| 17 | **REDACTED** | 146 | Philadelphia Academic Health System, LLC | $- | $- | $- | $- | $50,000,000.00 | $50,000,000.00 | Documentation provided in connection with claim shows that no Debtors were named in pending state court litigation relating to the claims, and following multiple outreach to, and discussions with claimant's counsel, no basis has been identified for a claim against the Debtors nor does it appear that claimant intends to pursue a claim against the Debtors. |
| 18 | Keystone Quality Transport Co. | 108 | Center City Healthcare, LLC | $- | $- | $- | $- | $76,691.43 | $76,691.43 | Claims waived pursuant to court-approved stipulation [D.I. 4168]. |
| 19 | Keystone Quality Transport Co. | 55 | St. Christopher's Healthcare, LLC | $- | $- | $- | $- | $14,814.00 | $14,814.00 | Claims waived pursuant to court-approved stipulation [D.I. 4168]. |
| 20 | **REDACTED** | 966 | Center City Healthcare, LLC | $- | $- | $- | $- | $50,000,000.00 | $50,000,000.00 | Documentation provided in connection with claim shows that no Debtors were named in pending state court litigation relating to the claims, and following multiple outreach to, and discussions with claimant's counsel, no basis has been identified for a claim against the Debtors nor does it appear that claimant intends to pursue a claim against the Debtors. |

| | Creditor Name | Claim No. | Debtor Against Whom Claim is Filed | No Liability Claims ||||||| |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Filed Claim Amount ($) ||||||  |
| | | | | Priority | Secured | 503(b)(9) | Admin. | Unsecured | Total | Reason for Disallowance |
| 21 | **REDACTED** | 65 | SCHC Pediatric Associates, LLC | $- | $- | $- | $- | $50,000,000.00 | $50,000,000.00 | Documentation provided in connection with claim shows that no Debtors were named in pending state court litigation relating to the claims, and following multiple outreach to, and discussions with claimant's counsel, no basis has been identified for a claim against the Debtors nor does it appear that claimant intends to pursue a claim against the Debtors. |
| 22 | **REDACTED** | 16 | SCHC Pediatric Anesthesia Associates LLC | $- | $- | $- | $- | $50,000,000.00 | $50,000,000.00 | Documentation provided in connection with claim shows that no Debtors were named in pending state court litigation relating to the claims, and following multiple outreach to, and discussions with claimant's counsel, no basis has been identified for a claim against the Debtors nor does it appear that claimant intends to pursue a claim against the Debtors. |
| 23 | **REDACTED** | 23 | St. Christopher's Pediatric Urgent Care Center, LLC | $- | $- | $- | $- | $50,000,000.00 | $50,000,000.00 | Documentation provided in connection with claim shows that no Debtors were named in pending state court litigation relating to the claims, and following multiple outreach to, and discussions with claimant's counsel, no basis has been identified for a claim against the Debtors nor does it appear that claimant intends to pursue a claim against the Debtors. |

| | | | | No Liability Claims | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Creditor Name** | **Claim No.** | **Debtor Against Whom Claim is Filed** | **Filed Claim Amount ($)** | | | | | | **Reason for Disallowance** |
| | | | | **Priority** | **Secured** | **503(b)(9)** | **Admin.** | **Unsecured** | **Total** | |
| 24 | **REDACTED** | 149 | Philadelphia Academic Health System, LLC | $- | $- | $- | $- | $50,000,000.00 | $50,000,000.00 | Documentation provided in connection with claim shows that no Debtors were named in pending state court litigation relating to the claims, and following multiple outreach to, and discussions with claimant's counsel, no basis has been identified for a claim against the Debtors nor does it appear that claimant intends to pursue a claim against the Debtors. |
| 25 | **REDACTED** | 22 | Philadelphia Academic Medical Associates, LLC | $- | $- | $- | $- | $50,000,000.00 | $50,000,000.00 | Documentation provided in connection with claim shows that no Debtors were named in pending state court litigation relating to the claims, and following multiple outreach to, and discussions with claimant's counsel, no basis has been identified for a claim against the Debtors nor does it appear that claimant intends to pursue a claim against the Debtors. |
| 26 | **REDACTED** | 601 | St. Christopher's Healthcare, LLC | $- | $- | $- | $- | $50,000,000.00 | $50,000,000.00 | Documentation provided in connection with claim shows that no Debtors were named in pending state court litigation relating to the claims, and following multiple outreach to, and discussions with claimant's counsel, no basis has been identified for a claim against the Debtors nor does it appear that claimant intends to pursue a claim against the Debtors. |

51153813.1 10/10/2023

| | Creditor Name | Claim No. | Debtor Against Whom Claim is Filed | Filed Claim Amount ($) | | | | | | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Priority | Secured | 503(b)(9) | Admin. | Unsecured | Total | |
| | **No Liability Claims** | | | | | | | | | |
| 27 | Pension fund for Hospital and Healthcare Employees of PHL | 168 | Philadelphia Academic Health System, LLC | $- | $- | $- | $- | $22,599,359.00 | $22,599,359.00 | Pursuant to the court-approved MOU [D.I. 4152, 4126], and as a result of the Withdrawal Liability Settlement Payment made thereunder in full payment of amounts owed to the Pension Fund under the Pension Settlement Agreement, no further amounts are owed to the Pension Fund. |
| 28 | Pension Fund for Hospital and Healthcare Employees of PHL | 79 | SCHC Pediatric Associates, L.L.C. | $- | $- | $- | $- | $22,599,359.00 | $22,599,359.00 | Pursuant to the court-approved MOU [D.I. 4152, 4126], and as a result of the Withdrawal Liability Settlement Payment made thereunder in full payment of amounts owed to the Pension Fund under the Pension Settlement Agreement, no further amounts are owed to the Pension Fund. |
| 29 | Pension Fund for Hospital and Healthcare Employees of PHL | 23 | SCHC Pediatric Anesthesia Associates, L.L.C. | $- | $- | $- | $- | $22,599,359.00 | $22,599,359.00 | Pursuant to the court-approved MOU [D.I. 4152, 4126], and as a result of the Withdrawal Liability Settlement Payment made thereunder in full payment of amounts owed to the Pension Fund under the Pension Settlement Agreement, no further amounts are owed to the Pension Fund. |
| 30 | Pension Fund for Hospital and Healthcare Employees of PHL | 25 | StChris Care at Northeast Pediatrics, L.L.C. | $- | $- | $- | $- | $22,599,359.00 | $22,599,359.00 | Pursuant to the court-approved MOU [D.I. 4152, 4126], and as a result of the Withdrawal Liability Settlement Payment made thereunder in full payment of amounts owed to the Pension Fund under the Pension Settlement Agreement, no further amounts are owed to the Pension Fund. |

| | | | | No Liability Claims | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Creditor Name** | **Claim No.** | **Debtor Against Whom Claim is Filed** | **Filed Claim Amount ($)** | | | | | | **Reason for Disallowance** |
| | | | | **Priority** | **Secured** | **503(b)(9)** | **Admin.** | **Unsecured** | **Total** | |
| 31 | Pension Fund for Hospital and Healthcare Employees of PHL | 25 | TPS of PA, L.L.C. | $- | $- | $- | $- | $22,599,359.00 | $22,599,359.00 | Pursuant to the court-approved MOU [D.I. 4152, 4126], and as a result of the Withdrawal Liability Settlement Payment made thereunder in full payment of amounts owed to the Pension Fund under the Pension Settlement Agreement, no further amounts are owed to the Pension Fund. |