# EXHIBIT B

**Summary of Compensation Requested by Project Category**

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Asset Sale Disposition | 10.00 | $5,293.75 | 29.30 | $17,871.50 |
| Business Operations | 600.00 | $317,625.00 | 591.70 | $414,714.0 |
| Case Administration | 105.00 | $55,584.39 | 114.90 | $67,397.00 |
| Claims Analysis, Objections, Proofs of Claim and Bar Date. | 425.00 | $224,984.38 | 270.10 | $164,104.00 |
| Committee Matters | 30.00 | $15,881.25 | 1.50 | $1,108.50 |
| Creditor Inquiries | 15.00 | $7,940.64 | 2.60 | $1,637.50 |
| Employee Benefits and Pensions | 15.00 | $7,940.64 | 0.00 | $0.00 |
| Executory Contracts and Unexpired Leases | 15.00 | $7,940.64 | 0.00 | $0.00 |
| Fee/Employment Application (Saul Ewing) | 30.00 | $15,881.25 | 39.30 | $11,483.00 |
| Fee/Employment Applications (Objections) | 13.00 | $6,881.89 | 0.00 | $0.00 |
| Fee/Employment Applications (Other Professionals) | 21.00 | $11,116.89 | 17.30 | $5,115.50 |
| Litigation: Contested Matters and Adversary Proceedings | 1,000.00 | $529,375.01 | 803.90 | $508,808.00 |
| Non-Working Travel | 30.00 | $15,881.25 | 15.40 | $11,306.50 |
| Plan and Disclosure Statement | 17.00 | $8,999.39 | 0.80 | $576.00 |
| Preparation for and Attendance at Hearing | 70.00 | $37,056.25 | 33.20 | $25,444.50 |
| Relief from Stay and Adequate Protection | 24.00 | $12,705.01 | 21.40 | $11,541.00 |
| UST Reports, Meetings and Issues | 21.00 | $11,116.89 | 14.80 | $4,489.00 |
| **TOTAL** | **2,441.00** | **$1,292,204.52** | **1956.20** | **$1,245,596.00** |
| **Minus Agreed Upon Discount** | | | | **($123,428.95)** |
| **Minus 50% for Non-Working Travel** | | | | **($5,653.25)** |
| **GRAND TOTAL** | **2,441.00** | **$1,292,204.52** | **1,956.20** | **$1,116,513.80** |

| | |
|---|---|
| Case Name: | Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.* |
| Case Number: | 19-11466 (MFW) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | October 11, 2023 |
| Interim or Final: | Interim |

2

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Interim Period |
|---|---|
| Partner | 14 |
| Counsel | 1 |
| Associate | 6 |
| Paralegal | 2 |
| Other (Litigation, Support, Paraprofessional, Clerical) | 1 |

| | |
|---|---|
| Case Name: | Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.* |
| Case Number: | 19-11466 (MFW) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | October 11, 2023 |
| Interim or Final: | Interim |

2

51101468.1 10/11/2023