# EXHIBIT C

**Summary of Expense Reimbursement Requested by Category**

51101468.1 10/11/2023

## SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (5,837 pages @ $.10 per page) | | $583.70 |
| Car Service / Taxi | *See attached chart* | $31.55 |
| Court Costs | Philadelphia Court of Common Pleas | $91.25 |
| Court Reporter | Summit Court Reporting Inc. | $1,046.65 |
| Docket Retrieval / Case Monitoring | Pacer Service Center | $404.60 |
| Document Fee | Delaware Secretary of State (LLC incorporations) | $6,558.00 |
| E-discovery Processing /Usage | Epiq Relativity | $26,427.00 |
| Legal Research | Westlaw; Lexis | $9,477.88 |
| Lodging | *See attached chart* | $461.35 |
| Messenger Service | Reliable Copy Service – DE | $24.07 |
| Overnight Delivery | Federal Express | $473.91 |
| Train | *See attached chart* | $250.00 |
| Transcripts | Reliable Copy Services – DE | $254.10 |
| **TOTAL** | | **$46,084.06** |

| | |
|---|---|
| Case Name: | Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.* |
| Case Number: | 19-11466 (MFW) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | October 11, 2023 |
| Interim or Final: | Interim |

51101468.1 10/11/2023

| TRAVEL DETAIL ||||| 
|---|---|---|---|---|
| Date | Provider | # of People and Description | Description | Amount |
| 9/13/22 | Uber | (1) Adam H. Isenberg | Uber from 30th Street Station to Elkin Parks, PA after MOU closing in New York | $31.55 |
| 9/12/22 | Amtrak | (1) Adam Isenberg | Train from Philadelphia to New York for MOU closing | $100.00 |
| 9/13/22 | Amtrak | (1) Adam Isenberg | Train from New York to Philadelphia after attending MOU closing | $150.00 |
| 9/12/22 | NY Hilton Midtown | (1) Adam Isenberg | Hotel for MOU closing in New York | $461.35 |
| | | TOTAL | | $742.90 |

| | |
|---|---|
| Case Name: | Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.* |
| Case Number: | 19-11466 (MFW) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | October 11, 2023 |
| Interim or Final: | Interim |