# EXHIBIT D

**Budgets and Staffing Plans**

**July 2022**

| Task Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| 1 | Strategic Advice | 0 | $0.00 |
| 2 | *Expenses* | N/A | $15,000.00 |
| 3 | Asset Sale Disposition | 0 | $0.00 |
| 4 | Business Operations | 200 | $105,875.00 |
| 5 | Case Administration | 35 | $18,528.13 |
| 6 | Claims Analysis, Objections, Proofs of Claim and Bar Date | 150 | $79,406.25 |
| 7 | Committee Matters | 10 | $5,293.75 |
| 8 | Creditor Inquiries | 5 | $2,646.88 |
| 9 | Employee Benefits and Pensions | 5 | $2,646.88 |
| 10 | Executory Contracts and Unexpired Leases | 5 | $2,646.88 |
| 11 | Fee/Employee Applications – SEAL | 10 | $5,293.75 |
| 12 | Fee/Employment Applications (Other Professionals) | 7 | $3,705.63 |
| 13 | Fee/Employment Applications (Objections) | 5 | $2,646.88 |
| 14 | DIP Financing and Cash Collateral | 0 | $0.00 |
| 15 | Labor Matters | 0 | $0.00 |
| 16 | Litigation: Contested Matters and Adversary Proceedings | 375 | $198,515.63 |
| 17 | Non-Working Travel | 10 | $5,293.75 |
| 18 | Plan and Disclosure Statement | 7 | $3,705.63 |
| 19 | Preparation for and Attendance at Hearings | 10 | $5,293.75 |
| 20 | Relief from Stay and Adequate Protection | 10 | $5,293.75 |
| 21 | Statements and Schedules | 0 | $0.00 |
| 22 | UST Reports, Meetings and Issues | 7 | $3,705.63 |
| 23 | Utilities | 0 | $0.00 |
| | **Total:** | 851 | $465,498.17 |

-2-

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Budget Period | Hourly Rates |
|---|---|---|
| Partner | 13 | $475 per hour to $1100 per hour |
| Counsel | 1 | $440 per hour to $850 per hour |
| Associate | 5 | $285 per hour to $525 per hour |
| Paralegal | 1 | $175 per hour to $395 per hour |
| Other (Litigation, Support, Paraprofessional, Clerical) | 1 | $150 per hour to $350 per hour |

51101468.1 10/11/2023

-3-

**August 2022**

| Task Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| 1 | Strategic Advice | 0 | $0.00 |
| 2 | *Expenses* | N/A | $15,000.00 |
| 3 | Asset Sale Disposition | 0 | $0.00 |
| 4 | Business Operations | 200 | $105,875.00 |
| 5 | Case Administration | 35 | $18,528.13 |
| 6 | Claims Analysis, Objections, Proofs of Claim and Bar Date | 150 | $79,406.25 |
| 7 | Committee Matters | 10 | $5,293.75 |
| 8 | Creditor Inquiries | 5 | $2,646.88 |
| 9 | Employee Benefits and Pensions | 5 | $2,646.88 |
| 10 | Executory Contracts and Unexpired Leases | 5 | $2,646.88 |
| 11 | Fee/Employee Applications – SEAL | 10 | $5,293.75 |
| 12 | Fee/Employment Applications (Other Professionals) | 7 | $3,705.63 |
| 13 | Fee/Employment Applications (Objections) | 5 | $2,646.88 |
| 14 | DIP Financing and Cash Collateral | 0 | $0.00 |
| 15 | Labor Matters | 0 | $0.00 |
| 16 | Litigation: Contested Matters and Adversary Proceedings | 375 | $198,515.63 |
| 17 | Non-Working Travel | 10 | $5,293.75 |
| 18 | Plan and Disclosure Statement | 5 | $2,646.88 |
| 19 | Preparation for and Attendance at Hearings | 50 | $26,468.75 |
| 20 | Relief from Stay and Adequate Protection | 7 | $3,705.63 |
| 21 | Statements and Schedules | 0 | $0.00 |
| 22 | UST Reports, Meetings and Issues | 7 | $3,705.63 |
| 23 | Utilities | 0 | $0.00 |
| | Total: | 886 | $484,026.30 |

-4-

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Budget Period | Hourly Rates |
|---|---|---|
| Partner | 13 | $475 per hour to $1100 per hour |
| Counsel | 1 | $440 per hour to $850 per hour |
| Associate | 5 | $285 per hour to $525 per hour |
| Paralegal | 1 | $175 per hour to $395 per hour |
| Other (Litigation, Support, Paraprofessional, Clerical) | 1 | $150 per hour to $350 per hour |

-5-

## September 2022

| Task Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| 1 | Strategic Advice | 0 | $0.00 |
| 2 | *Expenses* | N/A | $15,000.00 |
| 3 | Asset Sale Disposition | 10 | $5,293.75 |
| 4 | Business Operations | 200 | $105,875.00 |
| 5 | Case Administration | 35 | $18,528.13 |
| 6 | Claims Analysis, Objections, Proofs of Claim and Bar Date | 125 | $66,171.88 |
| 7 | Committee Matters | 10 | $5,293.75 |
| 8 | Creditor Inquiries | 5 | $2,646.88 |
| 9 | Employee Benefits and Pensions | 5 | $2,646.88 |
| 10 | Executory Contracts and Unexpired Leases | 5 | $2,646.88 |
| 11 | Fee/Employee Applications – SEAL | 10 | $5,293.75 |
| 12 | Fee/Employment Applications (Other Professionals) | 7 | $3,705.63 |
| 13 | Fee/Employment Applications (Objections) | 3 | $1,588.13 |
| 14 | DIP Financing and Cash Collateral | 0 | $0.00 |
| 15 | Labor Matters | 0 | $0.00 |
| 16 | Litigation: Contested Matters and Adversary Proceedings | 250 | $132,343.75 |
| 17 | Non-Working Travel | 10 | $5,293.75 |
| 18 | Plan and Disclosure Statement | 5 | $2,646.88 |
| 19 | Preparation for and Attendance at Hearings | 10 | $5,293.75 |
| 20 | Relief from Stay and Adequate Protection | 7 | $3,705.63 |
| 21 | Statements and Schedules | 0 | $0.00 |
| 22 | UST Reports, Meetings and Issues | 7 | $3,705.63 |
| 23 | Utilities | 0 | $0.00 |
| | **Total:** | **704** | **$387,680.05** |

-6-

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Budget Period | Hourly Rates |
|---|---|---|
| Partner | 12 | $475 per hour to $1100 per hour |
| Counsel | 0 | $440 per hour to $850 per hour |
| Associate | 4 | $285 per hour to $525 per hour |
| Paralegal | 1 | $175 per hour to $395 per hour |
| Other (Litigation, Support, Paraprofessional, Clerical) | 1 | $150 per hour to $350 per hour |

51101468.1 10/11/2023