# EXHIBIT A

**Summary of Blended Rate**

**BILLING DISCLOSURES FOR SAUL EWING LLP**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budget Period | Billed *Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | Billed *This Application* |
|---|---|---|---|
| Senior Partners | 15 | $604.00 | $731.29 |
| Junior Partners | 3 | $494.00 | $505.20 |
| Special Counsel | 0 | $509.00 | $0.00 |
| Senior Associates | 4 | $363.00 | $381.34 |
| Junior Associates | 2 | $287.00 | $285.00 |
| Paralegal | 1 | $233.00 | $325.00 |
| Other (Litigation, Support, Paraprofessional, Clerical) | 5 | $257.00 | $270.35 |
| **Aggregated:** | | **$467.00** | **$569.16** |

| | |
|---|---|
| Case Name: | Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.* |
| Case Number: | 19-11466 (MFW) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | October 11, 2023 |
| Interim or Final: | Interim |