# EXHIBIT B

**Summary of Compensation Requested by Project Category**

51144101.1 10/11/2023

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Asset Sale Disposition | 400.00 | $211,750.00 | 357.20 | $234,997.50 |
| Business Operations | 475.00 | $251,453.13 | 377.20 | $272,447.00 |
| Case Administration | 105.00 | $55,584.39 | 66.90 | $38,405.50 |
| Claims Analysis, Objections, Proofs of Claim and Bar Date. | 225.00 | $119,109.38 | 280.90 | $181,740.50 |
| Committee Matters | 30.00 | $15,881.25 | 2.50 | $1,819.00 |
| Creditor Inquiries | 15.00 | $7,940.64 | 2.00 | $1,315.00 |
| Employee Benefits and Pensions | 10.00 | $5,293.76 | 0.10 | $72.00 |
| Executory Contracts and Unexpired Leases | 15.00 | $7,940.64 | 0.00 | $0.00 |
| Fee/Employment Application (Saul Ewing) | 30.00 | $15,881.25 | 24.60 | $7,754.00 |
| Fee/Employment Applications (Objections) | 3.00 | $1,588.13 | 0.00 | $0.00 |
| Fee/Employment Applications (Other Professionals) | 29.00 | $15,351.89 | 41.60 | $26,747.00 |
| Litigation: Contested Matters and Adversary Proceedings | 225.00 | $119,109.38 | 139.00 | $71,794.00 |
| Non-Working Travel | 30.00 | $15,881.25 | 6.80 | $5,542.00 |
| Plan and Disclosure Statement | 15.00 | $7,940.64 | 3.00 | $2,160.00 |
| Preparation for and Attendance at Hearing | 16.00 | $8,470.01 | 6.80 | $3,422.00 |
| Relief from Stay and Adequate Protection | 17.00 | $8,999.39 | 8.30 | $5,313.00 |
| UST Reports, Meetings and Issues | 29.00 | $15,351.89 | 64.50 | $22,529.00 |
| **TOTAL** | **1669.00** | **$883,527.02** | **1381.40** | **$876,057.50** |
| **Minus Agreed Upon Discount** | | | | **($87,051.55)** |
| **Minus 50% for Non-Working Travel** | | | | **($2,771.00)** |
| **GRAND TOTAL** | **1,669.00** | **$883,527.02** | **1,381.40** | **$786,234.95** |

| | |
|---|---|
| Case Name: | Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.* |
| Case Number: | 19-11466 (MFW) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | October 11, 2023 |
| Interim or Final: | Interim |

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Interim Period |
|---|---|
| Partner | 14 |
| Counsel | 0 |
| Associate | 4 |
| Paralegal | 1 |
| Other (Litigation, Support, Paraprofessional, Clerical) | 1 |

| | |
|---|---|
| Case Name: | Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.* |
| Case Number: | 19-11466 (MFW) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | October 11, 2023 |
| Interim or Final: | Interim |

2