Case 19-11466-MFW    Doc 4902-4    Filed 10/11/23    Page 1 of 4

# EXHIBIT C

**Summary of Expense Reimbursement Requested by Category**

51144101.1 10/11/2023

## SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (4,272 pages @ $.10 per page) | | $427.20 |
| Car Service / Taxi | *See attached chart* | $75.24 |
| Docket Retrieval / Case Monitoring | Pacer Service Center | $149.60 |
| E-discovery Processing /Usage | Epiq Relativity | $25,642.90 |
| Legal Research | Westlaw; Lexis | $8,354.58 |
| Lodging | *See attached chart* | $1,028.26 |
| Meals | *See attached chart* | $57.44 |
| Messenger Service | Reliable Copy Service – DE | $19.25 |
| Mileage | *See attached chart* | $130.01 |
| Outside Reproduction | Exela Enterprise Solutions, Inc. | $59.94 |
| Overnight Delivery | Federal Express | $50.71 |
| Parking | *See attached chart* | $153.00 |
| Professional Services | Reliable Copy Service – DE | $30.00 |
| Recording Fees | Searchtec Inc. | $4,710.50 |
| Train | *See attached chart* | $150.00 |
| Transcripts | Reliable Copy Services – DE | $163.35 |
| **TOTAL** | | **$41,201.98** |

| | |
|---|---|
| Case Name: | Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.* |
| Case Number: | 19-11466 (MFW) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | October 11, 2023 |
| Interim or Final: | Interim |

51144101.1 10/11/2023

| \ | TRAVEL DETAIL | | | |
|---|---|---|---|---|
| Date | Provider | # of People and Description | Description | Amount |
| 9/11/22 | New York Cab | (1) Jeffrey Hampton | Cab from Penn Station in New York to mediation closing | $16.56 |
| 9/13/22 | Uber | (1) Jeffrey Hampton | Uber from 30th Street Station to home after MOU closing in New York | $58.68 |
| 9/29/22 | Mark Minuti | (1) Mark Minuti | Mileage from Delaware to Philadelphia and back to attend HUH inspection | $42.29 |
| 10/6/22 | Mark Minuti | (1) Mark Minuti | Mileage from Delaware to Philadelphia and back to attend broker interviews | $43.86 |
| 10/13/22 | Mark Minuti | (1) Mark Minuti | Mileage from Delaware to Philadelphia and back to attend broker interviews | $43.86 |
| 9/29/22 | Love Park Garage | (1) Mark Minuti | Parking in Philadelphia to attend HUH inspection | $37.00 |
| 10/11/22 | Chase Parking | (1) Robyn Warren | Parking in Wilmington to prepare claim binders | $14.00 |
| 10/6/22 | Logan Square Garage | (1) Mark Minuti | Parking in Philadelphia to attend broker interviews | $42.00 |
| 10/6/22 | Logan Square Garage Interpark | (1) Mark Minuti | Parking in Philadelphia to attend broker interviews | $42.00 |
| 11/07/22 | Broad and Vine Garage | (1) Adam Isenberg | Parking in Philadelphia to attend broker meeting | $18.00 |
| 9/13/22 | Amtrak | (1) Jeffrey Hampton | Train from New York to Philadelphia after MOU closing | $150.00 |
| 9/11/22 | NY Hilton Midtown | (1) Jeffrey Hampton | Hotel for MOU closing in New York | $431.50 |
| 9/12/22 | NY Hilton Midtown | (1) Jeffrey Hampton | Hotel for MOU closing in New York | $596.76 |
| | | | TOTAL | $1536.51 |

| | |
|---|---|
| Case Name: | Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.* |
| Case Number: | 19-11466 (MFW) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | October 11, 2023 |
| Interim or Final: | Interim |

2

3

## MEALS DETAIL

| Date | Provider | # of People and Description | Description | Amount |
|---|---|---|---|---|
| 9/13/22 | Chopt Creative Salad Co. | (1) Jeffrey Hampton | Dinner after attending MOU closing in New York | $16.96 |
| 9/13/22 | ETC | (2) Jeffrey Hampton and Allen Wilen | Breakfast before attending MOU closing in New York | $40.48 |
| | | TOTAL | | $57.44 |

| | |
|---|---|
| Case Name: | Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.* |
| Case Number: | 19-11466 (MFW) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | October 11, 2023 |
| Interim or Final: | Interim |

3