## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due: November 1, 2023 at 4:00 p.m.**<br>**Hearing Date: TBD if objection filed** |

**FORTY-SIXTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C.
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
<u>PERIOD FROM APRIL 1, 2023 THROUGH APRIL 30, 2023</u>**

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Period for which compensation and reimbursement are sought: | April 1, 2023 – April 30, 2023 |
| Amount of compensation sought as actual, reasonable, and necessary: | $18,950.00 (80% of $23,687.50) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $0.00 |

This is a monthly application.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., St. Chris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

9867275

**COMPENSATION BY PROFESSIONAL**

| Name of Professional Individual | Position, Department, Year of First Bar Admission | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Boris Mankovetskiy | Member, Bankruptcy First Bar Admission: 2001 | $875 | 20.6 | $18,025.00 |
| Michael Savetsky | Of Counsel, Bankruptcy First Bar Admission: 2005 | $795 | 5.3 | $4,213.50 |
| Jeffrey Kramer | Of Counsel, Bankruptcy First Bar Admission: 1995 | $795 | 10.5 | $8,347.50 |
| Gregory A. Kopacz | Of Counsel, Bankruptcy First Bar Admission: 2010 | $725 | 1.5 | $1,087.50 |
| **Total Fees at Standard Rates** | | | **37.9** | **$31,673.50** |
| **Total Fees at $625 Blended Hourly Rate[2]** | | | **37.9** | **$23,687.50** |

---

[1] Effective October 1, 2022 (the first day of Sills' fiscal year), the *standard* hourly rates of certain Sills attorneys were increased to reflect the increased experience and seniority of such attorneys, as well as economic and other conditions. In particular, the hourly rate of Andrew H. Sherman was increased from $925 to $995; the hourly rate of Boris Mankovetskiy was increased from $825 to $875; and the hourly rate of Gregory Kopacz was increased from $650 to $725. However, as discussed below, Sills' attorneys' fees for *this* engagement are subject to a $625 blended hourly rate cap.

[2] As noted in Sills' retention application [D.I. 636] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625." See Retention Application ¶ 16.

9867275

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery (101) | 10.5 | $8,347.50 |
| Asset Disposition (102) | 5.9 | $5,162.50 |
| Case Administration (104) | 2.2 | $1,790.00 |
| Claims Administration and Objections (105) | 1.5 | $1,297.50 |
| Fee/Employment Applications (107) | 0.2 | $145.00 |
| Fee/Employment Objections (108) | 0.3 | $217.50 |
| Litigation (Other than Avoidance Action Litigation) (110) | 3.4 | $2,975.00 |
| Avoidance Action Litigation (111) | 1.3 | $1,137.50 |
| Plan and Disclosure Statement (113) | 10.4 | $8,676.00 |
| Relief from Stay Proceedings (114) | 2.2 | $1,925.00 |
| **Total Fees at Standard Rate** | **37.9** | **$31,673.50** |
| **Total Fees at $625 Blended Rate[1]** | **37.9** | **$23,687.50** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| **TOTAL** | **$0.00** |

---

[1] Sills' attorneys' fees are subject to a blended hourly rate cap of $625.  See Retention Application ¶ 16.

9867275

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: November 1, 2023 at 4:00 p.m.**<br>**Hearing Date: TBD if objection filed** |

**FORTY-SIXTH APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM APRIL 1, 2023 THROUGH APRIL 30, 2023**

Pursuant to Bankruptcy Code sections 330 and 331, Federal Rule of Bankruptcy Procedure 2016 (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341] (the "Compensation Order"), Sills Cummis & Gross P.C. ("Sills") files this *Forty-Sixth Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From April 1, 2023 Through April 30, 2023* (the "Application"), seeking allowance of $18,950.00 (80% of $23,687.50) in fees, *plus* $0.00 for reimbursement of actual and necessary expenses, for a total of $18,950.00.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., St. Chris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

4

9867275

**Background**

1.      On June 30 and July 1, 2019, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2.      On July 15, 2019, the United States Trustee appointed the Official Committee of Unsecured Creditors (the "Committee") [D.I. 182].

3.      The Committee retained Sills as counsel pursuant to this Court's *Amended Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. Nunc Pro Tunc to July 15, 2019* [D.I. 650].

**Compensation Paid and Its Source**

4.      All services for which compensation is requested were performed for or on behalf of the Committee.  During the compensation period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application.  There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

**Fee Statements**

5.      The fee statement for this period is attached as **Exhibit A**.  To the best of Sills' knowledge, this Application reasonably complies with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the *Region 3 Operating Guidelines and Reporting Requirements for Chapter 11 Debtors and Trustees*, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013*, Local Rule 2016-2, and the Compensation Order.

