**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due: November 1, 2023 at 4:00 p.m.** |
| | **Hearing Date: TBD if objection filed** |

**FORTY-SEVENTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C.
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
<u>PERIOD FROM MAY 1, 2023 THROUGH MAY 31, 2023</u>**

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Period for which compensation and reimbursement are sought: | May 1, 2023 – May 31, 2023 |
| Amount of compensation sought as actual, reasonable, and necessary: | $7,400.00 (80% of $9,250.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $0.00 |

This is a monthly application.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., St. Chris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

1

**COMPENSATION BY PROFESSIONAL**

| Name of Professional Individual | Position, Department, Year of First Bar Admission | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Boris Mankovetskiy | Member, Bankruptcy First Bar Admission: 2001 | $875 | 5.9 | $5,162.50 |
| Michael Savetsky | Of Counsel, Bankruptcy First Bar Admission: 2005 | $795 | 6.9 | $5,485.50 |
| Gregory A. Kopacz | Of Counsel, Bankruptcy First Bar Admission: 2010 | $725 | 2.2 | $1,450.00 |
| **Total Fees at Standard Rates** | | | **14.8** | **$12,098.00** |
| **Total Fees at $625 Blended Hourly Rate[2]** | | | **14.8** | **$9,250.00** |

---

[1] Effective October 1, 2022 (the first day of Sills' fiscal year), the *standard* hourly rates of certain Sills attorneys were increased to reflect the increased experience and seniority of such attorneys, as well as economic and other conditions. In particular, the hourly rate of Andrew H. Sherman was increased from $925 to $995; the hourly rate of Boris Mankovetskiy was increased from $825 to $875; and the hourly rate of Gregory Kopacz was increased from $650 to $725. However, as discussed below, Sills' attorneys' fees for *this* engagement are subject to a $625 blended hourly rate cap.

[2] As noted in Sills' retention application [D.I, 636] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625." See Retention Application ¶ 16.

150357122.1

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition (102) | 1.2 | $1,050.00 |
| Case Administration (104) | 1.6 | $1,310.00 |
| Claims Administration and Objections (105) | 0.4 | $350.00 |
| Fee/Employment Applications (107) | 0.8 | $580.00 |
| Fee/Employment Objections (108) | 0.2 | $145.00 |
| Financing (109) | 0.6 | $495.00 |
| Litigation (Other than Avoidance Action Litigation) (110) | 1.3 | $1,137.50 |
| Plan and Disclosure Statement (113) | 7.8 | $6,273.00 |
| Relief from Stay Proceedings (114) | 0.9 | $757.50 |
| **Total Fees at Standard Rate** | **14.8** | **$12,098.00** |
| **Total Fees at $625 Blended Rate[1]** | **14.8** | **$9,250.00** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| **TOTAL** | **$0.00** |

---

[1] Sills' attorneys' fees are subject to a blended hourly rate cap of $625.  See Retention Application ¶ 16.

150357122.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due: November 1 2023 at 4:00 p.m.**<br>**Hearing Date: TBD if objection filed** |

**FORTY-SEVENTH APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
PERIOD FROM MAY 1, 2023 THROUGH MAY 31, 2023**

Pursuant to Bankruptcy Code sections 330 and 331, Federal Rule of Bankruptcy Procedure 2016 (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341] (the "Compensation Order"), Sills Cummis & Gross P.C. ("Sills") files this *Forty-Seventh Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From May 1, 2023 Through May 31, 2023* (the "Application"), seeking allowance of $7,400.00 (80% of $9,250.00) in fees, *plus* $0.00 for reimbursement of actual and necessary expenses, for a total of $7,400.00.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., St. Chris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

4

150357122.1

**Background**

1.      On June 30 and July 1, 2019, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2.      On July 15, 2019, the United States Trustee appointed the Official Committee of Unsecured Creditors (the "Committee") [D.I. 182].

