# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: November 1, 2023 at 4:00 p.m.**<br>**Hearing Date: TBD if objection filed** |

**FORTY-EIGHTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C.
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
PERIOD FROM JUNE 1, 2023 THROUGH JUNE 30, 2023**

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Period for which compensation and reimbursement are sought: | June 1, 2023 – June 30, 2023 |
| Amount of compensation sought as actual, reasonable, and necessary: | $8,000.00 (80% of $10,000.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $0.00 |

This is a monthly application.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., St. Chris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

1

150357200.1

**COMPENSATION BY PROFESSIONAL**

| Name of Professional Individual | Position, Department, Year of First Bar Admission | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew Sherman | Member, Bankruptcy<br>First Bar Admission: 1991 | $995 | 1.3 | $1,293.50 |
| Boris Mankovetskiy | Member, Bankruptcy<br>First Bar Admission: 2001 | $875 | 10.0 | $8,750.00 |
| Michael Savetsky | Of Counsel, Bankruptcy<br>First Bar Admission: 2005 | $795 | 0.1 | $79.50 |
| Jeffrey Kramer | Of Counsel, Bankruptcy<br>First Bar Admission: 1995 | $795 | 0.2 | $159.00 |
| Gregory A. Kopacz | Of Counsel, Bankruptcy<br>First Bar Admission: 2010 | $725 | 4.4 | $3,190.00 |
| **Total Fees at Standard Rates** | | | **16.0** | **$13,472.00** |
| **Total Fees at $625 Blended Hourly Rate[2]** | | | **16.0** | **$10,000.00** |

---

[1] Effective October 1, 2022 (the first day of Sills' fiscal year), the *standard* hourly rates of certain Sills attorneys were increased to reflect the increased experience and seniority of such attorneys, as well as economic and other conditions. In particular, the hourly rate of Andrew H. Sherman was increased from $925 to $995; the hourly rate of Boris Mankovetskiy was increased from $825 to $875; and the hourly rate of Gregory Kopacz was increased from $650 to $725. However, as discussed below, Sills' attorneys' fees for *this* engagement are subject to a $625 blended hourly rate cap.

[2] As noted in Sills' retention application [D.I, 636] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625." See Retention Application ¶ 16.

3

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Asset Analysis and Recovery (101) | 0.7 | $612.50 |
| Asset Disposition (102) | 4.5 | $4,093.50 |
| Case Administration (104) | 2.2 | $1,894.00 |
| Fee/Employment Applications (107) | 4.2 | $3,045.00 |
| Fee/Employment Objections (108) | 0.1 | $72.50 |
| Litigation (Other than Avoidance Action Litigation) (110) | 0.9 | $787.50 |
| Plan and Disclosure Statement (113) | 3.4 | $2,967.00 |
| **Total Fees at Standard Rate** | **16.0** | **$13,472.00** |
| **Total Fees at $625 Blended Rate[1]** | **16.0** | **$10,000.00** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---:|
| **TOTAL** | **$0.00** |

---

[1] Sills' attorneys' fees are subject to a blended hourly rate cap of $625. See Retention Application ¶ 16.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: November 1, 2023 at 4:00 p.m.**<br>**Hearing Date: TBD if objection filed** |

**FORTY-EIGHTH APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JUNE 1, 2023 THROUGH JUNE 30, 2023**

Pursuant to Bankruptcy Code sections 330 and 331, Federal Rule of Bankruptcy Procedure 2016 (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341] (the "Compensation Order"), Sills Cummis & Gross P.C. ("Sills") files this *Forty-Eighth Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From June 1, 2023 Through June 30, 2023* (the "Application"), seeking allowance of $8,000.00 (80% of $10,000.00) in fees, *plus* $0.00 for reimbursement of actual and necessary expenses, for a total of $8,000.00.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., St. Chris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

4

150357200.1

**Background**

1. On June 30 and July 1, 2019, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2. On July 15, 2019, the United States Trustee appointed the Official Committee of Unsecured Creditors (the "Committee") [D.I. 182].

