**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: November 1, 2023 at 4:00 p.m.**<br>**Hearing Date: TBD if objection filed** |

**FORTY-NINTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C.**
**FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED**
**AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE**
**PERIOD FROM JULY 1, 2023 THROUGH JULY 31, 2023**

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Period for which compensation and reimbursement are sought: | July 1, 2023 – July 31, 2023 |
| Amount of compensation sought as actual, reasonable, and necessary: | $12,200.00 (80% of $15,250.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $0.00 |

This is a monthly application.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., St. Chris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

1

150357616.1

**COMPENSATION BY PROFESSIONAL**

| Name of Professional Individual | Position, Department, Year of First Bar Admission | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew Sherman | Member, Bankruptcy<br>First Bar Admission: 1991 | $995 | 1.2 | $1,194.00 |
| Boris Mankovetskiy | Member, Bankruptcy<br>First Bar Admission: 2001 | $875 | 17.6 | $15,400.00 |
| Michael Savetsky | Of Counsel, Bankruptcy<br>First Bar Admission: 2005 | $795 | 4.9 | $3,895.50 |
| Gregory A. Kopacz | Of Counsel, Bankruptcy<br>First Bar Admission: 2010 | $725 | 0.7 | $507.50 |
| **Total Fees at Standard Rates** | | | **24.4** | **$20,997.00** |
| **Total Fees at $625 Blended Hourly Rate[2]** | | | **24.4** | **$15,250.00** |

---

[1] Effective October 1, 2022 (the first day of Sills' fiscal year), the *standard* hourly rates of certain Sills attorneys were increased to reflect the increased experience and seniority of such attorneys, as well as economic and other conditions. In particular, the hourly rate of Andrew H. Sherman was increased from $925 to $995; the hourly rate of Boris Mankovetskiy was increased from $825 to $875; and the hourly rate of Gregory Kopacz was increased from $650 to $725. However, as discussed below, Sills' attorneys' fees for *this* engagement are subject to a $625 blended hourly rate cap.

[2] As noted in Sills' retention application [D.I, 636] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625." See Retention Application ¶ 16.

2

150357616.1

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition (102) | 6.6 | $5,883.00 |
| Case Administration (104) | 3.6 | $3,120.00 |
| Claims Administration and Objections (105) | 0.9 | $787.50 |
| Fee/Employment Applications (107) | 0.4 | $290.00 |
| Fee/Employment Objections (108) | 0.1 | $72.50 |
| Litigation (Other than Avoidance Action Litigation) (110) | 2.0 | $1,750.00 |
| Avoidance Action Litigation (111) | 0.7 | $612.50 |
| Plan and Disclosure Statement (113) | 10.1 | $8,481.50 |
| **Total Fees at Standard Rate** | **24.4** | **$20,997.00** |
| **Total Fees at $625 Blended Rate[1]** | **24.4** | **$15,250.00** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| **TOTAL** | **$0.00** |

---

[1] Sills' attorneys' fees are subject to a blended hourly rate cap of $625.  See Retention Application ¶ 16.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: November 1, 2023 at 4:00 p.m.**<br>**Hearing Date: TBD if objection filed** |

**FORTY-NINTH APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE <u>PERIOD FROM JULY 1, 2023 THROUGH JULY 31, 2023</u>**

Pursuant to Bankruptcy Code sections 330 and 331, Federal Rule of Bankruptcy Procedure 2016 (the "<u>Bankruptcy Rules</u>"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "<u>Local Rules</u>"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341] (the "<u>Compensation Order</u>"), Sills Cummis & Gross P.C. ("<u>Sills</u>") files this *Forty-Ninth Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From July 1, 2023 Through July 31, 2023* (the "<u>Application</u>"), seeking allowance of $12,200.00 (80% of $15,250.00) in fees, *plus* $0.00 for reimbursement of actual and necessary expenses, for a total of $12,200.00.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., St. Chris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

4

**Background**

1. On June 30 and July 1, 2019, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2. On July 15, 2019, the United States Trustee appointed the Official Committee of Unsecured Creditors (the "Committee") [D.I. 182].

3. The Committee retained Sills as counsel pursuant to this Court's *Amended Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. Nunc Pro Tunc to July 15, 2019* [D.I. 650].

