# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: November 1, 2023 at 4:00 p.m.**<br>**Hearing Date: TBD if objection filed** |

**FIFTIETH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C.
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
<u>PERIOD FROM AUGUST 1, 2023 THROUGH AUGUST 31, 2023</u>**

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Period for which compensation and reimbursement are sought: | July 1, 2023 – July 31, 2023 |
| Amount of compensation sought as actual, reasonable, and necessary: | $6,650.00 (80% of $8,312.50) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $0.00 |

This is a monthly application.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., St. Chris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

**COMPENSATION BY PROFESSIONAL**

| Name of Professional Individual | Position, Department, Year of First Bar Admission | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew Sherman | Member, Bankruptcy<br>First Bar Admission: 1991 | $995 | 0.8 | $796.00 |
| Boris Mankovetskiy | Member, Bankruptcy<br>First Bar Admission: 2001 | $875 | 8.2 | $7,175.00 |
| Gregory A. Kopacz | Of Counsel, Bankruptcy<br>First Bar Admission: 2010 | $725 | 4.3 | $3,117.50 |
| **Total Fees at Standard Rates** | | | 13.3 | **$11,088.50** |
| **Total Fees at $625 Blended Hourly Rate[2]** | | | 13.3 | **$8,312.50** |

---

[1] Effective October 1, 2022 (the first day of Sills' fiscal year), the *standard* hourly rates of certain Sills attorneys were increased to reflect the increased experience and seniority of such attorneys, as well as economic and other conditions.  In particular, the hourly rate of Andrew H. Sherman was increased from $925 to $995; the hourly rate of Boris Mankovetskiy was increased from $825 to $875; and the hourly rate of Gregory Kopacz was increased from $650 to $725.  However, as discussed below, Sills' attorneys' fees for *this* engagement are subject to a $625 blended hourly rate cap.

[2] As noted in Sills' retention application [D.I, 636] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625."  See Retention Application ¶ 16.

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition (102) | 4.7 | $4,208.50 |
| Case Administration (104) | 2.0 | $1,705.00 |
| Fee/Employment Applications (107) | 3.4 | $2,465.00 |
| Fee/Employment Objections (108) | 0.6 | $435.00 |
| Litigation (Other than Avoidance Action Litigation) (110) | 1.3 | $1,137.50 |
| Relief from Stay Proceedings (114) | 1.3 | $1,137.50 |
| **Total Fees at Standard Rate** | **13.3** | **$11,088.50** |
| **Total Fees at $625 Blended Rate[1]** | **13.3** | **$8,312.50** |

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| **TOTAL** | **$0.00** |

---

[1] Sills' attorneys' fees are subject to a blended hourly rate cap of $625. See Retention Application ¶ 16.

3

150357814.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: November 1, 2023 at 4:00 p.m.**<br>**Hearing Date: TBD if objection filed** |

**FIFTIETH APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
<u>PERIOD FROM AUGUST 1, 2023 THROUGH AUGUST 31, 2023</u>**

Pursuant to Bankruptcy Code sections 330 and 331, Federal Rule of Bankruptcy Procedure 2016 (the "<u>Bankruptcy Rules</u>"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "<u>Local Rules</u>"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341] (the "<u>Compensation Order</u>"), Sills Cummis & Gross P.C. ("<u>Sills</u>") files this *Fiftieth Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From August 1, 2023 Through August 31, 2023* (the "<u>Application</u>"), seeking allowance of $6,650.00 (80% of $8,312.50) in fees, *plus* $0.00 for reimbursement of actual and necessary expenses, for a total of $6,650.00.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., St. Chris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

4

**Background**

1. On June 30 and July 1, 2019, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2. On July 15, 2019, the United States Trustee appointed the Official Committee of Unsecured Creditors (the "Committee") [D.I. 182].

3. The Committee retained Sills as counsel pursuant to this Court's *Amended Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. Nunc Pro Tunc to July 15, 2019* [D.I. 650].

**Compensation Paid and Its Source**

4. All services for which compensation is requested were performed for or on behalf of the Committee. During the compensation period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application. There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

**Fee Statements**

5. The fee statement for this period is attached as **Exhibit A**. To the best of Sills' knowledge, this Application reasonably complies with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the *Region 3 Operating Guidelines and Reporting Requirements for Chapter 11 Debtors and Trustees*, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013*, Local Rule 2016-2, and the Compensation Order.

5

150357814.1

**Summary of Services by Project**

A.  Asset Disposition

Fees: $4,208.50;      Total Hours: 4.7

This category includes time spent: (a) analyzing and addressing sale issues; and (b) attending sale oversight committee meetings.

B.  Case Administration

Fees: $1,705.00;      Total Hours: 2.0

This category includes time spent: (a) attending real estate sale process oversight committee meetings; (b) communicating with creditors regarding case matters; and (c) analyzing pleadings, motions and other court documents.

