IN THE UITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a | : | Case No. 19-11466 |
| HAHNEMANN UNIVERSITY HOSPITAL, et al | : | Jointly Administered |
| Debtors, | : | Hearing: November 28. 2023, 10:30 AM |
| | : | Objection by October 13, 2023, 4:00 PM |

Claimant Frank T Brzozowski's Reply to Debtor's Twelfth Omnibus Objection to Claims

Pursuant to Sections 502(b) and 503 of the Bankruptcy Code,

Bankruptcy Rules 3001, 3003, and 3007, and Local rule 3007-1 Dated September 29, 2023

Re:     Amended Claims Case 19-11466-MFW Doc 4890-2 Filed 09/29/23 Page 6 to 8

Re:     Insufficient Document Claims Case 19-11466-MFW Doc 4890-2 Filed 09/29/23 Page 8 to 8

Creditor Frank T Brzozowski incorporated by reference the previous filings in the above caption case as if set forth at length.

### Jurisdiction and Venue

1.      Denied. This is a conclusion of law of which Claimant does not confirm the truth or falsehood of the averment.

2.      Denied. This is a conclusion of law of which Claimant does not confirm the truth or falsehood of the averment.

3.      Admitted.

4.      Denied. This is a conclusion of law of which Claimant does not confirm the truth or falsehood of the averment.

### Background

5-7.    Denied. This is a conclusion of law of which Claimant does not confirm the truth or falsehood of

the averment.

## The Debtors' Claim Process

8-11.  Denied. This is a conclusion of law of which Claimant does not confirm the truth or falsehood of the averment.

## Relief Requested

12.  Denied. Claimant Frank T Brzozowski, who was hospitalized at Hahnemann University Hospital and its subordinate agency Powerback from about September 27, 2018, to October 15, 2018, was injured by the medical treatment and incurred financial losses. The pharmaceuticals administered including Heparin and Carbamazepine had an adverse chemical reaction causing Claimant's right side permanent injury. Claimant has presently loss strength and use of functions of the right leg and some of the right arm. Claimant's injuries are permanent and will never recover to the mobility in running, kicking, climbing stairs and descending from elevations with difficulty as before the hospitalization in September 2018. Penn Medicine's Wood Clinic, 700 Spruce Street, Suite 304, 215-829-3521, Phila., PA 19106, has been treating Claimant, including some physical therapy at NovaCare, until the present time.

## Basis for Objection

13.  Denied. This is a conclusion of law of which Claimant does not confirm the truth or falsehood of the averment.

## Amended Claims

14-16.  Denied. This is a conclusion of law of which Claimant does not confirm the truth or falsehood of the averment.

## Insufficient Documentation Claims

17-18.  Denied. This is a conclusion of law of which Claimant does not confirm the truth or falsehood of the averment.

## Separate Contested Matters

19.  Denied. This is a conclusion of law of which Claimant does not confirm the truth or falsehood of the averment. Conversely, the former owners, are trying to avoid and escape responsibility for injury incurred by the Claimant without a remedy.

### Reservation of Rights

20-21. Denied. This is a conclusion of law of which Claimant does not confirm the truth or falsehood of the averment. Conversely, the former owners, are trying to avoid and escape responsibility for injury incurred by the Claimant without a remedy.

### Adjournment of Hearing

22. Denied. This is a conclusion of law of which Claimant does not confirm the truth or falsehood of the averment. Conversely, the former owners, are trying to avoid and escape responsibility for injury incurred by the Claimant without a remedy. Objection to the Debtors' averment is lodged until a monetary settlement is tendered.

### Compliance with Local Rule 3007-1

23. Denied. This is a conclusion of law of which Claimant does not confirm the truth or falsehood of the averment. Conversely, the former owners, and affiliated parties are trying to avoid the $200,000 restitution and escape responsibility for injury incurred by the Claimant without a remedy. Claimant does not WAIVE any rights.

WHEREFORE, Claimant Frank T Brzozowski seeks a just remedy for his injuries sustained by the Defendant Creditor CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.

