# EXHIBIT D

## EXPENSE SUMMARY

**Expense Summary**

**For the Period from August 1, 2023 through August 31, 2023**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| E-discovery Processing /Usage | Epiq Relativity | $8,597.20 |
| Legal Research | Westlaw; Lexis | $1,176.22 |
| Parking | *See attached* | $30.00 |
| **Total** | | **$9,803.42** |

| TRAVEL DETAIL | | | | |
|---|---|---|---|---|
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 08/16/23 | Parkway Corp. Centre Square | (1) Jeffrey Hampton | Parking in Philadelphia for site meeting with Debtors | $30.00 |
| **TOTAL** | | | | **$30.00** |



| | | |
|---|---|---|
| Philadelphia Academic Health System, LLC | Invoice Number | 4286489 |
| 222 N. Sepulveda Blvd. | Invoice Date | 09/27/23 |
| Suite 900 | Client Number | 376719 |
| El Segundo, CA 90245 | Matter Number | 00002 |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| 08/23/23 | Vendor: Parkway Corp. Center Square; Desc - 8/16/2023 Parking for Jeffrey Hampton to attend meeting in Philadelphia | | 30.00 |
|---|---|---|---|
| | | Total Parking | 30.00 |

| 08/26/23 | Epiq Relativity eDiscovery Costs | | 8,397.20 |
|---|---|---|---|
| 08/26/23 | Epiq Relativity eDiscovery Costs | | 200.00 |
| | Total Epiq Relativity eDiscovery Costs | | 8,597.20 |

| 08/08/23 | Lexis Legal Research | | 47.50 |
|---|---|---|---|
| 08/09/23 | Lexis Legal Research | | 124.50 |
| 08/28/23 | Lexis Legal Research | | 49.50 |
| 08/08/23 | Westlaw Research | | 954.72 |
| | | Total | 1,176.22 |

| | CURRENT EXPENSES | 9,803.42 |
|---|---|---|
| | TOTAL AMOUNT OF THIS INVOICE | 9,803.42 |