# EXHIBIT F

## PROFESSIONALS' BACKGROUND

## Attorney Biographies

**Joseph F. O'Dea, Jr.,** *Partner*. Mr. O'Dea is a partner in Saul Ewing's Litigation Department in its Philadelphia, Pennsylvania office. Mr. O'Dea handles complex, high-exposure litigation for organizations in a variety of industries. Mr. O'Dea has 30 years of experience representing Fortune 500 companies and privately held, global concerns in industries ranging from defense/aerospace, manufacturing to environmental services.

**Mark Minuti**, *Partner.* Mr. Minuti is Vice-chair of Saul Ewing's Transactional Department and is a member of the firm's Bankruptcy and Restructuring Practice Group and is a Partner in its Wilmington, Delaware office. Mr. Minuti concentrates his practice in bankruptcy law. Mr. Minuti's practice includes the representation of debtors, unsecured creditors' committees, equity committees, trustees, asset purchasers, landlords, secured and unsecured creditors in workouts, corporate restructurings and chapter 11 proceedings, both in and out of Delaware. Mr. Minuti also represents reorganized debtors, committees, trusts and creditors in sophisticated bankruptcy-related litigation, including preference actions and fraudulent conveyance actions. Prior to joining Saul Ewing, Mr. Minuti was a law clerk to the Honorable Clarence W. Taylor of the Delaware Superior Court.

**John D. Demmy**, *Partner.* Mr. Demmy is a Partner in Saul Ewing's Bankruptcy and Restructuring Practice in its Wilmington, Delaware office. Mr. Demmy represents debtors, creditors' and ad hoc committees, asset buyers, insurers, and all types of creditors in bankruptcy cases and related litigation matters. Mr. Demmy also handles bankruptcy appeals to the Delaware District Court and to the Court of Appeals for the Third Circuit. Mr. Demmy is also an experience commercial litigator who assist clients with cases in the Delaware Court of Chancery and provides opinions with respect to matters of bankruptcy and Delaware law relating to Delaware entities.

**Jeffrey C. Hampton,** *Partner*. Mr. Hampton is Chair of Saul Ewing's Bankruptcy and Restructuring Practice Group and is a Partner in its Philadelphia, Pennsylvania office. Mr. Hampton concentrates his practice on restructuring matters, including chapter 11 bankruptcy proceedings, out-of-court workouts, loan restructurings, corporate reorganizations and general insolvency law. Mr. Hampton also represents the purchasers of assets and business units of troubled or failing companies, both in and out of chapter 11.

Mr. Hampton represents numerous constituencies in corporate restructurings, both in and out of bankruptcy, including debtors, creditors' committees, troubled borrowers, trade creditors, contract parties, real estate developers, plan trustees, examiners, acquirers of distressed assets, landlords and equity holders. Mr. Hampton also represents officers and directors of companies involved in financial restructurings concerning fiduciary duties and corporate governance matters. In addition to being an attorney, Mr. Hampton is a licensed Certified Public Accountant.

**Adam H. Isenberg,** *Partner*. Mr. Isenberg is a Partner in Saul Ewing's Bankruptcy and Restructuring Practice Group in its Philadelphia, Pennsylvania office. Mr. Isenberg concentrates his practice in bankruptcy and out-of-court workouts. Mr. Isenberg represents creditors' committees, secured creditors, trustees and debtors in cases throughout the country.

**Robert L. Duston**, *Partner.* Mr. Duston is a Partner in Saul Ewing's Litigation Department in its Washington, D.C. office. Mr. Duston is a business lawyer and litigator who helps a wide range of businesses, schools and other entities in compliance with the public access requirements of the Americans with Disabilities Act, Fair Housing Act, Section 504 of the Rehabilitation Act and similar laws; employment and labor issues likely to significantly impact operations or lead to negative media attention; and legal issues affecting higher education and schools in these and other compliance matters, including Department of Education's Office of Civil Rights investigations.

**Michelle G. Novick,** *Partner*. Ms. Novick is a Partner in Saul Ewing's Bankruptcy and Restructuring Practice Group in its Chicago, Illinois office. Ms. Novick concentrates her practice on corporate bankruptcy.

**William W. Warren, Jr.,** *Partner.* Mr. Warren is a Partner in Saul Ewing's Real Estate Department and the Construction and Government Contracts practices in its Harrisburg, Pennsylvania office. Mr. Warren has worked extensively on governmental procurement of technology, equipment, commodities and services, and public, nonprofit and private construction programs, and as a commercial litigator in the federal Middle District of Pennsylvania, and in a wide variety of state administrative law matters. Mr. Warren represents technology vendors, design firms, and contractors in state construction and technology procurement contract negotiations and dispute resolution processes. He also represents school districts, counties, cities, municipalities and authorities in contracting and construction matters.

**Matthew M. Haar,** *Partner.* Mr. Haar is a Partner in Saul Ewing's Litigation Department in its Harrisburg, Pennsylvania office. Mr. Haar focuses his practice on corporate and commercial litigation with an emphasis on complex insurance and reinsurance litigation, including cases regarding bad faith and extra-contractual liability. Mr. Haar has represented both insurance companies and insureds in a wide variety of insurance related litigations, including complex coverage and contractual disputes, antitrust matters, bad faith actions, and rehabilitations and liquidations.

**Monique B. DiSabatino**, *Partner*. Ms. DiSabatino is a Partner in Saul Ewing's Bankruptcy and Restructuring Practice Group in its Wilmington, Delaware office. Ms. DiSabatino concentrates her practice on a broad range of commercial bankruptcy, workout and restructuring matters in which she represents a variety of parties, including debtors, creditors' committees, unsecured creditors, landlords and contract parties.

**Daniel P. Rowley,** *Associate.* Mr. Poindexter is an Associate in Saul Ewing's Real Estate Practice Group in its Chesterbrook, Pennsylvania office. Mr. Rowley is a zoning and land use attorney who advises clients on strategies for navigating the government review process for their development projects. Mr. Rowley also handles general real estate matters and tax assessment and tax exemption appeals.

**Jorge Garcia**, *Associate.* Mr. Garcia is an Associate in Saul Ewing's Bankruptcy and Restructuring Practice Group in its Philadelphia, Pennsylvania office. Mr. Garcia represents debtors, trustees, creditors' committees, unsecured creditors and secured creditors in chapter 11 reorganization and liquidation cases. Mr. Garcia also handles Chapter 7 cases and related adversary proceedings, including avoidance actions involving claims of preferences and fraudulent transfers.

**Turner N. Falk,** *Associate*.  Mr. Falk is an Associate in Saul Ewing's Bankruptcy and Restructuring Practice Group in its Philadelphia, Pennsylvania office.  Mr. Falk focuses his practice on assisting debtors, trustees, creditor committees and other parties throughout the bankruptcy and restructuring process.

**Caroline M. Toll**, *Associate*.  Ms. Toll is an Associate in Saul Ewing's Litigation Department in its Philadelphia, Pennsylvania office.  Ms. Toll maintains a general litigation practice, focusing on higher education matters.

**Sabrina Espinal,** *Associate*.  Ms. Espinal is an Associate in Saul Ewing's Bankruptcy and Restructuring Practice Group in its Philadelphia, Pennsylvania office.  Ms. Espinal focuses her practice on assisting debtors, trustees, creditor committees and other parties throughout the bankruptcy and restructuring process.