**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a ) | Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* ) | |
| *al*.,[1] ) | Jointly Administered |
| ) | |
| Debtors. ) | **Related to Docket No. 4890** |
| ) | |

## CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER SUSTAINING DEBTORS' TWELFTH OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) PURSUANT TO SECTIONS 502(b) AND 503 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1

The undersigned counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") hereby certifies that:

1. On September 29, 2023, the *Debtors' Twelfth Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* [D.I. 4890] (the "**Objection**")[2] was filed with the Court, by which the Debtors sought the entry of an order disallowing each of the claims listed on Exhibits A - B to the proposed order attached thereto (the "**Original Proposed Order**").

2. Pursuant to the notice of the Objection, the deadline to respond to the Objection was October 13, 2023 at 4:00 p.m. (the "**Objection Deadline**").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

51178485.2 10/17/2023

3. On October 13, 2023, a response to the Objection [D.I. 4912] (the "**Response**") was filed by Frank Brzozowski (the "**Claimant**").

4. The Objection Deadline has passed and no formal objections or responses other than the Claimant Response were served upon the undersigned counsel or entered on the Court's docket.

5. In order to give the Debtors and the Claimant an opportunity to discuss the Response, the Claimant's claims have been removed from the Original Proposed Order.

6. Attached hereto as **Exhibit "1"** is the revised proposed order (the "**Revised Proposed Order**"), which removes the Claimant's claims. Attached hereto as **Exhibit "2"** is a blackline comparing the Revised Proposed Order and its accompanying schedule with the Original Proposed Order and its accompanying schedules.

7. The Debtors respectfully request that the Court sign the Revised Proposed Order and direct that it be docketed, without further notice or hearing.

[*remainder of page left intentionally blank*]

| | |
|---|---|
| Dated: October 17, 2023 | **SAUL EWING LLP** |
| | <u>/s/ Monique B. DiSabatino</u><br>Mark Minuti (DE Bar No. 2659)<br>Monique B. DiSabatino (DE Bar No. 6027)<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, DE 19899<br>Telephone: (302) 421-6800<br>mark.minuti@saul.com<br>monique.disabatino@saul.com<br><br>  -and-<br><br>Jeffrey C. Hampton<br>Adam H. Isenberg<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>Telephone: (215) 972-7777<br>jeffrey.hampton@saul.com<br>adam.isenberg@saul.com<br><br>*Counsel for Debtors and Debtors in Possession* |