## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*, | Case No. 19-11466 (MFW) |
| | (Jointly Administered) |
| Debtors. | **Objections Due: November 1, 2023 at 4:00 p.m. ET**<br>**Hearing Date: November 28, 2023 at 10:30 a.m. ET** |

## FOURTEENTH QUARTERLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM OCTOBER 1, 2022 THROUGH DECEMBER 31, 2022

| | |
|---|---|
| Name of applicant: | Sills Cummis & Gross P.C. |
| Name of client: | Official Committee of Unsecured Creditors |
| Time period covered by this application: | October 1, 2022 – December 31, 2022 |
| Total compensation sought this period: | $85,361.50[1] |
| Total expenses sought this period: | $562.46 |
| Petition date: | June 30, 2019 |
| Retention date: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Date of order approving employment: | September 5, 2019 |
| Blended rate in this application for all attorneys: | $625.00 |
| Blended rate in this application for all timekeepers: | $602.41 |
| Fees sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $0.00 |

---

[1] Sills' fees, at its *standard* hourly rates, actually total $118,675.50. However, as noted in Sills' retention application [D.I. 424] (the "Retention Application"), the fees of Sills' attorneys are subject to a $625 blended hourly rate cap. See Retention Application ¶ 16. Based on such discount, Sills' fees in this application were reduced by $33,314.00.

| Name of applicant: | Sills Cummis & Gross P.C. |
|---|---|
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $0.00 |
| Number of professionals included in this application: | 6 |
| If applicable, number of professionals in this application not included in staffing plan approved by client: | N/A |
| If applicable, difference between fees budgeted and compensation sought for this period: | Sills was not asked to prepare a budget in connection with these cases. |
| Number of professionals billing fewer than 15 hours to the case during this period: | 5 |
| Are any rates higher than those approved or disclosed at retention?  If yes, calculate and disclose the total compensation sought in this application using the rates originally disclosed in the retention application | Yes.  In the ordinary course of its business and consistent with its standard practices, Sills has increased its *standard* hourly rates on October 1 of each year since its retention (*i.e.*, the first date of Sills' fiscal year).  However, as noted in its retention application, Sills' fees for *this* matter are subject to a $625 blended hourly rate cap.  If Sills had billed at its *initial* standard hourly rates, its fees would have totaled $98,690.50. |

10060736

| Date & Docket No. | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses | Unapproved Fees/Expenses | CNO Date & Docket No. |
|---|---|---|---|---|---|---|---|
| 11/21/19 D.I. 1050 | 7/15/19 through 7/31/19 | $245,625.00 | $1,131.06 | $245,625.00 | $1,131.06 | $0.00 | 12/12/19 D.I. 1152 |
| 11/27/19 D.I. 1069 | 8/1/19 through 8/31/19 | $195,875.00 | $5,141.05 | $195,875.00 | $4,847.05 | $294.00 | 12/18/19 D.I. 1201 |
| 11/27/19 D.I. 1070 | 9/1/19 through 9/30/19 | $149,312.50 | $315.83 | $149,312.50 | $315.83 | $0.00 | 12/18/19 D.I. 1202 |
| 1/2/20 D.I. 1271 | 10/1/19 through 10/31/19 | $127,625.00 | $2,939.96 | $127,625.00 | $2,939.96 | $0.00 | 1/23/20 D.I. 1355 |
| 1/23/20 D.I. 1354 | 11/1/19 through 11/30/19 | $51,062.50 | $0.00 | $51,062.50 | $0.00 | $0.00 | 2/13/20 D.I. 1405 |
| 2/12/20 D.I. 1399 | 12/1/19 through 12/31/19 | $80,937.50 | $2,719.88 | $80,937.50 | $2,719.88 | $0.00 | 3/4/20 D.I. 1449 |
| 3/18/20 D.I. 1483 | 1/1/20 through 1/31/20 | $58,562.50 | $440.66 | $58,562.50 | $440.66 | $0.00 | 4/8/20 D.I. 1567 |
| 5/14/20 D.I. 1624 | 2/1/20 through 2/29/20 | $56,062.50 | $173.00 | $56,062.50 | $173.00 | $0.00 | 6/4/20 D.I. 1658 |
| 5/14/20 D.I. 1625 | 3/1/20 through 3/31/20 | $51,812.50 | $2,341.74 | $51,812.50 | 2,341.74 | $0.00 | 6/4/20 D.I. 1659 |
| 6/10/20 D.I. 1664 | 4/1/20 through 4/30/20 | $63,000.00 | $776.36 | $63,000.00 | $776.36 | $0.00 | 7/1/20 D.I. 1683 |
| 8/7/20 D.I. 1732 | 5/1/20 through 5/31/20 | $90,375.00 | $2,184.00 | $90,375.00 | $2,184.00 | $0.00 | 8/28/20 D.I. 1762 |
| 8/7/20 D.I. 1733 | 6/1/20 through 6/30/20 | $146,894.50 | $5,975.93 | $146,894.50 | $5,975.93 | $0.00 | 8/28/20 D.I. 1763 |
| 9/1/20 D.I. 1769 | 7/1/20 through 7/31/20 | $216,677.50 | $3,458.44 | $216,677.50 | $3,458.44 | $0.00 | 9/30/20 D.I. 1804 |
| 9/30/20 D.I. 1806 | 8/1/20 through 8/31/20 | $151,197.50 | $3,665.28 | $151,197.50 | $3,665.28 | $0.00 | 10/26/20 D.I. 1858 |
| 12/4/20 D.I. 1952 | 9/1/20 through 9/30/20 | $111,687.50 | $2,316.09 | $111,687.50 | $2,316.09 | $0.00 | 12/29/20 D.I. 1997 |
| 12/7/20 D.I. 1957 | 10/1/20 through 10/31/20 | $54,062.50 | $2,630.84 | $54,062.50 | $2,630.84 | $0.00 | 12/29/20 D.I. 1998 |
| 4/8/21 D.I. 2241 | 11/1/20 through 11/30/20 | $88,375.00 | $1,639.70 | $88,375.00 | $1,639.70 | $0.00 | 5/3/21 D.I. 2310 |

10060736

| Date & Docket No. | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses | Unapproved Fees/Expenses | CNO Date & Docket No. |
|---|---|---|---|---|---|---|---|
| 4/8/21 D.I. 2242 | 12/1/20 through 12/13/20 | $48,312.50 | $1,346.16 | $48,312.50 | $1,346.16 | $0.00 | 5/3/21 D.I. 2311 |
| 4/8/21 D.I. 2243 | 1/1/21 through 1/31/21 | $56,500.00 | $1,297.82 | $56,500.00 | $1,297.82 | $0.00 | 5/3/21 D.I. 2312 |
| 4/8/21 D.I. 2248 | 2/1/21 through 2/28/21 | $92,047.00 | $2,238.32 | $92,047.00 | $2,238.32 | $0.00 | 5/3/21 D.I. 2313 |
| 5/3/21 D.I. 2314 | 3/1/21 through 3/31/21 | $87,969.00 | $2,375.47 | $87,969.00 | $2,375.47 | $0.00 | 5/28/21 D.I. 2357 |
| 6/8/21 D.I. 2365 | 4/1/21 through 4/30/21 | $141,868.50 | $2,039.81 | $141,868.50 | $2,039.81 | $0.00 | 7/7/21 D.I. 2561 |
| 7/7/21 D.I. 2562 | 5/1/21 through 5/31/21 | $119,375.00 | $2,663.77 | $119,375.00 | $2,663.77 | $0.00 | 8/30/21 D.I. 2756 |
| 8/3/21 D.I. 2667 | 6/1/21 through 6/30/21 | $119,562.50 | $1,633.40 | $119,562.50 | $1,633.40 | $0.00 | 8/30/21 D.I. 2757 |
| 9/23/21 D.I. 2871 | 7/1/21 through 7/31/21 | $120,250.00 | $2,025.97 | $120,250.00 | $2,025.97 | $0.00 | 10/14/21 D.I. 2949 |
| 10/5/21 D.I. 2918 | 8/1/21 through 8/31/21 | $103,437.50 | $2,443.96 | $103,437.50 | $2,443.96 | $0.00 | 12/6/21 D.I. 3262 |
| 11/2/21 D.I. 3015 | 9/1/21 through 9/30/21 | $52,812.50 | $1,264.94 | $52,812.50 | $1,264.94 | $0.00 | 12/6/21 D.I. 3263 |
| 12/6/21 D.I. 3264 | 10/1/21 through 10/31/21 | $104,625.00 | $1,310.26 | $104,625.00 | $1,310.26 | $0.00 | 12/28/21 D.I. 3371 |
| 1/5/22 D.I. 3408 | 11/1/21 through 11/30/21 | $153,250.00 | $1,501.67 | $153,250.00 | $1,501.67 | $0.00 | 1/27/22 D.I. 3514 |
| 2/15/22 D.I. 3591 | 12/1/21 through 12/31/21 | $48,125.00 | $13.45 | $48,125.00 | $13.45 | $0.00 | 3/9/22 D.I. 3680 |
| 4/6/22 D.I. 3834 | 1/1/22 through 1/31/22 | $36,187.50 | $2,243.71 | $36,187.50 | $2,243.71 | $0.00 | 4/28/22 D.I. 3926 |
| 4/6/22 D.I. 3835 | 2/1/22 through 2/28/22 | $40,625.00 | $0.00 | $40,625.00 | $0.00 | $0.00 | 4/28/22 D.I. 3927 |
| 5/3/22 D.I. 3938 | 3/1/22 through 3/31/22 | $135,000.00 | $580.01 | $135,000.00 | $580.01 | $0.00 | 5/27/22 D.I. 4003 |
| 8/8/22 D.I. 4133 | 4/1/22 through 4/30/22 | $83,375.00 | $2,409.70 | $83,375.00 | $2,409.70 | $0.00 | 5/27/22 D.I. 4003 |

4

10060736

| Date & Docket No. | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses | Unapproved Fees/Expenses | CNO Date & Docket No. |
|---|---|---|---|---|---|---|---|
| 8/8/22 D.I. 4134 | 5/1/22 through 5/31/22 | $52,875.00 | $526.26 | $52,875.00 | $526.26 | $0.00 | 5/27/22 D.I. 4003 |
| 8/23/22 D.I. 4189 | 6/1/22 through 6/30/22 | $33,312.50 | $529.26 | $33,312.50 | $529.26 | $0.00 | 5/27/22 D.I. 4003 |
| 10/17/22 D.I. 4341 | 7/1/22 through 7/31/22 | $30,436.50 | $530.46 | $24,349.20 | $530.46 | $6,087.30 | 11/15/22 D.I. 4389 |
| 10/17/22 D.I. 4342 | 8/1/22 through 8/31/22 | $50,111.50 | $539.86 | $40,089.20 | $539.86 | $10,022.30 | 11/15/22 D.I. 4390 |
| 11/14/22 D.I. 4388 | 9/1/22 through 9/30/22 | $26,300.00 | $526.26 | $21,040.00 | $526.26 | $5,260.00 | 12/6/22 D.I. 4401 |
| 12/7/22 D.I. 4402 | 10/1/22 through 10/31/22 | $39,123.00 | $0.00 | $31,298.40 | $0.00 | $7,824.60 | 12/29/22 D.I. 4443 |
| 2/2/23 D.I. 4492 | 11/1/22 through 11/30/22 | $22,829.00 | $562.46 | $18,263.20 | $562.46 | $4,565.80 | 2/27/23 D.I. 4535 |
| 2/2/23 D.I. 4493 | 12/1/22 through 12/31/22 | $23,409.50 | $0.00 | $18,727.60 | $0.00 | $4,681.90 | 2/27/23 D.I. 4536 |
| | **TOTAL** | **$3,760,863.50** | **$68,452.80** | **$3,722,421.60** | **$68,158.80** | **$38,735.90** | |

