**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

2023 OCT 24  AM 10: 40

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a | : | Case No. 19-11466 |
| HAHNEMANN UNIVERSITY HOSPITAL, et al | : | |
| Debtors, | : | Hearing: October 26. 2023, 10:30 AM |
| | : | Objection by October 13, 2023, 4:00 PM |

### Claimant Frank T Brzozowski's Objection to the November 7, 2023, Hearing Date and Motion for a Continuance

1. The original hearing was scheduled for October 26, 2023, (Exhibit "A") without any objections.

2. Suddenly, the original hearing for October 26, 2023, before Judge Mary F. Walrath was rescheduled for election day, November 7, 2023, in which Claimant has a conflict.

3. Claimant an active member of Democratic State Committee also works on the polls as Judge of Elections 31-10.

4. Claimant will not be able to travel to Delaware on November 7, 2023, and requests that a continuance be granted for another hearing date.

5. To avoid another conflict with a USCA case, Claimant motions for a rescheduled hearing after December 2, 2023.

WHEREFORE, Claimant Frank T Brzozowski motions for a continuance from November 7, 2023, to after December 2, 2023, in RE: CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.

Respectfully submitted,

*Frank T Brzozowski*
Frank T Brzozowski, Claimant

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a | : | Case No. 19-11466 |
| HAHNEMANN UNIVERSITY HOSPITAL, et al | : | |
| Debtors, | : | Hearing: October 26, 2023, 10:30 AM |
| | : | Objection by October 13, 2023, 4:00 PM |

### VERIFICATION AND CERTIFICATE OF SERVICE

Claimant, Frank T. Brzozowski, pro-se, verifies that the information in this document, **Claimant Frank T Brzozowski's Objection to the November 7, 2023, Hearing Date and Motion for a Continuance,** is true and correct to the best of his knowledge information and belief and subjected to the penalties of 18 USC § 1001 et seq., 18 U.S.C. § 1621, 28 U.S.C. § 1746.

Claimant, Frank T. Brzozowski, pro-se certifies that the abovesaid document is filed with the U.S. Bankruptcy Court and served to the Creditor's counsel, Saul Ewing LLP. By first class mail to:

Saul Ewing LLP
Mark Minuti
Monica B. DiSabatino
1201 Market Street, Suite 2300
P.O. Box 1266
Wilmington Delaware 19899

Jeffrey C. Hampton
Adam H. Isenberg
Center Square West
1500 Market Street, 38th fl
Philadelphia, PA 19102

And
Center City Healthcare, LLC, et al.,
d/b/a/ Hahnemann University Hospital
c/o Omni Agent Solutions, Inc.
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367

_Frank T. Brzozowski_
Frank T. Brzozowski
2357 E. Dauphin Street
Philadelphia, PA 19125
215-906-3773 cell
fbrzozow@gmail.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## NOTICE OF CHANGE OF OMNIBUS HEARING DATE

**PLEASE TAKE NOTICE** that the Court has changed the date of the omnibus hearing (the "**Hearing**") originally scheduled for <u>October 26, 2023 at 10:30 a.m. (ET)</u>.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will now be held on <u>**November 7, 2023 at 2:00 p.m. (ET)**</u> before the Honorable Mary F. Walrath, United States Bankruptcy Judge.

**PLEASE TAKE FURTHER NOTICE** that all matters presently scheduled for hearing on October 26, 2023 will now be heard on November 7, 2023 at 2:00 p.m. (ET).

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

51173465.1 10/13/2023

Dated: October 13, 2023

**SAUL EWING LLP**

By: */s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for Debtors and Debtors in Possession*

PHILADELPHIA PA 190

21 OCT 2023 PM 10 L

U.S. Bankruptcy Court
for the District of Delaware
824 N. Market St
Wilmington DE 19801

19801-302455

Frank Brzozowski
2357 E. Dauphin St.
Philadelphia, PA 19125