## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |

### SUBSTITUTION OF COUNSEL

The undersigned hereby consent to the substitution of Kenneth A. Listwak of Troutman Pepper Hamilton Sanders LLP in place of Marcy J. McLaughlin Smith as Delaware counsel to Temple University Health System, Inc. and Temple University Hospital, Inc. (collectively, "Temple University") in the above-captioned cases. All other counsel of record to Temple University are unaffected by this substitution.

Dated: October 27, 2023
Wilmington, Delaware

| **WITHDRAWING DELAWARE COUNSEL** | **APPEARING BY SUBSTITUTION AS DELAWARE COUNSEL** |
|---|---|
| */s/ Marcy J. McLaughlin Smith*<br>Marcy J. McLaughlin Smith (DE 6184)<br>Troutman Pepper Hamilton Sanders LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street, P.O. Box 1709<br>Wilmington, Delaware 19899-1709<br>Telephone: (302) 777-6500<br>Facsimile: (302) 421-8390<br>E-mail: marcy.smith@troutman.com | */s/ Kenneth A. Listwak*<br>Kenneth A. Listwak (DE No. 6300)<br>Troutman Pepper Hamilton Sanders LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street, P.O. Box 1709<br>Wilmington, Delaware 19899-1709<br>Telephone: (302) 777-6500<br>Facsimile: (302) 421-8390<br>E-mail: kenneth.listwak@troutman.com |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

## <u>CERTIFICATE OF SERVICE</u>

I, Kenneth A. Listwak, hereby certify that on the 27th day of October, 2023, I caused copies of the foregoing *Substitution of Counsel* to be served upon (i) the parties in the attached service list in the manner reflected therein; and (ii) all parties receiving ECF notice in this case.

*/s/   Kenneth A. Listwak*
Kenneth A. Listwak (DE No. 6300)

**Email**

*(Debtors' Counsel)*
Saul Ewing Arnstein & Lehr LLP
Jeffrey C. Hampton
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA  19102
jeffrey.hampton@saul.com

**Email**

*(Debtors' Counsel)*
Saul Ewing Arnstein & Lehr LLP
Attn:  Monique Bair DiSabatino, Mark Minuti
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
monique.disabatino@saul.com
mark.minuti@saul.com

**Email**

Benjamin A. Hackman
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King St Ste 2207
Lockbox 35
Wilmington, DE 19801
benjamin.a.hackman@usdoj.gov