## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| IS BBFB LLC, and IS 245 NORTH 15th LLC, | |
| Plaintiffs, | |
| v. | Adv. Proc. No. 23-50337 (MFW) |
| CENTER CITY HEALTHCARE, LLC, | |
| Defendant. | |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR NOVEMBER 7, 2023
AT 2:00 P.M. (PREVAILING EASTERN TIME) BEFORE THE
HONORABLE MARY F. WALRATH, U.S. BANKRUPTCY COURT JUDGE**

**THIS REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THIS HEARING:**

**https://debuscourts.zoomgov.com/meeting/register/vJIsc--trjMjH9NDD5_gL4ynHjh3ygIhwcc**

**After registering your appearance by Zoom, you will receive a confirmation email containing log-in formation for the hearing.**

**ALL PARTIES MUST REGISTER NO LATER THAN 12:00 P.M. (ET) ON NOVEMBER 7, 2023**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

**ORAL ARGUMENT:**

(*IS BBFB LLC and IS 245 North 15th LLC v. Center City Healthcare, LLC* – Adversary No. 23-50337-MFW)

1.      Defendant Center City Healthcare, LLC's Motion for Partial Dismissal of the Amended Complaint [Adv. Docket No. 11; filed: 06/01/23]

   Responses / Briefs:

   A.      Memorandum of Law in Support of Debtor Center City Healthcare, LLC's Motion for Partial Dismissal of the Amended Complaint [Adv. Docket No. 12; filed: 06/01/23]

   B.      Plaintiffs' Response to Defendant's Motion for Partial Dismissal of the Amended Complaint [Adv. Docket No. 20; filed: 06/29/23]

   C.      Plaintiffs' Memorandum of Law Responding to Defendant's Motion for Partial Dismissal [Adv. Docket No. 21; filed: 06/29/23]

   D.      Reply Memorandum of Law in Further Support of Debtor Center City Healthcare, LLC's Motion for Partial Dismissal of the Amended Complaint [Adv. Docket No. 23; filed: 07/21/23]

   Related Documents:

   E.      Amended Complaint for Declaratory and Related Relief [Adv. Docket No. 7; filed: 05/16/23]

   F.      Defendant Center City Healthcare, LLC's Application for Oral Argument on Defendant Center City Healthcare, LLC's Motion for Partial Dismissal of the Amended Complaint [Adv. Docket No. 24; filed: 07/25/23]

   G.      Notice of Completion of Briefing on Defendant Center City Healthcare, LLC's Motion for Partial Dismissal of the Amended Complaint [Adv. Docket No. 25; filed: 07/28/23]

   Status: Oral argument on this motion will be going forward.

Dated: November 3, 2023

**SAUL EWING LLP**

By:  */s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for Debtors and Debtors in Possession*