# EXHIBIT D

**EXPENSE SUMMARY**

51244556.2 11/03/2023

## Expense Summary

## For the Period from September 1, 2023 through September 30, 2023

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| E-discovery Processing /Usage | Epiq Relativity | $8,651.30 |
| Cab Fare | *See attached chart* | $11.97 |
| Legal Research | Lexis | $699.88 |
| Meals | *See attached chart* | $31.36 |
| Mileage | *See attached chart* | $100.52 |
| Overnight Delivery | Federal Express | 40.16 |
| Parking | *See attached chart* | $84.00 |
| Search Fees | Texas Secretary of State | $1.00 |
| **Total** | | **$9,620.19** |

51244556.2 11/03/2023

| | | TRAVEL DETAIL | | |
|---|---|---|---|---|
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 09/06/23 | Uber | (1) Adam H. Isenberg | Uber from Hahnemann to Philadelphia office for meeting with regarding document review | $11.97 |
| 09/20/23 | Mark Minuti | (1) Mark Minuti | (Mileage) Travelling from Delaware to Philadelphia and back for document review | $50.26 |
| 09/22/23 | Mark Minuti | (1) Mark Minuti | (Mileage) Travelling from Delaware to Philadelphia and back for meeting with potential purchaser | $50.26 |
| 09/20/23 | Parkway Corp. Centre Square | (1) Mark Minuti | Parking in Philadelphia for document review at the Hospital | $40.00 |
| 09/22/23 | Parkway Corp. Centre Square | (1) Mark Minuti | Parking in Philadelphia for meeting and property trough with potential purchaser | $44.00 |
| | | **TOTAL** | | **$196.49** |

| MEAL DETAIL | | | | |
|---|---|---|---|---|
| Date | Provider | # of People and Description | Description | Amount |
| 09/26/23 | HG Coal Fire Pizza | (2) John D. Demmy and William Pederson | Lunch preparing for depositions | $31.36 |
| | | | **TOTAL** | **$31.36** |



| | | |
|---|---|---|
| Philadelphia Academic Health System, LLC | Invoice Number | 4292207 |
| 222 N. Sepulveda Blvd. | Invoice Date | 10/18/23 |
| Suite 900 | Client Number | 376719 |
| El Seugndo, CA 90245 | Matter Number | 00002 |

Re:  Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value | |
|---|---|---|---|
| 09/26/23 | Epiq Relativity eDiscovery Costs | 8,401.30 | |
| 09/26/23 | Epiq Relativity eDiscovery Costs | 250.00 | |
| | Total  Epiq Relativity eDiscovery Costs | | 8,651.30 |
| 09/06/23 | Vendor: Uber; 8/30/2023 - Uber for Adam Isenberg from Hahnemann to Philadelphia office (meeting at Hahnemann with J. DiNome re: document review) | 11.97 | |
| | Total Cab Fare | | 11.97 |
| 09/26/23 | Vendor: Mark Minuti; 9/20/2023 - Mileage from Delaware to Philadelphia and back for Mark Minuti for document review at the Hospital | 50.26 | |
| 09/26/23 | Vendor: Mark Minuti; 9/22/2023 - Mileage from Delaware to Philadelphia and back for Mark Minuti for meeting and property tour with potential purchaser | 50.26 | |
| | Total Mileage | | 100.52 |
| 09/26/23 | Vendor: Parkway Corp. Centre Square; 9/20/2023 - Parking for Mark Minuti for document review at the Hospital | 40.00 | |
| 09/26/23 | Vendor: Parkway Corp. Centre Square; 9/22/2023 - Parking for Mark Minuti for meeting and property tour with potential purchaser | 44.00 | |
| | Total Parking | | 84.00 |
| 09/11/23 | Vendor: Federal Express; 9/11/2023 - Federal Express on 09/06/2023 To: Louis Tumolo, Esq From: Cindy Carhartt | 40.16 | |
| | Total Federal Express | | 40.16 |
| 09/27/23 | Vendor: HG Coal Fire Pizza; Date: 9/26/2023 - Working lunch for John Demmy and William Pederson to prepare for Medline depositions | 31.36 | |
| | Total Meal | | 31.36 |
| 8/10/23 | Vendor: Texas Secretary of State; - Registered agent search | 1.00 | |
| | Total Search Fee | | 1.00 |
| 09/01/23 | Lexis-Legal Research | 699.88 | |
| | Total Legal Research | | 699.88 |
| | CURRENT EXPENSES | | 9,620.19 |

**TOTAL AMOUNT OF THIS  INVOICE**  9,620.19

51251332.1 10/31/2023