**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br><br>                   Debtors. | Chapter 11<br><br>Case No.: 19-11466 (KG)<br><br>(Jointly Administered)<br><br>**Related Docket No.: 4920** |

**CERTIFICATE OF NO OBJECTION REGARDING THE FOURTEENTH
INTERIM APPLICATION OF FOX ROTHSCHILD LLP FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS
COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD OCTOBER 1, 2022 THROUGH DECEMBER 31, 2022**

The undersigned hereby certifies that, as of the date hereof, he has received no
answer, objection or other responsive pleading to the Fourteenth Interim Application of
Fox Rothschild LLP ("Fox") for Services Rendered and Reimbursement of Expenses as
Counsel to the Official Committee of Unsecured Creditors for the Period October 1, 2022
through December 31, 2022 (the "Application") [D.I. 4920], filed on October 18, 2023.
The undersigned further certifies that he has reviewed the Court's docket in this case and
no answer, objection or other responsive pleading to the Application appears thereon.
Objections to the Application were required to be filed and served no later than
November 1, 2023, at 4:00 p.m. ET.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number,
are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St.
Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA,
L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center,
L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics,
L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS
IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad
Street, Philadelphia, Pennsylvania 19102.

A proposed form of omnibus order approving all of the Committee Professionals' fees for the Fourteenth Interim Fee Period will be submitted in advance of the November 28, 2023, hearing.

Dated:   November 3, 2023          Respectfully submitted,

*/s/ Seth A. Niederman*
Seth A. Niederman (DE No. 4588)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
E-mail: sniederman@foxrothschild.com

*Counsel to the Official Committee of Unsecured Creditors*