**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a ) | |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] ) | Case No. 19-11466 (MFW) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | **Re: Docket No. ____** |
| ) | |

**ORDER APPROVING STIPULATION WITH OWENS & MINOR, INC.**
**AUTHORIZING RETURN OF CERTAIN PREPAYMENTS LESS OFFSET AMOUNTS**

Upon consideration of the *Stipulation with Owens & Minor, Inc. Authorizing Return of Prepayments Less Offset Amounts* (the "Stipulation")[2] attached hereto as **Exhibit 1**; and the Court having jurisdiction over the matters raised in the Stipulation pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Stipulation and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Stipulation having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Stipulation is in the best interests of the Debtors, their estates, creditors and all parties-in-interest, and that the legal and factual bases set forth in the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Stipulation.

Stipulation establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. The Debtors are authorized to accept the return of the Prepayments, less the Offset Amounts, from Owens & Minor, Inc., which amount shall be paid to PAHS within thirty (30) days following the Stipulation Effective Date.

3. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation of this Order or the Stipulation.

4. This Order is effective immediately upon entry.

# Exhibit 1

# Stipulation

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1] | ) Case No. 19-11466 (MFW) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## STIPULATION WITH OWENS & MINOR, INC. AUTHORIZING RETURN OF CERTAIN PREPAYMENTS LESS OFFSET AMOUNTS

This Stipulation (the "Stipulation") is entered into by and between Center City Healthcare, LLC d/b/a Hahnemann University Hospital and its affiliated debtors and debtors in possession (collectively, the "Debtors") and Owens & Minor, Inc. ("OM," and together with the Debtors, the "Parties"), by and through undersigned counsel.

WHEREAS, on June 30, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware;

WHEREAS, the Debtors are operating their businesses and managing their affairs as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code;

WHEREAS, prior to the Petition Date, Debtor Philadelphia Academic Health System, LLC ("PAHS") transmitted a prepayment to OM in amount of $300,000.00, which was applied prior to the Petition Date to various O&M invoices;

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

WHEREAS, as of the Petition Date, the pre-payment balance was $174,923.19 (the "Prepayments"). OM continues to hold the Prepayments, which were not listed in the Debtors' bankruptcy schedules;

WHEREAS, as a result of goods delivered by OM to the Debtors, the Debtors owe to OM a total of $5,057.02 (the "Offset Amounts"), of which $2,578.80 was incurred prior to the Petition Date and $2,478.22 was incurred after the Petition Date;

WHEREAS, OM seeks to return the Prepayments to the Debtors, less the Offset Amounts.

NOW, THEREFORE, in consideration of the mutual promises and agreements contained herein, the Parties, by and through their respective undersigned counsel, hereby stipulate and agree, subject to Bankruptcy Court approval as set forth herein, as follows:

1. This Stipulation is subject to and conditioned upon the entry of an Order of the Court approving this Stipulation (the "Stipulation Effective Date").

2. Within thirty (30) days following the Stipulation Effective Date, OM shall pay to PAHS funds totaling $169,866.17, which equals the Prepayments, less the Offset Amounts.

3. Upon return of the Prepayments, OM shall be deemed to have waived any and all claims and causes of actions, whether known or unknown, of any nature or type, against the Debtors and the Debtors' estates. For the avoidance of doubt, this waiver is not limited to claims related to the Prepayments or the Offset Amounts.

4. Upon return of the Prepayments, the Debtors shall be deemed to have waived any and all claims and causes of actions, whether known or unknown, of any nature or type, against OM. For the avoidance of doubt, this waiver includes any and all avoidance action related claims and is not limited to claims related to the Prepayments or the Offset Amounts.

5. The Parties, by and through their undersigned counsel, each represent and warrant that the undersigned is fully authorized and empowered to execute and deliver this Stipulation on behalf of, and to bind, each Party, as applicable, to the terms and conditions of this Stipulation; provided, however, that the Debtors' authorization is subject to Bankruptcy Court approval and this Stipulation shall become effective upon the Stipulation Effective Date.

6. The Parties acknowledge and agree that the Bankruptcy Court shall retain jurisdiction over all disputes concerning or related to the subject matter of this Stipulation.

| **SAUL EWING LLP** | **HIRSCHLER FLEISCHER, PC** |
|---|---|
| */s/ Monique B. DiSabatino* | */s/ Robert S. Westermann* |
| Mark Minuti (DE Bar No. 2659) | Robert S. Westermann |
| Monique Bair DiSabatino (DE Bar No. 6027) | Brittany B. Falabella |
| 1201 N. Market Street, Suite 2300 | The Edgeworth Building |
| P.O. Box 1266 | 2100 East Cary Street |
| Wilmington, DE 19899-1266 | Post Office Box 500 |
| Telephone: (302) 421-6800 | Richmond, VA 23218-0500 |
| Fax: (302) 421-6813 | Telephone: (804) 771-9515 |
| mark.minuti@saul.com | Fax:   (804) 644-0957 |
| monique.disabatino@saul.com | rwestermann@hirschlerlaw.com |
| | bfalabella@hirschlerlaw.com |
| Jeffrey C. Hampton | |
| Adam H. Isenberg | *Counsel for Owens & Minor, Inc.* |
| Centre Square West | |
| 1500 Market Street, 38th Floor | |
| Philadelphia, PA 19102 | |
| Telephone: (215) 972-7700 | |
| Fax: (215) 972-7725 | |
| jeffrey.hampton@saul.com | |
| adam.isenberg@saul.com | |
| | |
| *Counsel for Debtors and Debtors in Possession* | |