| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Mark | Minuti | Debtors / Defendant | Saul Ewing LLP |
| Jeffrey | Hampton | Debtors / Defendant | Saul Ewing LLP |
| Nicholas | Smargiassi | Debtors / Defendant | Saul Ewing LLP |
| John | DiNome | Debtors / Defendant | American Academic |
| Allen | Wilen | Debtors / Defendant | American Academic |
| Seth | Niederman | Committee | Fox Rothschild |
| Jeffrey | Kurtzman | IS BBFB LLC and IS North 15th LLC | Kurtzman | Steady, LLC |
| Derek | Jokelson | IS BBFB LLC and IS 245 North 15th LLC | Jokelson Law Group, PC |
| Jeff | Kaplan | BCAS | BCAS |
| Laura Davis | Jones | Tenet and Conifer | Pachulski Stang Ziehl & Jones LLP |
| Timothy | Cairns | Tenet and Conifer | Pachulski Stang Ziehl & Jones LLP |
| Andrew | Eisenstein | Iron Stone | IS BBFB LLC |
| Becky | Yerak | Wall Street Journal | News Corp |
| Harold | Brubaker | NA | The Philadelphia Inquirer |
| Adam | Isenberg | Debtors | Saul Ewing LLP |
| John | Larkins | None | Duane Morris LLP |
| Jeffrey | Carbino | IS BBFB LLC IS 245 N 15th LLC | Leech Tishman Fuscaldo & Lampl |
| Brian | Collins | Technician for Saul Ewing | Reliable Court Reporting |