IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Related Docket No.: 4921** |

**CERTIFICATE OF NO OBJECTION REGARDING THE THIRTEENTH QUARTERLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD JULY 1, 2022 THROUGH SEPTEMBER 30, 2022**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Thirteenth Quarterly Application of Sills Cummis & Gross P.C. ("Sills") for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From July 1, 2022 through September 30, 2022 (the "Application") [D.I. 4921], filed on October 18, 2023. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Objections to the Application were required to be filed and served no later than November 1, 2023, at 4:00 p.m. ET.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

151276987.1

A proposed form of omnibus order approving all of the Committee Professionals' fees for the Thirteenth Quarterly Fee Period will be submitted in advance of the November 28, 2023 hearing.

Dated: November 7, 2023

Respectfully submitted,

*/s/ Seth A. Niederman*
Seth A. Niederman (SN 4588)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
E-mail: sniederman@foxrothschild.com

-and-

Andrew H. Sherman (admitted *pro hac vice*)
Boris I. Mankovetskiy (admitted *pro hac vice*)
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone: (973) 643-7000
Facsimile: (973) 643-6500
Email: asherman@sillscummis.com
        bmankovetskiy@sillscummis.com

*Counsel to the Official Committee of Unsecured Creditors*