IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) ) ) ) | Case No. 19-11466 (MFW) Jointly Administered |
| Debtors. | ) ) | **Re: Docket No. 4914** |

### CERTIFICATION OF NO OBJECTION TO FIFTIETH MONTHLY FEE APPLICATION OF SAUL EWING LLP, COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM AUGUST 1, 2023 THROUGH AUGUST 31, 2023

The undersigned counsel to the above-captioned debtors and debtors-in-possession hereby certifies that:

1. On October 17, 2023, the *Fiftieth Monthly Fee Application of Saul Ewing LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2023 through August 31, 2023* (the "**Application**") and the *Notice of Fiftieth Monthly Fee Application of Saul Ewing LLP* (the "**Notice**") [Docket No. 4914] were filed with the Court.

2. Pursuant to the Notice, objections, if any, to the Application were required to be filed with the Court and served on the undersigned so as to be received on or before 4:00 p.m. on November 7, 2023 (the "**Objection Deadline**").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

51292404.1 11/08/2023

3. The Objection Deadline has passed and no formal objections or responses were served upon the undersigned counsel or entered on the Court's docket.

4. Pursuant to the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341], Saul Ewing LLP may be paid 80% of the fees ($210,711.60, which is 80% of the $263,389.50 in total fees requested) and 100% of the expenses ($9,803.42) requested.

Dated: November 8, 2023　　　　　　　　**SAUL EWING LLP**

　　　　　　　　　　　　　　　　By:　*/s/ Monique B. DiSabatino*
　　　　　　　　　　　　　　　　　　　Mark Minuti (DE Bar No. 2659)
　　　　　　　　　　　　　　　　　　　Monique B. DiSabatino (DE Bar No. 6027)
　　　　　　　　　　　　　　　　　　　1201 N. Market Street, Suite 2300
　　　　　　　　　　　　　　　　　　　P.O. Box 1266
　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899
　　　　　　　　　　　　　　　　　　　Telephone: (302) 421-6800
　　　　　　　　　　　　　　　　　　　Fax: (302) 421-5873
　　　　　　　　　　　　　　　　　　　mark.minuti@saul.com
　　　　　　　　　　　　　　　　　　　monique.disabatino@saul.com

　　　　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　　Jeffrey C. Hampton
　　　　　　　　　　　　　　　　　　　Adam H. Isenberg
　　　　　　　　　　　　　　　　　　　Centre Square West
　　　　　　　　　　　　　　　　　　　1500 Market Street, 38th Floor
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　Telephone: (215) 972-7777
　　　　　　　　　　　　　　　　　　　Fax: (215) 972-7725
　　　　　　　　　　　　　　　　　　　jeffrey.hampton@saul.com
　　　　　　　　　　　　　　　　　　　adam.isenberg@saul.com

　　　　　　　　　　　　　　　　　　　*Counsel for Debtors and Debtors in Possession*