**Exhibit A**

**Amended Claims**

| AMENDED CLAIMS | | | | | |
|---|---|---|---|---|---|
| **Name of Claimant** | **Amended Claim No. to be Disallowed** | **Surviving Claim No.** | **Relevant Debtor** | **Claim Amount ($)** | **Reason for Disallowance** |
| 1. Morton, Natasha | 594 | 774 | St. Christopher's Healthcare, LLC | $1,724.30 | Claim documents reflect that the disallowed claim has been superseded by the amended Surviving Claim. |
| 2. Pennsylvania Department of Revenue | 1105 | 1260 | Center City Healthcare, LLC | $1,545,825.99 | Claim documents reflect that the disallowed claim has been superseded by the amended Surviving Claim. Although claim 1260 indicates that it is an amendment of claim 853, claimant has confirmed to Debtors' counsel that claim 1260 is actually an amendment of claim 1105. |
| 3. Pennsylvania Department of Revenue | 530 | 771 | St. Christopher's Healthcare, LLC | $475,037.37 | Claim documents reflect that the disallowed claim has been superseded by the amended Surviving Claim. |
| 4. Pennsylvania Department of Revenue | 538 | 773 | St. Christopher's Healthcare, LLC | $424,183.55 | Claim documents reflect that the disallowed claim has been superseded by the amended Surviving Claim, and claimant has confirmed to Debtors' counsel that claim 773 amends claim 538. |