**Exhibit A**

**No Liability Claims**

| | | | | No Liability Claims | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Creditor Name** | **Claim No.** | **Debtor Against Whom Claim is Filed** | **Filed Claim Amount ($)** | | | | | | **Reason for Disallowance** |
| | | | | **Priority** | **Secured** | **503(b)(9)** | **Admin.** | **Unsecured** | **Total** | |
| 1 | Atlantic Specialty Insurance Company | 879 | Center City Healthcare, LLC | $- | $- | $- | $- | $4,044,322.00 | $4,044,322.00 | Pursuant to the court-approved MOU [D.I. 4152, 4126], and following payment of the Withdrawal Liability Settlement Payment (as defined in the MOU), all claims against Claimant under bond were released and the bond was cancelled. Accordingly, no amounts are owed in connection with this claim. |
| 2 | Atlantic Specialty Insurance Company | 128 | Philadelphia Academic Health System, LLC | $- | $- | $- | $- | $4,044,322.00 | $4,044,322.00 | Pursuant to the court-approved MOU [D.I. 4152, 4126], and following payment of the Withdrawal Liability Settlement Payment (as defined in the MOU), all claims against Claimant under bond were released and the bond was cancelled. Accordingly, no amounts are owed in connection with this claim |
| 3 | Atlantic Specialty Insurance Company | 545 | St. Christopher's Healthcare, LLC | $- | $- | $- | $- | $4,044,322.00 | $4,044,322.00 | Pursuant to the court-approved MOU [D.I. 4152, 4126], and following payment of the Withdrawal Liability Settlement Payment (as defined in the MOU), all claims against Claimant under bond were released and the bond was cancelled. Accordingly, no amounts are owed in connection with this claim |
| 4 | Atlantic Specialty Insurance Company | 17 | Philadelphia Academic Medical Associates, LLC | $- | $- | $- | $- | $4,044,322.00 | $4,044,322.00 | Pursuant to the court-approved MOU [D.I. 4152, 4126], and following payment of the Withdrawal Liability Settlement Payment (as defined in the MOU), all claims against Claimant under bond were released and the bond was cancelled. Accordingly, no amounts are owed in connection with this claim. |

| | | | | \multicolumn{6}{c}{No Liability Claims} | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name | Claim No. | Debtor Against Whom Claim is Filed | Filed Claim Amount ($) | | | | | | Reason for Disallowance |
| | | | | Priority | Secured | 503(b)(9) | Admin. | Unsecured | Total | |
| 5 | Bell, Scherise | 694 | Center City Healthcare, LLC | $- | $- | $- | $- | $120,000.00 | $120,000.00 | Claimant's claim before the Philadelphia Commission on Human Relations was dismissed in November 2020 on grounds that the charges were not substantiated, and the deadlines to pursue a federal and state claim on such grounds have passed. The claim is thus time-barred, appears to no longer be pursued, and the Debtors have no liability with respect to such amount. |
| 6 | Front Street Healthcare Properties, LLC (as assignee of Pension Fund for Hospital and Healthcare Employees of PHL) | 1086 | Center City Healthcare, LLC | $- | $- | $- | $- | $22,599,359.00 | $22,599,359.00 | Pursuant to the court-approved MOU [D.I. 4152, 4126], and as a result of the Withdrawal Liability Settlement Payment made thereunder in full payment of amounts owed to the Pension Fund under the Pension Settlement Agreement, no further amounts are owed to the Pension Fund. |
| 7 | Front Street Healthcare Properties, LLC (as assignee of Pension Fund for Hospital and Healthcare Employees of PHL) | 711 | Center City Healthcare, LLC | $- | $1,302,530.47 | | $- | $- | $1,302,530.47 | Pursuant to the court-approved MOU [D.I. 4152, 4126], and as a result of the Withdrawal Liability Settlement Payment made thereunder in full payment of amounts owed to the Pension Fund under the Pension Settlement Agreement, no further amounts are owed to the Pension Fund. |

