**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SUPPLEMENTAL SERVICE

       I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on November 10, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Order Sustaining Debtors' Thirteenth Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 4977]**

Dated: November 14, 2023

                                       Randy Lowry
                                       Omni Agent Solutions, Inc.
                                       5955 De Soto Avenue, Suite 100

{State of California       }           Woodland Hills, CA 91367
{                      } ss.     818-906-8300
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 14th day of November, 2023 by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_Carolyn K Cashman_
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 N Broad Street, Philadelphia, Pennsylvania 19102.

# **EXHIBIT A**

**Center City Healthcare, LLC, et al. -  Service List to e-mail Recipients**

PATIENT [146] REDACTED PER COURT ORDER, DKT 72
EMAIL ADDRESS REDACTED

PATIENT 957 REDACTED PER COURT ORDER, DKT 72
EMAIL ADDRESS REDACTED

PATIENT REDACTED
EMAIL ADDRESS REDACTED

Parties Served:  3

**<u>EXHIBIT B</u>**

**Center City Healthcare, LLC, et al. - U.S. Mail**

PATIENT [146] REDACTED PER COURT ORDER, DKT 72
ADDRESS REDACTED

PATIENT 957 REDACTED PER COURT ORDER, DKT 72
ADDRESS REDACTED

PATIENT REDACTED
ADDRESS REDACTED

Parties Served: 3