**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) **Re: Docket Nos. 4901, 4902, 4919, 4920, 4921,** |
| | ) **4922 and 4928** |

**CERTIFICATION OF COUNSEL REGARDING PROPOSED OMNIBUS ORDER**
**APPROVING THE THIRTEENTH AND FOURTEENTH INTERIM FEE**
**APPLICATIONS OF SAUL EWING LLP, SILLS CUMMIS & GROSS, P.C. AND**
**FOX ROTHSCHILD LLP, AND THE NINTH INTERIM FEE APPLICATION OF**
**BERKELEY RESEARCH GROUP, LLC**

The undersigned counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") hereby certifies that:

1.     Certain professionals retained by the Debtors and certain professionals retained by the Official Committee of Unsecured Creditors appointed in these chapter 11 cases (collectively, the "**Applicants**") filed fee application requests. Saul Ewing LLP, Sills Cummis & Gross, P.C. and Fox Rothschild LLP filed their thirteenth and fourteenth interim fee applications, and Berkeley Research Group, LLC filed its ninth interim fee application (together, the "**Fee Applications**").

2.     The hearing with respect to the Fee Applications is scheduled for November 28, 2023.

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

3.    No responses were received by the Applicants prior to the Fee Applications' respective objection deadlines.

4.    Attached hereto as **Exhibit 1** is a proposed *Omnibus Order Approving the Thirteenth and Fourteenth Interim Fee Applications of Saul Ewing LLP, Sills Cummis & Gross, P.C. and Fox Rothschild LLP, and the Ninth Interim Fee Application of Berkeley Research Group, LLC* (the "**Proposed Order**").

5.    The undersigned counsel for the Debtors is available to respond to any questions the Court may have regarding the Proposed Order.  Absent questions, the undersigned counsel respectfully requests that the Court sign the Proposed Order and direct that it be docketed.

Dated: November 17, 2023

**SAUL EWING LLP**

By:    */s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-6813
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for Debtors and Debtors in Possession*

51297213.1 11/17/2023