**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR NOVEMBER 28, 2023 AT 10:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE MARY F. WALRATH, U.S. BANKRUPTCY COURT JUDGE**

**THIS REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THIS HEARING:**

**TO BE SUPPLIED**

**After registering your appearance by Zoom, you will receive a confirmation email containing log-in formation for the hearing.**

**ALL PARTIES MUST REGISTER NO LATER THAN 8:30 A.M. (ET) ON NOVEMBER 28, 2023**

**RESOLVED MATTERS:**

1.    Debtors' Motion for Entry of an Order Authorizing the Debtors to File under Seal the Unredacted Version of the Debtors' Thirteenth Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 4899; filed: 10/10/23]

Response Deadline:  October 24, 2023 at 4:00 p.m.

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

Responses Received:  None

Related Documents:

A.      Certification of No Objection [Docket No. 4931; filed: 10/25/23]

B.      Order Authorizing the Debtors to File Under Seal the Unredacted Version of the Debtors' Thirteenth Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 4932; filed: 10/27/23]

Status: On October 27, 2023, the Court entered an order approving this motion.

2.      Debtors' Twelfth Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 4890; filed: 09/29/23]

Response Deadline:  October 13, 2023 at 4:00 p.m.

Responses Received:

A.      Reply of Frank T. Brzozowski [Docket No. 4912; filed: 10/13/23]

Related Documents:

B.      Declaration of Allen Wilen in Support of Debtors' Twelfth Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 4890-3; filed: 09/29/23]

C.      Certification of Counsel Regarding Proposed Order Sustaining Debtors' Twelfth Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 4916; filed: 10/17/23]

D.      Notice of Submission of Proofs of Claim [Docket No. 4929; filed: 10/23/23]

E.      Order Sustaining Debtors' Twelfth Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 4976; signed and docketed: 11/09/23]

Status: On November 9, 2023, the Court entered an order sustaining this claim objection.

3.      (**FILED UNDER SEAL**) Debtors' Thirteenth Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 4898; filed: 10/10/23]

Response Deadline:  October 24, 2023 at 4:00 p.m.

Responses Received:  None

Related Documents:

A.    (**REDACTED**) Debtors' Thirteenth Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 4900; filed: 10/10/23]

B.    Declaration of Allen Wilen in Support of Debtors' Thirteenth Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 4898-3; filed: 10/10/23]

C.    (**FILED UNDER SEAL**) Certification of No Objection [Docket No. 4933; filed: 10/27/23]

D.    (**REDACTED**) Certification of No Objection [Docket No. 4934; filed: 10/27/23]

E.    Notice of Submission of Proofs of Claim [Docket No. 4938; filed: 10/30/23]

F.    (**REDACTED**) Order Sustaining Debtors' Thirteenth Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 4977; signed and docketed: 11/09/23]

G.    (**FILED UNDER SEAL**) Order Sustaining Debtors' Thirteenth Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 4978; signed and docketed: 11/09/23]

Status: On November 9, 2023, the Court entered an order sustaining this claim objection.

## **FEE APPLICATIONS:**

4.    Certification of Counsel Regarding Proposed Omnibus Order Approving the Thirteenth and Fourteenth Interim Fee Applications of Saul Ewing LLP, Sills Cummis & Gross, P.C. and Fox Rothschild LLP, and the Ninth Interim Fee Application of Berkeley Research Group, LLC [Docket No. 5001; filed: 11/17/23]

Response Deadline:    See index of the fee applications attached as Exhibit A.

Responses Received:  None

Related Documents:  None

Status: The hearing on the interim fee applications is going forward.

Dated: November 22, 2023         **SAUL EWING LLP**

By:    */s/ Monique B. DiSabatino*
        Mark Minuti (DE Bar No. 2659)
        Monique B. DiSabatino (DE Bar No. 6027)
        1201 N. Market Street, Suite 2300
        P.O. Box 1266
        Wilmington, DE 19899
        Telephone: (302) 421-6800
        mark.minuti@saul.com
        monique.disabatino@saul.com

        -and-

        Jeffrey C. Hampton
        Adam H. Isenberg
        Centre Square West
        1500 Market Street, 38th Floor
        Philadelphia, PA 19102
        Telephone: (215) 972-7777
        Fax: (215) 972-7725
        jeffrey.hampton@saul.com
        adam.isenberg@saul.com

