# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Re: D.I. 4907** |

**CERTIFICATE OF NO OBJECTION REGARDING THE FIFTIETH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM <u>AUGUST 1, 2023 THROUGH AUGUST 31, 2023</u>**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Fiftieth Monthly Fee Application of Sills Cummis & Gross P.C. ("<u>Sills</u>") for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period August 1, 2023 through August 31, 2023 (the "<u>Application</u>") [D.I. 4907], filed on October 11, 2023. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Objections to the Application were required to be filed and served no later than November 1, 2023 at 4:00 p.m. ET.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

152662816.1

Pursuant to this Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered on August 2, 2019 (the "Interim Compensation Order") [D.I. 341], the Debtors are authorized and directed to pay Sills $6,650.00 (which represents 80% of the fees for the period August 1, 2023 through August 31, 2023) (no expense reimbursement requested) upon the filing of this certification and without the need of a court order.

Dated: December 7, 2023

Respectfully submitted,

/s/ Seth A. Niederman
Seth A. Niederman (No. 4588)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
Email: sniederman@foxrothschild.com

-and-

Andrew H. Sherman (admitted *pro hac vice*)
Boris I. Mankovetskiy (admitted *pro hac vice*)
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone: (973) 643-7000
Facsimile: (973) 643-6500
Email: asherman@sillscummis.com
          bmankovetskiy@sillscummis.com

*Counsel to the Official Committee of Unsecured Creditors*