<center>

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

</center>

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1]<br><br><center>Debtors.</center> | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |

<center>

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR DECEMBER 20, 2023 AT
10:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE
<u>HONORABLE MARY F. WALRATH, U.S. BANKRUPTCY COURT JUDGE</u>**

</center>

> **THIS REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE.**
>
> **PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THIS HEARING:**
>
> **https://debuscourts.zoomgov.com/meeting/register/vJIsd-mqrDMiGrEd4aZ9i0ckAvsj-e-emyo**
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing log-in formation for the hearing.**
>
> **ALL PARTIES MUST REGISTER NO LATER THAN 4:00 P.M. (ET) ON DECEMBER 19, 2023**

<u>**FEE APPLICATIONS**</u>**:**

1.  Thirteenth Interim Fee Application of Saul Ewing LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2022 through September 30, 2022 [Docket No. 4901; filed: 10/11/23]

2.  Fourteenth Interim Fee Application of Saul Ewing LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2022 through December 31, 2022 [Docket No. 4902; filed: 10/11/23]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

Related Documents:

A.    Supplemental Certification of Saul Ewing LLP in Support of Thirteenth and Fourteenth Interim Fee Applications [Docket No. 5018; filed: 11/30/23]

B.    Second Supplemental Certification of Saul Ewing LLP in Support of Thirteenth and Fourteenth Interim Fee Applications [Docket No. 5020; filed: 12/01/23]

C.    Notice of Hearing on Saul Ewing's Thirteenth and Fourteenth Interim Fee Applications [Docket No. 5023; filed: 12/01/23]

Status: This matter is going forward.

Dated: December 18, 2023                         **SAUL EWING LLP**

                              By:    */s/ Mark Minuti*
                                      Mark Minuti (DE Bar No. 2659)
                                      Monique B. DiSabatino (DE Bar No. 6027)
                                      1201 N. Market Street, Suite 2300
                                      P.O. Box 1266
                                      Wilmington, DE 19899
                                      Telephone: (302) 421-6800
                                      mark.minuti@saul.com
                                      monique.disabatino@saul.com

                                             -and-

                                      Jeffrey C. Hampton
                                      Adam H. Isenberg
                                      Centre Square West
                                      1500 Market Street, 38th Floor
                                      Philadelphia, PA 19102
                                      Telephone: (215) 972-7777
                                      Fax: (215) 972-7725
                                      jeffrey.hampton@saul.com
                                      adam.isenberg@saul.com

                                      *Counsel for Debtors and Debtors in Possession*

2