**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL., et al,[1] | : | Case No. 19-11466 (MFW) |
| | : | |
| | : | Jointly Administered |
| Debtors. | : | |

### SUBSTITUTION OF COUNSEL AND NOTICE OF APPEARANCE

The undersigned hereby consent to the substitution of Dilworth Paxson LLP for Schnader Harrison Segal & Lewis LLP, a Pennsylvania Limited Liability Partnership in dissolution as counsel for Commonwealth of Pennsylvania Department of Health (the "PA Dept. of Health") in the above matter.

PLEASE TAKE NOTICE that David Smith, Esquire, and Peter C. Hughes, Esquire of Dilworth Paxson LLP hereby enter their appearance on behalf of the PA Dept. of Health, a creditor and party-in-interest in the above-captioned bankruptcy case pursuant to Bankruptcy Rule 9010(b), and request copies of all notices and pleadings filed herein or in any related proceedings including notices provided pursuant to Bankruptcy Rules 2002(a), (b) and (f), and 3017(a).

PLEASE TAKE FURTHER NOTICE that the foregoing request encompasses all notices, motions, demands, complaints, answers, applications and orders, whether formal or informal,

---

[1] The Debtors in these cases, along with the last four digits of the federal tax identification number are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (55334), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

#124167750v1

written or oral, and/or transmitted or conveyed by mail, hand delivery, telephone, telefax, telecopy and/or any other means. All such notices and pleadings should be sent to:

> David Smith, Esquire
> Peter C. Hughes, Esquire
> Dilworth Paxson LLP
> 1500 Market Street, Suite 3500E
> Philadelphia, PA 19102
> Telephone: (215) 575-7000
> Facsimile: (215) 575-7200
> dsmith@dilworthlaw.com
> phughes@dilworthlaw.com

> and

> Peter C. Hughes, Esquire
> Dilworth Paxson LLP
> 800 North King Street, Suite 202
> Wilmington, DE 19801
> (302) 571-9800
> (302) 571-8875
> phughes@dilworthlaw.com

PLEASE TAKE FURTHER NOTICE that, by submitting this notice and/or any subsequent appearance, pleading, claim or suit, the PA Dept. of Health is not waiving and hereby expressly preserves the right to: (i) have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) a trial by jury in any proceeding so triable in this case or in any related case, controversy or proceeding; (iii) have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; and/or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled under any agreement, in equity and/or other applicable law.

[Intentionally Blank-Signatures on Next Page]

| | |
|---|---|
| Dated: April 4, 2024 | Dated: April 4, 2024 |
| **SCHNADER HARRISON SEGAL & LEWIS LLP** | **DILWORTH PAXSON LLP** |
| /s/ Richard A. Barkasy | /s/ Peter C. Hughes |
| Richard A. Barkasy, Esquire<br>As authorized by the liquidating partners<br>of Schnader Harrison Segal & Lewis LLP | Peter C. Hughes, Esquire (#4180)<br>800 North King Street, Suite 202<br>Wilmington, DE  19801<br>(302) 571-9800<br>(302) 571-8875 |
| *Withdrawing Attorneys* | |

and

David Smith, Esquire
Peter C. Hughes, Esquire
1500 Market Street – Suite 3500E
Philadelphia, PA  19102
(215) 575-7000
(215) 575-7200 (fax)
dsmith@dilworthlaw.com
phughes@dilworthlaw.com

*Attorneys for the Commonwealth of Pennsylvania Department of Health*

#124167750v1

## **CERTIFICATE OF SERVICE**

    I, Christine Tomlin, Paralegal, hereby certify that on April 4, 2024, I caused to be served a true and correct copy of the Substitution of Counsel and Notice of Appearance electronically via the Court's CM/ECF notification to all parties who requested such notice.

/s/ Christine Tomlin
Christine Tomlin, Paralegal
