IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR MAY 23, 2024 AT 11:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE MARY F. WALRATH, U.S. BANKRUPTCY COURT JUDGE**

**THIS HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE.**

**To attend this hearing remotely, please register using the eCourt Appearances tool (https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl) or on the Court's Website at www.deb.uscourts.gov.**

**The deadline to register for remote attendance is 4:00 p.m. (prevailing Eastern Time) the business date before the hearing unless otherwise notices.**

**After registering your appearance, you will receive a confirmation email containing information about joining the hearing.**

**MATTER GOING FORWARD:**

1. Motion of the Debtors for Entry of an Order (I) Authorizing Center City Healthcare, LLC to Enter into Premium Financing Agreement with First Insurance Funding with Respect to Property, Liability and Excess Insurance and (II) Granting Related Relief [Docket No. 5255; filed: 05/14/24]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

Response Deadline:  May 21, 2024 at 4:00 p.m.

Responses Received:  None to date

Related Documents:

A. Declaration of Allen Wilen in Support of Motion of the Debtors for Entry of an Order (I) Authorizing Center City Healthcare, LLC to Enter into Premium Financing Agreement with First Insurance Funding with Respect to Property, Liability and Excess Insurance and (II) Granting Related Relief [Docket No. 5256; filed: 05/14/24]

B. Order Granting the Debtors' Motion for Expedited Consideration of the Debtors for Entry of an Order (I) Authorizing Center City Healthcare, LLC to Enter into Premium Financing Agreement with First Insurance Funding with Respect to Property, Liability and Excess Insurance and (II) Granting Related Relief [Docket No. 5259; signed and docketed: 05/15/24]

C. Notice of Hearing [Docket No. 5260; field: 05/14/24]

Status: This matter is going forward.

Dated: May 21, 2024               **SAUL EWING LLP**

By:   */s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for Debtors and Debtors in Possession*