# EXHIBIT D

## EXPENSE SUMMARY

52484076.2 06/18/2024

## Expense Summary

## For the Period from April 1, 2024 through April 30, 2024

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| E-discovery Processing /Usage | Epiq Relativity | $13,913.55 |
| Hotel | *See attached chart* | $400.23 |
| Legal Research | Westlaw | $1,599.00 |
| Meals | *See attached chart* | $1,851.38 |
| Messenger Service | Reliable Copy Service – DE | $168.44 |
| Mileage | *See attached chart* | $73.53 |
| Overnight Delivery | Federal Express | $217.14 |
| Parking | *See attached chart* | $70.00 |
| Publication | International Code Council | $22.03 |
| Search Fees | City of Philadelphia | $7.00 |
| Transcript | Frontino Reporting, LLC | $336.00 |
| **Total** | | **$18,658.30** |

2

| TRAVEL DETAIL | | | | |
|---|---|---|---|---|
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 04/15/24 | Mark Minuti | (1) Mark Minuti | (Mileage) Travelling from Delaware to Philadelphia and back for depositions | $49.14 |
| 04/19/24 | John Demmy | (1) John Demmy | (Mileage) Travelling from Wayne, PA to Philadelphia, PA and back for deposition | $24.39 |
| 04/15/24 | Parkway Corp. Bellevue Hotel | (1) Mark Minuti | Parking in Philadelphia for depositions | $35.00 |
| 04/19/24 | Parkway Corp. Bellevue Hotel | (1) John Demmy | Parking in Philadelphia for deposition | $35.00 |
| 4/2 – 4/3/24 | Staybridge Suites | (1) Jeffrey C. Hampton | Hotel in Wilmington, DE for mediation | $400.23 |
| **TOTAL** | | | | **$543.76** |

| MEAL DETAIL | | | | |
|---|---|---|---|---|
| Date | Provider | # of People and Description | Description | Amount |
| 03/22/24 | Marathon Grill | (4) John DiNome, Mark Minuti, Albert Perno, John Demmy | Lunch during deposition preparation | $93.16 |
| 04/02/24 | Espresso Coffee Shop | (17) Allen Wilen, John DiNome, Mark Minuti, Jeffrey Hampton, Judge Fitzgerald, Boris Mankovetskiy, Andrew Sherman, Patricia Prezioso, Suzzanne Uhland, Kathleen Wilkinson, Ross Hooper, Joel Freedman, Christopher Macy, Jennifer Bell, Ron Daugherty, Pamela Saechow, Tom Judge | Coffee during mediation | $70.00 |
| 04/02/24 | Urban Café | (17) Allen Wilen, John DiNome, Mark Minuti, Jeffrey Hampton, Judge Fitzgerald, Boris Mankovetskiy, Andrew Sherman, Patricia Prezioso, Suzzanne Uhland, Kathleen Wilkinson, Ross Hooper, Joel Freedman, Christopher Macy, Jennifer Bell, Ron Daugherty, Pamela Saechow, Tom Judge | Breakfast during mediation | $253.00 |
| 04/02/24 | Urban Café | (17) Allen Wilen, John DiNome, Mark Minuti, Jeffrey Hampton, Judge Fitzgerald, Boris Mankovetskiy, Andrew Sherman, Patricia Prezioso, Suzzanne Uhland, Kathleen Wilkinson, Ross Hooper, Joel Freedman, Christopher Macy, Jennifer Bell, Ron Daugherty, Pamela Saechow, Tom Judge | Lunch during mediation | $308.00 |
| 04/03/24 | Costco | (17) Allen Wilen, John DiNome, Mark Minuti, Jeffrey Hampton, Judge Fitzgerald, Boris Mankovetskiy, Andrew Sherman, Patricia Prezioso, Suzzanne Uhland, Kathleen Wilkinson, Ross Hooper, Joel Freedman, Christopher Macy, Jennifer Bell, Ron Daugherty, Pamela Saechow, Tom Judge | Refreshments during mediation | $121.97 |

