# Exhibit "A"

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: January 30, 2024 at 4:00 p.m. ET** |

## FIFTIETH MONTHLY FEE APPLICATION OF FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023

| | |
|---|---|
| Name of Applicant | Fox Rothschild LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | *Nunc Pro Tunc* to July 17, 2019[2] |
| Period for which Compensation and Reimbursement is Sought for the Fiftieth Monthly Period: | October 1, 2023 through October 31, 2023 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Fiftieth Monthly Period: | $8,812.00 (80% of $11,015.00) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Fiftieth Monthly Period: | $58.80 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] See Order Granting Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. Section 1103(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Fox Rothschild LLP as Counsel Effective as of July 17, 2019, entered on September 4, 2019 [D.I. 637].

153360855.1

This is a(n): _X_ Monthly _____ Interim _____ Final Fee Application

This is Fox Rothschild's Fiftieth monthly fee application. The total time expended in connection with the preparation of this fee application is not included herein as such time was expended after the Compensation Period.

**PREVIOUS FEE APPLICATIONS**

| Application | Dated Filed | Fees Sought | Expenses Sought | CNO Filed | Fees Approved | Expenses Approved |
|---|---|---|---|---|---|---|
| First Monthly [D.I. 1015] | 11/15/19 | $65,854.00 | $3,951.34 | 12/06/19 [D.I. 1105] | $65,854.00 | $3,951.34 |
| Second Monthly [D.I. 1016] | 11/15/19 | $22,899.00 | $1,243.14 | 12/06/19 [D.I. 1106] | $22,899.00 | $1,243.14 |
| Third Monthly [D.I. 1019] | 11/15/19 | $15,471.00 | $204.00 | 12/06/19 [D.I. 1109] | $15,471.00 | $204.00 |
| Fourth Monthly [D.I. 1170] | 12/16/19 | $14,909.50 | $1,064.35 | 1/07/2020 [D.I. 1298] | $14,909.50 | $1,064.35 |
| Fifth Monthly [D.I. 1362] | 1/27/2020 | $18,267.50 | $85.64 | 2/19/2020 [D.I. 1417] | $18,267.50 | $85.64 |
| Seventh Monthly [D.I. 1434] | 2/27/2020 | $10,693.00 | $464.35 | 3/19/2020 [D.I. 1489] | 10,693.00 | $464.35 |
| Eighth Monthly [D.I. 1504] | 3/25/2020 | $7,058.40 | $113.75 | 4/17/2020 [D.I. 1585] | $7,058.40 | $113.75 |
| Eighth Monthly [D.I. 1589] | 4/17/2020 | $9,047.50 | $314.35 | 5/14/2020 [D.I. 1623] | $9,047.50 | $314.35 |
| Ninth Monthly [D.I. 1627] | 5/15/2020 | $2,969.00 | $565.85 | 6/5/2020 [D.I. 1661] | $2,969.00 | $565.85 |
| Tenth Monthly [D.I. 1670] | 6/16/2020 | $5,398.50 | $40.80 | 7/7/2020 [D.I. 1687] | $5,398.50 | $40.80 |
| Eleventh | 7/22/2020 | $1,648.00 | $111.60 | 8/12/2020 | $1,648.00 | $111.60 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Monthly [D.I. 1705] | | | | [D.I. 1737] | | |
| Twelfth Monthly [D.I. 1746] | 8/18/2020 | $1,315.50 | $13.80 | 9/10/2020 [D.I. 1784] | $1,315.50 | $13.80 |
| Thirteenth Monthly [D.I. 1805] | 9/30/2020 | $5,071.00 | $8.45 | 10/26/20 [D.I. 1859] | $5,071.00 | $8.45 |
| Fourteenth Monthly [D.I. 1832] | 10/20/2020 | $6,285.00 | $8.40 | 1/25/20 [D.I. 2048] | $6,285.00 | $8.40 |
| Fifteenth Monthly [D.I. 2049] | 1/26/21 | $8,633.00 | $66.03 | 2/17/21 [D.I. 2104] | $8,633.00 | $66.03 |
| Sixteenth Monthly [D.I. 2050] | 1/26/21 | $10,215.00 | $112.80 | 2/17/21 [D.I. 2105] | $10,215.00 | $112.80 |
| Seventeenth Monthly ][D.I. 2143] | 3/4/21 | $10,764.50 | $10.80 | 4/20/21 [D.I. 2276] | $10,764.00 | $10.80 |
| Eighteenth Monthly [D.I. 2144] | 3/4/21 | $6,272.50 | $33.60 | 4/20/21 [D.I. 2277] | $6,272.50 | $33.60 |
| Nineteenth Monthly [D.I. 2145] | 3/4/21 | $3,996.00 | $66.03 | 4/20/21 [D.I. 2278] | $3,996.00 | $66.03 |
| Twentieth Monthly [D.I. 2284] | 4/21/21 | $6,723.50 | $51.30 | 5/17/21 [D.I. 2339] | $6,723.50 | $51.30 |
| Twenty-First Monthly [D.I. 3222] | 12/1/21 | $4,457.00 | $68.74 | 12/28/21 [D.I. 3364] | $4,457.00 | $68.74 |
| Twenty-Second Monthly [D.I. 3223] | 12/1/21 | $8,118.50 | $8.40 | 12/28/21 [D.I. 3365] | $8,118.50 | $8.40 |
| Twenty-Third Monthly [D.I. 3224] | 12/1/21 | $6,319.50 | $0.00 | 12/28/21 [D.I. 3366] | $6,319.50 | $0.00 |
| Twenty-Fourth Monthly [D.I. 3225] | 12/1/21 | $6,280.50 | $8.40 | 12/28/21 [D.I. 3367] | $6,280.50 | $8.40 |
| Twenty Fifth Monthly [D.I. 3226] | 12/1/21 | $19,061.50 | $321.20 | 12/28/21 [D.I. 3368] | $19,061.50 | $321.20 |

3

| Twenty-Sixth Monthly [D.I. 3227] | 12/1/21 | $10,940.50 | $0.00 | 12/28/21 [D.I. 3369] | $10,940.50 | $0.00 |
|---|---|---|---|---|---|---|
| Twenty-Seventh Monthly [D.I. 3407] | 1/5/22 | $19,666.00 | $78.08 | 2/7/22 [D.I. 3554] | $19,666.00 | $78.08 |
| Twenty-Eighth Monthly [D.I. 3458] | 1/13/22 | $8,940.50 | $9.36 | 2/3/22 [D.I. 3540] | $8,940.50 | $9.36 |
| Twenty-Ninth Monthly [D.I. 3590] | 2/15/22 | $12,676.50 | $23.46 | 3/9/22 [D.I. 3679] | $12,676.50 | $23.46 |
| Thirtieth Monthly [D.I. 3754] | 3/21/2022 | $5,603.00 | $86.76 | 4/12/22 [D.I. 3851] | $5,603.00 | $86.76 |
| Thirty First Monthly [D.I. 3967] | 5/16/2022 | $9,496.50 | $132.84 | 6/7/22 [D.I. 4015] | $9,496.50 | $132.84 |
| Thirty Second Monthly [D.I. 3968] | 5/16/2022 | $6,499.50 | $0.00 | 6/7/22 [D.I. 4016] | $6,499.50 | $0.00 |
| Thirty Third Monthly [D.I. 4060] | 6/29/2022 | $5,047.50 | $12.96 | 7/21/22 [D.I. 4105] | $5,047.50 | $12.96 |
| Thirty Fourth Monthly [D.I. 4106] | 7/21/22 | $5,345.00 | $21.32 | 8/12/22 [D.I. 4166] | $5,345.00 | $21.32 |
| Thirty Fifth Monthly [D.I. 4266] | 9/14/22 | $5,275.50 | $17.86 | 10/7/22 [D.I. 4325] | $5,275.00 | $17.86 |
| Thirty Sixth Monthly [D.I. 4267] | 9/14/22 | $10,192.00 | $233.72 | 10/7/22 [D.I. 4365] | $10,192.00 | $233.72 |
| Thirty-Seventh Monthly [D.I. 4356] | 10/26/22 | $9,414.50 | $12.96 | 11/17/22 [D.I. 4393] | $9,414.50 | $12.96 |
| Thirty Eighth Monthly [D.I. 4417] | 12/8/22 | $4,619.00 | $8.60 | 1/13/23 [D.I. 4460] | $4,619.00 | $8.60 |
| Thirty-Ninth Monthly [D.I. 4418] | 12/8/22 | $2,472.00 | $21.60 | 1/13/23 [D.I. 4461] | $2,472.00 | $21.60 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Fortieth Monthly [D.I. 4485] | 2/1/23 | $5,608.00 | $0.00 | 2/27/23 [D.I. 4533] | $5,608.00 | $0.00 |
| Forty First Monthly [D.I. 4495] | 2/3/23 | $4,068.50 | $0.00 | 2/27/23 [D.I. 4534] | $3,254.80 | $0.00 |
| Forty Second Monthly [D.I. 4774 | 7/19/23 | $7,268.00 | $25.20 | 8/22/23 [D.I. 4833] | $5,814.40 | $25.20 |
| Forty Third Monthly [D.I. 4775 | 7/19/23 | $12,022.00 | $64.59 | 8/22/23 [D.I. 4834] | $9,617.60 | $64.59 |
| Forty Fourth Monthly [D.I. 4776] | 7/19/23 | $3,098.00 | $17.65 | 8/22/23 [D.I. 4835] | $2,478.40 | $17.65 |
| Forty-Fifth Monthly [D.I. 4777] | 7/19/23 | $4,441.50 | $0.00 | 8/22/23 [D.I. 4836] | $3,553.20 | $0.00 |
| Forty-Sixth Monthly [D.I. 4883] | 9/22/23 | $3,171.50 | $0.00 | 10/18/23 [D.I. 4923] | $2,537.20 | $0.00 |
| Forty-Seventh Monthly [D.I. 4884] | 9/22/23 | $6,842.50 | $0.00 | 10/18/23 [D.I. 4924] | $5,474.00 | $0.00 |
| Forty-Eighth Monthly [D.I. 5113] | 2/8/24 | $2,065.00 | $18.18 | Pending | Pending | Pending |
| Forty-Ninth Monthly [D.I. 5114] | 2/8/24 | $4,506.00 | $0.00 | Pending | Pending | Pending |
| | **TOTAL:** | **$447,006.40** | **$9,722.26** | | **$432,073.00** | **$9,704.08** |

153360855.1

**CUMULATIVE SUMMARY OF PROFESSIONAL SERVICES RENDERED BY
FOX ROTHSCHILD LLP ON BEHALF OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR THE PERIOD
OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023**

| NAME OF PROFESSIONAL | POSITION/DATE ADMITTED TO BAR | HOURLY BILLING RATE* | TOTAL HOURS BILLED | TOTAL COMPENSATION SOUGHT |
|---|---|---|---|---|
| Martha B. Chovanes | Partner – Admitted to PA Bar in 1988; Joined Fox Rothschild in 1988 | $890 | 0.9 | $801.00 |
| Seth A. Niederman | Partner – Admitted to DE Bar in 2004; Joined Fox Rothschild in 2004 | $675 | 6.0 | $4,050.00 |
| Robin I. Solomon | Paralegal-N/A | $460 | 13.4 | $6,164.00 |
| **TOTALS** | | | **20.3** | **$11,015.00** |
| **Total Blended Rate** | | $542.61 | | |

       *This rate is Fox Rothschild LLP's regular hourly rate for legal services.  All hourly rates are adjusted by Fox Rothschild LLP on a periodic basis (the last such adjustments, relevant to this Application, occurred on June 1, 2023).

153360855.1

**CUMULATIVE SUMMARY OF EXPENSES INCURRED BY
FOX ROTHSCHILD LLP ON BEHALF OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM
OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023**

| Description | Amount |
|---|---|
| POSTAGE CHARGES | $58.80 |
| TOTAL | $58.80 |

153360855.1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: January 30, 2024 at 4:00 p.m ET** |

## FIFTIETH MONTHLY FEE APPLICATION OF FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS <u>FOR THE PERIOD OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023</u>

Fox Rothschild LLP ("<u>Fox Rothschild</u>"), as counsel to the Official Committee of

Unsecured Creditors (the "<u>Committee</u>") of the above-captioned debtors and debtors-in-possession

(the "<u>Debtors</u>"), submits its Fiftieth Monthly Fee Application (the "<u>Application</u>"), pursuant to

sections 330(a), and 331 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 2016

of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), Rule 2016-2 of the Local

Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District

of Delaware (the "<u>Local Rules</u>"), and this Court's Order Establishing Procedures for

Compensation and Reimbursement of Expenses of Professionals, entered August 2, 2019 (the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

153360855.1

"Interim Compensation Order")[2] [D.I. 341], for (i) the allowance of interim compensation for professional services performed by Fox Rothschild for the Fiftieth monthly application period from October 1, 2023 through October 31, 2023 (the "Compensation Period") in the amount of $11,015.00 (the "Monthly Compensation Amount; and (ii) reimbursement of costs advanced in the amount of $58.80 (the "Monthly Expense Amount").   In support of this Application, Fox Rothschild respectfully represents:

## I.      Jurisdiction

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. § 157(b)(2).

2.      Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## II.      Background

3.      On July 31, 2019 (the "Petition Date"), the Debtors filed petitions for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned, jointly administered cases. Under Bankruptcy Code sections 1107 and 1108, the Debtors are operating their business and managing their properties as debtors-in-possession. No trustee or examiner has been appointed in these cases.

4.      On July 15, 2019, the United States Trustee for the District of Delaware (the "U.S. Trustee"), pursuant to Bankruptcy Code section 1102(a)(1), appointed seven members to the Committee. The members of the Committee are (i) Conifer Revenue Cycle Solutions, LLC (ii) Medline Industries, Inc.; (iii) Veolia Energy Philadelphia, Inc.; (iv) Medtronic USA, Inc.; (v) Crothall Healthcare, Inc.; (vi) Global Neurosciences Institute, LLC; and (vii) Pennsylvania Association of Staff Nurses and Allied Professionals. The Committee selected Sills Cummis & Gross P.C. and Fox Rothschild as its counsel.

