# EXHIBIT A

## SUMMARY OF BLENDED RATE

53435674.2 12/03/2024

## BILLING DISCLOSURES FOR SAUL EWING LLP

| Category of Timekeeper | Number of Timekeepers Working on the Matter During the Budget Period | Blended Hourly Rate | |
|---|---|---|---|
| | | **Billed** *Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | **Billed** *This Application* |
| Senior Partners | 8 | $653.00 | $839.62 |
| Junior Partners | 2 | $552.00 | $577.22 |
| Counsel | 0 | $565.00 | $0.00 |
| Senior Associates | 2 | $409.00 | $450.09 |
| Junior Associates | 3 | $336.00 | $313.22 |
| Paralegal | 1 | $284.00 | $360.00 |
| Other (Litigation, Support, Paraprofessional, Clerical) | 3 | $269.00 | $293.60 |
| **Aggregated:** | | **$504.00** | **$555.69** |