# EXHIBIT B

## TIMEKEEPER SUMMARY

## SUMMARY OF BILLING BY TIMEKEEPER

### For the Period from October 1, 2024 through October 31, 2024

| Name of Professional Person | Year of Bar Admission | Position with the applicant and number of years in that position | Practice Group | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Mark Minuti | 1988 | Partner (1997) | Bankruptcy | $905 | 27.30 | $24,706.50 |
| John D. Demmy | 1986 | Partner (2018) | Bankruptcy | $860 | 23.40 | $20,124.00 |
| Jeffrey C. Hampton | 1990 | Partner (1999) | Bankruptcy | $795 | 29.50 | $23,452.50 |
| Adam H. Isenberg | 1988 | Partner (1999) | Bankruptcy | $795 | 15.70 | $12,481.50 |
| Martin J. Doyle | 1991 | Partner (2000) | Real Estate | $795 | 1.20 | $954.00 |
| Michelle G. Novick | 1991 | Partner (2008) | Bankruptcy | $715 | 0.30 | $214.50 |
| William W. Warren | 1976 | Partner (1991) | Real Estate | $690 | 0.80 | $552.00 |
| Matthew M. Haar | 2000 | Partner (2009) | Litigation | $670 | 0.20 | $134.00 |
| Sean T. O'Neill | 2007 | Partner (2018) | Litigation | $610 | 1.40 | $854.00 |
| Monique B. DiSabatino | 2009 | Partner (2019) | Bankruptcy | $575 | 20.70 | $11,902.50 |
| Daniel P. Rowley | 2016 | Associate (2021) | Real Estate | $470 | 0.20 | $94.00 |
| Jorge Garcia | 2017 | Associate (2020) | Bankruptcy | $450 | 46.80 | $21,060.00 |
| Frederick N. Poindexter | 2021 | Associate (2021) | Real Estate | $360 | 0.90 | $324.00 |
| Maxwell Hanamirian | 2024 | Associate (2024) | Bankruptcy | $315 | 3.10 | $976.50 |
| Nicholas Smargiassi | 2023 | Associate (2023) | Bankruptcy | $300 | 3.60 | $1,080.00 |
| Patricia A. Desmond | N/A | Paralegal | Real Estate | $360 | 0.30 | $108.00 |
| eDiscovery Consultant-EDC | N/A | Litigation Support | Litigation | $395 | 0.20 | $79.00 |
| eDiscovery Project Manager– EDPM | N/A | Litigation Support | Litigation | $360 | 3.50 | $1,260.00 |
| Robyn E. Warren | N/A | Paraprofessional | Bankruptcy | $285 | 29.40 | $8,379.00 |
| **TOTAL** | | | | | **208.50** | **$128,736.00** |
| **Minus Agreed Upon Discount** | | | | | | **($12,873.60** |
| **GRAND TOTAL** | | | | | **208.50** | **$115,862.40** |

**Blended Hourly Rate: $555.69**

Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al.
Case No. 19-11466 (MFW)
Professional Services Rendered from October 1, 2024 through October 31, 2024

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 9/6/2024 | AHI | Email from J. Pierce re: real estate | 0.20 | $ 159.00 |
| 10/1/2024 | AHI | Review escrow agreement re: real estate sale -- revise same per LOI | 1.50 | $ 1,192.50 |
| 10/1/2024 | AHI | Revise LOI re: real estate sale | 0.30 | $ 238.50 |
| 10/1/2024 | AHI | Analysis of strategic issues re: escrow agreement | 0.10 | $ 79.50 |
| 10/1/2024 | AHI | Conference call with J. DiNome, A. Wilen et al. re: weekly call | 0.70 | $ 556.50 |
| 10/2/2024 | AHI | Email from M. Minuti re: Vicinity | 0.10 | $ 79.50 |
| 10/6/2024 | AHI | Emails from potential buyer re: LOI | 0.10 | $ 79.50 |
| 10/6/2024 | AHI | Analysis of strategic issues re: LOI and escrow agreement | 0.10 | $ 79.50 |
| 10/8/2024 | AHI | Email from counsel to potential interested purchaser re: LOI revisions | 0.10 | $ 79.50 |
| 10/8/2024 | AHI | Email exchange with J. Hampton re: revisions to LOI | 0.10 | $ 79.50 |
| 10/8/2024 | AHI | Conference call with SSG re: sale issues | 0.40 | $ 318.00 |
| 10/8/2024 | AHI | Weekly call with A. Wilen and J. DiNome, et al re: open issues | 0.50 | $ 397.50 |
| 10/9/2024 | AHI | Email from B. Warren re: DHS appeal | 0.10 | $ 79.50 |
| 10/10/2024 | AHI | Email from buyer's counsel: escrow agreement | 0.40 | $ 318.00 |
| 10/10/2024 | AHI | Review of blackline re: escrow agreement | 0.20 | $ 159.00 |
| 10/10/2024 | AHI | Analysis of strategic issues re: escrow agreement | 0.20 | $ 159.00 |
| 10/11/2024 | AHI | Weekly conference call with J. DiNome, et al | 0.40 | $ 318.00 |
| 10/11/2024 | AHI | Email to S. Voit re: HPP issues | 0.60 | $ 477.00 |
| 10/11/2024 | AHI | File review re: HPP issues | 0.40 | $ 318.00 |
| 10/11/2024 | AHI | Email from J. DiNome re: Iron Mountain issues | 0.20 | $ 159.00 |
| 10/13/2024 | AHI | Email to J. DiNome re: HPP notes - due date | 0.10 | $ 79.50 |
| 10/13/2024 | AHI | Review of draft status report on bankruptcy - insurance update | 0.20 | $ 159.00 |
| 10/15/2024 | AHI | Draft motion re: real estate funding | 0.50 | $ 397.50 |
| 10/15/2024 | AHI | Analysis of strategic issues re: real estate | 0.10 | $ 79.50 |
| 10/15/2024 | AHI | Email to M. DiSabatino re: sale motion | 0.40 | $ 318.00 |
| 10/15/2024 | AHI | Email to M. Doyle re: loan documents | 0.10 | $ 79.50 |
| 10/15/2024 | AHI | Conference call with A. Wilen and J. DiNome re: open issues | 0.40 | $ 318.00 |
| 10/16/2024 | AHI | Email from buyer's lawyer re: revised escrow agreement and analysis of same | 0.60 | $ 477.00 |
| 10/16/2024 | AHI | Email from B. Warren re: DHS appeal | 0.10 | $ 79.50 |
| 10/17/2024 | AHI | Email from buyer's lawyer re: escrow agreement | 0.60 | $ 477.00 |
| 10/17/2024 | AHI | Email to J. DiNome re: Iron Mountain demand letter | 0.40 | $ 318.00 |
| 10/18/2024 | AHI | Email from A. Akinrinade re: supplement mortgage | 0.20 | $ 159.00 |
| 10/18/2024 | AHI | Review of email re: HPP notes | 0.10 | $ 79.50 |
| 10/18/2024 | AHI | Email exchange with J. DiNome re: Iron Mountain issues | 0.20 | $ 159.00 |
| 10/21/2024 | AHI | Analysis of strategic issues re: supplemental loan to CCH re: real estate | 0.20 | $ 159.00 |
| 10/22/2024 | AHI | Email from H. Soricenio re: escrow agreement | 0.10 | $ 79.50 |
| 10/22/2024 | AHI | Email from A. Lamm of SSG re: sale issues | 0.10 | $ 79.50 |
| 10/22/2024 | AHI | Email to A. Akinrinade re: supplemental loan | 0.20 | $ 159.00 |
| 10/22/2024 | AHI | Conference call with SSG re: sale issues - real estate | 0.30 | $ 238.50 |
| 10/22/2024 | AHI | Email exchange with F. Poindexter re: new PAHS loan | 0.10 | $ 79.50 |
| 10/22/2024 | AHI | Email from A. Akinrinade re: revised budget - new loan | 0.10 | $ 79.50 |
| 10/22/2024 | AHI | Email exchange with M. Doyle re: notes/mortgages | 0.10 | $ 79.50 |
| 10/22/2024 | AHI | Weekly conference call with A. Wilen and J. DiNome re: open issues | 0.60 | $ 477.00 |
| 10/22/2024 | AHI | Email to J. Hampton re: Tenet books and records | 0.10 | $ 79.50 |
| 10/23/2024 | AHI | Email from SSG re: sale teaser | 0.10 | $ 79.50 |
| 10/23/2024 | AHI | Email to J. Hampton re: LOI/escrow agreement | 0.40 | $ 318.00 |
| 10/24/2024 | AHI | Analysis of strategic issues - real estate sale | 0.10 | $ 79.50 |
| 10/28/2024 | AHI | Telephone call from J. DiNome re: weekly call - to be cancelled | 0.10 | $ 79.50 |
| 10/28/2024 | AHI | Email to J. Hampton: client update | 0.10 | $ 79.50 |
| 10/29/2024 | AHI | Email from counsel to potential purchaser re: LOI/escrow agreement | 0.10 | $ 79.50 |
| 10/29/2024 | AHI | Email to A. Wilen, et al re: signed LOI | 0.10 | $ 79.50 |
| 10/29/2024 | AHI | Email to counsel to potential purchaser re: fully signed LOI | 0.70 | $ 556.50 |
| 10/29/2024 | AHI | Revise motion for supplemental loan | 0.20 | $ 159.00 |
| 10/29/2024 | AHI | Email exchange with J. DiNome re: LOI | 0.10 | $ 79.50 |
| 10/29/2024 | AHI | Email to F. Poindexter re: mortgages | 0.10 | $ 79.50 |

Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al.
Case No. 19-11466 (MFW)
Professional Services Rendered from October 1, 2024 through October 31, 2024

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 10/29/2024 | AHI | Telephone call from S. Victor re: sale issues | 0.20 | $ 159.00 |
| 10/29/2024 | AHI | Email from J. DiNome re: water meter project issue | 0.10 | $ 79.50 |
| 10/30/2024 | AHI | Email exchange with financial advisor to potential purchaser re: fully executed escrow agreement | 0.20 | $ 159.00 |
| 10/30/2024 | AHI | Telephone call from J. DiNome re: status call | 0.10 | $ 79.50 |
| 10/30/2024 | AHI | Email to J. Hampton re: call with J. DiNome | 0.10 | $ 79.50 |
| 10/30/2024 | AHI | Email to A. Wilen re: status call | 0.10 | $ 79.50 |
| 10/31/2024 | AHI | Emails to A. Wilen et al re: status call | 0.20 | $ 159.00 |
| | **AHI Total** | | **15.70** | **$ 12,481.50** |

53434312.1

Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al.
Case No. 19-11466 (MFW)
Professional Services Rendered from October 1, 2024 through October 31, 2024

| Date | Timekeeper | Description | Hours | Value |
|------|------------|-------------|-------|-------|
| 10/10/2024 | DPR | Emails with project team re: permit | 0.10 | $ 47.00 |
| 10/10/2024 | DPR | Review and analysis of zoning permit and related materials | 0.10 | $ 47.00 |
| | **DPR Total** | | **0.20** | **$ 94.00** |

53434312.1

Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al.
Case No. 19-11466 (MFW)
Professional Services Rendered from October 1, 2024 through October 31, 2024

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 10/11/2024 | EDC | Finalize credit with M. Minuti and Billing. | 0.20 | $ 79.00 |
| | **EDC Total** | | **0.20** | **$ 79.00** |

53434312.1

Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al.
Case No. 19-11466 (MFW)
Professional Services Rendered from October 1, 2024 through October 31, 2024

| Date | Timekeeper | Description | Hours | Value |
|------|-----------|-------------|-------|-------|
| 10/1/2024 | EDPM | Complete production from relativity workspace by way of request of case team | 2.10 | $ 756.00 |
| 10/2/2024 | EDPM | Load additional data to relativity workspace by way of request of case team | 1.40 | $ 504.00 |
| | **EDPM Total** | | **3.50** | **$ 1,260.00** |

Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al.
Case No. 19-11466 (MFW)
Professional Services Rendered from October 1, 2024 through October 31, 2024

| Date | Timekeeper | Description | Hours | Value |
|------|-----------|-------------|-------|-------|
| 10/22/2024 | FNP | Correspondence with A. Isenberg regarding loan extension; review budget; review prior amendments to loan documents. | 0.50 | $ 180.00 |
| 10/23/2024 | FNP | Draft amended and restated note | 0.40 | $ 144.00 |
| | **FNP Total** | | **0.90** | **$ 324.00** |

Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al.
Case No. 19-11466 (MFW)
Professional Services Rendered from October 1, 2024 through October 31, 2024

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 10/1/2024 | JCH | Correspondence with counsel to interested purchaser for real estate re: LOI and escrow agreement issues | 0.20 | $ 159.00 |
| 10/1/2024 | JCH | Review and analyze draft escrow agreement | 0.40 | $ 318.00 |
| 10/1/2024 | JCH | Correspondence with counsel to potential interested purchaser re: escrow agreement comments | 0.30 | $ 238.50 |
| 10/1/2024 | JCH | Conference with client team re: open case issues and case strategy regarding same | 0.70 | $ 556.50 |
| 10/1/2024 | JCH | Correspondence with J. DiNome re: document production by Richards in mediation | 0.20 | $ 159.00 |
| 10/1/2024 | JCH | Correspondence with J. DiNome and A. Wilen re: case strategy regarding Vicinity litigation alternatives | 0.30 | $ 238.50 |
| 10/1/2024 | JCH | Correspondence with counsel to Iron Stone re: Vicinity dispute | 0.20 | $ 159.00 |
| 10/2/2024 | JCH | Review and analyze further updated LOI and escrow question | 0.30 | $ 238.50 |
| 10/2/2024 | JCH | Review and analyze Richards mediation supplemental production by Richards | 0.40 | $ 318.00 |
| 10/3/2024 | JCH | Review and analyze correspondence from counsel to potential interested purchaser re: LOI and escrow agreement issues and review of underlying documents re: same | 0.50 | $ 397.50 |
| 10/3/2024 | JCH | Review and analyze MOU real estate provisions | 0.20 | $ 159.00 |
| 10/3/2024 | JCH | Review and analyze open issues re: CMS reconciliation | 0.50 | $ 397.50 |
| 10/3/2024 | JCH | Review and analyze correspondence and materials received from J. DiNome re: D&O renewal | 0.20 | $ 159.00 |
| 10/3/2024 | JCH | Review and analyze open issues re: CMS reconciliation | 0.30 | $ 238.50 |
| 10/3/2024 | JCH | Review of correspondence with counsel to Iron Stone re: background and proposal | 0.20 | $ 159.00 |
| 10/3/2024 | JCH | Review and analyze correspondence from D. Jokelson, counsel to Iron Stone, re: disputed scope of complaint and follow up re: same | 0.30 | $ 238.50 |
| 10/3/2024 | JCH | Review and analyze Iron Stone complaint and Vicinity complaint re: scope of each and relief sought | 0.20 | $ 159.00 |
| 10/4/2024 | JCH | Correspondence with counsel to potential interested purchaser re: LOI follow up | 0.20 | $ 159.00 |
| 10/4/2024 | JCH | Further correspondence with counsel to proposed interested purchaser of real estate | 0.30 | $ 238.50 |
| 10/4/2024 | JCH | Review and revise LOI draft | 0.30 | $ 238.50 |
| 10/4/2024 | JCH | Correspondence with J. DiNome and A. Perno re: building project issue and proposed correspondence re: same | 0.30 | $ 238.50 |
| 10/4/2024 | JCH | Review and analyze notices of assessment appeal | 0.20 | $ 159.00 |
| 10/4/2024 | JCH | Review and analyze correspondence with counsel to Ramsey re: settlement agreement comments | 0.20 | $ 159.00 |
| 10/5/2024 | JCH | Review and analyze updated escrow agreement draft | 0.20 | $ 159.00 |
| 10/5/2024 | JCH | Review and analyze correspondence from engineer re: water line analysis | 0.20 | $ 159.00 |
| 10/5/2024 | JCH | Review and analyze draft correspondence from A. Perno re: correspondence to Iron Stone re: building project issue and note comments to same | 0.30 | $ 238.50 |
| 10/5/2024 | JCH | Review and analyze correspondence and accompanying materials re: contract dispute | 0.20 | $ 159.00 |
| 10/6/2024 | JCH | Review and analyze LOI draft and note potential revisions to same | 0.30 | $ 238.50 |
| 10/6/2024 | JCH | Review and analyze materials received from Vicinity counsel | 0.30 | $ 238.50 |
| 10/6/2024 | JCH | Review and analyze correspondence re: building project issue proposed disposition | 0.20 | $ 159.00 |
| 10/7/2024 | JCH | Review, analyze and revise draft correspondence of understanding re: building project | 0.30 | $ 238.50 |
| 10/8/2024 | JCH | Correspondence with counsel to potential interested purchaser re: LOI and escrow agreement | 0.20 | $ 159.00 |
| 10/8/2024 | JCH | Review and analyze updated LOI draft received from potential interested purchaser | 0.20 | $ 159.00 |
| 10/8/2024 | JCH | Mark up LOI draft | 0.40 | $ 318.00 |
| 10/8/2024 | JCH | Conference with counsel to potential purchaser re: LOI comments | 0.20 | $ 159.00 |

Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al.
Case No. 19-11466 (MFW)
Professional Services Rendered from October 1, 2024 through October 31, 2024

| Date | Timekeeper | Description | Hours | Value |
|------|-----------|-------------|-------|-------|
| 10/8/2024 | JCH | Draft correspondence to counsel to potential interested purchaser re: revised LOI draft | 0.20 | $ 159.00 |
| 10/8/2024 | JCH | Correspondence with client team re: updated LOI and escrow agreement status | 0.20 | $ 159.00 |
| 10/8/2024 | JCH | Conference with brokers re: sale process update | 0.40 | $ 318.00 |
| 10/8/2024 | JCH | Conference with J. DiNome re: books and records retention issues | 0.40 | $ 318.00 |
| 10/8/2024 | JCH | Review and analyze correspondence from D. Hall of Forvis re: information request for CMS and recent CMS guidance | 0.20 | $ 159.00 |
| 10/8/2024 | JCH | Conference with client team re: open case issues and case strategy re: same | 0.70 | $ 556.50 |
| 10/9/2024 | JCH | Telephone call from and call to J. DiNome of PAHS re: CMA reconciliation follow up issues and materials | 0.40 | $ 318.00 |
| 10/9/2024 | JCH | Review and analyze order entered in ALJ proceeding granting debtor motion to leave | 0.10 | $ 79.50 |
| 10/10/2024 | JCH | Review and analyze revised escrow agreement and analysis of issues re: same | 0.60 | $ 477.00 |
| 10/10/2024 | JCH | Conference with counsel to interested purchaser re: escrow agreement draft | 0.30 | $ 238.50 |
| 10/11/2024 | JCH | Review and analyze purchase transaction documents re: treatment of CMS and cost report adjustments post-closing | 0.30 | $ 238.50 |
| 10/11/2024 | JCH | Correspondence with A. Wilen re: CMS adjustments and purchase agreement provisions | 0.20 | $ 159.00 |
| 10/11/2024 | JCH | Review of file materials re: HPP notes and note assignment | 0.60 | $ 477.00 |
| 10/11/2024 | JCH | Review and analyze correspondence from D. Jokelson, counsel to Iron Stone, re: utility dispute and review of related documents re: same | 0.30 | $ 238.50 |
| 10/12/2024 | JCH | Review and analyze file materials re: steam dispute analysis | 0.60 | $ 477.00 |
| 10/13/2024 | JCH | Review and analyze open issues for escrow agreement and re: LOI status | 0.20 | $ 159.00 |
| 10/13/2024 | JCH | Review and analyze revised draft of disclosure draft for D&O renewal and correspondence with J. DiNome re: same | 0.20 | $ 159.00 |
| 10/13/2024 | JCH | Review and analyze correspondence from S. Voit of PAHS re: HPP materials and follow up re: same | 0.30 | $ 238.50 |
| 10/14/2024 | JCH | Correspondence with counsel to potential purchaser re: escrow agreement revisions | 0.20 | $ 159.00 |
| 10/14/2024 | JCH | Review and analyze prior CMS recovery negotiations with Tenet and identify follow up issues re: same | 0.30 | $ 238.50 |
| 10/14/2024 | JCH | Review and analyze schedule of default judgments and develop strategy re: same | 0.20 | $ 159.00 |
| 10/14/2024 | JCH | Review and analyze open medical records storage analysis and correspondence with counsel to Tenet re: same | 0.20 | $ 159.00 |
| 10/14/2024 | JCH | Review and revise Saul Ewing monthly submission for month of September | 0.60 | $ 477.00 |
| 10/15/2024 | JCH | Correspondence and conference with counsel to potential interested party re: revised escrow agreement | 0.20 | $ 159.00 |
| 10/15/2024 | JCH | Review and analyze file materials re: HPP notes | 0.20 | $ 159.00 |
| 10/15/2024 | JCH | Conference with client team re: open case issues and case strategy re: same | 0.40 | $ 318.00 |
| 10/16/2024 | JCH | Telephone call to and call from advisor for potential interested purchaser re: escrow agreement | 0.40 | $ 318.00 |
| 10/16/2024 | JCH | Review, analyze and note minor revisions to LOI | 0.30 | $ 238.50 |
| 10/16/2024 | JCH | Review and update LOI draft | 0.30 | $ 238.50 |
| 10/16/2024 | JCH | Correspondence with Oversight Group re: sale process update | 0.30 | $ 238.50 |
| 10/16/2024 | JCH | Review of proposed revisions to escrow agreement and correspondence with interested purchaser's counsel re: same | 0.20 | $ 159.00 |
| 10/16/2024 | JCH | Correspondence with case team re: avoidance action resolution | 0.10 | $ 79.50 |
| 10/16/2024 | JCH | Review and analyze correspondence from B. Warren re: assessment appeal stipulation dispute | 0.10 | $ 79.50 |
| 10/17/2024 | JCH | Correspondence with counsel to interested purchaser re: comments to escrow agreement and review of same | 0.40 | $ 318.00 |
| 10/17/2024 | JCH | Conference with counsel to potential interested purchaser re: final escrow agreement and next steps | 0.20 | $ 159.00 |

Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al.
Case No. 19-11466 (MFW)
Professional Services Rendered from October 1, 2024 through October 31, 2024

| Date | Timekeeper | Description | Hours | Value |
|------|-----------|-------------|-------|-------|
| 10/17/2024 | JCH | Correspondence with mediation parties re: implement of Saechow settlement | 0.20 | $ 159.00 |
| 10/17/2024 | JCH | Attend Richards mediation issues with mediator and mediation parties | 0.60 | $ 477.00 |
| 10/18/2024 | JCH | Correspondence with J. DiNome re: correspondence with Iron Stone re: building issue | 0.20 | $ 159.00 |
| 10/18/2024 | JCH | Review and analyze budget for real estate | 0.20 | $ 159.00 |
| 10/19/2024 | JCH | Review and analyze correspondence from J. DiNome re: CMS inquiries | 0.20 | $ 159.00 |
| 10/19/2024 | JCH | Review and analyze correspondence with Iron Stone re: building project issues | 0.20 | $ 159.00 |
| 10/19/2024 | JCH | Review of correspondence with J. DiNome re: medical records agreement with Tenet | 0.20 | $ 159.00 |
| 10/19/2024 | JCH | Review and analyze correspondence with Novitas re: realignment inquiry for CMS funding | 0.10 | $ 79.50 |
| 10/19/2024 | JCH | Review and analyze monthly financial report for real estate properties | 0.30 | $ 238.50 |
| 10/20/2024 | JCH | Review and analyze file materials re: HPP note transfers by Tenet | 0.40 | $ 318.00 |
| 10/20/2024 | JCH | Correspondence with P. Jackson, counsel to HPP, re: information in support of note transfer | 0.20 | $ 159.00 |
| 10/20/2024 | JCH | Review and analyze CMS dispute materials re: prior proposed resolution of same | 0.30 | $ 238.50 |
| 10/22/2024 | JCH | Correspondence with counsel to potential interested purchaser re: updated documents | 0.30 | $ 238.50 |
| 10/22/2024 | JCH | Conference with client and broker re: sale process update | 0.30 | $ 238.50 |
| 10/22/2024 | JCH | Correspondence and conference with K. Hayden, counsel to Tenet, re: medical records and cost report issues | 0.40 | $ 318.00 |
| 10/22/2024 | JCH | Review of correspondence with case team re: revised supplemental funding for real estate and documentation for same | 0.20 | $ 159.00 |
| 10/22/2024 | JCH | Correspondence with P. Jackson, counsel to HPP, re: redemption of estate held notes | 0.20 | $ 159.00 |
| 10/22/2024 | JCH | Conference with client team re: open case issues and case staffing re: same | 0.70 | $ 556.50 |
| 10/23/2024 | JCH | Review and analyze potential APA timeline | 0.20 | $ 159.00 |
| 10/23/2024 | JCH | Correspondence with counsel to potential interested purchaser re: LOI deposit funding inquiry | 0.20 | $ 159.00 |
| 10/23/2024 | JCH | Finalize LOI document and escrow agreement document and correspondence with counsel to interested purchaser re: same | 0.30 | $ 238.50 |
| 10/24/2024 | JCH | Correspondence with counsel to interested purchaser re: execution of documents and timeline | 0.30 | $ 238.50 |
| 10/24/2024 | JCH | Review and analyze correspondence re: issues raised by counsel to Richards regarding document review follow up | 0.20 | $ 159.00 |
| 10/25/2024 | JCH | Correspondence with J. DiNome re: further CMS adjustments and follow up regarding same | 0.30 | $ 238.50 |
| 10/25/2024 | JCH | Review of correspondence from J. DiNome and accompanying documents re: insurance renewal | 0.20 | $ 159.00 |
| 10/26/2024 | JCH | Review and analyze Eisner analysis of Vicinity invoices and allocation issues | 0.30 | $ 238.50 |
| 10/27/2024 | JCH | Review and analyze correspondence from J. DiNome of PAHS re: results of further document review re: Richards mediation | 0.20 | $ 159.00 |
| 10/29/2024 | JCH | Correspondence with counsel to potential interested purchaser re: LOI and escrow and finalize same | 0.30 | $ 238.50 |
| 10/29/2024 | JCH | Correspondence with client team re: LOI and escrow agreement | 0.10 | $ 79.50 |
| 10/29/2024 | JCH | Correspondence with A. Wilen re: authorization to release signatures for documents | 0.10 | $ 79.50 |
| 10/29/2024 | JCH | Review and analyze updated utility reconciliation analysis | 0.10 | $ 79.50 |
| 10/29/2024 | JCH | Review of correspondence from A. Perno re: proposed building project modification for water system | 0.10 | $ 79.50 |
| 10/30/2024 | JCH | Review of correspondence and documents received from potential interested purchaser | 0.20 | $ 159.00 |
| 10/31/2024 | JCH | Telephone call from counsel to interested purchaser re: timing of deposit | 0.10 | $ 79.50 |

Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al.
Case No. 19-11466 (MFW)
Professional Services Rendered from October 1, 2024 through October 31, 2024

| Date | Timekeeper | Description | Hours | Value |
|------|-----------|-------------|-------|-------|
| 10/31/2024 | JCH | Review and analyze medical records retention detail | 0.20 | $ 159.00 |
| 10/31/2024 | JCH | Review of correspondence with counsel to Richards re: response to follow up discovery inquiries | 0.10 | $ 79.50 |
| 10/31/2024 | JCH | Correspondence with J. DiNome re: comments to response to Richards counsel re: discovery inquiry | 0.10 | $ 79.50 |
| | **JCH Total** | | **29.50** | **$ 23,452.50** |

53434312.1

Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al.
Case No. 19-11466 (MFW)
Professional Services Rendered from October 1, 2024 through October 31, 2024

| Date | Timekeeper | Description | Hours | Value |
|------|-----------|-------------|-------|-------|
| 10/8/2024 | JDD | Review Medline's counter statement of issues on appeal | 0.20 | $ 172.00 |
| 10/9/2024 | JDD | Review draft opening appeal brief in Medline appeal and begin making revisions and comments thereto | 2.60 | $ 2,236.00 |
| 10/10/2024 | JDD | Draft e-mail to J. Garcia and M. DiSabatino with comments/explanations/reasoning re same to draft opening appeal brief in Medline appeal | 0.40 | $ 344.00 |
| 10/10/2024 | JDD | Review local rules and bankruptcy rules regarding brief format/requirements in connection with Medline appeal | 0.30 | $ 258.00 |
| 10/11/2024 | JDD | Review Magistrate Judge's recommendation re: mediation and briefing in Medline appeal | 0.10 | $ 86.00 |
| 10/17/2024 | JDD | Work on opening brief in Medline appeal | 4.50 | $ 3,870.00 |
| 10/17/2024 | JDD | Review District Court order re: mediation and briefing in Medline appeal | 0.10 | $ 86.00 |
| 10/21/2024 | JDD | Continue working on opening brief in Medline appeal | 3.50 | $ 3,010.00 |
| 10/25/2024 | JDD | Work on opening brief in Medline appeal | 6.00 | $ 5,160.00 |
| 10/25/2024 | JDD | E-mails from and to M. DiSabatino and J. Garcia re: issues in connection with opening brief in Medline appeal | 0.30 | $ 258.00 |
| 10/28/2024 | JDD | Review draft appendix in connection with Medline appeal | 0.20 | $ 172.00 |
| 10/28/2024 | JDD | Review revised opening brief with J. Garcia and M. DiSabatino's revisions in Medline appeal | 1.30 | $ 1,118.00 |
| 10/28/2024 | JDD | E-mails to and from J. Garcia re: form and contents of Medline appendix | 0.20 | $ 172.00 |
| 10/29/2024 | JDD | Review and make revisions and comments to opening brief in Medline appeal | 2.00 | $ 1,720.00 |
| 10/29/2024 | JDD | Teleconference with R. Warren re: appendix to opening brief in Medline appeal | 0.10 | $ 86.00 |
| 10/29/2024 | JDD | E-mail to J. Garcia and M. DiSabatino re: issues needing further work and forwarding revised opening brief in Medline appeal | 0.20 | $ 172.00 |
| 10/30/2024 | JDD | Teleconference with J. DiNome re: Medline appeal issues | 0.20 | $ 172.00 |
| 10/30/2024 | JDD | Several e-mails with J. Garcia and M. DiSabatino re: final changes to and finalization of Medline brief in medline appeal. | 0.30 | $ 258.00 |
| 10/31/2024 | JDD | Several e-mails with J. Garcia and R. Warren and teleconference with R. Warren re: final changes to and finalization of Medline brief and appendix in Medline appeal for filing with District Court | 0.40 | $ 344.00 |
| 10/31/2024 | JDD | Final review and revision of Medline brief and appendix in Medline appeal for filing with District Court | 0.50 | $ 430.00 |
| | **JDD Total** | | **23.40** | **$ 20,124.00** |

Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al.
Case No. 19-11466 (MFW)
Professional Services Rendered from October 1, 2024 through October 31, 2024

