# EXHIBIT C

**DETAILED TIME ENTRIES BY CATEGORY**

## SUMMARY OF BILLING BY CATEGORY

### For the Period from October 1, 2024 through October 31, 2024

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Sale Disposition | 26.20 | $19,791.00 |
| Business Operations | 15.00 | $12,190.00 |
| Case Administration | 14.40 | $10,439.00 |
| Claims Analysis, Objections, Proofs of Claim and Bar Date | 59.70 | $41,841.50 |
| Creditor Inquiries | 0.40 | $296.00 |
| Fee/Employment Applications (Saul Ewing) | 20.90 | $6,707.50 |
| Fee/Employment Applications (Other Professionals) | 0.80 | $315.00 |
| Litigation: Contested Matters and Adversary Proceedings | 71.10 | $37,156.00 |
| **TOTAL** | **208.50** | **$128,736.00** |
| **Minus Agreed Upon Discount** | | **($12,873.60)** |
| **GRAND TOTAL** | **208.50** | **$115,862.40** |



Philadelphia Academic Health System, LLC
222 N. Sepulveda Blvd.
Suite 900
El Segundo, CA 90245

| | |
|---|---|
| Invoice Number | 4385260 |
| Invoice Date | 11/13/24 |
| Client Number | 376719 |
| Matter Number | 00003 |

Re:    Asset Sale Disposition

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/24:

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 09/06/24 | Adam H. Isenberg | Email from J. Pierce re: real estate | 0.20 | 159.00 |
| 10/01/24 | Adam H. Isenberg | Review escrow agreement re: real estate sale -- revise same per LOI | 1.50 | 1,192.50 |
| 10/01/24 | Adam H. Isenberg | Revise LOI re: real estate sale | 0.30 | 238.50 |
| 10/01/24 | Adam H. Isenberg | Analysis of strategic issues re: escrow agreement | 0.10 | 79.50 |
| 10/01/24 | Jeffrey C. Hampton | Correspondence with counsel to interested purchaser for real estate re: LOI and escrow agreement issues | 0.20 | 159.00 |
| 10/01/24 | Jeffrey C. Hampton | Review and analyze draft escrow agreement | 0.40 | 318.00 |
| 10/01/24 | Jeffrey C. Hampton | Correspondence with counsel to potential interested purchaser re: escrow agreement comments | 0.30 | 238.50 |
| 10/02/24 | Jeffrey C. Hampton | Review and analyze further updated LOI and escrow question | 0.30 | 238.50 |
| 10/03/24 | Jeffrey C. Hampton | Review and analyze correspondence from counsel to potential interested purchaser re: LOI and escrow agreement issues and review of underlying documents re: same | 0.50 | 397.50 |
| 10/03/24 | Jeffrey C. Hampton | Review and analyze MOU real estate provisions | 0.20 | 159.00 |
| 10/03/24 | Jeffrey C. Hampton | Review and analyze open issues re: CMS reconciliation | 0.50 | 397.50 |
| 10/04/24 | Jeffrey C. Hampton | Correspondence with counsel to potential interested purchaser re: LOI follow up | 0.20 | 159.00 |
| 10/04/24 | Jeffrey C. Hampton | Further correspondence with counsel to proposed interested purchaser of real estate | 0.30 | 238.50 |
| 10/04/24 | Jeffrey C. Hampton | Review and revise LOI draft | 0.30 | 238.50 |
| 10/05/24 | Jeffrey C. Hampton | Review and analyze updated escrow agreement draft | 0.20 | 159.00 |
| 10/06/24 | Adam H. Isenberg | Emails from potential buyer re: LOI | 0.10 | 79.50 |

376719
00003
11/13/24

Philadelphia Academic Health System, LLC, et. al
Asset Sale Disposition

Invoice Number        4385260
Page: 2

| Date | Timekeeper | Description | Hours | Value |
|------|-----------|-------------|-------|-------|
| 10/06/24 | Adam H. Isenberg | Analysis of strategic issues re: LOI and escrow agreement | 0.10 | 79.50 |
| 10/06/24 | Jeffrey C. Hampton | Review and analyze LOI draft and note potential revisions to same | 0.30 | 238.50 |
| 10/08/24 | Adam H. Isenberg | Email from counsel to potential interested purchaser re: LOI revisions | 0.10 | 79.50 |
| 10/08/24 | Adam H. Isenberg | Email exchange with J. Hampton re: revisions to LOI | 0.10 | 79.50 |
| 10/08/24 | Adam H. Isenberg | Conference call with SSG re: sale issues | 0.40 | 318.00 |
| 10/08/24 | Jeffrey C. Hampton | Correspondence with counsel to potential interested purchaser re: LOI and escrow agreement | 0.20 | 159.00 |
| 10/08/24 | Jeffrey C. Hampton | Review and analyze updated LOI draft received from potential interested purchaser | 0.20 | 159.00 |
| 10/08/24 | Jeffrey C. Hampton | Mark up LOI draft | 0.40 | 318.00 |
| 10/08/24 | Jeffrey C. Hampton | Conference with counsel to potential purchaser re: LOI comments | 0.20 | 159.00 |
| 10/08/24 | Jeffrey C. Hampton | Draft correspondence to counsel to potential interested purchaser re: revised LOI draft | 0.20 | 159.00 |
| 10/08/24 | Jeffrey C. Hampton | Correspondence with client team re: updated LOI and escrow agreement status | 0.20 | 159.00 |
| 10/08/24 | Jeffrey C. Hampton | Conference with brokers re: sale process update | 0.40 | 318.00 |
| 10/10/24 | Adam H. Isenberg | Email from buyer's counsel re: escrow agreement | 0.40 | 318.00 |
| 10/10/24 | Adam H. Isenberg | Review of blackline re: escrow agreement | 0.20 | 159.00 |
| 10/10/24 | Adam H. Isenberg | Analysis of strategic issues re: escrow agreement | 0.20 | 159.00 |
| 10/10/24 | Jeffrey C. Hampton | Review and analyze revised escrow agreement and analysis of issues re: same | 0.60 | 477.00 |
| 10/10/24 | Jeffrey C. Hampton | Conference with counsel to interested purchaser re: escrow agreement draft | 0.30 | 238.50 |
| 10/10/24 | Patricia A. Desmond | Permit monitoring re: real estate parcels | 0.30 | 108.00 |
| 10/10/24 | Daniel P. Rowley | Emails with project team re: permit | 0.10 | 47.00 |
| 10/10/24 | Daniel P. Rowley | Review and analysis of zoning permit and related materials | 0.10 | 47.00 |
| 10/13/24 | Jeffrey C. Hampton | Review and analyze open issues for escrow agreement and re: LOI status | 0.20 | 159.00 |
| 10/14/24 | Jeffrey C. Hampton | Correspondence with counsel to potential purchaser re: escrow agreement revisions | 0.20 | 159.00 |

376719          Philadelphia Academic Health System, LLC, et. al          Invoice Number    4385260
00003           Asset Sale Disposition                                                       Page: 3
11/13/24

| Date | Timekeeper | Description | Hours | Value |
|------|-----------|-------------|-------|-------|
| 10/15/24 | Adam H. Isenberg | Draft motion re: real estate funding | 0.50 | 397.50 |
| 10/15/24 | Adam H. Isenberg | Analysis of strategic issues re: real estate | 0.10 | 79.50 |
| 10/15/24 | Adam H. Isenberg | Email to M. DiSabatino re: sale motion | 0.40 | 318.00 |
| 10/15/24 | Martin J. Doyle | Telephone from A. Isenberg re: new loan | 0.40 | 318.00 |
| 10/15/24 | Mark Minuti | E-mail and telephone call with A. Isenberg re: new motion to borrow funds | 0.30 | 271.50 |
| 10/15/24 | Jeffrey C. Hampton | Correspondence and conference with counsel to potential interested party re: revised escrow agreement | 0.20 | 159.00 |
| 10/15/24 | Monique B. DiSabatino | Conference call with A. Isenberg re: background regarding sale motion | 0.40 | 230.00 |
| 10/16/24 | Adam H. Isenberg | Email from buyer's lawyer re: revised escrow agreement and analysis of same | 0.60 | 477.00 |
| 10/16/24 | Jeffrey C. Hampton | Telephone call to and call from advisor for potential interested purchaser re: escrow agreement | 0.40 | 318.00 |
| 10/16/24 | Jeffrey C. Hampton | Review, analyze and note minor revisions to LOI | 0.30 | 238.50 |
| 10/16/24 | Jeffrey C. Hampton | Review and update LOI draft | 0.30 | 238.50 |
| 10/16/24 | Jeffrey C. Hampton | Correspondence with Oversight Group re: sale process update | 0.30 | 238.50 |
| 10/16/24 | Jeffrey C. Hampton | Review of proposed revisions to escrow agreement and correspondence with interested purchaser's counsel re: same | 0.20 | 159.00 |
| 10/17/24 | Adam H. Isenberg | Email from buyer's lawyer re: escrow agreement | 0.60 | 477.00 |
| 10/17/24 | Jeffrey C. Hampton | Correspondence with counsel to interested purchaser re: comments to escrow agreement and review of same | 0.40 | 318.00 |
| 10/17/24 | Jeffrey C. Hampton | Conference with counsel to potential interested purchaser re: final escrow agreement and next steps | 0.20 | 159.00 |
| 10/18/24 | Adam H. Isenberg | Email from A. Akinrinade re: supplement mortgage | 0.20 | 159.00 |
| 10/21/24 | Adam H. Isenberg | Analysis of strategic issues re: supplemental loan to CCH re: real estate | 0.20 | 159.00 |
| 10/21/24 | Martin J. Doyle | Conference with A. Isenberg re: revised loan documents; review documents; conference with F. Poindexter re: same | 0.60 | 477.00 |
| 10/22/24 | Adam H. Isenberg | Email from H. Soricenio re: escrow agreement | 0.10 | 79.50 |
| 10/22/24 | Adam H. Isenberg | Email from A. Lamm of SSG  re: sale issues | 0.10 | 79.50 |

| 376719 | Philadelphia Academic Health System, LLC, et. al | | | Invoice Number | 4385260 |
| 00003 | Asset Sale Disposition | | | | Page: 4 |
| 11/13/24 | | | | | |

