# EXHIBIT D

**EXPENSE SUMMARY**

53435674.2 12/03/2024

# Expense Summary

## For the Period from October 1, 2024 through October 31, 2024

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Docket Retrieval / Case Monitoring | Pacer Service Center | $222.50 |
| E-discovery Processing /Usage | Epiq Relativity | $11,572.50 |
| Filing Fee | Delaware Bankruptcy Court | $298.00 |
| Legal Research | Westlaw | $1,242.00 |
| Messenger Service | Reliable Copy Service – DE | $37.50 |
| Publication | International Code Council | $20.41 |
| Transcripts | Reliable Copy Service – DE | $64.00 |
| **Total** | | **$13,456.91** |

53435674.2 12/03/2024



| | | | |
|---|---|---|---|
| Philadelphia Academic Health System, LLC | | Invoice Number | 4385259 |
| 222 N. Sepulveda Blvd. | | Invoice Date | 11/13/24 |
| Suite 900 | | Client Number | 376719 |
| El Segundo, CA 90245 | | Matter Number | 00002 |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | | |
|---|---|---:|---:|
| 10/07/24 | Vendor: Reliable Copy Service - DE; 9/25/25 - Pick up and delivery of binders to Courtroom and return delivery after hearing | 30.00 | |
| 10/08/24 | Vendor: Reliable Copy Service - DE; 9/18/24 - Hand delivery of fee binders to Judge Walrath | 7.50 | |
| | *Total Messenger Service* | | 37.50 |
| 10/29//24 | Vendor: Delaware Bankruptcy Court; 09/09/24 – Filing Fee for Notice of Appeal | 298.00 | |
| | *Total Filing Fees* | | 298.00 |
| 10/07/24 | Vendor: Reliable Copy Service – DE; 9/25/24 Hearing Transcript | 64.00\ | |
| | *Total Transcript* | | 64.00 |
| 10/29/24 | Publication; VENDOR: International Code Council; 09/17/24 Intl Code Council subscription | 20.41 | |
| | *Total Publication* | | 20.41 |
| 10/18/24 | ;VENDOR: Pacer Service Center – Charges for 3rd Quarter | 222.50 | |
| | *Total Pacer Research* | | 222.50 |
| 10/18/24 | Westlaw Research (Mark Minuti) | 276.00 | |
| 10/18/24 | Westlaw Research (Mark Minuti) | 966.00 | |
| | *Total Westlaw Legal Research* | | 1,242.00 |
| | Epiq Relativity eDiscovery Costs | 11,572.50 | |
| | *Total Epiq Relativity eDiscovery Costs* | | 11,572.50 |
| | CURRENT EXPENSES | | 13,456.91 |
| | TOTAL AMOUNT OF THIS INVOICE | | 13,456.91 |

53437250.1 12/03/2024