IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) **Re: Docket Nos. 5508, 5509, 5522, 5540, 5542, and 5543** |

## CERTIFICATION OF COUNSEL REGARDING PROPOSED OMNIBUS ORDER APPROVING THE SEVENTEENTH AND EIGHTEENTH INTERIM FEE APPLICATIONS OF SAUL EWING LLP, SILLS CUMMIS & GROSS, P.C. AND FOX ROTHSCHILD LLP

The undersigned counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") hereby certifies that:

1. Certain professionals retained by the Debtors and certain professionals retained by the Official Committee of Unsecured Creditors appointed in these chapter 11 cases (collectively, the "**Applicants**") filed fee application requests. Specifically, Saul Ewing LLP, Sills Cummis & Gross, P.C. and Fox Rothschild LLP filed their seventeenth and eighteenth interim fee applications (together, the "**Fee Applications**").

2. No responses were received by the Applicants prior to the Fee Applications' respective objection deadlines.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

53572878.2 12/16/2024

3. Fox Rothschild LLP's eighteenth interim fee application reflected the amount of fees due as $25,362.50; however, it subsequently confirmed that the correct amount of fees due is $25,338.50. Said amount has been corrected in the Proposed Order (as defined below).

4. The hearing with respect to the Fee Applications is scheduled for December 23, 2024.

5. Attached hereto as **Exhibit 1** is a proposed *Omnibus Order Approving the Seventeenth and Eighteenth Interim Fee Applications of Saul Ewing LLP, Sills Cummis & Gross, P.C. and Fox Rothschild LLP* (the "**Proposed Order**").

6. The undersigned counsel for the Debtors is available to respond to any questions the Court may have regarding the Proposed Order. Absent questions, the undersigned counsel respectfully requests that the Court sign the Proposed Order and direct that it be docketed.

Dated: December 16, 2024              **SAUL EWING LLP**

By:   */s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-6813
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for Debtors and Debtors in Possession*