# AFFIDAVIT

**STATE OF NEW JERSEY )**
**) ss:**
**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX )**

I, Keith Oechsner, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for National distribution for

1 insertion(s) on the following date(s):

AUG-06-2025;

ADVERTISER: CENTER CITY HEALTHCARE, LLC;

and that the foregoing statements are true and correct to the best of my knowledge.

Keith Oechsner

______________________________

Sworn to before me this
6 day of August 2025

______________________________
Notary Public



# NEW HIGHS AND LOWS

WSJ.com/newhighs

The following explanations apply to the New York Stock Exchange, NYSE Arca, NYSE American and Nasdaq Stock Market stocks that hit a new 52-week intraday high or low in the latest session. % CHG-Daily percentage change from the previous trading session.

Tuesday, August 5, 2025

| Stock | Sym | 52-Wk Hi/Lo | % Chg |
|---|---|---|---|
| **Highs** | | | |
| AECOM | ACM | 121.73 | 6.3 |
| AcadianAsset | AAMI | 46.61 | 9.7 |
| AgnicoEagleMines | AEM | 134.93 | 2.4 |
| AlgonquinNt2079 | AQNB | 25.96 | -0.4 |
| AlnylamPharm | ALNY | 426.76 | -0.2 |
| Alphatec | ATEC | 15.34 | 3.2 |
| Amedisys | AMED | 99.85 | 0.8 |
| AEP | AEP | 115.36 | -1.5 |
| AmerHlthcrREIT | AHR | 40.10 | 0.8 |
| AmerSupercond | AMSC | 58.42 | 0.2 |
| Amphenol | APH | 109.90 | -0.6 |
| AngloGoldAsh | AU | 56.99 | 6.2 |
| argenx | ARGX | 696.21 | -2.2 |
| ArsMining | ARMN | 7.77 | 3.6 |
| Arteris | AIP | 14.29 | 37.6 |
| AscendisPharma | ASND | 186.89 | 1.3 |
| AuriniaPharm | AUPH | 11.80 | 2.2 |
| AutoZone | AZO | 4021.93 | 1.1 |
| AxiomIntell1 | AXIN | 11.12 | -0.3 |
| AxonEnterprise | AXON | 885.92 | 16.4 |
| BRileyFinlNt2026 | RILYG | 19.28 | 1.6 |
| BWX Tech | BWXT | 189.25 | 17.8 |
| BBVA | BBVA | 17.33 | 1.3 |
| BarrickMining | B | 22.57 | 1.6 |
| BelFuse A | BELFA | 119.00 | 1.9 |
| BelFuse B | BELFB | 134.74 | 0.2 |
| BeOneMed | ONC | 310.49 | 1.0 |
| BloomEnergy | BE | 39.15 | 4.2 |
| BorgWarner | BWA | 38.50 | -1.0 |
| BridgeBioPharma | BBIO | 49.77 | 1.2 |
| BritishAmTob | BTI | 56.13 | 0.5 |
| BroadridgeFinl | BR | 269.14 | 6.8 |
| CH Robinson | CHRW | 116.48 | 1.1 |
| Calix | CALX | 57.98 | -1.7 |
| CedarRealtyPfC | CDRpC | 16.74 | 1.7 |
| CenterPointEner | CNP | 39.39 | -0.6 |
| CityOfficeREIT | CIO | 6.99 | 0.4 |
| Cloudflare | NET | 215.58 | -0.5 |
| CommScope | COMM | 15.65 | 1.8 |
| CorebridgeFin | CRBG | 36.57 | -1.4 |
| Corning | GLW | 64.41 | -0.5 |
| CoStar | CSGP | 97.43 | -0.3 |
| Credicorp | BAP | 249.64 | -0.2 |
| Cuprina | CUPR | 8.60 | 2.6 |
| Curtiss-Wright | CW | 517.09 | 3.1 |
| DTE Energy | DTE | 141.54 | -0.9 |
| Domo | DOMO | 16.95 | -2.3 |
| DoorDash | DASH | 259.87 | -1.1 |
| Ducommun | DCO | 93.41 | -1.6 |
| DukeEnergy | DUK | 127.85 | -0.1 |
| EQVVenturesWt | EQV.WS | 1.13 | -18.3 |
| EQVVenturesAcqnII | EVAC.U | 10.15 | 0.3 |
| Earlyworks | ELWS | 10.50 | 18.1 |
| ElbitSystems | ESLT | 494.32 | -1.2 |
| EldoradoGold | EGO | 23.12 | 6.1 |
| Enpro | NPO | 229.54 | 4.3 |
| Entergy | ETR | 92.40 | -1.3 |
| Evergy | EVRG | 73.41 | -0.1 |
| EvolvTech | EVLV | 7.17 | 1.4 |
| EvolvTechWt | EVLVW | 0.68 | 19.9 |
| FGMergerII | FGMC | 9.98 | 0.5 |
| Fabrinet | FN | 333.79 | -0.4 |
| FederatedHermes | FHI | 51.54 | 0.7 |
| ForgeGlobal | FRGE | 24.90 | 5.0 |
| Fortis | FTS | 51.45 | -0.1 |
| FossilNts2026 | FOSLL | 19.49 | 1.7 |
| FranklinRscs | BEN | 25.38 | 0.5 |
| Frontdoor | FTDR | 64.91 | -4.0 |
| FuelTech | FTEK | 3.03 | 5.7 |
| FundamentalGlbl | FGF | 40.25 | 0.5 |
| GE Aerospace | GE | 277.00 | -1.5 |
| Galapagos | GLPG | 33.86 | -1.2 |
| Generac | GNRC | 199.89 | 0.4 |
| GlobalShipLease | GSL | 29.67 | 2.0 |
| GoldFields | GFI | 30.47 | 6.6 |
| GoldRoyalty | GROY | 2.95 | 1.8 |
| GossamerBio | GOSS | 2.23 | -0.5 |
| HCMIIIAcqn | HCMAU | 10.15 | 0.3 |
| Heico | HEI | 338.92 | -7.2 |
| Heidrick&Strug | HSII | 51.24 | 4.9 |
| HovnanianPfdA | HOVNP | 20.13 | 2.9 |
| IHS Holding | IHS | 6.71 | -3.6 |
