# The Philadelphia Inquirer

100 S. INDEPENDENCE MALL W, STE 600, PHILADELPHIA, PA 19106

## Affidavit of Publication

On Behalf of:
SAUL EWING LLP
1500 MARKET ST
SUITE 38TH FLOOR
PHILA, PA 19102

STATE OF PENNSYLVANIA COUNTY OF PHILADELPHIA:

Before the undersigned authority personally appeared the undersigned who, on oath represented a and say: that I am an employee of The Philadelphia Inquirer, LLC, and am authorized to make this affidavit of publication, and being duly sworn, I depose and say:

1. The Philadelphia Inquirer, LLC is the publisher of the Philadelphia Inquirer, with its headquarters at 100 S. Independence Mall West, Suite 600, Philadelphia, PA 19106.
2. The Philadelphia Inquirer is a newspaper that which was established in in the year 1829, since which date said daily newspaper has been continuously published and distributed daily in the City of Philadelphia, count and state aforesaid.
3. The printed notice or publication attached hereto set forth on attached
hereto was published in all regular print editions of
The Philadelphia Inquirer on

**Legal Notices**

as published in **Inquirer Legals** in the issue(s) of:

**8/6/2025**

4. Under oath, I state that the following is true and correct, and that neither I nor The Philadelphia Inquirer, LLC have any is interest in the subject matter of the aforesaid notice or advertisement.

*[Signatures]*
Nancy S. Fisher, Notary Public

My Commission Expires:

Commonwealth of Pennsylvania - Notary Seal
Nancy S Fisher, Notary Public
Philadelphia County
My Commission Expires June 27, 2027
Commission Number 1433937

Ad No: 191781
Customer No: 100059

## COPY OF ADVERTISEMENT

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re: CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1] Debtors.

Chapter 11
Case No. 19-11466 (MFW)
Jointly Administered
Related to Docket No. 5898

**NOTICE OF SALE OF ASSETS**

Center City Healthcare, LLC d/b/a Hahnemann University Hospital and certain of its affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), are seeking to sell certain real property and all rights and interests appurtenant thereto (together, the "**Real Estate**"), as follows:

| Property | Address | OPA |
|---|---|---|
| North Tower, South Tower | 222-248 N. Broad Street | 772025002 |
| Land next to SHSH Building | 221-223 N. 15th Street | 772028498 |
| Redevelopment land / surface parking (city block) | 200-214 N. Broad Street | 885467862 |
| SHSH Building (city block) | 201-219 N. 15th Street | 772028496 |

The Debtors will consider proposals to acquire some or all parcels of the Real Estate through a sale under section 363 of the Bankruptcy Code.

By order, dated July 30, 2025 [Docket No. 5898] (the "**Bidding Procedures Order**"), the Bankruptcy Court approved certain "**Bidding Procedures**" that govern the sale(s) of, or other transaction(s) to acquire, the Real Estate by the highest and best bidders. Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bidding Procedures Order.

The Debtors have requested that the Bankruptcy Court enter an order or orders (the "**Sale Orders**"), providing, among other things, for the sale of the Real Estate free and clear of all liens, claims, encumbrances and other interests, to the extent permissible by law, and the assumption of certain liabilities, except for certain Permitted Exceptions.

Copies of the Bidding Procedures Order, the Bidding Procedures, and other pleadings are available at the website for the Debtors' claims and noticing agent, Omni Agent Solution, at https://cases.omniagentsolutions.com/home?clientId=3525.

Any interested bidder should contact the Debtors' broker, SSG Advisors, LLC, c/o J. Scott Victor (Email: jsvictor@ssgca.com; Phone: (610) 940-5802).

**PLEASE TAKE NOTE OF THE FOLLOWING INFORMATION AND IMPORTANT DEADLINES:**

• The deadline to file an objection with the Bankruptcy Court to the proposed sale of the Real Estate (the "**Sale Objection Deadline**") is **September 15, 2025 at 4:00 p.m. (ET)**; provided that, solely with respect to an objection to the conduct of the Auction, the designation of any Successful Bidder or Bid or Back-Up Bidder or Bid, the terms (including price) of such bids, or the Debtors' inability to satisfy the conditions of section 363(f) of the Bankruptcy Code with respect to a Successful Bid or Back-Up Bid (together, an "**Auction Objection**"), the deadline to file an Auction Objection **shall be 4:00 p.m. (ET) on September 18, 2025**.

