IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (MFW) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

I, Darleen Sahagun, am employed in the county of Los Angeles, State of California. I hereby certify that on July 31, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed on **Exhibit B** attached hereto:

- **Notice of Sale of Assets [Docket No. 5900]**

Dated: September 2, 2025

Darleen Sahagun
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California    }
{                        } ss.
{County of Los Angeles   }

Subscribed and sworn to (or affirmed) before me on this 2nd day of September, 20 25 by Darleen Sahagun, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 N Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

# **EXHIBIT A**

**Center City Healthcare, LLC - Service List to e-mail Recipients**                                                                 Served 7/31/2025

| | | |
|---|---|---|
| 200 NORTH BROAD LL & 222 NORTH BROAD LLC<br>C/O DAVID H. MCLAIN, ESQ.<br>DMCLAIN@DHMLAWGROUP.COM | 200 NORTH BROAD LL & 222 NORTH BROAD LLC<br>C/O DWIGHT CITY GROUP LLC<br>JA@DWIGHTCITYGROUP.COM | ALBERT EINSTEIN HEALTHCARE NETWORK<br>PENNY J. REZET<br>REZETP@EINSTEIN.EDU |
| ARENT FOX LLP<br>GEORGE P. ANGELICH<br>GEORGE.ANGELICH@ARENTFOX.COM | ARENT FOX LLP<br>PHILLIP KHEZRI<br>PHILLIP.KHEZRI@ARENTFOX.COM | ASHBY & GEDDES, P.A.<br>GREGORY TAYLOR<br>GTAYLOR@ASHBYGEDDES.COM |
| ASHBY & GEDDES, P.A.<br>KATHARINA EARLE<br>KEARLE@ASHBYGEDDES.COM | ATTORNEY FOR THE CITY OF PA<br>MEGAN HARPER<br>MEGAN.HARPER@PHILA.GOV | BALLARD SPAHR LLP<br>TOBEY M DALUZ<br>DALUZT@BALLARDSPAHR.COM |
| BALLARD SPAHR LLP<br>VINCENT J. MARRIOTT<br>MARRIOTT@BALLARDSPAHR.COM | BAYARD, P.A.<br>SOPHIE E. MACON<br>SMACON@BAYARDLAW.COM | BAYARD, PA<br>JUSTIN ALBTERTO<br>JALBERTO@BAYARDLAW.COM |
| BORGES & ASSOCIATES, LLC<br>SUE L. CHIN<br>SCHIN@BORGESLAWLLC.COM | BORGES & ASSOCIATES, LLC<br>WANDA BORGES<br>WBORGES@BORGESLAWLLC.COM | BUCHALTER, A PROFESSIONAL CORP<br>SHAWN M. CHRISTIANSON<br>SCHRISTIANSON@BUCHALTER.COM |
