IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (MFW)<br>) Jointly Administered |
| Debtors. | ) **Related to Docket Nos. 5765, 5898 and 5900** |

### NOTICE OF FILING OF PROPOSED SALE ORDER IN CONNECTION WITH SALE OF NORTH/SOUTH TOWERS AND RACE STREET ASSEMBLAGE

**PLEASE TAKE NOTICE THAT** on May 7, 2025, the *Debtors' Motion for Entry of (I) an Order (A) Scheduling a Hearing to Consider Approval of the Sale of Certain Real Estate, (B) Approving Bidding Procedures and the Form and Manner of Notice Thereof, (C) Approving Bid Protections, and (D) Granting Related Relief; and (II) an Order (A) Approving the Sale of Certain Real Estate, Free and Clear of Certain Liens, Claims and Encumbrances, and (B) Granting Related Relief* [D.I. 5765] (the "**Motion**," and with respect to the relief sought in the Motion for approval of the Bidding Procedures (as defined therein), the "**Bid Procedures Motion**") was filed with the Court.

**PLEASE TAKE FURTHER NOTICE** that on July 30, 2025, the Court entered the *Order (A) Scheduling a Hearing to Consider Approval of the Sale of Certain Real Estate, (B) Approving Bidding Procedures and the Form and Manner of Notice Thereof, (C) Approving Bid Protections, and (D) Granting Related Relief* [D.I. 5898] (the "**Bidding Procedures Order**") pursuant to which the Court approved certain Bidding Procedures that govern the sale of the Real Estate to a highest and best bidder. Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Bidding Procedures Order, attached hereto as **Exhibit 1** is a proposed order approving the sale of the Real Estate to a Successful Bidder or Bidders (the "**Sale Order**"). The Debtors note that the Bid Deadline has not yet passed, an Auction has not yet taken place, and, as such, no Successful Bidder has yet been

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

identified.  Accordingly, **the attached Sale Order is a form document that remains subject to further review and revision**.

PLEASE TAKE NOTICE that, pursuant to the Bidding Procedures Order, the Debtors will seek approval of the Sale Order (as may be subsequently modified) at the Sale Hearing to be held on **September 22, 2025 at 10:30 a.m. (ET)** at the United States Bankruptcy Court for the District of Delaware, 5th Floor, Courtroom No. 4, 824 N. Market Street, Wilmington, Delaware 19801 (which hearing may be a virtual hearing).

PLEASE TAKE FURTHER NOTICE that copies of the Bidding Procedures Order, the Stalking Horse Agreements, and any related pleadings may be viewed, free of charge, on the website maintain by the Debtors' claims and noticing agent, https://omniagentsolutions.com/centercityhealthcare.

Dated: September 8, 2025            **SAUL EWING LLP**

By:    */s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-6813
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7700
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for Debtors and Debtors in Possession*