# EXHIBIT A

### Summary of Blended Rate

**BILLING DISCLOSURES FOR SAUL EWING LLP**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budget Period | Billed *Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | Billed *This Application* |
|---|---|---|---|
| Senior Partners | 10 | $653.00 | $822.13 |
| Junior Partners | 2 | $552.00 | $576.81 |
| Special Counsel | 0 | $565.00 | $0.00 |
| Senior Associates | 3 | $409.00 | $446.40 |
| Junior Associates | 5 | $336.00 | $337.00 |
| Paraprofessional | 2 | $284.00 | $285.69 |
| Other (Litigation, Support, Clerical) | 2 | $269.00 | $360.85 |
| **Aggregated:** | | **$504.00** | **$545.07** |

| | |
|---|---|
| Case Name: | Center City  Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.* |
| Case Number: | 19-11466 (MFW) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | September 11, 2025 |
| Interim or Final: | Interim |

56078942.2 09/11/2025