# EXHIBIT B

**Summary of Compensation Requested by Project Category**

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Asset Sale Disposition | 75.00 | $45,328.14 | 85.90 | $64,579.50 |
| Business Operations | 125.00 | $75,546.89 | 74.80 | $58,666.00 |
| Case Administration | 75.00 | $45,328.14 | 47.80 | $32,317.00 |
| Claims Analysis, Objections, Proofs of Claim and Bar Date. | 150.00 | $90,656.25 | 125.50 | $92,596.00 |
| Committee Matters | 15.00 | $9,065.64 | 0.40 | $318.00 |
| Creditor Inquiries | 15.00 | $9,065.64 | 1.20 | $921.00 |
| Executory Contracts and Unexpired Leases | 5.00 | $3,021.88 | 0.00 | $0.00 |
| Fee/Employment Application (Saul Ewing) | 15.00 | $9,065.64 | 31.90 | $10,977.50 |
| Fee/Employment Applications (Other Professionals) | 15.00 | $9,065.64 | 15.60 | $4,821.00 |
| Litigation: Contested Matters and Adversary Proceedings | 105.00 | $63,459.38 | 165.40 | $73,821.00 |
| Non-Working Travel | 30.00 | $18,131.25 | 0.00 | $0.00 |
| Plan and Disclosure Statement | 15.00 | $9,065.64 | 0.30 | $238.50 |
| Preparation for and Attendance at Hearing | 20.00 | $12,087.51 | 9.70 | $5,775.50 |
| Relief from Stay and Adequate Protection | 15.00 | $9,065.64 | 0.00 | $0.00 |
| UST Reports, Meetings and Issues | 17.00 | $10,274.39 | 22.60 | $6,905.00 |
| **TOTAL** | **692.00** | **$418,227.67** | **581.10** | **$351,936.00** |
| **Minus Agreed Upon Discount** | | | | **($35,193.60)** |
| **GRAND TOTAL** | **692.00** | **$418,227.67** | **581.10** | **$316,742.40** |

| | |
|---|---|
| Case Name: | Center City  Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.* |
| Case Number: | 19-11466 (MFW) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | September 11, 2025 |
| Interim or Final: | Interim |

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Interim Period |
|---|---|
| Partner | 10 |
| Counsel | 0 |
| Associate | 6 |
| Paraprofessional | 1 |
| Other (Litigation, Support, Clerical) | 2 |

| | |
|---|---|
| Case Name: | Center City  Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.* |
| Case Number: | 19-11466 (MFW) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | September 11, 2025 |
| Interim or Final: | Interim |