# EXHIBIT C

**Summary of Expense Reimbursement Requested by Category**

## SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| E-discovery Processing /Usage | Epiq Relativity | $34,921.70 |
| Legal Research | Westlaw | $6,807.00 |
| Messenger Service | Reliable Copy Service - DE | $13.44 |
| Publication | International Code Council | $61.23 |
| Transcript | Frontino Reporting, LLC | $1,259.30 |
| **TOTAL** | | **$43,062.67** |

| | |
|---|---|
| Case Name: | Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.* |
| Case Number: | 19-11466 (MFW) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | September 11, 2025 |
| Interim or Final: | Interim |