# EXHIBIT B

**Summary of Compensation Requested by Project Category**

### SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Asset Sale Disposition | 125.00 | $75,546.89 | 110.90 | $81,853.00 |
| Business Operations | 75.00 | $45,328.14 | 36.80 | $28,417.50 |
| Case Administration | 75.00 | $45,328.14 | 43.60 | $29,301.00 |
| Claims Analysis, Objections, Proofs of Claim and Bar Date. | 125.00 | $75,546.88 | 117.40 | $87,150.50 |
| Committee Matters | 15.00 | $9,065.64 | 0.10 | $79.50 |
| Creditor Inquiries | 15.00 | $9,065.64 | 0.50 | $353.50 |
| Fee/Employment Application (Saul Ewing) | 20.00 | $12,087.51 | 34.00 | $10,949.00 |
| Fee/Employment Applications (Other Professionals) | 15.00 | $9,065.64 | 14.50 | $4,367.50 |
| Litigation: Contested Matters and Adversary Proceedings | 200.00 | $120,875.00 | 261.20 | $154,001.00 |
| Non-Working Travel | 30.00 | $18,131.25 | 0.00 | $0.00 |
| Plan and Disclosure Statement | 15.00 | $9,065.64 | 7.30 | $3,394.50 |
| Preparation for and Attendance at Hearing | 15.00 | $9,065.64 | 0.00 | $0.00 |
| Relief from Stay and Adequate Protection | 15.00 | $9,065.64 | 0.00 | $0.00 |
| UST Reports, Meetings and Issues | 15.00 | $9,065.64 | 9.00 | $2,739.00 |
| **TOTAL** | **755.00** | **$456,303.29** | **635.30** | **$402,606.00** |
| **Minus Agreed Upon Discount** | | | | **($40,260.60)** |
| **GRAND TOTAL** | **755.00** | **$456,303.29** | **635.30** | **$362,345.40** |

| | |
|---|---|
| Case Name: | Center City  Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.* |
| Case Number: | 19-11466 (MFW) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | September 11, 2025 |
| Interim or Final: | Interim |

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Interim Period |
|---|---|
| Partner | 12 |
| Counsel | 0 |
| Associate | 5 |
| Paraprofessional | 1 |
| Other (Litigation, Support, Clerical) | 2 |

| | |
|---|---|
| Case Name: | Center City  Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.* |
| Case Number: | 19-11466 (MFW) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | September 11, 2025 |
| Interim or Final: | Interim |

2