# EXHIBIT C

**Summary of Expense Reimbursement Requested by Category**

**SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Docket Retrieval / Case Monitoring | Pacer Service Center | $275.10 |
| E-discovery Processing /Usage | Epiq Relativity | $35,347.90 |
| Filing Fee | Delaware Bankruptcy Court | $298.00 |
| Legal Research | Westlaw | $12,615.03 |
| Meals | *See attached chart* | $245.20 |
| Messenger Service | Reliable Copy Service - DE | $37.50 |
| Overnight Delivery | Federal Express | $101.16 |
| Outside Reproduction | Reliable Copy Service – DE | $220.70 |
| Publication | International Code Council | $61.23 |
| Transcript | Reliable Copy Service – DE | $64.00 |
| **TOTAL** | | **$49,265.82** |

| | |
|---|---|
| Case Name: | Center City  Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.* |
| Case Number: | 19-11466 (MFW) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | September 11, 2025 |
| Interim or Final: | Interim |

| MEAL DETAIL | | | | |
|---|---|---|---|---|
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 11/20/24 | Pagano's | (10) John DiNome, Allen Wilen, Albert Mezzaroba, Jeffrey Hampton, Adam Isenberg, Scott Victor, Potential Buyers and their counsel | Lunch with potential buyers to discuss sale negotiations | $245.20 |
| **TOTAL** | | | | **$245.20** |

| | |
|---|---|
| Case Name: | Center City  Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.* |
| Case Number: | 19-11466 (MFW) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | September 11, 2025 |
| Interim or Final: | Interim |