# EXHIBIT D

## Budgets and Staffing Plans

56168594.2 09/11/2025

**October 2024**

| Task Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| 1 | Strategic Advice | 0 | $0.00 |
| 2 | Expenses | N/A | $15,000.00 |
| 3 | Asset Sale Disposition | 25 | $15,109.38 |
| 4 | Business Operations | 25 | $15,109.38 |
| 5 | Case Administration | 25 | $15,109.38 |
| 6 | Claims Analysis, Objections, Proofs of Claim and Bar Date | 50 | $30,218.75 |
| 7 | Committee Matters | 5 | $3,021.88 |
| 8 | Creditor Inquiries | 5 | $3,021.88 |
| 9 | Employee Benefits and Pensions | 0 | $0.00 |
| 10 | Executory Contracts and Unexpired Leases | 0 | $0.00 |
| 11 | Fee/Employee Applications – SEAL | 10 | $6,043.75 |
| 12 | Fee/Employment Applications (Other Professionals) | 5 | $3,021.88 |
| 13 | Fee/Employment Applications (Objections) | 0 | $0.00 |
| 14 | DIP Financing and Cash Collateral | 0 | $0.00 |
| 15 | Labor Matters | 0 | $0.00 |
| 16 | Litigation: Contested Matters and Adversary Proceedings | 50 | $30,218.75 |
| 17 | Non-Working Travel | 10 | $6,043.75 |
| 18 | Plan and Disclosure Statement | 5 | $3,021.88 |
| 19 | Preparation for and Attendance at Hearings | 5 | $3,021.88 |
| 20 | Relief from Stay and Adequate Protection | 5 | $3,021.88 |
| 21 | Statements and Schedules | 0 | $0.00 |
| 22 | UST Reports, Meetings and Issues | 5 | $3,021.88 |
| 23 | Utilities | 0 | $0.00 |
| 24 | Post Confirmation | 0 | $0.00 |
| | Total: | 230 | $154,006.30 |

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Budget Period | Hourly Rates |
|---|---|---|
| Partner | 9 | $510 per hour to $1,095 per hour |
| Counsel | 0 | $510 per hour to $1,250 per hour |
| Associate | 4 | $300 per hour to $540 per hour |
| Paraprofessional | 1 | $200 per hour to $430 per hour |
| Other (Litigation, Support, Clerical) | 2 | $150 per hour to $395 per hour |

**November 2024**

| Task Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| 1 | Strategic Advice | 0 | $0.00 |
| 2 | Expenses | N/A | $15,000.00 |
| 3 | Asset Sale Disposition | 75 | $45,328.13 |
| 4 | Business Operations | 25 | $15,109.38 |
| 5 | Case Administration | 25 | $15,109.38 |
| 6 | Claims Analysis, Objections, Proofs of Claim and Bar Date | 50 | $30,218.75 |
| 7 | Committee Matters | 5 | $3,021.88 |
| 8 | Creditor Inquiries | 5 | $3,021.88 |
| 9 | Employee Benefits and Pensions | 0 | $0.00 |
| 10 | Executory Contracts and Unexpired Leases | 0 | $0.00 |
| 11 | Fee/Employee Applications – SEAL | 5 | $3,021.88 |
| 12 | Fee/Employment Applications (Other Professionals) | 5 | $3,021.88 |
| 13 | Fee/Employment Applications (Objections) | 0 | $0.00 |
| 14 | DIP Financing and Cash Collateral | 0 | $0.00 |
| 15 | Labor Matters | 0 | $0.00 |
| 16 | Litigation: Contested Matters and Adversary Proceedings | 50 | $30,218.75 |
| 17 | Non-Working Travel | 10 | $6,043.75 |
| 18 | Plan and Disclosure Statement | 5 | $3,021.88 |
| 19 | Preparation for and Attendance at Hearings | 5 | $3,021.88 |
| 20 | Relief from Stay and Adequate Protection | 5 | $3,021.88 |
| 21 | Statements and Schedules | 0 | $0.00 |
| 22 | UST Reports, Meetings and Issues | 5 | $3,021.88 |
| 23 | Utilities | 0 | $0.00 |
| 24 | Post Confirmation | 0 | $0.00 |
| | Total: | 275 | $181,203.18 |

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Budget Period | Hourly Rates |
|---|---|---|
| Partner | 9 | $510 per hour to $1,095 per hour |
| Counsel | 0 | $510 per hour to $1,250 per hour |
| Associate | 4 | $300 per hour to $540 per hour |
| Paraprofessional | 1 | $200 per hour to $430 per hour |
| Other (Litigation, Support, Clerical) | 2 | $150 per hour to $395 per hour |

-2-

-3-

## December, 2024

| Task Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| 1 | Strategic Advice | 0 | $0.00 |
| 2 | Expenses | N/A | $15,000.00 |
| 3 | Asset Sale Disposition | 25 | $15,109.38 |
| 4 | Business Operations | 25 | $15,109.38 |
| 5 | Case Administration | 25 | $15,109.38 |
| 6 | Claims Analysis, Objections, Proofs of Claim and Bar Date | 25 | $15,109.38 |
| 7 | Committee Matters | 5 | $3,021.88 |
| 8 | Creditor Inquiries | 5 | $3,021.88 |
| 9 | Employee Benefits and Pensions | 0 | $0.00 |
| 10 | Executory Contracts and Unexpired Leases | 0 | $0.00 |
| 11 | Fee/Employee Applications – SEAL | 5 | $3,021.88 |
| 12 | Fee/Employment Applications (Other Professionals) | 5 | $3,021.88 |
| 13 | Fee/Employment Applications (Objections) | 0 | $0.00 |
| 14 | DIP Financing and Cash Collateral | 0 | $0.00 |
| 15 | Labor Matters | 0 | $0.00 |
| 16 | Litigation: Contested Matters and Adversary Proceedings | 100 | $60,437.50 |
| 17 | Non-Working Travel | 10 | $6,043.75 |
| 18 | Plan and Disclosure Statement | 5 | $3,021.88 |
| 19 | Preparation for and Attendance at Hearings | 5 | $3,021.88 |
| 20 | Relief from Stay and Adequate Protection | 5 | $3,021.88 |
| 21 | Statements and Schedules | 0 | $0.00 |
| 22 | UST Reports, Meetings and Issues | 5 | $3,021.88 |
| 23 | Utilities | 0 | $0.00 |
| 24 | Post Confirmation | 0 | $0.00 |
| | Total: | 250 | $166,093.81 |

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Budget Period | Hourly Rates |
|---|---|---|
| Partner | 12 | $510 per hour to $1,095 per hour |
| Counsel | 0 | $510 per hour to $1,250 per hour |
| Associate | 5 | $300 per hour to $540 per hour |
| Paraprofessional | 1 | $200 per hour to $430 per hour |
| Other (Litigation, Support, Clerical) | 2 | $150 per hour to $395 per hour |

56168594.2 09/11/2025