IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (MFW) |
| Debtors. | Jointly Administered |
| | Related to Docket Nos. 5765, 5898 and 5900 |

## NOTICE OF SUCCESSFUL BIDDER AND CANCELLATION OF AUCTION

**PLEASE TAKE NOTICE THAT** on May 7, 2025, the *Debtors' Motion for Entry of (I) an Order (A) Scheduling a Hearing to Consider Approval of the Sale of Certain Real Estate, (B) Approving Bidding Procedures and the Form and Manner of Notice Thereof, (C) Approving Bid Protections, and (D) Granting Related Relief; and (II) an Order (A) Approving the Sale of Certain Real Estate, Free and Clear of Certain Liens, Claims and Encumbrances, and (B) Granting Related Relief* [D.I. 5765] (the "**Motion**") was filed with the Court.

**PLEASE TAKE FURTHER NOTICE** that on July 30, 2025, the Court entered the *Order (A) Scheduling a Hearing to Consider Approval of the Sale of Certain Real Estate, (B) Approving Bidding Procedures and the Form and Manner of Notice Thereof, (C) Approving Bid Protections, and (D) Granting Related Relief* [D.I. 5898] (the "**Bidding Procedures Order**")[2] pursuant to which the Court approved certain Bidding Procedures governing the sale of the Real Estate to a highest and best bidder, and the designation of 222 North Broad LLC, 200 North Broad LLC and 201 North 15th LLC (together, the "**Stalking Horse Purchasers**") as stalking horse bidders to purchase the Real Estate on the terms set forth in the Stalking Horse Agreements.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Bidding Procedures Order and the Bidding Procedures, in the event that more than on Qualified Bid was received on or before the Bid Deadline, the Debtors would conduct an Auction commencing on **September 15, 2025 at 10:00 a.m. (ET)** to determine the highest or otherwise best bid for the Real Estate (the "**Successful Bid**").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bidding Procedures Order.

-2-

**PLEASE TAKE FURTHER NOTICE** that the Bid Deadline has passed, and **no other bids, including any Qualified Bids, were received prior to the Bid Deadline**.  As such, no Auction will be held, and the Stalking Horse Purchasers have been named the Successful Bidders.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order, the Debtors will seek approval of the Sale to the Stalking Horse Purchasers at the Sale Hearing to be held on **September 22, 2025 at 10:30 a.m. (ET)** at the United States Bankruptcy Court for the District of Delaware, 5th Floor, Courtroom No. 4, 824 N. Market Street, Wilmington, Delaware 19801 (which hearing may be a virtual hearing).

**PLEASE TAKE FURTHER NOTICE** that copies of the Bidding Procedures Order, the Stalking Horse Agreements, and any related pleadings may be viewed, free of charge, on the website maintain by the Debtors' claims and noticing agent, https://omniagentsolutions.com/centercityhealthcare.

Dated: September 15, 2025

**SAUL EWING LLP**

By:    */s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-6813
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7700
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for Debtors and Debtors in Possession*