## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1] | Case No. 19-11466 (MFW) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on September 8, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed on **Exhibit B** attached hereto:

- **Notice of Filing of Proposed Sale Order in Connection with Sale of North/South Towers and Race Street Assemblage [Docket No. 5960]**

On September 8, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via e-mail to the parties listed on **Exhibit C** and and (ii) via first-class mail, postage pre-paid, to the parties listed on **Exhibit D** attached hereto:

- **Notice of Filing of Proposed Sale Order in Connection with Sale of North/South Towers and Race Street Assemblage [Docket No. 5960]**

Dated: September 16, 2025

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 16th day of September, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 N Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

# EXHIBIT A

**Center City Healthcare, LLC - Service List to e-mail Recipients**                                                           Served 9/8/2025

ALBERT EINSTEIN HEALTHCARE NETWORK
PENNY J. REZET
REZETP@EINSTEIN.EDU

ARENT FOX LLP
GEORGE P. ANGELICH
GEORGE.ANGELICH@ARENTFOX.COM

ARENT FOX LLP
PHILLIP KHEZRI
PHILLIP.KHEZRI@ARENTFOX.COM

ASHBY & GEDDES, P.A.
GREGORY TAYLOR
GTAYLOR@ASHBYGEDDES.COM

ASHBY & GEDDES, P.A.
KATHARINA EARLE
KEARLE@ASHBYGEDDES.COM

ATTORNEY FOR THE CITY OF PA
MEGAN HARPER
MEGAN.HARPER@PHILA.GOV

BALLARD SPAHR LLP
TOBEY M DALUZ
DALUZT@BALLARDSPAHR.COM

BALLARD SPAHR LLP
VINCENT J. MARRIOTT
MARRIOTT@BALLARDSPAHR.COM

BAYARD, P.A.
SOPHIE E. MACON
SMACON@BAYARDLAW.COM

BAYARD, PA
JUSTIN ALBTERTO
JALBERTO@BAYARDLAW.COM

BORGES & ASSOCIATES, LLC
SUE L. CHIN
SCHIN@BORGESLAWLLC.COM

BORGES & ASSOCIATES, LLC
WANDA BORGES
WBORGES@BORGESLAWLLC.COM

BUCHALTER, A PROFESSIONAL CORP
SHAWN M. CHRISTIANSON
SCHRISTIANSON@BUCHALTER.COM

CIARDI CIARDI & ASTIN
ALBERT CIARDI
ACIARDI@CIARDILAW.COM

CIARDI CIARDI & ASTIN
JOSEPH MCMAHON
JMCMAHON@CIARDILAW.COM

COMMONWEALTH OF PA DEPT OF LABOR AND
INDUSTRIES DEB SECREST
RA-LI-UCTS-BANKRUPT@STATE.PA.US

COZEN O'CONNOR
JOHN T. CARROLL, III
JCARROLL@COZEN.COM

DENTON US, LLP
OSCAR PINKAS
OSCAR.PINKAS@DENTONS.COM

DILWORTH PAXSON
PETER C. HUGHES,
PHUGHES@DILWORTHLAW.COM

DILWORTH PAXSON LLP
DSMITH@DILWORTHLAW.COM

DILWORTH PAXSON LLP
PETER HUGHES
PHUGHES@DILWORTHLAW.COM

DLA PIPER LLP
RICHARD A. CHESLEY
RICHARD.CHESLEY@DLAPIPER.COM

DLA PIPER LLP
STUART M. BROWN
STUART.BROWN@DLAPIPER.COM

DLA PIPER LLP (US)
JOE KERNAN
JOSEPH.KERNEN@DLAPIPER.COM

DOVEL & LUNER, LLP
GABE DOBLE
GABE@DOVEL.COM

