# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered)<br>**Re: Docket No. 6001** |

### NOTICE OF <u>AMENDED</u>[2] AGENDA FOR HEARING SCHEDULED FOR SEPTEMBER 22, 2025 AT 10:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE MARY F. WALRATH, U.S. BANKRUPTCY COURT JUDGE

---

**THIS HEARING WILL BE CONDUCTED BY ZOOM. PARTIES AND WITNESSES ARE PERMITTED, BUT NOT REQUIRED, TO APPEAR IN PERSON. THE COURT HAS NO PREFERENCE.**

**To attend the hearing remotely, please register using the eCourt Appearances tool on the Court's Website at www.deb.uscourts.gov or click the below link: https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl**

**Parties are required to register for the hearing no later than 4:00 p.m. (ET) one business day before the hearing. You must use your full name when logging into Zoom or you will not be allowed into the meeting.**

**After registering your appearance, you will receive a confirmation email. Zoom information will be sent out prior to the hearing.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] **All Amended Agenda items appear in bold.**

**RESOLVED MATTER:**

1.     Nineteenth Motion of the Debtors for Entry of an Order Further Extending the Time Period Within Which the Debtors May Remove Actions [Docket No. 5956; filed: 08/29/25]

    <u>Response Deadline</u>:  September 12, 2025 at 4:00 p.m.

    <u>Responses Received</u>:  None

    <u>Related Documents</u>:

    A.     Certification of No Objection [Docket No. 5991; filed: 09/15/25]

    B.     Order Further Extending the Time Period Within Which the Debtors May Remove Actions [Docket No. 5992; signed and docketed: 09/15/25]

    <u>Status</u>: On September 15, 2025, the Court entered an order approving this motion.

**CONTINUED MATTER:**

2.     Debtors' Motion for Entry of (I) an Order (A) Scheduling a Hearing to Consider Approval of the Sale of Martinelli Park and Stiles Real Estate, (B) Approving Bidding Procedures and the Form and Manner of Notice Thereof, (C) Approving Bid Protections, and (D) Granting Related Relief; and (II) an Order (A) Approving the Sale of Certain Real Estate, Free and Clear of Certain Liens, Claims and Encumbrances, and (B) Granting Related Relief [Docket No. 5876; filed: 07/14/25]

    <u>Response Deadline</u>:  July 28, 2025 at 4:00 p.m.

    <u>Responses Received</u>:  None

    <u>Related Documents</u>:  None to date.

    <u>Status</u>: This matter is being continued to a date to be determined.

**CERTIFICATION OF COUNSEL:**

3.     Debtors' Motion for Entry of (I) an Order (A) Scheduling a Hearing to Consider Approval of the Sale of Certain Real Estate, (B) Approving Bidding Procedures and the Form and Manner of Notice Thereof, (C) Approving Bid Protections, and (D) Granting Related Relief; and (II) an Order (A) Approving the Sale of Certain Real Estate, Free and Clear of Certain Liens, Claims and Encumbrances, and (B) Granting Related Relief [Docket No. 5765; filed: 05/07/25]

    <u>Response Deadline</u>:  September 15, 2025 at 4:00 p.m.

Responses Received:

A. The City of Philadelphia's Limited Objection and Reservation of Rights [Docket No. 5987; filed: 09/15/25]

Documents:

B. Notice of Filing of Amended and Restated Stalking Horse Agreements in Connection with Sale of North/South Towers and Race Street Assemblage [Docket No. 5892; filed: 07/28/25]

C. Order (A) Scheduling a Hearing to Consider Approval of the Sale of Certain of Debtors' Real Estate, (B) Approving Bidding Procedures, and the Form and Manner of Notice Thereof, (C) Approving Bid Protections, and (D) Granting Related Relief [Docket No. 5898; signed and docketed: 07/30/25]

D. Notice of Sale of Assets [Docket No. 5900; filed: 07/30/25]

E. Certificate of Publication of The Wall Street Journal of Notice of Sale of Assets [Docket No. 5924; filed: 08/06/25]

F. Certificate of Publication of The Philadelphia Inquirer of Notice of Sale of Assets [Docket No. 5925; filed: 08/06/25]

G. Affidavit of Service of Omni Agent Solutions, Inc. regarding Notice of Sale of Assets [Docket No. 5958; filed: 09/02/25]

H. Notice of Filing of Proposed Sale Order in Connection with Sale of North/South Towers and Race Street Assemblage [Docket No. 5960; filed: 09/08/25]

I. Notice of Successful Bidder and Cancellation of Auction [Docket No. 5986; filed: 09/15/25]

J. Declaration of Allen Wilen in Support of Debtors' Sale Motion [North/South Towers and Race Street Assemblage] [Docket No. 5997; filed: 09/17/25]

K. Declaration of J. Scott Victor in Support of Debtors' Sale Motion [North/South Towers and Race Street Assemblage] [Docket No. 5998; filed: 09/17/25]

L. **Certification of Counsel Regarding (I) Sale of Debtors' Real Estate and Proposed Order (A) Approving the Sale of Certain Real Estate, Free and Clear of Certain Liens, Claims and Encumbrances, and (B) Granting Related Relief, and (II) No Objection to Same [North/South Towers and Race Street Assemblage] [Docket No. 6003; filed: 09/19/25]**

**Status**: On September 19, 2025, the Debtors filed a certification of counsel submitting a proposed revised order resolving the objection of the City of Philadelphia regarding the motion. Accordingly, no hearing is necessary unless the Court has any questions.

Dated: September 19, 2025　　　　　　　　**SAUL EWING LLP**

By:　*/s/ Monique B. DiSabatino*
　　　Mark Minuti (DE Bar No. 2659)
　　　Monique B. DiSabatino (DE Bar No. 6027)
　　　1201 N. Market Street, Suite 2300
　　　P.O. Box 1266
　　　Wilmington, DE 19899
　　　Telephone: (302) 421-6800
　　　mark.minuti@saul.com
　　　monique.disabatino@saul.com

　　　　　-and-

　　　Jeffrey C. Hampton
　　　Adam H. Isenberg
　　　Centre Square West
　　　1500 Market Street, 38th Floor
　　　Philadelphia, PA 19102
　　　Telephone: (215) 972-7777
　　　Fax: (215) 972-7725
　　　jeffrey.hampton@saul.com
　　　adam.isenberg@saul.com

　　　*Counsel for Debtors and Debtors in Possession*