Center City Healthcare 19-11466
September 22, 2025 at 10:30 am

| First Name | Last Name | Firm | Rep | Case Number | Via |
|---|---|---|---|---|---|
| Judah | Angster | Dwight City Group | Self | 19-11466-MFW | Video and Audio |
| Stuart | Brown | DLA Piper LLP (US) | DLA Piper LLP (US) | 19-11466-MFW | Video and Audio |
| Timothy | Cairns | Pachulski Stang Ziehl & Jones LLP | Tenet | 19-11466-MFW | Video and Audio |
| John | DiNome | American Academic | Debtors | 19-11466-MFW | Video and Audio |
| Carolyn | Fox | DLA Piper LLP (US) | DLA Piper LLP (US) | 19-11466-MFW | Video and Audio |
| Uday | Gorrepati | | | 19-11466-MFW | Audio Only |
| Megan | Harper | City of Philadelphia Law/Revenue Dept. | City of Philadelphia | 19-11466-MFW | Video and Audio |
| Derek | Jokelson | Jokelson Law Group, P.C. | | 19-11466-MFW | Video and Audio |
| Laura Davis | Jones | Pachulski Stang Ziehl & Jones LLP | Tenet | 19-11466-MFW | Video and Audio |
| Jeff | Kaplan | | | 19-11466-MFW | Video and Audio |
| Jeffrey | Kurtzman | Kurtzman Steady, LLC | Iron Stone Entities | 19-11466-MFW | Audio Only |
| Alexander | Lamm | SSG Advisors, LLC | Debtor | 19-11466-MFW | Video and Audio |
| Boris | Mankovetskiy | Sills Cummis | Creditors Committee | 19-11466-MFW | Video and Audio |
| Mark | Minuti | Saul Ewing LLP | Debtors | 19-11466-MFW | Video and Audio |
| Andre | Sherman | Sills Cummis | Official Committee of Unsecured Creditors | 19-11466-MFW | Video and Audio |
| J. | Victor | SSG Capital Advisors, LLC | SSG Capital Advisors | 19-11466-MFW | Video and Audio |
| Allen | Wilen | American Academic | Debtors | 19-11466-MFW | Video and Audio |
| Becky | Yerak | Wall Street Journal | News Corp | 19-11466-MFW | Audio Only |