9867275

**Summary of Services by Project**

A.    Asset Analysis and Recovery

Fees: $8,347.50;        Total Hours: 10.5

This category includes time spent drafting a memorandum regarding easements under state law and conducting related research and analysis.

B.    Asset Disposition

Fees: $5,162.50;        Total Hours: 5.9

This category includes time spent analyzing and addressing sale issues and preparing a related memorandum.

C.    Case Administration

Fees: $1,790.00;        Total Hours: 2.2

This category includes time spent: (a) communicating with creditors regarding case matters; and (b) analyzing pleadings, motions and other documents.

D.    Claims Administration and Objections

Fees: $1,297.50;        Total Hours: 1.5

This category includes time spent addressing claim and claim settlement matters.

E.    Fee/Employment Applications

Fees: $145.00;        Total Hours: 0.2

This category includes time spent reviewing proposed orders for interim fee applications.

F.    Fee/Employment Objections

Fees: $217.50;        Total Hours: 0.3

This category includes time spent reviewing the Debtors' professionals' fee applications.

9867275

G.      Litigation (Other than Avoidance Action Litigation)

Fees: $2,975.00;      Total Hours: 3.4

This category includes time spent analyzing an adversary proceeding complaint and addressing mediation and other related matters.

H.      Avoidance Action Litigation

Fees: $1,137.50;      Total Hours: 1.3

This category includes time spent analyzing proposed preference settlements.

I.      Plan and Disclosure Statement

Fees: $8,676.00;      Total Hours: 10.4

This category includes time spent analyzing a proposed amended plan of liquidation and related matters.

J.      Relief from Stay Proceedings

Fees: $1,925.00;      Total Hours: 2.2

This category includes time spent analyzing stay relief matters, proposed resolutions of stay relief requests, and related claims and matters.

## Conclusion

6.      Sills submits the amounts sought are fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

**WHEREFORE**, Sills requests an allowance be made to Sills for the sums of $18,950.00 (80% of $23,687.50) as compensation, *plus* $0.00 for reimbursement of actual and necessary expenses, for a total of $18,950.00, and that such amount be authorized for payment.

9867275

Dated: October 11, 2023
Wilmington, Delaware

Respectfully submitted,

/s/ Seth A. Niederman
Seth A. Niederman (DE Bar No. 4588)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE 19899
Telephone: 302-654-7444
Facsimile: 302-295-2013
Email: sniederman@foxrothschild.com

- and -

Andrew H. Sherman (*pro hac vice*)
Boris I. Mankovetskiy (*pro hac vice*)
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone:  973-643-7000
Facsimile:  973-643-6500
Email:  asherman@sillscummis.com
        bmankovetskiy@sillscummis.com

*Counsel for the Official Committee*
*of Unsecured Creditors*

8

9867275

**VERIFICATION**

STATE OF NEW JERSEY    )
                                   ) SS:

COUNTY OF ESSEX          )

        Andrew H. Sherman, after being duly sworn according to law, deposes and says:

        a)      I am an attorney at law and a Member of the law firm of Sills Cummis & Gross P.C., located at One Riverfront Plaza, Newark, New Jersey 07102.

        b)      I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

        c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

        d)      I have reviewed Local Rule 2016-2, and believe the Application substantially complies therewith.

                                              */s/ Andrew H. Sherman*
                                            Andrew H. Sherman

# Exhibit "A"

# Sills Cummis & Gross
### A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

| | |
|---|---|
| Official Committee of Unsecured Creditors of Center City | May 30, 2023 |
| Healthcare LLC d/b/a Hahnemann University Hospital | Client/Matter No. 08650118.000001 |
| c/o Conifer Health Solutions Chair | Invoice: 2040629 |
| 3560 Dallas Parkway | Billing Attorney: AHS |
| Frisco, TX  75034 | |
| | Federal Tax Id: 22-1920331 |

RE: Creditors' Committee

For Legal Services Rendered Through April 30, 2023

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **101 – ASSET ANALYSIS AND RECOVERY** | | | | | |
| 04/07/23 | JK | 101 | Conduct legal research re: easement issues under state law. | 3.30 | $2,623.50 |
| 04/09/23 | JK | 101 | Revise and edit memorandum re: easement issues under state law. | 3.80 | $3,021.00 |
| 04/10/23 | JK | 101 | Revise and edit memorandum re: easement issues under state law. | 3.40 | $2,703.00 |
| | | **TASK TOTAL 101** | | **10.50** | **$8,347.50** |
| **102 – ASSET DISPOSITION** | | | | | |
| 04/04/23 | BM | 102 | Analysis regarding REA AND UUA issues. | 1.30 | $1,137.50 |
| 04/05/23 | BM | 102 | Revisions of memo regarding potential strategies for disposition of Broad Street properties. | 0.90 | $787.50 |
| 04/10/23 | BM | 102 | Analysis regarding REA and UUA issues and Broad Street properties sale process. | 1.30 | $1,137.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