3.      The Committee retained Sills as counsel pursuant to this Court's *Amended Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. Nunc Pro Tunc to July 15, 2019* [D.I. 650].

**Compensation Paid and Its Source**

4.      All services for which compensation is requested were performed for or on behalf of the Committee.  During the compensation period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application.  There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

**Fee Statements**

5.      The fee statement for this period is attached as **Exhibit A**.  To the best of Sills' knowledge, this Application reasonably complies with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the *Region 3 Operating Guidelines and Reporting Requirements for Chapter 11 Debtors and Trustees*, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013*, Local Rule 2016-2, and the Compensation Order.

150357122.1

**Summary of Services by Project**

A.     Asset Disposition

Fees: $1,050.00;          Total Hours: 1.2

This category includes time spent analyzing and addressing sale issues.

B.     Case Administration

Fees: $1,310.00;          Total Hours: 1.6

This category includes time spent: (a) communicating with creditors regarding case

matters; and (b) analyzing pleadings, motions and other documents.

C.     Claims Administration and Objections

Fees: $350.00;          Total Hours: 0.4

This category includes time spent analyzing a stipulation resolving certain claims.

D.     Fee/Employment Applications

Fees: $580.00;          Total Hours: 0.8

This category includes time spent preparing Sills' February and March fee applications.

E.     Fee/Employment Objections

Fees: $145.00;          Total Hours: 0.2

This category includes time spent reviewing the Debtors' professionals' fee applications.

F.     Financing

Fees: $495.00;          Total Hours: 0.6

This category includes time spent analyzing the Debtors' motion to enter into a premium

financing arrangement.

G.     Litigation (Other than Avoidance Action Litigation)

Fees: $1,137.50;          Total Hours: 1.3

150357122.1

This category includes time spent addressing mediation matters related to certain claims.

H.    Plan and Disclosure Statement

Fees: $6,273.00;    Total Hours: 7.8

This category includes time spent reviewing, analyzing and revising a proposed amended plan of liquidation.

I.    Relief from Stay Proceedings

Fees: $757.50;    Total Hours: 0.9

This category includes time spent analyzing stay relief requests.

**Conclusion**

6.    Sills submits the amounts sought are fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

**WHEREFORE**, Sills requests an allowance be made to Sills for the sums of $7,400.00 (80% of $9,250.00) as compensation, *plus* $0.00 for reimbursement of actual and necessary expenses, for a total of $7,400.00, and that such amount be authorized for payment.

Dated: October 11, 2023
Wilmington, Delaware

Respectfully submitted,

/s/ Seth A. Niederman
Seth A. Niederman (DE Bar No. 4588)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE 19899
Telephone: 302-654-7444
Facsimile: 302-295-2013
Email: sniederman@foxrothschild.com

- and -

Andrew H. Sherman (*pro hac vice*)
Boris I. Mankovetskiy (*pro hac vice*)
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza

7

150357122.1

Newark, NJ 07102
Telephone:  973-643-7000
Facsimile:  973-643-6500
Email:  asherman@sillscummis.com
          bmankovetskiy@sillscummis.com

*Counsel for the Official Committee*
*of Unsecured Creditors*

8

**VERIFICATION**

STATE OF NEW JERSEY )
                            ) SS:
COUNTY OF ESSEX )

       Andrew H. Sherman, after being duly sworn according to law, deposes and says:

       a)      I am an attorney at law and a Member of the law firm of Sills Cummis & Gross P.C., located at One Riverfront Plaza, Newark, New Jersey 07102.

       b)      I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

       c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

       d)      I have reviewed Local Rule 2016-2, and believe the Application substantially complies therewith.