3. The Committee retained Sills as counsel pursuant to this Court's *Amended Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. Nunc Pro Tunc to July 15, 2019* [D.I. 650].

**Compensation Paid and Its Source**

4. All services for which compensation is requested were performed for or on behalf of the Committee. During the compensation period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application. There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

**Fee Statements**

5. The fee statement for this period is attached as **Exhibit A**. To the best of Sills' knowledge, this Application reasonably complies with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the *Region 3 Operating Guidelines and Reporting Requirements for Chapter 11 Debtors and Trustees*, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013*, Local Rule 2016-2, and the Compensation Order.

150357200.1

**Summary of Services by Project**

A. <u>Asset Analysis and Recovery</u>

Fees: $612.50;    Total Hours: 0.7

This category includes time spent analyzing potential recovery claims.

B. <u>Asset Disposition</u>

Fees: $4,093.50;    Total Hours: 4.5

This category includes time spent: (a) analyzing and addressing sale issues; and (b) communicating with Debtors' counsel and the Committee's financial advisor regarding related matters.

C. <u>Case Administration</u>

Fees: $1,894.00;    Total Hours: 2.2

This category includes time spent: (a) communicating with the Committee members and Debtors' counsel regarding pending matters; and (b) analyzing pleadings, motions and other court documents.

D. <u>Fee/Employment Applications</u>

Fees: $3,045.00;    Total Hours: 4.2

This category includes time spent preparing Sills' January, February and March fee applications and communicating with local counsel regarding related matters.

E. <u>Fee/Employment Objections</u>

Fees: $72.50;    Total Hours: 0.1

This category includes time spent reviewing the Debtors' professionals' fee applications.

F. <u>Litigation (Other than Avoidance Action Litigation)</u>

Fees: $787.50;    Total Hours: 0.9

This category includes time spent analyzing a motion to dismiss.

G.   Plan and Disclosure Statement

Fees: $2,967.00;    Total Hours: 3.4

This category includes time spent analyzing and revising the proposed amended plan.

## Conclusion

6.   Sills submits the amounts sought are fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

**WHEREFORE**, Sills requests an allowance be made to Sills for the sums of $8,000.00 (80% of $10,000.00) as compensation, *plus* $0.00 for reimbursement of actual and necessary expenses, for a total of $8,000.00, and that such amount be authorized for payment.

Dated: October 11, 2023
Wilmington, Delaware

Respectfully submitted,

/s/ Seth A. Niederman
Seth A. Niederman (DE Bar No. 4588)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE 19899
Telephone: 302-654-7444
Facsimile: 302-295-2013
Email: sniederman@foxrothschild.com

- and -

Andrew H. Sherman (*pro hac vice*)
Boris I. Mankovetskiy (*pro hac vice*)
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone:  973-643-7000
Facsimile:  973-643-6500
Email:  asherman@sillscummis.com
           bmankovetskiy@sillscummis.com

*Counsel for the Official Committee
of Unsecured Creditors*

150357200.1


## **VERIFICATION**

| | |
|---|---|
| STATE OF NEW JERSEY | ) |
| | ) SS: |
| COUNTY OF ESSEX | ) |

Andrew H. Sherman, after being duly sworn according to law, deposes and says:

a) I am an attorney at law and a Member of the law firm of Sills Cummis & Gross P.C., located at One Riverfront Plaza, Newark, New Jersey 07102.

b) I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

d) I have reviewed Local Rule 2016-2, and believe the Application substantially complies therewith.