**Compensation Paid and Its Source**

4. All services for which compensation is requested were performed for or on behalf of the Committee. During the compensation period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application. There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

**Fee Statements**

5. The fee statement for this period is attached as **Exhibit A**. To the best of Sills' knowledge, this Application reasonably complies with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the *Region 3 Operating Guidelines and Reporting Requirements for Chapter 11 Debtors and Trustees*, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013*, Local Rule 2016-2, and the Compensation Order.

150357616.1

**Summary of Services by Project**

 A. <u>Asset Disposition</u>

  Fees: $5,883.00; Total Hours: 6.6

This category includes time spent: (a) analyzing and addressing sale issues; and (b) communicating with the Committee Members, Debtors' counsel and others regarding the foregoing and related matters.

 B. <u>Case Administration</u>

  Fees: $3,120.00; Total Hours: 3.6

This category includes time spent: (a) preparing updates to the Committee members; (b) communicating with creditors regarding case matters; and (c) analyzing pleadings, motions and other court documents.

 C. <u>Claims Administration and Objections</u>

  Fees: $787.50; Total Hours: 0.9

This category includes time spent analyzing claims asserted against the Debtors' estates.

 D. <u>Fee/Employment Applications</u>

  Fees: $290.00; Total Hours: 0.4

This category includes time spent addressing fee application matters and communicating with local counsel regarding such matters.

 E. <u>Fee/Employment Objections</u>

  Fees: $72.50; Total Hours: 0.1

This category includes time spent reviewing the Debtors' professionals' fee applications.

 F. <u>Litigation (Other than Avoidance Action Litigation)</u>

  Fees: $1,750.00; Total Hours: 2.0

This category includes time spent addressing Ironstone litigation matters.

G. <u>Avoidance Action Litigation</u>

Fees: $612.50;    Total Hours: 0.7

This category includes time spent analyzing the Debtors' proposed settlement with HRE Capital.

H. <u>Plan and Disclosure Statement</u>

Fees: $8,481.50;    Total Hours: 10.1

This category includes time spent analyzing and revising the proposed amended plan and communicating with the Committee members regarding related matters.

## Conclusion

6. Sills submits the amounts sought are fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

**WHEREFORE**, Sills requests an allowance be made to Sills for the sums of $12,200.00 (80% of $15,250.00) as compensation, *plus* $0.00 for reimbursement of actual and necessary expenses, for a total of $12,200.00, and that such amount be authorized for payment.

Dated: October 11, 2023　　　　　　　　　Respectfully submitted,
Wilmington, Delaware

/s/ Seth A. Niederman
Seth A. Niederman (DE Bar No. 4588)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE 19899
Telephone: 302-654-7444
Facsimile: 302-295-2013
Email: sniederman@foxrothschild.com

- and -

Andrew H. Sherman (*pro hac vice*)
Boris I. Mankovetskiy (*pro hac vice*)

7

**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone: 973-643-7000
Facsimile: 973-643-6500
Email: asherman@sillscummis.com
        bmankovetskiy@sillscummis.com

*Counsel for the Official Committee*
*of Unsecured Creditors*

## **VERIFICATION**

STATE OF NEW JERSEY        )
                           ) SS:
COUNTY OF ESSEX            )

Andrew H. Sherman, after being duly sworn according to law, deposes and says:

a) I am an attorney at law and a Member of the law firm of Sills Cummis & Gross P.C., located at One Riverfront Plaza, Newark, New Jersey 07102.

b) I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

d) I have reviewed Local Rule 2016-2, and believe the Application substantially complies therewith.

*/s/ Andrew H. Sherman*
Andrew H. Sherman

150357616.1

# Exhibit "A"

# Sills Cummis & Gross
A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

| | |
|---|---|
| Official Committee of Unsecured Creditors of Center City Healthcare LLC d/b/a Hahnemann University Hospital c/o Conifer Health Solutions Chair 3560 Dallas Parkway Frisco, TX 75034 | August 18, 2023 Client/Matter No. 08650118.000001 Invoice: 2045380 Billing Attorney: AHS Federal Tax Id: 22-1920331 |