C.  Fee/Employment Applications

Fees: $2,465.00;      Total Hours: 3.4

This category includes time spent preparing Sills' April, May, June and July fee applications.

D.  Fee/Employment Objections

Fees: $435.00;      Total Hours: 0.6

This category includes time spent analyzing the Debtors' professionals' fee applications.

E.  Litigation (Other than Avoidance Action Litigation)

Fees: $1,137.50;      Total Hours: 1.3

This category includes time spent analyzing Ironshore litigation and Saechow/Richards mediation matters.

F.  Relief from Stay Proceedings

Fees: $1,137.50;      Total Hours: 1.3

6

150357814.1

This category includes time spent analyzing proposed resolutions of stay relief motions.

## Conclusion

6.       Sills submits the amounts sought are fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

**WHEREFORE**, Sills requests an allowance be made to Sills for the sums of $6,650.00 (80% of $8,312.50) as compensation, *plus* $0.00 for reimbursement of actual and necessary expenses, for a total of $6,650.00, and that such amount be authorized for payment.

Dated: October 11, 2023  
Wilmington, Delaware

Respectfully submitted,

/s/ Seth A. Niederman  
Seth A. Niederman (DE Bar No. 4588)  
**FOX ROTHSCHILD LLP**  
919 North Market Street, Suite 300  
Wilmington, DE 19899  
Telephone: 302-654-7444  
Facsimile: 302-295-2013  
Email: sniederman@foxrothschild.com

- and -

Andrew H. Sherman (*pro hac vice*)  
Boris I. Mankovetskiy (*pro hac vice*)  
**SILLS CUMMIS & GROSS P.C.**  
One Riverfront Plaza  
Newark, NJ 07102  
Telephone:  973-643-7000  
Facsimile:  973-643-6500  
Email:  asherman@sillscummis.com  
            bmankovetskiy@sillscummis.com

*Counsel for the Official Committee  
of Unsecured Creditors*

## **VERIFICATION**

STATE OF NEW JERSEY      )
                                                  ) SS:
COUNTY OF ESSEX            )

      Andrew H. Sherman, after being duly sworn according to law, deposes and says:

      a)      I am an attorney at law and a Member of the law firm of Sills Cummis & Gross P.C., located at One Riverfront Plaza, Newark, New Jersey 07102.

      b)      I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

      c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

      d)      I have reviewed Local Rule 2016-2, and believe the Application substantially complies therewith.

                                                                         */s/ Andrew H. Sherman*
                                                                        Andrew H. Sherman

# Exhibit "A"

# Sills Cummis & Gross
A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

| | |
|---|---|
| Official Committee of Unsecured Creditors of Center City Healthcare LLC d/b/a Hahnemann University Hospital c/o Conifer Health Solutions Chair 3560 Dallas Parkway Frisco, TX 75034 | September 25, 2023<br>Client/Matter No. 08650118.000001<br>Invoice: 2046505<br>Billing Attorney: AHS<br><br>Federal Tax Id: 22-1920331 |

RE: Creditors' Committee

For Legal Services Rendered Through August 31, 2023

| | | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| **102 – ASSET DISPOSITION** | | | | | | |
| 08/04/23 | BM | 102 | | Analysis regarding Broad St. properties sale process. | 0.80 | $700.00 |
| 08/09/23 | BM | 102 | | Analysis regarding Broad St. assets sale process issues. | 0.80 | $700.00 |
| 08/14/23 | AHS | 102 | | Attend meeting of oversight committee re: real estate. | 0.80 | $796.00 |
| 08/18/23 | BM | 102 | | Analysis regarding Broad St. sale process issues and funding of carrying costs. | 1.10 | $962.50 |
| 08/22/23 | BM | 102 | | Analysis of financial reports for Broad St. properties and sale process issues. | 1.20 | $1,050.00 |
| | | **TASK TOTAL 102** | | | **4.70** | **$4,208.50** |
| **104 – CASE ADMINISTRATION** | | | | | | |
| 08/04/23 | BM | 104 | | Respond to creditors' inquiries regarding case status. | 0.40 | $350.00 |
| 08/14/23 | BM | 104 | | Attend meeting of real estate sale process oversight committee. | 0.90 | $787.50 |

Sills Cummis & Gross P.C.

Creditors' Committee  
September 25, 2023  
Client/Matter No. 08650118.000001  
Invoice: 2046505  
Page 2

|            |     |     |                                                                                  | HOURS | AMOUNT    |
|------------|-----|-----|----------------------------------------------------------------------------------|-------|-----------|
| 08/15/23   | BM  | 104 | Respond to creditors' inquiries regarding case status.                           | 0.40  | $350.00   |
| 08/19/23   | GAK | 104 | Review Debtors' proposed preference settlement and emails to A. Sherman regarding same. | 0.20  | $145.00   |
| 08/27/23   | GAK | 104 | Review notification cancelling upcoming hearing and email A. Sherman regarding same. | 0.10  | $72.50    |
|            |     |     | **TASK TOTAL 104**                                                                | **2.00** | **$1,705.00** |