Respectfully submitted,

*Frank T Brzozowski* (signature)
Frank T Brzozowski, Claimant

```
In re:                                              :    Chapter 11

CENTER CITY HEALTHCARE, LLC d/b/a                   :    Case No. 19-11466

HAHNEMANN UNIVERSITY HOSPITAL, et al                :    Jointly Administered

                Debtors,                            :    Hearing: November 28. 2023, 10:30 AM

                                                    :    Objection by October 13, 2023, 4:00 PM
```

Notice by Claimant Frank T Brzozowski's Reply to Debtor's Twelfth Omnibus Objection to Claims Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, <u>Bankruptcy Rules 3001, 3003, and 3007, and Local rule 3007-1 Dated September 29, 2023</u>

TO:  The United States Trustee for the District of Delaware, all Claimants listed on Exhibits A-B to the Proposed Order accompanying the attached objection, and all parties who have previously requested notice pursuant to bankruptcy Rule 2002.

The Reply to Debtor's Objections to Claims are being filed with the U.S. Bankruptcy Court of Delaware on October 13, 2023. A hearing is scheduled on November 28, 2023, before the Honorable Mary F. Walsh.

DATED: October 13, 2023

*[signature: Frank T Brzozowski]*

FRANK T BRZOZOWSKI, Claimant

IN THE UITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a | : | Case No. 19-11466 |
| HAHNEMANN UNIVERSITY HOSPITAL, et al | : | Jointly Administered |
| Debtors, | : | Hearing: November 28. 2023, 10:30 AM |
| | : | Objection by October 13, 2023, 4:00 PM |

---

Claimant Frank T Brzozowski's Reply to Debtor's Twelfth Omnibus Objection to Claims

Pursuant to Sections 502(b) and 503 of the Bankruptcy Code,

Bankruptcy Rules 3001, 3003, and 3007, and Local rule 3007-1 Dated September 29, 2023

Re:     Amended Claims Case 19-11466-MFW Doc 4890-2 Filed 09/29/23 Page 6 to 8

Re:     Insufficient Document Claims Case 19-11466-MFW Doc 4890-2 Filed 09/29/23 Page 8 to 8

ORDER

The Debtor's Twelfth Omnibus Objection to Claims Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local rule 3007-1 Dated September 29, 2023 is contested and denied in precluding restitution to Claimant Frank T Brzozowski.

_____

J.

IN THE UITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a | : | Case No. 19-11466 |
| HAHNEMANN UNIVERSITY HOSPITAL, et al | : | Jointly Administered |
| Debtors, | : | Hearing: November 28. 2023, 10:30 AM |
| | : | Objection by October 13, 2023, 4:00 PM |

Claimant Frank T Brzozowski's Reply to Debtor's Twelfth Omnibus Objection to Claims

Pursuant to Sections 502(b) and 503 of the Bankruptcy Code,

<u>Bankruptcy Rules 3001, 3003, and 3007, and Local rule 3007-1 Dated September 29, 2023</u>

Re:   Amended Claims Case 19-11466-MFW Doc 4890-2 Filed 09/29/23 Page 6 to 8

Re:   Insufficient Document Claims Case 19-11466-MFW Doc 4890-2 Filed 09/29/23 Page 8 to 8

<u>Memorandum of Law</u>

Plaintiff/Claimant Frank T Brzozowski who was hospitalized at Hahnemann University Hospital and its subordinate agency Powerback from about September 27, 2018, to October 15, 2018, was injured by the medical treatment and incurred financial losses. The pharmaceuticals administered including Heparin and Carbamazepine had an adverse chemical reaction causing Claimant's right side permanent injury. Claimant has presently loss strength and use of functions of the right leg and some of the right arm. The injury has made Claimant much slower. Claimant's injuries are permanent and will never recover to the mobility in running, kicking, climbing stairs and descending from elevations with difficulty as before the hospitalization in September 2018. Penn Medicine's Wood Clinic, 700 Spruce

Moreover, since Hahnemann Hospital went bankrupt, the site is mostly vacant and does not provide medical services. Hahnemann Hospital's billionaire owner moved back to California to avoid problems incurred by his businesses in Philadelphia.