10060736

## COMPENSATION BY PROFESSIONAL

| Name of Professional Individual | Position, practice group, year of first bar admission, if applicable | Hourly Billing Rate[2] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew H. Sherman | Member, Bankruptcy First Bar Admission: 1991 | $995 | 10.5 | $10,447.50 |
| Boris Mankovetskiy | Member, Bankruptcy First Bar Admission: 2001 | $875 | 112.3 | $98,262.50 |
| Michael Leighton | Member, Real Estate First Bar Admission: 1981 | $850 | 2.8 | $2,380.00 |
| James Hirschhorn | Member, Litigation First Bar Admission: 1981 | $795 | 1.2 | $954.00 |
| Gregory A. Kopacz | Of Counsel,[3] Bankruptcy First Bar Admission: 2010 | $725 | 5.2 | $3,770.00 |
| Danielle Delehanty | Paralegal, Bankruptcy | $295 | 9.7 | $2,861.50 |
| **Total Fees at Standard Rates** | | | **141.7** | **$118,675.50** |
| **Total Fees After Application of $625 Blended Rate Discount to Attorney Fees[4]** | | | **141.7** | **$85,361.50** |

---

[2] Effective October 1, 2022 (the first day of Sills' fiscal year), the standard hourly rates of certain Sills attorneys were increased to reflect the increased experience and seniority of such attorneys, as well as economic and other conditions. In particular, the hourly rate of Andrew H. Sherman was increased from $925 to $995; the hourly rate of Boris Mankovetskiy was increased from $825 to $875; and the hourly rate of Gregory Kopacz was increased from $650 to $725. However, as discussed below, Sills' attorneys' fees for this engagement are subject to a $625 blended hourly rate cap.

[3] Effective October 1, 2022, Gregory Kopacz was promoted to Of Counsel.

[4] The fees of Sills' attorneys are subject to a $625 blended hourly rate cap.

10060736

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery (101) | 3.3 | $2,791.50 |
| Asset Disposition (102) | 71.9 | $64,066.50 |
| Case Administration (104) | 21.8 | $17,296.00 |
| Claims Administration and Objections (105) | 20.7 | $18,097.50 |
| Fee/Employment Applications (107) | 11.2 | $5,239.00 |
| Fee/Employment Objections (108) | 0.1 | $72.50 |
| Plan and Disclosure Statement (113) | 5.1 | $4,462.50 |
| Relief from Stay Proceedings (114) | 7.6 | $6,650.00 |
| **Total Fees at Standard Rates** | **141.7** | **$118,675.50** |
| **Total Fees After Application of $625 Blended Rate Discount to Attorney Fees[1]** | **141.7** | **$85,361.50** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Online Research | $1.20 |
| Litigation Support Vendor | $561.26 |
| **TOTAL** | **$562.46** |

---

[1] The fees of Sills' attorneys are subject to a $625 blended hourly rate cap.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*, | Case No. 19-11466 (MFW) |
| | (Jointly Administered) |
| Debtors. | **Objections Due: November 1, 2023 at 4:00 p.m. ET** **Hearing Date: November 28, 2023 at 10:30 a.m. ET** |

**FOURTEENTH QUARTERLY APPLICATION OF SILLS CUMMIS & GROSS P.C.**
**FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED**
**AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR**
**THE PERIOD FROM OCTOBER 1, 2022 THROUGH DECEMBER 31, 2022**

Sills Cummis & Gross P.C. ("Sills") submits its *Fourteenth Quarterly Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors, for the Period from October 1, 2022 through December 31, 2022* (the "Application"), seeking interim allowance of compensation in the amount of $85,361.50 and actual and necessary expenses in the amount of $562.46, for a total allowance of $85,923.96, and payment of the unpaid amount of such fees and expenses for the period from October 1, 2022 through December 31, 2022 (the "Interim Period").

**Background**

1.      On June 30 and July 1, 2019, each of the Debtors filed a voluntary petition for relief under chapter 11 of the title 11 of the United States Code (the "Bankruptcy Code").

2.      On July 15, 2019, the United States Trustee appointed the Official Committee of Unsecured Creditors (the "Committee") [D.I. 182].

3.      Sills was retained as Committee counsel pursuant to this Court's *Amended Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. Nunc Pro Tunc to July 15, 2019* [D.I. 650].

**Monthly Fee Applications Covered Herein**

4.      Sills' monthly fee applications for the period from October 1, 2022 through December 31, 2022 have been filed and served pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341].

5.      On December 7, 2022, Sills filed its monthly application for the period from October 1, 2022 through October 31, 2022 [D.I.4402] (the "October Application")[1] requesting $39,123.00 in fees and $0.00 in expenses.  On December 29, 2022, a certificate of no objection was filed regarding the October Application [D.I. 4443].

6.      On February 2, 2023, Sills filed its monthly application for the period from November 1, 2022 through November 30, 2022 [D.I. 4492] (the "November Application")[2] requesting $22,829.00 in fees and $562.46 in expenses.  On February 27, 2023, a certificate of no objection was filed regarding the November Application [D.I. 4535].

7.      On February 2, 2023, Sills filed its monthly application for the period from December 1, 2022 through December 31, 2022 [D.I.4493] (the "December Application")[3] requesting $23,409.50 in fees and $0.00 in expenses.  On February 27, 2023, a certificate of no objection was filed regarding the December Application [D.I. 4536].

---

[1] A copy of the October Application is attached as Exhibit E.
[2] A copy of the November Application is attached as Exhibit F.
[3] A copy of the December Application is attached as Exhibit G.

10060736

**Statement from Sills**

8.      Pursuant to the *Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases*, Sills responds to the following questions regarding the Application:

| Question | Yes | No | Additional Explanation or Clarification |
|---|---|---|---|
| Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain. | Yes | | Sills discounted its rates by capping its attorney's blended hourly rate at $625. |
| If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client? | Yes | | Sills was not asked to prepare a budget in connection with these cases. |
| Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case? | | No | |
| Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? | | No | |
| Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees. | | No | |
| If the fee application includes any rate increases since retention in these Cases:<br>  i.  Did your client review and approve those rate increases in advance?<br>  ii.  Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458? | i. No<br>ii. No | | In the ordinary course of its business and consistent with its standard practices, Sills increased the *standard* hourly rates of certain of its attorneys, effective as of October 1, each year since its retention (*i.e.*, the first date of Sills' fiscal year). However, as noted in its retention application, Sills' fees for *this* matter are subject to a $625 blended hourly rate cap. In other words, Sills' fees for this matter are subject to a $625 blended hourly rate cap, |

3

| Question | Yes | No | Additional Explanation or Clarification |
|---|---|---|---|
| | | | notwithstanding any changes to Sills' standard billing rates.<br><br>The Committee has not agreed to accept all future rate changes. |

**Requested Relief**

9.      By this Application, Sills requests that the Court approve payment of one hundred

percent (100%) of its fees and expenses during the Interim Period.

10.      Sills received no payment and no promises for payment from any source other

than the Debtors for services rendered or to be rendered in any capacity in connection with the

matters covered by this Application.  There is no agreement or understanding between Sills and

any other person other than the members of Sills for the sharing of compensation to be received

for services rendered in these cases.  Sills did not receive a retainer in these cases.

11.      The professional services and related expenses for which Sills requests interim

allowance were rendered and incurred in the discharge of Sills' professional responsibilities as

attorneys for the Committee.  Sills' services have been necessary and beneficial to the

Committee, the Debtors' estates, creditors and other parties in interest.

12.      It is respectfully submitted that the amount requested by Sills is fair and

reasonable given (a) the complexity of the cases, (b) the time expended, (c) the nature and extent

of the services rendered, (d) the value of such services, and (e) the costs of comparable services

other than in a case under the Bankruptcy Code.  Sills has reviewed the requirements of Del.

Bankr. LR 2016-2 and believes that this Application substantially complies therewith.

10060736

**WHEREFORE**, Sills respectfully requests that the Court enter an order granting an interim allowance to Sills for the Interim Period in the sum $85,361.50 in fees and actual and necessary expenses in the amount of $562.46, for a total of $85,923.96; that the Debtors be authorized and directed to pay to Sills the outstanding amount of such sums; and for such additional relief as is appropriate.

Dated: October 18, 2023
Wilmington, Delaware

Respectfully submitted,

/s/ Seth A. Niederman
Seth A. Niederman (DE Bar No. 4588)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE 19899
Telephone: 302-654-7444
Facsimile: 302-295-2013
Email: sniederman@foxrothschild.com

- and -

Andrew H. Sherman (*pro hac vice*)
Boris I. Mankovetskiy (*pro hac vice*)
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone:  973-643-7000
Facsimile:  973-643-6500
Email: asherman@sillscummis.com
        bmankovetskiy@sillscummis.com

*Counsel for the Official Committee
of Unsecured Creditors*

## **DECLARATION**

STATE OF NEW JERSEY   :
                            :
COUNTY OF ESSEX       :

        Andrew H Sherman, after being duly sworn according to law, deposes and says:

        a)      I am an attorney at law and a member of Sills Cummis & Gross P.C.

        b)      I am familiar with the legal services rendered by Sills Cummis & Gross P.C. as counsel to the Committee.

        c)      I reviewed the foregoing Application and the facts therein are true and correct to the best of my knowledge, information and belief.

        d)      I have reviewed Del. Bankr. LR 2016-2 and submit that the Application substantially complies therewith.

                            */s/ Andrew H. Sherman*
                            Andrew H. Sherman

## EXHIBIT A

## CUSTOMARY AND COMPARABLE COMPENSATION
## DISCLOSURES WITH FEE APPLICATIONS

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Billed Firm-wide in 2021 (Excluding Restructuring Matters) | Billed in Connection with This Application |
| Senior Member | $733 | $883.63 |
| Of Counsel | $584 | $725.00 |
| Senior Associate | $474 | N/A |
| Junior Associate | $341 | N/A |
| Paralegal | $259 | $295.00 |
| Blended Rate (*before* application of $625 blended rate discount to attorney fees) | $531 | $837.51 |
| **Blended Rate for Attorneys *After* Application of $625 Blended Rate Discount to Attorney Fees[1]** | | $625.00 |

---

[1] As noted in its Retention Application, the fees of Sills' attorneys are subject to a $625 blended hourly rate cap.  <u>See</u> Retention Application ¶ 16.

EXHIBIT B

SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| NAME | TITLE OR POSITION | DEPARTMENT/ GROUP | DATE OF FIRST ADMISSION (if applicable) | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED | | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | IN THIS APPLICATION | IN FIRST INTERIM APPLICATION | |
| Andrew H. Sherman | Member | Bankruptcy | 1991 | $10,447.50 | 10.5 | $995 | $795 | 4 |
| Boris Mankovetskiy | Member | Bankruptcy | 2001 | $98,262.50 | 112.3 | $875 | $725 | 4 |
| Michael Leighton | Member | Real Estate | 1981 | $2,380.00 | 2.8 | $850 | N/A | N/A |
| James Hirschhorn | Member | Litigation | 1981 | $954.00 | 1.2 | $795 | N/A | N/A |
| Gregory A. Kopacz | Of Counsel | Bankruptcy | 2010 | $3,770.00 | 5.2 | $725 | $525 | 4 |
| Danielle Delehanty | Paralegal | Bankruptcy | N/A | $2,861.50 | 9.7 | $295 | N/A | N/A |
| **Grand Total at Standard Rates** | | | | **$118,675.50** | **141.7** | | | |
| **Grand Total After Application of $625 Attorney Blended Rate Discount** | | | | **$85,361.50** | **141.7** | | | |

**EXHIBIT C-1**

**BUDGET**

If the parties consent or the court so directs, a budget approved by the client in advance should generally be attached to each interim and final fee application filed by the applicant.  If the fees sought in the fee application vary by more than 10% from the budget, the fee application should explain the variance.[1] *See* Guidelines ¶ C.8. for project category information.