| | Creditor Name | Claim No. | Debtor Against Whom Claim is Filed | Filed Claim Amount ($) | | | | | | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Priority | Secured | 503(b)(9) | Admin. | Unsecured | Total | |
| | **No Liability Claims** | | | | | | | | | |
| 8 | Front Street Healthcare Properties, LLC (as assignee of Pension Fund for Hospital and Healthcare Employees of PHL) | 684 | St. Christopher's Healthcare, LLC | $- | $- | $- | $- | $22,599,359.00 | $22,599,359.00 | Pursuant to the court-approved MOU [D.I. 4152, 4126], and as a result of the Withdrawal Liability Settlement Payment made thereunder in full payment of amounts owed to the Pension Fund under the Pension Settlement Agreement, no further amounts are owed to the Pension Fund. |
| 9 | Front Street Healthcare Properties, LLC (as assignee of Pension Fund for Hospital and Healthcare Employees of PHL) | 29 | Philadelphia Academic Medical Associates, LLC | $- | $- | $- | $- | $22,599,359.00 | $22,599,359.00 | Pursuant to the court-approved MOU [D.I. 4152, 4126], and as a result of the Withdrawal Liability Settlement Payment made thereunder in full payment of amounts owed to the Pension Fund under the Pension Settlement Agreement, no further amounts are owed to the Pension Fund. |
| 10 | Front Street Healthcare Properties, LLC (as assignee of Pension Fund for Hospital and Healthcare Employees of PHL) | 24 | HPS of PA, L.L.C. | $- | $- | $- | $- | $22,599,359.00 | $22,599,359.00 | Pursuant to the court-approved MOU [D.I. 4152, 4126], and as a result of the Withdrawal Liability Settlement Payment made thereunder in full payment of amounts owed to the Pension Fund under the Pension Settlement Agreement, no further amounts are owed to the Pension Fund. |

51153813.2 10/27/2023

| | | | | No Liability Claims | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Creditor Name** | **Claim No.** | **Debtor Against Whom Claim is Filed** | **Filed Claim Amount ($)** | | | | | | **Reason for Disallowance** |
| | | | | **Priority** | **Secured** | **503(b)(9)** | **Admin.** | **Unsecured** | **Total** | |
| 11 | Front Street Healthcare Properties, LLC (as assignee of Pension Fund for Hospital and Healthcare Employees of PHL) | 29 | St. Christopher's Pediatric Urgent Care Center, L.L.C. | $- | $- | $- | $- | $22,599,359.00 | $22,599,359.00 | Pursuant to the court-approved MOU [D.I. 4152, 4126], and as a result of the Withdrawal Liability Settlement Payment made thereunder in full payment of amounts owed to the Pension Fund under the Pension Settlement Agreement, no further amounts are owed to the Pension Fund. |
| 12 | Front Street Healthcare Properties, LLC (as assignee of Pension Fund for Hospital and Healthcare Employees of PHL) | 61 | TPS II of PA, L.L.C. | $- | $- | $- | $- | $22,599,359.00 | $22,599,359.00 | Pursuant to the court-approved MOU [D.I. 4152, 4126], and as a result of the Withdrawal Liability Settlement Payment made thereunder in full payment of amounts owed to the Pension Fund under the Pension Settlement Agreement, no further amounts are owed to the Pension Fund. |
| 13 | Front Street Healthcare Properties, LLC (as assignee of Pension Fund for Hospital and Healthcare Employees of PHL) | 26 | TPS III of PA, L.L.C. | $- | $- | $- | $- | $22,599,359.00 | $22,599,359.00 | Pursuant to the court-approved MOU [D.I. 4152, 4126], and as a result of the Withdrawal Liability Settlement Payment made thereunder in full payment of amounts owed to the Pension Fund under the Pension Settlement Agreement, no further amounts are owed to the Pension Fund. |

51153813.2 10/27/2023

| | | | | No Liability Claims | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Creditor Name** | **Claim No.** | **Debtor Against Whom Claim is Filed** | **Filed Claim Amount ($)** | | | | | | **Reason for Disallowance** |
| | | | | **Priority** | **Secured** | **503(b)(9)** | **Admin.** | **Unsecured** | **Total** | |
| 14 | Front Street Healthcare Properties, LLC (as assignee of Pension Fund for Hospital and Healthcare Employees of PHL) | 38 | TPS IV of PA, L.L.C. | $- | $- | $- | $- | $22,599,359.00 | $22,599,359.00 | Pursuant to the court-approved MOU [D.I. 4152, 4126], and as a result of the Withdrawal Liability Settlement Payment made thereunder in full payment of amounts owed to the Pension Fund under the Pension Settlement Agreement, no further amounts are owed to the Pension Fund. |
| 15 | Front Street Healthcare Properties, LLC (as assignee of Pension Fund for Hospital and Healthcare Employees of PHL) | 26 | TPS V of PA, L.L.C. | $- | $- | $- | $- | $22,599,359.00 | $22,599,359.00 | Pursuant to the court-approved MOU [D.I. 4152, 4126], and as a result of the Withdrawal Liability Settlement Payment made thereunder in full payment of amounts owed to the Pension Fund under the Pension Settlement Agreement, no further amounts are owed to the Pension Fund. |
| 16 | **REDACTED** | 957 | Center City Healthcare, LLC | $- | $- | $- | $- | $50,000,000.00 | $50,000,000.00 | Documentation provided in connection with claim shows that no Debtors were named in pending state court litigation relating to the claims, and following multiple outreach to, and discussions with claimant's counsel, no basis has been identified for a claim against the Debtors nor does it appear that claimant intends to pursue a claim against the Debtors. |