        *Counsel for Debtors and Debtors in Possession*

# DEBTORS' PROFESSIONALS

**I.    SAUL EWING LLP (Counsel to Debtors)**

1.    Thirteenth Interim Fee Application of Saul Ewing LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2022 through September 30, 2022 [Docket No. 4901; filed: 10/11/23]

    i.    Certification of No Objection for Thirteenth Interim Fee Application of Saul Ewing LLP [Docket No. 4941; filed: 11/01/23]

    Related Documents:

    A.    Thirty-Seventh Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2022 through July 31, 2022 [Docket No. 4258; filed: 09/13/22]

        i.    Certification of No Objection for Thirty-Seventh Monthly Application of Saul Ewing Arnstein & Lehr LLP [Docket No. 4318; filed: 10/04/22]

    B.    Thirty-Eighth Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2022 through August 31, 2022 [Docket No. 4327; filed: 10/10/22]

        i.    Certification of No Objection for Thirty-Eighth Monthly Application of Saul Ewing Arnstein & Lehr LLP [Docket No. 4378; filed: 11/01/22]

    C.    Thirty-Ninth Monthly Fee Application of Saul Ewing Arnstein & Lehr LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2022 through September 30, 2022 [Docket No. 4382; filed: 11/08/22]

        i.    Certification of No Objection for Thirty-Ninth Monthly Application of Saul Ewing Arnstein & Lehr LLP [Docket No. 4398; filed: 11/29/22]

2.    Fourteenth Interim Fee Application of Saul Ewing LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2022 through December 31, 2022 [Docket No. 4902; filed: 10/11/23]

    i.    Certification of No Objection for Fourteenth Interim Fee Application of Saul Ewing LLP [Docket No. 4942; filed: 11/01/23]

Related Documents:

A.    Fortieth Monthly Fee Application of Saul Ewing LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2022 through October 31, 2022 [Docket No. 4439; filed: 12/22/22]

   i.    Certification of No Objection for Fortieth Monthly Application of Saul Ewing LLP [Docket No. 4459; filed: 01/12/23]

B.    Forty-First Monthly Fee Application of Saul Ewing LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2022 through November 30, 2022 [Docket No. 4466; filed: 01/19/23]

   i.    Certification of No Objection for Forty-First Monthly Application of Saul Ewing LLP [Docket No. 4513; filed: 02/09/23]

C.    Forty-Second Monthly Fee Application of Saul Ewing LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2022 through December 31, 2022 [Docket No. 4540; filed: 03/02/23]

   i.    Certification of No Objection for Forty-Second Monthly Application of Saul Ewing LLP [Docket No. 4576; filed: 03/23/23]

## COMMITTEE'S PROFESSIONALS

II.    **SILLS CUMMIS & GROSS P.C. (Counsel to the Official Committee of Unsecured Creditors)**

3.    Thirteenth Quarterly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors, for the Period from July 1, 2022 through September 30, 2022 [Docket No. 4921; filed: 10/18/23]

   i.    Certification of No Objection for Thirteenth Quarterly Fee Application of Sills Cummis & Gross P.C. [Docket No. 4973; filed: 11/07/23]

Related Documents:

A.    Thirty Seventh Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from July 1, 2022 through July 31, 2022 [Docket No. 4341; filed: 10/17/22]

2

        i.      Certification of No Objection for Thirty Seventh Monthly Application of Sills Cummis & Gross P.C. [Docket No. 4389; filed: 11/15/22]

B.      Thirty Eighth Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from August 1, 2022 through August 31, 2022 [Docket No. 4342; filed: 10/17//22]

        i.      Certification of No Objection for Thirty Eighth Monthly Application of Sills Cummis & Gross P.C. [Docket No. 4390; filed: 11/15/22]

C.      Thirty Ninth Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from September 1, 2022 through September 30, 2022 [Docket No. 4388; filed: 11/14/22]

        i.      Certification of No Objection for Thirty Ninth Monthly Application of Sills Cummis & Gross P.C. [Docket No. 4401; filed: 12/06/22]

4.      Fourteenth Quarterly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors, for the Period from October 1, 2022 through December 31, 2022 [Docket No. 4922; filed: 10/18/23]

        i.      Certification of No Objection for Fourteenth Quarterly Fee Application of Sills Cummis & Gross P.C. [Docket No. 4974; filed: 11/07/23]

Related Documents:

A.      Fortieth Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from October 1, 2022 through October 31, 2022 [Docket No. 4402; filed: 12/07/22]

        i.      Certification of No Objection for Fortieth Monthly Application of Sills Cummis & Gross P.C. [Docket No. 4443; filed: 12/29/22]

B.      Forty-First Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from November 1, 2022 through November 30, 2022 [Docket No. 4492; filed: 02/02/23]

3

       i.     Certification of No Objection for Forty-First Monthly Application of Sills Cummis & Gross P.C. [Docket No. 4535; filed: 02/27/23]

C.     Forty-Second Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from December 1, 2022 through December 31, 2022 [Docket No. 4493; filed: 02/02/23]

       i.     Certification of No Objection for Forty-Second Monthly Application of Sills Cummis & Gross P.C. [Docket No. 4536; filed: 02/27/23]

## III.   FOX ROTHSCHILD LLP (Delaware Counsel to the Official Committee of Unsecured Creditors)

5.     Thirteenth Interim Application of Fox Rothschild LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period July 1, 2022 through September 30, 2022 [Docket No. 4919; filed: 10/18/23]

       i.     Certification of No Objection for Thirteenth Interim Fee Application of Fox Rothschild LLP [Docket No. 4947; filed: 11/03/23]

Related Documents:

A.     Thirty Fifth Monthly Fee Application of Fox Rothschild LLP for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period July 1, 2022 through July 31, 2022 [Docket No. 4266; filed: 09/14/22]

       i.     Certification of No Objection for Thirty Fifth Monthly Application of Fox Rothschild LLP [Docket No. 4324; filed: 10/07/22]

B.     Thirty Sixth Monthly Fee Application of Fox Rothschild LLP for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period July August 1, 2022 through August 31, 2022 [Docket No. 4267; filed: 09/14/22]

       i.     Certification of No Objection for Thirty Sixth Monthly Application of Fox Rothschild LLP [Docket No. 4325; filed: 10/07/22]

C.     Thirty Seventh Monthly Fee Application of Fox Rothschild LLP for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period September 1, 2022 through September 30, 2022 [Docket No. 4356; filed: 10/26/22]

4

       i.      Certification of No Objection for Thirty Seventh Monthly Application of Fox Rothschild LLP [Docket No. 4393; filed: 11/17//22]

6.      Fourteenth Interim Application of Fox Rothschild LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period October 1, 2022 through December 31, 2022 [Docket No. 4920; filed: 10/18/23]

       i.      Certification of No Objection for Fourteenth Interim Fee Application of Fox Rothschild LLP [Docket No. 4948; filed: 11/03/23]

Related Documents:

A.      Thirty Eighth Monthly Fee Application of Fox Rothschild LLP for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period October 1, 2022 through October 31, 2022 [Docket No. 4417; filed: 12/08/22]

       i.      Certification of No Objection for Thirty Eighth Monthly Application of Fox Rothschild LLP [Docket No. 4460; filed: 01/13/23]

B.      Thirty Ninth Monthly Fee Application of Fox Rothschild LLP for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period November 1, 2022 through November 30, 2022 [Docket No. 4418; filed: 12/08/22]

       i.      Certification of No Objection for Thirty Ninth Monthly Application of Fox Rothschild LLP [Docket No. 4461; filed: 01/13/23]

C.      Fortieth Monthly Fee Application of Fox Rothschild LLP for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period December 1, 2022 through December 31, 2022 [Docket No. 4485; filed: 02/01/23]

       i.      Certification of No Objection for Fortieth Monthly Application of Fox Rothschild LLP [Docket No. 4533; filed: 02/27/23]

**IV.    BERKELEY RESEARCH GROUP, LLC (Financial Advisor to the Official Committee of Unsecured Creditors)**

7.    Ninth Interim Fee Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors During the Period from July 1, 2022 through December 31, 2022 [Docket No. 4928; filed: 10/2023]

    i.    Certification of No Objection for Ninth Interim Application of Berkeley Research Group, LLC [Docket No. 4985; filed: 11/14/23]

Related Documents:

A.    Twelfth Monthly Fee Application of Berkeley Research Group, LLC Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors During the Period from July 1, 2022 through December 31, 2022 [Docket No. 4771; filed: 07/14/23]

    i.    Certification of No Objection for Twelfth Monthly Application of Berkeley Research Group, LLC [Docket No. 4807; filed: 08/09/23]

51061620.1 11/22/2023