| Date | Vendor | Attendees | Purpose | Amount |
|---|---|---|---|---|
| 04/03/24 | Urban Café | (17) Allen Wilen, John DiNome, Mark Minuti, Jeffrey Hampton, Judge Fitzgerald, Boris Mankovetskiy, Andrew Sherman, Patricia Prezioso, Suzzanne Uhland, Kathleen Wilkinson, Ross Hooper, Joel Freedman, Christopher Macy, Jennifer Bell, Ron Daugherty, Pamela Saechow, Tom Judge | Breakfast during mediation | $322.00 |
| 04/03/24 | Expresso Coffee Shop | (17) Allen Wilen, John DiNome, Mark Minuti, Jeffrey Hampton, Judge Fitzgerald, Boris Mankovetskiy, Andrew Sherman, Patricia Prezioso, Suzzanne Uhland, Kathleen Wilkinson, Ross Hooper, Joel Freedman, Christopher Macy, Jennifer Bell, Ron Daugherty, Pamela Saechow, Tom Judge | Coffee during mediation | $35.00 |
| 04/03/24 | Urban Café | (17) Allen Wilen, John DiNome, Mark Minuti, Jeffrey Hampton, Judge Fitzgerald, Boris Mankovetskiy, Andrew Sherman, Patricia Prezioso, Suzzanne Uhland, Kathleen Wilkinson, Ross Hooper, Joel Freedman, Christopher Macy, Jennifer Bell, Ron Daugherty, Pamela Saechow, Tom Judge | Lunch during mediation | $308.00 |
| 04/03/24 | Grotto Pizza | (17) Allen Wilen, John DiNome, Mark Minuti, Jeffrey Hampton, Judge Fitzgerald, Boris Mankovetskiy, Andrew Sherman, Patricia Prezioso, Suzzanne Uhland, Kathleen Wilkinson, Ross Hooper, Joel Freedman, Christopher Macy, Jennifer Bell, Ron Daugherty, Pamela Saechow, Tom Judge | Dinner during mediation | $309.78 |
| 04/11/24 | Cucina Romana | (2) John Dinome, Mark Minuti | Lunch during depositions | $30.47 |
| | | **TOTAL** | | **$1,851.38** |



| | | | |
|---|---|---|---|
| Philadelphia Academic Health System, LLC | | Invoice Number | 4341617 |
| 222 N. Sepulveda Blvd. | | Invoice Date | 05/29/24 |
| Suite 900 | | Client Number | 376719 |
| El Segundo, CA 90245 | | Matter Number | 00002 |

Re:     Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | | |
|---|---|---|---|
| 04/18/24 | Mileage: VENDOR: Mark Minuti; 4/15/2024 - Mileage for Mark Minuti from Wilmington, Delaware to Philadelphia, PA and back for depositions of John Dinome and Anthony Perno | 49.14 | |
| 04/22/24 | Mileage; VENDOR: John D. Demmy; 4/19/2024 - Mileage for John Demmy from Wayne, PA to Philadelphia, PA and back for deposition of Cynthia Marino | 24.39 | |
| | *Total Mileage* | | 73.53 |
| 04/16/24 | Messenger Service: Vendor: Reliable Copy Service - DE; 4/9/24 - Copying and hand delivery of Motion to Compel, Motion for Expedited Consideration and Order Granting Expedited Consideration to Cogency Global in Dover | 168.44 | |
| | *Total Messenger Services* | | 168.44 |
| 04/18/24 | Parking:  Vendor: Parkway Corp. Bellevue Hotel; 4/15/2024 - Parking for Mark Minuti in Philadelphia for depositions of John Dinome and Anthony Perno | 35.00 | |
| 04/22/24 | Parking: Vendor: Parkway Corp. Bellevue Hotel: 4/19/2024 – Parking for John Demmy in Philadelphia for deposition of Cynthia Marino | 35.00 | |
| | *Total Parking* | | 70.00 |
| 04/02/24 | Federal Express: Vendor: Federal Express; 03/25/2024 To: John Demmy From: John Demmy | 29.31 | |
| 04/09/24 | Federal Express: Vendor: Federal Express; 04/01/2024 To: ESD Unit From: Office Services | 76.29 | |
| 04/17/24 | Federal Express: Vendor: Federal Express; 04/09/2024 To: Joel Freedman From: Mark Minuti | 38.14 | |
| 04/17/24 | Federal Express: Vendor: Federal Express; 04/09/2024 To: Paladin Healthcare Capital, LL From: Mark Minuti | 16.29 | |
| 04/24/24 | Federal Express: Vendor: Federal Express; 04/09/2024 To: Paladin Healthcare Capital, LL From: Mark Minuti | 57.11 | |
| | *Total Federal Express* | | 217.14 |
| 04/16/24 | Hotel:  : Vendor: Staybridge Suites; 4/2 – 4/3/24 – Hotel for Jeffrey Hampton in Wilmington, DE for Saechow mediation | 400.23 | |
| | *Total Hotel* | | 400.23 |
| 04/02/24 | Meals; Vendor: Espresso Coffee Shop; 4/2/2024 - Coffee and tea during mediation | 70.00 | |
| 04/18/24 | Meals; Vendor: Cucina Romana; 4/11/2024 - Lunch for John Dinome and Mark Minuti during Iron Stone depositions | 30.47 | |