---

[2] Capitalized terms used herein but not capitalized shall have the meaning(s) ascribed to them in the Interim Compensation Order.

5.      By this Court's Order Granting Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. Section 1103(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Fox Rothschild LLP as Counsel Effective as of July 17, 2019, entered on September 4, 2019, the Committee was authorized to retain Fox Rothschild as their attorneys effective <u>nunc pro tunc</u> to July 17, 2019 (the "<u>Retention Order</u>") [D.I. 637]. The Retention Order authorizes the Debtors to compensate Fox Rothschild in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as were to be fixed by order of the Court. The Interim Compensation Order established such procedures.

## III.      Summary of Application for the Compensation Period

6.      By this Application, and in accordance with the Interim Compensation Order, Fox Rothschild requests approval of the Monthly Compensation Amount and the Monthly Expense Amount, if any, for the Compensation Period.

7.      During the Compensation Period, Fox Rothschild performed the services for which it is seeking compensation from the Debtors and their estates. Fox Rothschild received no payment and no promises of payment from any other source for services rendered, or to be rendered, in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between Fox Rothschild and any other person, other than members of the firm, for the sharing of compensation received for services rendered in these cases.

8.      Fox Rothschild maintains computerized records of the time spent by all Fox Rothschild attorneys and paraprofessionals in connection with its representation of the Committee. Fox Rothschild's invoice for the Compensation Period is attached hereto as <u>Exhibit A</u>.

9.      Fox Rothschild seeks monthly allowance and payment, pursuant to Bankruptcy

153360855.1

Code sections 330 and 331, of all fees and expenses incurred during the Compensation Period. The firm's total fees sought for the Compensation Period are $11,015.00. The firm also seeks reimbursement of expenses for the Compensation Period in the amount of $58.80.

10.     Pursuant to the Interim Compensation Order, absent an objection to the Application, 80% of the firm's fees, or $8,812.00, together with 100% of costs in the amount of $58.80, are payable to Fox Rothschild upon the filing of a certification of no objection.

**A.      Summary of Services Rendered by Fox Rothschild During the Compensation Period**

11.     This Application is the Fiftieth monthly fee application for Interim Compensation that Fox Rothschild has filed in these cases. During the Application Period, Fox Rothschild provided the professional services that are described in this Application and set forth in the attached time records.

12.     Attached as <u>Exhibit A</u> are Fox Rothschild's itemized time records for professionals and paraprofessionals performing services for the Committee during the Compensation Period.

13.     During the Compensation Period, Fox Rothschild billed the Committee for time expended by attorneys and paraprofessionals based on hourly rates ranging from $460 to $890 per hour. The professional services performed by Fox Rothschild on behalf of the Committee during the Compensation Period required an aggregate expenditure of 20.3 recorded hours by Fox Rothschild's partners, associates, and paraprofessionals. Fox Rothschild's blended hourly rate for services provided during the Compensation Period is $542.61.

14.     The fees charged by Fox Rothschild as set forth in <u>Exhibit A</u> are billed in accordance with Fox Rothschild's existing billing rates and procedures in effect during the Compensation Period.

15.     All entries itemized in Fox Rothschild's time records comply with the requirements

set forth in Local Rule 2016-2, including, without limitation, (i) the utilization of project categories, (ii) a description of each activity or service that each individual performed, and (iii) the number of hours (in increments of one-tenth of an hour) spent by each individual providing the services. Each project category in <u>Exhibit</u> <u>A</u> is organized in accordance with Fox Rothschild's internal system of project category or work codes (each a "<u>Task Code</u>"). If a Task Code does not appear, then Fox Rothschild did not bill time or expenses for that Task Code during the Compensation Period but may bill time for that Task Code in the future. In accordance with Local Rule 2016-2(d)(x), all activity descriptions in <u>Exhibit</u> <u>A</u> are presented chronologically within each Task Code category.

16.     The professional services performed by Fox Rothschild were necessary and appropriate to the administration of these cases. The professional services performed by Fox Rothschild were in the best interests of the Committee and other parties in interest. Compensation for the foregoing services as requested is commensurate with the complexity, importance, and time-sensitive nature of the problems, issues, or tasks involved. The professional services were performed expeditiously and efficiently.

17.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of the cases; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; (e) Fox Rothschild's established expertise in the bankruptcy field; and (f) the costs of comparable services other than in a case under the Bankruptcy Code.

**B**.     **Actual and Necessary Expenses of Fox Rothschild**

18.     Fox Rothschild seeks reimbursement of costs advanced in the amount of $58.80 for the Compensation Period.

12

19.     The charges incurred are generally intended to cover Fox Rothschild's direct costs incurred in representing the Committee, which costs are not incorporated in any respect into Fox Rothschild's hourly billing rates. The effect of including such expenses as part of the hourly billing rates would impose that cost upon clients who do not require extensive photocopying and other facilities and services.  Only clients who actually use services of the types set forth in Exhibit A are separately charged for such services. Fox Rothschild has made every effort to minimize its expenses in these cases. The actual expenses incurred in providing professional services were necessary, reasonable, and tailored to serve the needs of the Committee.

**C.     The Requested Compensation Should be Allowed**

20.     The professional time expended by the firm, the value of said time in fees, and the value of the actual expenses incurred by the firm were actual, reasonable, and necessary. In all respects, the firm's fees and expenses meet the standards for allowance under Bankruptcy Code section 330, as well as the standards that govern the review and allowance of bankruptcy professionals' fees. See, e.g., In re Busy Beaver Bldg. Ctrs., Inc., 19 F.3d 833 (3d Cir. 1994).

21.     Bankruptcy Code section 331 provides for interim compensation of professionals and incorporates the substantive standards of section 330 of the Bankruptcy Code to govern the Court's award of such compensation. See 11 U.S.C. § 331. Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 1103 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1)(A)(B). Bankruptcy Code section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded ... the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –

153360855.1

(A) the time spent on such services;

(B) the rates charged for such services;

(C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

(D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

22.     Whenever possible, Fox Rothschild sought to minimize the costs of its services to the Committee by assigning tasks as appropriate to junior attorneys and paraprofessionals whose rates are lower. Fox Rothschild's delegation as such has resulted in a desirable blended rate for its timekeepers.

23.     Moreover, professionals in the firm's commercial bankruptcy and restructuring practice area rendered all of the services performed by Fox Rothschild. In so doing, Fox Rothschild brought to bear the utmost in relevant experience for the Committee and the Debtors' estates.

24.     In sum, the services rendered by Fox Rothschild were necessary and beneficial to the Committee and the Debtors' estates and were performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved. Accordingly, approval of the compensation for professional services and reimbursement of expenses sought herein is warranted.

153360855.1

**D.**     **Reservation**

25.     To the extent time or disbursement charges for services rendered or disbursements incurred relate to the Compensation Period but were not processed prior to the preparation of this Application, or Fox Rothschild has for any other reason not sought compensation or reimbursement of expenses herein with respect to any services rendered or expenses incurred during the Compensation Period, Fox Rothschild reserves the right to request additional compensation for such services and reimbursement of such expenses in a future application.

## IV.     Notice

26.     Notice of this Application will be served upon: (a) the Debtors, Center City Healthcare, LLC, 216 North Broad Street, 4th Floor, Philadelphia, PA 19102; (b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq. [mark.minuti@saul.com] and Monique B. DiSabatino, Esq. [Monique.disabatino@saul.com]) and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. [jeffery.hampton@saul.com] and Adam H. Isenberg, Esq. [adam.isenberg@saul.com]); (c) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq. [benjamin.a.hackman@usdoj.gov]); and (d) Counsel to the DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq. [gsantamour@stradley.com]) and 1000 N. West Street, Suite 1279, Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq. [jpolesky@stradley.com]).

153360855.1

## V.    Conclusion

WHEREFORE, Fox Rothschild respectfully requests that the Court enter an order: (i) allowing interim compensation for professional services rendered during the Compensation Period in the amount of $11,015.00 (no expense reimbursement sought); (ii) allowing such compensation for professional services rendered and reimbursement of actual and necessary expenses incurred without prejudice to Fox Rothschild's right to seek additional compensation for services performed and expenses incurred during the Compensation Period which were not processed at the time of this Application; (iii) payment for services rendered during the Fee Period in the amount of $8,812.00 (80% of $11,015.00) together with 100% of costs in the amount of $58.80, upon the filing of a certification of no objection; and (iv) granting Fox Rothschild such other and further relief as is just and proper.

Dated: January 9, 2024                    **FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*
Seth A. Niederman (DE No. 4588)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
E-mail: sniederman@foxrothschild.com

*Counsel to the Official Committee of*
*Unsecured Creditors*

# Exhibit "A"



# Fox Rothschild LLP

### ATTORNEYS AT LAW

345 CALIFORNIA STREET SUITE 2200 SAN FRANCISCO, CA 94104-2734
Tel 215.299.2000   Fax 215.299.2150   www.foxrothschild.com

TAX I.D. NO. 23-1404723

ANDREW SHERMAN
SILLS CUMMIS & GROSS
ONE RIVERFRONT PLAZA
NEWARK, NJ 07102

| | |
|---|---|
| Invoice Number | 3284784 |
| Invoice Date | 11/04/23 |
| Client Number | 189087 |
| Matter Number | 00001 |