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 10/1/2024 | JG | Continue draft of appellate brief re: Medline appeal | 4.20 | $ 1,890.00 |
| 10/3/2024 | JG | Continue draft of appellate brief re: Medline appeal | 3.20 | $ 1,440.00 |
| 10/4/2024 | JG | Continue draft of appellate brief re: Medline appeal | 3.40 | $ 1,530.00 |
| 10/8/2024 | JG | Continue draft of appellate brief re: Medline appeal | 6.00 | $ 2,700.00 |
| 10/8/2024 | JG | Revise Medline's counter statement of issues on appeal | 0.30 | $ 135.00 |
| 10/11/2024 | JG | Correspondence w/ J. Demmy re: Medline brief | 0.20 | $ 90.00 |
| 10/15/2024 | JG | Revise Medline brief | 5.90 | $ 2,655.00 |
| 10/16/2024 | JG | Further revise Medline draft | 6.10 | $ 2,745.00 |
| 10/23/2024 | JG | Revise Medline brief | 1.20 | $ 540.00 |
| 10/24/2024 | JG | Further revise Medline brief | 4.50 | $ 2,025.00 |
| 10/25/2024 | JG | Prepare Medline appellant brief appendix | 2.50 | $ 1,125.00 |
| 10/26/2024 | JG | Revise Medline appellant brief | 1.90 | $ 855.00 |
| 10/28/2024 | JG | Revise Medline appellant brief | 2.20 | $ 990.00 |
| 10/28/2024 | JG | Revise Medline appellate brief appendix | 1.50 | $ 675.00 |
| 10/29/2024 | JG | Revise Medline appellant brief | 1.20 | $ 540.00 |
| 10/29/2024 | JG | Correspondence w/ J. Demmy re: further revisions to Medline appellant brief | 0.20 | $ 90.00 |
| 10/31/2024 | JG | Revise and finalize Medline brief for filing | 2.30 | $ 1,035.00 |
| | **JG Total** | | **46.80** | **$ 21,060.00** |

Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al.
Case No. 19-11466 (MFW)
Professional Services Rendered from October 1, 2024 through October 31, 2024

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 10/1/2024 | MBD | Correspondence to creditor re: case status inquiry | 0.10 | $ 57.50 |
| 10/1/2024 | MBD | Draft correspondence to professionals re: deadlines for upcoming fee hearing | 0.10 | $ 57.50 |
| 10/2/2024 | MBD | Correspondence to creditor re: case status inquiry | 0.10 | $ 57.50 |
| 10/4/2024 | MBD | Correspondence to Omni re: service of fee application | 0.10 | $ 57.50 |
| 10/4/2024 | MBD | Draft tolling agreement for Ramsey matter | 0.20 | $ 115.00 |
| 10/9/2024 | MBD | Review of certification of no objection for Saul Ewing's monthly fee application | 0.10 | $ 57.50 |
| 10/11/2024 | MBD | Conference call with A. Wilen, J. Dinome, M. Minuti, A. Isenberg, J. Hampton and W. Pederson re: open case issues | 0.50 | $ 287.50 |
| 10/11/2024 | MBD | Analyze issues re: pending default judgments | 0.40 | $ 230.00 |
| 10/15/2024 | MBD | Conference call with A. Isenberg re: background regarding sale motion | 0.40 | $ 230.00 |
| 10/16/2024 | MBD | Correspondence with A. Akinrinade re: McKesson settlement payment and dismissal | 0.10 | $ 57.50 |
| 10/16/2024 | MBD | Review of Eisner's monthly staffing report | 0.10 | $ 57.50 |
| 10/17/2024 | MBD | Correspondence to M. Minuti re: implications of Saechow settlement effective date | 0.20 | $ 115.00 |
| 10/17/2024 | MBD | Correspondence to Saechow settlement parties re: settlement payment and dismissal of pending litigation | 0.20 | $ 115.00 |
| 10/18/2024 | MBD | Correspondence to Omni re: service of agenda | 0.10 | $ 57.50 |
| 10/18/2024 | MBD | Correspondence to counsel to McKesson re: stipulation of dismissal | 0.20 | $ 115.00 |
| 10/21/2024 | MBD | Correspondence to Omni re: service of removal motion | 0.10 | $ 57.50 |
| 10/21/2024 | MBD | Correspondence to counsel to Saechow re: payment instructions | 0.10 | $ 57.50 |
| 10/21/2024 | MBD | Correspondence to A. Wilen re: monthly staffing reports | 0.10 | $ 57.50 |
| 10/21/2024 | MBD | Draft motion to extend removal deadline | 0.60 | $ 345.00 |
| 10/22/2024 | MBD | Correspondence to Omni re: service of staffing report | 0.10 | $ 57.50 |
| 10/22/2024 | MBD | Revise Appellants' brief in connection with Medline matter | 3.90 | $ 2,242.50 |
| 10/22/2024 | MBD | Review of certification of no objection for removal motion | 0.10 | $ 57.50 |
| 10/23/2024 | MBD | Continue to revise Appellants' brief in connection with Medline matter | 4.30 | $ 2,472.50 |
| 10/24/2024 | MBD | Analyze issues re: next steps with respect to pursuit of default judgments | 0.40 | $ 230.00 |
| 10/25/2024 | MBD | Begin draft of bid procedures motion for real estate assets | 0.30 | $ 172.50 |
| 10/25/2024 | MBD | Correspondence to client re: Saechow settlement funds | 0.20 | $ 115.00 |
| 10/25/2024 | MBD | Analyze issues re: claims asserted by D. Knight | 0.40 | $ 230.00 |
| 10/25/2024 | MBD | Update claims registry to reflect Saechow stipulation | 0.20 | $ 115.00 |
| 10/25/2024 | MBD | Telephone call with D. Knight re: claim inquiry | 0.10 | $ 57.50 |
| 10/25/2024 | MBD | Correspondence to counsel to Saechow re: settlement payment | 0.10 | $ 57.50 |
| 10/27/2024 | MBD | Revise Medline brief | 2.60 | $ 1,495.00 |
| 10/27/2024 | MBD | Analyze issues re: parties in interest list | 0.30 | $ 172.50 |
| 10/28/2024 | MBD | Continue to draft bid procedures motion | 1.50 | $ 862.50 |
| 10/28/2024 | MBD | Correspondence to Omni re: service of interim fee applications | 0.10 | $ 57.50 |
| 10/28/2024 | MBD | Review of correspondence from J. Garcia and J. Demmy re: Medline brief | 0.20 | $ 115.00 |
| 10/28/2024 | MBD | Correspondence with J. Demmy and J. Garcia re: edits to Medline brief | 0.10 | $ 57.50 |
| 10/28/2024 | MBD | Revise Saul Ewing's seventeenth and eighteenth interim fee applications | 1.00 | $ 575.00 |
| 10/30/2024 | MBD | Further revise updated Medline brief | 0.80 | $ 460.00 |
| 10/31/2024 | MBD | Review of correspondence from R. Warren and J. Demmy re: revisions to Medline brief | 0.20 | $ 115.00 |
| | **MBD Total** | | **20.70** | **$ 11,902.50** |

Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al.
Case No. 19-11466 (MFW)
Professional Services Rendered from October 1, 2024 through October 31, 2024

| Date | Timekeeper | Description | Hours | Value | |
|------|-----------|-------------|-------|-------|---|
| 10/11/2024 | MGN | Correspondence to and from B. Harvey, counsel to McKesson, regarding receipt of settlement payment. | 0.10 | $ | 71.50 |
| 10/16/2024 | MGN | Correspondence to and from A. Akinrinade regarding receipt of McKesson's payment. | 0.20 | $ | 143.00 |
| | **MGN Total** | | **0.30** | **$** | **214.50** |

Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al.
Case No. 19-11466 (MFW)
Professional Services Rendered from October 1, 2024 through October 31, 2024

| Date | Timekeeper | Description | Hours | Value |
|------|-----------|-------------|-------|-------|
| 10/9/2024 | MH | Draft certification of no objection for 61st application | 0.50 | $ 157.50 |
| 10/9/2024 | MH | Email M. DiSabatino certification of no objection | 0.10 | $ 31.50 |
| 10/10/2024 | MH | Email R. Warren  to file certification of no objection | 0.10 | $ 31.50 |
| 10/21/2024 | MH | Update calendar with response deadline to motion to extend period to remove | 0.10 | $ 31.50 |
| 10/21/2024 | MH | Draft certificate of no objection for sixteenth motion to extend period to remove actions | 0.80 | $ 252.00 |
| 10/22/2024 | MH | Update calendar with response deadline for Eisner Group compensation report | 0.10 | $ 31.50 |
| 10/22/2024 | MH | Proofread certification of no objection for motion to extend period to remove actions | 0.10 | $ 31.50 |
| 10/22/2024 | MH | Email M. DiSabatino certification of no objection to Sixteenth Motion to Extend Period to Remove Actions and relevant docket entry | 0.10 | $ 31.50 |
| 10/22/2024 | MH | Draft certification of no objection to Eisner Staffing Report for September 2024 | 0.20 | $ 63.00 |
| 10/25/2024 | MH | Draft certification of no objection to sixty-second monthly fee application | 0.30 | $ 94.50 |
| 10/25/2024 | MH | Email M. DiSabatino certification of no objection for 62nd fee application | 0.10 | $ 31.50 |
| 10/25/2024 | MH | Revise certification of no objection for 62nd monthly fee application | 0.10 | $ 31.50 |
| 10/28/2024 | MH | Confirm for M. DiSabatino items for calendaring | 0.10 | $ 31.50 |
| 10/28/2024 | MH | Update calendar with interim fee application objection and hearing dates | 0.10 | $ 31.50 |
| 10/28/2024 | MH | Email R. Warran for fee application certification of no objection to be filed | 0.10 | $ 31.50 |
| 10/29/2024 | MH | Confirm for R. Warren calendaring of 17th interim fee application objection and hearing dates | 0.10 | $ 31.50 |
| 10/29/2024 | MH | Modify calendar with 17th interim fee application objection and hearing dates | 0.10 | $ 31.50 |
| | **MH Total** | | **3.10** | **$ 976.50** |

Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al.
Case No. 19-11466 (MFW)
Professional Services Rendered from October 1, 2024 through October 31, 2024

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 10/15/2024 | MJD | Telephone from A. Isenberg re: new loan | 0.40 | $ 318.00 |
| 10/21/2024 | MJD | Conference with A. Isenberg re: revised loan documents; review documents; conference with F. Poindexter re: same | 0.60 | $ 477.00 |
| 10/23/2024 | MJD | E-mails re: loan amendment terms | 0.20 | $ 159.00 |
| | **MJD Total** | | **1.20** | **$ 954.00** |

Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al.
Case No. 19-11466 (MFW)
Professional Services Rendered from October 1, 2024 through October 31, 2024

| Date | Timekeeper | Description | Hours | Value |
|------|-----------|-------------|-------|-------|
| 10/1/2024 | MM | E-mails with J. Dinome and A. Wilen re: property issues | 0.20 | $ 181.00 |
| 10/1/2024 | MM | Teams meeting with J. Dinome re: property issues | 0.70 | $ 633.50 |
| 10/1/2024 | MM | E-mails with C. Macey re: Richards' document production | 0.20 | $ 181.00 |
| 10/1/2024 | MM | E-mail from C. Macey re: link for Richards' documents | 0.10 | $ 90.50 |
| 10/1/2024 | MM | E-mails with C. Mears re: production of documents by Richards | 0.20 | $ 181.00 |
| 10/1/2024 | MM | Telephone call with C. Mears re: document production | 0.20 | $ 181.00 |
| 10/1/2024 | MM | Preliminary review of Richards' document production | 1.10 | $ 995.50 |
| 10/1/2024 | MM | E-mail to J. Dinome and J. Hampton re: preliminary review of Richards' document production | 0.20 | $ 181.00 |
| 10/1/2024 | MM | Review and approve production of Richards' discovery | 0.40 | $ 362.00 |
| 10/1/2024 | MM | Telephone call with C. Macey re: mediation issues | 0.20 | $ 181.00 |
| 10/1/2024 | MM | E-mails with C. Macey re: additional Richards' production | 0.20 | $ 181.00 |
| 10/1/2024 | MM | E-mails with J. Dinome and A. Wilen re: Vicinity litigation / settlement posture | 0.30 | $ 271.50 |
| 10/2/2024 | MM | E-mail from C. Macey re: Richards' supplemental discovery | 0.10 | $ 90.50 |
| 10/2/2024 | MM | E-mails with C. Mears re: Richards' supplemental discovery | 0.20 | $ 181.00 |
| 10/2/2024 | MM | Preliminary review of Richards' supplemental discovery | 0.20 | $ 181.00 |
| 10/2/2024 | MM | Finalize e-mail to Iron Stone re: steam issue settlement | 0.20 | $ 181.00 |
| 10/2/2024 | MM | E-mails with S. O'Neill re: Vicinity discovery | 0.20 | $ 181.00 |
| 10/2/2024 | MM | E-mail to J. Kurtzman re: call to discuss possible settlement | 0.20 | $ 181.00 |
| 10/2/2024 | MM | E-mail to D. Jokelson re: settlement discussions | 0.10 | $ 90.50 |
| 10/3/2024 | MM | Participate in Teams meeting re: CMS reconciliation | 0.30 | $ 271.50 |
| 10/3/2024 | MM | E-mails with J. Dinome re: communication with Iron Stone on Vicinity complaint | 0.20 | $ 181.00 |
| 10/3/2024 | MM | E-mails with Iron Stone's counsel re: Vicinity issues | 0.30 | $ 271.50 |
| 10/3/2024 | MM | Review of Vicinity complaint and report | 0.40 | $ 362.00 |
| 10/3/2024 | MM | E-mails with J. Hampton, A. Wilen and J. Dinome re: Vicinity issues | 0.30 | $ 271.50 |
| 10/4/2024 | MM | Review of e-mails from J. Dinome and J. Hampton re: property issues | 0.20 | $ 181.00 |
| 10/4/2024 | MM | E-mail from A. Perno re: property issues | 0.10 | $ 90.50 |
| 10/5/2024 | MM | E-mail from Vicinity's counsel re: outstanding steam charges | 0.20 | $ 181.00 |
| 10/6/2024 | MM | E-mails to J. Dinome and J. Hampton re: Vicinity ledger | 0.20 | $ 181.00 |
| 10/7/2024 | MM | E-mails with J. Dinome and J. Hampton re: responding to water separation proposals | 0.20 | $ 181.00 |
| 10/7/2024 | MM | E-mails between S. O'Neill and J. Dinome re: tax appeal | 0.20 | $ 181.00 |
| 10/8/2024 | MM | E-mail from D. Hall re: CMS issues | 0.20 | $ 181.00 |
| 10/8/2024 | MM | Zoom call with A. Wilen and J. Dinome re: property issues, records and open matters | 0.70 | $ 633.50 |
| 10/9/2024 | MM | Conference with N. Smargiassi re: reconciling Vicinity invoices | 0.20 | $ 181.00 |
| 10/10/2024 | MM | Review of mediation invoice from Judge Fitzgerald | 0.20 | $ 181.00 |
| 10/10/2024 | MM | E-mails to J. Dinome and opposing counsel re: Judge Fitzgerald's mediation invoice | 0.20 | $ 181.00 |
| 10/10/2024 | MM | E-mails with J. Dinome re: mediation with Richards | 0.20 | $ 181.00 |
| 10/11/2024 | MM | Call with J. Dinome re: CMS reconciliation / Richards mediation | 0.30 | $ 271.50 |
| 10/11/2024 | MM | Zoom call with A. Wilen and J. Dinome re: property, mediation and open issues | 0.50 | $ 452.50 |
| 10/11/2024 | MM | E-mail from Iron Stone's counsel re: utility breakdown | 0.20 | $ 181.00 |
| 10/13/2024 | MM | Detailed review of Jokelson's e-mail re: Vicinity invoices / overbilling | 0.30 | $ 271.50 |
| 10/14/2024 | MM | E-mails with mediation parties re: 10/15 mediation call | 0.20 | $ 181.00 |
| 10/14/2024 | MM | E-mails with J. Dinome re: utility invoices | 0.20 | $ 181.00 |
| 10/14/2024 | MM | E-mails with M. DiSabatino re: default judgments | 0.20 | $ 181.00 |
| 10/14/2024 | MM | Review of N. Smargiassi's e-mail re: Vicinity steam claim | 0.20 | $ 181.00 |
| 10/15/2024 | MM | E-mail and telephone call with A. Isenberg re: new motion to borrow funds | 0.30 | $ 271.50 |
| 10/15/2024 | MM | E-mail from D. Hall re: response to CMS | 0.10 | $ 90.50 |
| 10/15/2024 | MM | Teams meeting with A. Wilen and J. Dinome re: property issues | 0.40 | $ 362.00 |
| 10/15/2024 | MM | E-mails with mediation parties re: rescheduling call with mediator | 0.20 | $ 181.00 |
| 10/15/2024 | MM | Further e-mails with the mediation parties re: mediation call | 0.30 | $ 271.50 |
| 10/15/2024 | MM | E-mail from J. Dinome re: update on utility bills | 0.10 | $ 90.50 |
| 10/16/2024 | MM | E-mail from J. Hampton re: update to Oversight Committee | 0.20 | $ 181.00 |

Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al.
Case No. 19-11466 (MFW)
Professional Services Rendered from October 1, 2024 through October 31, 2024

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 10/16/2024 | MM | E-mails with J. Dinome re: status of Richards' mediation | 0.20 | $ 181.00 |
| 10/16/2024 | MM | E-mails with C. Macey re: Saechow administrative claim | 0.20 | $ 181.00 |
| 10/17/2024 | MM | E-mail to P. Avellino re: CMS reconciliation | 0.20 | $ 181.00 |
| 10/17/2024 | MM | E-mails with J. Dinome re: CMS reconciliation | 0.20 | $ 181.00 |
| 10/17/2024 | MM | E-mails with M. DiSabatino and C. Macey re: Saechow settlement | 0.20 | $ 181.00 |
| 10/17/2024 | MM | Zoom call with Judge Fitzgerald re: Richards' mediation | 0.60 | $ 543.00 |
| 10/17/2024 | MM | E-mails and telephone call with J. Dinome re: Richards mediation | 0.30 | $ 271.50 |
| 10/20/2024 | MM | Review and attempt to reconcile Vicinity invoices / claim | 1.60 | $ 1,448.00 |
| 10/20/2024 | MM | E-mail to Vicinity's counsel re: initial disclosures | 0.20 | $ 181.00 |
| 10/21/2024 | MM | E-mails from J. Dinome and P. Avellino re: CMS reconciliation | 0.20 | $ 181.00 |
| 10/21/2024 | MM | E-mail from D. Hall re: CMS communication | 0.10 | $ 90.50 |
| 10/21/2024 | MM | E-mails with J. Bell re: call to discuss discovery | 0.20 | $ 181.00 |
| 10/21/2024 | MM | Reconcile Vicinity claim and Iron Stone steam claim | 1.30 | $ 1,176.50 |
| 10/21/2024 | MM | E-mail to Vicinity's counsel re: reconciling claim | 0.20 | $ 181.00 |
| 10/21/2024 | MM | Review of Vicinity discovery | 0.20 | $ 181.00 |
| 10/22/2024 | MM | E-mails with M. Sacks re: CMS reconciliation | 0.20 | $ 181.00 |
| 10/22/2024 | MM | Zoom call with A. Wilen and J. Dinome re: records and property issues | 0.70 | $ 633.50 |
| 10/22/2024 | MM | E-mails with M. DiSabatino and J. Dinome re: finalizing Saechow payment | 0.10 | $ 90.50 |
| 10/22/2024 | MM | E-mails with CJ Lawrence re: filing claim | 0.20 | $ 181.00 |
| 10/22/2024 | MM | E-mails with Vicinity's counsel re: claim issues | 0.20 | $ 181.00 |
| 10/23/2024 | MM | E-mails with CMS re: reconciling claim | 0.20 | $ 181.00 |
| 10/23/2024 | MM | Telephone call with J. Bell re: discovery | 0.30 | $ 271.50 |
| 10/23/2024 | MM | E-mails with B. Pederson of EisnerAmper re: Vicinity claim | 0.20 | $ 181.00 |
| 10/23/2024 | MM | Zoom call with B. Pederson of EisnerAmper re: Vicinity claim | 0.50 | $ 452.50 |
| 10/24/2024 | MM | E-mails with S. Uhland re: Richards' discovery | 0.20 | $ 181.00 |
| 10/24/2024 | MM | E-mails with J. Dinome re: Richards' discovery | 0.20 | $ 181.00 |
| 10/24/2024 | MM | Telephone call with J. Dinome re: Richards discovery | 0.20 | $ 181.00 |
| 10/25/2024 | MM | E-mails with M. DiSabatino and C. Macey re: finalizing Saechow settlement payment | 0.20 | $ 181.00 |
| 10/25/2024 | MM | Telephone call with B. Pederson of EisnerAmper re: Vicinity / Iron Stone analysis | 0.20 | $ 181.00 |
| 10/26/2024 | MM | Review of W. Pederson's memo on property issue | 0.30 | $ 271.50 |
| 10/26/2024 | MM | E-mail to J. Dinome re: W. Pederson analysis | 0.10 | $ 90.50 |
| 10/28/2024 | MM | E-mails with J. Demmy re: Medline appellant brief | 0.20 | $ 181.00 |
| 10/28/2024 | MM | Review of e-mails and materials from J. Dinome re: Richards mediation | 0.30 | $ 271.50 |
| 10/30/2024 | MM | E-mails from J. Dinome re: water meter | 0.20 | $ 181.00 |
| 10/30/2024 | MM | E-mail from J. Dinome re: utility bills | 0.10 | $ 90.50 |
| 10/30/2024 | MM | E-mails with Vicinity's counsel re: settlement | 0.20 | $ 181.00 |
| 10/31/2024 | MM | Draft and circulate e-mail to J. Bell re: discovery | 0.30 | $ 271.50 |
| 10/31/2024 | MM | Revise draft e-mail regarding Richards' discovery | 0.20 | $ 181.00 |
| 10/31/2024 | MM | Finalize and send e-mail to J. Bell re: discovery | 0.20 | $ 181.00 |
| 10/31/2024 | MM | Review of Richards' discovery | 0.60 | $ 543.00 |
| 10/31/2024 | MM | E-mail to S. Uhland re: Richards' discovery | 0.10 | $ 90.50 |
| 10/31/2024 | MM | Review of materials from W. Pederson re: property issues | 0.20 | $ 181.00 |
| 10/31/2024 | MM | E-mails with B. Pederson of EisnerAmper re: property issues | 0.20 | $ 181.00 |
| 10/31/2024 | MM | E-mails with Vicinity's counsel re: settlement | 0.20 | $ 181.00 |
| 10/31/2024 | MM | E-mails with R. Warren re: Vicinity discovery | 0.20 | $ 181.00 |
| 10/31/2024 | MM | Review of Iron Stone's discovery re: Vicinity payments | 0.80 | $ 724.00 |
| 10/31/2024 | MM | Further e-mails with B. Pederson of EisnerAmper re: property issues | 0.20 | $ 181.00 |
| | **MM Total** | | **27.30** | **$ 24,706.50** |

Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al.
Case No. 19-11466 (MFW)
Professional Services Rendered from October 1, 2024 through October 31, 2024