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 10/22/24 | Adam H. Isenberg | Email to A. Akinrinade re: supplemental loan | 0.20 | 159.00 |
| 10/22/24 | Adam H. Isenberg | Conference call with SSG re: sale issues - real estate | 0.30 | 238.50 |
| 10/22/24 | Adam H. Isenberg | Email exchange with F. Poindexter re: new PAHS loan | 0.10 | 79.50 |
| 10/22/24 | Adam H. Isenberg | Email from A. Akinrinade re: revised budget - new loan | 0.10 | 79.50 |
| 10/22/24 | Adam H. Isenberg | Email exchange with M. Doyle re: notes/mortgages | 0.10 | 79.50 |
| 10/22/24 | Jeffrey C. Hampton | Correspondence with counsel to potential interested purchaser re: updated documents | 0.30 | 238.50 |
| 10/22/24 | Jeffrey C. Hampton | Conference with client and broker re: sale process update | 0.30 | 238.50 |
| 10/22/24 | Frederick N. Poindexter | Correspondence with A. Isenberg regarding loan extension; review budget; review prior amendments to loan documents. | 0.50 | 180.00 |
| 10/23/24 | Adam H. Isenberg | Email from SSG re: sale teaser | 0.10 | 79.50 |
| 10/23/24 | Adam H. Isenberg | Email to J. Hampton re: LOI/escrow agreement | 0.40 | 318.00 |
| 10/23/24 | Martin J. Doyle | E-mails re: loan amendment terms | 0.20 | 159.00 |
| 10/23/24 | Jeffrey C. Hampton | Review and analyze potential APA timeline | 0.20 | 159.00 |
| 10/23/24 | Jeffrey C. Hampton | Correspondence with counsel to potential interested purchaser re: LOI deposit funding inquiry | 0.20 | 159.00 |
| 10/23/24 | Jeffrey C. Hampton | Finalize LOI document and escrow agreement document and correspondence with counsel to interested purchaser re: same | 0.30 | 238.50 |
| 10/23/24 | Frederick N. Poindexter | Draft amended and restated note | 0.40 | 144.00 |
| 10/24/24 | Adam H. Isenberg | Analysis of strategic issues - real estate sale | 0.10 | 79.50 |
| 10/24/24 | Jeffrey C. Hampton | Correspondence with counsel to interested purchaser re: execution of documents and timeline | 0.30 | 238.50 |
| 10/25/24 | Monique B. DiSabatino | Begin draft of bid procedures motion for real estate assets | 0.30 | 172.50 |
| 10/28/24 | Monique B. DiSabatino | Continue to draft bid procedures motion | 1.50 | 862.50 |
| 10/29/24 | Adam H. Isenberg | Email from counsel to potential purchaser re: LOI/escrow agreement | 0.10 | 79.50 |
| 10/29/24 | Adam H. Isenberg | Email to A. Wilen, et al re: signed LOI | 0.10 | 79.50 |
| 10/29/24 | Adam H. Isenberg | Email to counsel to potential purchaser re: fully signed LOI | 0.70 | 556.50 |

376719         Philadelphia Academic Health System, LLC, et. al                    Invoice Number      4385260
00003          Asset Sale Disposition                                                                  Page: 5
11/13/24

| Date | Timekeeper | Description | Hours | Value |
|------|-----------|-------------|-------|-------|
| 10/29/24 | Adam H. Isenberg | Revise motion for supplemental loan | 0.20 | 159.00 |
| 10/29/24 | Adam H. Isenberg | Email exchange with J. DiNome re: LOI | 0.10 | 79.50 |
| 10/29/24 | Adam H. Isenberg | Email to F. Poindexter re: mortgages | 0.10 | 79.50 |
| 10/29/24 | Adam H. Isenberg | Telephone call from S. Victor re: sale issues | 0.20 | 159.00 |
| 10/29/24 | Jeffrey C. Hampton | Correspondence with counsel to potential interested purchaser re: LOI and escrow and finalize same | 0.30 | 238.50 |
| 10/29/24 | Jeffrey C. Hampton | Correspondence with client team re: LOI and escrow agreement | 0.10 | 79.50 |
| 10/29/24 | Jeffrey C. Hampton | Correspondence with A. Wilen re: authorization to release signatures for documents | 0.10 | 79.50 |
| 10/30/24 | Adam H. Isenberg | Email exchange with financial advisor to potential purchaser re: fully executed escrow agreement | 0.20 | 159.00 |
| 10/30/24 | Jeffrey C. Hampton | Review of correspondence and documents received from potential interested purchaser | 0.20 | 159.00 |
| 10/31/24 | Jeffrey C. Hampton | Telephone call from counsel to interested purchaser re: timing of deposit | 0.10 | 79.50 |

TOTAL HOURS        26.20

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| Patricia A. Desmond | 0.30 | at | 360.00 | = | 108.00 |
| Monique B. DiSabatino | 2.20 | at | 575.00 | = | 1,265.00 |
| Martin J. Doyle | 1.20 | at | 795.00 | = | 954.00 |
| Jeffrey C. Hampton | 11.50 | at | 795.00 | = | 9,142.50 |
| Adam H. Isenberg | 9.60 | at | 795.00 | = | 7,632.00 |
| Mark Minuti | 0.30 | at | 905.00 | = | 271.50 |
| Frederick N. Poindexter | 0.90 | at | 360.00 | = | 324.00 |
| Daniel P. Rowley | 0.20 | at | 470.00 | = | 94.00 |

CURRENT FEES        19,791.00

LESS 10.00% DISCOUNT        (1,979.10)

TOTAL FEES DUE        17,811.90

TOTAL AMOUNT OF THIS INVOICE        17,811.90



| | | | | |
|---|---|---|---|---|
| Philadelphia Academic Health System, LLC | | | Invoice Number | 4385261 |
| 222 N. Sepulveda Blvd. | | | Invoice Date | 11/13/24 |
| Suite 900 | | | Client Number | 376719 |
| El Segundo, CA 90245 | | | Matter Number | 00004 |

Re:    Business Operations

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/24:

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 10/01/24 | Mark Minuti | E-mails with J. Dinome and A. Wilen re: property issues | 0.20 | 181.00 |
| 10/03/24 | Mark Minuti | Participate in Teams meeting re: CMS reconciliation | 0.30 | 271.50 |
| 10/03/24 | Jeffrey C. Hampton | Review and analyze correspondence and materials received from J. DiNome re: D&O renewal | 0.20 | 159.00 |
| 10/03/24 | Jeffrey C. Hampton | Review and analyze open issues re: CMS reconciliation | 0.30 | 238.50 |
| 10/04/24 | Mark Minuti | Review of e-mails from J. Dinome and J. Hampton re: property issues | 0.20 | 181.00 |
| 10/04/24 | Mark Minuti | E-mail from A. Perno re: property issues | 0.10 | 90.50 |
| 10/04/24 | Jeffrey C. Hampton | Correspondence with J. DiNome and A. Perno re: building project issue and proposed correspondence re: same | 0.30 | 238.50 |
| 10/04/24 | Jeffrey C. Hampton | Review and analyze notices of assessment appeal | 0.20 | 159.00 |
| 10/05/24 | Jeffrey C. Hampton | Review and analyze correspondence from engineer re: water line analysis | 0.20 | 159.00 |
| 10/05/24 | Jeffrey C. Hampton | Review and analyze draft correspondence from A. Perno re: correspondence to Iron Stone re: building project issue and note comments to same | 0.30 | 238.50 |
| 10/05/24 | Jeffrey C. Hampton | Review and analyze correspondence and accompanying materials re: contract dispute | 0.20 | 159.00 |
| 10/06/24 | Jeffrey C. Hampton | Review and analyze materials received from Vicinity counsel | 0.30 | 238.50 |
| 10/06/24 | Jeffrey C. Hampton | Review and analyze correspondence re: building project issue proposed disposition | 0.20 | 159.00 |
| 10/07/24 | Mark Minuti | E-mails with J. Dinome and J. Hampton re: responding to water separation proposals | 0.20 | 181.00 |