| IndigoAcqn | INAC | 9.99 | ... |
| Indivior | INDV | 21.95 | 2.7 |
| IndlLogistics | ILPT | 6.23 | 3.2 |
| InnovSolSupt | ISSC | 18.00 | -0.1 |
| Insmed | INSM | 113.10 | 0.3 |
| ICE | ICE | 189.23 | -0.6 |
| IntlTowerHill | THM | 1.35 | 6.8 |
| IperionX | IPX | 41.25 | 2.4 |
| JBT Marel | JBTM | 144.66 | 4.6 |
| J&J | JNJ | 171.56 | -0.2 |
| JohnsonOutdoors | JOUT | 39.58 | 0.6 |
| JoyzmeBiotech | MENS | 29.13 | 23.3 |
| KinikaPharm | KNSA | 33.98 | 0.4 |
| KinrossGold | KGC | 18.19 | 5.2 |
| KratosDefense | KTOS | 62.80 | -0.2 |
| L3HarrisTech | LHX | 280.52 | 0.1 |
| LincolnElectric | LECO | 246.83 | 0.7 |
| Loews | L | 93.55 | 0.5 |
| MP Materials | MP | 68.42 | 4.5 |
| MedallionBkPfdG | MBNKO | 25.94 | ... |
| MedallionFinl | MFIN | 10.98 | -3.4 |
| MercurySystems | MRCY | 55.40 | 1.3 |
| MicroStrategyPfdA | STRC | 97.18 | 0.1 |
| Mint | MIMI | 9.43 | 1.8 |
| MrCooper | COOP | 190.47 | 5.7 |
| MyersIndustries | MYE | 16.10 | 0.5 |
| NRG Energy | NRG | 175.96 | -1.1 |
| Nasdaq | NDAQ | 97.22 | -0.6 |
| NewYorkMtgNts30 | NYMTH | 25.19 | 0.4 |
| Newmont | NEM | 67.43 | 2.8 |
| NextEraEnerDebU | NEEpU | 25.46 | -0.1 |
| NorthropGrum | NOC | 594.68 | ... |
| OR Royalties | OR | 29.50 | 2.1 |
| O'ReillyAuto | ORLY | 102.48 | 0.8 |
| Oklo | OKLO | 85.20 | 10.1 |
| Ollie'sBargain | OLLI | 140.98 | -1.2 |
| OncologyInst | TOI | 4.12 | -1.7 |
| 180DegreeCap | TURN | 4.39 | 1.9 |
| OriginInvtI | ORIQU | 10.06 | 0.1 |
| Oshkosh | OSK | 139.95 | 2.0 |
| PalantirTech | PLTR | 176.33 | 7.8 |
| PatrickIndustries | PATK | 103.96 | 2.4 |
| PennyMacNts2030 | PMTW | 25.50 | 0.2 |
| Perma-PipeIntl | PPIH | 26.05 | 1.5 |
| PermianBasin | PBT | 14.99 | 7.2 |
| PrimorisSvcs | PRIM | 112.98 | 16.7 |
| Prudential | PUK | 25.66 | 0.9 |
| RFAcqnII | RFAI | 10.60 | 0.1 |
| RamacoRscsNts30 | METCI | 25.13 | 0.5 |
| Rambus | RMBS | 76.20 | -2.6 |
| Rollins | ROL | 58.96 | -0.6 |
| RoyaltyPharma | RPRX | 38.00 | 0.1 |
| Ryanair | RYAAY | 64.06 | -0.3 |
| S&P Global | SPGI | 566.13 | ... |
| SPX Tech | SPXC | 206.04 | 1.4 |
| SaversValue | SVV | 11.97 | -2.5 |
| Seaboard | SEB | 3494.44 | 3.0 |
| Smith&Nephew | SNN | 35.88 | 15.2 |
| SmithfieldFds | SFD | 25.44 | ... |
| Solowin | SWIN | 4.68 | -0.2 |
| SpringValleyII | SVIIU | 12.89 | 1.6 |
| SterlingInfr | STRL | 321.79 | 9.1 |
| Symbotic | SYM | 64.16 | 11.7 |
| Tapestry | TPR | 112.49 | -0.4 |
| TatTechnologies | TATT | 37.90 | 1.6 |
| Techprecision | TPCS | 5.94 | 2.0 |
| ThredUp | TDUP | 11.00 | 5.7 |
| Toast | TOST | 49.66 | -3.2 |
| TranslationalDev | TDACU | 10.72 | 1.1 |
| UraniumEner | UEC | 9.58 | 3.1 |
| UrbanOutfitters | URBN | 80.18 | -1.7 |
| UroGenPharma | URGN | 21.02 | 4.2 |
| VSE | VSEC | 161.60 | 1.0 |
| VillageFarms | VFF | 1.70 | 2.4 |
| Vistra | VST | 216.85 | -2.1 |
| WEC Energy | WEC | 111.90 | -1.1 |
| WattsWater | WTS | 265.46 | 0.8 |
| Wayfair | W | 76.29 | 0.3 |
| Welltower | WELL | 170.30 | 0.5 |
| WheatonPrecMtls | WPM | 98.50 | 2.2 |
| Willdan | WLDN | 92.76 | 2.0 |
| XcelEnergy | XEL | 74.57 | -0.7 |
| Xometry | XMTR | 47.46 | 43.0 |
| Xylem | XYL | 145.33 | -0.3 |
| Yalla | YALA | 9.29 | 12.2 |
| ZeppHealth | ZEPP | 24.44 | 38.1 |
| **Lows** | | | |
| AMN Healthcare | AMN | 17.11 | 0.3 |
| ARKRestaurants | ARKR | 6.38 | 4.0 |
| Accenture | ACN | 245.74 | -4.5 |
| AcurxPharm | ACXP | 5.03 | -13.0 |
| Adtxt | ADTX | 0.81 | -9.0 |
| AdvancedBiomed | ADVB | 0.37 | -11.1 |
| agilon health | AGL | 0.71 | -51.5 |
| Agriforce | AGRI | 3.50 | -13.7 |
| Alight | ALIT | 4.09 | -18.3 |
| Amaze | AMZE | 3.20 | -17.1 |
| AppliedDNA | APDN | 4.06 | 7.6 |
| AptevoTherap | APVO | 2.36 | -5.4 |
| ArgoBlockchainNts | ARBKL | 2.51 | -9.7 |
| AvanosMedical | AVNS | 9.30 | -12.1 |
| B&G Foods | BGS | 3.67 | -2.7 |
| BankFinancial | BFIN | 10.78 | 0.6 |
| BellRing | BRBR | 34.02 | -32.6 |
| Bioventus | BVS | 5.81 | -2.8 |
| BioVie | BIVI | 4.86 | -17.3 |
| BlueAcqnRt | BACCR | 0.15 | -6.6 |
| BoiseCascade | BCC | 80.30 | 4.9 |