• Objections must be filed and served in accordance with the Bidding Procedures Order. In connection with the proposed sale process, interested bidders may be subject to an expedited discovery process.

• The deadline to be qualified as a Qualifying Bidder and to submit a Qualifying Bid is **September 12, 2025 at 12:00 p.m. (ET)**. Subject to Section 5 of the Bidding Procedures with respect to credit bids, all Qualifying Bids must be accompanied with a deposit in an amount equal to ten percent (10%) of the total consideration provided under the proposed Transaction Agreement; provided however, that the Debtors may alter the Deposit requirement for the Stalking Horse Purchaser.

• An auction for the Real Estate will commence on **September 15, 2025 at 10:00 a.m. (ET)** at the offices of Saul Ewing LLP, Centre Square West, 1500 Market Street, 38th Floor, Philadelphia, PA 19102.

• The Bankruptcy Court will conduct a hearing (the "**Sale Hearing**") to consider the proposed Sale or Sales on: **September 22, 2025 at 10:30 a.m. (ET)**.

THE FAILURE OF ANY PERSON OR ENTITY TO FILE AND SERVE AN OBJECTION BY THE APPLICABLE OBJECTION DEADLINE SHALL BE DEEMED TO CONSENT TO, AND A BAR TO THE ASSERTION BY SUCH PERSON OR ENTITY OF ANY OBJECTION TO, THE MOTION, SALE ORDERS, THE PROPOSED TRANSACTIONS, OR THE DEBTORS' CONSUMMATION AND PERFORMANCE OF THE TRANSACTION AGREEMENT(S) (INCLUDING, WITHOUT LIMITATION, THE DEBTORS' TRANSFER OF THE REAL ESTATE, FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS).

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C.

(2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

# Penn

→ CONTINUED FROM B1

paycheck for their time. (They get paid $25 for each Saturday session they attend during the school year.)

To build the summer program, staff looked at each student's interests and their academic data. Each took two academic courses, taking into account their strengths and where they might need support. They also had a financial literacy course, career exposure — they met a city judge, spent time with the Philadelphia Police information technology department — and toured Penn, La Salle University, and Swarthmore College.

Mitchell is a former district principal. From that lens, having the access to Penn-level resources and targeted supports, including a social worker and counselor shared between the two schools and an Academy at Penn elective class on kids' rosters during the school year, is "a game changer," he said.

"I don't know of anything in the country that's this comprehensive and holistic," said Mitchell. "We're entrenched in the schools during the day. The level of exposure that they're going to get is world-class."

The program will evolve based on students' interests and needs, officials said. Many Furness students are English language learners; some language support was available for them through the academy program, but staff found that language barriers made career exploration pieces difficult for some kids to access. Staff will work to address that going forward, they said.

## 'A 10 out of 10'

On a sweltering late-July Friday, the 50 Academy at Penn kids invited family members to campus to show off what they had learned over the summer experience.

Some students donned VR goggles, walking their classmates and loved ones through presentations, photos, and avatars, summing up their Academy at Penn time so far.

"I learned how to write better and give stronger opinions," one student said.

"I made friends with all kinds of different people," another said.

"We played an intense game of dodgeball against the teachers," another chimed in.

Kayzan Badjiser, an Academy at Penn student from Furness High, said he was surprised to be chosen for the program.

Badjiser, who likes working with his hands and solving problems, was excited by the ways he was challenged and the approaches staff took.

"We don't just get paper and do something in a classroom," said Badjiser. "We have to express our ideas and work with others, building stuff. You do stuff out of the school environment. You have to have commitment, but it's an awesome program."

It wasn't always easy for Hamilton-Thomas to get to Penn — he had to take two buses from his mom's house in North Philadelphia every day. But it was important enough that one day, when a bus never showed up, he walked more than an hour to get to class.