| CIARDI CIARDI & ASTIN<br>ALBERT CIARDI<br>ACIARDI@CIARDILAW.COM | CIARDI CIARDI & ASTIN<br>JOSEPH MCMAHON<br>JMCMAHON@CIARDILAW.COM | CITY OF PHILADELPHIA<br>ATTN: MEGAN HARPER<br>MEGAN.HARPER@PHILA.GOV |
| CITY OF PHILADELPHIA/SCHOOL DISTRICT OF PHILAD<br>ATTN: MEGAN HARPER<br>MEGAN.HARPER@PHILA.GOV | COMMONWEALTH OF PA DEPT OF LABOR AND INDUS<br>DEB SECREST<br>RA-LI-UCTS-BANKRUPT@STATE.PA.US | COMMONWEALTH OF PENNSYLVANIA DEPARTMENT<br>ATTN: PATRICK M MILLER<br>PATRICKMI@PA.GOV |
| COZEN O'CONNOR<br>JOHN T. CARROLL, III<br>JCARROLL@COZEN.COM | DENTON US, LLP<br>OSCAR PINKAS<br>OSCAR.PINKAS@DENTONS.COM | DILWORTH PAXSON<br>PETER C. HUGHES,<br>PHUGHES@DILWORTHLAW.COM |
| DILWORTH PAXSON LLP<br>DSMITH@DILWORTHLAW.COM | DILWORTH PAXSON LLP<br>PETER HUGHES<br>PHUGHES@DILWORTHLAW.COM | DLA PIPER LLP<br>RICHARD A. CHESLEY<br>RICHARD.CHESLEY@DLAPIPER.COM |
| DLA PIPER LLP<br>STUART M. BROWN<br>STUART.BROWN@DLAPIPER.COM | DLA PIPER LLP (US)<br>JOE KERNAN<br>JOSEPH.KERNEN@DLAPIPER.COM | DOVEL & LUNER, LLP<br>GABE DOBLE<br>GABE@DOVEL.COM |
| DOVEL & LUNER, LLP<br>JEANE KHANG<br>JEANE@DOVEL.COM | DOVEL & LUNER, LLP<br>JULIEN A. ADAMS<br>JULIEN@DOVEL.COM | DOVEL & LUNER, LLP<br>JULIEN@DOVEL.COM |
| DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>STEPHEN A. COZEN, ESQ.<br>SCOZEN@COZEN.COM | DRINKER BIDDLE & REATH LLP<br>MARITA S. ERBECK<br>MARITA.ERBECK@DBR.COM | DRINKER BIDDLE & REATH LLP<br>PATRICK A. JACKSON<br>PATRICK.JACKSON@DBR.COM |
| DUANE MORRIS LLP<br>JARRET HITCHINGS<br>JPHITCHINGS@DUANEMORRIS.COM | DUANE MORRIS LLP<br>MAIRI V. LUCE<br>LUCE@DUANEMORRIS.COM | FAEGRE DRINKER BIDDLE & REATH LLP<br>IAN J. BAMBRICK<br>IAN.BAMBRICK@FAEGREDRINKER.COM |
| FAEGRE DRINKER BIDDLE & REATH LLP<br>JAY.JAFFE@FAEGREDRINKER.COM | FAEGRE DRINKER BIDDLE & REATH LLP<br>KAYLA BRITTON<br>KAYLA.BRITTON@FAEGREDRINKER.COM | FINEMAN KREKSTEIN & HARRIS, PC<br>DEIRDRE M. RICHARDS<br>DRICHARDS@FINEMANLAWFIRM.COM |
| FLASTER GREENBERG P.C.<br>WILLIAM J BURNETT<br>WILLIAM.BURNETT@FLASTERGREENBERG.COM | FOX ROTHSCHILD LLP<br>SETH A. NIEDERMAN<br>SNIEDERMAN@FOXROTHSCHILD.COM | GELLERT SCALI BUSENKELL & BROWN, LLC<br>MICHAEL BUSENKELL<br>MBUSENKELL@GSBBLAW.COM |