DOVEL & LUNER, LLP
JEANE KHANG
JEANE@DOVEL.COM

DOVEL & LUNER, LLP
JULIEN A. ADAMS
JULIEN@DOVEL.COM

DOVEL & LUNER, LLP
JULIEN@DOVEL.COM

DREXEL UNIVERSITY COLLEGE OF MEDICINE
STEPHEN A. COZEN, ESQ.
SCOZEN@COZEN.COM

DRINKER BIDDLE & REATH LLP
MARITA S. ERBECK
MARITA.ERBECK@DBR.COM

DRINKER BIDDLE & REATH LLP
PATRICK A. JACKSON
PATRICK.JACKSON@DBR.COM

DUANE MORRIS LLP
JARRET HITCHINGS
JPHITCHINGS@DUANEMORRIS.COM

DUANE MORRIS LLP
MAIRI V. LUCE
LUCE@DUANEMORRIS.COM

FAEGRE DRINKER BIDDLE & REATH LLP
IAN J. BAMBRICK
IAN.BAMBRICK@FAEGREDRINKER.COM

FAEGRE DRINKER BIDDLE & REATH LLP
JAY.JAFFE@FAEGREDRINKER.COM

FAEGRE DRINKER BIDDLE & REATH LLP
KAYLA BRITTON
KAYLA.BRITTON@FAEGREDRINKER.COM

FINEMAN KREKSTEIN & HARRIS, PC
DEIRDRE M. RICHARDS
DRICHARDS@FINEMANLAWFIRM.COM

FLASTER GREENBERG P.C.
WILLIAM J BURNETT
WILLIAM.BURNETT@FLASTERGREENBERG.COM

FOX ROTHSCHILD LLP
SETH A. NIEDERMAN
SNIEDERMAN@FOXROTHSCHILD.COM

GELLERT SCALI BUSENKELL & BROWN, LLC
MICHAEL BUSENKELL
MBUSENKELL@GSBBLAW.COM

GIBBONS P.C
CHRISTOPHER VICECONTE
CVICECONTE@GIBBONSLAW.COM

GIBBONS P.C
DAVID N. CRAPO
DCRAPO@GIBBONSLAW.COM

GIBBONS P.C.
DALE E. BARNEY
DBARNEY@GIBBONSLAW.COM

GIBBONS P.C.
NATASHA M. SONGONUGA
NSONGONUGA@GIBBONSLAW.COM

GIBBONS P.C.
ROBERT K. MALONE
RMALONE@GIBBONSLAW.COM

**Center City Healthcare, LLC - Service List to e-mail Recipients**

GORDON REES SCULLY MANSUKHANI, LLP
COURTNEY MAZZIO
CMAZZIO@GRSM.COM

GORDON REES SCULLY MANSUKHANI, LLP
JOSEPH E BRENNER
JBRENNER@GRSM.COM

GORDON REES SCULLY MANSUKHANI, LLP
MICHAEL CAWLEY
MCAWLEY@GRSM.COM

GORDON REES SCULLY MANSUKHANI, LLP
MICHAEL HEYDEN, JR
MHEYDEN@GRSM.COM

GREENBERG TRAURIG, LLP
DENNIS A. MELORO
MELOROD@GTLAW.COM

GREENBERG TRAURIG, LLP
NANCY A. PETERMAN
PETERMANN@GTLAW.COM

HOGAN & MCDANIEL
DANIEL C. KERRICK
DCKERRICK@DKHOGAN.COM

HOGAN & MCDANIEL
DANIEL K. HOGAN
DKHOGAN@DKHOGAN.COM

HOGAN & MCDANIEL
GARVAN F. MCDANIEL
GFMCDANIEL@DKHOGAN.COM

HONIGMAN LLP
E TODD SABLE
TSABLE@HONIGMAN.COM

JD THOMPSON LAW
JUDY D. THOMPSON
JDT@JDTHOMPSONLAW.COM

JEFFER MANGELS BUTLER & MITHCELL LLP
MMARTIN@JMBM.COM

JONES WALKER LLP
JEFFREY R. BARBER
JBARBER@JONESWALKER.COM

KATTEN MUCHIN ROSENMAN LLP
CINDI M. GIGLIO
CGIGLIO@KATTEN.COM

KATTEN MUCHIN ROSENMAN LLP
JERRY L. HALL
JERRY.HALL@KATTEN.COM

KATTEN MUCHIN ROSENMAN LLP
KATHERINE SCHERLING
KATHERINE.SCHERLING@KATTEN.COM

KIRKLAND & ELLIS LLP
NICOLE L GREENBLATT
NICOLE.GREENBLATT@KIRKLAND.COM

KIRKLAND & ELLIS LLP
STEPHEN C HACKNEY
STEPHEN.HACKNEY@KIRKLAND.COM

KURTZMAN, STEADY, LLC
JEFFREY KURTZMAN
KURTZMAN@KURTZMANSTEADY.COM

LATHAM & WATKINS LLP
MATTHEW J. CARMODY
MATT.CARMODY@LW.COM