May 30, 2023
Client/Matter No. 08650118.000001
Invoice: 2040629
Page 2

| | | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| 04/11/23 | BM | 102 | | Analysis and revisions of memorandum regarding Broad Street real estate sale issues. | 1.20 | $1,050.00 |
| 04/18/23 | BM | 102 | | Analysis regarding Broad St. assets sale process issues. | 1.20 | $1,050.00 |
| | | **TASK TOTAL 102** | | | **5.90** | **$5,162.50** |

**104 – CASE ADMINISTRATION**

| | | | | | | |
|---|---|---|---|---|---|---|
| 04/03/23 | GAK | 104 | | Email J Waller regarding case status. | 0.10 | $72.50 |
| 04/06/23 | GAK | 104 | | Prepare for and attend call with creditor regarding case status. | 0.30 | $217.50 |
| 04/13/23 | GAK | 104 | | Call with J. Waller regarding case status. | 0.20 | $145.00 |
| 04/20/23 | GAK | 104 | | Call with creditor regarding case status. | 0.10 | $72.50 |
| 04/21/23 | BM | 104 | | Analysis regarding Saechow and Richards claims and proposed mediation. | 1.30 | $1,137.50 |
| 04/21/23 | GAK | 104 | | Review email from Debtors' counsel regarding upcoming hearing and review related agenda. | 0.10 | $72.50 |
| 04/30/23 | GAK | 104 | | Review notification regarding upcoming omnibus hearing and email A. Sherman regarding same. | 0.10 | $72.50 |
| | | **TASK TOTAL 104** | | | **2.20** | **$1,790.00** |

**105 – CLAIMS ADMINISTRATION AND OBJECTIONS**

| | | | | | | |
|---|---|---|---|---|---|---|
| 04/26/23 | BM | 105 | | Draft a memo to Committee regarding Saechow/Richards issues. | 1.40 | $1,225.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

May 30, 2023
Client/Matter No. 08650118.000001
Invoice: 2040629
Page 3

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 04/30/23 | GAK | 105 | Review proposed stipulation resolving Chubb claims and email A. Sherman regarding same. | 0.10 | $72.50 |
| | **TASK TOTAL 105** | | | **1.50** | **$1,297.50** |

### 107 – FEE/EMPLOYMENT APPLICATIONS

| | | | | | |
|---|---|---|---|---|---|
| 04/17/23 | GAK | 107 | Review proposed order for interim fee applications. | 0.20 | $145.00 |
| | **TASK TOTAL 107** | | | **0.20** | **$145.00** |

### 108 – FEE/EMPLOYMENT OBJECTIONS

| | | | | | |
|---|---|---|---|---|---|
| 04/21/23 | GAK | 108 | Review Eisner's fee application. | 0.10 | $72.50 |
| 04/21/23 | GAK | 108 | Review Saul Ewing February fee statement. | 0.10 | $72.50 |
| 04/30/23 | GAK | 108 | Review and analyze Debtors' fee application, | 0.10 | $72.50 |
| | **TASK TOTAL 108** | | | **0.30** | **$217.50** |

### 110 – LITIGATION (OTHER THAN AVOIDANCE ACTION LITIGATION

| | | | | | |
|---|---|---|---|---|---|
| 04/12/23 | BM | 110 | Analysis regarding Ironstone's adversary proceeding complaint. | 0.90 | $787.50 |
| 04/21/23 | BM | 110 | Analysis regarding Debtors' disputes with Ironstone and pending adversary proceeding. | 1.30 | $1,137.50 |
| 04/24/23 | BM | 110 | Analysis regarding Saechow and Richards claims and proposed mediation. | 1.20 | $1,050.00 |
| | **TASK TOTAL 110** | | | **3.40** | **$2,975.00** |

Sills Cummis & Gross P.C.