                                         */s/ Andrew H. Sherman*
                                         Andrew H. Sherman

150357122.1

# Exhibit "A"

# Sills Cummis & Gross
### A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

Official Committee of Unsecured Creditors of Center City
Healthcare LLC d/b/a Hahnemann University Hospital
c/o Conifer Health Solutions Chair
3560 Dallas Parkway
Frisco, TX  75034

July 1, 2023
Client/Matter No. 08650118.000001
Invoice: 2042344
Billing Attorney: AHS

Federal Tax Id: 22-1920331

RE: Creditors' Committee

For Legal Services Rendered Through May 31, 2023

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **102 – ASSET DISPOSITION** | | | | | |
| 05/18/23 | BM | 102 | Analysis regarding status of Broad Street properties' sale process. | 0.60 | $525.00 |
| 05/21/23 | BM | 102 | Analysis regarding Debtors' Broad St. sale process update. | 0.60 | $525.00 |
| | | **TASK TOTAL 102** | | **1.20** | **$1,050.00** |
| **104 – CASE ADMINISTRATION** | | | | | |
| 05/03/23 | BM | 104 | Respond to creditors' inquiries regarding the case status. | 0.60 | $525.00 |
| 05/05/23 | GAK | 104 | Review order scheduling omnibus hearing dates and prepare emails to A. Sherman regarding same. | 0.10 | $72.50 |
| 05/12/23 | GAK | 104 | Review Debtors' Motion to extend removal deadline and email A. Sherman regarding same. | 0.10 | $72.50 |
| 05/17/23 | BM | 104 | Respond to creditors' inquiries regarding case status. | 0.40 | $350.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

July 1, 2023
Client/Matter No. 08650118.000001
Invoice: 2042344
Page 2

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 05/17/23 | GAK | 104 | Review email from Dr. Kennedy regarding case issues. | 0.10 | $72.50 |
| 05/18/23 | GAK | 104 | Review email from Dr. Kennedy regarding claim/case issues and call Dr. Kennedy regarding same. | 0.30 | $217.50 |
| | | **TASK TOTAL 104** | | **1.60** | **$1,310.00** |

**105 – CLAIMS ADMINISTRATION AND OBJECTIONS**

| | | | | | |
|---|---|---|---|---|---|
| 05/23/23 | BM | 105 | Analysis regarding stipulation resolving Chubb claims. | 0.40 | $350.00 |
| | | **TASK TOTAL 105** | | **0.40** | **$350.00** |

**107 – FEE/EMPLOYMENT APPLICATIONS**

| | | | | | |
|---|---|---|---|---|---|
| 05/19/23 | GAK | 107 | Work on February fee application. | 0.20 | $145.00 |
| 05/19/23 | GAK | 107 | Work on March fee application. | 0.60 | $435.00 |
| | | **TASK TOTAL 107** | | **.80** | **$580.00** |

**108 – FEE/EMPLOYMENT OBJECTIONS**

| | | | | | |
|---|---|---|---|---|---|
| 05/27/23 | GAK | 108 | Review Eisner's April fee statement and email A. Sherman regarding same. | 0.10 | $72.50 |
| 05/27/23 | GAK | 108 | Review Saul March fee statement and email A. Sherman regarding same. | 0.10 | $72.50 |
| | | **TASK TOTAL 108** | | **0.20** | **$145.00** |

Sills Cummis & Gross P.C.