*/s/ Andrew H. Sherman*
Andrew H. Sherman

# Exhibit "A"

# Sills Cummis & Gross
### A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

| | |
|---|---|
| Official Committee of Unsecured Creditors of Center City Healthcare LLC d/b/a Hahnemann University Hospital c/o Conifer Health Solutions Chair 3560 Dallas Parkway Frisco, TX  75034 | July 24, 2023 Client/Matter No. 08650118.000001 Invoice: 2043716 Billing Attorney: AHS Federal Tax Id: 22-1920331 |

RE: Creditors' Committee

For Legal Services Rendered Through June 30, 2023

| | | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| **101 – ASSET ANALYSIS AND RECOVERY** | | | | | | |
| 06/20/23 | BM | 101 | | Attend to issues regarding Ramsey claims. | 0.70 | $612.50 |
| | | **TASK TOTAL 101** | | | **0.70** | **$612.50** |
| **102 – ASSET DISPOSITION** | | | | | | |
| 06/20/23 | BM | 102 | | Analysis regarding Broad Street real estate sale process issues. | 1.10 | $962.50 |
| 06/22/23 | BM | 102 | | Analysis regarding status update from the Debtors and financial reports regarding Broad St. properties. | 0.70 | $612.50 |
| 06/27/23 | BM | 102 | | Analysis regarding Broad St properties sale process issues. | 0.70 | $612.50 |
| 06/27/23 | AHS | 102 | | Call with counsel for Debtors re: sale update, plan update. | 0.70 | $696.50 |
| 06/27/23 | AHS | 102 | | Review of information as sent by counsel for Debtors and follow up re: same with BRG. | 0.60 | $597.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

July 24, 2023
Client/Matter No. 08650118.000001
Invoice: 2043716
Page 2

|            |     |     |                                                                                        | HOURS | AMOUNT     |
|------------|-----|-----|----------------------------------------------------------------------------------------|-------|------------|
| 06/28/23   | BM  | 102 | Analysis regarding expressions of interest in connection with Broad Street real estate sale process. | 0.70  | $612.50    |
|            |     |     | **TASK TOTAL 102**                                                                     | **4.50** | **$4,093.50** |

**104 – CASE ADMINISTRATION**

|            |     |     |                                                                                        | HOURS | AMOUNT     |
|------------|-----|-----|----------------------------------------------------------------------------------------|-------|------------|
| 06/05/23   | GAK | 104 | Review notification regarding cancellation of hearing and email A. Sherman.            | 0.10  | $72.50     |
| 06/20/23   | JK  | 104 | Telephone conference and correspondence with client re: case status and potential recovery | 0.20  | $159.00    |
| 06/27/23   | BM  | 104 | Analysis of issues regarding Ironstone litigation.                                     | 1.10  | $962.50    |
| 06/28/23   | BM  | 104 | Call with Debtors' counsel regarding pending matters.                                  | 0.80  | $700.00    |
|            |     |     | **TASK TOTAL 104**                                                                     | **2.20** | **$1,894.00** |

**107 – FEE/EMPLOYMENT APPLICATIONS**

|            |     |     |                                                                                        | HOURS | AMOUNT     |
|------------|-----|-----|----------------------------------------------------------------------------------------|-------|------------|
| 06/09/23   | GAK | 107 | Work on January fee statement.                                                         | 0.40  | $290.00    |
| 06/09/23   | GAK | 107 | Draft February fee application.                                                        | 1.10  | $797.50    |
| 06/09/23   | GAK | 107 | Draft March fee application.                                                           | 1.60  | $1,160.00  |
| 06/12/23   | GAK | 107 | Finalize January fee application for review by A. Sherman.                             | 0.70  | $507.50    |
| 06/12/23   | GAK | 107 | Draft email to A. Sherman regarding fee statements.                                    | 0.10  | $72.50     |
| 06/13/23   | GAK | 107 | Email local counsel regarding fee applications.                                        | 0.10  | $72.50     |
| 06/14/23   | GAK | 107 | Emails with local counsel regarding fee applications.                                  | 0.20  | $145.00    |
|            |     |     | **TASK TOTAL 107**                                                                     | **4.20** | **$3,045.00** |

Sills Cummis & Gross P.C.