RE: Creditors' Committee

For Legal Services Rendered Through July 31, 2023

| | | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| **102 – ASSET DISPOSITION** | | | | | | |
| 07/05/23 | BM | 102 | | Analysis of issues regarding Broad Street properties sale process. | 0.80 | $700.00 |
| 07/05/23 | AHS | 102 | | Address summary of real estate sales process and email to Committee re: same. | 0.60 | $597.00 |
| 07/07/23 | BM | 102 | | Analysis of issues regarding real estate sale process. | 0.70 | $612.50 |
| 07/12/23 | BM | 102 | | Analysis regarding Broad St. sale process issues. | 0.80 | $700.00 |
| 07/20/23 | AHS | 102 | | Call from counsel to Ironstone re: sale issues and call to Debtors' counsel re: same. | 0.30 | $298.50 |
| 07/21/23 | BM | 102 | | Analysis regarding Broard St. sale process issues and financial reporting. | 1.30 | $1,137.50 |
| 07/24/23 | BM | 102 | | Analysis regarding expressions of interest for Broad St. properties. | 0.90 | $787.50 |
| 07/28/23 | BM | 102 | | Analysis regarding Broad St. properties sale process. | 1.20 | $1,050.00 |
| | **TASK TOTAL 102** | | | | **6.60** | **$5,883.00** |

Sills Cummis & Gross P.C.

Creditors' Committee

August 18, 2023
Client/Matter No. 08650118.000001
Invoice: 2045380
Page 2

|          |     |     |                                                                             | HOURS | AMOUNT |
|----------|-----|-----|-----------------------------------------------------------------------------|-------|--------|

**104 – CASE ADMINISTRATION**

| 07/05/23 | BM  | 104 | Prepare a status update for Committee.                                      | 0.60  | $525.00 |
| 07/06/23 | BM  | 104 | Respond to creditors' inquiries regarding case status.                      | 0.40  | $350.00 |
| 07/12/23 | BM  | 104 | Prepare an update for Committee.                                            | 0.60  | $525.00 |
| 07/18/23 | BM  | 104 | Respond to creditors' inquiries regarding case status.                      | 0.50  | $437.50 |
| 07/21/23 | BM  | 104 | Respond to creditors' inquiries regarding case status.                      | 0.60  | $525.00 |
| 07/24/23 | BM  | 104 | Respond to creditors' inquiries regarding case status.                      | 0.30  | $262.50 |
| 07/28/23 | BM  | 104 | Respond to creditors' inquiries regarding case status.                      | 0.40  | $350.00 |
| 07/28/23 | GAK | 104 | Review Debtors' proposed settlement with HRE and email A. Sherman regarding same. | 0.10 | $72.50 |
| 07/28/23 | GAK | 104 | Review Omnibus hearing notice and email A. Sherman regarding same.          | 0.10  | $72.50 |
|          |     |     | **TASK TOTAL 104**                                                          | **3.60** | **$3,120.00** |

**105 – CLAIMS ADMINISTRATION AND OBJECTIONS**

| 07/17/23 | BM  | 105 | Analysis regarding Richards/Saechow claims. | 0.90  | $787.50 |
|          |     |     | **TASK TOTAL 105**                           | **0.90** | **$787.50** |

**107 – FEE/EMPLOYMENT APPLICATIONS**

| 07/06/23 | GAK | 107 | Emails with local counsel regarding CNO.                | 0.10 | $72.50 |
| 07/07/23 | GAK | 107 | Review CNOs and email from local counsel on same.       | 0.10 | $72.50 |

Sills Cummis & Gross P.C.

Creditors' Committee  
August 18, 2023  
Client/Matter No. 08650118.000001  
Invoice: 2045380  
Page 3

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/07/23 | GAK | 107 | Draft email to A. Sherman and B. Mankovetskiy regarding fee applications/CNOs. | 0.20 | $145.00 |
| | | **TASK TOTAL 107** | | **0.40** | **$290.00** |

**108 – FEE/EMPLOYMENT OBJECTIONS**

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/28/23 | GAK | 108 | Review Eisner's June fee application and email A. Sherman regarding same. | 0.10 | $72.50 |
| | | **TASK TOTAL 108** | | **0.10** | **$72.50** |

**110 – LITIGATION (OTHER THAN AVOIDANCE ACTION LITIGATION**

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/12/23 | BM | 110 | Analysis of issues regarding Ironstone litigation. | 0.90 | $787.50 |
| 07/14/23 | BM | 110 | Analysis of issues regarding Ironstone litigation. | 1.10 | $962.50 |
| | | **TASK TOTAL 110** | | **2.00** | **$1,750.00** |

**111 – AVOIDANCE ACTION LITIGATION**

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/18/23 | BM | 111 | Analysis regarding proposed settlement with HRE Capital. | 0.70 | $612.50 |
| | | **TASK TOTAL 111** | | **0.70** | **$612.50** |