**107 – FEE/EMPLOYMENT APPLICATIONS**

|            |     |     |                                      | HOURS | AMOUNT    |
|------------|-----|-----|--------------------------------------|-------|-----------|
| 08/17/23   | GAK | 107 | Work on April/May fee applications.  | 0.20  | $145.00   |
| 08/23/23   | GAK | 107 | Draft April fee application.         | 0.90  | $652.50   |
| 08/23/23   | GAK | 107 | Draft May fee application.           | 0.80  | $580.00   |
| 08/28/23   | GAK | 107 | Work on June fee application.        | 0.80  | $580.00   |
| 08/28/23   | GAK | 107 | Draft July fee statement.            | 0.70  | $507.50   |
|            |     |     | **TASK TOTAL 107**                    | **3.40** | **$2,465.00** |

**108 – FEE/EMPLOYMENT OBJECTIONS**

|            |     |     |                                                                             | HOURS | AMOUNT   |
|------------|-----|-----|-----------------------------------------------------------------------------|-------|----------|
| 08/19/23   | GAK | 108 | Review Eisner's July fee statement and email to A. Sherman regarding same.  | 0.10  | $72.50   |
| 08/19/23   | GAK | 108 | Review Saul Ewing June fee statement and email A. Sherman regarding same.   | 0.10  | $72.50   |
| 08/31/23   | GAK | 108 | Review Saul Ewing July Fee Statement and email A. Sherman regarding same.   | 0.10  | $72.50   |
| 08/31/23   | GAK | 108 | Analysis of Saul fee application per email of committee member.             | 0.30  | $217.50  |
|            |     |     | **TASK TOTAL 108**                                                           | **0.60** | **$435.00** |

Sills Cummis & Gross P.C.

Creditors' Committee  
September 25, 2023  
Client/Matter No. 08650118.000001  
Invoice: 2046505  
Page 3

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **110 – LITIGATION (OTHER THAN AVOIDANCE ACTION LITIGATION** | | | | | |
| 08/17/23 | BM | 110 | Analysis of issues regarding Saechow/Richards mediation. | 0.60 | $525.00 |
| 08/18/23 | BM | 110 | Analysis regarding Ironstone litigation. | 0.70 | $612.50 |
|  |  | **TASK TOTAL 110** |  | **1.30** | **$1,137.50** |
| **114 – RELIEF FROM STAY PROCEEDINGS** | | | | | |
| 08/04/23 | BM | 114 | Analysis regarding proposed resolutions of pending stay relief motions. | 0.60 | $525.00 |
| 08/18/23 | BM | 114 | Analysis regarding proposed resolution of pending stay relief requests. | 0.70 | $612.50 |
|  |  | **TASK TOTAL 114** |  | **1.30** | **$1,137.50** |
|  |  | **TOTAL FEES** |  | **13.30** | **$11,088.50** |
|  |  | **Attorney Fees at Blended Rate of $625** |  | **13.30** | **$8,312.50** |
|  |  | **Paralegal Fees at Standard Rate** |  | **0.00** | **0.00** |
|  |  | **TOTAL FEES at Blended Rate** |  | **13.30** | **$8,312.50** |

**TASK CODE SUMMARY**

| | | | | |
|---|---|---|---|---|
| 102 | Asset Disposition | | 4.70 | $4,208.50 |
| 104 | Case Administration | | 2.00 | $1,705.00 |
| 107 | Fee/Employment Applications | | 3.40 | $2,465.00 |
| 108 | Fee/Employment Objections | | 0.60 | $435.00 |
| 110 | Litigation (Other than Avoidance Action Litigation | | 1.30 | $1,137.50 |
| 114 | Relief from Stay Proceedings | | 1.30 | $1,137.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

September 25, 2023
Client/Matter No. 08650118.000001
Invoice: 2046505
Page 4

|  | | |
|---|---:|---:|
| TOTAL FEES | 13.30 | $11,088.50 |
| Attorney Fees at Blended Rate of $625 | 13.30 | $8,312.50 |
| Paralegal Fees at Standard Rate | 0.00 | 0.00 |
| TOTAL FEES at Blended Rate | 13.30 | $8,312.50 |

| | | | | | |
|---|---:|---|---:|---|---:|
| Andrew H. Sherman | 0.80 | x | $995.00 | = | $796.00 |
| Boris Mankovetskiy | 8.20 | x | $875.00 | = | $7,175.00 |
| Gregory A. Kopacz | 4.30 | x | $725.00 | = | $3,117.50 |

| INVOICE SUMMARY | |
|---|---:|
| Total Fees | $8,312.50 |
| Total Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$8,312.50*** |

*Total includes fees at *Blended Rate*. Per Retention Application, lesser of fees at *Standard Rates* (**$11,088.50**) and fees at *Blended Rate* of $625 (**$8,312.50**)** apply.

**includes paralegal fees at standard rates, if applicable