Mr. Brzozowski suffered injuries at Hahnemann Hospital and the hospital went bankrupt within the year. Mr. Brzozowski seeks payment of his medical expenses after the hospitalization including physical therapy at NovaCare, which could not get the right leg to become normal again. Claimant could not afford the costs of physical therapy. Being somewhat lame, the injury appears to be permanent and a problem for the rest of Claimant's life. Next week Claimant will be 68 years old. Finding employment is difficult at 68, and more difficult with a physical disability. Presently, Claimant has not received any compensation for his permanent injuries.

Plaintiff/Claimant who is without an attorney has to rely on the pro-se standard in Haines v. Kerner, 404 U.S. 519, 521 (1972) in drafting the pro-se complaint issued by the U.S.D.C. and relevant case law. Ericksen v. Kaplan Higher Education, LLC, 2015 U.S. Dist. LEXIS 142789 (D. Md. Oct. 21, 2015) has: "The Court affords Plaintiff a more lenient standard given his status as a *pro se* Plaintiff." See HAINES v. KERNER 404 U.S. 519; 92 S. Ct. 594; 30 L. Ed. 2d 652; 1972.

Another problem is finding legal representation. Good law firms will not pursue a bankrupted business since the litigation is costly and the restitution is inadequate. Claimant is a victim of being forced to live with a permanent injury and being forced to pay out of the pocket expenses and hope insurance will cover some costs. In the interest of fairness, Plaintiff/Claimant needs a monetary settlement to satisfy his damages. Being denied restitution is an insult to injury. The Debtor's filings need to be denied to administer justice.

Respectfully,

*/s/ Frank T Brzozowski, pro se*
Frank T Brzozowski

| | | AMENDED CLAIMS | | | | |
|---|---|---|---|---|---|---|
| | **Name of Claimant** | **Amended Claim No. to be Disallowed** | **Surviving Claim No.** | **Relevant Debtor** | **Claim Amount ($)** | **Reason for Disallowance** |
| 1. | Morton, Natasha | 594 | 774 | St. Christopher's Healthcare, LLC | $1,724.30 | Claim documents reflect that the disallowed claim has been superseded by the amended Surviving Claim. |
| 2. | Pennsylvania Department of Revenue | 1105 | 1260 | Center City Healthcare, LLC | $1,545,825.99 | Claim documents reflect that the disallowed claim has been superseded by the amended Surviving Claim. Although claim 1260 indicates that it is an amendment of claim 853, claimant has confirmed to Debtors' counsel that claim 1260 is actually an amendment of claim 1105. |
| 3. | Pennsylvania Department of Revenue | 530 | 771 | St. Christopher's Healthcare, LLC | $475,037.37 | Claim documents reflect that the disallowed claim has been superseded by the amended Surviving Claim. |
| 4. | Pennsylvania Department of Revenue | 538 | 773 | St. Christopher's Healthcare, LLC | $424,183.55 | Claim documents reflect that the disallowed claim has been superseded by the amended Surviving Claim, and claimant has confirmed to Debtors' counsel that claim 773 amends claim 538. |

41948146.2 09/29/2023

| | **Insufficient Documentation Claims** | | | | |
|---|---|---|---|---|---|
| | **Name of Claimant** | **Debtor against which Claim is Asserted** | **Claim Number** | **Claim Amount ($)** | **Reason for Disallowance** |
| 1. | Brzozowski, Frank | Center City Healthcare, LLC | 1039 | $200,000.00 | The Debtors' records do not indicate any amounts owed to this claimant, claim documentation is insufficient in identifying the basis for the claim, and, despite efforts to clarify basis for claim with claimant, claimant has not provided any support. |
| 2. | Brzozowski, Frank | Philadelphia Academic Health System, LLC | 166 | $200,000.00 | The Debtors' records do not indicate any amounts owed to this claimant, claim documentation is insufficient in identifying the basis for the claim, and, despite efforts to clarify basis for claim with claimant, claimant has not provided any support. |
| 3. | Brzozowski, Frank | Philadelphia Academic Medical Associates, LLC | 27 | $200,000.00 | The Debtors' records do not indicate any amounts owed to this claimant, claim documentation is insufficient in identifying the basis for the claim, and, despite efforts to clarify basis for claim with claimant, claimant has not provided any support. |
| 4. | Brzozowski, Frank | HPS of PA, L.L.C. | 20 | $200,000.00 | The Debtors' records do not indicate any amounts owed to this claimant, claim documentation is insufficient in identifying the basis for the claim, and, despite efforts to clarify basis for claim with claimant, claimant has not provided any support. |