---

[1] Sills has not been asked to prepare a formal budget.

**EXHIBIT C-2**

**STAFFING PLAN[1]**

If the parties consent or the court so directs, a staffing plan approved by the client in advance should generally be attached to each interim and final fee application filed by the applicant. If the fees are sought in the fee application for a greater number of professionals than identified in the staffing plan, the fee application should explain the variance.

| CATEGORY OF TIMEKEEPER [1] (using categories maintained by the firm) | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Member | 4 | $883.63 |
| Of Counsel | 1 | $725.00 |
| Associate | N/A | N/A |
| Paralegal | 1 | $295.00 |
| [1] As an alternative, firms can identify attorney timekeepers by years of experience rather than category of attorney timekeeper: 0-3, 4-7, 8-14, and 15+. Non-attorney timekeepers, such as paralegals, should be identified by category. | | |

[1] Due to the timing of its preparation, the Staffing Plan for the period of time covered by the Application was prepared with the benefit of actual data.
10060736

**EXHIBIT D-1**

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY**

| PROJECT CATEGORY | HOURS BUDGETED | FEES BUDGETED | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| Asset Analysis and Recovery (101) | | | 3.3 | $2,791.50 |
| Asset Disposition (102) | | | 71.9 | $64,066.50 |
| Case Administration (104) | | | 21.8 | $17,296.00 |
| Claims Administration and Objections (105) | | | 20.7 | $18,097.50 |
| Fee/Employment Applications (107) | | | 11.2 | $5,239.00 |
| Fee/Employment Objections (108) | | | 0.1 | $72.50 |
| Plan and Disclosure Statement (113) | | | 5.1 | $4,462.50 |
| Relief from Stay Proceedings (114) | | | 7.6 | $6,650.00 |
| **Total at Standard Rates** | | | **141.7** | **$118,675.50** |
| **Total After Application of $625 Attorney Blended Rate Discount[1]** | | | **141.7** | **$85,361.50** |

---

[1] As noted in its Retention Application, the fees of Sills' attorneys are subject to a $625 blended hourly rate cap. <u>See</u> Retention Application ¶ 16. Sills' paraprofessionals are billed at their standard hourly rate.

10060736

**EXHIBIT E**

**OCTOBER APPLICATION**

10060736

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

CENTER CITY HEALTHCARE, LLC, d/b/a
HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1]

Debtors.

Chapter 11

Case No. 19-11466 (MFW)

(Jointly Administered)

**Objections Due: December 28, 2022 at 4:00 p.m.
Hearing Date: TBD if objection filed**

## FORTIETH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE <u>PERIOD FROM OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022</u>

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Period for which compensation and reimbursement are sought: | October 1, 2022 – October 31, 2022 |
| Amount of compensation sought as actual, reasonable, and necessary: | $31,298.40 (80% of $39,123.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $0.00 |

This is a monthly application.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

**COMPENSATION BY PROFESSIONAL**

| Name of Professional Individual | Position, Department, Year of First Bar Admission | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Boris Mankovetskiy | Member, Bankruptcy<br>First Bar Admission: 2001 | $875 | 58.50 | $51,187.50 |
| James Hirschhorn | Member, Litigation<br>First Bar Admission: 1981 | $795 | 1.20 | $954.00 |
| Gregory A. Kopacz | Associate, Bankruptcy<br>First Bar Admission: 2010 | $725 | 2.00 | $1,450.00 |
| Danielle Delehanty | Paralegal, Bankruptcy | $295 | 1.90 | $560.50 |
| **Total Fees at Standard Rates** | | | **63.60** | **$54,152.00** |
| **Total Fees at $625 Blended Hourly Rate[2]** | | | **63.60** | **$39,123.00** |

---

[1] Effective October 1, 2022 (the first day of Sills' fiscal year), the *standard* hourly rates of certain Sills attorneys were increased to reflect the increased experience and seniority of such attorneys, as well as economic and other conditions. In particular, the hourly rate of Boris Mankovetskiy was increased from $825 to $875; the hourly rate of James Hirschhorn was increased from $750 to $795 and the hourly rate of Gregory Kopacz was increased from $650 to $725. However, as discussed below, Sills' attorneys' fees for *this* engagement are subject to a $625 blended hourly rate cap.

[2] As noted in Sills' retention application [D.I, 636] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625." See Retention Application ¶ 16.

2

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery (101) | 3.30 | $2,791.50 |
| Asset Disposition (102) | 29.80 | $26,075.00 |
| Case Administration (104) | 11.40 | $9,264.00 |
| Claims Administration and Objections (105) | 9.60 | $8,385.00 |
| Fee/Employment Applications (107) | 2.50 | $1,511.50 |
| Plan and Disclosure Statement (113) | 3.90 | $3,412.50 |
| Relief from Stay Proceedings (114) | 3.10 | $2,712.50 |
| **Total Fees at Standard Rate** | **63.60** | **$54,152.00** |
| **Total Fees at $625 Blended Rate**[1] | **63.60** | **$39,123.00** |

---

[1] Sills' attorneys' fees are subject to a blended hourly rate cap of $625.  See Retention Application ¶ 16.

140570439.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*, | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due: December 28, 2022 at 4:00 p.m.** |
| | **Hearing Date: TBD if objection filed** |

**FORTIETH APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
PERIOD FROM OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022**

Pursuant to Bankruptcy Code sections 330 and 331, Federal Rule of Bankruptcy Procedure 2016 (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341] (the "Compensation Order"), Sills Cummis & Gross P.C. ("Sills") files this *Fortieth Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From October 1, 2022 Through October 31, 2022* (the "Application"), seeking allowance of $31,298.40 (80% of $39,123.00) in fees.

### Background

1.     On June 30 and July 1, 2019, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2.     On July 15, 2019, the United States Trustee appointed the Official Committee of Unsecured Creditors (the "Committee") [D.I. 182].

4

3.      The Committee retained Sills as counsel pursuant to this Court's *Amended Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. Nunc Pro Tunc to July 15, 2019* [D.I. 650].

### Compensation Paid and Its Source

4.      All services for which compensation is requested were performed for or on behalf of the Committee.  During the compensation period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application. There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

### Fee Statements

5.      The fee statement for this period is attached as **Exhibit A**.  To the best of Sills' knowledge, this Application reasonably complies with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the *Region 3 Operating Guidelines and Reporting Requirements for Chapter 11 Debtors and Trustees*, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013*, Local Rule 2016-2, and the Compensation Order.

### Summary of Services by Project

A.      Asset Analysis and Recovery

Fees: $2,791.50;        Total Hours: 3.30

This category includes time spent addressing quality assurance fee issues and funding for building maintenance and security.

5

B.    <u>Asset Disposition</u>

 Fees: $26,075.00; Total Hours: 29.80

This category includes time spent addressing sale process and broker selection matters.

C.    <u>Case Administration</u>

 Fees: $9,264.00; Total Hours: 11.40

This category includes time spent: (a) analyzing proposed resolutions of omnibus claim objections; (b) analyzing pleadings, motions and other court documents and updating the "critical dates" case calendar; (c) preparing updates to the Committee members; (d) addressing memorandum of understanding implementation matters; and (e) communicating with Debtors' counsel regarding pending matters.

D.    <u>Claims Administration and Objections</u>

 Fees: $8,385.00; Total Hours: 9.60

This category includes time spent analyzing government assessment claims and proposed claim objection settlements.

E.    <u>Fee/Employment Applications</u>

 Fees: $1,511.50; Total Hours: 2.50

This category includes time spent preparing Sills' July and August monthly fee statements.

F.    <u>Plan and Disclosure Statement</u>

 Fees: $3,412.50; Total Hours: 3.90

This category includes time spent analyzing plan of liquidation issues.

6

G.    <u>Relief from Stay Proceedings</u>

Fees: $2,712.50;        Total Hours: 3.10

This category includes time spent analyzing proposed resolutions of stay relief motions.

<b><u>Conclusion</u></b>

6.    Sills submits the amounts sought are fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

**WHEREFORE**, Sills requests an allowance be made to Sills for the sums of $31,298.40 (80% of $39,123.00) as compensation, and that such amount be authorized for payment.

Dated: December 7, 2022
Wilmington, Delaware

Respectfully submitted,

/s/ Seth A. Niederman
Seth A. Niederman (DE Bar No. 4588)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE 19899
Telephone: 302-654-7444
Facsimile: 302-295-2013
Email: sniederman@foxrothschild.com

- and -

Andrew H. Sherman (*pro hac vice*)
Boris I. Mankovetskiy (*pro hac vice*)
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone:  973-643-7000
Facsimile:  973-643-6500
Email:  asherman@sillscummis.com
            bmankovetskiy@sillscummis.com

*Counsel for the Official Committee
of Unsecured Creditors*

7

## **VERIFICATION**

STATE OF NEW JERSEY )
                                 ) SS:
COUNTY OF ESSEX )

        Andrew H. Sherman, after being duly sworn according to law, deposes and says:

        a)      I am an attorney at law and a Member of the law firm of Sills Cummis & Gross P.C., located at One Riverfront Plaza, Newark, New Jersey 07102.

        b)      I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

        c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

        d)      I have reviewed Local Rule 2016-2, and believe the Application substantially complies therewith.

                                */s/ Andrew H. Sherman*
                                  Andrew H. Sherman

# Exhibit "A"

# Sills Cummis & Gross
### A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

Official Committee of Unsecured Creditors of Center City
Healthcare LLC d/b/a Hahnemann University Hospital
c/o Conifer Health Solutions Chair
3560 Dallas Parkway
Frisco, TX  75034

November 22, 2022
Client/Matter No. 08650118.000001
Invoice: 2030973
Billing Attorney: AHS

Federal Tax Id: 22-1920331

RE: Creditors' Committee

For Legal Services Rendered Through October 31, 2022

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **101 – ASSET ANALYSIS AND RECOVERY** | | | | | |
| 10/04/22 | BM | 101 | Analysis of issues regarding funding for building maintenance and security. | 0.90 | $787.50 |
| 10/07/22 | JH | 101 | Review file regarding quality assurance fee issues. | 0.30 | $238.50 |
| 10/12/22 | JH | 101 | Prepare for and telephone conference with B. Mankovetskiy regarding state quality assurance fee claim. | 0.90 | $715.50 |
| 10/12/22 | BM | 101 | Attend to issues regarding real estate sale process. | 1.20 | $1,050.00 |
| | | **TASK TOTAL 101** | | **3.30** | **$2,791.50** |
| **102 – ASSET DISPOSITION** | | | | | |
| 10/03/22 | BM | 102 | Attend to issues regarding real estate sale process. | 1.60 | $1,400.00 |
| 10/04/22 | BM | 102 | Attend to real estate sale process issues. | 1.40 | $1,225.00 |
| 10/05/22 | BM | 102 | Attend to issues regarding real estate sale process. | 1.20 | $1,050.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