| | | | | **No Liability Claims** | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Creditor Name** | **Claim No.** | **Debtor Against Whom Claim is Filed** | **Filed Claim Amount ($)** | | | | | | **Reason for Disallowance** |
| | | | | **Priority** | **Secured** | **503(b)(9)** | **Admin.** | **Unsecured** | **Total** | |
| 17 | **REDACTED** | 146 | Philadelphia Academic Health System, LLC | $- | $- | $- | $- | $50,000,000.00 | $50,000,000.00 | Documentation provided in connection with claim shows that no Debtors were named in pending state court litigation relating to the claims, and following multiple outreach to, and discussions with claimant's counsel, no basis has been identified for a claim against the Debtors nor does it appear that claimant intends to pursue a claim against the Debtors. |
| 18 | Keystone Quality Transport Co. | 108 | Center City Healthcare, LLC | $- | $- | $- | $- | $76,691.43 | $76,691.43 | Claims waived pursuant to court-approved stipulation [D.I. 4168]. |
| 19 | Keystone Quality Transport Co. | 55 | St. Christopher's Healthcare, LLC | $- | $- | $- | $- | $14,814.00 | $14,814.00 | Claims waived pursuant to court-approved stipulation [D.I. 4168]. |
| 20 | **REDACTED** | 966 | Center City Healthcare, LLC | $- | $- | $- | $- | $50,000,000.00 | $50,000,000.00 | Documentation provided in connection with claim shows that no Debtors were named in pending state court litigation relating to the claims, and following multiple outreach to, and discussions with claimant's counsel, no basis has been identified for a claim against the Debtors nor does it appear that claimant intends to pursue a claim against the Debtors. |

6

| | Creditor Name | Claim No. | Debtor Against Whom Claim is Filed | Filed Claim Amount ($) | | | | | | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Priority | Secured | 503(b)(9) | Admin. | Unsecured | Total | |
| | **No Liability Claims** | | | | | | | | | |
| 21 | **REDACTED** | 65 | SCHC Pediatric Associates, LLC | $- | $- | $- | $- | $50,000,000.00 | $50,000,000.00 | Documentation provided in connection with claim shows that no Debtors were named in pending state court litigation relating to the claims, and following multiple outreach to, and discussions with claimant's counsel, no basis has been identified for a claim against the Debtors nor does it appear that claimant intends to pursue a claim against the Debtors. |
| 22 | **REDACTED** | 16 | SCHC Pediatric Anesthesia Associates LLC | $- | $- | $- | $- | $50,000,000.00 | $50,000,000.00 | Documentation provided in connection with claim shows that no Debtors were named in pending state court litigation relating to the claims, and following multiple outreach to, and discussions with claimant's counsel, no basis has been identified for a claim against the Debtors nor does it appear that claimant intends to pursue a claim against the Debtors. |
| 23 | **REDACTED** | 23 | St. Christopher's Pediatric Urgent Care Center, LLC | $- | $- | $- | $- | $50,000,000.00 | $50,000,000.00 | Documentation provided in connection with claim shows that no Debtors were named in pending state court litigation relating to the claims, and following multiple outreach to, and discussions with claimant's counsel, no basis has been identified for a claim against the Debtors nor does it appear that claimant intends to pursue a claim against the Debtors. |