| | | | |
|---|---|---|---|
| 376719 | Philadelphia Academic Health System, LLC, et. al | Invoice Number | 4341617 |
| 00002 | Expenses | | Page: 2 |
| 05/29/24 | | | |

| Date | Description | Amount | Total |
|---|---|---:|---:|
| 04/08/24 | Meals; Vendor: Grotto Pizza; Date: 4/3/2024 - Dinner during mediation (Judge Judith K. Fitzgerald; Mark Minuti; Jeffrey Hampton; John DiNome; Allen Wilen; Boris Mankovetskiy; Patricia Prezioso; Suzzanne Uhland; Kathleen Wilkinson; Joel Freedman; Robyn Warren; Christopher Macey; Jennifer Bell; Ron Daugherty; Pamela Saechow; Tom Judge) | 309.78 | |
| 04/16/24 | Meals; Vendor: Urban Cafe; 4/2/2024 - Breakfast during mediation (Judge Judith K. Fitzgerald; Mark Minuti; Jeffrey Hampton; John DiNome; Allen Wilen; Boris Mankovetskiy; Patricia Prezioso; Suzzanne Uhland; Kathleen Wilkinson; Joel Freedman; Robyn Warren; Christopher Macey; Jennifer Bell; Ron Daugherty; Pamela Saechow; Tom Judge) | 253.00 | |
| 04/22/24 | Meals; Vendor: Urban Cafe; 4/3/2024 - Breakfast during mediation (Judge Judith K. Fitzgerald; Mark Minuti; Jeffrey Hampton; John DiNome; Allen Wilen; Boris Mankovetskiy; Patricia Prezioso; Suzzanne Uhland; Kathleen Wilkinson; Joel Freedman; Robyn Warren; Christopher Macey; Jennifer Bell; Ron Daugherty; Pamela Saechow; Tom Judge) | 322.00 | |
| 04/22/24 | Meals; Vendor: Urban Cafe; 4/2/2024 - Lunch during mediation (Judge Judith K. Fitzgerald; Mark Minuti; Jeffrey Hampton; John DiNome; Allen Wilen; Boris Mankovetskiy; Patricia Prezioso; Suzzanne Uhland; Kathleen Wilkinson; Joel Freedman; Robyn Warren; Christopher Macey; Jennifer Bell; Ron Daugherty; Pamela Saechow; Tom Judge) | 308.00 | |
| 04/22/24 | Meals; Vendor: Urban Cafe; 4/3/2024 - Lunch during mediation (Judge Judith K. Fitzgerald; Mark Minuti; Jeffrey Hampton; John DiNome; Allen Wilen; Boris Mankovetskiy; Patricia Prezioso; Suzzanne Uhland; Kathleen Wilkinson; Joel Freedman; Robyn Warren; Christopher Macey; Jennifer Bell; Ron Daugherty; Pamela Saechow; Tom Judge) | 308.00 | |
| 04/23/24 | Meals; Vendor: Espresso Coffee Shop; 4/3/24 - Coffee during mediation | 35.00 | |
| 04/25/24 | Vendor: Marathon Gill; 03/22/2024 – Lunch for John DiNome, Mark Minuti, John Demmy and Albert Perno while preparing for depositions | 93.16 | |
| 04/25/24 | Meals; Vendor: Costco; 04/3/24 purchase of snacks during for mediation | 121.97 | |
| | Total Meals | | 1,851.38 |
| 04/25/24 | Publication; VENDOR: International Code Council; 04/1/24; Intl Code 2018 IBC® Code and Commentary Combo, Vol. 1 & 2(Digital Code ) | 22.03 | |
| | Total Publication | | 22.03 |
| 04/25/24 | Search Fee; Vendor: City of Philadelphia; 4/1/2024 – Document search | 7.00 | |
| | Total Search Fee | | 7.00 |
| 04/23/24 | Transcript; Vendor: Frontino Reporting, LLC; 4/16/2024 - Deposition transcript of Cynthia Marino | 336.00 | |
| | Total Transcript | | 336.00 |
| 04/24/24 | Westlaw Research (Lucian B. Murley) | 1,329.00 | |
| 04/24/24 | Westlaw Research (Nicholas Smargiassi) | 270.00 | |
| | Total Westlaw Legal Research | | 1,599.00 |
| | Epiq Relativity eDiscovery Costs | 13,913.55 | |
| | Total Epiq Relativity eDiscovery Costs | | 13,913.55 |
| | CURRENT EXPENSES | | 18,658.30 |
| | **TOTAL AMOUNT OF THIS INVOICE** | | 18,658.30 |