**RE: CENTER CITY HEALTHCARE, LLC D/B/A/ HAHNEMANN UNIVERSITY HOSPITAL, ET AL.**

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/23**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 10/02/2023 | NIEDERMAN | EA2 | REVIEW OF DEBTORS' FIFTEENTH ORDINARY COURSE PROFESSIONAL QUARTERLY STATEMENT | 0.2 | $135.00 |
| 10/03/2023 | CHOVANES | FA1 | REVIEW INVOICES FOR SEPTEMBER TO PREPARE MONTHLY FEE APPLICATION | 0.2 | $178.00 |
| 10/03/2023 | SOLOMON | FA1 | REVIEW AUGUST BILL RE: PREPARATION OF FEE APPLICATION | 0.3 | $138.00 |
| 10/04/2023 | NIEDERMAN | FA1 | WORK ON FORTY EIGHTH MONTHLY FEE APPLICATION OF FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD AUGUST 1, 2023 THROUGH AUGUST 31, 2023 | 0.3 | $202.50 |
| 10/04/2023 | SOLOMON | FA1 | DRAFT AUGUST FEE APPLICATION (FOX) | 0.8 | $368.00 |
| 10/05/2023 | NIEDERMAN | PC | ATTENTION TO ORDER APPROVING STIPULATION BETWEEN DEBTORS AND CRYSTAL BROOMER REGARDINGALLOWED CLAIM | 0.2 | $135.00 |
| 10/05/2023 | SOLOMON | FA1 | BEGIN DRAFT OF NEXT 2 INTERIM FEE APPLICATIONS PER EMAIL FROM DEBTORS' COUNSEL | 1.2 | $552.00 |
| 10/06/2023 | SOLOMON | FA1 | CONTINUE DRAFTING 2 INTERIM FEE APPLICATIONS | 1.0 | $460.00 |
| 10/09/2023 | CHOVANES | FA1 | REVIEW AND APPROVE | 0.1 | $89.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | MONTHLY FEE APPLICATION FOR FILING | | |
| 10/10/2023 | NIEDERMAN | FA2 | CONFER WITH CO-COUNSEL RE SILLS CUMMIS FEE APPS | 0.2 | $135.00 |
| 10/10/2023 | NIEDERMAN | PC | ATTENTION TO DEBTORS' THIRTEENTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) PURSUANT TO SECTIONS 502(B) AND 503 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1 | 0.3 | $202.50 |
| 10/11/2023 | NIEDERMAN | FA2 | BRIEF REVIEW OF INTERIM APPLICATIONS FOR COMPENSATION OF SAUL EWING LLP, COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES | 0.2 | $135.00 |
| 10/11/2023 | NIEDERMAN | FA2 | WORK ON FORTY-EIGHTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JUNE 1, 2023 THROUGH JUNE 30, 2023 | 0.2 | $135.00 |
| 10/11/2023 | NIEDERMAN | FA2 | WORK ON FIFTIETH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM AUGUST 1, 2023 THROUGH AUGUST 31, 2023 | 0.2 | $135.00 |
| 10/11/2023 | NIEDERMAN | FA2 | WORK ON FORTY-NINTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JULY 1, 2023 THROUGH JULY 31, 2023 | 0.2 | $135.00 |
| 10/11/2023 | NIEDERMAN | FA2 | WORK ON FORTY-SEVENTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. | 0.2 | $135.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MAY 1, 2023 THROUGH MAY 31, 2023 | | |
| 10/11/2023 | NIEDERMAN | FA2 | WORK ON FORTY-SIXTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM APRIL 1, 2023 THROUGH APRIL 30, 2023 | 0.2 | $135.00 |
| 10/11/2023 | SOLOMON | FA1 | REVISE AUGUST FEE APPLICATION (FOX) | 0.4 | $184.00 |
| 10/11/2023 | SOLOMON | FA2 | DRAFT NOTICES - SILLS 45TH THROUGH 50TH FEE APPLICATIONS | 0.5 | $230.00 |
| 10/11/2023 | SOLOMON | FA2 | REVIEW, REVISE, FINALIZE AND FILE SILLS FEE APPLICATIONS (APRIL THROUGH AUGUST) | 1.5 | $690.00 |
| 10/12/2023 | SOLOMON | FA1 | DRAFT FOX INTERIM FEE APPLICATIONS | 1.0 | $460.00 |
| 10/13/2023 | NIEDERMAN | CA | ATTENTION TO NOTICE OF CHANGE OF OMNIBUS HEARING DATE | 0.1 | $67.50 |
| 10/16/2023 | NIEDERMAN | CA | ATTENTION TO MONTHLY STAFFING REPORT FOR FILING PERIOD SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023 FOR EISNER ADVISORY GROUP LLC FILED BY CENTER CITY HEALTHCARE, LLC | 0.2 | $135.00 |
| 10/16/2023 | NIEDERMAN | FA1 | WORK ON CERTIFICATE OF NO OBJECTION REGARDING THE FORTY SEVENTH MONTHLY FEE APPLICATION OF FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD JULY 1, 2023 THROUGH JULY 31, 2023 | 0.2 | $135.00 |
| 10/16/2023 | NIEDERMAN | PC | ATTENTION TO REPLY TO DEBTOR'S TWELFTH OMNIBUS OBJECTION TO CLAIMS | 0.3 | $202.50 |
| 10/16/2023 | SOLOMON | FA1 | PREPARATION OF INTERIM FEE | 1.1 | $506.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | APPLICATIONS (13TH/14TH) | | |
| 10/17/2023 | CHOVANES | FA1 | REVIEW CNO FOR 2 MONTHLY FEE APPLICATIONS AND REVIEW 13TH AND 14TH INTERIM FEE APPLICATIONS | 0.4 | $356.00 |
| 10/17/2023 | NIEDERMAN | CA | ATTENTION TO CORRESPONDENCE FROM COUNSEL FOR DEBTORS RE NOVEMBER FEE HEARING | 0.2 | $135.00 |
| 10/17/2023 | NIEDERMAN | FA1 | WORK ON FOURTEENTH INTERIM APPLICATION OF FOX ROTHSCHILD LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OCTOBER 1, 2022 THROUGH DECEMBER 31, 2022 | 0.3 | $202.50 |
| 10/17/2023 | NIEDERMAN | FA1 | WORK ON THIRTEENTH INTERIM APPLICATION OF FOX ROTHSCHILD LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD JULY 1, 2022 THROUGH SEPTEMBER 30, 2022 | 0.3 | $202.50 |
| 10/17/2023 | NIEDERMAN | FA2 | WORK ON FOURTEENTH QUARTERLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM OCTOBER 1, 2022 THROUGH DECEMBER 31, 2022 | 0.3 | $202.50 |
| 10/17/2023 | NIEDERMAN | FA2 | WORK ON THIRTEENTH QUARTERLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM JULY 1, 2022 THROUGH SEPTEMBER 30, 2022 | 0.3 | $202.50 |
| 10/17/2023 | NIEDERMAN | PC | ATTENTION TO CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER SUSTAINING | 0.2 | $135.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | DEBTORS' TWELFTH OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) PURSUANT TO SECTIONS 502(B) AND 503 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1 | | |
| 10/17/2023 | NIEDERMAN | PC | ATTENTION TO STIPULATION BETWEEN CENTER CITY HEALTHCARE, LLC AND JOELLE LEONE AND MICHAEL WINN REGARDING ALLOWED CLAIM ( | 0.2 | $135.00 |
| 10/17/2023 | SOLOMON | FA1 | COMPLETE DRAFTS OF FOX 13TH/14TH INTERIM FEE APPLICATIONS | 2.1 | $966.00 |
| 10/17/2023 | SOLOMON | FA2 | EMAILS WITH SILLS CUMMIS RE: INTERIM FEE APPLICATIONS | 0.2 | $92.00 |
| 10/18/2023 | SOLOMON | FA1 | FINALIZE AND FILE FOX INTERIM FEE APPLICATIONS (13TH/14TH) | 0.7 | $322.00 |
| 10/18/2023 | SOLOMON | FA1 | FINALIZE AND FILE FOX CNOS - 46TH/47TH MONTHLY FEE APPLICATIONS | 0.3 | $138.00 |
| 10/18/2023 | SOLOMON | FA1 | DRAFT NOTICES OF FOX INTERIM FEE APPLICATIONS (13TH/14TH) | 0.5 | $230.00 |
| 10/18/2023 | SOLOMON | FA2 | DRAFT NOTICES - SILLS 13TH/14TH INTERIM FEE APPLICATIONS | 0.5 | $230.00 |
| 10/18/2023 | SOLOMON | FA2 | FINALIZE AND FILE SILLS INTERIM FEE APPLICATIONS (13TH/14TH) AND COORDINATE SERVICE OF SAME | 1.3 | $598.00 |
| 10/20/2023 | NIEDERMAN | FA2 | WORK ON NINTH INTERIM FEE APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DURING THE PERIOD FROM JULY 1, 2022 THROUGH DECEMBER 31, 2022 | 0.2 | $135.00 |
| 10/23/2023 | CHOVANES | FA1 | EMAILS WITH M SWEET RE PAYMENT OF APPROVED MONTHLY FEES | 0.2 | $178.00 |
| 10/23/2023 | NIEDERMAN | PC | ATTENTION TO NOTICE OF SUBMISSION OF PROOF OF CLAIM FOR THE DEBTORS' TWELFTH OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE | 0.2 | $135.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | 3007-1 FOR HEARING ON NOVEMBER 28, 2023 | | |
| 10/24/2023 | NIEDERMAN | CA | REVIEW OF OBJECTION TO THE RESCHEDULING OF OMNIBUS HEARING DATE | 0.2 | $135.00 |
| 10/27/2023 | NIEDERMAN | CA | ATTENTION TO CERTIFICATE OF NO OBJECTION TO DEBTORS' THIRTEENTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) PURSUANT TO SECTIONS 502(B) AND 503 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1 | 0.2 | $135.00 |
| 10/27/2023 | NIEDERMAN | CA | ATTENTION TO ORDER GRANTING MOTION TO FILE UNDER SEAL UNREDACTED VERSION OF DEBTORS' THIRTEENTH OBJECTION TO CLAIMS | 0.2 | $135.00 |
| | | | **TOTAL** | **20.3** | **$11,015.00** |

**TASK SUMMARY:**

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| CA | CASE ADMINISTRATION | 1.1 | $742.50 |
| EA2 | EMPLOYMENT APPLICATION OF OTHER PROFESSIONALS | 0.2 | $135.00 |
| FA1 | FEE APPLICATION OF FOX ROTHSCHILD LLP | 11.4 | $5,867.50 |
| FA2 | FEE APPLICATION OF OTHER PROFESSIONALS | 6.2 | $3,325.00 |
| PC | CLAIMS, ANALYSIS, OBJECTIONS & RESOLUTIONS | 1.4 | $945.00 |
| | **TOTAL** | **20.3** | **$11,015.00** |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| R. I. SOLOMON | PARALEGAL | 13.4 | $460.00 | $6,164.00 |
| S. A. NIEDERMAN | INCOME PARTNER | 6.0 | $675.00 | $4,050.00 |
| M. B. CHOVANES | INCOME PARTNER | 0.9 | $890.00 | $801.00 |
| | **TOTAL** | **20.3** | | **$11,015.00** |

**COSTS ADVANCED AND EXPENSES INCURRED:**

| Description | Amount |
|-------------|--------|
| POSTAGE CHARGES | $58.80 |

TOTAL EXPENSES    $58.80

| | TOTAL AMOUNT OF THIS INVOICE | $11,073.80 |
| | PRIOR BALANCE DUE | $62,146.42 |
| | **TOTAL AMOUNT OF THIS MATTER** | **$73,220.22** |

**OUTSTANDING INVOICES PRIOR TO 11/04/2023**

| Invoice Date | Invoice # | Total | Invoice Date | Invoice # | Total |
|---|---|---|---|---|---|
| 08/10/2022 | 3014977 | $1,055.10 | 04/11/2023 | 3159699 | $12,086.59 |
| 09/02/2022 | 3025582 | $2,038.40 | 05/10/2023 | 3178569 | $3,115.65 |
| 10/07/2022 | 3047383 | $5,760.50 | 06/06/2023 | 3190472 | $4,441.50 |
| 11/14/2022 | 3073066 | $923.80 | 07/06/2023 | 3206894 | $3,171.50 |
| 12/03/2022 | 3082114 | $494.40 | 08/23/2023 | 3239249 | $6,842.50 |
| 01/30/2023 | 3116404 | $4,265.60 | 09/20/2023 | 3252343 | $2,083.18 |
| 02/02/2023 | 3117183 | $4,068.50 | 10/05/2023 | 3267453 | $4,506.00 |
| 03/09/2023 | 3146648 | $7,293.20 | | | |

| | **TOTAL PRIOR BALANCES DUE** | **$62,146.42** |
|---|---|---|

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: February 29, 2024 at 4:00 p.m. ET** |

## NOTICE OF FIFTIETH MONTHLY FEE APPLICATION OF FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023

PLEASE TAKE NOTICE THAT on February 8, 2024, Fox Rothschild LLP ("Fox Rothschild"), as counsel to the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors"), filed the Fiftieth Monthly Fee Application of Fox Rothschild LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from October 1, 2023 through October 31, 2023 (the "Application").

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered August 2, 2019 [D.I. 341] (the "Interim Compensation Order"), objections, if any, to the Application must be filed with the Clerk of the United States Bankruptcy Court for the District of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Delaware, 824 North Market Street, Wilmington, DE 19801, and be served so as to be received by the following parties by no later than **February 29, 2024, at 4:00 p.m**. (prevailing Eastern time), (the "<u>Objection Deadline</u>"): (a) the Debtors, Center City Healthcare, LLC, 216 North Broad Street, 4th Fl. Philadelphia, PA 19102; (b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq. [mark.minuti@saul.com] and Monique B. DiSabatino, Esq. [monique.disabatino@saul.com) and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. [jeffrey.hampton@saul.com] and Adam H. Isenberg, Esq. [adam.isenberg@saul.com]); (c) Counsel to the Committee, Sills Cummis & Gross P.C., The Legal Center, One Riverfront Plaza, Newark, NJ 07102 (Attn: Andrew H. Sherman, Esq. [asherman@sillscummis.com] and Boris I. Mankovetskiy, Esq. [bmankovetskiy@sillscummis.com]) and Fox Rothschild LLP, 919 N. Market Street, Suite 300, Wilmington, DE 19899-2323 (Attn: Seth A. Niederman [sniederman@foxrothschild.com]); (d) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq. [benjamin.a.hackman@usdoj.gov]); and (e) Counsel to the DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq. [gsantamour@stradley.com]) and 1000 N. West Street, Suite 1279, Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq. [jpolesky@stradley.com]).

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Interim Compensation Order, upon expiration of the Objection Deadline, if a Notice of Objection has not been served with respect to the Application, Fox Rothschild may file a certificate of no objection (a "<u>CNO</u>") with the Court with respect to the unopposed portion of the fees and expenses requested in its Monthly Fee Application. After a CNO is filed, the Debtors are authorized and directed to pay Fox

Rothschild an amount the "Actual Monthly Payment") equal to 80 percent of the fees and 100 percent of the expenses requested in the applicable Monthly Fee Application (the "Maximum Monthly Payment"). If a Notice of Objection is timely filed and received and remains unresolved, the Debtors are authorized and directed to pay Fox Rothschild an amount (the "Reduced Monthly Payment") equal to the lesser of (i) the Maximum Monthly Payment and (ii) 80% of fees and 100% of the expenses not subject to a Notice of Objection.

Dated: February 8, 2024

**FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*
Seth A. Niederman (DE No. 4588)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
E-mail: sniederman@foxrothschild.com

*Counsel to the Official Committee of*
*Unsecured Creditors*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: February 29, 2024 at 4:00 p.m. ET** |

**FIFTY FIRST MONTHLY FEE APPLICATION OF
FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR THE PERIOD
NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023**

| | |
|---|---|
| Name of Applicant | Fox Rothschild LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | *Nunc Pro Tunc* to July 17, 2019[2] |
| Period for which Compensation and Reimbursement is Sought for the Fifty First Monthly Period: | November 1, 2023 through November 30, 2023 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Fifty First Monthly Period: | $5,312.00 (80% of $6,640.00) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Fifty First Monthly Period: | $0.00 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] See Order Granting Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. Section 1103(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Fox Rothschild LLP as Counsel Effective as of July 17, 2019, entered on September 4, 2019 [D.I. 637].

1

154746930.1

This is a(n): __X__ Monthly _____ Interim _____ Final Fee Application

This is Fox Rothschild's Fifty First monthly fee application. The total time expended in connection with the preparation of this fee application is not included herein as such time was expended after the Compensation Period.