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 10/9/2024 | MMH | Review order permitting brief on motion to amend and correspondence with client team | 0.20 | $ 134.00 |
| | **MMH Total** | | **0.20** | **$ 134.00** |

Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al.
Case No. 19-11466 (MFW)
Professional Services Rendered from October 1, 2024 through October 31, 2024

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 10/9/2024 | NS | Discussion with M. Minuti re: PAHS & Ironstone steam dispute | 0.10 | $ 30.00 |
| 10/9/2024 | NS | Review documents re: steam dispute | 0.20 | $ 60.00 |
| 10/11/2024 | NS | Review and analyze information re: Ironstone adversary | 0.90 | $ 270.00 |
| 10/13/2024 | NS | Create spreadsheet re: Ironstone / Vicinity steam dispute | 1.50 | $ 450.00 |
| 10/13/2024 | NS | Review bills re: vicinity / ironstone steam dispute | 0.70 | $ 210.00 |
| 10/14/2024 | NS | Email to M. Minuti re: vicinity and ironstone steam dispute | 0.20 | $ 60.00 |
| | **NS Total** | | **3.60** | **$ 1,080.00** |

Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al.
Case No. 19-11466 (MFW)
Professional Services Rendered from October 1, 2024 through October 31, 2024

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 10/10/2024 | PAD | Permit monitoring re: real estate parcels | 0.30 | $ 108.00 |
| | **PAD Total** | | **0.30** | **$ 108.00** |

53434312.1

Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al.
Case No. 19-11466 (MFW)
Professional Services Rendered from October 1, 2024 through October 31, 2024

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 10/1/2024 | REW | Prepare excel spreadsheet to be attached to Saul Ewing's sixty-second monthly fee application | 1.20 | $ 342.00 |
| 10/1/2024 | REW | Review of all invoices and draft summaries for each category for Saul Ewing's sixty-second monthly fee application | 1.10 | $ 313.50 |
| 10/2/2024 | REW | Draft Saul Ewing's sixty-second monthly fee application | 2.10 | $ 598.50 |
| 10/4/2024 | REW | Revise and finalize Saul Ewing's sixty-second monthly fee application | 0.20 | $ 57.00 |
| 10/4/2024 | REW | .pdf and electronic docketing of Saul Ewing's sixty-second monthly fee application | 0.30 | $ 85.50 |
| 10/16/2024 | REW | Draft stipulation of dismissal of McKesson adversary action | 0.30 | $ 85.50 |
| 10/17/2024 | REW | Review of Saul Ewing's forty-ninth, fiftieth and fifty-first monthly fee applications and draft charts for Saul Ewing's seventeenth interim fee application | 3.00 | $ 855.00 |
| 10/18/2024 | REW | Draft notice of agenda for hearing on 10/23 | 0.10 | $ 28.50 |
| 10/18/2024 | REW | .pdf and electronic docketing of notice of agenda for hearing on 10/23 | 0.20 | $ 57.00 |
| 10/18/2024 | REW | Correspondence with M. DiSabatino and Chambers re: 10/23 hearing | 0.20 | $ 57.00 |
| 10/18/2024 | REW | Draft Saul Ewing's seventeenth interim fee application | 2.70 | $ 769.50 |
| 10/21/2024 | REW | .pdf and electronic docketing of stipulation of dismissal (McKesson) | 0.20 | $ 57.00 |
| 10/21/2024 | REW | Review of Saul Ewing's fifty-second, fifty-third and fifty-fourth monthly fee applications and draft charts for Saul Ewing's eighteenth interim fee application | 3.10 | $ 883.50 |
| 10/21/2024 | REW | Revise and finalize sixteenth removal motion | 0.20 | $ 57.00 |
| 10/21/2024 | REW | .pdf and electronic docketing of sixteenth removal motion | 0.20 | $ 57.00 |
| 10/22/2024 | REW | Draft Saul Ewing's eighteenth interim fee application | 2.80 | $ 798.00 |
| 10/22/2024 | REW | Revise and finalize Eisner's September monthly staffing report | 0.10 | $ 28.50 |
| 10/22/2024 | REW | Assemble exhibits for Eisner's September monthly staffing report | 0.20 | $ 57.00 |
| 10/22/2024 | REW | .pdf and electronic docketing of Eisner's September monthly staffing report | 0.20 | $ 57.00 |
| 10/28/2024 | REW | Review of and revise Medline appeal brief and draft tables | 1.60 | $ 456.00 |
| 10/28/2024 | REW | Assemble appendix to confirm to filing requirements | 1.90 | $ 541.50 |
| 10/28/2024 | REW | Revise and finalize Saul Ewing's seventeenth interim fee application | 0.20 | $ 57.00 |
| 10/28/2024 | REW | .pdf and electronic docketing of Saul Ewing's seventeenth interim fee application | 0.20 | $ 57.00 |
| 10/28/2024 | REW | Revise and finalize Saul Ewing's eighteenth interim fee application | 0.20 | $ 57.00 |
| 10/28/2024 | REW | .pdf and electronic docketing of Saul Ewing's eighteenth interim fee application | 0.20 | $ 57.00 |
| 10/28/2024 | REW | Revise and finalize certification of no objection for Saul Ewing's sixty-second monthly fee application | 0.10 | $ 28.50 |
| 10/28/2024 | REW | .pdf and electronic docketing of certification of no objection for Saul Ewing's sixty-second monthly fee application | 0.20 | $ 57.00 |
| 10/31/2024 | REW | Revise and finalize Medline opening brief, update tables and draft certificate of service | 0.90 | $ 256.50 |
| 10/31/2024 | REW | Re-do appendix in support of opening brief to conform with Federal Rules | 4.40 | $ 1,254.00 |
| 10/31/2024 | REW | .pdf, electronic docketing and service of Medline opening brief | 0.30 | $ 85.50 |
| 10/31/2024 | REW | .pdf and electronic docketing of appendix in support of Medline opening brief | 0.30 | $ 85.50 |
| 10/31/2024 | REW | Revise and finalize first set of requests for production directed to Vicinity and notice of service | 0.20 | $ 57.00 |
| 10/31/2024 | REW | .pdf and electronic docketing of notice of service and service of first set of requests for production directed to Vicinity | 0.30 | $ 85.50 |
| | **REW Total** | | **29.40** | **$ 8,379.00** |

53434312.1

Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al.
Case No. 19-11466 (MFW)
Professional Services Rendered from October 1, 2024 through October 31, 2024

| Date | Timekeeper | Description | Hours | Value |
|------|-----------|-------------|-------|-------|
| 10/2/2024 | STO | Review and revise draft discovery requests for Vicinity proceeding and emails re: same | 0.70 | $ 427.00 |
| 10/3/2024 | STO | Update tax assessment appeal forms and emails with client re: same | 0.30 | $ 183.00 |
| 10/4/2024 | STO | Finalize tax assessment appeals to prepare same for filing, calls and emails re: same and coordinate filing | 0.30 | $ 183.00 |
| 10/7/2024 | STO | Emails re: tax assessment appeals and next steps with appraisers | 0.10 | $ 61.00 |
| | **STO Total** | | **1.40** | **$ 854.00** |

53434312.1

Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al.
Case No. 19-11466 (MFW)
Professional Services Rendered from October 1, 2024 through October 31, 2024

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 10/9/2024 | WWW | Review Order granting consideration of Motion for Leave to Amend and note issues re: same | 0.50 | $ 345.00 |
| 10/16/2024 | WWW | Telephone to A. Haynes, counsel to DHS, re:  conceding appeal | 0.30 | $ 207.00 |
|  | **WWW Total** |  | **0.80** | **$ 552.00** |
|  |  | **TOTAL** | **208.50** | **$ 128,736.00** |
|  |  | **Minus Agreed Upon Discount** |  | **$ (12,873.60)** |
|  |  | **GRAND TOTAL** | **208.50** | **$ 115,862.40** |

53434312.1