376719  Philadelphia Academic Health System, LLC, et. al                    Invoice Number    4385261
00004   Business Operations                                                                    Page: 2
11/13/24

| Date | Timekeeper | Description | Hours | Value |
|------|-----------|-------------|-------|-------|
| 10/07/24 | Mark Minuti | E-mails between S. O'Neill and J. Dinome re: tax appeal | 0.20 | 181.00 |
| 10/07/24 | Jeffrey C. Hampton | Review, analyze and revise draft correspondence of understanding re: building project | 0.30 | 238.50 |
| 10/08/24 | Mark Minuti | E-mail from D. Hall re: CMS issues | 0.20 | 181.00 |
| 10/08/24 | Jeffrey C. Hampton | Conference with J. DiNome re: books and records retention issues | 0.40 | 318.00 |
| 10/08/24 | Jeffrey C. Hampton | Review and analyze correspondence from D. Hall of Forvis re: information request for CMS and recent CMS guidance | 0.20 | 159.00 |
| 10/09/24 | Jeffrey C. Hampton | Telephone call from and call to J. DiNome of PAHS re: CMA reconciliation follow up issues and materials | 0.40 | 318.00 |
| 10/09/24 | Jeffrey C. Hampton | Review and analyze order entered in ALJ proceeding granting debtor motion to leave | 0.10 | 79.50 |
| 10/09/24 | William W. Warren | Review Order granting consideration of Motion for Leave to Amend and note issues re: same | 0.50 | 345.00 |
| 10/09/24 | Matthew M. Haar | Review order permitting brief on motion to amend and correspondence with client team | 0.20 | 134.00 |
| 10/11/24 | Mark Minuti | Call with J. Dinome re: CMS reconciliation / Richards mediation | 0.30 | 271.50 |
| 10/11/24 | Jeffrey C. Hampton | Review and analyze purchase transaction documents re: treatment of CMS and cost report adjustments post-closing | 0.30 | 238.50 |
| 10/11/24 | Jeffrey C. Hampton | Correspondence with A. Wilen re: CMS adjustments and purchase agreement provisions | 0.20 | 159.00 |
| 10/11/24 | Jeffrey C. Hampton | Review of file materials re: HPP notes and note assignment | 0.60 | 477.00 |
| 10/13/24 | Jeffrey C. Hampton | Review and analyze revised draft of disclosure draft for D&O renewal and correspondence with J. DiNome re: same | 0.20 | 159.00 |
| 10/13/24 | Jeffrey C. Hampton | Review and analyze correspondence from S. Voit of PAHS re: HPP materials and follow up re: same | 0.30 | 238.50 |
| 10/14/24 | Jeffrey C. Hampton | Review and analyze prior CMS recovery negotiations with Tenet and identify follow up issues re: same | 0.30 | 238.50 |
| 10/14/24 | Jeffrey C. Hampton | Review and analyze schedule of default judgments and develop strategy re: same | 0.20 | 159.00 |
| 10/14/24 | Jeffrey C. Hampton | Review and analyze open medical records storage analysis and correspondence with counsel to Tenet re: same | 0.20 | 159.00 |
| 10/15/24 | Adam H. Isenberg | Email to M. Doyle re: loan documents | 0.10 | 79.50 |

376719          Philadelphia Academic Health System, LLC, et. al                    Invoice Number        4385261
00004           Business Operations                                                                        Page: 3
11/13/24

| Date | Timekeeper | Description | Hours | Value |
|------|-----------|-------------|-------|-------|
| 10/15/24 | Mark Minuti | E-mail from D. Hall re: response to CMS | 0.10 | 90.50 |
| 10/15/24 | Jeffrey C. Hampton | Review and analyze file materials re: HPP notes | 0.20 | 159.00 |
| 10/16/24 | Mark Minuti | E-mail from J. Hampton re: update to Oversight Committee | 0.20 | 181.00 |
| 10/16/24 | William W. Warren | Telephone to A. Haynes, counsel to DHS, re: conceding appeal | 0.30 | 207.00 |
| 10/17/24 | Mark Minuti | E-mail to P. Avellino re: CMS reconciliation | 0.20 | 181.00 |
| 10/17/24 | Mark Minuti | E-mails with J. Dinome re: CMS reconciliation | 0.20 | 181.00 |
| 10/18/24 | Jeffrey C. Hampton | Correspondence with J. DiNome re: correspondence with Iron Stone re: building issue | 0.20 | 159.00 |
| 10/18/24 | Jeffrey C. Hampton | Review and analyze budget for real estate | 0.20 | 159.00 |
| 10/19/24 | Jeffrey C. Hampton | Review and analyze correspondence from J. DiNome re: CMS inquiries | 0.20 | 159.00 |
| 10/19/24 | Jeffrey C. Hampton | Review and analyze correspondence with Iron Stone re: building project issues | 0.20 | 159.00 |
| 10/19/24 | Jeffrey C. Hampton | Review of correspondence with J. DiNome re: medical records agreement with Tenet | 0.20 | 159.00 |
| 10/19/24 | Jeffrey C. Hampton | Review and analyze correspondence with Novitas re: realignment inquiry for CMS funding | 0.10 | 79.50 |
| 10/19/24 | Jeffrey C. Hampton | Review and analyze monthly financial report for real estate properties | 0.30 | 238.50 |
| 10/20/24 | Jeffrey C. Hampton | Review and analyze file materials re: HPP note transfers by Tenet | 0.40 | 318.00 |
| 10/20/24 | Jeffrey C. Hampton | Correspondence with P. Jackson, counsel to HPP, re: information in support of note transfer | 0.20 | 159.00 |
| 10/20/24 | Jeffrey C. Hampton | Review and analyze CMS dispute materials re: prior proposed resolution of same | 0.30 | 238.50 |
| 10/21/24 | Mark Minuti | E-mails from J. Dinome and P. Avellino re: CMS reconciliation | 0.20 | 181.00 |
| 10/21/24 | Mark Minuti | E-mail from D. Hall re: CMS communication | 0.10 | 90.50 |
| 10/22/24 | Mark Minuti | E-mails with M. Sacks re: CMS reconciliation | 0.20 | 181.00 |
| 10/22/24 | Jeffrey C. Hampton | Correspondence and conference with K. Hayden, counsel to Tenet, re: medical records and cost report issues | 0.40 | 318.00 |
| 10/22/24 | Jeffrey C. Hampton | Review of correspondence with case team re: revised supplemental funding for real estate and documentation for same | 0.20 | 159.00 |

376719     Philadelphia Academic Health System, LLC, et. al        Invoice Number    4385261

00004      Business Operations                                         Page: 4

11/13/24

| Date | Timekeeper | Description | Hours | Value |
|------|-----------|-------------|-------|-------|
| 10/22/24 | Jeffrey C. Hampton | Correspondence with P. Jackson, counsel to HPP, re: redemption of estate held notes | 0.20 | 159.00 |
| 10/23/24 | Mark Minuti | E-mails with CMS re: reconciling claim | 0.20 | 181.00 |
| 10/25/24 | Jeffrey C. Hampton | Correspondence with J. DiNome re: further CMS adjustments and follow up regarding same | 0.30 | 238.50 |
| 10/25/24 | Jeffrey C. Hampton | Review of correspondence from J. DiNome and accompanying documents re: insurance renewal | 0.20 | 159.00 |
| 10/26/24 | Jeffrey C. Hampton | Review and analyze Eisner analysis of Vicinity invoices and allocation issues | 0.30 | 238.50 |
| 10/29/24 | Adam H. Isenberg | Email from J. DiNome re: water meter project issue | 0.10 | 79.50 |
| 10/29/24 | Jeffrey C. Hampton | Review and analyze updated utility reconciliation analysis | 0.10 | 79.50 |
| 10/29/24 | Jeffrey C. Hampton | Review of correspondence from A. Perno re: proposed building project modification for water system | 0.10 | 79.50 |
| 10/30/24 | Mark Minuti | E-mails from J. Dinome re: water meter | 0.20 | 181.00 |
| 10/30/24 | Mark Minuti | E-mail from J. Dinome re: utility bills | 0.10 | 90.50 |
| 10/31/24 | Jeffrey C. Hampton | Review and analyze medical records retention detail | 0.20 | 159.00 |

TOTAL HOURS     15.00

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|-----------|-------|---|------|---|-------|
| Matthew M. Haar | 0.20 | at | 670.00 | = | 134.00 |
| Jeffrey C. Hampton | 10.40 | at | 795.00 | = | 8,268.00 |
| Adam H. Isenberg | 0.20 | at | 795.00 | = | 159.00 |
| Mark Minuti | 3.40 | at | 905.00 | = | 3,077.00 |
| William W. Warren | 0.80 | at | 690.00 | = | 552.00 |

CURRENT FEES     12,190.00

LESS 10.00% DISCOUNT     (1,219.00)

TOTAL FEES DUE     10,971.00

TOTAL AMOUNT OF THIS INVOICE     10,971.00



| | | | | |
|---|---|---|---|---|
| Philadelphia Academic Health System, LLC | | | Invoice Number | 4385262 |
| 222 N. Sepulveda Blvd. | | | Invoice Date | 11/13/24 |
| Suite 900 | | | Client Number | 376719 |
| El Sengudo, CA 90245 | | | Matter Number | 00005 |

Re:   Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/24:

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 10/01/24 | Adam H. Isenberg | Conference call with J. DiNome, A. Wilen et al. re: weekly call | 0.70 | 556.50 |
| 10/01/24 | Mark Minuti | Teams meeting with J. Dinome re: property issues | 0.70 | 633.50 |
| 10/01/24 | Jeffrey C. Hampton | Conference with client team re: open case issues and case strategy regarding same | 0.70 | 556.50 |
| 10/04/24 | Monique B. DiSabatino | Correspondence to Omni re: service of fee application | 0.10 | 57.50 |
| 10/08/24 | Adam H. Isenberg | Weekly call with A. Wilen and J. DiNome, et al re: open issues | 0.50 | 397.50 |
| 10/08/24 | Mark Minuti | Zoom call with A. Wilen and J. Dinome re: property issues, records and open matters | 0.70 | 633.50 |
| 10/08/24 | Jeffrey C. Hampton | Conference with client team re: open case issues and case strategy re: same | 0.70 | 556.50 |
| 10/11/24 | Adam H. Isenberg | Weekly conference call with J. DiNome, et al | 0.40 | 318.00 |
| 10/11/24 | Adam H. Isenberg | Email to S. Voit re: HPP issues | 0.60 | 477.00 |
| 10/11/24 | Adam H. Isenberg | File review re: HPP issues | 0.40 | 318.00 |
| 10/11/24 | Adam H. Isenberg | Email from J. DiNome re: Iron Mountain issues | 0.20 | 159.00 |
| 10/11/24 | Mark Minuti | Zoom call with A. Wilen and J. Dinome re: property, mediation and open issues | 0.50 | 452.50 |
| 10/11/24 | Monique B. DiSabatino | Conference call with A. Wilen, J. Dinome, M. Minuti, A. Isenberg, J. Hampton and W. Pederson re: open case issues | 0.50 | 287.50 |
| 10/13/24 | Adam H. Isenberg | Email to J. DiNome re: HPP notes - due date | 0.10 | 79.50 |
| 10/13/24 | Adam H. Isenberg | Review of draft status report on bankruptcy - insurance update | 0.20 | 159.00 |

376719          Philadelphia Academic Health System, LLC, et. al                    Invoice Number     4385262
00005           Case Administration                                                                     Page: 2
11/13/24

| Date | Timekeeper | Description | Hours | Value |
|------|-----------|-------------|-------|-------|
| 10/15/24 | Adam H. Isenberg | Conference call with A. WIlen and J. DiNome re: open issues | 0.40 | 318.00 |
| 10/15/24 | Mark Minuti | Teams meeting with A. Wilen and J. Dinome re: property issues | 0.40 | 362.00 |
| 10/15/24 | Jeffrey C. Hampton | Conference with client team re: open case issues and case strategy re: same | 0.40 | 318.00 |
| 10/17/24 | Adam H. Isenberg | Email to J. DiNome re: Iron Mountain demand letter | 0.40 | 318.00 |
| 10/18/24 | Adam H. Isenberg | Review of email re: HPP notes | 0.10 | 79.50 |
| 10/18/24 | Adam H. Isenberg | Email exchange with J. DiNome re: Iron Mountain issues | 0.20 | 159.00 |
| 10/18/24 | Robyn E. Warren | Draft notice of agenda for hearing on 10/23 | 0.10 | 28.50 |
| 10/18/24 | Robyn E. Warren | .pdf and electronic docketing of notice of agenda for hearing on 10/23 | 0.20 | 57.00 |
| 10/18/24 | Robyn E. Warren | Correspondence with M. DiSabatino and Chambers re: 10/23 hearing | 0.20 | 57.00 |
| 10/18/24 | Monique B. DiSabatino | Correspondence to Omni re: service of agenda | 0.10 | 57.50 |
| 10/21/24 | Monique B. DiSabatino | Correspondence to Omni re: service of removal motion | 0.10 | 57.50 |
| 10/21/24 | Maxwell Hanamirian | Update calendar with response deadline to motion to extend period to remove | 0.10 | 31.50 |
| 10/21/24 | Maxwell Hanamirian | Draft certificate of no objection for sixteenth motion to extend period to remove actions | 0.80 | 252.00 |
| 10/22/24 | Adam H. Isenberg | Weekly conference call with A. Wilen and J. DiNome re: open issues | 0.60 | 477.00 |
| 10/22/24 | Adam H. Isenberg | Email to J. Hampton re: Tenet books and records | 0.10 | 79.50 |
| 10/22/24 | Mark Minuti | Zoom call with A. Wilen and J. Dinome re: records and property issues | 0.70 | 633.50 |
| 10/22/24 | Jeffrey C. Hampton | Conference with client team re: open case issues and case staffing re: same | 0.70 | 556.50 |
| 10/22/24 | Monique B. DiSabatino | Correspondence to Omni re: service of staffing report | 0.10 | 57.50 |
| 10/22/24 | Maxwell Hanamirian | Update calendar with response deadline for Eisner Group compensation report | 0.10 | 31.50 |
| 10/22/24 | Maxwell Hanamirian | Proofread certification of no objection for motion to extend period to remove actions | 0.10 | 31.50 |
| 10/22/24 | Maxwell Hanamirian | Email M. DiSabatino certification of no objection to Sixteenth Motion to Extend Period to Remove Actions and relevant docket entry | 0.10 | 31.50 |

376719          Philadelphia Academic Health System, LLC, et. al                Invoice Number        4385262
00005           Case Administration                                                                   Page: 3
11/13/24

| Date | Timekeeper | Description | Hours | Value |
|------|-----------|-------------|-------|-------|
| 10/22/24 | Maxwell Hanamirian | Draft certification of no objection to Eisner Staffing Report for September 2024 | 0.20 | 63.00 |
| 10/28/24 | Adam H. Isenberg | Telephone call from J. DiNome re: weekly call - to be cancelled | 0.10 | 79.50 |
| 10/28/24 | Adam H. Isenberg | Email to J. Hampton re: client update | 0.10 | 79.50 |
| 10/28/24 | Monique B. DiSabatino | Correspondence to Omni re: service of interim fee applications | 0.10 | 57.50 |
| 10/28/24 | Maxwell Hanamirian | Confirm for M. DiSabatino items for calendaring | 0.10 | 31.50 |
| 10/28/24 | Maxwell Hanamirian | Update calendar with interim fee application objection and hearing dates | 0.10 | 31.50 |
| 10/29/24 | Maxwell Hanamirian | Confirm for R. Warren calendaring of 17th interim fee application objection and hearing dates | 0.10 | 31.50 |
| 10/29/24 | Maxwell Hanamirian | Modify calendar with 17th interim fee application objection and hearing dates | 0.10 | 31.50 |
| 10/30/24 | Adam H. Isenberg | Telephone call from J. DiNome re: status call | 0.10 | 79.50 |
| 10/30/24 | Adam H. Isenberg | Email to J. Hampton re: call with J. DiNome | 0.10 | 79.50 |
| 10/30/24 | Adam H. Isenberg | Email to A. Wilen re: status call | 0.10 | 79.50 |
| 10/31/24 | Adam H. Isenberg | Emails to A. Wilen et al re: status call | 0.20 | 159.00 |

TOTAL HOURS          14.40

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|-----------|-------|----|------|---|-------|
| Monique B. DiSabatino | 1.00 | at | 575.00 | = | 575.00 |
| Jeffrey C. Hampton | 2.50 | at | 795.00 | = | 1,987.50 |
| Maxwell Hanamirian | 1.80 | at | 315.00 | = | 567.00 |
| Adam H. Isenberg | 5.60 | at | 795.00 | = | 4,452.00 |
| Mark Minuti | 3.00 | at | 905.00 | = | 2,715.00 |
| Robyn E. Warren | 0.50 | at | 285.00 | = | 142.50 |

CURRENT FEES          10,439.00

LESS 10.00% DISCOUNT          (1,043.90)

TOTAL FEES DUE          9,395.10

TOTAL AMOUNT OF THIS INVOICE          9,395.10



Philadelphia Academic Health System, LLC
222 N. Sepulveda Blvd.
Suite 900
El Segundo, CA 90245

| | |
|---|---|
| Invoice Number | 4385263 |
| Invoice Date | 11/13/24 |
| Client Number | 376719 |
| Matter Number | 00006 |

Re:    Claims Analysis, Objections, Proofs of Claim and Bar Date

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/24:

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 10/01/24 | Mark Minuti | E-mails with C. Macey re: Richards' document production | 0.20 | 181.00 |
| 10/01/24 | Mark Minuti | E-mail from C. Macey re: link for Richards' documents | 0.10 | 90.50 |
| 10/01/24 | Mark Minuti | E-mails with C. Mears re: production of documents by Richards | 0.20 | 181.00 |
| 10/01/24 | Mark Minuti | Telephone call with C. Mears re: document production | 0.20 | 181.00 |
| 10/01/24 | Mark Minuti | Preliminary review of Richards' document production | 1.10 | 995.50 |
| 10/01/24 | Mark Minuti | E-mail to J. Dinome and J. Hampton re: preliminary review of Richards' document production | 0.20 | 181.00 |
| 10/01/24 | Mark Minuti | Review and approve production of Richards' discovery | 0.40 | 362.00 |
| 10/01/24 | Mark Minuti | Telephone call with C. Macey re: mediation issues | 0.20 | 181.00 |
| 10/01/24 | Mark Minuti | E-mails with C. Macey re: additional Richards' production | 0.20 | 181.00 |
| 10/01/24 | Jeffrey C. Hampton | Correspondence with J. DiNome re: document production by Richards in mediation | 0.20 | 159.00 |
| 10/02/24 | Mark Minuti | E-mail from C. Macey re: Richards' supplemental discovery | 0.10 | 90.50 |
| 10/02/24 | Mark Minuti | E-mails with C. Mears re: Richards' supplemental discovery | 0.20 | 181.00 |
| 10/02/24 | Mark Minuti | Preliminary review of Richards' supplemental discovery | 0.20 | 181.00 |
| 10/02/24 | Jeffrey C. Hampton | Review and analyze Richards mediation supplemental production by Richards | 0.40 | 318.00 |
| 10/04/24 | Jeffrey C. Hampton | Review and analyze correspondence with counsel to Ramsey re: settlement agreement comments | 0.20 | 159.00 |

376719             Philadelphia Academic Health System, LLC, et. al                    Invoice Number        4385263
00006              Claims Analysis, Objections, Proofs of Claim and Bar Date                              Page: 2
11/13/24

| Date | Timekeeper | Description | Hours | Value |
|------|-----------|-------------|-------|-------|
| 10/04/24 | Monique B. DiSabatino | Draft tolling agreement for Ramsey matter | 0.20 | 115.00 |
| 10/08/24 | John D. Demmy | Review Medline's counter statement of issues on appeal | 0.20 | 172.00 |
| 10/09/24 | Adam H. Isenberg | Email from B. Warren re: DHS appeal | 0.10 | 79.50 |
| 10/09/24 | John D. Demmy | Review draft opening appeal brief in Medline appeal and begin making revisions and comments thereto | 2.60 | 2,236.00 |
| 10/10/24 | Mark Minuti | Review of mediation invoice from Judge Fitzgerald | 0.20 | 181.00 |
| 10/10/24 | Mark Minuti | E-mails to J. Dinome and opposing counsel re: Judge Fitzgerald's mediation invoice | 0.20 | 181.00 |
| 10/10/24 | Mark Minuti | E-mails with J. Dinome re: mediation with Richards | 0.20 | 181.00 |
| 10/10/24 | John D. Demmy | Draft e-mail to J. Garcia and M. DiSabatino with comments/explanations/reasoning re same to draft opening appeal brief in Medline appeal | 0.40 | 344.00 |
| 10/10/24 | John D. Demmy | Review local rules and bankruptcy rules regarding brief format/requirements in connection with Medline appeal | 0.30 | 258.00 |
| 10/11/24 | John D. Demmy | Review Magistrate Judge's recommendation re: mediation and briefing in Medline appeal | 0.10 | 86.00 |
| 10/11/24 | Michelle G. Novick | Correspondence to and from B. Harvey, counsel to McKesson, regarding receipt of settlement payment. | 0.10 | 71.50 |
| 10/14/24 | Mark Minuti | E-mails with mediation parties re: 10/15 mediation call | 0.20 | 181.00 |
| 10/15/24 | Mark Minuti | E-mails with mediation parties re: rescheduling call with mediator | 0.20 | 181.00 |
| 10/15/24 | Mark Minuti | Further e-mails with the mediation parties re: mediation call | 0.30 | 271.50 |
| 10/16/24 | Adam H. Isenberg | Email from B. Warren re: DHS appeal | 0.10 | 79.50 |
| 10/16/24 | Mark Minuti | E-mails with J. Dinome re: status of Richards' mediation | 0.20 | 181.00 |
| 10/16/24 | Mark Minuti | E-mails with C. Macey re: Saechow administrative claim | 0.20 | 181.00 |
| 10/16/24 | Jeffrey C. Hampton | Correspondence with case team re: avoidance action resolution | 0.10 | 79.50 |
| 10/16/24 | Jeffrey C. Hampton | Review and analyze correspondence from B. Warren re: assessment appeal stipulation dispute | 0.10 | 79.50 |
| 10/16/24 | Robyn E. Warren | Draft stipulation of dismissal of McKesson adversary action | 0.30 | 85.50 |
| 10/16/24 | Monique B. DiSabatino | Correspondence with A. Akinrinade re: McKesson settlement payment and dismissal | 0.10 | 57.50 |

376719  Philadelphia Academic Health System, LLC, et. al                    Invoice Number    4385263
00006   Claims Analysis, Objections, Proofs of Claim and Bar Date                              Page: 3
11/13/24

| Date | Timekeeper | Description | Hours | Value |
|------|-----------|-------------|-------|-------|
| 10/16/24 | Michelle G. Novick | Correspondence to and from A. Akinrinade regarding receipt of McKesson's payment. | 0.20 | 143.00 |
| 10/17/24 | Mark Minuti | E-mails with M. DiSabatino and C. Macey re: Saechow settlement | 0.20 | 181.00 |
| 10/17/24 | Mark Minuti | Zoom call with Judge Fitzgerald re: Richards' mediation | 0.60 | 543.00 |
| 10/17/24 | Mark Minuti | E-mails and telephone call with J. Dinome re: Richards mediation | 0.30 | 271.50 |
| 10/17/24 | Jeffrey C. Hampton | Correspondence with mediation parties re: implement of Saechow settlement | 0.20 | 159.00 |
| 10/17/24 | Jeffrey C. Hampton | Attend Richards mediation issues with mediator and mediation parties | 0.60 | 477.00 |
| 10/17/24 | Monique B. DiSabatino | Correspondence to M. Minuti re: implications of Saechow settlement effective date | 0.20 | 115.00 |
| 10/17/24 | Monique B. DiSabatino | Correspondence to Saechow settlement parties re: settlement payment and dismissal of pending litigation | 0.20 | 115.00 |
| 10/17/24 | John D. Demmy | Work on opening brief in Medline appeal | 4.50 | 3,870.00 |
| 10/17/24 | John D. Demmy | Review District Court order re: mediation and briefing in Medline appeal | 0.10 | 86.00 |
| 10/18/24 | Monique B. DiSabatino | Correspondence to counsel to McKesson re: stipulation of dismissal | 0.20 | 115.00 |
| 10/21/24 | Mark Minuti | E-mails with J. Bell re: call to discuss discovery | 0.20 | 181.00 |
| 10/21/24 | Robyn E. Warren | .pdf and electronic docketing of stipulation of dismissal (McKesson) | 0.20 | 57.00 |
| 10/21/24 | Monique B. DiSabatino | Correspondence to counsel to Saechow re: payment instructions | 0.10 | 57.50 |
| 10/21/24 | John D. Demmy | Continue working on opening brief in Medline appeal | 3.50 | 3,010.00 |
| 10/22/24 | Mark Minuti | E-mails with M. DiSabatino and J. Dinome re: finalizing Saechow payment | 0.10 | 90.50 |
| 10/22/24 | Monique B. DiSabatino | Revise Appellants' brief in connection with Medline matter | 3.90 | 2,242.50 |
| 10/23/24 | Mark Minuti | Telephone call with J. Bell re: discovery | 0.30 | 271.50 |
| 10/23/24 | Monique B. DiSabatino | Continue to revise Appellants' brief in connection with Medline matter | 4.30 | 2,472.50 |
| 10/24/24 | Mark Minuti | E-mails with S. Uhland re: Richards' discovery | 0.20 | 181.00 |
| 10/24/24 | Mark Minuti | E-mails with J. Dinome re: Richards' discovery | 0.20 | 181.00 |