| BollingerInnov | BINI | 4.40 | -22.2 |
| BoneBiologics | BBLG | 2.61 | -1.8 |
| BostonOmaha | BOC | 13.02 | 0.4 |
| BrookfieldNts2084 | BIPJ | 24.59 | 0.2 |
| Bruker | BRKR | 32.01 | -7.6 |
| CNS Pharm | CNSP | 7.41 | 1.7 |
| CPI Card | PMTS | 17.81 | -4.2 |
| Carlsmed | CARL | 12.16 | -5.7 |
| Cenntro | CENN | 0.47 | 0.8 |
| Centerspace | CSR | 52.76 | -0.8 |
| Chagee | CHA | 20.87 | -3.8 |
| ClearwaterPaper | CLW | 21.55 | 1.7 |
| Commerce.com | CMRC | 4.39 | -7.7 |
| CrossTimbers | CRT | 8.46 | -1.5 |
| DatavaultAI | DVLT | 0.48 | -6.7 |
| EDAP TMS | EDAP | 1.22 | ... |
| EdgewellPersonal | EPC | 19.13 | -18.8 |
| Endava | DAVA | 11.69 | -3.2 |
| EverbrightDigital | EDHL | 0.55 | 5.2 |
| FactSet | FDS | 383.27 | -2.2 |
| FairIsaac | FICO | 1336.50 | -1.3 |
| FangddNetwork | DUO | 1.69 | 0.6 |
| FibroBiologics | FBLG | 0.55 | -8.7 |
| Figma | FIG | 79.00 | -10.7 |
| Gartner | IT | 231.00 | -27.6 |
| GenerationIncm | GIPR | 1.20 | -5.2 |
| Globant | GLOB | 78.30 | -2.9 |
| Heartbeam | BEAT | 0.97 | -0.3 |
| HeliusMedical | HSDT | 5.80 | -1.7 |
| HelixAcqnIIA | HLXB | 8.50 | -3.7 |
| Hotel101Glbl | HBNB | 1.72 | -9.4 |
| iBio | IBIO | 0.62 | -1.6 |
| Ichor | ICHR | 13.12 | -30.2 |
| IndaptusTherap | INDP | 7.10 | 5.5 |
| IndigoAcqnRt | INACR | 0.09 | 0.8 |
| InsightEnt | NSIT | 115.68 | -1.3 |
| InspireMedical | INSP | 73.92 | -32.4 |
| IntercontCayman | NCT | 2.90 | -12.9 |
| JamfHolding | JAMF | 7.13 | -3.8 |
| LZ Technology | LZMH | 3.58 | -19.6 |
| Leslie's | LESL | 0.34 | -0.4 |
| LiveOakBcshPfdA | LOBpA | 23.00 | 0.2 |
| MSP Recovery | MSPR | 0.86 | -0.3 |
| MackenzieRealty | MKZR | 4.67 | -3.5 |
| MajesticIdeal | MJID | 1.44 | -1.3 |
| McCormick | MKC | 69.74 | -0.6 |
| McGrawHill | MH | 13.40 | -12.0 |
| MesaLabs | MLAB | 57.41 | -24.9 |
| MolinaHealthcare | MOH | 152.13 | -1.8 |
| MoolecScience | MLEC | 2.91 | -2.9 |
| NIQGlobalIntel | NIQ | 15.78 | -1.0 |
| NamibMinerals | NAMM | 3.10 | -9.9 |
| NatlStorage | NSA | 28.02 | 2.9 |
| NewEraHelium | NEHC | 0.38 | -2.1 |
| NextNRG | NXXT | 1.13 | 8.5 |
| NovoNordADRHdg | NVOH | 25.76 | -3.4 |
| Nuwellis | NUWE | 4.82 | -21.2 |
| ONEOK | OKE | 74.23 | -5.2 |
| Odysight.ai | ODYS | 3.92 | -8.6 |
| Onconetix | ONCO | 3.00 | -4.4 |
| OstinTech | OST | 1.57 | 7.0 |
| PMGC | ELAB | 1.81 | -7.4 |
| ParamountA | PARAA | 17.66 | -3.9 |
| PAVmed | PAVM | 0.49 | -6.9 |
| Paysafe | PSFE | 11.34 | -3.0 |
| Playstudios | MYPS | 1.05 | -1.8 |
| Portillo's | PTLO | 7.20 | -23.3 |
| PostHoldings | POST | 103.10 | -2.0 |
| ProCapAcqnWt | PCAPW | 0.50 | -14.0 |
| ProficientAuto | PAL | 6.23 | -3.1 |
| ProgressSoftware | PRGS | 44.28 | -2.1 |
| ProspectCapital | PSEC | 2.80 | -0.3 |
| Pulmonx | LUNG | 1.57 | -0.6 |
| PyxisTankersWt | PXSAW | 0.01 | -20.2 |
| QualigenTherap | QLGN | 1.89 | -8.2 |
| Railiant | RAL | 42.35 | 1.6 |
| Rapid7 | RPD | 20.07 | -2.7 |
| RelianceGlobal | RELI | 0.91 | -6.5 |
| ResourcesConnect | RGP | 4.57 | ... |
| RobertHalf | RHI | 34.96 | -0.1 |
| SMX | SMX | 0.84 | -35.4 |
| Safe&Green | SGBX | 0.18 | -20.9 |
| ScanTechAI | STAI | 0.53 | 3.8 |
| Semrush | SEMR | 7.10 | -20.7 |
| Shift4PayPfdA | FOURpA | 99.62 | -12.6 |
| SimplyGoodFoods | SMPL | 29.99 | -2.1 |
| SproutSocial | SPT | 16.18 | -3.0 |
| SunCarTechA | SDA | 2.12 | -3.1 |
| TH Intl | THCH | 1.95 | -0.8 |
| TTEC | TTEC | 2.83 | -1.0 |
| TelixPharm | TLX | 12.10 | -8.0 |
| TheravaBio | TOVX | 0.39 | -4.0 |
| TriNet | TNET | 62.72 | -0.3 |
| Unitil | UTL | 48.93 | -6.0 |
| U Power | UCAR | 1.74 | -2.9 |
| VertexPharm | VRTX | 373.19 | -20.6 |
| Veru | VERU | 0.45 | -6.4 |
| VividSeats | SEAT | 0.98 | -22.4 |
| VividSeatsWt | SEATW | 0.13 | -16.9 |
| VoyagerTech | VOYG | 32.35 | -14.8 |
| WenAcqnWt | WENNW | 0.50 | -14.3 |
| Wendy's | WEN | 9.74 | 1.3 |
| Wix.com | WIX | 126.23 | -2.5 |
| XBP Global | XBP | 0.60 | -18.8 |
| Xperi | XPER | 5.70 | -0.3 |
| ZipRecruiter | ZIP | 3.77 | -2.0 |
| zSpace | ZSPC | 2.08 | -20.0 |