"It was important, you know?" he said. He loved that there were no fights, and that he learned environmental science, as well as physics.

The paycheck was nice — an incentive, especially for kids who would otherwise be expected to fill their summer with paying work — but it was about more than the money, Hamilton-Thomas said.

"The Academy was a 10 out of 10," said Hamilton-Thomas. "They gave us a lot of chances, and not many people get that."

kgraham@inquirer.com
(215) 854-5146
🐦 newskag



Xinyue Cui, a Penn graduate student, assists student Azuani Vazquez with a virtual reality headset during her presentation at the Academy at Penn. Vazquez was one of 50 students in the program. *Alejandro A. Alvarez / Staff Photographer*

# Hunt

→ CONTINUED FROM B1

extremism, and embracing white nationalism.

"I don't identify with that party anymore."

Twenty years ago, Hunt said, he believed his values aligned with the Republican Party: fiscal responsibility, strong defense, and allowing individuals to make their own decisions.

Hunt, who also teaches business law at Delaware Valley University in Doylestown, said that if he wanted to do something about his disappointment in the GOP, he'd have to do it as a Democrat.

"They have a big tent," he said.

Hunt said nothing about his Democratic opponents, but criticized Fitzpatrick for calling himself a moderate but "pushing the [President Donald] Trump agenda more often than not."

Fitzpatrick is one of two House Republicans (along with Rep. Thomas Massie of Kentucky) to vote against the final version of Trump's signature domestic policy package. Fitzpatrick had supported an earlier version of the bill but opposed it after changes by the U.S. Senate.

His campaign did not respond to a request for comment.

Hunt grew up on the military base in Fort Bragg, N.C., as well as in Fayetteville. His father was a command sergeant major in the Army.

At the University of North Carolina at Chapel Hill, he met his wife, Tracy Temby, a former family law attorney and now vice president of Bucks County Community College. They have daughters ages 25 and 24.

"Yes, everyone laughs at our having the same name," he said.

Stressing that lawmakers should be accountable to their constituents, Hunt said that he demonstrated responsibility himself after making a mistake several years ago.

In 2017, Hunt failed to complete some continuing legal education requirements by a deadline, which led to an administrative suspension in 2018.

Despite his suspension, Hunt was later found to have engaged in unauthorized legal practice because he used stationery with a letterhead that identified him as an attorney. That violated rules of professional conduct, and Hunt agreed to a suspension from practicing law, from October 2020 through May 2021.

"It's on me for not having finished those required education hours," Hunt said. "But it could be used as an example to elected officials: Be accountable."

The National Republican Congressional Committee predicted that the eventual Democratic nominee will emerge from the three-way primary "bruised, penniless, and with no chance against Brian Fitzpatrick."

But the Democratic candidates are keeping their jabs for Fitzpatrick at the moment.

Harvie, the early front-runner in the Democratic race, did not directly comment on Hunt's candidacy and instead attacked the incumbent Republican.

"Brian Fitzpatrick is either silent or just rubber-stamps whatever Trump wants," Harvie said.

And Strickler, a former video game designer and software product manager from Buckingham, said he welcomed Hunt's entry.

"Let's have a robust and friendly primary vetting process to ensure the best candidate will face off with and defeat Brian Fitzpatrick in 2026!" Strickler wrote in a statement.

alubrano@inquirer.com
🐦 AlfredLubrano

# SEPTA

→ CONTINUED FROM B1

The planned cuts will be paused if enough money is received before midnight Aug. 14, SEPTA says.

The transit agency faces a $213 million recurring deficit in its operating budget, and other transit agencies around the state face their own fiscal crises.

Shapiro has proposed $292 million in new money for mass transit over five years. SEPTA estimates it would get about $168 million, which would, with other measures, enable it to close the gap and get by.