**Center City Healthcare, LLC - Service List to e-mail Recipients**

GIBBONS P.C
CHRISTOPHER VICECONTE
CVICECONTE@GIBBONSLAW.COM

GIBBONS P.C
DAVID N. CRAPO
DCRAPO@GIBBONSLAW.COM

GIBBONS P.C.
DALE E. BARNEY
DBARNEY@GIBBONSLAW.COM

GIBBONS P.C.
NATASHA M. SONGONUGA
NSONGONUGA@GIBBONSLAW.COM

GIBBONS P.C.
ROBERT K. MALONE
RMALONE@GIBBONSLAW.COM

GORDON REES SCULLY MANSUKHANI, LLP
COURTNEY MAZZIO
CMAZZIO@GRSM.COM

GORDON REES SCULLY MANSUKHANI, LLP
JOSEPH E BRENNER
JBRENNER@GRSM.COM

GORDON REES SCULLY MANSUKHANI, LLP
MICHAEL CAWLEY
MCAWLEY@GRSM.COM

GORDON REES SCULLY MANSUKHANI, LLP
MICHAEL HEYDEN, JR
MHEYDEN@GRSM.COM

GREENBERG TRAURIG, LLP
DENNIS A. MELORO
MELOROD@GTLAW.COM

GREENBERG TRAURIG, LLP
NANCY A. PETERMAN
PETERMANN@GTLAW.COM

HOGAN & MCDANIEL
DANIEL C. KERRICK
DCKERRICK@DKHOGAN.COM

HOGAN & MCDANIEL
DANIEL K. HOGAN
DKHOGAN@DKHOGAN.COM

HOGAN & MCDANIEL
GARVAN F. MCDANIEL
GFMCDANIEL@DKHOGAN.COM

HONIGMAN LLP
E TODD SABLE
TSABLE@HONIGMAN.COM

INTERNAL REVENUE SERVICE
ATTN: M JAMES
MICHAEL.A.JAMES@IRS.GOV

IS BBFB LLC
C/O DEREK E. JOKELSON, ESQUIRE
DEJ@JOKELSON.COM

IS BBFB LLC
C/O JEFFREY KURTZMAN, ESQUIRE
KURTZMAN@KURTZMANSTEADY.COM

IS BBFB LLC
C/O JEFFREY M. CARBINO, ESQUIRE
JCARBINO@LEECHTISHMAN.COM

IS BBFB LLC
C/O WILLIAM J. BURNETT, ESQUIRE
WILLIAM.BURNETT@FLASTERGREENBERG.COM

JD THOMPSON LAW
JUDY D. THOMPSON
JDT@JDTHOMPSONLAW.COM

JEFFER MANGELS BUTLER & MITHCELL LLP
MMARTIN@JMBM.COM

JONES WALKER LLP
JEFFREY R. BARBER
JBARBER@JONESWALKER.COM

KATTEN MUCHIN ROSENMAN LLP
CINDI M. GIGLIO
CGIGLIO@KATTEN.COM

KATTEN MUCHIN ROSENMAN LLP
JERRY L. HALL
JERRY.HALL@KATTEN.COM

KATTEN MUCHIN ROSENMAN LLP
KATHERINE SCHERLING
KATHERINE.SCHERLING@KATTEN.COM

KIRKLAND & ELLIS LLP
NICOLE L GREENBLATT
NICOLE.GREENBLATT@KIRKLAND.COM

KIRKLAND & ELLIS LLP
STEPHEN C HACKNEY
STEPHEN.HACKNEY@KIRKLAND.COM

KURTZMAN, STEADY, LLC
JEFFREY KURTZMAN
KURTZMAN@KURTZMANSTEADY.COM

LATHAM & WATKINS LLP
MATTHEW J. CARMODY
MATT.CARMODY@LW.COM

LATHAM & WATKINS LLP
SUZZANNE UHLAND
SUZZANNE.UHLAND@LW.COM

LAW OFFICES OF ERIC A SHORE, PC
GRAHAM F BAIRD
GRAHAMB@ERICSHORE.COM

LAW OFFICES OF MITCHELL J. MALZBERG, LLC
MITCHELL J. MALZBERG
MMALZBERG@MJMALZBERGLAW.COM

MARKOWITZ & RICHMAN
JWALTERS@MARKOWITZANDRICHMAN.COM

MARKOWITZ AND RICHMAN
CLAIBORNE S. NEWLIN
CNEWLIN@MARKOWITZANDRICHMAN.COM

MARON MARVEL BRADLEY ANDERSON & TARDY, LLC
STEPHANIE A. FOX
SAF@MARONMARVEL.COM

MATTLEMAN WEINROTH & MILLER, P.C
CHRISTINA PROSS
CPROSS@MWM-LAW.COM

MBNF INVESTMENTS, LLC
ATTN: SUZZANNE UHLAND
SUZZANNE.UHLAND@LW.COM

MCCARTER & ENGLISH, LLP
WILLIAM F. TAYLOR
WTAYLOR@MCCARTER.COM

MED ONE CAPITAL FUNDING, LLC
DLEIGH@RQN.COM

MOYE WHITE LLP
TIMOTHY M. SWANSON
TIM.SWANSON@MOYEWHITE.COM

MOYE WHITE LLP
VIKRAMA S. CHANDRASHEKAR
VIKA.CHANDRASHEKAR@MOYEWHITE.COM

O'DONOGHUE & O'DONOGHUE LLP
LANCE GEREN, ESQ.
LGEREN@ODONOGHUELAW.COM

OFFICE OF ATTORNEY GENERAL
CAROL E. MOMJIAN
CMOMJIAN@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
CHRISTOPHER R. MOMJIAN
CRMOMJIAN@ATTORNEYGENERAL.GOV