LATHAM & WATKINS LLP
SUZZANNE UHLAND
SUZZANNE.UHLAND@LW.COM

LAW OFFICES OF ERIC A SHORE, PC
GRAHAM F BAIRD
GRAHAMB@ERICSHORE.COM

LAW OFFICES OF MITCHELL J. MALZBERG, LLC
MITCHELL J. MALZBERG
MMALZBERG@MJMALZBERGLAW.COM

MARKOWITZ & RICHMAN
JWALTERS@MARKOWITZANDRICHMAN.COM

MARKOWITZ AND RICHMAN
CLAIBORNE S. NEWLIN
CNEWLIN@MARKOWITZANDRICHMAN.COM

MARON MARVEL BRADLEY ANDERSON & TARDY, LLC
STEPHANIE A. FOX
SAF@MARONMARVEL.COM

MATTLEMAN WEINROTH & MILLER, P.C
CHRISTINA PROSS
CPROSS@MWM-LAW.COM

MCCARTER & ENGLISH, LLP
WILLIAM F. TAYLOR
WTAYLOR@MCCARTER.COM

MED ONE CAPITAL FUNDING, LLC
DLEIGH@RQN.COM

MOYE WHITE LLP
TIMOTHY M. SWANSON
TIM.SWANSON@MOYEWHITE.COM

MOYE WHITE LLP
VIKRAMA S. CHANDRASHEKAR
VIKA.CHANDRASHEKAR@MOYEWHITE.COM

O'DONOGHUE & O'DONOGHUE LLP
LANCE GEREN, ESQ.
LGEREN@ODONOGHUELAW.COM

OFFICE OF ATTORNEY GENERAL
CAROL E. MOMJIAN
CMOMJIAN@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
CHRISTOPHER R. MOMJIAN
CRMOMJIAN@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
DAVID DEMBE
DDEMBE@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
LISA M. RHODE
LRHODE@ATTORNEYGENERAL.GOV

OFFICE OF THE UNITED STATES ATTORNEY
USADE.ECFBANKRUPTCY@USDOJ.GOV

OFFICE OF THE UNITED STATES TRUSTEE
BENJAMIN HACKMAN
BENJAMIN.A.HACKMAN@USDOJ.GOV

PACHULSKI STANG ZIEHL & JONES LLP
LAURA DAVIS JONES
LJONES@PSZJLAW.COM

PACHULSKI STANG ZIEHL & JONES LLP
TIMOTHY P CAIRNS
TCAIRNS@PSZJLAW.COM

PEARLMAN & MIRANDA, LLC.
PATRICIA A CELANO
PCELANO@PEARLMANMIRANDA.COM

PEPPER HAMILTON, LLP
FRANCIS J. LAWALL
FRANCIS.LAWALL@TROUTMAN.COM

PEPPER HAMILTON, LLP
MARCY J. MCLAUGHLIN
MARCY.SMITH@TROUTMAN.COM

POLSINELLI P.C
CHRISTOPHER A. WARD
CWARD@POLSINELLI.COM

POTTER ANDERSON & CORROON LLP
D. RYAN SLAUGH
RSLAUGH@POTTERANDERSON.COM

**Center City Healthcare, LLC -  Service List to e-mail Recipients**

POTTER ANDERSON & CORROON LLP
JEREMY W. RYAN
JRYAN@POTTERANDERSON.COM

POTTER ANDERSON & CORROON LLP
R. STEPHEN MCNEILL
RMCNEILL@POTTERANDERSON.COM

REED SMITH LLP
LOUIS A. CURCIO
LCURCIO@REEDSMITH.COM

RICHARDS LAYTON & FINGER, PA
BRENDAN J. SCHLAUCH
SCHLAUCH@RLF.COM

RICHARDS LAYTON & FINGER, PA
MARK D. COLLINS
COLLINS@RLF.COM

RICHARDS LAYTON & FINGER, PA
MICHAEL J. MERCHANT
MERCHANT@RLF.COM

SALMON, RICCHEZZA, SINGER & TURCHI, LLP
RONALD L. DAUGHERTY
RDAUGHERTY@SRSTLAW.COM

SAUL EWING ARNSTEIN & LEHR LLP
ADAM ISENBERG
ADAM.ISENBERG@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
JEFFREY HAMPTON
JEFFREY.HAMPTON@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
MARK MINUTI
MARK.MINUTI@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
MONIQUE DISABATINO
MONIQUE.DISABATINO@SAUL.COM