Creditors' Committee

May 30, 2023
Client/Matter No. 08650118.000001
Invoice: 2040629
Page 4

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **111 – AVOIDANCE ACTION LITIGATION** | | | | | |
| 04/03/23 | BM | 111 | Analysis regarding proposed settlements of preference actions. | 0.70 | $612.50 |
| 04/19/23 | BM | 111 | Analysis regarding proposed avoidance action settlements. | 0.60 | $525.00 |
| | | **TASK TOTAL 111** | | **1.30** | **$1,137.50** |
| **113 – PLAN AND DISCLOSURE STATEMENT** | | | | | |
| 04/07/23 | BM | 113 | Analysis regarding draft amended plan of liquidation. | 0.90 | $787.50 |
| 04/10/23 | BM | 113 | Analysis regarding draft amended plan of liquidation. | 1.40 | $1,225.00 |
| 04/21/23 | BM | 113 | Analysis regarding proposed amended plan of liquidation. | 0.90 | $787.50 |
| 04/27/23 | MS | 113 | Further review draft of first amended plan. | 2.30 | $1,828.50 |
| 04/27/23 | MS | 113 | Review Drexel and Tenet/Confer settlement agreements re: terms of draft first amended plan. | 0.50 | $397.50 |
| 04/27/23 | MS | 113 | E-mails with B. Mankovetskiy re: draft first amended plan. | 0.20 | $159.00 |
| 04/28/23 | BM | 113 | Analysis regarding draft plan of liquidation. | 1.90 | $1,662.50 |
| 04/28/23 | MS | 113 | Review MOU settlement agreement re: terms of draft first amended plan. | 1.90 | $1,510.50 |
| 04/28/23 | MS | 113 | E-mails with B. Mankovetskiy re: PIC rights under draft first amended plan. | 0.20 | $159.00 |
| 04/28/23 | MS | 113 | Review precedent for scope of oversight committee rights. | 0.20 | $159.00 |
| | | **TASK TOTAL 113** | | **10.40** | **$8,676.00** |

Sills Cummis & Gross P.C.

Creditors' Committee

May 30, 2023
Client/Matter No. 08650118.000001
Invoice: 2040629
Page 5

|  |  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| **114 – RELIEF FROM STAY PROCEEDINGS** | | | | | | |
| 04/03/23 | BM | 114 | | Analysis regarding Ramsey claims and stay relief issues. | 0.90 | $787.50 |
| 04/13/23 | BM | 114 | | Analysis regarding Ramsey stay relief issues. | 0.60 | $525.00 |
| 04/19/23 | BM | 114 | | Analysis regarding proposed resolution of pending stay relief requests. | 0.70 | $612.50 |
| | | | **TASK TOTAL 114** | | **2.20** | **$1,925.00** |
| | | | **TOTAL FEES at Standard Rates** | | **37.90** | **$31,673.50** |
| | | | **Attorney Fees at Blended Rate of $625** | | **37.90** | **$23,687.50** |
| | | | **Paralegal Fees at Standard Rate** | | **0.00** | **0.00** |
| | | | **TOTAL FEES at Blended Rate** | | **37.90** | **$23,687.50** |

## TASK CODE SUMMARY

| | | | HOURS | AMOUNT |
|---|---|---|---|---|
| 101 | Asset Analysis and Recovery | | 10.50 | $8,347.50 |
| 102 | Asset Disposition | | 5.90 | $5,162.50 |
| 104 | Case Administration | | 2.20 | $1,790.00 |
| 105 | Claims Administration and Objections | | 1.50 | $1,297.50 |
| 107 | Fee/Employment Applications | | 0.20 | $145.00 |
| 108 | Fee/Employment Objections | | 0.30 | $217.50 |
| 110 | Litigation (Other than Avoidance Action Litigation | | 3.40 | $2,975.00 |
| 111 | Avoidance Action Litigation | | 1.30 | $1,137.50 |
| 113 | Plan and Disclosure Statement | | 10.40 | $8,676.00 |
| 114 | Relief from Stay Proceedings | | 2.20 | $1,925.00 |
| | TOTAL FEES at Standard Rates | | 37.90 | $31,673.50 |
| | Attorney Fees at Blended Rate of $625 | | 37.90 | $23,687.50 |
| | Paralegal Fees at Standard Rate | | 0.00 | 0.00 |
| | TOTAL FEES at Blended Rate | | 37.90 | $23,687.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

May 30, 2023
Client/Matter No. 08650118.000001
Invoice: 2040629
Page 6

| | | | | |
|---|---|---|---|---|
| Boris Mankovetskiy | 20.60 | x  $875.00 | = | $18,025.00 |
| Michael Savetsky | 5.30 | x  $795.00 | = | $4,213.50 |
| Jeffrey Kramer | 10.50 | x  $795.00 | = | $8,347.50 |
| Gregory A. Kopacz | 1.50 | x  $725.00 | = | $1,087.50 |

| INVOICE SUMMARY | |
|---|---|
| Total Fees | $23,687.50 |
| Total Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$23,687.50** |

*Total includes fees at **Blended Rate**.  Per Retention Application, lesser of fees at *Standard Rates* (**$31,673.50**) and fees at *Blended Rate* of $625 (**$23,687.50**)** apply.

**includes paralegal fees at standard rates, if applicable