Creditors' Committee

July 1, 2023
Client/Matter No. 08650118.000001
Invoice: 2042344
Page 3

|  |  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| **109 – FINANCING** | | | | | | |
| 05/15/23 | BM | 109 | | Analysis regarding motion to enter into premium financing and related relief. | 0.40 | $350.00 |
| 05/19/23 | GAK | 109 | | Review Debtors' motion to enter into insurance premium financing arrangement and emails to A. Sherman regarding same. | 0.20 | $145.00 |
| | | **TASK TOTAL 109** | | | **0.60** | **$495.00** |
| **110 – LITIGATION (OTHER THAN AVOIDANCE ACTION LITIGATION** | | | | | | |
| 05/02/23 | BM | 110 | | Analysis regarding potential mediation of Saechow/Richards claims. | 0.80 | $700.00 |
| 05/05/23 | BM | 110 | | Attend to issues regarding potential mediation of Saechow/Richards claims. | 0.50 | $437.50 |
| | | **TASK TOTAL 110** | | | **1.30** | **$1,137.50** |
| **113 – PLAN AND DISCLOSURE STATEMENT** | | | | | | |
| 05/05/23 | BM | 113 | | Analysis regarding revisions of proposed draft amended plan of liquidation. | 0.90 | $787.50 |
| 05/05/23 | MS | 113 | | Review and revise/comment on draft first amended plan. | 3.50 | $2,782.50 |
| 05/12/23 | MS | 113 | | Review and further revise draft of first amended plan. | 1.60 | $1,272.00 |
| 05/15/23 | MS | 113 | | Further review and comment on draft of first amended plan. | 1.80 | $1,431.00 |
| | | **TASK TOTAL 113** | | | **7.80** | **$6,273.00** |

Sills Cummis & Gross P.C.

Creditors' Committee

July 1, 2023
Client/Matter No. 08650118.000001
Invoice: 2042344
Page 4

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **114 – RELIEF FROM STAY PROCEEDINGS** | | | | | |
| 05/09/23 | BM | 114 | Analysis regarding pending stay relief requests. | 0.70 | $612.50 |
| 05/12/23 | GAK | 114 | Review motion seeking stay relief re: defense costs and emails to A. Sherman regarding same. | 0.20 | $145.00 |
| | | **TASK TOTAL 114** | | **0.90** | **$757.50** |
| | | **TOTAL FEES at Standard Rates** | | **14.80** | **$12,098.00** |
| | | **Attorney Fees at Blended Rate of $625** | | **14.80** | **$9,250.00** |
| | | **Paralegal Fees at Standard Rate** | | **0.00** | **0.00** |
| | | **TOTAL FEES at Blended Rate** | | **14.80** | **$9,250.00** |

## TASK CODE SUMMARY

| | | | HOURS | AMOUNT |
|---|---|---|---|---|
| 102 | Asset Disposition | | 1.20 | $1,050.00 |
| 104 | Case Administration | | 1.60 | $1,310.00 |
| 105 | Claims Administration and Objections | | 0.40 | $350.00 |
| 107 | Fee/Employment Applications | | 0.80 | $580.00 |
| 108 | Fee/Employment Objections | | 0.20 | $145.00 |
| 109 | Financing | | 0.60 | $495.00 |
| 110 | Litigation (Other than Avoidance Action Litigation) | | 1.30 | $1,137.50 |
| 113 | Plan and Disclosure Statement | | 7.80 | $6,273.00 |
| 114 | Relief from Stay Proceedings | | 0.90 | $757.50 |
| | TOTAL FEES at Standard Rates | | 14.80 | $12,098.00 |
| | Attorney Fees at Blended Rate of $625 | | 14.80 | $9,250.00 |
| | Paralegal Fees at Standard Rate | | 0.00 | 0.00 |
| | TOTAL FEES at Blended Rate | | 14.80 | $9,250.00 |

Sills Cummis & Gross P.C.

Creditors' Committee
July 1, 2023
Client/Matter No. 08650118.000001
Invoice: 2042344
Page 5

| | | | | | |
|---|---|---|---|---|---|
| Boris Mankovetskiy | 5.90 | x | $875.00 | = | $5,162.50 |
| Michael Savetsky | 6.90 | x | $795.00 | = | $5,485.50 |
| Gregory A. Kopacz | 2.20 | x | $725.00 | = | $1,450.00 |

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $9,250.00 |
| Total Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$9,250.00** |

*Total includes fees at **Blended Rate**.  Per Retention Application, lesser of fees at *Standard Rates* (**$12,098.00**) and fees at *Blended Rate* of $625 (**$9,250.00**)** apply.

**includes paralegal fees at standard rates, if applicable