Creditors' Committee

July 24, 2023
Client/Matter No. 08650118.000001
Invoice: 2043716
Page 3

|  |  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|---|

**108 – FEE/EMPLOYMENT OBJECTIONS**

| 06/16/23 | GAK | 108 | Review Saul Ewing April fee statement and email A. Sherman regarding same. | 0.10 | $72.50 |
|---|---|---|---|---|---|
|  |  | **TASK TOTAL 108** | | **0.10** | **$72.50** |

**110 – LITIGATION (OTHER THAN AVOIDANCE ACTION LITIGATION**

| 06/29/23 | BM | 110 | Analysis of Ironstone's response to motion to dismiss. | 0.90 | $787.50 |
|---|---|---|---|---|---|
|  |  | **TASK TOTAL 110** | | **0.90** | **$787.50** |

**113 – PLAN AND DISCLOSURE STATEMENT**

| 06/05/23 | BM | 113 | Analysis and revisions of proposed amended plan of liquidation. | 1.60 | $1,400.00 |
|---|---|---|---|---|---|
| 06/08/23 | BM | 113 | Analysis and revisions of draft amended plan of liquidation. | 0.90 | $787.50 |
| 06/27/23 | BM | 113 | Analysis regarding revisions of draft amended plan of liquidation. | 0.80 | $700.00 |
| 06/27/23 | MS | 113 | Call with B. Mankovetskiy re: comments on first amended plan. | 0.10 | $79.50 |
|  |  | **TASK TOTAL 113** | | **3.40** | **$2,967.00** |

| | | | |
|---|---|---|---|
| **TOTAL FEES at Standard Rates** | | **16.00** | **$13,472.00** |
| **Attorney Fees at Blended Rate of $625** | | 16.00 | 10,000.00 |
| **Paralegal Fees at Standard Rate** | | 0.00 | 0.00 |
| **TOTAL FEES at Blended Rate** | | **16.00** | **$10,000.00** |

Sills Cummis & Gross P.C.

Creditors' Committee                                                                July 24, 2023
                                                              Client/Matter No. 08650118.000001
                                                                               Invoice: 2043716
                                                                                         Page 4

---

**TASK CODE SUMMARY**

| Code | Description | Hours | Amount |
|---|---|---:|---:|
| 101 | Asset Analysis and Recovery | 0.70 | $612.50 |
| 102 | Asset Disposition | 4.50 | $4,093.50 |
| 104 | Case Administration | 2.20 | $1,894.00 |
| 107 | Fee/Employment Applications | 4.20 | $3,045.00 |
| 108 | Fee/Employment Objections | 0.10 | $72.50 |
| 110 | Litigation (Other than Avoidance Action Litigation | 0.90 | $787.50 |
| 113 | Plan and Disclosure Statement | 3.40 | $2,967.00 |
| | TOTAL FEES at Standard Rates | 16.00 | $13,472.00 |
| | Attorney Fees at Blended Rate of $625 | 16.00 | $10,000.00 |
| | Paralegal Fees at Standard Rate | 0.00 | 0.00 |
| | TOTAL FEES at Blended Rate | 16.00 | $10,000.00 |

| Attorney | Hours | | Rate | | Amount |
|---|---:|---|---:|---|---:|
| Andrew H. Sherman | 1.30 | x | $995.00 | = | $1,293.50 |
| Boris Mankovetskiy | 10.00 | x | $875.00 | = | $8,750.00 |
| Michael Savetsky | 0.10 | x | $795.00 | = | $79.50 |
| Jeffrey Kramer | 0.20 | x | $795.00 | = | $159.00 |
| Gregory A. Kopacz | 4.40 | x | $725.00 | = | $3,190.00 |

### INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $10,000.00 |
| Total Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$10,000.00*** |

*Total includes fees at **Blended Rate**. Per Retention Application, lesser of fees at *Standard Rates* (**$13,472.00**) and fees at *Blended Rate* of $625 (**$10,000.00**)** apply.

**includes paralegal fees at standard rates, if applicable