**113 – PLAN AND DISCLOSURE STATEMENT**

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/06/23 | BM | 113 | Analysis regarding revisions of draft amended plan of liquidation. | 1.30 | $1,137.50 |
| 07/07/23 | BM | 113 | Analysis regarding draft amended plan of liquidation. | 0.90 | $787.50 |
| 07/10/23 | BM | 113 | Analysis and revisions of draft amended plan of liquidation. | 1.60 | $1,400.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

August 18, 2023
Client/Matter No. 08650118.000001
Invoice: 2045380
Page 4

|  |  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| 07/10/23 | MS | 113 |  | Review and further revise draft amended plan. | 1.80 | $1,431.00 |
| 07/10/23 | MS | 113 |  | Review MOU re: comments to draft plan. | 0.20 | $159.00 |
| 07/10/23 | MS | 113 |  | Draft e-mails to B. Mankovetskiy and A. Sherman re: comments to draft plan. | 0.20 | $159.00 |
| 07/10/23 | MS | 113 |  | Call with B. Mankovetskiy re: comments to draft plan. | 0.10 | $79.50 |
| 07/11/23 | BM | 113 |  | Analysis and revisions of draft amended plan of liquidation. | 1.10 | $962.50 |
| 07/11/23 | MS | 113 |  | E-mails with B. Mankovetskiy and A. Sherman re: revisions to draft amended plan. | 0.40 | $318.00 |
| 07/11/23 | MS | 113 |  | Confer with B. Mankovetskiy re: revisions to draft amended plan. | 0.10 | $79.50 |
| 07/11/23 | MS | 113 |  | Review and further revise draft amended plan. | 1.40 | $1,113.00 |
| 07/11/23 | MS | 113 |  | Draft e-mail to the Committee re: draft amended plan and proposed revisions. | 0.70 | $556.50 |
| 07/12/23 | AHS | 113 |  | Email to Committee re: draft plan issues. | 0.30 | $298.50 |
|  |  | **TASK TOTAL 113** |  |  | **10.10** | **$8,481.50** |
|  |  | **TOTAL FEES at Standard Rates** |  |  | **24.40** | **$20,997.00** |
|  |  | **Attorney Fees at Blended Rate of $625** |  |  | **24.40** | **$15,250.00** |
|  |  | **Paralegal Fees at Standard Rate** |  |  | **0.00** | **0.00** |
|  |  | **TOTAL FEES at Blended Rate** |  |  | **24.40** | **$15,250.00** |

**TASK CODE SUMMARY**

| | 102 | Asset Disposition | 6.60 | $5,883.00 |
|---|---|---|---|---|
| | 104 | Case Administration | 3.60 | $3,120.00 |

Sills Cummis & Gross P.C.

Creditors' Committee
August 18, 2023
Client/Matter No. 08650118.000001
Invoice: 2045380
Page 5

| | | | |
|---|---|---:|---:|
| 105 | Claims Administration and Objections | 0.90 | $787.50 |
| 107 | Fee/Employment Applications | 0.40 | $290.00 |
| 108 | Fee/Employment Objections | 0.10 | $72.50 |
| 110 | Litigation (Other than Avoidance Action Litigation | 2.00 | $1,750.00 |
| 111 | Avoidance Action Litigation | 0.70 | $612.50 |
| 113 | Plan and Disclosure Statement | 10.10 | $8,481.50 |
| | TOTAL FEES at Standard Rates | 24.40 | $20,997.00 |
| | Attorney Fees at Blended Rate of $625 | 24.40 | $15,250.00 |
| | Paralegal Fees at Standard Rate | 0.00 | 0.00 |
| | TOTAL FEES at Blended Rate | 24.40 | $15,250.00 |

| | | | | | |
|---|---:|---|---:|---|---:|
| Andrew H. Sherman | 1.20 | x | $995.00 | = | $1,194.00 |
| Boris Mankovetskiy | 17.60 | x | $875.00 | = | $15,400.00 |
| Michael Savetsky | 4.90 | x | $795.00 | = | $3,895.50 |
| Gregory A. Kopacz | 0.70 | x | $725.00 | = | $507.50 |

### INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $15,250.00 |
| Total Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$15,250.00*** |

*Total includes fees at *Blended Rate*. Per Retention Application, lesser of fees at *Standard Rates* (**$20,997.00**) and fees at *Blended Rate* of $625 (**$15,250.00**)** apply.

**includes paralegal fees at standard rates, if applicable