# Your Claims for Part B (Medical Insurance)

Part B Medical Insurance helps pay for durable medical equipment and other health care services.

### Definitions of Columns

**Item/Service Approved?:** This column tells you if Medicare covered this item or service.

**Amount Supplier Charged:** This is your supplier's fee for the item or service.

**Medicare-Approved Amount:** This is the amount a supplier can be paid for a Medicare item or service. It may be less than the actual amount the supplier charged. Your supplier has agreed to accept this amount as full payment for covered items or services. Medicare usually pays 80% of the Medicare-approved amount.

**Amount Medicare Paid:** This is the amount Medicare paid the supplier. This is usually 80% of the Medicare-approved amount.

**Maximum You May Be Billed:** This is the total amont the supplier is allowed to bill you and can include a deductible, coinsurance, and other charges not covered. If you have Medicare Supplement Insurance (Medicap policy) or other insurance, it may pay all or part of this amount.

### June 20, 2023
**National Medical Equipmen, (478)744-1488**
4480 Riverside Dr, Ste 19, Macon, GA 31210-1363
Ordered by Allison B Holmes

| Quantity, Item/Service Provided & Billing Code | Item/ Service Approved? | Amount Supplier Charged | Medicare- Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Notes Below |
|---|---|---|---|---|---|---|
| 1 Ankle foot orthosis, multiligamentous ankle support, prefabricated, off-the-shelf (L1906-LTKX) | Yes | $150.00 | $128.96 | $101.11 | $25.79 | |
| **Total for Claim # 23202702403000** | | $150.00 | $128.96 | $101.11 | $25.79 | A,B |

Continued->

Continued →

### Notes for Claims Above

**A** We have sent your claim to your Medigap insurer. Send any questions regarding your Medigap benefits to them.

**B** After your deductible and coinsurance were applied, the amount Medicare paid was reduced due to Federal, State and local rules.

# Penn Medicine

PO BOX 824406, PHILADELPHIA, PA 19182-4406

Temp - Return Service Requested

0695001451    PRESORT 1451 1 AV 0.495 P1C8 <B>

FRANK T BRZOZOWSKI
2357 E DAUPHIN ST
PHILADELPHIA PA 19125-2923

## Account Summary

**ACCOUNT NUMBER: 4256972**

| | |
|---|---|
| Payment Due Date: | 10/09/2023 |
| Total Patient Balance: | $284.74 |
| Amount Now Due: | $284.74 |

### Insurance Information

| | |
|---|---|
| Insurance 1 | Medicare Part a & B |
| Insurance 2 | COMM |

## PAY ONLINE

Pay your bill online - easily and securely, 24 hours a day, 7 days a week through:
www.pennmedbill.com



## CUSTOMER SERVICE

**1-800-406-1177**

Hours of Operation:
Monday - Friday: 8:00AM - 6:00PM EST
Saturday: 9:00AM - 1:00PM EST

Payments will be applied to the oldest open balance on your account, including any accounts that have been transferred to collections. You have failed to respond to our previous notices. Please contact this office immediately to avoid further collection proceedings.

## FINANCIAL ASSISTANCE

Penn Medicine provides urgently needed services to all persons without regard to their ability to pay. Penn Medicine provides financial counseling and where appropriate significant discounts to uninsured and underinsured patients in accordance with the requirements in the Patient Protection and Affordable Care Act. If you are having difficulty paying your bill, please contact us at 800-406-1177 to determine the type of funding for which you may be eligible or to make payment arrangements.