November 22, 2022
Client/Matter No. 08650118.000001
Invoice: 2030973
Page 2

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/06/22 | BM | 102 | Attend real estate sale broker interviews. | 2.60 | $2,275.00 |
| 10/06/22 | BM | 102 | Attend real estate broker interviews. | 2.40 | $2,100.00 |
| 10/06/22 | BM | 102 | Analysis of broker candidates' presentation materials. | 0.60 | $525.00 |
| 10/07/22 | BM | 102 | Analysis of issues regarding real estate sale process. | 1.30 | $1,137.50 |
| 10/07/22 | BM | 102 | Call with sale process oversight committee members. | 0.60 | $525.00 |
| 10/07/22 | BM | 102 | Attend real estate broker interviews. | 2.40 | $2,100.00 |
| 10/10/22 | BM | 102 | Attend to issues regarding real estate broker selection. | 0.90 | $787.50 |
| 10/11/22 | BM | 102 | Attend to issues regarding real estate sale process. | 1.40 | $1,225.00 |
| 10/13/22 | BM | 102 | Attend to issues regarding real estate sale process. | 1.10 | $962.50 |
| 10/13/22 | BM | 102 | Attend broker interviews. | 2.70 | $2,362.50 |
| 10/19/22 | BM | 102 | Attend to issues regarding real estate sale process. | 1.30 | $1,137.50 |
| 10/20/22 | BM | 102 | Attend to issues regarding broker selection. | 1.10 | $962.50 |
| 10/21/22 | BM | 102 | Attend to issues regarding real estate sale process. | 1.30 | $1,137.50 |
| 10/21/22 | BM | 102 | Attend to issues regarding preservation of SHSH building. | 1.20 | $1,050.00 |
| 10/24/22 | BM | 102 | Attend to issues regarding broker selection. | 0.80 | $700.00 |
| 10/25/22 | BM | 102 | Attend to issues regarding real estate sale process. | 0.80 | $700.00 |
| 10/27/22 | BM | 102 | Attend to issues regarding real estate sale process. | 1.20 | $1,050.00 |
| 10/28/22 | BM | 102 | Attend to issues regarding broker selection. | 0.80 | $700.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

November 22, 2022
Client/Matter No. 08650118.000001
Invoice: 2030973
Page 3

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/31/22 | BM | 102 | Attend to issues regarding real estate sale process. | 1.10 | $962.50 |
| | | **TASK TOTAL 102** | | **29.80** | **$26,075.00** |

**104 – CASE ADMINISTRATION**

| | | | | | |
|---|---|---|---|---|---|
| 10/03/22 | BM | 104 | Analysis regarding proposed resolutions of omnibus claims objections. | 1.10 | $962.50 |
| 10/03/22 | BM | 104 | Attend to issues regarding MOU implementation. | 1.10 | $962.50 |
| 10/04/22 | BM | 104 | Analysis of issues regarding MOU implementation. | 1.10 | $962.50 |
| 10/04/22 | DD | 104 | Review docket and recently filed pleadings and update case calendar with new deadlines and circulate same to team with reminders. | 0.30 | $88.50 |
| 10/06/22 | BM | 104 | Attend to issues regarding MOU implementation. | 0.70 | $612.50 |
| 10/06/22 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.60 | $525.00 |
| 10/09/22 | GAK | 104 | Attention to critical dates case calendar. | 0.10 | $72.50 |
| 10/11/22 | BM | 104 | Attend to issues regarding MOU implementation. | 1.20 | $1,050.00 |
| 10/11/22 | DD | 104 | Review docket and recently filed pleadings and update case calendar with new deadlines and circulate same to team with reminders. | 0.30 | $88.50 |
| 10/12/22 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.90 | $787.50 |
| 10/12/22 | BM | 104 | Attend to issues regarding MOU implementation. | 0.90 | $787.50 |
| 10/14/22 | BM | 104 | Attend to issues regarding MOU implementation. | 0.70 | $612.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

November 22, 2022
Client/Matter No. 08650118.000001
Invoice: 2030973
Page 4

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/18/22 | DD | 104 | Review docket and recently filed pleadings and update case calendar with new deadlines and circulate same to team with reminders. | 0.30 | $88.50 |
| 10/24/22 | BM | 104 | Prepare an update for Committee. | 0.70 | $612.50 |
| 10/24/22 | BM | 104 | Analysis regarding proposed resolution of claims objections. | 1.10 | $962.50 |
| 10/27/22 | DD | 104 | Review docket and recently filed pleadings and update case calendar with new deadlines and circulate same to team with reminders. | 0.30 | $88.50 |
| | | **TASK TOTAL 104** | | **11.40** | **$9,264.00** |

## 105 – CLAIMS ADMINISTRATION AND OBJECTIONS

| | | | | | |
|---|---|---|---|---|---|
| 10/06/22 | BM | 105 | Analysis regarding proposed resolutions of claims objections. | 0.80 | $700.00 |
| 10/07/22 | BM | 105 | Analysis regarding PA assessment claims. | 1.10 | $962.50 |
| 10/07/22 | GAK | 105 | Attention to emails from Committee regarding POC issues. | 0.10 | $72.50 |
| 10/12/22 | BM | 105 | Analysis regarding PA assessment claims. | 1.60 | $1,400.00 |
| 10/14/22 | BM | 105 | Analysis regarding proposed resolutions of omnibus claims objections. | 0.90 | $787.50 |
| 10/17/22 | BM | 105 | Analysis regarding proposed resolutions of claims objections. | 0.90 | $787.50 |
| 10/18/22 | BM | 105 | Analysis regarding PA assessment claims. | 1.40 | $1,225.00 |
| 10/24/22 | BM | 105 | Analysis regarding PA assessment claims. | 0.90 | $787.50 |
| 10/27/22 | BM | 105 | Attend to issues regarding proposed resolution of omnibus claims objections. | 0.80 | $700.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

November 22, 2022
Client/Matter No. 08650118.000001
Invoice: 2030973
Page 5

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/31/22 | BM | 105 | Analysis regarding PA assessment claims. | 1.10 | $962.50 |
| | | **TASK TOTAL 105** | | **9.60** | **$8,385.00** |

**107 – FEE/EMPLOYMENT APPLICATIONS**

| | | | | | |
|---|---|---|---|---|---|
| 10/04/22 | GAK | 107 | Work on August fee application. | 0.80 | $580.00 |
| 10/04/22 | DD | 107 | Review August 2022 invoice and draft monthly fee statement and circulate same for review. | 0.70 | $206.50 |
| 10/05/22 | GAK | 107 | Update August fee application based on revised invoice. | 0.40 | $290.00 |
| 10/09/22 | GAK | 107 | Finalize July fee statement for review by A. Sherman. | 0.20 | $145.00 |
| 10/09/22 | GAK | 107 | Finalize August fee application for review by A. Sherman. | 0.30 | $217.50 |
| 10/17/22 | GAK | 107 | Email local counsel regarding July and August fee applications. | 0.10 | $72.50 |
| | | **TASK TOTAL 107** | | **2.50** | **$1,511.50** |

**113 – PLAN AND DISCLOSURE STATEMENT**

| | | | | | |
|---|---|---|---|---|---|
| 10/07/22 | BM | 113 | Analysis of issues regarding plan of liquidation. | 0.90 | $787.50 |
| 10/10/22 | BM | 113 | Analysis regarding plan of liquidation. | 1.10 | $962.50 |
| 10/14/22 | BM | 113 | Analysis of issues regarding plan of liquidation. | 0.80 | $700.00 |
| 10/21/22 | BM | 113 | Analysis regarding plan of liquidation. | 1.10 | $962.50 |
| | | **TASK TOTAL 113** | | **3.90** | **$3,412.50** |

**114 – RELIEF FROM STAY PROCEEDINGS**

| | | | | | |
|---|---|---|---|---|---|
| 10/03/22 | BM | 114 | Analysis regarding proposed resolution of pending stay relief motions. | 0.80 | $700.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

November 22, 2022
Client/Matter No. 08650118.000001
Invoice: 2030973
Page 6

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/07/22 | BM | 114 | Analysis regarding proposed resolution of pending stay relief motions. | 0.80 | $700.00 |
| 10/14/22 | BM | 114 | Attend to issues regarding proposed resolution of stay relief requests. | 0.60 | $525.00 |
| 10/26/22 | BM | 114 | Attend to issues regarding proposed resolution of pending stay relief requests. | 0.90 | $787.50 |
|  |  | **TASK TOTAL 114** |  | **3.10** | **$2,712.50** |
|  |  | **TOTAL FEES at Standard Rates** |  | **63.60** | **$54,152.00** |
|  |  | **Attorney Fees at Blended Rate of $625** |  | **61.70** | **$38,562.50** |
|  |  | **Paralegal Fees at Standard Rate** |  | **1.90** | **560.50** |
|  |  | **TOTAL FEES at Blended Rate** |  | **63.60** | **$39,123.00** |

## TASK CODE SUMMARY

| | | | | |
|---|---|---|---|---|
| 101 | Asset Analysis and Recovery | | 3.30 | $2,791.50 |
| 102 | Asset Disposition | | 29.80 | $26,075.00 |
| 104 | Case Administration | | 11.40 | $9,264.00 |
| 105 | Claims Administration and Objections | | 9.60 | $8,385.00 |
| 107 | Fee/Employment Applications | | 2.50 | $1,511.50 |
| 113 | Plan and Disclosure Statement | | 3.90 | $3,412.50 |
| 114 | Relief from Stay Proceedings | | 3.10 | $2,712.50 |
| | TOTAL FEES at Standard Rates | | 63.60 | $54,152.00 |
| | Attorney Fees at Blended Rate of $625 | | 61.70 | $38,562.50 |
| | Paralegal Fees at Standard Rate | | 1.90 | 560.50 |
| | TOTAL FEES at Blended Rate | | 63.60 | $39,123.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

November 22, 2022
Client/Matter No. 08650118.000001
Invoice: 2030973
Page 7

| | | | | | |
|---|---|---|---|---|---|
| Boris Mankovetskiy | 58.50 | x | $875.00 | = | $51,187.50 |
| James Hirschhorn | 1.20 | x | $795.00 | = | $954.00 |
| Gregory A. Kopacz | 2.00 | x | $725.00 | = | $1,450.00 |
| Danielle Delehanty | 1.90 | x | $295.00 | = | $560.50 |

| INVOICE SUMMARY | |
|---|---|
| Total Fees | $39,123.00 |
| Total Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$39,123.00\*** |

\*Total includes fees at ***Blended Rate***.  Per Retention
Application, lesser of fees at *Standard Rates* (**$54,152.00**)
and fees at *Blended Rate* of $595 (**$39,123.00**)\*\* apply.

\*\*includes paralegal fees at standard rates, if applicable

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: December 28, 2022 at 4:00 p.m. ET**<br>**Hearing Date: TBD if objections filed** |

**NOTICE OF FORTIETH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022**

PLEASE TAKE NOTICE THAT on December 7, 2022, Sills Cummis & Gross P.C. ("Sills"), as counsel to the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors"), filed the Fortieth Monthly Fee Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period October 1, 2022 through October 31, 2022 (the "Application").

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered August 2, 2019 [D.I. 341] (the "Interim Compensation Order"), objections, if any, to the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Application must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, DE 19801, and be served so as to be received by the following parties by no later than **December 28, 2022 at 4:00 p.m.** (prevailing Eastern time), (the "Objection Deadline"): (a) the Debtors, Center City Healthcare, LLC, 216 North Broad Street, Philadelphia, PA 19102 (Attn: Allen Wilen, CRO); (b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq. and Monique B. DiSabatino, Esq.) and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. and Adam H. Isenberg, Esq.); (c) Counsel to the Committee, Sills Cummis & Gross P.C., The Legal Center, One Riverfront Plaza, Newark, NJ 07102 (Attn: Andrew H. Sherman, Esq. and Boris I. Mankovetskiy, Esq.) and Fox Rothschild LLP, 919 N. Market Street, Suite 300, Wilmington, DE 19899-2323 (Attn: Seth A. Niederman); (d) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq.); and (e) Counsel to the DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq.) and 1000 N. West Street, Suite 1279, Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq.).