51153813.2 10/27/2023

| | | | | No Liability Claims | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name | Claim No. | Debtor Against Whom Claim is Filed | Filed Claim Amount ($) | | | | | | Reason for Disallowance |
| | | | | Priority | Secured | 503(b)(9) | Admin. | Unsecured | Total | |
| 24 | **REDACTED** | 149 | Philadelphia Academic Health System, LLC | $- | $- | $- | $- | $50,000,000.00 | $50,000,000.00 | Documentation provided in connection with claim shows that no Debtors were named in pending state court litigation relating to the claims, and following multiple outreach to, and discussions with claimant's counsel, no basis has been identified for a claim against the Debtors nor does it appear that claimant intends to pursue a claim against the Debtors. |
| 25 | **REDACTED** | 22 | Philadelphia Academic Medical Associates, LLC | $- | $- | $- | $- | $50,000,000.00 | $50,000,000.00 | Documentation provided in connection with claim shows that no Debtors were named in pending state court litigation relating to the claims, and following multiple outreach to, and discussions with claimant's counsel, no basis has been identified for a claim against the Debtors nor does it appear that claimant intends to pursue a claim against the Debtors. |
| 26 | **REDACTED** | 601 | St. Christopher's Healthcare, LLC | $- | $- | $- | $- | $50,000,000.00 | $50,000,000.00 | Documentation provided in connection with claim shows that no Debtors were named in pending state court litigation relating to the claims, and following multiple outreach to, and discussions with claimant's counsel, no basis has been identified for a claim against the Debtors nor does it appear that claimant intends to pursue a claim against the Debtors. |

| | | | | No Liability Claims | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name | Claim No. | Debtor Against Whom Claim is Filed | Filed Claim Amount ($) | | | | | | Reason for Disallowance |
| | | | | Priority | Secured | 503(b)(9) | Admin. | Unsecured | Total | |
| 27 | Pension fund for Hospital and Healthcare Employees of PHL | 168 | Philadelphia Academic Health System, LLC | $- | $- | $- | $- | $22,599,359.00 | $22,599,359.00 | Pursuant to the court-approved MOU [D.I. 4152, 4126], and as a result of the Withdrawal Liability Settlement Payment made thereunder in full payment of amounts owed to the Pension Fund under the Pension Settlement Agreement, no further amounts are owed to the Pension Fund. |
| 28 | Pension Fund for Hospital and Healthcare Employees of PHL | 79 | SCHC Pediatric Associates, L.L.C. | $- | $- | $- | $- | $22,599,359.00 | $22,599,359.00 | Pursuant to the court-approved MOU [D.I. 4152, 4126], and as a result of the Withdrawal Liability Settlement Payment made thereunder in full payment of amounts owed to the Pension Fund under the Pension Settlement Agreement, no further amounts are owed to the Pension Fund. |
| 29 | Pension Fund for Hospital and Healthcare Employees of PHL | 23 | SCHC Pediatric Anesthesia Associates, L.L.C. | $- | $- | $- | $- | $22,599,359.00 | $22,599,359.00 | Pursuant to the court-approved MOU [D.I. 4152, 4126], and as a result of the Withdrawal Liability Settlement Payment made thereunder in full payment of amounts owed to the Pension Fund under the Pension Settlement Agreement, no further amounts are owed to the Pension Fund. |
| 30 | Pension Fund for Hospital and Healthcare Employees of PHL | 25 | StChris Care at Northeast Pediatrics, L.L.C. | $- | $- | $- | $- | $22,599,359.00 | $22,599,359.00 | Pursuant to the court-approved MOU [D.I. 4152, 4126], and as a result of the Withdrawal Liability Settlement Payment made thereunder in full payment of amounts owed to the Pension Fund under the Pension Settlement Agreement, no further amounts are owed to the Pension Fund. |

51153813.2 10/27/2023

| | | | | No Liability Claims | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Creditor Name** | **Claim No.** | **Debtor Against Whom Claim is Filed** | **Filed Claim Amount ($)** | | | | | | **Reason for Disallowance** |
| | | | | **Priority** | **Secured** | **503(b)(9)** | **Admin.** | **Unsecured** | **Total** | |
| 31 | Pension Fund for Hospital and Healthcare Employees of PHL | 25 | TPS of PA, L.L.C. | $- | $- | $- | $- | $22,599,359.00 | $22,599,359.00 | Pursuant to the court-approved MOU [D.I. 4152, 4126], and as a result of the Withdrawal Liability Settlement Payment made thereunder in full payment of amounts owed to the Pension Fund under the Pension Settlement Agreement, no further amounts are owed to the Pension Fund. |