**PREVIOUS FEE APPLICATIONS**

| Application | Dated Filed | Fees Sought | Expenses Sought | CNO Filed | Fees Approved | Expenses Approved |
|---|---|---|---|---|---|---|
| First Monthly [D.I. 1015] | 11/15/19 | $65,854.00 | $3,951.34 | 12/06/19 [D.I. 1105] | $65,854.00 | $3,951.34 |
| Second Monthly [D.I. 1016] | 11/15/19 | $22,899.00 | $1,243.14 | 12/06/19 [D.I. 1106] | $22,899.00 | $1,243.14 |
| Third Monthly [D.I. 1019] | 11/15/19 | $15,471.00 | $204.00 | 12/06/19 [D.I. 1109] | $15,471.00 | $204.00 |
| Fourth Monthly [D.I. 1170] | 12/16/19 | $14,909.50 | $1,064.35 | 1/07/2020 [D.I. 1298] | $14,909.50 | $1,064.35 |
| Fifth Monthly [D.I. 1362] | 1/27/2020 | $18,267.50 | $85.64 | 2/19/2020 [D.I. 1417] | $18,267.50 | $85.64 |
| Seventh Monthly [D.I. 1434] | 2/27/2020 | $10,693.00 | $464.35 | 3/19/2020 [D.I. 1489] | 10,693.00 | $464.35 |
| Eighth Monthly [D.I. 1504] | 3/25/2020 | $7,058.40 | $113.75 | 4/17/2020 [D.I. 1585] | $7,058.40 | $113.75 |
| Eighth Monthly [D.I. 1589] | 4/17/2020 | $9,047.50 | $314.35 | 5/14/2020 [D.I. 1623] | $9,047.50 | $314.35 |
| Ninth Monthly [D.I. 1627] | 5/15/2020 | $2,969.00 | $565.85 | 6/5/2020 [D.I. 1661] | $2,969.00 | $565.85 |
| Tenth Monthly [D.I. 1670] | 6/16/2020 | $5,398.50 | $40.80 | 7/7/2020 [D.I. 1687] | $5,398.50 | $40.80 |
| Eleventh | 7/22/2020 | $1,648.00 | $111.60 | 8/12/2020 | $1,648.00 | $111.60 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Monthly [D.I. 1705] | | | | [D.I. 1737] | | |
| Twelfth Monthly [D.I. 1746] | 8/18/2020 | $1,315.50 | $13.80 | 9/10/2020 [D.I. 1784] | $1,315.50 | $13.80 |
| Thirteenth Monthly [D.I. 1805] | 9/30/2020 | $5,071.00 | $8.45 | 10/26/20 [D.I. 1859] | $5,071.00 | $8.45 |
| Fourteenth Monthly [D.I. 1832] | 10/20/2020 | $6,285.00 | $8.40 | 1/25/20 [D.I. 2048] | $6,285.00 | $8.40 |
| Fifteenth Monthly [D.I. 2049] | 1/26/21 | $8,633.00 | $66.03 | 2/17/21 [D.I. 2104] | $8,633.00 | $66.03 |
| Sixteenth Monthly [D.I. 2050] | 1/26/21 | $10,215.00 | $112.80 | 2/17/21 [D.I. 2105] | $10,215.00 | $112.80 |
| Seventeenth Monthly ][D.I. 2143] | 3/4/21 | $10,764.50 | $10.80 | 4/20/21 [D.I. 2276] | $10,764.00 | $10.80 |
| Eighteenth Monthly [D.I. 2144] | 3/4/21 | $6,272.50 | $33.60 | 4/20/21 [D.I. 2277] | $6,272.50 | $33.60 |
| Nineteenth Monthly [D.I. 2145] | 3/4/21 | $3,996.00 | $66.03 | 4/20/21 [D.I. 2278] | $3,996.00 | $66.03 |
| Twentieth Monthly [D.I. 2284] | 4/21/21 | $6,723.50 | $51.30 | 5/17/21 [D.I. 2339] | $6,723.50 | $51.30 |
| Twenty-First Monthly [D.I. 3222] | 12/1/21 | $4,457.00 | $68.74 | 12/28/21 [D.I. 3364] | $4,457.00 | $68.74 |
| Twenty-Second Monthly [D.I. 3223] | 12/1/21 | $8,118.50 | $8.40 | 12/28/21 [D.I. 3365] | $8,118.50 | $8.40 |
| Twenty-Third Monthly [D.I. 3224] | 12/1/21 | $6,319.50 | $0.00 | 12/28/21 [D.I. 3366] | $6,319.50 | $0.00 |
| Twenty-Fourth Monthly [D.I. 3225] | 12/1/21 | $6,280.50 | $8.40 | 12/28/21 [D.I. 3367] | $6,280.50 | $8.40 |
| Twenty Fifth Monthly [D.I. 3226] | 12/1/21 | $19,061.50 | $321.20 | 12/28/21 [D.I. 3368] | $19,061.50 | $321.20 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Twenty-Sixth Monthly [D.I. 3227] | 12/1/21 | $10,940.50 | $0.00 | 12/28/21 [D.I. 3369] | $10,940.50 | $0.00 |
| Twenty-Seventh Monthly [D.I. 3407] | 1/5/22 | $19,666.00 | $78.08 | 2/7/22 [D.I. 3554] | $19,666.00 | $78.08 |
| Twenty-Eighth Monthly [D.I. 3458] | 1/13/22 | $8,940.50 | $9.36 | 2/3/22 [D.I. 3540] | $8,940.50 | $9.36 |
| Twenty-Ninth Monthly [D.I. 3590] | 2/15/22 | $12,676.50 | $23.46 | 3/9/22 [D.I. 3679] | $12,676.50 | $23.46 |
| Thirtieth Monthly [D.I. 3754] | 3/21/2022 | $5,603.00 | $86.76 | 4/12/22 [D.I. 3851] | $5,603.00 | $86.76 |
| Thirty First Monthly [D.I. 3967] | 5/16/2022 | $9,496.50 | $132.84 | 6/7/22 [D.I. 4015] | $9,496.50 | $132.84 |
| Thirty Second Monthly [D.I. 3968] | 5/16/2022 | $6,499.50 | $0.00 | 6/7/22 [D.I. 4016] | $6,499.50 | $0.00 |
| Thirty Third Monthly [D.I. 4060] | 6/29/2022 | $5,047.50 | $12.96 | 7/21/22 [D.I. 4105] | $5,047.50 | $12.96 |
| Thirty Fourth Monthly [D.I. 4106] | 7/21/22 | $5,345.00 | $21.32 | 8/12/22 [D.I. 4166] | $5,345.00 | $21.32 |
| Thirty Fifth Monthly [D.I. 4266] | 9/14/22 | $5,275.50 | $17.86 | 10/7/22 [D.I. 4325] | $5,275.00 | $17.86 |
| Thirty Sixth Monthly [D.I. 4267] | 9/14/22 | $10,192.00 | $233.72 | 10/7/22 [D.I. 4365] | $10,192.00 | $233.72 |
| Thirty-Seventh Monthly [D.I. 4356] | 10/26/22 | $9,414.50 | $12.96 | 11/17/22 [D.I. 4393] | $9,414.50 | $12.96 |
| Thirty Eighth Monthly [D.I. 4417] | 12/8/22 | $4,619.00 | $8.60 | 1/13/23 [D.I. 4460] | $4,619.00 | $8.60 |
| Thirty-Ninth Monthly [D.I. 4418] | 12/8/22 | $2,472.00 | $21.60 | 1/13/23 [D.I. 4461] | $2,472.00 | $21.60 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Fortieth Monthly [D.I. 4485] | 2/1/23 | $5,608.00 | $0.00 | 2/27/23 [D.I. 4533] | $5,608.00 | $0.00 |
| Forty First Monthly [D.I. 4495] | 2/3/23 | $4,068.50 | $0.00 | 2/27/23 [D.I. 4534] | $3,254.80 | $0.00 |
| Forty Second Monthly [D.I. 4774 | 7/19/23 | $7,268.00 | $25.20 | 8/22/23 [D.I. 4833] | $5,814.40 | $25.20 |
| Forty Third Monthly [D.I. 4775 | 7/19/23 | $12,022.00 | $64.59 | 8/22/23 [D.I. 4834] | $9,617.60 | $64.59 |
| Forty Fourth Monthly [D.I. 4776] | 7/19/23 | $3,098.00 | $17.65 | 8/22/23 [D.I. 4835] | $2,478.40 | $17.65 |
| Forty-Fifth Monthly [D.I. 4777] | 7/19/23 | $4,441.50 | $0.00 | 8/22/23 [D.I. 4836] | $3,553.20 | $0.00 |
| Forty-Sixth Monthly [D.I. 4883] | 9/22/23 | $3,171.50 | $0.00 | 10/18/23 [D.I. 4923] | $2,537.20 | $0.00 |
| Forty-Seventh Monthly [D.I. 4884] | 9/22/23 | $6,842.50 | $0.00 | 10/18/23 [D.I. 4924] | $5,474.00 | $0.00 |
| Forty-Eighth Monthly [D.I. 5113] | 2/9/24 | $2,065.00 | $18.18 | Pending | Pending | Pending |
| Forty-Ninth Monthly [D.I. 5117] | 2/9/24 | $4,506.00 | $0.00 | Pending | Pending | Pending |
| Fiftieth Monthly [D.I. 5115] | 2/9/24 | $11,015.00 | $0.00 | Pending | Pending | Pending |
| | **TOTAL:** | **$458,021.40** | **$9,722.26** | | **$432,073.00** | **$9,704.08** |

5

**CUMULATIVE SUMMARY OF PROFESSIONAL SERVICES RENDERED BY
FOX ROTHSCHILD LLP ON BEHALF OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR THE PERIOD
NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023**

| NAME OF PROFESSIONAL | POSITION/DATE ADMITTED TO BAR | HOURLY BILLING RATE* | TOTAL HOURS BILLED | TOTAL COMPENSATION SOUGHT |
|---|---|---|---|---|
| Martha B. Chovanes | Partner – Admitted to PA Bar in 1988; Joined Fox Rothschild in 1988 | $890 | 0.6 | $534.00 |
| Seth A. Niederman | Partner – Admitted to DE Bar in 2004; Joined Fox Rothschild in 2004 | $675 | 8.5 | $5,737.50 |
| Michael G. Menkowitz | Partner – Admitted to PA Bar in 1990; Joined Fox Rothschild in 1990 | $1,075.00 | 0.1 | $107.50 |
| Marcia L. Steen | Paralegal-N/A | $435 | 0.6 | $261.00 |
| **TOTALS** | | | **9.8** | **$6,640.00** |
| **Total Blended Rate** | | $677.55 | | |

    *This rate is Fox Rothschild LLP's regular hourly rate for legal services.  All hourly rates are adjusted by Fox Rothschild LLP on a periodic basis (the last such adjustments, relevant to this Application, occurred on June 1, 2023).

6

**CUMULATIVE SUMMARY OF EXPENSES INCURRED BY
FOX ROTHSCHILD LLP ON BEHALF OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM
NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023**


## No Expense Reimbursement Requested

154746930.1

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: February 29, 2024 at 4:00 p.m ET** |

## FIFTY FIRST MONTHLY FEE APPLICATION OF FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023

Fox Rothschild LLP ("Fox Rothschild"), as counsel to the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors"), submits its Fifty First Monthly Fee Application (the "Application"), pursuant to sections 330(a), and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and this Court's Order Establishing Procedures for Compensation and Reimbursement of Expenses of Professionals, entered August 2, 2019 (the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

154746930.1

"Interim Compensation Order")[2] [D.I. 341], for (i) the allowance of interim compensation for professional services performed by Fox Rothschild for the Fifty First monthly application period from November 1, 2023 through November 30, 2023 (the "Compensation Period") in the amount of $6,640.00 (the "Monthly Compensation Amount) (no reimbursement of expenses requested). In support of this Application, Fox Rothschild respectfully represents:

## I.     Jurisdiction

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. § 157(b)(2).

2.      Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## II.     Background

3.      On July 31, 2019 (the "Petition Date"), the Debtors filed petitions for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned, jointly administered cases. Under Bankruptcy Code sections 1107 and 1108, the Debtors are operating their business and managing their properties as debtors-in-possession. No trustee or examiner has been appointed in these cases.

4.      On July 15, 2019, the United States Trustee for the District of Delaware (the "U.S. Trustee"), pursuant to Bankruptcy Code section 1102(a)(1), appointed seven members to the Committee. The members of the Committee are (i) Conifer Revenue Cycle Solutions, LLC (ii) Medline Industries, Inc.; (iii) Veolia Energy Philadelphia, Inc.; (iv) Medtronic USA, Inc.; (v) Crothall Healthcare, Inc.; (vi) Global Neurosciences Institute, LLC; and (vii) Pennsylvania Association of Staff Nurses and Allied Professionals. The Committee selected Sills Cummis & Gross P.C. and Fox Rothschild as its counsel.

5.      By this Court's Order Granting Application of the Official Committee of Unsecured

---

[2] Capitalized terms used herein but not capitalized shall have the meaning(s) ascribed to them in the Interim Compensation Order.

154746930.1

Creditors Pursuant to 11 U.S.C. Section 1103(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Fox Rothschild LLP as Counsel Effective as of July 17, 2019, entered on September 4, 2019, the Committee was authorized to retain Fox Rothschild as their attorneys effective <u>nunc</u> <u>pro</u> <u>tunc</u> to July 17, 2019 (the "<u>Retention Order</u>") [D.I. 637]. The Retention Order authorizes the Debtors to compensate Fox Rothschild in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as were to be fixed by order of the Court. The Interim Compensation Order established such procedures.

### III.    Summary of Application for the Compensation Period

6.    By this Application, and in accordance with the Interim Compensation Order, Fox Rothschild requests approval of the Monthly Compensation Amount and the Monthly Expense Amount, if any, for the Compensation Period.

7.    During the Compensation Period, Fox Rothschild performed the services for which it is seeking compensation from the Debtors and their estates. Fox Rothschild received no payment and no promises of payment from any other source for services rendered, or to be rendered, in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between Fox Rothschild and any other person, other than members of the firm, for the sharing of compensation received for services rendered in these cases.

8.    Fox Rothschild maintains computerized records of the time spent by all Fox Rothschild attorneys and paraprofessionals in connection with its representation of the Committee. Fox Rothschild's invoice for the Compensation Period is attached hereto as <u>Exhibit A</u>.

9.    Fox Rothschild seeks monthly allowance and payment, pursuant to Bankruptcy Code sections 330 and 331, of all fees and expenses incurred during the Compensation Period. The

10

firm's total fees sought for the Compensation Period are $6,640.00. The firm does not seek any expense reimbursement for the Compensation Period.

10.    Pursuant to the Interim Compensation Order, absent an objection to the Application, 80% of the firm's fees, or $5,312.00 is payable to Fox Rothschild upon the filing of a certification of no objection.

**A.    Summary of Services Rendered by Fox Rothschild During the Compensation Period**

11.    This Application is the Fifty First monthly fee application for Interim Compensation that Fox Rothschild has filed in these cases. During the Application Period, Fox Rothschild provided the professional services that are described in this Application and set forth in the attached time records.

12.    Attached as Exhibit A are Fox Rothschild's itemized time records for professionals and paraprofessionals performing services for the Committee during the Compensation Period.

13.    During the Compensation Period, Fox Rothschild billed the Committee for time expended by attorneys and paraprofessionals based on hourly rates ranging from $435 to $1,075.00 per hour. The professional services performed by Fox Rothschild on behalf of the Committee during the Compensation Period required an aggregate expenditure of 9.8 recorded hours by Fox Rothschild's partners, associates, and paraprofessionals. Fox Rothschild's blended hourly rate for services provided during the Compensation Period is $677.55.

14.    The fees charged by Fox Rothschild as set forth in Exhibit A are billed in accordance with Fox Rothschild's existing billing rates and procedures in effect during the Compensation Period.