376719     Philadelphia Academic Health System, LLC, et. al     Invoice Number     4385263

00006     Claims Analysis, Objections, Proofs of Claim and Bar Date     Page: 4

11/13/24

| Date | Timekeeper | Description | Hours | Value |
|------|-----------|-------------|-------|-------|
| 10/24/24 | Mark Minuti | Telephone call with J. Dinome re: Richards discovery | 0.20 | 181.00 |
| 10/24/24 | Jeffrey C. Hampton | Review and analyze correspondence re: issues raised by counsel to Richards regarding document review follow up | 0.20 | 159.00 |
| 10/25/24 | Mark Minuti | E-mails with M. DiSabatino and C. Macey re: finalizing Saechow settlement payment | 0.20 | 181.00 |
| 10/25/24 | Monique B. DiSabatino | Correspondence to client re: Saechow settlement funds | 0.20 | 115.00 |
| 10/25/24 | Monique B. DiSabatino | Analyze issues re: claims asserted by D. Knight | 0.40 | 230.00 |
| 10/25/24 | Monique B. DiSabatino | Update claims registry to reflect Saechow stipulation | 0.20 | 115.00 |
| 10/25/24 | Monique B. DiSabatino | Telephone call with D. Knight re: claim inquiry | 0.10 | 57.50 |
| 10/25/24 | Monique B. DiSabatino | Correspondence to counsel to Saechow re: settlement payment | 0.10 | 57.50 |
| 10/25/24 | John D. Demmy | Work on opening brief in Medline appeal | 6.00 | 5,160.00 |
| 10/25/24 | John D. Demmy | E-mails from and to M. DiSabatino and J. Garcia re: issues in connection with opening brief in Medline appeal | 0.30 | 258.00 |
| 10/27/24 | Jeffrey C. Hampton | Review and analyze correspondence from J. DiNome of PAHS re: results of further document review re: Richards mediation | 0.20 | 159.00 |
| 10/27/24 | Monique B. DiSabatino | Revise Medline brief | 2.60 | 1,495.00 |
| 10/28/24 | Mark Minuti | E-mails with J. Demmy re: Medline appellant brief | 0.20 | 181.00 |
| 10/28/24 | Mark Minuti | Review of e-mails and materials from J. Dinome re: Richards mediation | 0.30 | 271.50 |
| 10/28/24 | Robyn E. Warren | Review of and revise Medline appeal brief and draft tables | 1.60 | 456.00 |
| 10/28/24 | Robyn E. Warren | Assemble appendix to confirm to filing requirements | 1.90 | 541.50 |
| 10/28/24 | Monique B. DiSabatino | Review of correspondence from J. Garcia and J. Demmy re: Medline brief | 0.20 | 115.00 |
| 10/28/24 | Monique B. DiSabatino | Correspondence with J. Demmy and J. Garcia re: edits to Medline brief | 0.10 | 57.50 |
| 10/28/24 | John D. Demmy | Review draft appendix in connection with Medline appeal | 0.20 | 172.00 |
| 10/28/24 | John D. Demmy | Review revised opening brief with J. Garcia and M. DiSabatino's revisions in Medline appeal | 1.30 | 1,118.00 |
| 10/28/24 | John D. Demmy | E-mails to and from J. Garcia re: form and contents of Medline appendix | 0.20 | 172.00 |

376719        Philadelphia Academic Health System, LLC, et. al                Invoice Number        4385263
00006         Claims Analysis, Objections, Proofs of Claim and Bar Date                              Page: 5
11/13/24

| Date | Timekeeper | Description | Hours | Value |
|------|-----------|-------------|-------|-------|
| 10/29/24 | John D. Demmy | Review and make revisions and comments to opening brief in Medline appeal | 2.00 | 1,720.00 |
| 10/29/24 | John D. Demmy | Teleconference with R. Warren re: appendix to opening brief in Medline appeal | 0.10 | 86.00 |
| 10/29/24 | John D. Demmy | E-mail to J. Garcia and M. DiSabatino re: issues needing further work and forwarding revised opening brief in Medline appeal | 0.20 | 172.00 |
| 10/30/24 | Monique B. DiSabatino | Further revise updated Medline brief | 0.80 | 460.00 |
| 10/30/24 | John D. Demmy | Teleconference with J. DiNome re: Medline appeal issues | 0.20 | 172.00 |
| 10/30/24 | John D. Demmy | Several e-mails with J. Garcia and M. DiSabatino re: final changes to and finalization of Medline brief in medline appeal. | 0.30 | 258.00 |
| 10/31/24 | Mark Minuti | Draft and circulate e-mail to J. Bell re: discovery | 0.30 | 271.50 |
| 10/31/24 | Mark Minuti | Revise draft e-mail regarding Richards' discovery | 0.20 | 181.00 |
| 10/31/24 | Mark Minuti | Finalize and send e-mail to J. Bell re: discovery | 0.20 | 181.00 |
| 10/31/24 | Mark Minuti | Review of Richards' discovery | 0.60 | 543.00 |
| 10/31/24 | Mark Minuti | E-mail to S. Uhland re: Richards' discovery | 0.10 | 90.50 |
| 10/31/24 | Jeffrey C. Hampton | Review of correspondence with counsel to Richards re: response to follow up discovery inquiries | 0.10 | 79.50 |
| 10/31/24 | Jeffrey C. Hampton | Correspondence with J. DiNome re: comments to response to Richards counsel re: discovery inquiry | 0.10 | 79.50 |
| 10/31/24 | Robyn E. Warren | Revise and finalize Medline opening brief, update tables and draft certificate of service | 0.90 | 256.50 |
| 10/31/24 | Robyn E. Warren | Re-do appendix in support of opening brief to conform with Federal Rules | 4.40 | 1,254.00 |
| 10/31/24 | Robyn E. Warren | .pdf, electronic docketing and service of Medline opening brief | 0.30 | 85.50 |
| 10/31/24 | Robyn E. Warren | .pdf and electronic docketing of appendix in support of Medline opening brief | 0.30 | 85.50 |
| 10/31/24 | Monique B. DiSabatino | Review of correspondence from R. Warren and J. Demmy re: revisions to Medline brief | 0.20 | 115.00 |
| 10/31/24 | John D. Demmy | Several e-mails with J. Garcia and R. Warren and teleconference with R. Warren re: final changes to and finalization of Medline brief and appendix in Medline appeal for filing with District Court | 0.40 | 344.00 |

376719      Philadelphia Academic Health System, LLC, et. al                    Invoice Number    4385263
00006       Claims Analysis, Objections, Proofs of Claim and Bar Date                              Page: 6
11/13/24

| Date | Timekeeper | Description | Hours | Value |
|------|-----------|-------------|-------|-------|
| 10/31/24 | John D. Demmy | Final review and revision of Medline brief and appendix in Medline appeal for filing with District Court | 0.50 | 430.00 |

TOTAL HOURS    59.70

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|----|------|----|-------|
| John D. Demmy | 23.40 | at | 860.00 | = | 20,124.00 |
| Monique B. DiSabatino | 14.10 | at | 575.00 | = | 8,107.50 |
| Jeffrey C. Hampton | 2.40 | at | 795.00 | = | 1,908.00 |
| Adam H. Isenberg | 0.20 | at | 795.00 | = | 159.00 |
| Mark Minuti | 9.40 | at | 905.00 | = | 8,507.00 |
| Michelle G. Novick | 0.30 | at | 715.00 | = | 214.50 |
| Robyn E. Warren | 9.90 | at | 285.00 | = | 2,821.50 |

CURRENT FEES    41,841.50

LESS 10.00% DISCOUNT    (4,184.15)

TOTAL FEES DUE    37,657.35

TOTAL AMOUNT OF THIS INVOICE    37,657.35

53434371.1 11/26/2024



Philadelphia Academic Health System, LLC
222 N. Sepulveda Blvd.
Suite 900
El Segundo, CA 90245

| Invoice Number | 4385264 |
| Invoice Date | 11/13/24 |
| Client Number | 376719 |
| Matter Number | 00008 |

Re:    Creditor Inquiries

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/24:

| Date | Timekeeper | Description | Hours | Value |
|------|-----------|-------------|-------|-------|
| 10/01/24 | Monique B. DiSabatino | Correspondence to creditor re: case status inquiry | 0.10 | 57.50 |
| 10/02/24 | Monique B. DiSabatino | Correspondence to creditor re: case status inquiry | 0.10 | 57.50 |
| 10/22/24 | Mark Minuti | E-mails with CJ Lawrence re: filing claim | 0.20 | 181.00 |
| | | TOTAL HOURS | 0.40 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|-----------|-------|---|------|---|-------|
| Monique B. DiSabatino | 0.20 | at | 575.00 | = | 115.00 |
| Mark Minuti | 0.20 | at | 905.00 | = | 181.00 |

| | |
|---|---|
| CURRENT FEES | 296.00 |
| LESS 10.00% DISCOUNT | (29.60) |
| TOTAL FEES DUE | 266.40 |
| TOTAL AMOUNT OF THIS INVOICE | 266.40 |



Philadelphia Academic Health System, LLC
222 N. Sepulveda Blvd.
Suite 900
El Segundo, CA 90245

| | |
|---|---|
| Invoice Number | 4385265 |
| Invoice Date | 11/13/24 |
| Client Number | 376719 |
| Matter Number | 00011 |

Re:    Fee/Employment Applications (Saul Ewing)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/24:

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 10/01/24 | Robyn E. Warren | Prepare excel spreadsheet to be attached to Saul Ewing's sixty-second monthly fee application | 1.20 | 342.00 |
| 10/01/24 | Robyn E. Warren | Review of all invoices and draft summaries for each category for Saul Ewing's sixty-second monthly fee application | 1.10 | 313.50 |
| 10/02/24 | Robyn E. Warren | Draft Saul Ewing's sixty-second monthly fee application | 2.10 | 598.50 |
| 10/04/24 | Robyn E. Warren | Revise and finalize Saul Ewing's sixty-second monthly fee application | 0.20 | 57.00 |
| 10/04/24 | Robyn E. Warren | .pdf and electronic docketing of Saul Ewing's sixty-second monthly fee application | 0.30 | 85.50 |
| 10/09/24 | Monique B. DiSabatino | Review of certification of no objection for Saul Ewing's monthly fee application | 0.10 | 57.50 |
| 10/09/24 | Maxwell Hanamirian | Draft certification of no objection for 61st application | 0.50 | 157.50 |
| 10/09/24 | Maxwell Hanamirian | Email M. DiSabatino certification of no objection | 0.10 | 31.50 |
| 10/10/24 | Maxwell Hanamirian | Email R. Warren  to file certification of no objection | 0.10 | 31.50 |
| 10/14/24 | Jeffrey C. Hampton | Review and revise Saul Ewing monthly submission for month of September | 0.60 | 477.00 |
| 10/17/24 | Robyn E. Warren | Review of Saul Ewing's forty-ninth, fiftieth and fifty-first monthly fee applications and draft charts for Saul Ewing's seventeenth interim fee application | 3.00 | 855.00 |
| 10/18/24 | Robyn E. Warren | Draft Saul Ewing's seventeenth interim fee application | 2.70 | 769.50 |
| 10/21/24 | Robyn E. Warren | Review of Saul Ewing's fifty-second, fifty-third and fifty-fourth monthly fee applications and draft charts for Saul Ewing's eighteenth interim fee application | 3.10 | 883.50 |
| 10/22/24 | Robyn E. Warren | Draft Saul Ewing's eighteenth interim fee application | 2.80 | 798.00 |