## Biggest 1,000 Stocks | WSJ.com/stocks

Continued From Page B7

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| RPM | RPM | 119.99 | 1.39 |
| RTX | RTX | 156.33 | -1.05 |
| RalphLauren | RL | 299.24 | -5.21 |
| ▲ Rambus | RMBS | 73.79 | -1.94 |
| RangeResources | RRC | 35.24 | 0.33 |
| RaymondJames | RJF | 166.62 | 0.14 |
| RealtyIncome | O | 57.20 | -0.25 |
| Reddit | RDDT | 199.09 | -2.67 |
| RegalRexnord | RRX | 145.32 | -2.19 |
| RegencyCtrs | REG | 73.81 | 1.63 |
| RegenPharm | REGN | 569.90 | -1.64 |
| RegionsFinl | RF | 25.18 | ... |
| ReinsGrp | RGA | 183.10 | 6.00 |
| Reliance | RS | 287.78 | 3.12 |
| RenaissanceRe | RNR | 240.30 | 0.32 |
| RentokilInit | RTO | 23.64 | 0.30 |
| RepublicSvcs | RSG | 232.08 | 0.37 |
| ResMed | RMD | 285.00 | -6.44 |
| RestaurantBrands | QSR | 68.16 | -0.99 |
| Revvity | RVTY | 88.68 | 0.36 |
| RexfordIndlRealty | REXR | 36.94 | 0.79 |
| RioTinto | RIO | 59.70 | -0.30 |
| Rivian | RIVN | 12.15 | -0.26 |
| Robinhood | HOOD | 105.46 | -0.91 |
| Roblox | RBLX | 127.11 | -3.59 |
| **RocketCos.** | **RKT** | **18.03** | **1.15** |
| RocketLab | RKLB | 44.75 | 0.21 |
| Rockwell | ROK | 346.00 | -4.16 |
| RogersComm B | RCI | 33.67 | -0.37 |
| Roku | ROKU | 83.64 | -2.19 |
| ▲ Rollins | ROL | 58.12 | -0.34 |
| RoperTech | ROP | 537.93 | -8.49 |
| RossStores | ROST | 141.79 | -0.18 |
| RoyalBkCanada | RY | 130.73 | 0.81 |
| RoyalCaribbean | RCL | 311.36 | -4.34 |
| RoyalGold | RGLD | 160.18 | 3.75 |
| ▲ RoyaltyPharma | RPRX | 37.91 | 0.03 |
| **Rubrik** | **RBRK** | **87.54** | **-4.98** |
| RyanSpecialty | RYAN | 57.77 | -0.05 |
| ▲ Ryanair | RYAAY | 63.60 | -0.17 |
| SAP | SAP | 285.19 | 1.40 |
| ▲ S&P Global | SPGI | 563.02 | ... |
| SBA Comm | SBAC | 219.16 | -11.24 |
| SEI Investments | SEIC | 87.81 | -0.53 |
| SK Telecom | SKM | 22.60 | 0.17 |
| ▲ SPX Tech | SPXC | 203.71 | 2.73 |
| SS&C Tech | SSNC | 85.94 | 0.55 |
| **SailPoint** | **SAIL** | **19.50** | **-1.10** |
| Salesforce | CRM | 247.49 | -4.83 |
| Samsara | IOT | 35.91 | -1.69 |
| Sanofi | SNY | 47.84 | -0.21 |
| Schlumberger | SLB | 33.50 | 0.62 |
| SchwabC | SCHW | 96.44 | -0.66 |
| Sea | SE | 151.44 | -5.30 |
| Seagate | STX | 151.74 | -3.07 |
| Sempra | SRE | 82.37 | -0.61 |
| ServiceIntl | SCI | 78.77 | 0.32 |
| ServiceNow | NOW | 905.12 | -17.88 |
| ServiceTitan | TTAN | 111.77 | -2.59 |
| SharkNinja | SN | 115.45 | -0.82 |
| Shell | SHEL | 72.40 | 0.55 |
| SherwinWilliams | SHW | 352.09 | 4.24 |
| **Shift4Paymts** | **FOUR** | **86.43** | **-15.77** |
| ShinhanFin | SHG | 48.87 | 0.71 |
| Shopify | SHOP | 127.00 | 1.79 |
| SimonProperty | SPG | 169.31 | 5.37 |
| SkechersUSA | SKX | 63.05 | -0.02 |
| Skyworks | SWKS | 67.63 | -0.31 |
| SmithAO | AOS | 70.32 | -0.02 |
| ▲ **Smith&Nephew** | **SNN** | **35.48** | **4.69** |
| ▲ SmithfieldFds | SFD | 25.20 | -0.01 |
| Smucker | SJM | 109.60 | -0.39 |
| SmurfitWestrock | SW | 44.17 | 0.11 |
| Snap | SNAP | 9.39 | -0.08 |
| Snap-On | SNA | 322.07 | 3.14 |
| Snowflake | SNOW | 205.77 | -2.71 |
| SOQUIMICH | SQM | 36.13 | -0.25 |
| SoFiTech | SOFI | 21.54 | -0.27 |
| Solventum | SOLV | 72.43 | -0.79 |
| Somnigroup | SGI | 74.59 | 0.47 |
| Sony | SONY | 24.53 | -0.23 |
| SouthState | SSB | 94.12 | 0.53 |
| Southern | SO | 94.39 | -1.61 |
| SoCopper | SCCO | 94.53 | 1.48 |
| SouthwestAir | LUV | 29.92 | 0.17 |
| **Sportradar** | **SRAD** | **27.84** | **-1.69** |
| Spotify | SPOT | 647.00 | -11.59 |
| SproutsFarmers | SFM | 149.24 | -4.57 |
| StandardAero | SARO | 28.22 | -0.18 |
| StanleyB&D | SWK | 69.36 | 1.43 |
| Stantec | STN | 111.31 | 1.30 |
| Starbucks | SBUX | 90.20 | 0.42 |
| StateStreet | STT | 110.06 | 0.28 |
| SteelDynamics | STLD | 123.53 | 2.17 |
| Stellantis | STLA | 8.82 | 0.08 |
| Steris | STE | 223.87 | -4.56 |
| ▲ **SterlingInfr** | **STRL** | **296.58** | **24.84** |
| StifelFinancial | SF | 112.20 | -0.07 |
| STMicroelec | STM | 24.94 | -0.18 |
| Stryker | SYK | 380.86 | -0.63 |
| SumitomoMits | SMFG | 15.19 | -0.05 |
| SummitTherap | SMMT | 29.13 | -0.19 |
| SunComms | SUI | 126.83 | 0.99 |
| SunLifeFinancial | SLF | 60.72 | -0.41 |
| SuncorEnergy | SU | 39.25 | 0.26 |
| Sunoco | SUN | 53.50 | -0.73 |
| SuperMicroComp | SMCI | 57.26 | -0.97 |
| Suzano | SUZ | 9.23 | 0.06 |
| ▲ **Symbotic** | **SYM** | **63.21** | **6.64** |
| SynchronyFinl | SYF | 69.99 | 1.04 |
| Synopsys | SNPS | 628.50 | -7.52 |
| Sysco | SYY | 79.25 | -0.22 |
| **T U V** | | | |
| TC Energy | TRP | 48.91 | 0.37 |
| TD Synnex | SNX | 141.36 | -0.81 |
| TE Connectivity | TEL | 201.53 | -2.47 |
| Telus | TU | 15.79 | 0.04 |
| TIM | TIMB | 19.63 | 0.39 |
| TJX | TJX | 128.77 | -0.45 |
| TKO | TKO | 163.45 | -2.31 |
| T-MobileUS | TMUS | 238.93 | -2.08 |
| TPG | TPG | 57.28 | 0.14 |
| T.RowePrice | TROW | 105.65 | -0.29 |
| TaiwanSemi | TSM | 232.47 | -6.53 |
| Take-TwoSftwr | TTWO | 225.92 | -0.07 |
| TakedaPharm | TAK | 14.20 | -0.06 |
| TalenEnergy | TLN | 384.27 | -6.41 |
| ▲ Tapestry | TPR | 111.49 | -0.40 |
| TargaResources | TRGP | 163.63 | -1.19 |
| Target | TGT | 102.43 | 2.64 |
| TechnipFMC | FTI | 35.49 | -0.20 |