If state money comes or is assured after Aug. 24, it will take at least 10 days to rewind the cuts and get normal service running again, officials said.

tfitzgerald@inquirer.com
(215) 854-2718
🐦 tomfitzgerald

## merchandise marketplace

### PERSONAL ADS
French Language Tutoring with Zane. For all experience levels and ages. $20/hr. 720-415-6280

Looking for Sharon H., DOB 5/22/66, last seen in Phil. Aug 2024. Contact Crystal at cjhowell10@gmail.com

### APTS FOR RENT PHILLY
1br apt, 64xx Malvern Ave. 3br home & rms avail. Newly Remod, 856-887-1099

FRANKFORD Lrg 1BR, $800 & 2BR, $1000, move-in ready. Sec 8 ok. 215-681-8000

W. Oaklane, Newly Renov 1BR, 3rd flr. & bsmt Apts, $950 + elec. 302-844-8862

### ROOMS
56th/Baltimore and 40th/Fairmount, fully furn, $600/mo. 267-348-7708

NORTH PHILLY - Furnished Rooms, SSI OK, $75 & Up. 215-763-5565

N. Philly, $600-$800. Clean & quiet, furn, No smoke/drugs. 267-979-6275

W. Philly, Room for rent, single person pref, no smoking. 267-366-2840

## legal notices — INQUIRER.COM

### LEGAL NOTICES

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re: CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al., Debtors.

Chapter 11
Case No. 19-11466 (MFW)
Jointly Administered
Related to Docket No. 5898

**NOTICE OF SALE OF ASSETS**

Center City Healthcare, LLC d/b/a Hahnemann University Hospital and certain of its affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), are seeking to sell certain real property and all rights and interests appurtenant thereto (together, the "**Real Estate**"), as follows:

| Property | Address | OPA |
|---|---|---|
| North Tower, South Tower | 222-248 N. Broad Street | 772025002 |
| Land next to SHSH Building | 221-223 N. 15th Street | 772028498 |
| Redevelopment land/surface parking (city block) | 200-214 N. Broad Street | 885467862 |
| SHSH Building (city block) | 201-219 N. 15th Street | 772027004 |

The Debtors will consider proposals to acquire some or all parcels of the Real Estate through a sale under section 363 of the Bankruptcy Code.

By order, dated July 30, 2025 [Docket No. 5898] (the "**Bidding Procedures Order**"), the Bankruptcy Court approved certain "**Bidding Procedures**" that govern the sale(s) of, or other transaction(s) to acquire, the Real Estate by the highest and best bidders. Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bidding Procedures Order.

The Debtors have requested that the Bankruptcy Court enter an order or orders (the "**Sale Orders**"), providing, among other things, for the sale of the Real Estate free and clear of all liens, claims, encumbrances and other interests, to the extent permissible by law, and the assumption of certain liabilities, except for certain Permitted Exceptions.

Copies of the Bidding Procedures Order, the Bidding Procedures, and other pleadings are available at the website for the Debtors' claims and noticing agent, Omni Agent Solution, at https://cases.omniagentsolutions.com/home?clientId=3525.

Any interested bidder should contact the Debtors' broker, SSG Advisors, LLC, c/o J. Scott Victor (Email: jsvictor@ssgca.com; Phone: (610) 940-5802).

**PLEASE TAKE NOTE OF THE FOLLOWING INFORMATION AND IMPORTANT DEADLINES:**

- The deadline to file an objection with the Bankruptcy Court to the proposed sale of the Real Estate (the "**Sale Objection Deadline**") is **September 15, 2025 at 4:00 p.m. (ET)**; *provided that*, solely with respect to an objection to the conduct of the Auction, the designation of any Successful Bidder or Bid or Back-Up Bidder or Bid, the terms (including price) of such bids, or the Debtors' inability to satisfy the conditions of section 363(f) of the Bankruptcy Code with respect to a Successful Bid or Back-Up Bid (together, an "**Auction Objection**"), the deadline to file an Auction Objection **shall be 4:00 p.m. (ET) on September 18, 2025.**
- Objections must be filed and served in accordance with the Bidding Procedures Order. In connection with the proposed sale process, interested bidders may be subject to an expedited discovery process.
- The deadline to be qualified as a Qualified Bidder and to submit a Bid is **September 12, 2025 at 12:00 p.m. (ET)**. Subject to Section 5 of the Bidding Procedures with respect to credit bids, all Qualifying Bids must be accompanied with a deposit in an amount equal to ten percent (10%) of the total consideration provided under the proposed Transaction Agreement; *provided however*, that the Debtors may alter the Deposit requirement for the Stalking Horse Purchaser.
- An auction for the Real Estate will commence on **September 15, 2025 at 10:00 a.m. (ET)** at the offices of Saul Ewing LLP, Centre Square West, 1500 Market Street, 38th Floor, Philadelphia, PA 19102.
- The Bankruptcy Court will conduct a hearing (the "**Sale Hearing**") to consider the proposed Sale or Sales on: **September 22, 2025 at 10:30 a.m. (ET)**