Center City Healthcare, LLC - Service List to e-mail Recipients                                                    Served 7/31/2025

OFFICE OF ATTORNEY GENERAL
DAVID DEMBE
DDEMBE@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
LISA M. RHODE
LRHODE@ATTORNEYGENERAL.GOV

OFFICE OF THE UNITED STATES ATTORNEY
ATTN: BANKRUPTCY DIVISION
USADE.ECFBANKRUPTCY@USDOJ.GOV

OFFICE OF THE UNITED STATES TRUSTEE
BENJAMIN HACKMAN
BENJAMIN.A.HACKMAN@USDOJ.GOV

PA DEPARTMENT OF REVENUE
ATTN: BANKRUPTCY DIVISION
PATRICKMI@PA.GOV

PACHULSKI STANG ZIEHL & JONES LLP
LAURA DAVIS JONES
LJONES@PSZJLAW.COM

PACHULSKI STANG ZIEHL & JONES LLP
TIMOTHY P CAIRNS
TCAIRNS@PSZJLAW.COM

PEARLMAN & MIRANDA, LLC.
PATRICIA A CELANO
PCELANO@PEARLMANMIRANDA.COM

PENNSYLVANIA DEPARTMENT OF REVENUE
ATTN: WILLIAM R HATCHER, ANALYST MANAGER
WHATCHER@PA.GOV

PEPPER HAMILTON, LLP
FRANCIS J. LAWALL
FRANCIS.LAWALL@TROUTMAN.COM

PEPPER HAMILTON, LLP
MARCY J. MCLAUGHLIN
MARCY.SMITH@TROUTMAN.COM

POLSINELLI P C
CHRISTOPHER A. WARD
CWARD@POLSINELLI.COM

POTTER ANDERSON & CORROON LLP
D. RYAN SLAUGH
RSLAUGH@POTTERANDERSON.COM

POTTER ANDERSON & CORROON LLP
JEREMY W. RYAN
JRYAN@POTTERANDERSON.COM

POTTER ANDERSON & CORROON LLP
R. STEPHEN MCNEILL
RMCNEILL@POTTERANDERSON.COM

REED SMITH LLP
LOUIS A. CURCIO
LCURCIO@REEDSMITH.COM

RICHARDS LAYTON & FINGER, PA
BRENDAN J. SCHLAUCH
SCHLAUCH@RLF.COM

RICHARDS LAYTON & FINGER, PA
MARK D. COLLINS
COLLINS@RLF.COM

RICHARDS LAYTON & FINGER, PA
MICHAEL J. MERCHANT
MERCHANT@RLF.COM

SALMON, RICCHEZZA, SINGER & TURCHI, LLP
RONALD L. DAUGHERTY
RDAUGHERTY@SRSTLAW.COM

SAUL EWING ARNSTEIN & LEHR LLP
ADAM ISENBERG
ADAM.ISENBERG@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
JEFFREY HAMPTON
JEFFREY.HAMPTON@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
MARK MINUTI
MARK.MINUTI@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
MONIQUE DISABATINO
MONIQUE.DISABATINO@SAUL.COM