SCHNADER HARRISON SEGAL & LEWIS LLP
NICHOLAS J. LEPORE
NLEPORE@SCHNADER.COM

SHIPMAN & GOODWIN LLP
ERIC S. GOLDSTEIN
EGOLDSTEIN@GOODWIN.COM

SILLS CUMMIS & GROSS P.C
ANDREW H. SHERMAN
ASHERMAN@SILLSCUMMIS.COM

SILLS CUMMIS & GROSS P.C.
BORIS I. MANKOVETSKIY
BMANKOVETSKIY@SILLSCUMMIS.COM

SMITH HULSEY & BUSEY
BRANDON A. COOK
BCOOK@SMITHHULSEY.COM

SMITH HULSEY & BUSEY
MICHAEL E. DEMONT
MDEMONT@SMITHHULSEY.COM

STEVENS & LEE, P.C.
JOSEPH H. HUSTON
JHH@STEVENSLEE.COM

STEVENS & LEE, P.C.
ROBERT LAPOWSKY
RL@STEVENSLEE.COM

STINSON LLP
DARRELL CLARK
DARRELL.CLARK@STINSON.COM

STINSON LLP
TRACEY M. OHM
TRACEY.OHM@STINSON.COM

STOEL RIVES LLP
MARC A. AL
MARC.AL@STOEL.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
DEBORAH A. REPEROWITZ
DREPEROWITZ@STRADLEY.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
GRETCHEN M. SANTAMOUR
GSANTAMOUR@STRADLEY.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
JOELLE E. POLESKY
JPOLESKY@STRADLEY.COM

STREUSAND, LANDON, OZBURN & LEMMON, LLP
SABRINA L. STREUSAND
STREUSAND@SLOLLP.COM

SULLIVAN, HAZELTINE, ALLISON, LLC.
WILLIAM D. SULLIVAN
BSULLIVAN@SHA-LLC.COM

THE ROSNER LAW GROUP LLC
FREDERICK B. ROSNER
ROSNER@TEAMROSNER.COM

U.S. DEPT OF JUSTICE
MARCUS.S.SACKS@USDOJ.GOV

UNDERWOOD PERKINS, P.C.
DAVID L. CAMPBELL
DCAMPBELL@UPLAWTX.COM

UNDERWOOD PERKINS, P.C.
ELI D. PIERCE
EPIERCE@UPLAWTX.COM

WHITE AND WILLIAMS LLP
AMY E. VULPIO
VULPIOA@WHITEANDWILLIAMS.COM

WHITE AND WILLIAMS LLP
MARC S. CASARINO
CASARINOM@WHITEANDWILLIAMS.COM

WILLIG, WILLIAMS & DAVIDSON
JESSICA KOLANSKY
JKOLANSKY@WWDLAW.COM

Parties Served:  124

# EXHIBIT B

**Center City Healthcare, LLC - U.S. Mail**

CITY OF PHILADELPHIA
ATTN:  LAW DEPT
1515 ARCH ST, 17TH FL
PHILADELPHIA, PA  19102

FREEDMAN & LORRY, P.C.
C/O SUSAN A. MURRAY
ATTN: TRAINING & UPGRADING FUND
1601 MARKET ST, STE 1500
PHILADELPHIA, PA 19103

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, LOCAL 98
1701 SPRING GARDEN ST
PHILADELPHIA, PA 19130

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO
1319 LOCUST ST
PHILADELPHIA, PA 19107

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, DISTRICT 1199C
1319 LOCUST ST
PHILADELPHIA, PA 19107

OFFICE OF THE ATTORNEY GENERAL
ATTN: JOSH SHAPIRO, ESQUIRE
ATTN: BANKRUPTCY DEPT
16TH FL, STRAWBERRY SQ
HARRISBURG, PA 17120

PENNSYLVANIA ASSOC OF
STAFF NURSES AND ALLIED PROFESSIONALS
1 FAYETTE STREET, SUITE 475
CONSHOHOCKEN, PA 19428

PENNSYLVANIA DEPT OF HEALTH
ATTN: DR. RACHEL LEVINE
HEALTH AND WELFARE BUILDING
625 FORESTER ST, 8TH FL W
HARRISBURG, PA 17120

ST. MARY'S MEDICAL CTR
1201 LANGHORNE-NEWTOWN RD
LANGHORNE, PA 19047

UNITED STATES DEPARTMENT OF JUSTICE
ATTN:  CIVIL DIVISION
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20530-0001