### myPennMedicine

Penn Medicine offers easy and secure online acess to your medical record, scheduling, messages and more. To access portions of your health record, visit www.mypennmedicine.org.

---

*Please detach and return below portion with your payment*

---

# Penn Medicine    PO BOX 824406, PHILADELPHIA, PA 19182-4406

| Patient Name | Account No. | Due Date | Amount Now Due | Amount Enclosed: $ |
|---|---|---|---|---|
| Frank T Brzozowski | 4256972 | 10/09/2023 | $284.74 | |

☐ Check here if your address or insurance information has changed. Indicate changes on the reverse side.

Pay by Credit Card online at **www.pennmedbill.com**
or Call Customer Service at **1-800-406-1177**.

Make checks payable to: PENN MEDICINE

PENN MEDICINE
PATIENT PAY
PO BOX 824406
PHILADELPHIA PA 19182-4406



824406000004256972000000284740000000008

 **NovaCare REHABILITATION**
A Division of Select Medical

| | |
|---|---|
| **Summary** (as of 5/24/2023) | |
| Total Charges: | $10,207.00 |
| Total Insurance Paid: | $5,291.17 |
| Total Insurance Adjustments: | $4,780.18 |
| Patient Previously Paid: | $0.00 |
| In Process: | $0.00 |

**Patient Name:** Frank T Brzozowski
**Account Number:** 530670840

 Pay Online and Enroll in Paperless Billing:
www.novacare.com/paybill
*Enter eStatement ID: Q8VFBN8W
*See reverse for more info on eStatement ID

**Current Patient Balance**    **$135.65**

## Your Statement

| DATE | DESCRIPTION | CHARGE | IN PROCESS | PATIENT BALANCE |
|---|---|---|---|---|
| **Frank T Brzozowski** | | | | |
| 7/1/2021 | Therapy Visit | $256.00 | $0.00 | $0.00 |
| 7/3/2021 | Therapy Visit | $197.00 | $0.00 | $0.00 |
| 7/7/2021 | Therapy Visit | $137.00 | $0.00 | $0.00 |
| 7/13/2021 | Therapy Visit | $196.00 | $0.00 | $0.00 |
| 7/15/2021 | Therapy Visit | $150.00 | $0.00 | $0.00 |
| 7/20/2021 | Therapy Visit | $136.00 | $0.00 | $0.00 |
| 7/22/2021 | Therapy Visit | $136.00 | $0.00 | $0.00 |
| 7/26/2021 | Therapy Visit | $241.00 | -$82.24 | $0.00 |

continue to next page ▶

 For inquiries, please contact us by e-mail at questions3@selectmedical.com or by phone at (800) 721-8202. For account inquiries by e-mail, your account number, date of birth and home telephone number are required for identification purposes. Our office hours are Monday - Friday 7:30am - 6:00pm EST.

Si tiene alguna pregunta, por favor comuníquese con nostros por correo electrónico a: questions3@selectmedical.com o por teléfono al (800) 721-8202. Para preguntas sobre su cuenta a través del correo electrónico, su numero de cuenta, fecha de nacimiento y numero telefónico del hogar se requieren para propósitos de identificación.

---

Detach this coupon and return with your payment    ☐ Check if Insurance changes are on back.

 **NovaCare REHABILITATION**
A Division of Select Medical

PO BOX 644717
PITTSBURGH, PA 15264-4717

 Pay Online and Enroll in Paperless Billing:
www.novacare.com/paybill
*Enter eStatement ID: Q8VFBN8W
*See reverse for more info on eStatement ID

| IF PAYING BY DEBIT/CREDIT CARD | | | |
|---|---|---|---|
| Card Number | | Card Type (Circle One) VISA MC DISC | |
| Name on Card | | Exp Date | CVN |
| Signature | | Zip Code | |
| STATEMENT DATE | ACCOUNT NUMBER | DUE DATE | |
| 5/24/2023 | 530670840 | 6/13/2023 | |
| AMOUNT DUE | SHOW AMOUNT PAID HERE | | |
| $135.65 | | | |