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Interim Compensation Order, upon expiration of the Objection Deadline, if a Notice of Objection has not been served with respect to the Application, Sills may file a certificate of no objection (a "CNO") with the Court with respect to the unopposed portion of the fees and expenses requested in its Monthly Fee Application. After a CNO is filed, the Debtors are authorized and directed to pay Sills an amount the "Actual Monthly Payment") equal to 80 percent of the fees and 100 percent of the expenses requested in the applicable Monthly Fee Application (the "Maximum Monthly

140570533.1

Payment"). If a Notice of Objection was timely filed and received and remains unresolved, the

Debtors are authorized and directed to pay Sills an amount (the "Reduced Monthly Payment")

equal or lessor of (i) the Maximum Monthly Payment and (ii) 80% of fees and 100% of the

expenses not subject to a Notice of Objection.

Dated: December 7, 2022            **FOX ROTHSCHILD LLP**

                                   _/s/ Seth A. Niederman_
                                   Seth A. Niederman (No. 4588)
                                   919 North Market Street, Suite 300
                                   Wilmington, DE  19899-2323
                                   Telephone:  (302) 654-7444
                                   Facsimile:  (302) 656-8920
                                   E-mail: sniederman@foxrothschild.com

                                   _Counsel to the Official Committee of_
                                   _Unsecured Creditors_

3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No.: 19-11466 (MFW) |
|  | (Jointly Administered) |
| Debtors. |  |

## CERTIFICATE OF SERVICE

I, Seth A. Niederman, hereby certify that on December 7, 2022,  true and correct copies of the *Fortieth Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expense as Counsel to the Official Committee of Unsecured Creditors for the Period October 1, 2022 through October 31, 2022* were served by First Class Mail to the parties on the attached service list.

Dated: December 7, 2022

**FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*
Seth A. Niederman (DE No. 4588)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
E-mail: sniederman@foxrothschild.com

*Counsel to the Official Committee of Unsecured Creditors*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

140598565.1

**Service List**

| | |
|---|---|
| Center City Healthcare, LLC<br>Attn: Allen Wilen, CRO<br>216 North Broad Street<br>Philadelphia, PA 19102 | Saul Ewing Arnstein & Lehr LLP<br>Attn: Mark Minuti, Esq. and Monique B. DiSabatino, Esq.<br>1201 North Market Street<br>Suite 2300<br>Wilmington, DE 19801 |
| Saul Ewing Arnstein & Lehr LLP<br>Attn: Jeffrey Hampton, Esq. and Adam H. Isenberg, Esq.<br>1500 Market Street<br>38th Floor<br>Philadelphia, PA 19102 | The Office of the United States Trustee<br>Attn: Benjamin A. Hackman, Esq.<br>844 N. King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 |
| Stradley, Ronon, Stevens & Young, LLP<br>Attn: Gretchen M. Santamour, Esq.<br>2005 Market Street<br>Suite 2600<br>Philadelphia, PA 19103 | Stradley, Ronon, Stevens & Young, LLP<br>Attn: Joelle E. Polesky, Esq.<br>1000 N. West Street<br>Suite 1279<br>Wilmington, DE 19801 |

**EXHIBIT F**

**NOVEMBER APPLICATION**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due: February 23, 2023 at 4:00 p.m.** **Hearing Date: TBD if objection filed** |

**FORTY-FIRST MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C.
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
PERIOD FROM NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Period for which compensation and reimbursement are sought: | November 1, 2022 – November 30, 2022 |
| Amount of compensation sought as actual, reasonable, and necessary: | $18,263.20 (80% of $22,829.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $562.46 |

This is a monthly application.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

142432350.1

## COMPENSATION BY PROFESSIONAL

| Name of Professional Individual | Position, Department, Year of First Bar Admission | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew H. Sherman | Member, Bankruptcy First Bar Admission: 1991 | $995 | 5.80 | $5,771.00 |
| Boris Mankovetskiy | Member, Bankruptcy First Bar Admission: 2001 | $875 | 26.10 | $22,837.50 |
| Gregory A. Kopacz | Associate, Bankruptcy First Bar Admission: 2010 | $725 | 1.70 | $1,232.50 |
| Danielle Delehanty | Paralegal, Bankruptcy | $295 | 6.20 | $1,829.00 |
| **Total Fees at Standard Rates** | | | **39.80** | **$31,670.00** |
| **Total Fees at $625 Blended Hourly Rate[2]** | | | **39.80** | **$22,829.00** |

[1] Effective October 1, 2022 (the first day of Sills' fiscal year), the *standard* hourly rates of certain Sills attorneys were increased to reflect the increased experience and seniority of such attorneys, as well as economic and other conditions. In particular, the hourly rate of Andrew H. Sherman was increased from $925 to $995; the hourly rate of Boris Mankovetskiy was increased from $825 to $875; and the hourly rate of Gregory Kopacz was increased from $650 to $725. However, as discussed below, Sills' attorneys' fees for *this* engagement are subject to a $625 blended hourly rate cap.

[2] As noted in Sills' retention application [D.I, 636] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625." See Retention Application ¶ 16.

2

142432350.1

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition (102) | 19.80 | $18,021.00 |
| Case Administration (104) | 5.90 | $4,537.50 |
| Claims Administration and Objections (105) | 5.80 | $5,075.00 |
| Fee/Employment Applications (107) | 6.60 | $2,549.00 |
| Relief from Stay Proceedings (114) | 1.70 | $1,487.50 |
| **Total Fees at Standard Rate** | **39.80** | **$31,670.00** |
| **Total Fees at $625 Blended Rate[1]** | **39.80** | **$22,829.00** |

---

[1] Sills' attorneys' fees are subject to a blended hourly rate cap of $625.  See Retention Application ¶ 16.

142432350.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*, | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due: February 23, 2023 at 4:00 p.m.**<br>**Hearing Date: TBD if objection filed** |

**FORTY-FIRST APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
<u>PERIOD FROM NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022</u>**

Pursuant to Bankruptcy Code sections 330 and 331, Federal Rule of Bankruptcy Procedure 2016 (the "<u>Bankruptcy Rules</u>"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "<u>Local Rules</u>"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341] (the "<u>Compensation Order</u>"), Sills Cummis & Gross P.C. ("<u>Sills</u>") files this *Forty-First Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From November 1, 2022 Through November 30, 2022* (the "<u>Application</u>"), seeking allowance of $18,263.20 (80% of $22,829.00) in fees and $562.46 in expenses, for a total of $18,825.66.

<u>**Background**</u>

1.      On June 30 and July 1, 2019, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2.      On July 15, 2019, the United States Trustee appointed the Official Committee of

Unsecured Creditors (the "Committee") [D.I. 182].

3.      The Committee retained Sills as counsel pursuant to this Court's *Amended Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. Nunc Pro Tunc to July 15, 2019* [D.I. 650].

### Compensation Paid and Its Source

4.      All services for which compensation is requested were performed for or on behalf of the Committee.  During the compensation period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application. There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

### Fee Statements

5.      The fee statement for this period is attached as **Exhibit A**.  To the best of Sills' knowledge, this Application reasonably complies with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the *Region 3 Operating Guidelines and Reporting Requirements for Chapter 11 Debtors and Trustees*, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013*, Local Rule 2016-2, and the Compensation Order.

### Summary of Services by Project

A.      Asset Disposition

Fees: $18,021.00;      Total Hours: 19.80

This category includes time spent addressing real estate sale process and broker selection matters, including attending broker selection interviews.

5

B.     Case Administration

Fees: $4,537.50;        Total Hours: 5.90

This category includes time spent: (a) analyzing pleadings, motions and other court documents and updating the "critical dates" case calendar; (b) addressing matters related to the implementation of a memorandum of understanding; (c) responding to creditors' inquiries; and (d) analyzing claims asserted against the Debtors' estates.

C.     Claims Administration and Objections

Fees: $5,075.00;        Total Hours: 5.80

This category includes time spent analyzing government assessment claims and proposed claim objection settlements.

D.     Fee/Employment Applications

Fees: $2,549.00;        Total Hours: 6.60

This category includes time spent (a) preparing Sills' September monthly fee statement; (b) reviewing fee statements, certifications of no objection, and interim fee application orders and summarizing amounts owed; and (c) communicating with the Committee's local counsel regarding related matters.

E.     Relief from Stay Proceedings

Fees: $1,487.50;        Total Hours: 1.70

This category includes time spent analyzing proposed resolutions of stay relief motions.

**Conclusion**

6.     Sills submits the amounts sought are fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

6

**WHEREFORE**, Sills requests an allowance be made to Sills for the sums of $18,263.20

(80% of $22,829.00) as compensation, *plus* $562.46 for reimbursement of actual and necessary

expenses, for a total of $18,825.66, and that such amount be authorized for payment.

Dated: February 2, 2023
Wilmington, Delaware

Respectfully submitted,

/s/ Seth A. Niederman
Seth A. Niederman (DE Bar No. 4588)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE 19899
Telephone: 302-654-7444
Facsimile: 302-295-2013
Email: sniederman@foxrothschild.com

- and -

Andrew H. Sherman (*pro hac vice*)
Boris I. Mankovetskiy (*pro hac vice*)
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone:  973-643-7000
Facsimile:  973-643-6500
Email:  asherman@sillscummis.com
          bmankovetskiy@sillscummis.com

*Counsel for the Official Committee*
*of Unsecured Creditors*

### VERIFICATION

STATE OF NEW JERSEY      )

                                    ) SS:

COUNTY OF ESSEX           )

        Andrew H. Sherman, after being duly sworn according to law, deposes and says:

        a)      I am an attorney at law and a Member of the law firm of Sills Cummis & Gross P.C., located at One Riverfront Plaza, Newark, New Jersey 07102.

        b)      I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

        c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

        d)      I have reviewed Local Rule 2016-2, and believe the Application substantially complies therewith.

                              */s/ Andrew H. Sherman*
                              Andrew H. Sherman

# Exhibit "A"

# Sills Cummis & Gross
### A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

Official Committee of Unsecured Creditors of Center City
Healthcare LLC d/b/a Hahnemann University Hospital
c/o Conifer Health Solutions Chair
3560 Dallas Parkway
Frisco, TX  75034

December 31, 2022
Client/Matter No. 08650118.000001
Invoice: 2032729
Billing Attorney: AHS

Federal Tax Id: 22-1920331

RE: Creditors' Committee

For Legal Services Rendered Through November 30, 2022

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **102 – ASSET DISPOSITION** | | | | | |
| 11/02/22 | BM | 102 | Attend to issues regarding real estate sale process. | 1.10 | $962.50 |
| 11/04/22 | BM | 102 | Attend to issues regarding broker selection. | 0.80 | $700.00 |
| 11/07/22 | BM | 102 | Attend to issues regarding real estate sale process. | 0.90 | $787.50 |
| 11/09/22 | BM | 102 | Attend to issues regarding real estate sale process. | 1.10 | $962.50 |
| 11/10/22 | BM | 102 | Attend to issues regarding real estate sale process. | 0.80 | $700.00 |
| 11/11/22 | BM | 102 | Attend to issues regarding broker selection. | 0.80 | $700.00 |
| 11/14/22 | BM | 102 | Analysis of supplemental broker presentation materials. | 0.70 | $612.50 |
| 11/14/22 | AHS | 102 | Review of information for broker interviews. | 0.40 | $398.00 |
| 11/15/22 | BM | 102 | Attend follow-up broker interviews. | 5.40 | $4,725.00 |
| 11/15/22 | AHS | 102 | Attend and participate in interviews for real estate broker. | 5.40 | $5,373.00 |

Sills Cummis & Gross P.C.