15.    All entries itemized in Fox Rothschild's time records comply with the requirements set forth in Local Rule 2016-2, including, without limitation, (i) the utilization of project

154746930.1

categories, (ii) a description of each activity or service that each individual performed, and (iii) the number of hours (in increments of one-tenth of an hour) spent by each individual providing the services. Each project category in <u>Exhibit A</u> is organized in accordance with Fox Rothschild's internal system of project category or work codes (each a "<u>Task Code</u>"). If a Task Code does not appear, then Fox Rothschild did not bill time or expenses for that Task Code during the Compensation Period but may bill time for that Task Code in the future. In accordance with Local Rule 2016-2(d)(x), all activity descriptions in <u>Exhibit A</u> are presented chronologically within each Task Code category.

16.     The professional services performed by Fox Rothschild were necessary and appropriate to the administration of these cases. The professional services performed by Fox Rothschild were in the best interests of the Committee and other parties in interest. Compensation for the foregoing services as requested is commensurate with the complexity, importance, and time-sensitive nature of the problems, issues, or tasks involved. The professional services were performed expeditiously and efficiently.

17.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of the cases; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; (e) Fox Rothschild's established expertise in the bankruptcy field; and (f) the costs of comparable services other than in a case under the Bankruptcy Code.

### B.     Actual and Necessary Expenses of Fox Rothschild

18.     Fox Rothschild does not seek reimbursement of costs for the Compensation Period.

19.     The charges incurred are generally intended to cover Fox Rothschild's direct costs incurred in representing the Committee, which costs are not incorporated in any respect into Fox

Rothschild's hourly billing rates. The effect of including such expenses as part of the hourly billing rates would impose that cost upon clients who do not require extensive photocopying and other facilities and services.  Only clients who actually use services of the types set forth in <u>Exhibit</u> <u>A</u> are separately charged for such services. Fox Rothschild has made every effort to minimize its expenses in these cases. The actual expenses incurred in providing professional services were necessary, reasonable, and tailored to serve the needs of the Committee.

### C.    The Requested Compensation Should be Allowed

20.    The professional time expended by the firm, the value of said time in fees, and the value of the actual expenses incurred by the firm were actual, reasonable, and necessary. In all respects, the firm's fees and expenses meet the standards for allowance under Bankruptcy Code section 330, as well as the standards that govern the review and allowance of bankruptcy professionals' fees. <u>See, e.g.</u>, <u>In re Busy Beaver Bldg. Ctrs., Inc.</u>, 19 F.3d 833 (3d Cir. 1994).

21.    Bankruptcy Code section 331 provides for interim compensation of professionals and incorporates the substantive standards of section 330 of the Bankruptcy Code to govern the Court's award of such compensation. <u>See</u> 11 U.S.C. § 331. Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 1103 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1)(A)(B). Bankruptcy Code section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded ... the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> > (A) the time spent on such services;
> >
> > (B) the rates charged for such services;

(C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

(D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

22.     Whenever possible, Fox Rothschild sought to minimize the costs of its services to the Committee by assigning tasks as appropriate to junior attorneys and paraprofessionals whose rates are lower. Fox Rothschild's delegation as such has resulted in a desirable blended rate for its timekeepers.

23.     Moreover, professionals in the firm's commercial bankruptcy and restructuring practice area rendered all of the services performed by Fox Rothschild. In so doing, Fox Rothschild brought to bear the utmost in relevant experience for the Committee and the Debtors' estates.

24.     In sum, the services rendered by Fox Rothschild were necessary and beneficial to the Committee and the Debtors' estates and were performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved. Accordingly, approval of the compensation for professional services and reimbursement of expenses sought herein is warranted.

**D.     Reservation**

25.     To the extent time or disbursement charges for services rendered or disbursements

14

incurred relate to the Compensation Period but were not processed prior to the preparation of this Application, or Fox Rothschild has for any other reason not sought compensation or reimbursement of expenses herein with respect to any services rendered or expenses incurred during the Compensation Period, Fox Rothschild reserves the right to request additional compensation for such services and reimbursement of such expenses in a future application.

## IV.    Notice

26.    Notice of this Application will be served upon: (a) the Debtors, Center City Healthcare, LLC, 216 North Broad Street, 4th Floor, Philadelphia, PA 19102; (b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq. [mark.minuti@saul.com] and Monique B. DiSabatino, Esq. [Monique.disabatino@saul.com]) and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. [jeffery.hampton@saul.com] and Adam H. Isenberg, Esq. [adam.isenberg@saul.com]); (c) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq. [benjamin.a.hackman@usdoj.gov]); and (d) Counsel to the DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq. [gsantamour@stradley.com]) and 1000 N. West Street, Suite 1279, Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq. [jpolesky@stradley.com]).

154746930.1

## V.    Conclusion

WHEREFORE, Fox Rothschild respectfully requests that the Court enter an order: (i) allowing interim compensation for professional services rendered during the Compensation Period in the amount of $6,640.00; (ii) allowing such compensation for professional services rendered and reimbursement of actual and necessary expenses incurred without prejudice to Fox Rothschild's right to seek additional compensation for services performed and expenses incurred during the Compensation Period which were not processed at the time of this Application; (iii) payment for services rendered during the Fee Period in the amount of $5,312.00 (80% of $6,640.00) upon the filing of a certification of no objection; and (iv) granting Fox Rothschild such other and further relief as is just and proper.

Dated: February 9, 2024          **FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*
Seth A. Niederman (DE No. 4588)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
E-mail: sniederman@foxrothschild.com

*Counsel to the Official Committee of Unsecured Creditors*

16

# Exhibit "A"



345 CALIFORNIA STREET SUITE 2200 SAN FRANCISCO, CA  94104-2734
Tel 215.299.2000    Fax  215.299.2150    www.foxrothschild.com

TAX I.D. NO. 23-1404723

| | |
|---|---|
| ANDREW SHERMAN | Invoice Number   3306751 |
| SILLS CUMMIS & GROSS | Invoice Date   12/07/23 |
| ONE RIVERFRONT PLAZA | Client Number   189087 |
| NEWARK, NJ 07102 | Matter Number   00001 |

**RE:  CENTER CITY HEALTHCARE, LLC D/B/A/ HAHNEMANN UNIVERSITY HOSPITAL, ET AL.**

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/23**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/01/2023 | NIEDERMAN | CA | ATTENTION TO CERTIFICATE OF NO OBJECTION TO OF STIPULATION BETWEEN DEBTORS AND JOELLE LEONE AND MICHAEL WINN REGARDING ALLOWED CLAIM | 0.2 | $135.00 |
| 11/02/2023 | NIEDERMAN | CA | ATTENTION TO ORDER APPROVING STIPULATION BETWEEN DEBTORS AND JOELLE LEONE AND MICHAEL WINN REGARDING ALLOWED CLAIM | 0.2 | $135.00 |
| 11/03/2023 | CHOVANES | FA1 | REVIEW PRO FORMA FOR OCTOBER TO PREPARE MONTHLY FEE APPLICATION | 0.3 | $267.00 |
| 11/03/2023 | NIEDERMAN | CA | REVIEW OF NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING FILED BY CENTER CITY HEALTHCARE, LLC | 0.2 | $135.00 |
| 11/03/2023 | NIEDERMAN | FA1 | WORK ON CERTIFICATE OF NO OBJECTION REGARDING THE THIRTEENTH INTERIM APPLICATION OF FOX ROTHSCHILD LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD JULY 1, 2022 THROUGH SEPTEMBER 30, 2022 | 0.3 | $202.50 |
| 11/03/2023 | NIEDERMAN | FA1 | WORK ON CERTIFICATE OF NO OBJECTION REGARDING THE FOURTEENTH INTERIM | 0.3 | $202.50 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | APPLICATION OF FOX ROTHSCHILD LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OCTOBER 1, 2022 THROUGH DECEMBER 31, 2022 | | |
| 11/03/2023 | NIEDERMAN | FA2 | WORK ON CERTIFICATE OF NO OBJECTION REGARDING THE NINTH INTERIM FEE APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DURING THE PERIOD FROM JULY 1, 2022 THROUGH DECEMBER 31, 2022 | 0.2 | $135.00 |
| 11/06/2023 | NIEDERMAN | CA | ATTENTION TO STATUS OF 11/7 HEARING | 0.3 | $202.50 |
| 11/06/2023 | NIEDERMAN | FA2 | ATTENTION TO CERT OF NO OBJECTION REGARDING SILLS CUMMIS & GROSS | 0.3 | $202.50 |
| 11/07/2023 | NIEDERMAN | CA | REVIEWE OF MONTHLY OIPERATING REPORTS | 0.2 | $135.00 |
| 11/07/2023 | NIEDERMAN | CA | ATTENTION TO STIPULATION BETWEEN CENTER CITY HEALTHCARE, LLC AND OWENS & MINOR, INC. AUTHORIZING RETURN OF CERTAIN PREPAYMENTS LESS OFFSET AMOUNTS | 0.2 | $135.00 |
| 11/07/2023 | NIEDERMAN | CH | ATTEND OMNIBUS HEARING | 1.7 | $1,147.50 |
| 11/07/2023 | NIEDERMAN | FA2 | WORK ON CERTIFICATE OF NO OBJECTION REGARDING THE THIRTEENTH AND FOURTEENTH QUARTERLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | 0.2 | $135.00 |
| 11/07/2023 | STEEN | FA2 | FINALIZE/FILE CNO FOR SILLS THIRTEENTH AND FOURTEENTH QUARTERLY FEE APPLICATIONS. | 0.5 | $217.50 |
| 11/07/2023 | STEEN | FA2 | PREPARE EMAIL TO S. NIEDERMAN AND SILLS ATTORNEYS RE FLED CNOS. | 0.1 | $43.50 |
| 11/09/2023 | NIEDERMAN | PC | ATTENTION TO ORDER | 0.2 | $135.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | SUSTAINING DEBTORS' THIRTEENTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) PURSUANT TO SECTIONS 502(B) AND 503 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1 | | |
| 11/09/2023 | NIEDERMAN | PC | ATTENTION TO ORDER SUSTAINING DEBTORS' TWELFTH OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1 | 0.2 | $135.00 |
| 11/14/2023 | CHOVANES | FA1 | EMAIL TO M STEEN RE FEE APPLICATIONS | 0.2 | $178.00 |
| 11/14/2023 | NIEDERMAN | CA | REVIEW OF MONTHLY OPERATING REPORTS FOR THE MONTH ENDING: 09/30/2023 | 0.3 | $202.50 |
| 11/14/2023 | NIEDERMAN | CA | REVIEW OF MONTHLY STAFFING REPORT FOR FILING PERIOD OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023 OF EISNER ADVISORY GROUP LLC | 0.2 | $135.00 |
| 11/14/2023 | NIEDERMAN | FA2 | ATTENTION TO CERT OF NO OBJECTION REGARDING BRG'S 9TH INTERIM FEE APP | 0.3 | $202.50 |
| 11/14/2023 | NIEDERMAN | FA2 | CONFER WITH COUNSEL FOR DEBTORS RE OMNIBUS ORDER FOR PROFESSIONAL FEES | 0.2 | $135.00 |
| 11/15/2023 | NIEDERMAN | FA2 | WORK ON OMNIBUS ORDER APPROVING THE THIRTEENTH AND FOURTEENTH INTERIM FEE APPLICATIONS OF SAUL EWING LLP, SILLS CUMMIS & GROSS, P.C. AND FOX ROTHSCHILD LLP, AND THE NINTH INTERIM FEE APPLICATION OF BERKELEY RESEARCH GROUP, LLC | 0.3 | $202.50 |
| 11/16/2023 | NIEDERMAN | FA2 | ATTENTION TO APPROVALS OF OMNIBUS ORDER APPROVING THE THIRTEENTH AND FOURTEENTH INTERIM FEE APPLICATIONS OF SAUL EWING LLP, SILLS CUMMIS & GROSS, P.C. AND FOX ROTHSCHILD LLP, AND THE NINTH INTERIM FEE APPLICATION OF BERKELEY RESEARCH GROUP, LLC | 0.3 | $202.50 |
| 11/17/2023 | NIEDERMAN | CA | ATTENTION TO CERTIFICATION OF COUNSEL REGARDING PROPOSED OMNIBUS ORDER APPROVING THE THIRTEENTH | 0.2 | $135.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | AND FOURTEENTH INTERIM FEE APPLICATIONS OF SAUL EWING LLP, SILLS CUMMIS & GROSS, P.C. AND FOX ROTHSCHILD LLP, AND THE NINTH INTERIM FEE APPLICATION OF BERKELEY RESEARCH GROUP, LLC | | |
| 11/22/2023 | NIEDERMAN | CA | REVIEW NOTICE OF AGENDA FOR HEARING SCHEDULED FOR NOVEMBER 28, 2023 | 0.2 | $135.00 |
| 11/22/2023 | NIEDERMAN | CA | ATTENTION TO CERTIFICATION OF NO OBJECTION TO STIPULATION WITH OWENS & MINOR, INC. AUTHORIZING RETURN OF CERTAIN PREPAYMENTS LESS OFFSET AMOUNTS | 0.2 | $135.00 |
| 11/27/2023 | MENKOWITZ | CA | REVIEW STATUS EMAIL | 0.1 | $107.50 |
| 11/27/2023 | NIEDERMAN | CA | ATTENTION TO 11/28 OMNIBUS HEARING AND PREPARE FOR SAME | 0.3 | $202.50 |
| 11/27/2023 | NIEDERMAN | CA | ATTENTION TO STIPULATION TO MEDIATE DISPUTED CLAIMS AND CAUSES OF ACTION | 0.2 | $135.00 |
| 11/28/2023 | NIEDERMAN | CA | PREPARE FOR OMNIBUS HEARING | 0.3 | $202.50 |
| 11/28/2023 | NIEDERMAN | CA | ATTENTION TO CERTIFICATION OF COUNSEL REGARDING PROPOSED OMNIBUS ORDER APPROVING THE THIRTEENTH AND FOURTEENTH INTERIM FEE APPLICATIONS OF SILLS CUMMIS & GROSS, P.C. AND FOX ROTHSCHILD LLP, AND THE NINTH INTERIM FEE APPLICATION OF BERKELEY RESEARCH GROUP, LLC | 0.2 | $135.00 |
| 11/28/2023 | NIEDERMAN | CH | ATTEND OMNIBUS HEARING | 0.3 | $202.50 |
| 11/29/2023 | CHOVANES | FA1 | SEND ORDER APPROVING FEE APPLICATION TO MENKOWITZ AND SWEET | 0.1 | $89.00 |
| 11/29/2023 | NIEDERMAN | CA | ATTENTION TO OMNIBUS ORDER APPROVING THE THIRTEENTH AND FOURTEENTH INTERIM FEE APPLICATIONS OF SILLS CUMMIS & GROSS, P.C. AND FOX ROTHSCHILD LLP, AND THE NINTH INTERIM FEE APPLICATION OF BERKELEY RESEARCH GROUP, LLC | 0.2 | $135.00 |
| 11/29/2023 | NIEDERMAN | CA | REVIEW CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER APPROVING STIPULATION TO MEDIATE DISPUTED CLAIMS AND CAUSES OF ACTION | 0.1 | $67.50 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | **TOTAL** | **9.8** | **$6,640.00** |