376719     Philadelphia Academic Health System, LLC, et. al       Invoice Number    4385265

00011      Fee/Employment Applications (Saul Ewing)                    Page: 2

11/13/24

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 10/25/24 | Maxwell Hanamirian | Draft certification of no objection to sixty-second monthly fee application | 0.30 | 94.50 |
| 10/25/24 | Maxwell Hanamirian | Email M. DiSabatino certification of no objection for 62nd fee application | 0.10 | 31.50 |
| 10/25/24 | Maxwell Hanamirian | Revise certification of no objection for 62nd monthly fee application | 0.10 | 31.50 |
| 10/27/24 | Monique B. DiSabatino | Analyze issues re: parties in interest list | 0.30 | 172.50 |
| 10/28/24 | Robyn E. Warren | Revise and finalize Saul Ewing's seventeenth interim fee application | 0.20 | 57.00 |
| 10/28/24 | Robyn E. Warren | .pdf and electronic docketing of Saul Ewing's seventeenth interim fee application | 0.20 | 57.00 |
| 10/28/24 | Robyn E. Warren | Revise and finalize Saul Ewing's eighteenth interim fee application | 0.20 | 57.00 |
| 10/28/24 | Robyn E. Warren | .pdf and electronic docketing of Saul Ewing's eighteenth interim fee application | 0.20 | 57.00 |
| 10/28/24 | Robyn E. Warren | Revise and finalize certification of no objection for Saul Ewing's sixty-second monthly fee application | 0.10 | 28.50 |
| 10/28/24 | Robyn E. Warren | .pdf and electronic docketing of certification of no objection for Saul Ewing's sixty-second monthly fee application | 0.20 | 57.00 |
| 10/28/24 | Monique B. DiSabatino | Revise Saul Ewing's seventeenth and eighteenth interim fee applications | 1.00 | 575.00 |
| 10/28/24 | Maxwell Hanamirian | Email R. Warran for fee application certification of no objection to be filed | 0.10 | 31.50 |

TOTAL HOURS    20.90

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Monique B. DiSabatino | 1.40 | at | 575.00 | = | 805.00 |
| Jeffrey C. Hampton | 0.60 | at | 795.00 | = | 477.00 |
| Maxwell Hanamirian | 1.30 | at | 315.00 | = | 409.50 |
| Robyn E. Warren | 17.60 | at | 285.00 | = | 5,016.00 |

CURRENT FEES    6,707.50

LESS 10.00% DISCOUNT    (670.75)

TOTAL FEES DUE    6,036.75

TOTAL AMOUNT OF THIS INVOICE    6,036.75



| | | | | |
|---|---|---|---|---|
| Philadelphia Academic Health System, LLC | | | Invoice Number | 4385266 |
| 222 N. Sepulveda Blvd. | | | Invoice Date | 11/13/24 |
| Suite 900 | | | Client Number | 376719 |
| El Segundo, CA 90245 | | | Matter Number | 00012 |

Re:    Fee/Employment Applications (Other Professionals)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/24:

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 10/01/24 | Monique B. DiSabatino | Draft correspondence to professionals re: deadlines for upcoming fee hearing | 0.10 | 57.50 |
| 10/16/24 | Monique B. DiSabatino | Review of Eisner's monthly staffing report | 0.10 | 57.50 |
| 10/21/24 | Monique B. DiSabatino | Correspondence to A. Wilen re: monthly staffing reports | 0.10 | 57.50 |
| 10/22/24 | Robyn E. Warren | Revise and finalize Eisner's September monthly staffing report | 0.10 | 28.50 |
| 10/22/24 | Robyn E. Warren | Assemble exhibits for Eisner's September monthly staffing report | 0.20 | 57.00 |
| 10/22/24 | Robyn E. Warren | .pdf and electronic docketing of Eisner's September monthly staffing report | 0.20 | 57.00 |

TOTAL HOURS  0.80

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Monique B. DiSabatino | 0.30 | at | 575.00 | = | 172.50 |
| Robyn E. Warren | 0.50 | at | 285.00 | = | 142.50 |

CURRENT FEES  315.00

LESS 10.00% DISCOUNT  (31.50)

TOTAL FEES DUE  283.50

TOTAL AMOUNT OF THIS INVOICE  283.50

53434359.1 11/26/2024



| | | Invoice Number | 4385258 |
|---|---|---|---|
Philadelphia Academic Health System, LLC
222 N. Sepulveda Blvd.
Suite 900
El Segundo, CA 90245

| | |
|---|---|
| Invoice Number | 4385258 |
| Invoice Date | 11/13/24 |
| Client Number | 376719 |
| Matter Number | 00016 |

Re:   Litigation: Contested Matters and Adversary Proceedings

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/24:

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 10/01/24 | Mark Minuti | E-mails with J. Dinome and A. Wilen re: Vicinity litigation / settlement posture | 0.30 | 271.50 |
| 10/01/24 | Jeffrey C. Hampton | Correspondence with J. DiNome and A. Wilen re: case strategy regarding Vicinity litigation alternatives | 0.30 | 238.50 |
| 10/01/24 | Jeffrey C. Hampton | Correspondence with counsel to Iron Stone re: Vicinity dispute | 0.20 | 159.00 |
| 10/01/24 | EDPM | Complete production from relativity workspace by way of request of case team | 2.10 | 756.00 |
| 10/01/24 | Jorge Garcia | Continue draft of appellate brief re: Medline appeal | 4.20 | 1,890.00 |
| 10/02/24 | Adam H. Isenberg | Email from M. Minuti re: Vicinity | 0.10 | 79.50 |
| 10/02/24 | Mark Minuti | Finalize e-mail to Iron Stone re: steam issue settlement | 0.20 | 181.00 |
| 10/02/24 | Mark Minuti | E-mails with S. O'Neill re: Vicinity discovery | 0.20 | 181.00 |
| 10/02/24 | Mark Minuti | E-mail to J. Kurtzman re: call to discuss possible settlement | 0.20 | 181.00 |
| 10/02/24 | Mark Minuti | E-mail to D. Jokelson re: settlement discussions | 0.10 | 90.50 |
| 10/02/24 | EDPM | Load additional data to relativity workspace by way of request of case team | 1.40 | 504.00 |
| 10/02/24 | Sean T. O'Neill | Review and revise draft discovery requests for Vicinity proceeding and emails re: same | 0.70 | 427.00 |
| 10/03/24 | Mark Minuti | E-mails with J. Dinome re: communication with Iron Stone on Vicinity complaint | 0.20 | 181.00 |
| 10/03/24 | Mark Minuti | E-mails with Iron Stone's counsel re: Vicinity issues | 0.30 | 271.50 |
| 10/03/24 | Mark Minuti | Review of Vicinity complaint and report | 0.40 | 362.00 |
| 10/03/24 | Mark Minuti | E-mails with J. Hampton, A. Wilen and J. Dinome re: Vicinity issues | 0.30 | 271.50 |