| TeckResourcesB | TECK | 32.59 | 0.08 |
| TeledyneTech | TDY | 552.16 | -0.10 |
| Ericsson | ERIC | 7.38 | -0.01 |
| TelefonicaBras | VIV | 11.62 | 0.07 |
| Telefonica | TEF | 5.26 | -0.04 |
| TelekomIndns | TLK | 18.08 | -0.14 |
| TempusAI | TEM | 57.74 | 0.22 |
| Tenaris | TS | 35.78 | 1.11 |
| TencentMusic | TME | 21.55 | 0.22 |
| TenetHealthcare | THC | 160.29 | -0.78 |
| Teradyne | TER | 106.93 | 1.21 |
| Tesla | TSLA | 308.72 | -0.54 |
| TetraTech | TTEK | 37.37 | 0.82 |
| TevaPharm | TEVA | 15.71 | 0.02 |
| TexasInstruments | TXN | 185.40 | 2.67 |
| TexasPacLand | TPL | 958.81 | 6.77 |
| TexasRoadhouse | TXRH | 182.23 | -2.56 |
| Textron | TXT | 78.22 | 0.41 |
| ThermoFisher | TMO | 466.42 | -0.15 |
| ThomsonReuters | TRI | 199.82 | -4.00 |
| 3M | MMM | 150.09 | 2.22 |
| ▲ Toast | TOST | 47.71 | -1.59 |
| TollBros | TOL | 127.17 | 2.18 |
| **TopBuild** | **BLD** | **408.08** | **20.89** |
| TorontoDomBk | TD | 72.98 | -0.50 |
| TotalEnergies | TTE | 60.28 | 0.79 |
| ToyotaMotor | TM | 181.50 | -0.81 |
| TractorSupply | TSCO | 59.77 | 0.27 |
| TradeDesk | TTD | 87.70 | -2.06 |
| Tradeweb | TW | 140.54 | -0.51 |
| TraneTech | TT | 428.76 | -5.21 |
| **TransDigm** | **TDG** | **1416.94** | **-192.04** |
| TransUnion | TRU | 91.06 | -2.52 |
| Travelers | TRV | 265.17 | 2.17 |
| Trimble | TRMB | 82.70 | -1.55 |
| Trip.com | TCOM | 61.17 | -0.89 |
| TruistFinl | TFC | 43.42 | 0.01 |
| Twilio | TWLO | 124.65 | -0.67 |
| TylerTech | TYL | 608.68 | 5.69 |
| TysonFoods | TSN | 54.79 | 0.98 |
| UBS Group | UBS | 37.54 | 0.19 |
| UDR | UDR | 38.55 | 0.58 |
| U-Haul | UHAL | 57.43 | 0.62 |
| U-Haul N | UHAL/B | 50.98 | 0.39 |
| **UL Solutions** | **ULS** | **64.63** | **-8.41** |
| UMB Fin | UMBF | 111.26 | 0.71 |
| US Foods | USFD | 82.42 | -0.93 |
| Uber | UBER | 89.39 | 0.96 |
| Ubiquiti | UI | 436.54 | -1.33 |
| UltaBeauty | ULTA | 510.17 | -4.82 |
| Unilever | UL | 60.13 | -0.04 |
| UnionPacific | UNP | 222.97 | 0.91 |
| UnitedAirlines | UAL | 87.66 | 0.65 |
| UnitedMicro | UMC | 6.81 | ... |
| UPS B | UPS | 86.78 | 1.76 |
| UnitedRentals | URI | 867.08 | -1.49 |
| US Bancorp | USB | 44.56 | 0.14 |
| UnitedTherap | UTHR | 304.81 | 12.16 |
| UnitedHealth | UNH | 251.00 | 10.02 |
| UnitySoftware | U | 33.94 | -0.07 |
| UniversalHealthB | UHS | 164.70 | 0.02 |
| UnumGroup | UNM | 70.01 | 0.06 |
| VICI Prop | VICI | 33.52 | -0.41 |
| Vale | VALE | 9.87 | 0.02 |
| ValeroEnergy | VLO | 136.83 | 1.79 |
| VeevaSystems | VEEV | 281.46 | -3.82 |
| Ventas | VTR | 68.73 | 0.45 |
| VentureGlobal | VG | 14.77 | -0.16 |
| Veralto | VLTO | 106.56 | -0.39 |
| VeriSign | VRSN | 268.23 | -0.06 |
| VeriskAnalytics | VRSK | 264.72 | -3.28 |
| Verizon | VZ | 42.67 | -0.28 |
| VeronaPharma | VRNA | 105.40 | -0.07 |
| ▼ **VertexPharm** | **VRTX** | **374.98** | **-97.29** |
| Vertiv | VRT | 138.76 | -1.44 |
| Viatris | VTRS | 8.98 | 0.04 |
| Viking | VIK | 58.21 | -0.65 |
| VinFastAuto | VFS | 3.56 | 0.09 |
| ViperEnergy | VNOM | 37.44 | -0.06 |
| Visa | V | 337.43 | -4.72 |
| ▲ Vistra | VST | 209.60 | -4.46 |
| Vodafone | VOD | 11.10 | 0.06 |
| VulcanMatls | VMC | 283.17 | 1.32 |
| **W X Y Z** | | | |
| ▲ WEC Energy | WEC | 110.00 | -1.27 |
| W.P.Carey | WPC | 66.12 | 0.04 |
| Wabtec | WAB | 188.89 | 1.90 |
| WalgreensBoots | WBA | 11.69 | 0.03 |
| Walmart | WMT | 99.31 | -0.28 |
| WarnerBrosA | WBD | 12.72 | -0.08 |
| WarnerMusic | WMG | 29.88 | 0.65 |
| WasteConnections | WCN | 186.82 | -0.55 |
| WasteMgt | WM | 229.78 | -0.76 |
| Waters | WAT | 281.19 | -4.40 |
| Watsco | WSO | 428.25 | 2.74 |
| ▲ WattsWater | WTS | 263.74 | 2.09 |
| ▲ Wayfair | W | 73.68 | 0.20 |
| WebsterFin | WBS | 56.66 | 0.04 |
| WellsFargo | WFC | 77.96 | 0.38 |
| ▲ Welltower | WELL | 169.69 | 0.91 |
| WescoIntl | WCC | 206.74 | -2.33 |
| WestPharmSvcs | WST | 238.86 | 0.47 |
| WestAllianceBcp | WAL | 78.80 | 1.40 |
| WesternDigital | WDC | 75.84 | -1.45 |
| WesternMidstrm | WES | 39.78 | -0.26 |
| **Westlake** | **WLK** | **83.08** | **6.83** |
| Weyerhaeuser | WY | 25.80 | 0.53 |
| ▲ WheatonPrecMtls | WPM | 97.98 | 2.11 |
| Williams | WMB | 59.00 | -1.26 |
| Williams-Sonoma | WSM | 203.78 | 3.26 |
| WillisTowers | WTW | 324.50 | 3.83 |
| Wingstop | WING | 338.57 | -10.10 |
| WintrustFinl | WTFC | 125.82 | 0.97 |
| Wipro | WIT | 2.68 | 0.01 |
| WoodsideEnergy | WDS | 17.21 | 0.28 |
| Woodward | WWD | 253.14 | -6.73 |
| WooriFinl | WF | 53.78 | 1.58 |
| Workday | WDAY | 224.98 | -0.14 |
| WynnResorts | WYNN | 107.72 | 0.67 |
| XP | XP | 16.76 | 0.07 |
| XPO | XPO | 120.42 | 0.93 |
| ▲ XcelEnergy | XEL | 73.73 | -0.51 |
| XPeng | XPEV | 19.29 | 0.43 |
| ▲ Xylem | XYL | 143.61 | -0.36 |
| YPF | YPF | 35.10 | 1.62 |
| **Yum!Brands** | **YUM** | **139.50** | **-7.50** |
| **YumChina** | **YUMC** | **43.64** | **-2.84** |
| ZTO Express | ZTO | 19.72 | -0.76 |
| **ZebraTech** | **ZBRA** | **302.60** | **-38.76** |
| Zillow C | Z | 82.49 | -1.16 |
| Zillow A | ZG | 79.25 | -1.14 |
| ZimmerBiomet | ZBH | 92.05 | -0.35 |
| Zoetis | ZTS | 146.12 | -5.69 |
| ZoomComms | ZM | 71.70 | -0.36 |
| Zscaler | ZS | 281.96 | -3.90 |