**THE FAILURE OF ANY PERSON OR ENTITY TO FILE AND SERVE AN OBJECTION BY THE APPLICABLE OBJECTION DEADLINE SHALL BE DEEMED TO CONSENT TO, AND A BAR TO THE ASSERTION BY SUCH PERSON OR ENTITY OF ANY OBJECTION TO, THE MOTION, SALE ORDERS, THE PROPOSED TRANSACTIONS, OR THE DEBTORS' CONSUMMATION AND PERFORMANCE OF THE TRANSACTION AGREEMENT(S) (INCLUDING, WITHOUT LIMITATION, THE DEBTORS' TRANSFER OF THE REAL ESTATE, FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS).**

1 The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

### PROPOSAL BIDS

**SEPTA INVITATION TO BID**

SEPTA will accept bids with the eProcurement system only for the bid indicated. The bid will be opened electronically on the eProcurement system close date and time. If you have not already done so, please register in ePS through septa.org.

**25-00213-AMZK.** 69th Street Motor Shop Turntable Washer System. Bid Opening: August 11th, 2025 at 10:00 AM. Marian Keating. mkeating@septa.org. 215-580-8320.

**25-00202-ATWP.** 10 MONTH SERVICE CONTRACT FOR THE TREATMENT OF BOILER WATER AND WATER SOFTENING SYSTEMS-SYSTEMWIDE. Pre-Bid Meeting: August 12th, 2025 at 10:00 AM. Bid Opening: August 26th, 2025 at 11:00 AM. Timothy Porter. tporter@septa.org 215-580-3195.

**25-00214-ARIB GC.** Frankfort Depot Roof Replacement. Pre-Bid Meeting: August 11th, 2025 at 10:00 AM. Bid Opening: September 2nd, 2025 at 11:00 AM. Racquel Burden. rburden@septa.org 215-580-8316.

**25-00214-ARIB EC.** Frankford Bus Depot Roof Replacement. Pre-Bid Meeting: August 11th, 2025 at 10:00 AM. Bid Opening: September 2nd, 2025 at 11:30 AM. Racquel Burden. rburden@septa.org 215-580-8316.

**25-00214-ARIB MC.** Frankford Depot Roof Replacement. Pre-Bid Meeting: August 11th, 2025 at 10:00 AM. Bid Opening: September 2nd, 2025 at 12:00 AM. Racquel Burden. rburden@septa.org 215-580-8316.

Please reference the BID number when contacting the contact person.

### LEGAL NOTICES

The City of Philadelphia, Air Management Services (AMS) intends to issue a renewal Title V/State Operating Permit (TVOP) for the following two facilities:

**OP22-000051: Vicinity Energy Philadelphia, Inc. - Edison Station** (908 Sansom Street, Philadelphia, PA 19107) for the operation of a steam generating facility in the City of Philadelphia, **Philadelphia County**. The facility's air emission sources include two (2) boilers burning biofuel, No. 2 oil, or blend of biofuel & No. 2 oil each rated 283 Million British Thermal Units per hour (MMBTU/hr), two (2) boilers burning biofuel, No. 2 oil, or blend of biofuel & No. 2 oil and propane during ignition each rated 335 MMBTU/hr, one (1) emergency generator burning diesel rated 350 kilowatt (kW), and one (1) cooling tower with maximum capacity of 1,152 Million gallons per hour (MMgal/hr). The facility is a major source of Nitrogen Oxides (NOx). As part of the TVOP renewal, the responsible official, the fuel type, NOx emission limits, and NOx performance testing frequency for the boilers are updated, and the parts degreaser is removed.