SCHNADER HARRISON SEGAL & LEWIS LLP
NICHOLAS J. LEPORE
NLEPORE@SCHNADER.COM

SHIPMAN & GOODWIN LLP
ERIC S. GOLDSTEIN
EGOLDSTEIN@GOODWIN.COM

SILLS CUMMIS & GROSS P.C
ANDREW H. SHERMAN
ASHERMAN@SILLSCUMMIS.COM

SILLS CUMMIS & GROSS P.C.
BORIS I. MANKOVETSKIY
BMANKOVETSKIY@SILLSCUMMIS.COM

SMITH HULSEY & BUSEY
BRANDON A. COOK
BCOOK@SMITHHULSEY.COM

SMITH HULSEY & BUSEY
MICHAEL E. DEMONT
MDEMONT@SMITHHULSEY.COM

STATE OF NEW JERSEY DIVISION OF TAXATION BANI
ATTN: M UMAR BUTT
MUMAR.BUTT@TREAS.STATE.NJ.US

STEVENS & LEE, P.C.
JOSEPH H. HUSTON
JHH@STEVENSLEE.COM

STEVENS & LEE, P.C.
ROBERT LAPOWSKY
RL@STEVENSLEE.COM

STINSON LLP
DARRELL CLARK
DARRELL.CLARK@STINSON.COM

STINSON LLP
TRACEY M. OHM
TRACEY.OHM@STINSON.COM

STOEL RIVES LLP
MARC A. AL
MARC.AL@STOEL.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
DEBORAH A. REPEROWITZ
DREPEROWITZ@STRADLEY.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
GRETCHEN M. SANTAMOUR
GSANTAMOUR@STRADLEY.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
JOELLE E. POLESKY
JPOLESKY@STRADLEY.COM

STREUSAND, LANDON, OZBURN & LEMMON, LLP
SABRINA L. STREUSAND
STREUSAND@SLOLLP.COM

SULLIVAN, HAZELTINE, ALLISON, LLC.
WILLIAM D. SULLIVAN
BSULLIVAN@SHA-LLC.COM

THE ROSNER LAW GROUP LLC
FREDERICK B. ROSNER
ROSNER@TEAMROSNER.COM

U.S. DEPT OF JUSTICE
MARCUS.S.SACKS@USDOJ.GOV

UNDERWOOD PERKINS, P.C.
DAVID L. CAMPBELL
DCAMPBELL@UPLAWTX.COM

UNDERWOOD PERKINS, P.C.
ELI D. PIERCE
EPIERCE@UPLAWTX.COM

**Center City Healthcare, LLC -  Service List to e-mail Recipients**

| | | |
|---|---|---|
| WHITE AND WILLIAMS LLP | WHITE AND WILLIAMS LLP | WILLIG, WILLIAMS & DAVIDSON |
| AMY E. VULPIO | MARC S. CASARINO | JESSICA KOLANSKY |
| VULPIOA@WHITEANDWILLIAMS.COM | CASARINOM@WHITEANDWILLIAMS.COM | JKOLANSKY@WWDLAW.COM |

Parties Served:  138

72 INTERESTED PARTIES WERE SERVED. THE NAMES AND EMAIL ADDRESSES OF THESE PARTIES ARE NOT STATED TO MAINTAIN CONFIDENTIALITY.