UNITED STATES DEPT OF JUSTICE
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC  20530-0001

Parties Served: 12

# EXHIBIT C

**Center City Healthcare, LLC -  Service List to e-mail Recipients**

| | | |
|---|---|---|
| 200 NORTH BROAD LL & 222 NORTH BROAD LLC<br>DMCLAIN@DHMLAWGROUP.COM | 200 NORTH BROAD LL & 222 NORTH BROAD LLC<br>JA@DWIGHTCITYGROUP.COM | CITY OF PHILADELPHIA<br>MEGAN.HARPER@PHILA.GOV |
| CITY OF PHILADELPHIA/SCHOOL DISTRICT OF PHILAI<br>MEGAN.HARPER@PHILA.GOV | COMMONWEALTH OF PENNSYLVANIA DEPARTMENT<br>PATRICKMI@PA.GOV | INTERNAL REVENUE SERVICE<br>MICHAEL.A.JAMES@IRS.GOV |
| IS BBFB LLC<br>DEJ@JOKELSON.COM | IS BBFB LLC<br>JCARBINO@LEECHTISHMAN.COM | IS BBFB LLC<br>KURTZMAN@KURTZMANSTEADY.COM |
| IS BBFB LLC<br>WILLIAM.BURNETT@FLASTERGREENBERG.COM | MBNF INVESTMENTS, LLC<br>SUZZANNE.UHLAND@LW.COM | PA DEPARTMENT OF REVENUE<br>PATRICKMI@PA.GOV |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>WHATCHER@PA.GOV | STATE OF NEW JERSEY DIVISION OF TAXATION BANI<br>MUMAR.BUTT@TREAS.STATE.NJ.US | |