ISB0526C  ***    7000005309 00.0016.0152 3815/1
3815 1 AB 0.507  *** AUTO    ALL FOR AADC 190


FRANK T BRZOZOWSKI
2357 E DAUPHIN ST
PHILADELPHIA PA 19125-2923

PLEASE MAKE CHECKS PAYABLE TO:

NOVACARE OUTPATIENT REHABILITATION EAST
PO BOX 644717
PITTSBURGH, PA 15264-4717

6447175306708404052420230001356652

**NovaCare REHABILITATION**
*A Division of Select Medical*

**Patient Name:** Frank T Brzozowski
**Account Number:** 530670840

## Your Statement Continued

Pay Online at www.novacare.com/paybill

| DATE | DESCRIPTION | CHARGE | IN PROCESS | PATIENT BALANCE |
|---|---|---|---|---|
| 7/29/2021 | Therapy Visit | $150.00 | $82.24 | $0.00 |
| 8/3/2021 | Therapy Visit | $196.00 | -$153.37 | $0.00 |
| 8/5/2021 | Therapy Visit | $151.00 | $16.24 | $0.00 |
| 8/10/2021 | Therapy Visit | $196.00 | $24.43 | $0.00 |
| 8/12/2021 | Therapy Visit | $211.00 | $24.69 | $0.00 |
| 8/17/2021 | Therapy Visit | $151.00 | $16.24 | $0.00 |
| 8/19/2021 | Therapy Visit | $136.00 | $15.31 | $0.00 |
| 8/23/2021 | Therapy Visit | $211.00 | $22.08 | $0.00 |
| 8/26/2021 | Therapy Visit | $165.00 | $17.19 | $0.00 |
| 8/31/2021 | Therapy Visit | $165.00 | $17.19 | $0.00 |
| 9/2/2021 | Therapy Visit | $211.00 | $0.00 | $0.00 |
| 9/7/2021 | Therapy Visit | $150.00 | $0.00 | $0.00 |
| 9/10/2021 | Therapy Visit | $150.00 | $0.00 | $0.00 |
| 9/14/2021 | Therapy Visit | $165.00 | $0.00 | $0.00 |
| 9/16/2021 | Therapy Visit | $212.00 | $0.00 | $0.00 |
| 9/21/2021 | Therapy Visit | $226.00 | $0.00 | $0.00 |
| 9/24/2021 | Therapy Visit | $165.00 | $0.00 | $0.00 |
| 9/28/2021 | Therapy Visit | $151.00 | $0.00 | $0.00 |
| 9/30/2021 | Therapy Visit | $210.00 | $0.00 | $0.00 |
| 10/12/2021 | Therapy Visit | $150.00 | $0.00 | $0.00 |
| 10/14/2021 | Therapy Visit | $150.00 | $0.00 | $0.00 |
| 10/18/2021 | Therapy Visit | $165.00 | $0.00 | $0.00 |
| 10/21/2021 | Therapy Visit | $150.00 | $0.00 | $0.00 |
| 10/26/2021 | Therapy Visit | $150.00 | $0.00 | $0.00 |
| 10/28/2021 | Therapy Visit | $105.00 | $0.00 | $0.00 |
| 11/1/2021 | Therapy Visit | $165.00 | $0.00 | $0.00 |