Creditors' Committee                                                    December 31, 2022
                                                Client/Matter No. 08650118.000001
                                                                Invoice: 2032729
                                                                        Page 2

|          |     |     |                                                                                    | HOURS | AMOUNT     |
|----------|-----|-----|------------------------------------------------------------------------------------|-------|------------|
| 11/16/22 | BM  | 102 | Analysis regarding real estate sale process and broker selection.                  | 0.90  | $787.50    |
| 11/18/22 | BM  | 102 | Analysis regarding sale process and broker selection.                              | 0.80  | $700.00    |
| 11/29/22 | BM  | 102 | Analysis regarding real estate sale process.                                       | 0.70  | $612.50    |
|          |     |     | **TASK TOTAL 102**                                                                  | **19.80** | **$18,021.00** |

**104 – CASE ADMINISTRATION**

|          |     |     |                                                                                              | HOURS | AMOUNT   |
|----------|-----|-----|----------------------------------------------------------------------------------------------|-------|----------|
| 11/01/22 | BM  | 104 | Attend to issues regarding MOU implementation.                                               | 1.30  | $1,137.50 |
| 11/02/22 | BM  | 104 | Attend to issues regarding FIT claim.                                                         | 0.70  | $612.50  |
| 11/03/22 | DD  | 104 | Review docket and recent filings and update case calendar and circulate same to team.        | 0.10  | $29.50   |
| 11/04/22 | BM  | 104 | Attend to issues regarding MOU implementation.                                               | 0.80  | $700.00  |
| 11/07/22 | BM  | 104 | Analysis regarding PA assessment claims.                                                      | 1.10  | $962.50  |
| 11/09/22 | GAK | 104 | Attention to critical date calendar.                                                          | 0.10  | $72.50   |
| 11/10/22 | DD  | 104 | Review docket and recent filings and update case calendar and circulate same to team.        | 0.30  | $88.50   |
| 11/18/22 | BM  | 104 | Respond to creditors' inquiries regarding case status.                                        | 0.70  | $612.50  |
| 11/18/22 | GAK | 104 | Review upcoming hearing agenda and confirm critical dates calendar.                           | 0.20  | $145.00  |
| 11/22/22 | DD  | 104 | Review docket and recent filings and update case calendar and circulate same to team.        | 0.40  | $118.00  |

Sills Cummis & Gross P.C.

Creditors' Committee

December 31, 2022
Client/Matter No. 08650118.000001
Invoice: 2032729
Page 3

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 11/29/22 | DD | 104 | Review docket and recent filings and update case calendar and circulate same to team. | 0.20 | $59.00 |

| | | | **TASK TOTAL 104** | **5.90** | **$4,537.50** |
|---|---|---|---|---|---|

### 105 – CLAIMS ADMINISTRATION AND OBJECTIONS

| | | | | | |
|---|---|---|---|---|---|
| 11/01/22 | BM | 105 | Attend to issues regarding proposed resolution of omnibus claims objections. | 0.80 | $700.00 |
| 11/03/22 | BM | 105 | Analysis regarding PA assessment claims. | 1.30 | $1,137.50 |
| 11/04/22 | BM | 105 | Attend to issues regarding proposed resolutions of claims objections. | 1.20 | $1,050.00 |
| 11/10/22 | BM | 105 | Analysis regarding PA assessment claims. | 0.90 | $787.50 |
| 11/11/22 | BM | 105 | Analysis regarding proposed resolutions of omnibus claims objections. | 0.70 | $612.50 |
| 11/18/22 | BM | 105 | Analysis regarding proposed resolutions of omnibus objections. | 0.90 | $787.50 |

| | | | **TASK TOTAL 105** | **5.80** | **$5,075.00** |
|---|---|---|---|---|---|

### 107 – FEE/EMPLOYMENT APPLICATIONS

| | | | | | |
|---|---|---|---|---|---|
| 11/01/22 | GAK | 107 | Communications with D. Delehanty regarding September fee application. | 0.10 | $72.50 |
| 11/01/22 | DD | 107 | Draft September 2022 fee statement and circulate same for review. | 1.40 | $413.00 |
| 11/09/22 | GAK | 107 | Work on September fee application for review by A. Sherman. | 0.90 | $652.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

December 31, 2022
Client/Matter No. 08650118.000001
Invoice: 2032729
Page 4

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 11/10/22 | GAK | 107 | Email local counsel regarding fee application. | 0.10 | $72.50 |
| 11/14/22 | GAK | 107 | Review CNOs and interim orders in connection with proposed summary for Debtors' counsel. | 0.20 | $145.00 |
| 11/14/22 | GAK | 107 | Email local counsel regarding CNOs and September fee application. | 0.10 | $72.50 |
| 11/14/22 | DD | 107 | Review docket and all filed fee statements and interim fee applications and update chart reflecting amounts owed and discussions with M. Gillies and G. Kopacz regarding same. | 3.80 | $1,121.00 |
| | | **TASK TOTAL 107** | | **6.60** | **$2,549.00** |

**114 – RELIEF FROM STAY PROCEEDINGS**

| | | | | | |
|---|---|---|---|---|---|
| 11/03/22 | BM | 114 | Analysis regarding proposed resolutions of pending stay relief requests. | 0.90 | $787.50 |
| 11/18/22 | BM | 114 | Analysis regarding proposed resolutions of stay relief requests. | 0.80 | $700.00 |
| | | **TASK TOTAL 114** | | **1.70** | **$1,487.50** |

| | | | | | |
|---|---|---|---|---|---|
| | | **TOTAL FEES at Standard Rates** | | **39.80** | **$31,670.00** |
| | | **Attorney Fees at Blended Rate of $625** | | **33.60** | **$21,000.00** |
| | | **Paralegal Fees at Standard Rate** | | **6.20** | **1,829.00** |
| | | **TOTAL FEES at Blended Rate** | | **39.80** | **$22,829.00** |

**TASK CODE SUMMARY**

| | | | | |
|---|---|---|---|---|
| 102 | Asset Disposition | | 19.80 | $18,021.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

December 31, 2022
Client/Matter No. 08650118.000001
Invoice: 2032729
Page 5

| | | | | |
|---|---|---|---:|---:|
| 104 | Case Administration | | 5.90 | $4,537.50 |
| 105 | Claims Administration and Objections | | 5.80 | $5,075.00 |
| 107 | Fee/Employment Applications | | 6.60 | $2,549.00 |
| 114 | Relief from Stay Proceedings | | 1.70 | $1,487.50 |
| | TOTAL FEES at Standard Rates | | 39.80 | $31,670.00 |
| | Attorney Fees at Blended Rate of $625 | | 33.60 | $21,000.00 |
| | Paralegal Fees at Standard Rate | | 6.20 | 1,829.00 |
| | TOTAL FEES at Blended Rate | | 39.80 | $22,829.00 |

| | | | | | |
|---|---:|:---:|---:|:---:|---:|
| Andrew H. Sherman | 5.80 | x | $995.00 | = | $5,771.00 |
| Boris Mankovetskiy | 26.10 | x | $875.00 | = | $22,837.50 |
| Gregory A. Kopacz | 1.70 | x | $725.00 | = | $1,232.50 |
| Danielle Delehanty | 6.20 | x | $295.00 | = | $1,829.00 |

**DISBURSEMENT DETAIL**

| | | | |
|---|---|---|---:|
| 11/30/22 | 271 | Litigation Support Vendor (UnitedLex, Inv #078386 (project management, near-line storage) | $561.26 |
| 11/03/22 | 358 | Pacer | $0.50 |
| 11/22/22 | 358 | Pacer | $0.30 |
| 11/22/22 | 358 | Pacer | $0.40 |
| | | **TOTAL DISBURSEMENTS** | **$562.46** |

| INVOICE SUMMARY | |
|---|---:|
| Total Fees | $22,829.00 |
| Total Disbursements | $562.46 |
| **TOTAL THIS INVOICE** | **$23,391.46*** |

*Total includes fees at **Blended Rate**.  Per Retention Application, lesser of fees at *Standard Rates* (**$31,670.00**) and fees at *Blended Rate* of $625 (**$22,829.00**)** apply.

**includes paralegal fees at standard rates, if applicable

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: February 23, 2023 at 4:00 p.m. ET**<br>**Hearing Date: TBD if objections filed** |

### NOTICE OF FORTY FIRST MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD <u>FROM NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022</u>

PLEASE TAKE NOTICE THAT on February 2, 2023, Sills Cummis & Gross P.C. ("<u>Sills</u>"), as counsel to the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of the above-captioned debtors and debtors-in-possession (the "<u>Debtors</u>"), filed the Forty First Monthly Fee Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period November 1, 2022 through November 30, 2022 (the "<u>Application</u>").

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered August 2, 2019 [D.I. 341] (the "<u>Interim Compensation Order</u>"), objections, if any, to the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Application must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, DE 19801, and be served so as to be received by the following parties by no later than **February 23, 2023 at 4:00 p.m.** (prevailing Eastern time), (the "Objection Deadline"): (a) the Debtors, Center City Healthcare, LLC, 216 North Broad Street, Philadelphia, PA 19102 (Attn: Allen Wilen, CRO); (b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq. and Monique B. DiSabatino, Esq.) and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. and Adam H. Isenberg, Esq.); (c) Counsel to the Committee, Sills Cummis & Gross P.C., The Legal Center, One Riverfront Plaza, Newark, NJ 07102 (Attn: Andrew H. Sherman, Esq. and Boris I. Mankovetskiy, Esq.) and Fox Rothschild LLP, 919 N. Market Street, Suite 300, Wilmington, DE 19899-2323 (Attn: Seth A. Niederman); (d) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq.); and (e) Counsel to the DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq.) and 1000 N. West Street, Suite 1279, Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq.).

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Interim Compensation Order, upon expiration of the Objection Deadline, if a Notice of Objection has not been served with respect to the Application, Sills may file a certificate of no objection (a "CNO") with the Court with respect to the unopposed portion of the fees and expenses requested in its Monthly Fee Application. After a CNO is filed, the Debtors are authorized and directed to pay Sills an amount the "Actual Monthly Payment") equal to 80 percent of the fees and 100 percent of the expenses requested in the applicable Monthly Fee Application (the "Maximum Monthly

142434422.1

Payment"). If a Notice of Objection was timely filed and received and remains unresolved, the

Debtors are authorized and directed to pay Sills an amount (the "Reduced Monthly Payment")

equal or lessor of (i) the Maximum Monthly Payment and (ii) 80% of fees and 100% of the

expenses not subject to a Notice of Objection.

Dated: February 2, 2023

**FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*
Seth A. Niederman (No. 4588)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
E-mail: sniederman@foxrothschild.com

*Counsel to the Official Committee of*
*Unsecured Creditors*

142434422.1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Seth A. Niederman, hereby certify that on February 2, 2023,  true and correct copies of the *(1) Forty First Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expense as Counsel to the Official Committee of Unsecured Creditors for the Period November 1, 2022 through November 30, 2022; and (2) Forty Second Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expense as Counsel to the Official Committee of Unsecured Creditors for the Period December 1, 2022 through December 31, 2022,* were served by First Class Mail to the parties on the attached service list.