**TASK SUMMARY:**

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| CA | CASE ADMINISTRATION | 3.8 | $2,605.00 |
| CH | COURT HEARINGS | 2.0 | $1,350.00 |
| FA1 | FEE APPLICATION OF FOX ROTHSCHILD LLP | 1.2 | $939.00 |
| FA2 | FEE APPLICATION OF OTHER PROFESSIONALS | 2.4 | $1,476.00 |
| PC | CLAIMS, ANALYSIS, OBJECTIONS & RESOLUTIONS | 0.4 | $270.00 |
| | | **TOTAL** **9.8** | **$6,640.00** |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| S. A. NIEDERMAN | INCOME PARTNER | 8.5 | $675.00 | $5,737.50 |
| M. L. STEEN | PARALEGAL | 0.6 | $435.00 | $261.00 |
| M. B. CHOVANES | INCOME PARTNER | 0.6 | $890.00 | $534.00 |
| M. G. MENKOWITZ | PARTNER | 0.1 | $1,075.00 | $107.50 |
| | **TOTAL** | **9.8** | | **$6,640.00** |

| | |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $6,640.00 |
| TOTAL AMOUNT OF THIS INVOICE | $6,640.00 |
| PRIOR BALANCE DUE | $73,220.22 |
| **TOTAL AMOUNT OF THIS MATTER** | **$79,860.22** |

**OUTSTANDING INVOICES PRIOR TO 12/07/2023**

| Invoice Date | Invoice # | Total | Invoice Date | Invoice # | Total |
|--------------|-----------|-------|--------------|-----------|-------|
| 08/10/2022 | 3014977 | $1,055.10 | 04/11/2023 | 3159699 | $12,086.59 |
| 09/02/2022 | 3025582 | $2,038.40 | 05/10/2023 | 3178569 | $3,115.65 |
| 10/07/2022 | 3047383 | $5,760.50 | 06/06/2023 | 3190472 | $4,441.50 |
| 11/14/2022 | 3073066 | $923.80 | 07/06/2023 | 3206894 | $3,171.50 |
| 12/03/2022 | 3082114 | $494.40 | 08/23/2023 | 3239249 | $6,842.50 |
| 01/30/2023 | 3116404 | $4,265.60 | 09/20/2023 | 3252343 | $2,083.18 |
| 02/02/2023 | 3117183 | $4,068.50 | 10/05/2023 | 3267453 | $4,506.00 |
| 03/09/2023 | 3146648 | $7,293.20 | 11/04/2023 | 3284784 | $11,073.80 |
| | | | **TOTAL PRIOR BALANCES DUE** | | **$73,220.22** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: February 29, 2024 at 4:00 p.m. ET** |

### NOTICE OF FIFTY FIRST MONTHLY FEE APPLICATION OF FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED <u>CREDITORS FOR THE PERIOD NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023</u>

PLEASE TAKE NOTICE THAT on February 8, 2024, Fox Rothschild LLP ("<u>Fox Rothschild</u>"), as counsel to the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of the above-captioned debtors and debtors-in-possession (the "<u>Debtors</u>"), filed the Fifty First Monthly Fee Application of Fox Rothschild LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from November 1, 2023 through November 30, 2023 (the "<u>Application</u>").

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered August 2, 2019 [D.I. 341] (the "<u>Interim Compensation Order</u>"), objections, if any, to the Application must be filed with the Clerk of the United States Bankruptcy Court for the District of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Delaware, 824 North Market Street, Wilmington, DE 19801, and be served so as to be received by the following parties by no later than **February 29, 2024, at 4:00 p.m**. (prevailing Eastern time), (the "Objection Deadline"): (a) the Debtors, Center City Healthcare, LLC, 216 North Broad Street, 4th Fl. Philadelphia, PA 19102; (b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq. [mark.minuti@saul.com] and Monique B. DiSabatino, Esq. [monique.disabatino@saul.com) and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. [jeffrey.hampton@saul.com] and Adam H. Isenberg, Esq. [adam.isenberg@saul.com]); (c) Counsel to the Committee, Sills Cummis & Gross P.C., The Legal Center, One Riverfront Plaza, Newark, NJ 07102 (Attn: Andrew H. Sherman, Esq. [asherman@sillscummis.com] and Boris I. Mankovetskiy, Esq. [bmankovetskiy@sillscummis.com]) and Fox Rothschild LLP, 919 N. Market Street, Suite 300, Wilmington, DE 19899-2323 (Attn: Seth A. Niederman [sniederman@foxrothschild.com]); (d) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq. [benjamin.a.hackman@usdoj.gov]); and (e) Counsel to the DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq. [gsantamour@stradley.com]) and 1000 N. West Street, Suite 1279, Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq. [jpolesky@stradley.com]).

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Interim Compensation Order, upon expiration of the Objection Deadline, if a Notice of Objection has not been served with respect to the Application, Fox Rothschild may file a certificate of no objection (a "CNO") with the Court with respect to the unopposed portion of the fees and expenses requested in its Monthly Fee Application. After a CNO is filed, the Debtors are authorized and directed to pay Fox

Rothschild an amount the "Actual Monthly Payment") equal to 80 percent of the fees and 100 percent of the expenses requested in the applicable Monthly Fee Application (the "Maximum Monthly Payment"). If a Notice of Objection is timely filed and received and remains unresolved, the Debtors are authorized and directed to pay Fox Rothschild an amount (the "Reduced Monthly Payment") equal to the lesser of (i) the Maximum Monthly Payment and (ii) 80% of fees and 100% of the expenses not subject to a Notice of Objection.

Dated: February 9, 2024                    **FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*
Seth A. Niederman (DE No. 4588)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
E-mail: sniederman@foxrothschild.com

*Counsel to the Official Committee of*
*Unsecured Creditors*

154748168.1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Objections Due: March 14, 2024 at 4:00 p.m. ET** |

## FIFTY SECOND MONTHLY FEE APPLICATION OF FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD <u>DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023</u>

| | |
|---|---|
| Name of Applicant | Fox Rothschild LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | *Nunc Pro Tunc* to July 17, 2019[2] |
| Period for which Compensation and Reimbursement is Sought for the Fifty Second Monthly Period: | December 1, 2023 through December 31, 2023 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Fifty Second Monthly Period: | $6,146.80 (80% of $7,683.50) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Fifty Second Monthly Period: | $12.42 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] <u>See</u> Order Granting Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. Section 1103(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Fox Rothschild LLP as Counsel Effective as of July 17, 2019, entered on September 4, 2019 [D.I. 637].

155335190.1

This is a(n): __X__ Monthly _____ Interim _____ Final Fee Application

This is Fox Rothschild's Fifty Second monthly fee application. The total time expended in connection with the preparation of this fee application is not included herein as such time was expended after the Compensation Period.

**PREVIOUS FEE APPLICATIONS**

| Application | Dated Filed | Fees Sought | Expenses Sought | CNO Filed | Fees Approved | Expenses Approved |
|---|---|---|---|---|---|---|
| First Monthly [D.I. 1015] | 11/15/19 | $65,854.00 | $3,951.34 | 12/06/19 [D.I. 1105] | $65,854.00 | $3,951.34 |
| Second Monthly [D.I. 1016] | 11/15/19 | $22,899.00 | $1,243.14 | 12/06/19 [D.I. 1106] | $22,899.00 | $1,243.14 |
| Third Monthly [D.I. 1019] | 11/15/19 | $15,471.00 | $204.00 | 12/06/19 [D.I. 1109] | $15,471.00 | $204.00 |
| Fourth Monthly [D.I. 1170] | 12/16/19 | $14,909.50 | $1,064.35 | 1/07/2020 [D.I. 1298] | $14,909.50 | $1,064.35 |
| Fifth Monthly [D.I. 1362] | 1/27/2020 | $18,267.50 | $85.64 | 2/19/2020 [D.I. 1417] | $18,267.50 | $85.64 |
| Seventh Monthly [D.I. 1434] | 2/27/2020 | $10,693.00 | $464.35 | 3/19/2020 [D.I. 1489] | 10,693.00 | $464.35 |
| Eighth Monthly [D.I. 1504] | 3/25/2020 | $7,058.40 | $113.75 | 4/17/2020 [D.I. 1585] | $7,058.40 | $113.75 |
| Eighth Monthly [D.I. 1589] | 4/17/2020 | $9,047.50 | $314.35 | 5/14/2020 [D.I. 1623] | $9,047.50 | $314.35 |
| Ninth Monthly [D.I. 1627] | 5/15/2020 | $2,969.00 | $565.85 | 6/5/2020 [D.I. 1661] | $2,969.00 | $565.85 |
| Tenth Monthly [D.I. 1670] | 6/16/2020 | $5,398.50 | $40.80 | 7/7/2020 [D.I. 1687] | $5,398.50 | $40.80 |
| Eleventh | 7/22/2020 | $1,648.00 | $111.60 | 8/12/2020 | $1,648.00 | $111.60 |

2

155335190.1

| | | | | | | |
|---|---|---|---|---|---|---|
| Monthly [D.I. 1705] | | | | [D.I. 1737] | | |
| Twelfth Monthly [D.I. 1746] | 8/18/2020 | $1,315.50 | $13.80 | 9/10/2020 [D.I. 1784] | $1,315.50 | $13.80 |
| Thirteenth Monthly [D.I. 1805] | 9/30/2020 | $5,071.00 | $8.45 | 10/26/20 [D.I. 1859] | $5,071.00 | $8.45 |
| Fourteenth Monthly [D.I. 1832] | 10/20/2020 | $6,285.00 | $8.40 | 1/25/20 [D.I. 2048] | $6,285.00 | $8.40 |
| Fifteenth Monthly [D.I. 2049] | 1/26/21 | $8,633.00 | $66.03 | 2/17/21 [D.I. 2104] | $8,633.00 | $66.03 |
| Sixteenth Monthly [D.I. 2050] | 1/26/21 | $10,215.00 | $112.80 | 2/17/21 [D.I. 2105] | $10,215.00 | $112.80 |
| Seventeenth Monthly ][D.I. 2143] | 3/4/21 | $10,764.50 | $10.80 | 4/20/21 [D.I. 2276] | $10,764.00 | $10.80 |
| Eighteenth Monthly [D.I. 2144] | 3/4/21 | $6,272.50 | $33.60 | 4/20/21 [D.I. 2277] | $6,272.50 | $33.60 |
| Nineteenth Monthly [D.I. 2145] | 3/4/21 | $3,996.00 | $66.03 | 4/20/21 [D.I. 2278] | $3,996.00 | $66.03 |
| Twentieth Monthly [D.I. 2284] | 4/21/21 | $6,723.50 | $51.30 | 5/17/21 [D.I. 2339] | $6,723.50 | $51.30 |
| Twenty-First Monthly [D.I. 3222] | 12/1/21 | $4,457.00 | $68.74 | 12/28/21 [D.I. 3364] | $4,457.00 | $68.74 |
| Twenty-Second Monthly [D.I. 3223] | 12/1/21 | $8,118.50 | $8.40 | 12/28/21 [D.I. 3365] | $8,118.50 | $8.40 |
| Twenty-Third Monthly [D.I. 3224] | 12/1/21 | $6,319.50 | $0.00 | 12/28/21 [D.I. 3366] | $6,319.50 | $0.00 |
| Twenty-Fourth Monthly [D.I. 3225] | 12/1/21 | $6,280.50 | $8.40 | 12/28/21 [D.I. 3367] | $6,280.50 | $8.40 |
| Twenty Fifth Monthly [D.I. 3226] | 12/1/21 | $19,061.50 | $321.20 | 12/28/21 [D.I. 3368] | $19,061.50 | $321.20 |