376719      Philadelphia Academic Health System, LLC, et. al              Invoice Number   4385258

00016       Litigation: Contested Matters and Adversary Proceedings                           Page: 2

11/13/24

| Date | Timekeeper | Description | Hours | Value |
|------|-----------|-------------|-------|-------|
| 10/03/24 | Jeffrey C. Hampton | Review of correspondence with counsel to Iron Stone re: background and proposal | 0.20 | 159.00 |
| 10/03/24 | Jeffrey C. Hampton | Review and analyze correspondence from D. Jokelson, counsel to Iron Stone, re: disputed scope of complaint and follow up re: same | 0.30 | 238.50 |
| 10/03/24 | Jeffrey C. Hampton | Review and analyze Iron Stone complaint and Vicinity complaint re: scope of each and relief sought | 0.20 | 159.00 |
| 10/03/24 | Sean T. O'Neill | Update tax assessment appeal forms and emails with client re: same | 0.30 | 183.00 |
| 10/03/24 | Jorge Garcia | Continue draft of appellate brief re: Medline appeal | 3.20 | 1,440.00 |
| 10/04/24 | Sean T. O'Neill | Finalize tax assessment appeals to prepare same for filing, calls and emails re: same and coordinate filing | 0.30 | 183.00 |
| 10/04/24 | Jorge Garcia | Continue draft of appellate brief re: Medline appeal | 3.40 | 1,530.00 |
| 10/05/24 | Mark Minuti | E-mail from Vicinity's counsel re: outstanding steam charges | 0.20 | 181.00 |
| 10/06/24 | Mark Minuti | E-mails to J. Dinome and J. Hampton re: Vicinity ledger | 0.20 | 181.00 |
| 10/07/24 | Sean T. O'Neill | Emails re: tax assessment appeals and next steps with appraisers | 0.10 | 61.00 |
| 10/08/24 | Jorge Garcia | Continue draft of appellate brief re: Medline appeal | 6.00 | 2,700.00 |
| 10/08/24 | Jorge Garcia | Revise Medline's counter statement of issues on appeal | 0.30 | 135.00 |
| 10/09/24 | Mark Minuti | Conference with N. Smargiassi re: reconciling Vicinity invoices | 0.20 | 181.00 |
| 10/09/24 | Nicholas Smargiassi | Discussion with M. Minuti re: PAHS & Ironstone steam dispute | 0.10 | 30.00 |
| 10/09/24 | Nicholas Smargiassi | Review documents re: steam dispute | 0.20 | 60.00 |
| 10/11/24 | Mark Minuti | E-mail from Iron Stone's counsel re: utility breakdown | 0.20 | 181.00 |
| 10/11/24 | Jeffrey C. Hampton | Review and analyze correspondence from D. Jokelson, counsel to Iron Stone, re: utility dispute and review of related documents re: same | 0.30 | 238.50 |
| 10/11/24 | Monique B. DiSabatino | Analyze issues re: pending default judgments | 0.40 | 230.00 |
| 10/11/24 | EDC | Finalize credit with M. Minuti and Billing. | 0.20 | 79.00 |
| 10/11/24 | Jorge Garcia | Correspondence w/ J. Demmy re: Medline brief | 0.20 | 90.00 |
| 10/11/24 | Nicholas Smargiassi | Review and analyze information re: Ironstone adversary | 0.90 | 270.00 |

376719  Philadelphia Academic Health System, LLC, et. al          Invoice Number    4385258
00016   Litigation: Contested Matters and Adversary Proceedings                      Page: 3
11/13/24

| Date | Timekeeper | Description | Hours | Value |
|------|-----------|-------------|-------|-------|
| 10/12/24 | Jeffrey C. Hampton | Review and analyze file materials re: steam dispute analysis | 0.60 | 477.00 |
| 10/13/24 | Mark Minuti | Detailed review of Jokelson's e-mail re: Vicinity invoices / overbilling | 0.30 | 271.50 |
| 10/13/24 | Nicholas Smargiassi | Create spreadsheet re: Ironstone / Vicinity steam dispute | 1.50 | 450.00 |
| 10/13/24 | Nicholas Smargiassi | Review bills re: vicinity / ironstone steam dispute | 0.70 | 210.00 |
| 10/14/24 | Mark Minuti | E-mails with J. Dinome re: utility invoices | 0.20 | 181.00 |
| 10/14/24 | Mark Minuti | E-mails with M. DiSabatino re: default judgments | 0.20 | 181.00 |
| 10/14/24 | Mark Minuti | Review of N. Smargiassi's e-mail re: Vicinity steam claim | 0.20 | 181.00 |
| 10/14/24 | Nicholas Smargiassi | Email to M. Minuti re: vicinity and ironstone steam dispute | 0.20 | 60.00 |
| 10/15/24 | Mark Minuti | E-mail from J. Dinome re: update on utility bills | 0.10 | 90.50 |
| 10/15/24 | Jorge Garcia | Revise Medline brief | 5.90 | 2,655.00 |
| 10/16/24 | Jorge Garcia | Further revise Medline draft | 6.10 | 2,745.00 |
| 10/20/24 | Mark Minuti | Review and attempt to reconcile Vicinity invoices / claim | 1.60 | 1,448.00 |
| 10/20/24 | Mark Minuti | E-mail to Vicinity's counsel re: initial disclosures | 0.20 | 181.00 |
| 10/21/24 | Mark Minuti | Reconcile Vicinity claim and Iron Stone steam claim | 1.30 | 1,176.50 |
| 10/21/24 | Mark Minuti | E-mail to Vicinity's counsel re: reconciling claim | 0.20 | 181.00 |
| 10/21/24 | Mark Minuti | Review of Vicinity discovery | 0.20 | 181.00 |
| 10/21/24 | Robyn E. Warren | Revise and finalize sixteenth removal motion | 0.20 | 57.00 |
| 10/21/24 | Robyn E. Warren | .pdf and electronic docketing of sixteenth removal motion | 0.20 | 57.00 |
| 10/21/24 | Monique B. DiSabatino | Draft motion to extend removal deadline | 0.60 | 345.00 |
| 10/22/24 | Mark Minuti | E-mails with Vicinity's counsel re: claim issues | 0.20 | 181.00 |
| 10/22/24 | Monique B. DiSabatino | Review of certification of no objection for removal motion | 0.10 | 57.50 |
| 10/23/24 | Mark Minuti | E-mails with B. Pederson of EisnerAmper re: Vicinity claim | 0.20 | 181.00 |
| 10/23/24 | Mark Minuti | Zoom call with B. Pederson of EisnerAmper re: Vicinity claim | 0.50 | 452.50 |
| 10/23/24 | Jorge Garcia | Revise Medline brief | 1.20 | 540.00 |

376719          Philadelphia Academic Health System, LLC, et. al                    Invoice Number    4385258
00016           Litigation: Contested Matters and Adversary Proceedings                              Page: 4
11/13/24

| Date | Timekeeper | Description | Hours | Value |
|------|-----------|-------------|-------|-------|
| 10/24/24 | Monique B. DiSabatino | Analyze issues re: next steps with respect to pursuit of default judgments | 0.40 | 230.00 |
| 10/24/24 | Jorge Garcia | Further revise Medline brief | 4.50 | 2,025.00 |
| 10/25/24 | Mark Minuti | Telephone call with B. Pederson of EisnerAmper re: Vicinity / Iron Stone analysis | 0.20 | 181.00 |
| 10/25/24 | Jorge Garcia | Prepare Medline appellant brief appendix | 2.50 | 1,125.00 |
| 10/26/24 | Mark Minuti | Review of W. Pederson's memo on property issue | 0.30 | 271.50 |
| 10/26/24 | Mark Minuti | E-mail to J. Dinome re: W. Pederson analysis | 0.10 | 90.50 |
| 10/26/24 | Jorge Garcia | Revise Medline appellant brief | 1.90 | 855.00 |
| 10/28/24 | Jorge Garcia | Revise Medline appellant brief | 2.20 | 990.00 |
| 10/28/24 | Jorge Garcia | Revise Medline appellate brief appendix | 1.50 | 675.00 |
| 10/29/24 | Jorge Garcia | Revise Medline appellant brief | 1.20 | 540.00 |
| 10/29/24 | Jorge Garcia | Correspondence w/ J. Demmy re: further revisions to Medline appellant brief | 0.20 | 90.00 |
| 10/30/24 | Mark Minuti | E-mails with Vicinity's counsel re: settlement | 0.20 | 181.00 |
| 10/31/24 | Mark Minuti | Review of materials from W. Pederson re: property issues | 0.20 | 181.00 |
| 10/31/24 | Mark Minuti | E-mails with B. Pederson of EisnerAmper re: property issues | 0.20 | 181.00 |
| 10/31/24 | Mark Minuti | E-mails with Vicinity's counsel re: settlement | 0.20 | 181.00 |
| 10/31/24 | Mark Minuti | E-mails with R. Warren re: Vicinity discovery | 0.20 | 181.00 |
| 10/31/24 | Mark Minuti | Review of Iron Stone's discovery re: Vicinity payments | 0.80 | 724.00 |
| 10/31/24 | Mark Minuti | Further e-mails with B. Pederson of EisnerAmper re: property issues | 0.20 | 181.00 |
| 10/31/24 | Robyn E. Warren | Revise and finalize first set of requests for production directed to Vicinity and notice of service | 0.20 | 57.00 |
| 10/31/24 | Robyn E. Warren | .pdf and electronic docketing of notice of service and service of first set of requests for production directed to Vicinity | 0.30 | 85.50 |
| 10/31/24 | Jorge Garcia | Revise and finalize Medline brief for filing | 2.30 | 1,035.00 |

TOTAL HOURS          71.10

## TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Monique B. DiSabatino | 1.50 | at | 575.00 | = | 862.50 |
| Jorge Garcia | 46.80 | at | 450.00 | = | 21,060.00 |
| Jeffrey C. Hampton | 2.10 | at | 795.00 | = | 1,669.50 |
| Adam H. Isenberg | 0.10 | at | 795.00 | = | 79.50 |
| Mark Minuti | 11.00 | at | 905.00 | = | 9,955.00 |
| Sean T. O'Neill | 1.40 | at | 610.00 | = | 854.00 |
| Nicholas Smargiassi | 3.60 | at | 300.00 | = | 1,080.00 |
| Robyn E. Warren | 0.90 | at | 285.00 | = | 256.50 |
| eDiscovery Consultant - EDC | 0.20 | at | 395.00 | = | 79.00 |
| eDiscovery Project Manager - EDPM | 3.50 | at | 360.00 | = | 1,260.00 |

|  |  |
|---|---|
| CURRENT FEES | 37,156.00 |
| LESS 10.00% DISCOUNT | (3,715.60) |
| TOTAL FEES DUE | 33,440.40 |
| TOTAL AMOUNT OF THIS INVOICE | 33,440.40 |