ADVERTISEMENT

# The Marketplace

To advertise: 800-366-3975 or WSJ.com/classifieds

BOATING

SEALED BID AUCTION

Forfeited by Order of United States District Court Southern District of New York

2017 LÜRSSEN 106m (348′) AMADEA

SEPTEMBER 10, 2025 AUCTION DATE

- 4,402 Gross Tons
- 8 Staterooms
- Exterior by Espen Øino
- Interior by Zuretti Design
- Located San Diego, CA, USA

AmadeaAuction.com

BUSINESS OPPORTUNITIES

MORTGAGE REIT 8%-9% RETURN

TAX EFFICIENCY
REAL ESTATE SECURED
GROWTH / INCOME
SEEKING RIA'S & ACCREDITED INVESTORS

866-700-0600

ALLIANCE MORTGAGE FUND
120 Vantis Dr., Ste. 515 • Aliso Viejo, CA 92656
www.AlliancePortfolio.com
RE Broker • CA DRE • 02066955 Broker License ID

COMMERCIAL REAL ESTATE

LAND GRAB ALERT

245+/- PRISTINE ACRES FULLY PERMITTED FOR CONSTRUCTION!

PROPERTY ENTITLED FOR UP TO 999 HOMES.

BETWEEN ORLANDO & TAMPA; CLOSE TO DISNEY WORLD!

LOCATED IN A BOOMING RESIDENTIAL AREA OF CENTRAL FLORIDA!

Call for pricing, entitlement documents to qualified buyer and tour scheduling.

Contact: Mark Cooney (813) 679-3952

NOTICE OF SALE

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1] Debtors. | Chapter 11<br>Case No. 19-11466 (MFW)<br>Jointly Administered<br>Related to Docket No. 5898 |

**NOTICE OF SALE OF ASSETS**

Center City Healthcare, LLC d/b/a Hahnemann University Hospital and certain of its affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), are seeking to sell certain real property and all rights and interests appurtenant thereto (together, the "**Real Estate**"), as follows:

| Property | Address | OPA |
|---|---|---|
| North Tower, South Tower | 222-248 N. Broad Street | 772025002 |
| Land next to SHSH Building | 221-223 N. 15th Street | 772028498 |
| Redevelopment land/surface parking (city block) | 200-214 N. Broad Street | 885467862 |
| SHSH Building (city block) | 201-219 N. 15th Street | 772028496 |

The Debtors will consider proposals to acquire some or all parcels of the Real Estate through a sale under section 363 of the Bankruptcy Code.

By order, dated July 30, 2025 [Docket No. 5898] (the "**Bidding Procedures Order**"), the Bankruptcy Court approved certain "**Bidding Procedures**" that govern the sale(s) of, or other transaction(s) to acquire, the Real Estate by the highest and best bidders. Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bidding Procedures Order.

The Debtors have requested that the Bankruptcy Court enter an order or orders (the "**Sale Orders**"), providing, among other things, for the sale of the Real Estate free and clear of all liens, claims, encumbrances and other interests, to the extent permissible by law, and the assumption of certain liabilities, except for certain Permitted Exceptions.

Copies of the Bidding Procedures Order, the Bidding Procedures, and other pleadings are available at the website for the Debtors' claims and noticing agent, Omni Agent Solution, at https://cases.omniagentsolutions.com/?clientId=3525.

**Any interested bidder should contact the Debtors' broker, SSG Advisors, LLC, c/o J. Scott Victor (Email: jsvictor@ssgca.com; Phone: (610) 940-5802).**

**PLEASE TAKE NOTE OF THE FOLLOWING INFORMATION AND IMPORTANT DEADLINES:**

- The deadline to file an objection with the Bankruptcy Court to the proposed sale of the Real Estate (the "**Sale Objection Deadline**") is **September 15, 2025 at 4:00 p.m. (ET)**; provided that, solely with respect to an objection to the conduct of the Auction, the designation of any Successful Bidder or Bid or Back-Up Bidder or Bid, the terms (including price) of such bids, or the Debtors' ability to satisfy the conditions of section 363(f) of the Bankruptcy Code with respect to a Successful Bid or Back-Up Bid (together, an "**Auction Objection**"), the deadline to file an Auction Objection **shall be 4:00 p.m. (ET) on September 18, 2025**.
- Objections must be filed and served in accordance with the Bidding Procedures Order. In connection with the proposed sale process, interested bidders may be subject to an expedited discovery process.
- The deadline to be qualified as a Qualifying Bidder and to submit a Qualifying Bid is **September 12, 2025 at 12:00 p.m. (ET)**. Subject to Section 5 of the Bidding Procedures with respect to credit bids, all Qualifying Bids must be accompanied with a deposit in an amount equal to ten percent (10%) of the total consideration provided under the proposed Transaction Agreement; provided, however, that the Debtors may alter the Deposit requirement for the Stalking Horse Purchaser.
- An auction for the Real Estate will commence on **September 15, 2025 at 10:00 a.m. (ET)** at the offices of Saul Ewing LLP, Centre Square West, 1500 Market Street, 38th Floor, Philadelphia, PA 19102.
- The Bankruptcy Court will conduct a hearing (the "**Sale Hearing**") to consider the proposed Sale or Sales on: **September 22, 2025 at 10:30 a.m. (ET)**.

**THE FAILURE OF ANY PERSON OR ENTITY TO FILE AND SERVE AN OBJECTION BY THE APPLICABLE OBJECTION DEADLINE SHALL BE DEEMED TO CONSENT TO, AND A BAR TO THE ASSERTION BY SUCH PERSON OR ENTITY OF ANY OBJECTION TO, THE MOTION, SALE ORDERS, THE PROPOSED TRANSACTIONS, OR THE DEBTORS' CONSUMMATION AND PERFORMANCE OF THE TRANSACTION AGREEMENT(S) (INCLUDING, WITHOUT LIMITATION, THE DEBTORS' TRANSFER OF THE REAL ESTATE, FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS).**

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

THE WALL STREET JOURNAL.