**OP23-000053: Vicinity Energy Efficiency PA, LLC** (2600 Christian Street, Philadelphia, PA 19146) for the operation of a steam generating facility in the City of Philadelphia, **Philadelphia County**. The facility's air emission sources are two (2) rapid start boilers with low NOx burners firing natural gas or No. 2 oil each rated 297.91 Million British Thermal Units per hour (MMBTU/hr). The facility is a major source of NOx. As part of the TVOP renewal, the responsible official for the facility is updated, and NOx emission limits in 25 Pa. Code §§129.112(g)(1)(i)-(ii) and 129.112(g)(4)(i) are added.

Each operating permit will be issued under the Pennsylvania Code Title 25, Philadelphia Code Title 3 and Air Management Regulation XIII. Permit copies and other supporting information are available for public inspection by contacting the Source Registration Unit at 215-685-7572 or DPHAMS_Service_Requests@phila.gov.

Persons wishing to file protest, provide comments, or request a public hearing on each of the above operating permit must submit the protest, comments, or request a public hearing within 30 days from the date of this notice. Any protests or comments filed with AMS must include a concise statement of the objections to the permit issuance and the relevant facts upon which the objections are based. Based upon the information received during the public comment period, AMS may modify the operating permit or hold a public hearing. Protests, comments, and requests for a public hearing must be mailed to Source Registration, Air Management Services, 7801 Essington Ave., Philadelphia, PA 19153-3240 or e-mailed to DPHAMS_Service_Requests@phila.gov with "**Vicinity Energy Philadelphia, Inc. - Edison Station TVOP OP22-000051**" or "**Vicinity Energy Efficiency PA, LLC TVOP OP23-000053**" in the subject line. AMS suggests submitting any mailed correspondence also by e-mail.

Individuals in need of accommodations and/or interpretation should contact AMS at DPHAMS_Service_Requests@Phila.Gov and/or 215-685-7572. Please include: (1) the name and contact information of the person requesting an accommodation and/or interpretation; (2) the name of the program, service, activity, or location of the request; and (3) a description of the accommodation and/or interpretation being requested.

### ESTATE NOTICES

Letters have been granted on the Estate of each of the following decedents to the representatives named, who request all persons having claim against the Estate to present them in writing and all persons indebted to the Estate to make payment to them (unless otherwise noted all addresses being in Philadelphia):

**BROADWATER, WILHELMINA** - Jasmine Fantroyal, Executrix, 18 Hartsdale Ln., Sicklerville, NJ 08081

**CHOICE, ROBERT R.** - Samuel Choice, Co-Executors, 2504 Ingersoll St., Phila., PA 19121

**JACKSON PORTER, SARAH P.** - Melcenia Williams-Govens and Leila Long, Co-Executors, 2027 N 21st St., Philadelphia, PA 19121

### PROPOSAL BIDS

**Philadelphia Parking Authority**

**Notice to Bidders Bid No. 25-18 Surface Mount Anchors for Sign Poles**

The Philadelphia Parking Authority has released Bid No. 25-18 Surface Mount Anchors for Sign Poles. Sealed bids must be received in the office of the Philadelphia Parking Authority, addressed to Shannon Stewart, 701 Market Street, Suite 5400, Philadelphia, PA 19106, by Friday, October 10, 2025 no later than 1:00 PM. Information and important dates for this solicitation can be found on the website, www.philapark.org or by calling Shannon Stewart, Manager of Contract Administration at 215.837.9025.

PIDC, on behalf of PAID, is requesting bids for Navy Yard Chapel Painting Project. A mandatory pre-bid meeting will be held on-site, 1201 Constitution Avenue, Philadelphia, PA on August 13, 2025, 12:00 pm. Bids will be due, submitted electronically, return receipt requested, to mtrudeau@pidcphila.com by September 3, 2025, 4:00 pm. Bid package can be downloaded from www.pidcphila.com.



INQUIRER.COM