# EXHIBIT B

Center City Healthcare, LLC - U.S. Mail

ABINGTON TOWNSHIP TREASURER
MAX M SOLOMON
1176 OLD YORK RD
ABINGTON, PA 19001

CAPITAL ONE, N.A.
77 W WACKER DR, 10TH FL
CHICAGO, IL 60601

CAPITAL ONE, N.A., AS ADMINISTRATIVE AGENT
FOR PAHH BELLET MOB LLC
6125 LAKEVIEW RD, STE 800
CHARLOTTE, NC 28269

CAPITAL ONE, N.A., AS ADMINISTRATIVE AGENT
FOR PAHH BROAD ST MOB LLC
6125 LAKEVIEW RD, STE 800
CHARLOTTE, NC 28269

CAPITAL ONE, N.A., AS ADMINISTRATIVE AGENT
FOR PAHH ERIE ST GARAGE LLC
6125 LAKEVIEW RD, STE 800
CHARLOTTE, NC 28269

CAPITAL ONE, N.A., AS ADMINISTRATIVE AGENT
FOR PAHH FEINSTEIN MOB LLC
6125 LAKEVIEW RD, STE 800
CHARLOTTE, NC 28269

CAPITAL ONE, N.A., AS ADMINISTRATIVE AGENT
FOR PAHH NEW COLLEGE MOB LLC
6125 LAKEVIEW RD, STE 800
CHARLOTTE, NC 28269

CAPITAL ONE, N.A., AS ADMINISTRATIVE AGENT
FOR PAHH WOOD ST GARAGE LLC
6125 LAKEVIEW RD, STE 800
CHARLOTTE, NC 28269

CITY OF PHILADELPHIA
1401 JFK BLVD
MUNICIPAL CT BLDG
PHILADELPHIA, PA 19102-1697

CITY OF PHILADELPHIA
ATTN: ROB DUBOW
CODE VIOLATION ENFORCEMENT DIV
P.O. BOX 56318
PHILADELPHIA, PA 19130

CITY OF PHILADELPHIA
ATTN:  LAW DEPT
1515 ARCH ST, 17TH FL
PHILADELPHIA, PA  19102

CITY OF PHILADELPHIA
DEPT OF REVENUE
P.O. BOX 1049
PHILADELPHIA, PA 19105-1409

CITY OF PHILADELPHIA
DEPT OF REVENUE
P.O. BOX 1529
PHILADELPHIA, PA 19105-1529

CITY OF PHILADELPHIA
DEPT OF REVENUE
P.O. BOX 1630
PHILADELPHIA, PA 19105-1630

CITY OF PHILADELPHIA
DEPT OF REVENUE
P.O. BOX 1660
PHILADELPHIA, PA 19105-1660

CITY OF PHILADELPHIA
P.O. BOX 56318
FINANCE DEPT
PHILADELPHIA, PA 19130-0318

CITY OF PHILADELPHIA – DEPT OF REVENUE
MUNICIPAL SERVICES BLDG
1401 JOHN F KENNEDY BLVD, 5TH FL
PHILADELPHIA, PA 19102

CITY OF PHILADELPHIA LAW DEPT
MUNICIPAL SERVICES BLDG
1401 JOHN F KENNEDY BLVD, 5TH FL
PHILADELPHIA, PA 19102

CITY OF PHILADELPHIA/124
PHILADELPHILA REVENUE DEPT
P.O. BOX 124
PHILADELPHIA, PA 19105-0124

COMMONWEALTH OF PA
PUBLIC HEALTH & HUMAN SERVICES
ACCT CONTROL/COMPTROLLER OFFICE
P.O. BOX 2675
HARRISBURG, PA 17105-2675

COMMONWEALTH OF PENNSYLVANIA
ATTN: NICOLE AMOLSCH
DEPT OF REVENUE / BUREAU OF COMPLIANCE
P.O. BOX 280946
HARRISBURG, PA 17128-0946

COMMONWEALTH OF PENNSYLVANIA
C/O DEPT OF REVENUE BUREAU OF COMPLIANCE
P.O. BOX 280946
HARRISBURG, PA 17128-0946

COMMONWEALTH OF PENNSYLVANIA
DEPT OF REVENUE
BUREAU OF COMPLIANCE
P.O. BOX 280946
HARRISBURG, PA 17128-0946

COMMONWEALTH OF PENNSYLVANIA
DEPT OF REVENUE / BUREAU OF COMPLIANCE
ATTN: NICOLE AMOLSCH
P.O. BOX 280946
HARRISBURG, PA 17128-0946

COMMONWEALTH OF PENNSYLVANIA DEPARTMENT O
ATTN: NICOLE AMOLSCH
P.O. BOX 280946
HARRISBURG, PA 17128-0946

COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT
ATTN: BUREAU OF COMPLIANCE
P.O. BOX 280946
HARRISBURG, PA 17128-0946