Parties Served:  14

## EXHIBIT D

ABINGTON TOWNSHIP TREASURER
MAX M SOLOMON
1176 OLD YORK RD
ABINGTON, PA 19001

CAPITAL ONE, N.A.
77 W WACKER DR, 10TH FL
CHICAGO, IL 60601

CAPITAL ONE, N.A., AS ADMINISTRATIVE AGENT
FOR PAHH BELLET MOB LLC
6125 LAKEVIEW RD, STE 800
CHARLOTTE, NC 28269

CAPITAL ONE, N.A., AS ADMINISTRATIVE AGENT
FOR PAHH BROAD ST MOB LLC
6125 LAKEVIEW RD, STE 800
CHARLOTTE, NC 28269

CAPITAL ONE, N.A., AS ADMINISTRATIVE AGENT
FOR PAHH ERIE ST GARAGE LLC
6125 LAKEVIEW RD, STE 800
CHARLOTTE, NC 28269

CAPITAL ONE, N.A., AS ADMINISTRATIVE AGENT
FOR PAHH FEINSTEIN MOB LLC
6125 LAKEVIEW RD, STE 800
CHARLOTTE, NC 28269

CAPITAL ONE, N.A., AS ADMINISTRATIVE AGENT
FOR PAHH NEW COLLEGE MOB LLC
6125 LAKEVIEW RD, STE 800
CHARLOTTE, NC 28269

CAPITAL ONE, N.A., AS ADMINISTRATIVE AGENT
FOR PAHH WOOD ST GARAGE LLC
6125 LAKEVIEW RD, STE 800
CHARLOTTE, NC 28269

CITY OF PHILADELPHIA
1401 JFK BLVD
MUNICIPAL CT BLDG
PHILADELPHIA, PA 19102-1697

CITY OF PHILADELPHIA
ATTN: ROB DUBOW
CODE VIOLATION ENFORCEMENT DIV
P.O. BOX 56318
PHILADELPHIA, PA 19130

CITY OF PHILADELPHIA
DEPT OF REVENUE
P.O. BOX 1049
PHILADELPHIA, PA 19105-1409

CITY OF PHILADELPHIA
DEPT OF REVENUE
P.O. BOX 1529
PHILADELPHIA, PA 19105-1529

CITY OF PHILADELPHIA
DEPT OF REVENUE
P.O. BOX 1630
PHILADELPHIA, PA 19105-1630

CITY OF PHILADELPHIA
DEPT OF REVENUE
P.O. BOX 1660
PHILADELPHIA, PA 19105-1660

CITY OF PHILADELPHIA
P.O. BOX 56318
FINANCE DEPT
PHILADELPHIA, PA 19130-0318

CITY OF PHILADELPHIA – DEPT OF REVENUE
MUNICIPAL SERVICES BLDG
1401 JOHN F KENNEDY BLVD, 5TH FL
PHILADELPHIA, PA 19102

CITY OF PHILADELPHIA LAW DEPT
MUNICIPAL SERVICES BLDG
1401 JOHN F KENNEDY BLVD, 5TH FL
PHILADELPHIA, PA 19102

CITY OF PHILADELPHIA/124
PHILADELPHILA REVENUE DEPT
P.O. BOX 124
PHILADELPHIA, PA 19105-0124

COMMONWEALTH OF PA
PUBLIC HEALTH & HUMAN SERVICES
ACCT CONTROL/COMPTROLLER OFFICE
P.O. BOX 2675
HARRISBURG, PA 17105-2675

COMMONWEALTH OF PENNSYLVANIA
ATTN: NICOLE AMOLSCH
DEPARTMENT OF REVENUE / BUREAU OF
COMPLIANCE P.O. BOX 280946
HARRISBURG, PA 17128-0946

COMMONWEALTH OF PENNSYLVANIA
C/O DEPARTMENT OF REVENUE BUREAU OF
COMPLIANCE P.O. BOX 280946
HARRISBURG, PA 17128-0946

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE
BUREAU OF COMPLIANCE
P.O. BOX 280946
HARRISBURG, PA 17128-0946

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE / BUREAU OF
COMPLIANCE ATTN: NICOLE AMOLSCH
P.O. BOX 280946
HARRISBURG, PA 17128-0946

COMMONWEALTH OF PENNSYLVANIA DEPARTMENT
ATTN: NICOLE AMOLSCH
P.O. BOX 280946
HARRISBURG, PA 17128-0946

COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT
ATTN: BUREAU OF COMPLIANCE
P.O. BOX 280946
HARRISBURG, PA 17128-0946

COMPTROLLER OF MARYLAND
REVENUE ADMIN DIVISION
STATE OFFICE BUILDING
301 W PRESTON ST, RM 203
BALTIMORE, MD 21201-2383

DC TREASURER
DEPT OF CONSUMER & REGULATORY
AFFAIRS/CORPORATIONS DIV
P.O. BOX 92300
WASHINGTON, DC 20090

DE LAGE LANDEN FINANCIAL SERVICES
ATTN: DIR, OPERATIONS
1111 OLD EAGLE SCHOOL RD
WAYNE, PA 19087

DEPARTMENT OF THE TREASURY - INTERNAL
REVENUE 1352 MARROWS RD, STE 204
NEWARK, DE 19711-5445

DEPARTMENT OF THE TREASURY - INTERNAL
REVENUE ATTN: M JAMES
1352 MARROWS RD, STE 204
NEWARK, DE 19711-5445

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

DEPARTMENT OF THE TREASURY - INTERNAL
REVENUE P.O. BOX 7317
PHILADELPHIA, PA 19101-7317

DEPARTMENT OF THE TREASURY - INTERNAL
REVENUE P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

Center City Healthcare, LLC - U.S. Mail

DEPARTMENT OF TREASURY - INTERNAL REVENUE
SERVICE  P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

ENVIRONMENTAL PROTECTION AGENCY
1200 PENNSYLVANIA AVE, N.W.
WASHINGTON, DC 20460

GE HFS, LLC
P.O. BOX 414, W-490
MILWAUKEE, WI 53201

HAB-BPT
P.O. BOX 915
BANGOR, PA 18013-0915

INTERNAL REVENUE SERVICE
1352 MARROWS RD, STE 204
NEWARK, DE 19711-5445

INTERNAL REVENUE SERVICE
P.O. BOX 7317
PHILADELPHIA, PA 19101-7317

MED ONE CAPITAL FUNDING, LLC
10712 S 1300 E
SANDY, UT 84094

MED ONE CAPITAL FUNDING, LLC
DBA IPA ONE
10712 S 1300 E
EAST SANDY, UT 84094

MIDCAP FINANCIAL TRUST
7255 WOODMONT AVE, STE 200
BETHESDA, MD 20814

MIDCAP FUNDING IV TRUST
7255 WOODMONT AVE, STE 200
BETHESDA, MD 20814

NEW JERSEY DEPT OF REVENUE
CORPORATION TAX
CN 666
TRENTON, NJ 08646-0666

NEW JERSEY DIVISION OF TAXATION
COMPLIANCE AND ENFORCEMENT - BANKRUPTCY
50 BARRACK ST, 9TH FL
P.O. BOX 245
TRENTON, NJ 08695-0267