continue to next page ▶



**Patient Name:** Frank T Brzozowski
**Account Number:** 530670840

# Your Statement Continued

Pay Online at www.novacare.com/paybill

| DATE | DESCRIPTION | CHARGE | IN PROCESS | PATIENT BALANCE |
|---|---|---|---|---|
| 11/4/2021 | Therapy Visit | $165.00 | $0.00 | $0.00 |
| 11/9/2021 | Therapy Visit | $105.00 | $0.00 | $0.00 |
| 11/11/2021 | Therapy Visit | $150.00 | $0.00 | $0.00 |
| 11/16/2021 | Therapy Visit | $226.00 | $0.00 | $0.00 |
| 11/18/2021 | Therapy Visit | $211.00 | $0.00 | $0.00 |
| 11/22/2021 | Therapy Visit | $151.00 | $0.00 | $0.00 |
| 11/24/2021 | Therapy Visit | $151.00 | $0.00 | $0.00 |
| 11/29/2021 | Therapy Visit | $151.00 | $0.00 | $0.00 |
| 12/2/2021 | Therapy Visit | $151.00 | $0.00 | $0.00 |
| 12/7/2021 | Therapy Visit | $151.00 | $0.00 | $0.00 |
| 12/9/2021 | Therapy Visit | $151.00 | $0.00 | $0.00 |
| 12/13/2021 | Therapy Visit | $151.00 | $0.00 | $0.00 |
| 12/16/2021 | Therapy Visit | $212.00 | $0.00 | $0.00 |
| 12/21/2021 | Therapy Visit | $151.00 | $0.00 | $0.00 |
| 12/23/2021 | Therapy Visit | $165.00 | $0.00 | $0.00 |
| 12/30/2021 | Therapy Visit | $211.00 | $0.00 | $0.00 |
| 1/5/2022 | Therapy Visit | $183.00 | $0.00 | $21.78 |
| 1/7/2022 | Therapy Visit | $92.00 | $0.00 | $12.84 |
| 1/11/2022 | Therapy Visit | $45.00 | $0.00 | $4.34 |
| 1/13/2022 | Therapy Visit | $197.00 | $0.00 | $23.77 |
| 1/20/2022 | Therapy Visit | $212.00 | $0.00 | $26.89 |
| 1/25/2022 | Therapy Visit | $165.00 | $0.00 | $19.14 |
| 1/27/2022 | Therapy Visit | $212.00 | $0.00 | $26.89 |
| 2/4/2022 | Therapy Visit | $182.00 | $0.00 | $0.00 |
| 2/10/2022 | Therapy Visit | $164.00 | $0.00 | $0.00 |
| 2/15/2022 | Therapy Visit | $246.00 | $0.00 | $0.00 |

**Current Patient Balance** $135.65

---

In re:                                                          :    Chapter 11

CENTER CITY HEALTHCARE, LLC d/b/a           :    Case No. 19-11466

HAHNEMANN UNIVERSITY HOSPITAL, et al      :    Jointly Administered

                Debtors,                                  :    Hearing: November 28. 2023, 10:30 AM

                                            :    Objection by October 13, 2023, 4:00 PM

---

Verification by Claimant Frank T Brzozowski's Reply to Debtor's Twelfth Omnibus Objection to Claims

Pursuant to Sections 502(b) and 503 of the Bankruptcy Code,

<u>Bankruptcy Rules 3001, 3003, and 3007, and Local rule 3007-1 Dated September 29, 2023</u> and

<u>Certificate of Service</u>

Re:    Amended Claims Case 19-11466-MFW Doc 4890-2 Filed 09/29/23 Page 6 to 8

Re:    Insufficient Document Claims Case 19-11466-MFW Doc 4890-2 Filed 09/29/23 Page 8 to 8

      Claimant Frank T Brzozowski verifies that the statements contained within the Reply are true and correct to his best knowledge, information and belief. This document is certified by being filed with the U.S. Bankruptcy Court and served to the Creditor's counsel, Saul Ewing LLP. By first class mail to:

Saul Ewing LLP
Mark Minuti
Monica B. DiSabatino
1201 Market Street, Suite 2300
P.O. Box 1266
Wilmington Delaware 19899

Jeffrey C. Hampton
Adam H. Isenberg
Center Square West
1500 Market Street, 38th fl
Philadelphia, PA 19102

And
Center City Healthcare, LLC, et al.,
d/b/a/ Hahnemann University Hospital
c/o Omni Agent Solutions, Inc.
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367

DATED: October 13, 2023

*/s/ Frank T Brzozowski*

FRANK T BRZOZOWSKI, Claimant