Dated: February 2, 2023

**FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*
Seth A. Niederman (DE No. 4588)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Tel:  (302) 654-7444; Fax:  (302) 656-8920
E-mail: sniederman@foxrothschild.com

*Counsel to the Official Committee of Unsecured Creditors*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

**Service List**

| | |
|---|---|
| Center City Healthcare, LLC<br>Attn: Allen Wilen, CRO<br>216 North Broad Street<br>Philadelphia, PA 19102 | Saul Ewing Arnstein & Lehr LLP<br>Attn: Mark Minuti, Esq. and Monique B.<br>DiSabatino, Esq.<br>1201 North Market Street<br>Suite 2300<br>Wilmington, DE 19801 |
| Saul Ewing Arnstein & Lehr LLP<br>Attn: Jeffrey Hampton, Esq. and Adam H.<br>Isenberg, Esq.<br>1500 Market Street<br>38th Floor<br>Philadelphia, PA 19102 | The Office of the United States Trustee<br>Attn: Benjamin A. Hackman, Esq.<br>844 N. King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 |
| Stradley, Ronon, Stevens & Young, LLP<br>Attn: Gretchen M. Santamour, Esq.<br>2005 Market Street<br>Suite 2600<br>Philadelphia, PA 19103 | Stradley, Ronon, Stevens & Young, LLP<br>Attn: Joelle E. Polesky, Esq.<br>1000 N. West Street<br>Suite 1279<br>Wilmington, DE 19801 |

142435188.1

**EXHIBIT G**

**DECEMBER APPLICATION**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due: February 23, 2023 at 4:00 p.m.** **Hearing Date: TBD if objection filed** |

## FORTY-SECOND MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 5, 2019 *nunc pro tunc* to July 15, 2019 |
| Period for which compensation and reimbursement are sought: | December 1, 2022 – December 31, 2022 |
| Amount of compensation sought as actual, reasonable, and necessary: | $18,727.60 (80% of $23,409.50) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $0.00 |

This is a monthly application.

---

[1] The Debtors in these cases are: Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.

## COMPENSATION BY PROFESSIONAL

| Name of Professional Individual | Position, Department, Year of First Bar Admission | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
| --- | --- | --- | --- | --- |
| Andrew H. Sherman | Member, Bankruptcy<br>First Bar Admission: 1991 | $995 | 4.70 | $4,676.50 |
| Boris Mankovetskiy | Member, Bankruptcy<br>First Bar Admission: 2001 | $875 | 27.70 | $24,237.50 |
| Michael R. Leighton | Member, Real Estate<br>First Bar Admission: 1981 | $850 | 2.80 | $2,380.00 |
| Gregory A. Kopacz | Associate, Bankruptcy<br>First Bar Admission: 2010 | $725 | 1.50 | $1,087.50 |
| Danielle Delehanty | Paralegal, Bankruptcy | $295 | 1.60 | $472.00 |
| **Total Fees at Standard Rates** | | | **38.30** | **$32,853.50** |
| **Total Fees at $625 Blended Hourly Rate[2]** | | | **38.30** | **$23,409.50** |

---

[1] Effective October 1, 2022 (the first day of Sills' fiscal year), the *standard* hourly rates of certain Sills attorneys were increased to reflect the increased experience and seniority of such attorneys, as well as economic and other conditions. In particular, the hourly rate of Andrew H. Sherman was increased from $925 to $995; the hourly rate of Boris Mankovetskiy was increased from $825 to $875; and the hourly rate of Gregory Kopacz was increased from $650 to $725. However, as discussed below, Sills' attorneys' fees for *this* engagement are subject to a $625 blended hourly rate cap.

[2] As noted in Sills' retention application [D.I, 636] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $625." See Retention Application ¶ 16.

142432129.1

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition (102) | 22.30 | $19,970.50 |
| Case Administration (104) | 4.50 | $3,494.50 |
| Claims Administration and Objections (105) | 5.30 | $4,637.50 |
| Fee/Employment Applications (107) | 2.10 | $1,178.50 |
| Fee/Employment Objections (108) | 0.10 | $72.50 |
| Plan and Disclosure Statement (113) | 1.20 | $1,050.00 |
| Relief from Stay Proceedings (114) | 2.80 | $2,450.00 |
| **Total Fees at Standard Rate** | **38.30** | **$32,853.50** |
| **Total Fees at $625 Blended Rate[1]** | **38.30** | **$23,409.50** |

---

[1] Sills' attorneys' fees are subject to a blended hourly rate cap of $625.  See Retention Application ¶ 16.

142432129.1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*, | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objections Due: February 23, 2023 at 4:00 p.m.**<br>**Hearing Date: TBD if objection filed** |

### FORTY-SECOND APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE <u>PERIOD FROM DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022</u>

Pursuant to Bankruptcy Code sections 330 and 331, Federal Rule of Bankruptcy Procedure 2016 (the "<u>Bankruptcy Rules</u>"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "<u>Local Rules</u>"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341] (the "<u>Compensation Order</u>"), Sills Cummis & Gross P.C. ("<u>Sills</u>") files this *Forty-Second Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From December 1, 2022 Through December 31, 2022* (the "<u>Application</u>"), seeking allowance of $18,727.60 (80% of $23,409.50) in fees.

### <u>Background</u>

1. On June 30 and July 1, 2019, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2. On July 15, 2019, the United States Trustee appointed the Official Committee of

142432129.1

Unsecured Creditors (the "Committee") [D.I. 182].

3.      The Committee retained Sills as counsel pursuant to this Court's *Amended Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. Nunc Pro Tunc to July 15, 2019* [D.I. 650].

### Compensation Paid and Its Source

4.      All services for which compensation is requested were performed for or on behalf of the Committee.  During the compensation period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application. There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

### Fee Statements

5.      The fee statement for this period is attached as **Exhibit A**.  To the best of Sills' knowledge, this Application reasonably complies with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the *Region 3 Operating Guidelines and Reporting Requirements for Chapter 11 Debtors and Trustees*, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013*, Local Rule 2016-2, and the Compensation Order.

### Summary of Services by Project

A.      Asset Disposition

Fees: $19,970.50;      Total Hours: 22.30

This category includes time spent (a) addressing real estate sale process and broker selection matters, including analyzing property reports, a brokerage agreement, budget issues and

5

142432129.1

issues arising under a related easement agreement; and (b) communicating with Debtors' counsel, the Committee and the Committee's financial advisor regarding the foregoing and related matters.

B.     Case Administration

Fees: $3,494.50;     Total Hours: 4.50

This category includes time spent: (a) attending Committee meetings and communicating with the Committee members; (b) communicating with Debtors' counsel regarding pending matters; (c) analyzing pleadings, motions and other court documents and updating the "critical dates" case calendar; (d) analyzing monthly operating reports; and (e) responding to creditors queries.

C.     Claims Administration and Objections

Fees: $4,637.50;     Total Hours: 5.30

This category includes time spent analyzing government assessment claims and proposed claim objection settlements.

D.     Fee/Employment Applications

Fees: $1,178.50;     Total Hours: 2.10

This category includes time spent (a) preparing Sills' October monthly fee application; and (b) communicating with the Committee's local counsel regarding related matters.

E.     Fee/Employment Objections

Fees: $72.50;   Total Hours: 0.10

This category includes time spent reviewing Saul Ewing's October fee application.

F.     Plan and Disclosure Statement

Fees: $1,050.00;     Total Hours: 1.20

6

This category includes time spent analyzing plan of liquidation amendments.

G.    Relief from Stay Proceedings

      Fees: $2,450.00;      Total Hours: 2.80

This category includes time spent analyzing proposed resolutions of stay relief requests.

**Conclusion**

6.     Sills submits the amounts sought are fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

**WHEREFORE**, Sills requests an allowance be made to Sills for the sums of $18,727.60 (80% of $23,409.50) as compensation, and that such amount be authorized for payment.

Dated: February 2, 2023
Wilmington, Delaware

Respectfully submitted,

/s/ Seth A. Niederman
Seth A. Niederman (DE Bar No. 4588)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE 19899
Telephone: 302-654-7444
Facsimile: 302-295-2013
Email: sniederman@foxrothschild.com

- and -

Andrew H. Sherman (*pro hac vice*)
Boris I. Mankovetskiy (*pro hac vice*)
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone:  973-643-7000
Facsimile:  973-643-6500
Email: asherman@sillscummis.com
        bmankovetskiy@sillscummis.com

*Counsel for the Official Committee*
*of Unsecured Creditors*

142432129.1

## <u>VERIFICATION</u>

STATE OF NEW JERSEY        )
                           ) SS:
COUNTY OF ESSEX            )

   Andrew H. Sherman, after being duly sworn according to law, deposes and says:

   a)  I am an attorney at law and a Member of the law firm of Sills Cummis & Gross P.C., located at One Riverfront Plaza, Newark, New Jersey 07102.

   b)  I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

   c)  I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

   d)  I have reviewed Local Rule 2016-2, and believe the Application substantially complies therewith.

        */s/ Andrew H. Sherman*
        Andrew H. Sherman

142432129.1

# Exhibit "A"

# Sills Cummis & Gross
### A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

Official Committee of Unsecured Creditors of Center City
Healthcare LLC d/b/a Hahnemann University Hospital
c/o Conifer Health Solutions Chair
3560 Dallas Parkway
Frisco, TX  75034

January 18, 2023
Client/Matter No. 08650118.000001
Invoice: 2033758
Billing Attorney: AHS

Federal Tax Id: 22-1920331

RE: Creditors' Committee

For Legal Services Rendered Through December 31, 2022

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **102 – ASSET DISPOSITION** | | | | | |
| 12/01/22 | AHS | 102 | Call with J. Hampton re: sale and broker issues; call with S. Brown re: sale and broker issues and follow up re: same. | 0.80 | $796.00 |
| 12/02/22 | BM | 102 | Analysis regarding Broad Street real property sale process and maintenance budget issues. | 1.30 | $1,137.50 |
| 12/05/22 | BM | 102 | Analysis regarding real estate broker selection. | 0.90 | $787.50 |
| 12/06/22 | BM | 102 | Analysis regarding reciprocal easement agreement with Ironstone and sale process of Broad St. real property. | 1.60 | $1,400.00 |
| 12/08/22 | BM | 102 | Analysis regarding potential additional borrowing to fund carrying costs of Broad St. real estate through sale process. | 1.20 | $1,050.00 |
| 12/09/22 | BM | 102 | Analysis regarding selection of broker for Broad St. real estate marketing. | 0.80 | $700.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

January 18, 2023
Client/Matter No. 08650118.000001
Invoice: 2033758
Page 2

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 12/12/22 | BM | 102 | Analysis regarding property reports and budget issues for Broad St. real estate and sale process. | 1.20 | $1,050.00 |
| 12/13/22 | BM | 102 | Attend sale oversight committee call. | 0.90 | $787.50 |
| 12/13/22 | BM | 102 | Analysis regarding selection of broker for marketing of Broad St. properties. | 1.10 | $962.50 |
| 12/13/22 | AHS | 102 | Review of information re: selection of real estate broker, call with counsel for Debtors re: same, call with oversight committee re: broker selection issues. | 0.80 | $796.00 |
| 12/13/22 | AHS | 102 | Email to Committee re: broker selection issues and scheduling meeting re: same. | 0.40 | $398.00 |
| 12/15/22 | BM | 102 | Analysis of issues regarding real estate broker selection for Broad St. properties. | 0.90 | $787.50 |
| 12/15/22 | BM | 102 | Analysis regarding financial reporting for Broad St. properties. | 0.70 | $612.50 |
| 12/15/22 | AHS | 102 | Review of email from Debtors' counsel re: broker analysis and review of broker analysis. | 0.40 | $398.00 |
| 12/16/22 | BM | 102 | Analysis regarding disputes arising under reciprocal easement agreement relating to Broad St. properties. | 1.30 | $1,137.50 |
| 12/16/22 | BM | 102 | Analysis regarding selection of broker for Broad St. properties. | 0.70 | $612.50 |
| 12/16/22 | AHS | 102 | Review of broker information as circulated by counsel to Debtors; call with BRG re: same and follow up call with counsel for Debtors re: same. | 0.70 | $696.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