3

| Twenty-Sixth Monthly [D.I. 3227] | 12/1/21 | $10,940.50 | $0.00 | 12/28/21 [D.I. 3369] | $10,940.50 | $0.00 |
|---|---|---|---|---|---|---|
| Twenty-Seventh Monthly [D.I. 3407] | 1/5/22 | $19,666.00 | $78.08 | 2/7/22 [D.I. 3554] | $19,666.00 | $78.08 |
| Twenty-Eighth Monthly [D.I. 3458] | 1/13/22 | $8,940.50 | $9.36 | 2/3/22 [D.I. 3540] | $8,940.50 | $9.36 |
| Twenty-Ninth Monthly [D.I. 3590] | 2/15/22 | $12,676.50 | $23.46 | 3/9/22 [D.I. 3679] | $12,676.50 | $23.46 |
| Thirtieth Monthly [D.I. 3754] | 3/21/2022 | $5,603.00 | $86.76 | 4/12/22 [D.I. 3851] | $5,603.00 | $86.76 |
| Thirty First Monthly [D.I. 3967] | 5/16/2022 | $9,496.50 | $132.84 | 6/7/22 [D.I. 4015] | $9,496.50 | $132.84 |
| Thirty Second Monthly [D.I. 3968] | 5/16/2022 | $6,499.50 | $0.00 | 6/7/22 [D.I. 4016] | $6,499.50 | $0.00 |
| Thirty Third Monthly [D.I. 4060] | 6/29/2022 | $5,047.50 | $12.96 | 7/21/22 [D.I. 4105] | $5,047.50 | $12.96 |
| Thirty Fourth Monthly [D.I. 4106] | 7/21/22 | $5,345.00 | $21.32 | 8/12/22 [D.I. 4166] | $5,345.00 | $21.32 |
| Thirty Fifth Monthly [D.I. 4266] | 9/14/22 | $5,275.50 | $17.86 | 10/7/22 [D.I. 4325] | $5,275.00 | $17.86 |
| Thirty Sixth Monthly [D.I. 4267] | 9/14/22 | $10,192.00 | $233.72 | 10/7/22 [D.I. 4365] | $10,192.00 | $233.72 |
| Thirty-Seventh Monthly [D.I. 4356] | 10/26/22 | $9,414.50 | $12.96 | 11/17/22 [D.I. 4393] | $9,414.50 | $12.96 |
| Thirty Eighth Monthly [D.I. 4417] | 12/8/22 | $4,619.00 | $8.60 | 1/13/23 [D.I. 4460] | $4,619.00 | $8.60 |
| Thirty-Ninth Monthly [D.I. 4418] | 12/8/22 | $2,472.00 | $21.60 | 1/13/23 [D.I. 4461] | $2,472.00 | $21.60 |

4

| | | | | | | |
|---|---|---|---|---|---|---|
| Fortieth Monthly [D.I. 4485] | 2/1/23 | $5,608.00 | $0.00 | 2/27/23 [D.I. 4533] | $5,608.00 | $0.00 |
| Forty First Monthly [D.I. 4495] | 2/3/23 | $4,068.50 | $0.00 | 2/27/23 [D.I. 4534] | $3,254.80 | $0.00 |
| Forty Second Monthly [D.I. 4774 | 7/19/23 | $7,268.00 | $25.20 | 8/22/23 [D.I. 4833] | $5,814.40 | $25.20 |
| Forty Third Monthly [D.I. 4775 | 7/19/23 | $12,022.00 | $64.59 | 8/22/23 [D.I. 4834] | $9,617.60 | $64.59 |
| Forty Fourth Monthly [D.I. 4776] | 7/19/23 | $3,098.00 | $17.65 | 8/22/23 [D.I. 4835] | $2,478.40 | $17.65 |
| Forty-Fifth Monthly [D.I. 4777] | 7/19/23 | $4,441.50 | $0.00 | 8/22/23 [D.I. 4836] | $3,553.20 | $0.00 |
| Forty-Sixth Monthly [D.I. 4883] | 9/22/23 | $3,171.50 | $0.00 | 10/18/23 [D.I. 4923] | $2,537.20 | $0.00 |
| Forty-Seventh Monthly [D.I. 4884] | 9/22/23 | $6,842.50 | $0.00 | 10/18/23 [D.I. 4924] | $5,474.00 | $0.00 |
| Forty-Eighth Monthly [D.I. 5113] | 2/8/24 | $2,065.00 | $18.18 | Pending | Pending | Pending |
| Forty-Ninth Monthly [D.I. 5117] | 2/8/24 | $4,506.00 | $0.00 | Pending | Pending | Pending |
| Fiftieth Monthly [D.I. 5115] | 2/8/24 | $11,015.00 | $0.00 | Pending | Pending | Pending |
| Fifty-First Monthly [D.I. 5120] | 2/9/24 | $6,664.00 | $0.00 | Pending | Pending | Pending? |
| | **TOTAL:** | **$464,661.40** | **$9,722.26** | | **$432,073.00** | **$9,704.08** |

5

**CUMULATIVE SUMMARY OF PROFESSIONAL SERVICES RENDERED BY
FOX ROTHSCHILD LLP ON BEHALF OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR THE PERIOD
DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023**

| NAME OF PROFESSIONAL | POSITION/DATE ADMITTED TO BAR | HOURLY BILLING RATE* | TOTAL HOURS BILLED | TOTAL COMPENSATION SOUGHT |
|---|---|---|---|---|
| Martha B. Chovanes | Partner – Admitted to PA Bar in 1988; Joined Fox Rothschild in 1988 | $890 | 0.8 | $712.00 |
| Seth A. Niederman | Partner – Admitted to DE Bar in 2004; Joined Fox Rothschild in 2004 | $675 | 3.3 | $2,227.50 |
| Robin I. Solomon | Paralegal-N/A | $460 | 8.8 | $4,048.00 |
| Marcia L. Steen | Paralegal-N/A | $435 | 1.6 | $696.00 |
| **TOTALS** | | | **14.5** | **$7,683.50** |
| **Total Blended Rate** | | $529.90 | | |

    *This rate is Fox Rothschild LLP's regular hourly rate for legal services.  All hourly rates are adjusted by Fox Rothschild LLP on a periodic basis (the last such adjustments, relevant to this Application, occurred on June 1, 2023).

155335190.1

**CUMULATIVE SUMMARY OF EXPENSES INCURRED BY
FOX ROTHSCHILD LLP ON BEHALF OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM
DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023**

**COSTS ADVANCED AND EXPENSES INCURRED:**

| Description | Amount |
| --- | --- |
| POSTAGE CHARGES | $12.42 |
| | |
| TOTAL EXPENSES | $12.42 |

7

155335190.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No.: 19-11466 (MFW) |
|  | (Jointly Administered) |
| Debtors. | **Objections Due: March 14, 2024 at 4:00 p.m ET** |

**FIFTY SECOND MONTHLY FEE APPLICATION OF FOX ROTHSCHILD LLP FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
<u>FOR THE PERIOD DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023</u>**

Fox Rothschild LLP ("<u>Fox Rothschild</u>"), as counsel to the Official Committee of

Unsecured Creditors (the "<u>Committee</u>") of the above-captioned debtors and debtors-in-possession

(the "<u>Debtors</u>"), submits its Fifty Second Monthly Fee Application (the "<u>Application</u>"), pursuant

to sections 330(a), and 331 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule

2016 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), Rule 2016-2 of the

Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the

District of Delaware (the "<u>Local Rules</u>"), and this Court's Order Establishing Procedures for

Compensation and Reimbursement of Expenses of Professionals, entered August 2, 2019 (the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

"Interim Compensation Order")[2] [D.I. 341], for (i) the allowance of interim compensation for professional services performed by Fox Rothschild for the Fifty Second monthly application period from December 1, 2023 through December 31, 2023 (the "Compensation Period") in the amount of $7,683.50 (the "Monthly Compensation Amount) for legal services rendered and $12.42 (the "Monthly Expense Amount") for reimbursement of expenses. In support of this Application, Fox Rothschild respectfully represents:

## I.     Jurisdiction

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. § 157(b)(2).

2.      Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## II.     Background

3.      On July 31, 2019 (the "Petition Date"), the Debtors filed petitions for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned, jointly administered cases. Under Bankruptcy Code sections 1107 and 1108, the Debtors are operating their business and managing their properties as debtors-in-possession. No trustee or examiner has been appointed in these cases.

4.      On July 15, 2019, the United States Trustee for the District of Delaware (the "U.S. Trustee"), pursuant to Bankruptcy Code section 1102(a)(1), appointed seven members to the Committee. The members of the Committee are (i) Conifer Revenue Cycle Solutions, LLC (ii) Medline Industries, Inc.; (iii) Veolia Energy Philadelphia, Inc.; (iv) Medtronic USA, Inc.; (v) Crothall Healthcare, Inc.; (vi) Global Neurosciences Institute, LLC; and (vii) Pennsylvania Association of Staff Nurses and Allied Professionals. The Committee selected Sills Cummis & Gross P.C. and Fox Rothschild as its counsel.

---

[2] Capitalized terms used herein but not capitalized shall have the meaning(s) ascribed to them in the Interim Compensation Order.

5. By this Court's Order Granting Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. Section 1103(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Fox Rothschild LLP as Counsel Effective as of July 17, 2019, entered on September 4, 2019, the Committee was authorized to retain Fox Rothschild as their attorneys effective nunc pro tunc to July 17, 2019 (the "Retention Order") [D.I. 637]. The Retention Order authorizes the Debtors to compensate Fox Rothschild in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as were to be fixed by order of the Court. The Interim Compensation Order established such procedures.

## III.    Summary of Application for the Compensation Period

6. By this Application, and in accordance with the Interim Compensation Order, Fox Rothschild requests approval of the Monthly Compensation Amount and the Monthly Expense Amount, if any, for the Compensation Period.

7. During the Compensation Period, Fox Rothschild performed the services for which it is seeking compensation from the Debtors and their estates. Fox Rothschild received no payment and no promises of payment from any other source for services rendered, or to be rendered, in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between Fox Rothschild and any other person, other than members of the firm, for the sharing of compensation received for services rendered in these cases.

8. Fox Rothschild maintains computerized records of the time spent by all Fox Rothschild attorneys and paraprofessionals in connection with its representation of the Committee. Fox Rothschild's invoice for the Compensation Period is attached hereto as Exhibit A.

9. Fox Rothschild seeks monthly allowance and payment, pursuant to Bankruptcy

Code sections 330 and 331, of all fees and expenses incurred during the Compensation Period. The firm's total fees sought for the Compensation Period are $7,683.50. The firm also seeks reimbursement of expenses in the amount of $12.42 for the Compensation Period.

10. Pursuant to the Interim Compensation Order, absent an objection to the Application, 80% of the firm's fees, or $6,146.80 is payable to Fox Rothschild upon the filing of a certification of no objection.

**A.     Summary of Services Rendered by Fox Rothschild During the Compensation Period**

11. This Application is the Fifty Second monthly fee application for Interim Compensation that Fox Rothschild has filed in these cases. During the Application Period, Fox Rothschild provided the professional services that are described in this Application and set forth in the attached time records.

12. Attached as <u>Exhibit A</u> are Fox Rothschild's itemized time records for professionals and paraprofessionals performing services for the Committee during the Compensation Period.

13. During the Compensation Period, Fox Rothschild billed the Committee for time expended by attorneys and paraprofessionals based on hourly rates ranging from $435 to $890.00 per hour. The professional services performed by Fox Rothschild on behalf of the Committee during the Compensation Period required an aggregate expenditure of 14.5 recorded hours by Fox Rothschild's partners, associates, and paraprofessionals. Fox Rothschild's blended hourly rate for services provided during the Compensation Period is $529.90.

14. The fees charged by Fox Rothschild as set forth in <u>Exhibit A</u> are billed in accordance with Fox Rothschild's existing billing rates and procedures in effect during the Compensation Period.

15. All entries itemized in Fox Rothschild's time records comply with the requirements

set forth in Local Rule 2016-2, including, without limitation, (i) the utilization of project categories, (ii) a description of each activity or service that each individual performed, and (iii) the number of hours (in increments of one-tenth of an hour) spent by each individual providing the services. Each project category in Exhibit A is organized in accordance with Fox Rothschild's internal system of project category or work codes (each a "Task Code"). If a Task Code does not appear, then Fox Rothschild did not bill time or expenses for that Task Code during the Compensation Period but may bill time for that Task Code in the future. In accordance with Local Rule 2016-2(d)(x), all activity descriptions in Exhibit A are presented chronologically within each Task Code category.

16.     The professional services performed by Fox Rothschild were necessary and appropriate to the administration of these cases. The professional services performed by Fox Rothschild were in the best interests of the Committee and other parties in interest. Compensation for the foregoing services as requested is commensurate with the complexity, importance, and time-sensitive nature of the problems, issues, or tasks involved. The professional services were performed expeditiously and efficiently.

17.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of the cases; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; (e) Fox Rothschild's established expertise in the bankruptcy field; and (f) the costs of comparable services other than in a case under the Bankruptcy Code.

**B**.     **Actual and Necessary Expenses of Fox Rothschild**

18.     Fox Rothschild seeks reimbursement of expenses in the amount of $12.42 for the Compensation Period.

12

19. The charges incurred are generally intended to cover Fox Rothschild's direct costs incurred in representing the Committee, which costs are not incorporated in any respect into Fox Rothschild's hourly billing rates. The effect of including such expenses as part of the hourly billing rates would impose that cost upon clients who do not require extensive photocopying and other facilities and services. Only clients who actually use services of the types set forth in Exhibit A are separately charged for such services. Fox Rothschild has made every effort to minimize its expenses in these cases. The actual expenses incurred in providing professional services were necessary, reasonable, and tailored to serve the needs of the Committee.

### C. The Requested Compensation Should be Allowed

20. The professional time expended by the firm, the value of said time in fees, and the value of the actual expenses incurred by the firm were actual, reasonable, and necessary. In all respects, the firm's fees and expenses meet the standards for allowance under Bankruptcy Code section 330, as well as the standards that govern the review and allowance of bankruptcy professionals' fees. See, e.g., In re Busy Beaver Bldg. Ctrs., Inc., 19 F.3d 833 (3d Cir. 1994).

21. Bankruptcy Code section 331 provides for interim compensation of professionals and incorporates the substantive standards of section 330 of the Bankruptcy Code to govern the Court's award of such compensation. See 11 U.S.C. § 331. Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 1103 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1)(A)(B). Bankruptcy Code section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded ... the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –

13

(A) the time spent on such services;

(B) the rates charged for such services;

(C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

(D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

22.     Whenever possible, Fox Rothschild sought to minimize the costs of its services to the Committee by assigning tasks as appropriate to junior attorneys and paraprofessionals whose rates are lower. Fox Rothschild's delegation as such has resulted in a desirable blended rate for its timekeepers.

23.     Moreover, professionals in the firm's commercial bankruptcy and restructuring practice area rendered all of the services performed by Fox Rothschild. In so doing, Fox Rothschild brought to bear the utmost in relevant experience for the Committee and the Debtors' estates.