THE MARKETPLACE

ADVERTISE TODAY

(800) 366-3975

For more information visit: wsj.com/classifieds

© 2025 Dow Jones & Company, Inc. All Rights Reserved.

## Cash Prices

Tuesday, August 5, 2025

These prices reflect buying and selling of a variety of actual or "physical" commodities in the marketplace—separate from the futures price on an exchange, which reflects what the commodity might be worth in future months.

| | Tuesday |
|---|---|
| **Energy** | |
| Coal,C.Aplc.,12500Btu,1.2SO2-r,w | 79.000 |
| Coal,PwdrRvrBsn,8800Btu,0.8SO2-r,w | 14.300 |
| **Metals** | |
| **Gold, per troy oz** | |
| Engelhard industrial | 3375.00 |
| LBMA Gold Price AM | *3359.05 |
| LBMA Gold Price PM | *3380.05 |
| Krugerrand,wholesale-e | 3531.63 |
| Maple Leaf-e | 3616.12 |
| American Eagle-e | 3616.12 |
| Mexican peso-e | 4359.95 |
| Austria crown-e | 3315.63 |
| Austria phil-e | 3548.53 |
| **Silver, troy oz.** | |
| Engelhard industrial | 37.6600 |
| Handy & Harman base | 37.8370 |
| Handy & Harman fabricated | 47.2960 |
| LBMA spot price | *£27.9300 |
| (U.S.$ equivalent) | *37.1500 |
| Coins,wholesale $1,000 face-a | 28037 |
| **Other metals** | |
| LBMA Platinum Price PM | *1319.0 |
| LBMA Palladium Price PM | *1185.0 |
| Platinum,Engelhard industrial | 1317.0 |
| Palladium,Engelhard industrial | 1192.0 |
| Aluminum, LME, $ per metric ton | *2575.0 |
| Copper,Comex spot | 4.3640 |
| Iron Ore, 62% Fe CFR China-s | *100.6 |
| Steel, HRC USA, FOB Midwest Mill-s | *860.0 |
| **Battery/EV metals** | |
| BMI Lithium Carbonate, EXW China, =99.5%-v,w | 10050 |
| BMI Lithium Hydroxide, EXW China, =56.5% -v,w | 8550 |
| BMI Cobalt sulphate, EXW China, >20.5% -v,w | 7089 |
| BMI Nickel Sulphate, EXW China, >22%-v,k | 3656 |
| BMI Flake Graphite, FOB China, -100 Mesh, 94-95% -v,m | 435 |
| **Fibers and Textiles** | |
| Burlap,10-oz,40-inch NY yd-n,w | 0.9300 |
| Cotton,1 1/16 std lw-mdMphs-u | n.a. |
| Cotlook 'A' Index-t | *77.50 |
| Hides,hvy native steers piece fob-u | n.a. |
| Wool,64s,staple,Terr del-u,w | n.a. |
| **Grains and Feeds** | |
| Bran,wheat middlings, KC-u,w | 63 |
| Corn,No. 2 yellow,Cent IL-bp,u | 3.6900 |
| Cottonseed meal-u,w | 250 |
| Hominy feed,Cent IL-u,w | 112 |
| Meat-bonemeal,50% pro Mnpls-u,w | 303 |
| Oats,No.2 milling,Mnpls-u | 3.6375 |
| Rice, Long Grain Milled, No. 2 AR-u,w | 34.88 |
| Sorghum,(Milo) No.2 Gulf-u | n.a. |
| SoybeanMeal,Cent IL,rail,ton48%-u,w | 253.30 |
| Soybeans,No.1 yllw IL-bp,u | 9.6500 |
| Wheat,Spring14%-pro Mnpls-u | 7.1025 |
| Wheat,No.2 soft red,St.Louis-u | 4.7775 |
| Wheat - Hard - KC (USDA) $ per bu-u | n.a. |
| Wheat,No.1soft white,Portld,OR-u | 6.0750 |
| **Food** | |
| Beef,carcass equiv. index | |
| choice 1-3,600-900 lbs.-u | 363.08 |
| select 1-3,600-900 lbs.-u | 339.89 |
| Broilers, National comp wtd. avg.-u,w | 1.2545 |
| Butter,AA Chicago-d | 2.4400 |
| Cheddar cheese,bbl,Chicago-d | 179.00 |
| Cheddar cheese,blk,Chicago-d | 180.25 |
| Milk,Nonfat dry,Chicago lb.-d | 128.00 |
| Coffee,Brazilian,Comp-y | 2.8637 |
| Coffee,Colombian, NY-y | 3.1438 |
| Eggs,large white,Chicago-u,w | 3.4950 |
| Flour,hard winter KC-p | 14.80 |
| Hams,17-20 lbs,Mid-US fob-u | n.a. |
| Hogs,Iowa-So. Minnesota-u | 96.70 |
| Pork bellies,12-14 lb MidUS-u | n.a. |
| Pork loins,13-19 lb MidUS-u | 1.2061 |
| Steers,Tex.-Okla. Choice-u | n.a. |
| Steers,feeder,Okla. City-u,w | 391.38 |
| **Fats and Oils** | |
| Degummed corn oil, crude wtd. avg.-u,w | n.a. |
| Grease,choice white,Chicago-h | n.a. |
| Lard,Chicago-u | n.a. |
| Soybean oil,crude;Centl IL-u,w | 0.5696 |
| Tallow,bleach;Chicago-h | n.a. |
| Tallow,edible,Chicago-u | n.a. |

KEY TO CODES: A=ask; B=bid; BP=country elevator bids to producers; C=corrected; D=CME; E=Manfra,Tordella & Brookes; H=American Commodities Brokerage Co; K=bi-weekly; M=monthly; N=nominal; n.a.=not quoted or not available; P=Sosland Publishing; R=SNL Energy; S=Platts-TSI; T=Cotlook Limited; U=USDA; V=Benchmark Mineral Intelligence; W=weekly; Y=International Coffee Organization; Z=not quoted. *Data as of 8/4