COMPTROLLER OF MARYLAND
REVENUE ADMIN DIVISION
STATE OFFICE BUILDING
301 W PRESTON ST, RM 203
BALTIMORE, MD 21201-2383

DC TREASURER
DEPT OF CONSUMER & REGULATORY
AFFAIRS/CORPORATIONS DIV
P.O. BOX 92300
WASHINGTON, DC 20090

DE LAGE LANDEN FINANCIAL SERVICES
ATTN: DIR, OPERATIONS
1111 OLD EAGLE SCHOOL RD
WAYNE, PA 19087

DEPARTMENT OF THE TREASURY - INTERNAL REVI
1352 MARROWS RD, STE 204
NEWARK, DE 19711-5445

DEPARTMENT OF THE TREASURY - INTERNAL REVENU
ATTN: M JAMES
1352 MARROWS RD, STE 204
NEWARK, DE 19711-5445

DEPARTMENT OF THE TREASURY - INTERNAL REVENU
INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

DEPARTMENT OF THE TREASURY - INTERNAL REVI
P.O. BOX 7317
PHILADELPHIA, PA 19101-7317

DEPARTMENT OF THE TREASURY - INTERNAL REVENU
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

DEPARTMENT OF TREASURY - INTERNAL REVENUE SE
P.O. BOX 7346
PHILADEPHIA, PA 19101-7346

ENVIRONMENTAL PROTECTION AGENCY
1200 PENNSYLVANIA AVE, N.W.
WASHINGTON, DC 20460

FREEDMAN & LORRY, P.C.
C/O SUSAN A. MURRAY
ATTN: TRAINING & UPGRADING FUND
1601 MARKET ST, STE 1500
PHILADELPHIA, PA 19103

GE HFS, LLC
P.O. BOX 414, W-490
MILWAUKEE, WI 53201

HAB-BPT
P.O. BOX 915
BANGOR, PA 18013-0915

INTERNAL REVENUE SERVICE
1352 MARROWS RD, STE 204
NEWARK, DE 19711-5445

INTERNAL REVENUE SERVICE
P.O. BOX 7317
PHILADELPHIA, PA 19101-7317

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, LOCAL 98
1701 SPRING GARDEN ST
PHILADELPHIA, PA 19130

MED ONE CAPITAL FUNDING, LLC
10712 S 1300 E
SANDY, UT 84094

MED ONE CAPITAL FUNDING, LLC
DBA IPA ONE
10712 S 1300 E
EAST SANDY, UT 84094

MIDCAP FINANCIAL TRUST
7255 WOODMONT AVE, STE 200
BETHESDA, MD 20814

MIDCAP FUNDING IV TRUST
7255 WOODMONT AVE, STE 200
BETHESDA, MD 20814

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO
1319 LOCUST ST
PHILADELPHIA, PA 19107

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, DISTRICT 1199C
1319 LOCUST ST
PHILADELPHIA, PA 19107

NEW JERSEY DEPT OF REVENUE
CORPORATION TAX
CN 666
TRENTON, NJ 08646-0666

NEW JERSEY DIVISION OF TAXATION
COMPLIANCE& ENFORCEMENT - BANKRUPTCY UNI
50 BARRACK ST, 9TH FL
P.O. BOX 245
TRENTON, NJ 08695-0267

OFFICE OF THE ATTORNEY GENERAL
ATTN: JOSH SHAPIRO, ESQUIRE
ATTN: BANKRUPTCY DEPT
16TH FL, STRAWBERRY SQ
HARRISBURG, PA 17120