OFFICE OF THE SECRETARY
401 NORTH STREET, RM 302
HARRISBURG, PA  17120

OHIO BUREAU OF WORKER'S COMPENSATION
P.O. BOX 15567
COLUMBUS, OH 43215-0567

OHIO BUREAU OF WORKERS' COMPENSATION
ATTN: JILL A. WHITWORTH
30 W SPRING ST, 26TH FL
COLUMBUS, OH 43215

OLYMPUS AMERICA INC
3500 CORPORATE PKWY
CENTER VALLEY, PA 18034

PA DEPT OF ENVIRONMENTAL PROT
P.O. BOX 8762
HARRISBURG, PA 17105-8762

PA DEPT OF REVENUE
ATTN: PATRICK MILLER
4TH AND WALNUT ST
HARRISBURG, PA 17128

PA DEPT OF REVENUE
ATTN: PRAKASH VYAS
4TH AND WALNUT ST
HARRISBURG, PA 17128

PA HIGHER EDUCATION FACILITIES AUTHORITY
400 NORTH ST
HARRISBURG, PA 17120

PENNSYLVANIA DEPARTMENT OF REVENUE
ATTN: BANKRUPTCY DIVISION
P.O. BOX 280946
HARRISBURG, PA 17128-0946

PENNSYLVANIA DEPARTMENT OF REVENUE
ATTN: NICOLE AMOLSCH
P.O. BOX 280946
HARRISBURG, PA 17128-0946

PENNSYLVANIA DEPARTMENT OF REVENUE
ATTN: PRAKAS VYAS
4TH AND WALNUT ST
HARRISBURG, PA 17128

PENNSYLVANIA DEPARTMENT OF REVENUE
ATTN: PRAKASH VYAS
4TH AND WALNUT ST
HARRISBURG, PA 17128

PENNSYLVANIA DEPT OF ENVIRONMENTAL
PROTECTION  2 E MAIN ST
NORRISTOWN, PA 19401

PENNSYLVANIA DEPT OF ENVIRONMENTAL
PROTECTION RACHEL CARSON STATE OFFICE
BUILDING
400 MARKET ST
HARRISBURG, PA 17101

PENNSYLVANIA DEPT OF REVENUE
ATTN: BANKRUPTCY DIVISION
DEPT 280946
HARRISBURG, PA 17128-0946

PENNSYLVANIA DEPT OF REVENUE
ATTN: PATRICK MILLER
4TH AND WALNUT ST
HARRISBURG, PA 17128

PENNSYLVANIA DEPT OF REVENUE
BUREAU OF CORP TAXES
P.O. BOX 280404
HARRISBURG, PA 17128-0404

PENNSYLVANIA DEPT OF REVENUE
BUREAU OF CORP TAXES
P.O. BOX 280420
HARRISBURG, PA 17128-0420

PENNSYLVANIA DEPT OF REVENUE
DEPT VARIOUS
HARRISBURG, PA 17128-0414

PHILADELPHIA DEPT OF REVENUE
P.O. BOX 1620
PHILADELPHIA, PA 19105-1620

STATE OF NEW JERSEY
DIV EMPLOYER ACCOUNTS
P.O. BOX 059
TRENTON, NJ 08625-0059

**Center City Healthcare, LLC - U.S. Mail**                                                                 Served 9/8/2025

STATE OF NEW JERSEY DIVISION OF EMPLOYER ACC
C/O NJ DEPT OF LABOR AND WORKFORCE DEV
ATTN: DIVI OF EMPLOYER ACC
P.O. BOX 379
TRENTON, NJ 08625-0379

STATE OF NEW JERSEY DIVISION OF EMPLOYER ACC
C/O OFFICE OF THE ATTORNEY OF NEW JERSEY
RICHARD J HUGHES COMPLEX
P.O. BOX 106
TRENTON, NUJ 08625-0106

TOWNSHIP OF ABINGTON
OFFICE OF THE TREASURER
1176 OLD YORK RD
ABINGTON, PA 19001

U.S. BANK, N.A.
777 E WISCONSIN AVE
MILWAUKEE, WI 53202

Parties Served: 70