January 18, 2023
Client/Matter No. 08650118.000001
Invoice: 2033758
Page 3

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 12/16/22 | AHS | 102 | Email to Committee re: broker information and Committee meeting. | 0.20 | $199.00 |
| 12/18/22 | AHS | 102 | Review of revised broker analysis and email to Committee re: same. | 0.30 | $298.50 |
| 12/22/22 | BM | 102 | Analysis regarding Broad St. properties' sale process issues. | 0.80 | $700.00 |
| 12/28/22 | BM | 102 | Analysis regarding proposed engagement letter for Broad St. properties' brokers. | 0.90 | $787.50 |
| 12/29/22 | MRL | 102 | Review and revise Brokerage Agreement; conference call. | 0.70 | $595.00 |
| 12/29/22 | BM | 102 | Analysis regarding brokers' engagement letter for Broad St. properties. | 0.80 | $700.00 |
| 12/29/22 | AHS | 102 | Review of draft broker agreement and call with M. Leighton re: same. | 0.80 | $796.00 |
| 12/30/22 | MRL | 102 | Review and revise Brokerage Agreement. | 2.10 | $1,785.00 |
| | | **TASK TOTAL 102** | | **22.30** | **$19,970.50** |

**104 – CASE ADMINISTRATION**

| | | | | | |
|---|---|---|---|---|---|
| 12/02/22 | GAK | 104 | Attention to critical date calendar. | 0.10 | $72.50 |
| 12/08/22 | AHS | 104 | Email from committee member re: case status and respond to same. | 0.30 | $298.50 |
| 12/08/22 | DD | 104 | Review docket and recent filings and update case calendar and circulate same to team. | 0.30 | $88.50 |
| 12/13/22 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.60 | $525.00 |
| 12/13/22 | BM | 104 | Prepare a status update for the Committee. | 0.90 | $787.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

January 18, 2023
Client/Matter No. 08650118.000001
Invoice: 2033758
Page 4

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 12/15/22 | BM | 104 | Analysis of October 2022 MORs. | 0.70 | $612.50 |
| 12/19/22 | BM | 104 | Attend Committee meeting. | 0.50 | $437.50 |
| 12/20/22 | DD | 104 | Review docket and recent filings and update case calendar and circulate same to team. | 0.30 | $88.50 |
| 12/21/22 | BM | 104 | Respond to creditor inquiries regarding case status. | 0.60 | $525.00 |
| 12/27/22 | DD | 104 | Review docket and recent filings and update case calendar with critical dates and deadlines. | 0.20 | $59.00 |
| | | **TASK TOTAL 104** | | **4.50** | **$3,494.50** |

**105 – CLAIMS ADMINISTRATION AND OBJECTIONS**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 12/01/22 | BM | 105 | Analysis regarding proposed resolutions of omnibus claims objections. | 1.20 | $1,050.00 |
| 12/09/22 | BM | 105 | Analysis regarding proposed resolutions of omnibus claims objections. | 0.90 | $787.50 |
| 12/12/22 | BM | 105 | Analysis regarding steam usage dispute with Ironstone. | 0.70 | $612.50 |
| 12/19/22 | BM | 105 | Analysis regarding PA assessment claims. | 0.80 | $700.00 |
| 12/21/22 | BM | 105 | Analysis regarding proposed resolutions of omnibus claims objections. | 0.80 | $700.00 |
| 12/27/22 | BM | 105 | Analysis regarding PA assessment claims. | 0.90 | $787.50 |
| | | **TASK TOTAL 105** | | **5.30** | **$4,637.50** |

Sills Cummis & Gross P.C.

Creditors' Committee

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **107 – FEE/EMPLOYMENT APPLICATIONS** | | | | | |
| 12/01/22 | GAK | 107 | Communications with D. Delehanty regarding fee application. | 0.10 | $72.50 |
| 12/01/22 | DD | 107 | Review October invoice and draft monthly fee statement for same. | 0.80 | $236.00 |
| 12/02/22 | GAK | 107 | Work on October fee Statement. | 1.10 | $797.50 |
| 12/06/22 | GAK | 107 | Finalize October fee application and email local counsel regarding same. | 0.10 | $72.50 |
| | | **TASK TOTAL 107** | | **2.10** | **$1,178.50** |
| **108 – FEE/EMPLOYMENT OBJECTIONS** | | | | | |
| 12/23/22 | GAK | 108 | Review Saul Ewing October fee application. | 0.10 | $72.50 |
| | | **TASK TOTAL 108** | | **0.10** | **$72.50** |
| **113 – PLAN AND DISCLOSURE STATEMENT** | | | | | |
| 12/22/22 | BM | 113 | Analysis regarding amendments of plan of liquidation. | 1.20 | $1,050.00 |
| | | **TASK TOTAL 113** | | **1.20** | **$1,050.00** |
| **114 – RELIEF FROM STAY PROCEEDINGS** | | | | | |
| 12/01/22 | BM | 114 | Analysis regarding proposed stipulations granting partial relief from stay. | 0.80 | $700.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

January 18, 2023
Client/Matter No. 08650118.000001
Invoice: 2033758
Page 6

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 12/07/22 | BM | 114 | Analysis regarding proposed resolutions of pending stay relief requests. | 1.10 | $962.50 |
| 12/19/22 | BM | 114 | Analysis regarding proposed resolutions of pending stay relief requests. | 0.90 | $787.50 |
| | | **TASK TOTAL 114** | | **2.80** | **$2,450.00** |
| | | **TOTAL FEES at Standard Rates** | | **38.30** | **$32,853.50** |
| | | **Attorney Fees at Blended Rate of $625** | | **36.70** | **$22,937.50** |
| | | **Paralegal Fees at Standard Rate** | | **1.60** | **472.00** |
| | | **TOTAL FEES at Blended Rate** | | **38.30** | **$23,409.50** |

## TASK CODE SUMMARY

| | | | | |
|---|---|---|---|---|
| 102 | Asset Disposition | | 22.30 | $19,970.50 |
| 104 | Case Administration | | 4.50 | $3,494.50 |
| 105 | Claims Administration and Objections | | 5.30 | $4,637.50 |
| 107 | Fee/Employment Applications | | 2.10 | $1,178.50 |
| 108 | Fee/Employment Objections | | 0.10 | $72.50 |
| 113 | Plan and Disclosure Statement | | 1.20 | $1,050.00 |
| 114 | Relief from Stay Proceedings | | 2.80 | $2,450.00 |
| | TOTAL FEES at Standard Rates | | 38.30 | $32,853.50 |
| | Attorney Fees at Blended Rate of $625 | | 36.70 | $22,937.50 |
| | Paralegal Fees at Standard Rate | | 1.60 | 472.00 |
| | TOTAL FEES at Blended Rate | | 38.30 | $23,409.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Andrew H. Sherman | 4.70 | x | $995.00 | = | $4,676.50 |
| Boris Mankovetskiy | 27.70 | x | $875.00 | = | $24,237.50 |
| Michael R. Leighton | 2.80 | x | $850.00 | = | $2,380.00 |
| Gregory A. Kopacz | 1.50 | x | $725.00 | = | $1,087.50 |
| Danielle Delehanty | 1.60 | x | $295.00 | = | $472.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

January 18, 2023
Client/Matter No. 08650118.000001
Invoice: 2033758
Page 7

| INVOICE SUMMARY | |
| --- | --- |
| Total Fees | $23,409.50 |
| Total Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$23,409.50*** |

*Total includes fees at **Blended Rate**. Per Retention Application, lesser of fees at *Standard Rates* (**$32,853.50**) and fees at *Blended Rate* of $625 (**$23,409.50**)** apply.

**includes paralegal fees at standard rates, if applicable

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: February 23, 2023 at 4:00 p.m. ET**<br>**Hearing Date: TBD if objections filed** |

### NOTICE OF FORTY SECOND MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD <u>FROM DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022</u>

PLEASE TAKE NOTICE THAT on February 2, 2022, Sills Cummis & Gross P.C. ("<u>Sills</u>"), as counsel to the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of the above-captioned debtors and debtors-in-possession (the "<u>Debtors</u>"), filed the Forty Second Monthly Fee Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period December 1, 2022 through December 31, 2022 (the "<u>Application</u>").

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

August 2, 2019 [D.I. 341] (the "Interim Compensation Order"), objections, if any, to the Application must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, DE 19801, and be served so as to be received by the following parties by no later than **February 23, 2023 at 4:00 p.m.** (prevailing Eastern time), (the "Objection Deadline"): (a) the Debtors, Center City Healthcare, LLC, 216 North Broad Street, Philadelphia, PA 19102 (Attn: Allen Wilen, CRO); (b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq. and Monique B. DiSabatino, Esq.) and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. and Adam H. Isenberg, Esq.); (c) Counsel to the Committee, Sills Cummis & Gross P.C., The Legal Center, One Riverfront Plaza, Newark, NJ 07102 (Attn: Andrew H. Sherman, Esq. and Boris I. Mankovetskiy, Esq.) and Fox Rothschild LLP, 919 N. Market Street, Suite 300, Wilmington, DE 19899-2323 (Attn: Seth A. Niederman); (d) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq.); and (e) Counsel to the DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq.) and 1000 N. West Street, Suite 1279, Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq.).

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Interim Compensation Order, upon expiration of the Objection Deadline, if a Notice of Objection has not been served with respect to the Application, Sills may file a certificate of no objection (a "CNO") with the Court with respect to the unopposed portion of the fees and expenses requested in its Monthly Fee Application. After a CNO is filed, the Debtors are authorized and directed to pay Sills an amount the "Actual Monthly Payment") equal to 80 percent of the fees and 100 percent of the

expenses requested in the applicable Monthly Fee Application (the "Maximum Monthly Payment"). If a Notice of Objection was timely filed and received and remains unresolved, the Debtors are authorized and directed to pay Sills an amount (the "Reduced Monthly Payment") equal or lessor of (i) the Maximum Monthly Payment and (ii) 80% of fees and 100% of the expenses not subject to a Notice of Objection.

Dated: February 2, 2022

**FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*
Seth A. Niederman (No. 4588)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
E-mail: sniederman@foxrothschild.com

*Counsel to the Official Committee of Unsecured Creditors*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br><br>         Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Seth A. Niederman, hereby certify that on February 2, 2023,  true and correct copies of the *(1) Forty First Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expense as Counsel to the Official Committee of Unsecured Creditors for the Period November 1, 2022 through November 30, 2022; and (2) Forty Second Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expense as Counsel to the Official Committee of Unsecured Creditors for the Period December 1, 2022 through December 31, 2022,*  were served by First Class Mail to the parties on the attached service list.

Dated: February 2, 2023

**FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*
Seth A. Niederman (DE No. 4588)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Tel:  (302) 654-7444; Fax:  (302) 656-8920
E-mail: sniederman@foxrothschild.com

*Counsel to the Official Committee of Unsecured Creditors*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

**Service List**

| | |
|---|---|
| Center City Healthcare, LLC<br>Attn: Allen Wilen, CRO<br>216 North Broad Street<br>Philadelphia, PA 19102 | Saul Ewing Arnstein & Lehr LLP<br>Attn: Mark Minuti, Esq. and Monique B. DiSabatino, Esq.<br>1201 North Market Street<br>Suite 2300<br>Wilmington, DE 19801 |
| Saul Ewing Arnstein & Lehr LLP<br>Attn: Jeffrey Hampton, Esq. and Adam H. Isenberg, Esq.<br>1500 Market Street<br>38th Floor<br>Philadelphia, PA 19102 | The Office of the United States Trustee<br>Attn: Benjamin A. Hackman, Esq.<br>844 N. King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 |
| Stradley, Ronon, Stevens & Young, LLP<br>Attn: Gretchen M. Santamour, Esq.<br>2005 Market Street<br>Suite 2600<br>Philadelphia, PA 19103 | Stradley, Ronon, Stevens & Young, LLP<br>Attn: Joelle E. Polesky, Esq.<br>1000 N. West Street<br>Suite 1279<br>Wilmington, DE 19801 |

142435188.1