24.     In sum, the services rendered by Fox Rothschild were necessary and beneficial to the Committee and the Debtors' estates and were performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved. Accordingly, approval of the compensation for professional services and reimbursement of expenses sought herein is warranted.

14

### D.    Reservation

25.    To the extent time or disbursement charges for services rendered or disbursements incurred relate to the Compensation Period but were not processed prior to the preparation of this Application, or Fox Rothschild has for any other reason not sought compensation or reimbursement of expenses herein with respect to any services rendered or expenses incurred during the Compensation Period, Fox Rothschild reserves the right to request additional compensation for such services and reimbursement of such expenses in a future application.

## IV.    Notice

26.    Notice of this Application will be served upon: (a) the Debtors, Center City Healthcare, LLC, 216 North Broad Street, 4th Floor, Philadelphia, PA 19102; (b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq. [mark.minuti@saul.com] and Monique B. DiSabatino, Esq. [Monique.disabatino@saul.com]) and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. [jeffery.hampton@saul.com] and Adam H. Isenberg, Esq. [adam.isenberg@saul.com]); (c) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq. [benjamin.a.hackman@usdoj.gov]); and (d) Counsel to the DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq. [gsantamour@stradley.com]) and 1000 N. West Street, Suite 1279, Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq. [jpolesky@stradley.com]).

15

## V.    Conclusion

WHEREFORE, Fox Rothschild respectfully requests that the Court enter an order: (i) allowing interim compensation for professional services rendered during the Compensation Period in the amount of $7,683.50 and reimbursement of expenses in the amount of $12.42; (ii) allowing such compensation for professional services rendered and reimbursement of actual and necessary expenses incurred without prejudice to Fox Rothschild's right to seek additional compensation for services performed and expenses incurred during the Compensation Period which were not processed at the time of this Application; (iii) payment for services rendered during the Fee Period in the amount of $6,146.80 (80% of $7,683.50) plus 100% of expenses in the amount of $12.42 upon the filing of a certification of no objection; and (iv) granting Fox Rothschild such other and further relief as is just and proper.

Dated: February 22, 2024

**FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*
Seth A. Niederman (DE No. 4588)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
E-mail: sniederman@foxrothschild.com

*Counsel to the Official Committee of Unsecured Creditors*

16

# Exhibit "A"



## Fox Rothschild

345 CALIFORNIA STREET SUITE 2200 SAN FRANCISCO, CA  94104-2734
Tel 215.299.2000    Fax  215.299.2150    www.foxrothschild.com

TAX I.D. NO. 23-1404723

ANDREW SHERMAN
SILLS CUMMIS & GROSS
ONE RIVERFRONT PLAZA
NEWARK, NJ 07102

| | |
|---|---|
| Invoice Number | 3319235 |
| Invoice Date | 01/04/24 |
| Client Number | 189087 |
| Matter Number | 00001 |

**RE:  CENTER CITY HEALTHCARE, LLC D/B/A/ HAHNEMANN UNIVERSITY HOSPITAL, ET AL.**

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/23**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 12/01/2023 | CHOVANES | EA2 | EMAIL TO AND FROM SETH NIEDERMAN RE SAUL EWING INTERIM FEE APPS | 0.2 | $178.00 |
| 12/01/2023 | NIEDERMAN | CA | ATTENTION TO INQUIRY FROM CO-COUNSEL RE 11/28 OMNIBUS HEARING | 0.2 | $135.00 |
| 12/01/2023 | NIEDERMAN | CA | ATTENTION TO NOTICE OF 12/20 HEARING | 0.2 | $135.00 |
| 12/06/2023 | NIEDERMAN | FA2 | ATTENTION TO CNOS FOR SILLS' APRIL 2023 – AUGUST 2023 MONTHLY FEE STATEMENTS | 0.4 | $270.00 |
| 12/06/2023 | STEEN | FA2 | PREPARE CERTIFICATIONS OF NO OBJECTIONS TO THE 46TH, 47TH, 48TH, 49TH AND 50TH MONTHLY FEE APPLICATIONS OF SILLS. | 0.8 | $348.00 |
| 12/07/2023 | NIEDERMAN | FA2 | WORK ON FIFTY-SECOND APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023 | 0.3 | $202.50 |
| 12/07/2023 | NIEDERMAN | FA2 | WORK ON FIFTY-FIRST MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES | 0.3 | $202.50 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023 | | |
| 12/07/2023 | NIEDERMAN | FA2 | WORK ON CERTIFICATE OF NO OBJECTION REGARDING THE FORTY-SIXTH, FORTY-SEVENTH, FORTY-EIGHTH, FORTY-NINTH AD FIFTIETH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | 0.4 | $270.00 |
| 12/07/2023 | STEEN | FA2 | FINALIZE/FILE CNO'S 46TH - 50TH MONTHLY FEE STATEMENTS FOR SILLS | 0.7 | $304.50 |
| 12/07/2023 | STEEN | FA2 | PREPARE EMAIL TO SILLS ATTORNEYS RE FILED CNO'S 46TH - 50TH MONTHLY FEE STATEMENTS | 0.1 | $43.50 |
| 12/11/2023 | SOLOMON | FA2 | DRAFT NOTICES OF SILLS 51ST/52ND MONTHLY FEE APPLICATIONS AND REVISE/FILE BOTH FEE APPLICATIONS | 0.7 | $322.00 |
| 12/12/2023 | SOLOMON | FA1 | REVIEW INVOICES RE: FOX OCTOBER/NOVEMBER FEE APPLICATIONS | 0.5 | $230.00 |
| 12/14/2023 | NIEDERMAN | CA | REVIEW OF MONTHLY STAFFING REPORT FOR FILING PERIOD NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023 FOR EISNER ADVISORY GROUP LLC | 0.2 | $135.00 |
| 12/18/2023 | CHOVANES | EA1 | REVIEW AND APPROVE ADDITIONAL DISCLOSURE FOR THE CASE | 0.2 | $178.00 |
| 12/18/2023 | CHOVANES | FA1 | TELEPHONE WITH R SOLOMON RE FEE APPLICATIONS NEEDED | 0.2 | $178.00 |
| 12/18/2023 | NIEDERMAN | CA | ATTENTION TO NOTICE OF AGENDA FOR HEARING SCHEDULED FOR DECEMBER 20, 2023 AT 10:30 A.M | 0.2 | $135.00 |
| 12/18/2023 | SOLOMON | EA1 | DRAFT 4TH SUPPLEMENTAL DISCLOSURE OF SETH NIEDERMAN | 0.5 | $230.00 |
| 12/19/2023 | NIEDERMAN | EA1 | WORK ON FOURTH SUPPLEMENTAL DECLARATION OF SETH A. NIEDERMAN IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AUTHORITY TO EMPLOY AND RETAIN FOX ROTHSCHILD LLP | 0.2 | $135.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | AS COUNSEL | | |
| 12/19/2023 | SOLOMON | EA1 | FINALIZE AND FILE 4TH SUPPLEMENTAL NIEDERMAN DECLARATION | 0.3 | $138.00 |
| 12/19/2023 | SOLOMON | FA1 | DRAFT OCTOBER FEE APPLICATION | 0.6 | $276.00 |
| 12/20/2023 | NIEDERMAN | CA | REVIEW OF CHAPTER 11 MONTHLY OPERATING REPORTS | 0.2 | $135.00 |
| 12/22/2023 | NIEDERMAN | CA | ATTENTION TO STIPULATION BETWEEN CENTER CITY HEALTHCARE, LLC AND CHRISTINA ANDERSON AND JAMES PLUMMER, INDIVIDUALLY AND AS CO-ADMINISTRATORS OF THE ESTATE OF TYRONE TERRELL, DECEASED GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY WITH RESPECT TO PERSONAL INJURY CLAIM | 0.2 | $135.00 |
| 12/26/2023 | SOLOMON | FA1 | PREPARE FOX MONTHLY FEE APPLICATIONS (OCT/NOV) | 1.3 | $598.00 |
| 12/26/2023 | SOLOMON | FA1 | PREPARE SCHEDULE OF FEES DUE AND OWING TO FOX ROTHSCHILD UNDER INTERIM COMP ORDER AND INTERIM FEE ORDERS | 0.6 | $276.00 |
| 12/27/2023 | SOLOMON | FA1 | DRAFT MONTHLY FEE STATEMENTS (SEPT, OCT) | 1.5 | $690.00 |
| 12/28/2023 | SOLOMON | FA1 | DRAFT MONTHLY FEE APPLICATIONS (AUGUST-NOVEMBER) | 1.3 | $598.00 |
| 12/29/2023 | CHOVANES | FA1 | REVIEW FEE APP FOR APPLICATION OF FUNDS | 0.2 | $178.00 |
| 12/29/2023 | SOLOMON | FA1 | FINALIZE FEE APPLICATIONS (AUGUST, SEPTEMBER, OCTOBER) | 1.5 | $690.00 |
| 12/31/2023 | NIEDERMAN | FA1 | WORK ON FORTY-EITTH MONTHLY FEE APPLICATION OF FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FORTY-NINTH MONTHLY FEE APPLICATION OF FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND FIFTIETH MONTHLY FEE APPLICATION OF FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL | 0.5 | $337.50 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | COMMITTEE OF UNSECURED CREDITORS | | |
| | | | **TOTAL** | **14.5** | **$7,683.50** |

**TASK SUMMARY:**

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| CA | CASE ADMINISTRATION | 1.2 | $810.00 |
| EA1 | EMPLOYMENT APPLICATION OF FOX ROTHSCHILD LLP | 1.2 | $681.00 |
| EA2 | EMPLOYMENT APPLICATION OF OTHER PROFESSIONALS | 0.2 | $178.00 |
| FA1 | FEE APPLICATION OF FOX ROTHSCHILD LLP | 8.2 | $4,051.50 |
| FA2 | FEE APPLICATION OF OTHER PROFESSIONALS | 3.7 | $1,963.00 |
| | **TOTAL** | **14.5** | **$7,683.50** |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| S. A. NIEDERMAN | INCOME PARTNER | 3.3 | $675.00 | $2,227.50 |
| M. L. STEEN | PARALEGAL | 1.6 | $435.00 | $696.00 |
| R. I. SOLOMON | PARALEGAL | 8.8 | $460.00 | $4,048.00 |
| M. B. CHOVANES | INCOME PARTNER | 0.8 | $890.00 | $712.00 |
| | **TOTAL** | **14.5** | | **$7,683.50** |

TOTAL PROFESSIONAL SERVICES $7,683.50

**COSTS ADVANCED AND EXPENSES INCURRED:**

| Description | Amount |
|-------------|--------|
| POSTAGE CHARGES | $12.42 |

TOTAL EXPENSES $12.42

TOTAL AMOUNT OF THIS INVOICE $7,695.92

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No.: 19-11466 (MFW) |
| | (Jointly Administered) |
| Debtors. | **Objections Due: March 14, 2024 at 4:00 p.m. ET** |

**NOTICE OF FIFTY SECOND MONTHLY FEE APPLICATION OF FOX
ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR THE PERIOD
<u>DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023</u>**

PLEASE TAKE NOTICE THAT on February 22, 2024, Fox Rothschild LLP ("<u>Fox Rothschild</u>"), as counsel to the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of the above-captioned debtors and debtors-in-possession (the "<u>Debtors</u>"), filed the Fifty Second Monthly Fee Application of Fox Rothschild LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from December 1, 2023 through December 31, 2023 (the "<u>Application</u>").

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered August 2, 2019 [D.I. 341] (the "<u>Interim Compensation Order</u>"), objections, if any, to the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Application must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, DE 19801, and be served so as to be received by the following parties by no later than **March 14, 2024, at 4:00 p.m**. (prevailing Eastern time), (the "Objection Deadline"): (a) the Debtors, Center City Healthcare, LLC, 216 North Broad Street, 4th Fl. Philadelphia, PA 19102; (b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq. [mark.minuti@saul.com] and  Monique B. DiSabatino, Esq. [monique.disabatino@saul.com) and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. [jeffrey.hampton@saul.com] and Adam H. Isenberg, Esq. [adam.isenberg@saul.com]); (c) Counsel to the Committee, Sills Cummis & Gross P.C., The Legal Center, One Riverfront Plaza, Newark, NJ 07102 (Attn: Andrew H. Sherman, Esq. [asherman@sillscummis.com] and Boris I. Mankovetskiy, Esq. [bmankovetskiy@sillscummis.com]) and Fox Rothschild LLP, 919 N. Market Street, Suite 300, Wilmington, DE 19899-2323 (Attn: Seth A. Niederman [sniederman@foxrothschild.com]); (d) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq. [benjamin.a.hackman@usdoj.gov]); and (e) Counsel to the DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq. [gsantamour@stradley.com]) and 1000 N. West Street, Suite 1279, Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq. [jpolesky@stradley.com]).

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Interim Compensation Order, upon expiration of the Objection Deadline, if a Notice of Objection has not been served with respect to the Application, Fox Rothschild may file a certificate of no objection (a "CNO") with the Court with respect to the unopposed portion of the fees and expenses requested in its

Monthly Fee Application. After a CNO is filed, the Debtors are authorized and directed to pay Fox Rothschild an amount the "Actual Monthly Payment") equal to 80 percent of the fees and 100 percent of the expenses requested in the applicable Monthly Fee Application (the "Maximum Monthly Payment"). If a Notice of Objection is timely filed and received and remains unresolved, the Debtors are authorized and directed to pay Fox Rothschild an amount (the "Reduced Monthly Payment") equal to the lesser of (i) the Maximum Monthly Payment and (ii) 80% of fees and 100% of the expenses not subject to a Notice of Objection.

Dated: February 22, 2024                    **FOX ROTHSCHILD LLP**

                                            */s/ Seth A. Niederman*
                                            Seth A. Niederman (DE No. 4588)
                                            919 North Market Street, Suite 300
                                            Wilmington, DE  19899-2323
                                            Telephone:  (302) 654-7444
                                            Facsimile:  (302) 656-8920
                                            E-mail: sniederman@foxrothschild.com

                                            *Counsel to the Official Committee of*
                                            *Unsecured Creditors*