Source: Dow Jones Market Data

## Bonds | wsj.com/market-data/bonds/benchmarks

### Global Government Bonds: Mapping Yields

Yields and spreads over or under U.S. Treasurys on benchmark two-year and 10-year government bonds in selected other countries; arrows indicate whether the yield rose(▲) or fell (▼) in the latest session

| Coupon (%) | Country/ Maturity, in years | Yield (%) Latest | Previous | Month ago | Year ago | Spread Under/Over U.S. Treasurys, in basis points Latest | Prev | Year ago |
|---|---|---|---|---|---|---|---|---|
| 3.875 | U.S. 2 | 3.716 ▲ | 3.680 | 3.883 | 3.883 | | | |
| 4.250 | 10 | 4.196 ▼ | 4.197 | 4.339 | 3.783 | | | |
| 4.750 | Australia 2 | 3.320 ▲ | 3.390 | 3.263 | 3.816 | -40.4 | -29.5 | -12.1 |
| 2.750 | 10 | 4.236 ▼ | 4.326 | 4.205 | 4.062 | 3.4 | 12.9 | 26.4 |
| 0.750 | France 2 | 2.147 ▲ | 2.118 | 2.114 | 2.644 | -157.7 | -156.7 | -129.3 |
| 3.200 | 10 | 3.291 ▲ | 3.290 | 3.281 | 2.986 | -91.1 | -90.7 | -81.2 |
| 1.900 | Germany 2 | 1.911 ▲ | 1.883 | 1.817 | 2.320 | -181.3 | -180.2 | -161.7 |
| 2.600 | 10 | 2.634 ▲ | 2.628 | 2.607 | 2.188 | -156.8 | -156.9 | -161.0 |
| 2.550 | Italy 2 | 2.096 ▲ | 2.095 | 2.060 | 3.024 | -162.8 | -159.0 | -91.3 |
| 3.650 | 10 | 3.428 ▼ | 3.439 | 3.449 | 3.681 | -77.4 | -75.8 | -11.7 |
| 0.900 | Japan 2 | 0.760 ▼ | 0.765 | 0.742 | 0.256 | -296.4 | -292.0 | -368.1 |
| 1.500 | 10 | 1.476 ▼ | 1.511 | 1.435 | 0.754 | -272.6 | -268.6 | -304.4 |
| 2.500 | Spain 2 | 2.025 ▲ | 2.014 | 1.962 | 2.676 | -169.9 | -167.1 | -126.2 |
| 3.150 | 10 | 3.137 ▼ | 3.147 | 3.154 | 3.071 | -106 | -105.0 | -72.7 |
| 4.125 | U.K. 2 | 3.828 ▲ | 3.793 | 3.872 | 3.621 | 10.4 | 10.8 | -31.6 |
| 4.250 | 10 | 4.522 ▲ | 4.510 | 4.563 | 3.868 | 32.0 | 31.3 | 7.0 |

Source: Tullett Prebon, Tradeweb FTSE U.S. Treasury Close

### Corporate Debt

Prices of firms' bonds reflect factors including investors' economic, sectoral and company-specific expectations

#### Investment-grade spreads that tightened the most...

| Issuer | Symbol | Coupon (%) | Yield (%) | Maturity | Spread*, in basis points Current | One-day change | Last week |
|---|---|---|---|---|---|---|---|
| Toyota Motor Credit | ... | 5.450 | 3.90 | Nov. 10, '27 | 18 | -11 | n.a. |
| John Deere Capital | ... | 4.550 | 4.22 | June 5, '30 | 46 | -6 | 47 |
| Wells Fargo | WFC | 5.500 | 5.13 | Aug. 1, '35 | 93 | -6 | n.a. |
| Caterpillar Financial Services | ... | 4.400 | 3.97 | March 3, '28 | 29 | -3 | n.a. |
| Goldman Sachs | GS | 6.250 | 5.46 | Feb. 1, '41 | 70 | -3 | 67 |
| Hess | HES | 5.600 | 5.38 | Feb. 15, '41 | 61 | -3 | 57 |
| Sumitomo Mitsui Financial | ... | 3.040 | 4.39 | July 16, '29 | 63 | -3 | 59 |
| International Business Machines | IBM | 3.500 | 4.21 | May 15, '29 | 45 | -2 | 44 |

#### ...And spreads that widened the most

| Issuer | Symbol | Coupon (%) | Yield (%) | Maturity | Current | One-day change | Last week |
|---|---|---|---|---|---|---|---|
| Pricoa Global Funding I | ... | 4.700 | 4.36 | May 28, '30 | 60 | 14 | 60 |
| American Honda Finance | ... | 4.850 | 4.66 | Oct. 23, '31 | 89 | 11 | 85 |
| Toronto–Dominion Bank | TD | 4.783 | 4.34 | Dec. 17, '29 | 58 | 10 | n.a. |
| Walt Disney | DIS | 6.150 | 4.97 | March 1, '37 | 77 | 9 | n.a. |
| Southern California Edison | ... | 6.650 | 5.32 | April 1, '29 | 155 | 7 | n.a. |
| Banco Santander | ... | 3.306 | 4.41 | June 27, '29 | 65 | 6 | 60 |
| Caterpillar Financial Services | ... | 3.600 | 4.04 | Aug. 12, '27 | 32 | 5 | n.a. |
| Royal Bank of Canada | RY | 6.000 | 4.18 | Nov. 1, '27 | 46 | 5 | 42 |

#### High-yield issues with the biggest price increases...

| Issuer | Symbol | Coupon (%) | Yield (%) | Maturity | Bond Price as % of face value Current | One-day change | Last week |
|---|---|---|---|---|---|---|---|
| Transocean | RIG | 7.500 | 10.47 | April 15, '31 | 87.500 | 1.50 | 86.625 |
| Bath & Body Works | BBWI | 6.950 | 6.41 | March 1, '33 | 103.186 | 0.54 | 103.063 |
| Sealed Air | SEE | 6.875 | 5.66 | July 15, '33 | 107.706 | 0.45 | 107.250 |
| Bombardier | ... | 7.450 | 6.06 | May 1, '34 | 109.295 | 0.43 | 108.938 |
| Methanex US Operations | ... | 6.250 | 6.23 | March 15, '32 | 100.125 | 0.42 | 99.000 |
| DISH DBS | ... | 7.750 | 25.27 | July 1, '26 | 86.563 | 0.06 | 91.000 |

#### ...And with the biggest price decreases

| Issuer | Symbol | Coupon (%) | Yield (%) | Maturity | Current | One-day change | Last week |
|---|---|---|---|---|---|---|---|
| Paramount Global | PARA | 5.500 | 5.86 | May 15, '33 | 97.768 | -0.48 | 97.362 |
| Occidental Petroleum | OXY | 6.450 | 6.18 | Sept. 15, '36 | 102.153 | -0.44 | 102.190 |
| Verde Purchaser | ... | 10.500 | 7.80 | Nov. 30, '30 | 107.750 | -0.34 | 108.500 |
| Rakuten | ... | 9.750 | 6.59 | April 15, '29 | 110.180 | -0.32 | 110.003 |
| Hughes Satellite Systems | ... | 5.250 | 14.98 | Aug. 1, '26 | 91.377 | -0.26 | 91.418 |
| Mauser Packaging Solutions Holding | ... | 7.875 | 7.29 | April 15, '27 | 100.919 | -0.26 | 101.124 |
| Teva Pharmaceutical Finance Netherlands III | ... | 3.150 | 5.07 | Oct. 1, '26 | 97.872 | -0.13 | 98.499 |
| Bausch Health | ... | 11.000 | 9.67 | Sept. 30, '28 | 103.500 | -0.13 | 101.500 |

*Estimated spread over 2-year, 3-year, 5-year, 10-year or 30-year hot-run Treasury; 100 basis points=one percentage pt.; change in spread shown is for Z-spread.

Note: Data are for the most active issue of bonds with maturities of two years or more

Source: MarketAxess