OFFICE OF THE SECRETARY
401 NORTH STREET, RM 302
HARRISBURG, PA  17120

OHIO BUREAU OF WORKER'S COMPENSATION
P.O. BOX 15567
COLUMBUS, OH 43215-0567

OHIO BUREAU OF WORKERS' COMPENSATION
ATTN: JILL A. WHITWORTH
30 W SPRING ST, 26TH FL
COLUMBUS, OH 43215

OLYMPUS AMERICA INC
3500 CORPORATE PKWY
CENTER VALLEY, PA 18034

PA DEPT OF ENVIRONMENTAL PROT
P.O. BOX 8762
HARRISBURG, PA 17105-8762

PA DEPT OF REVENUE
ATTN: PATRICK MILLER
4TH AND WALNUT ST
HARRISBURG, PA 17128

PA DEPT OF REVENUE
ATTN: PRAKASH VYAS
4TH AND WALNUT ST
HARRISBURG, PA 17128

PA HIGHER EDUCATION FACILITIES AUTHORITY
400 NORTH ST
HARRISBURG, PA 17120

PENNSYLVANIA ASSOC OF
STAFF NURSES AND ALLIED PROFESSIONALS
1 FAYETTE STREET, SUITE 475
CONSHOHOCKEN, PA 19428

PENNSYLVANIA DEPARTMENT OF REVENUE
ATTN: BANKRUPTCY DIVISION
P.O. BOX 280946
HARRISBURG, PA 17128-0946

PENNSYLVANIA DEPARTMENT OF REVENUE
ATTN: NICOLE AMOLSCH
P.O. BOX 280946
HARRISBURG, PA 17128-0946

PENNSYLVANIA DEPARTMENT OF REVENUE
ATTN: PRAKAS VYAS
4TH AND WALNUT ST
HARRISBURG, PA 17128

PENNSYLVANIA DEPARTMENT OF REVENUE
ATTN: PRAKASH VYAS
4TH AND WALNUT ST
HARRISBURG, PA 17128

PENNSYLVANIA DEPT OF ENVIRONMENTAL PROTE
2 E MAIN ST
NORRISTOWN, PA 19401

**Center City Healthcare, LLC - U.S. Mail**                                                     Served 7/31/2025

PENNSYLVANIA DEPT OF ENVIRONMENTAL PROTECTI
RACHEL CARSON STATE OFFICE BUILDING
400 MARKET ST
HARRISBURG, PA 17101

PENNSYLVANIA DEPT OF HEALTH
ATTN: DR. RACHEL LEVINE
HEALTH AND WELFARE BUILDING
625 FORESTER ST, 8TH FL W
HARRISBURG, PA 17120

PENNSYLVANIA DEPT OF REVENUE
ATTN: BANKRUPTCY DIVISION
DEPT 280946
HARRISBURG, PA 17128-0946

PENNSYLVANIA DEPT OF REVENUE
ATTN: PATRICK MILLER
4TH AND WALNUT ST
HARRISBURG, PA 17128

PENNSYLVANIA DEPT OF REVENUE
BUREAU OF CORP TAXES
P.O. BOX 280404
HARRISBURG, PA 17128-0404

PENNSYLVANIA DEPT OF REVENUE
BUREAU OF CORP TAXES
P.O. BOX 280420
HARRISBURG, PA 17128-0420

PENNSYLVANIA DEPT OF REVENUE
DEPT VARIOUS
HARRISBURG, PA 17128-0414

PHILADELPHIA DEPT OF REVENUE
P.O. BOX 1620
PHILADELPHIA, PA 19105-1620

ST. MARY'S MEDICAL CTR
1201 LANGHORNE-NEWTOWN RD
LANGHORNE, PA 19047

STATE OF NEW JERSEY
DIV EMPLOYER ACCOUNTS
P.O. BOX 059
TRENTON, NJ 08625-0059

STATE OF NEW JERSEY DIVISION OF EMPLOYER ACC
C/O NJ DEPT OF LABOR AND WORKFORCE DEV
ATTN: DIVI OF EMPLOYER ACC
P.O. BOX 379
TRENTON, NJ 08625-0379

STATE OF NEW JERSEY DIVISION OF EMPLOYER A
C/O OFFICE OF THE ATTORNEY OF NEW JERSEY
RICHARD J HUGHES COMPLEX
P.O. BOX 106
TRENTON, NUJ 08625-0106

TOWNSHIP OF ABINGTON
OFFICE OF THE TREASURER
1176 OLD YORK RD
ABINGTON, PA 19001

U.S. BANK, N.A.
777 E WISCONSIN AVE
MILWAUKEE, WI 53202

UNITED STATES DEPARTMENT OF JUSTICE
ATTN:  CIVIL DIVISION
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20530-0001

UNITED STATES DEPT OF JUSTICE
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC  20530-0001

Parties Served: 82

**Center City Healthcare, LLC - Service List to first-class mail Recipients**                                                      **Served 7/31/2025**

132 INTERESTED PARTIES WERE SERVED. THE NAMES AND ADDRESSES OF THESE PARTIES ARE NOT STATED TO MAINTAIN CONFIDENTIALITY.