## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1] | Case No. 19-11466 (MFW) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on September 15, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed on **Exhibit B** attached hereto:

- **Notice of Successful Bidder and Cancellation of Auction [Docket No. 5986]**

Dated: September 25, 2025

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

| | |
|---|---|
| {State of California | } |
| { | } ss. |
| {County of Los Angeles | } |

Subscribed and sworn to (or affirmed) before me on this 25th day of September, 20 25, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 N Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

# EXHIBIT A

200 NORTH BROAD LLC
YEHUDA ANGSTER, ESQ.
JA@DWIGHTCITYGROUP.COM

222 NORTH BROAD LLC
DAVID H. MCLAIN, ESQ.
DMCLAIN@DHMLAWGROUP.COM

ALBERT EINSTEIN HEALTHCARE NETWORK
PENNY J. REZET
REZETP@EINSTEIN.EDU

ARENT FOX LLP
GEORGE ANGELICH/
GEORGE.ANGELICH@ARENTFOX.COM

ARENT FOX LLP
PHILLIP.KHEZRI@ARENTFOX.COM

ASHBY & GEDDES, P.A.
GREGORY TAYLOR / KATHARINA EARLE
GTAYLOR@ASHBYGEDDES.COM

ASHBY & GEDDES, P.A.
KEARLE@ASHBYGEDDES.COM

ATTORNEY FOR THE CITY OF PA
MEGAN HARPER
MEGAN.HARPER@PHILA.GOV

BALLARD SPAHR LLP
MCCLAMBC@BALLARDSPAHR.COM

BALLARD SPAHR LLP
TOBEY M DALUZ
DALUZT@BALLARDSPAHR.COM

BALLARD SPAHR LLP
VINCENT J. MARRIOTT
MARRIOTT@BALLARDSPAHR.COM

BARNES & THORNBURG, LLP
KEVIN.COLLINS@BTLAW.COM

BAYARD, P.A.
SMACON@BAYARDLAW.COM

BAYARD, PA
JUSTIN ALBERTO/ SOPHIE MACON
JALBERTO@BAYARDLAW.COM

BORGES & ASSOCIATES, LLC
SCHIN@BORGESLAWLLC.COM

BORGES & ASSOCIATES, LLC
WANDA BORGES
WBORGES@BORGESLAWLLC.COM

BUCHALTER, A PROFESSIONAL CORP
SHAWN M. CHRISTIANSON
SCHRISTIANSON@BUCHALTER.COM

CIARDI CIARDI & ASTIN
ALBERT CIARDI
ACIARDI@CIARDILAW.COM

CIARDI CIARDI & ASTIN
DANIEL ASTIN/ JOSEPH MCMAHON
JMCMAHON@CIARDILAW.COM

CITY OF PHILADELPHIA
MEGAN HARPER
MEGAN.HARPER@PHILA.GOV

COMMONWEALTH OF PA DEPT OF LABOR AND INDUS
DEB SECREST
RA-LI-UCTS-BANKRUPT@STATE.PA.US

COMMONWEALTH OF PENNSYLVANIA DEPARTMENT
PATRICK M MILLER
PATRICKMI@PA.GOV

COZEN O'CONNOR
JOHN T. CARROLL, III
JCARROLL@COZEN.COM

DENTON US, LLP
OSCAR PINKAS
OSCAR.PINKAS@DENTONS.COM

DENTONS US, LLP
LAUREN.MACKSOUD@DENTONS.COM

DILWORTH PAXSON
PHUGHES@DILWORTHLAW.COM

DILWORTH PAXSON LLP
ATTN: PETER HUGHES
PHUGHES@DILWORTHLAW.COM

DILWORTH PAXSON LLP
DAVID SMITH/PETER HUGHES
DSMITH@DILWORTHLAW.COM

DLA PIPER LLP
RICHARD A. CHESLEY
RICHARD.CHESLEY@DLAPIPER.COM

DLA PIPER LLP
STUART M. BROWN
STUART.BROWN@DLAPIPER.COM

DLA PIPER LLP (US)
JOE KERNAN
JOSEPH.KERNEN@DLAPIPER.COM

DOVEL & LUNER, LLP
GABE@DOVEL.COM

DOVEL & LUNER, LLP
JEANE@DOVEL.COM

DOVEL & LUNER, LLP
JULIEN A. ADAMS
JULIEN@DOVEL.COM

DOVEL & LUNER, LLP
JULIEN@DOVEL.COM

DREXEL UNIVERSITY COLLEGE OF MEDICINE
STEPHEN A. COZEN, ESQ.
SCOZEN@COZEN.COM

DRINKER BIDDLE & REATH LLP
MARITA S. ERBECK
MARITA.ERBECK@DBR.COM

DRINKER BIDDLE & REATH LLP
PATRICK A. JACKSON
PATRICK.JACKSON@DBR.COM

DUANE MORRIS LLP
JARRET HITCHINGS
JPHITCHINGS@DUANEMORRIS.COM

DUANE MORRIS LLP
MAIRI V. LUCE
LUCE@DUANEMORRIS.COM

FAEGRE DRINKER BIDDLE & REATH LLP
IAN J. BAMBRICK
IAN.BAMBRICK@FAEGREDRINKER.COM

FAEGRE DRINKER BIDDLE & REATH LLP
JAY JAFFE
JAY.JAFFE@FAEGREDRINKER.COM

FAEGRE DRINKER BIDDLE & REATH LLP
KAYLA.BRITTON@FAEGREDRINKER.COM

FINEMAN KREKSTEIN & HARRIS, PC
DEIRDRE M. RICHARDS
DRICHARDS@FINEMANLAWFIRM.COM

FLASTER GREENBERG P.C.
WILLIAM J BURNETT
WILLIAM.BURNETT@FLASTERGREENBERG.COM

**Center City Healthcare, LLC - Service List to e-mail Recipients**

FOX ROTHSCHILD LLP
SETH A. NIEDERMAN
SNIEDERMAN@FOXROTHSCHILD.COM

GELLERT SCALI BUSENKELL & BROWN, LLC
MICHAEL BUSENKELL
MBUSENKELL@GSBBLAW.COM

GIBBONS P.C
CHRISTOPHER VICECONTE
CVICECONTE@GIBBONSLAW.COM

GIBBONS P.C
DCRAPO@GIBBONSLAW.COM

GIBBONS P.C.
DALE E. BARNEY
DBARNEY@GIBBONSLAW.COM

GIBBONS P.C.
N SONGONUGA/ R MALONE/ D CRAPO
NSONGONUGA@GIBBONSLAW.COM

GIBBONS P.C.
RMALONE@GIBBONSLAW.COM

GORDON REES SCULLY MANSUKHANI, LLP
COURTNEY MAZZIO
CMAZZIO@GRSM.COM

GORDON REES SCULLY MANSUKHANI, LLP
JOSEPH E BRENNER
JBRENNER@GRSM.COM

GORDON REES SCULLY MANSUKHANI, LLP
MICHAEL CAWLEY/COURTNEY MAZZIO
MCAWLEY@GRSM.COM

GORDON REES SCULLY MANSUKHANI, LLP
MICHAEL HEYDEN, JR/JOSEPH BRENNER
MHEYDEN@GRSM.COM

GREENBERG TRAURIG, LLP
DENNIS A. MELORO
MELOROD@GTLAW.COM

GREENBERG TRAURIG, LLP
NANCY A. PETERMAN
PETERMANN@GTLAW.COM

HOGAN & MCDANIEL
DANIEL HOGAN/GARVAN MCDANIEL/DANIEL KERRICK
DKHOGAN@DKHOGAN.COM

HOGAN & MCDANIEL
DCKERRICK@DKHOGAN.COM

HOGAN & MCDANIEL
GFMCDANIEL@DKHOGAN.COM

HONIGMAN LLP
E TODD SABLE
TSABLE@HONIGMAN.COM

HONIGMAN LLP
LLICHTMAN@HONIGMAN.COM

INTERNAL REVENUE SERVICE
M JAMES
MICHAEL.A.JAMES@IRS.GOV

IS BBFB LLC
DEREK E. JOKELSON, ESQUIRE
DEJ@JOKELSON.COM

IS BBFB LLC
JEFFREY KURTZMAN, ESQUIRE
KURTZMAN@KURTZMANSTEADY.COM

IS BBFB LLC
JEFFREY M. CARBINO, ESQUIRE
JCARBINO@LEECHTISHMAN.COM

IS BBFB LLC
WILLIAM J. BURNETT, ESQUIRE
WILLIAM.BURNETT@FLASTERGREENBERG.COM

JD THOMPSON LAW
JUDY D. THOMPSON
JDT@JDTHOMPSONLAW.COM

JEFFER MANGELS BUTLER & MITHCELL LLP
MARIANNE S. MARTIN
MMARTIN@JMBM.COM

JONES WALKER LLP
JEFFREY R. BARBER
JBARBER@JONESWALKER.COM

KATTEN MUCHIN ROSENMAN LLP
CINDI M. GIGLIO
CGIGLIO@KATTEN.COM

KATTEN MUCHIN ROSENMAN LLP
JERRY.HALL@KATTEN.COM

KATTEN MUCHIN ROSENMAN LLP
KATHERINE.SCHERLING@KATTEN.COM

KIRKLAND & ELLIS LLP
GREGORY.PESCE@KIRKLAND.COM

KIRKLAND & ELLIS LLP
NICOLE L GREENBLATT
NICOLE.GREENBLATT@KIRKLAND.COM

KIRKLAND & ELLIS LLP
STEPHEN C HACKNEY, PC
STEPHEN.HACKNEY@KIRKLAND.COM

KURTZMAN, STEADY, LLC
JEFFREY KURTZMAN
KURTZMAN@KURTZMANSTEADY.COM

LATHAM & WATKINS LLP
MATT.CARMODY@LW.COM

LATHAM & WATKINS LLP
SUZZANNE UHLAND
SUZZANNE.UHLAND@LW.COM

LAW OFFICES OF ERIC A SHORE, PC
GRAHAM F BAIRD
GRAHAMB@ERICSHORE.COM

LAW OFFICES OF MITCHELL J. MALZBERG, LLC
MITCHELL J. MALZBERG
MMALZBERG@MJMALZBERGLAW.COM

MARKOWITZ & RICHMAN
JONATHAN WALTERS, ESQUIRE
JWALTERS@MARKOWITZANDRICHMAN.COM

MARKOWITZ AND RICHMAN
CLAIBORNE S. NEWLIN
CNEWLIN@MARKOWITZANDRICHMAN.COM

MARON MARVEL BRADLEY ANDERSON & TARDY, LLC
STEPHANIE A. FOX
SAF@MARONMARVEL.COM

MATTLEMAN WEINROTH & MILLER, P.C
CHRISTINA PROSS
CPROSS@MWM-LAW.COM

MBNF INVESTMENTS, LLC
SUZZANNE UHLAND
SUZZANNE.UHLAND@LW.COM

MCCARTER & ENGLISH, LLP
WILLIAM F. TAYLOR
WTAYLOR@MCCARTER.COM

MED ONE CAPITAL FUNDING, LLC
DAVID H. LEIGH
DLEIGH@RQN.COM

MOYE WHITE LLP
TIMOTHY M. SWANSON/VIKRAMA S. CHANDRASHEKAR
TIM.SWANSON@MOYEWHITE.COM

**Center City Healthcare, LLC -  Service List to e-mail Recipients**                                          Served 9/15/2025

MOYE WHITE LLP
VIKA.CHANDRASHEKAR@MOYEWHITE.COM

O'DONOGHUE & O'DONOGHUE LLP
LANCE GEREN, ESQ.
LGEREN@ODONOGHUELAW.COM

OFFICE OF ATTORNEY GENERAL
C. E. MOMJIAN/C. MOMJIAN/D DEMBE/L. RHODA
CMOMJIAN@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
CRMOMJIAN@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
DDEMBE@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
LRHODE@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
RBSMITH@ATTORNEYGENERAL.GOV

OFFICE OF THE UNITED STATES ATTORNEY
DAVID C. WEISS, ESQUIRE
USADE.ECFBANKRUPTCY@USDOJ.GOV

OFFICE OF THE UNITED STATES TRUSTEE
BENJAMIN HACKMAN
BENJAMIN.A.HACKMAN@USDOJ.GOV

PA DEPARTMENT OF REVENUE
PATRICK MILLER
PATRICKMI@PA.GOV

PACHULSKI STANG ZIEHL & JONES LLP
LAURA DAVIS JONES
LJONES@PSZJLAW.COM

PACHULSKI STANG ZIEHL & JONES LLP
TCAIRNS@PSZJLAW.COM

PACHULSKI STANG ZIEHL & JONES LLP
TCAIRNS@PSZJLAW.COM

PEARLMAN & MIRANDA, LLC.
PATRICIA A CELANO
PCELANO@PEARLMANMIRANDA.COM

PENNSYLVANIA ASSOC OF STAFF NURSES
NALPERS@PASNAP.COM; BNECTOW@PASNAP.COM

PENNSYLVANIA DEPARTMENT OF REVENUE
WILLIAM R HATCHER, ANALYST MANAGER
WHATCHER@PA.GOV

PEPPER HAMILTON, LLP
FRANCIS J. LAWALL
FRANCIS.LAWALL@TROUTMAN.COM

PEPPER HAMILTON, LLP
MARCY MCLAUGHLIN SMITH
MARCY.SMITH@TROUTMAN.COM

POLSINELLI P.C
CHRISTOPHER A. WARD
CWARD@POLSINELLI.COM

POTTER ANDERSON & CORROON LLP
JEREMY W. RYAN
JRYAN@POTTERANDERSON.COM

POTTER ANDERSON & CORROON LLP
RMCNEILL@POTTERANDERSON.COM

POTTER ANDERSON & CORROON LLP
RSLAUGH@POTTERANDERSON.COM

REED SMITH LLP
LOUIS A. CURCIO
LCURCIO@REEDSMITH.COM

RICHARDS LAYTON & FINGER, PA
M. COLLINS/ M MERCHANT/ B SCHLAUCH
COLLINS@RLF.COM

RICHARDS LAYTON & FINGER, PA
MERCHANT@RLF.COM

RICHARDS LAYTON & FINGER, PA
SCHLAUCH@RLF.COM

SALMON, RICCHEZZA, SINGER & TURCHI, LLP
ATTN: RONALD L. DAUGHERTY
RDAUGHERTY@SRSTLAW.COM

SAUL EWING ARNSTEIN & LEHR LLP
AARON.APPLEBAUM@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
ADAM.ISENBERG@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
ATTN: JEFFREY HAMPTON
JEFFREY.HAMPTON@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
ATTN: MARK MINUTI
MARK.MINUTI@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
MONIQUE.DISABATINO@SAUL.COM

SCHNADER HARRISON SEGAL & LEWIS LLP
DPEREIRA@SCHNADER.COM

SCHNADER HARRISON SEGAL & LEWIS LLP
NICHOLAS J. LEPORE
NLEPORE@SCHNADER.COM

SHIPMAN & GOODWIN LLP
ERIC S. GOLDSTEIN
EGOLDSTEIN@GOODWIN.COM

SILLS CUMMIS & GROSS P.C
ANDREW SHERMAN
ASHERMAN@SILLSCUMMIS.COM

SILLS CUMMIS & GROSS P.C.
BMANKOVETSKIY@SILLSCUMMIS.COM

SMITH HULSEY & BUSEY
BCOOK@SMITHHULSEY.COM

SMITH HULSEY & BUSEY
MICHAEL E. DEMONT
MDEMONT@SMITHHULSEY.COM

STEVENS & LEE, P.C.
JOSEPH H. HUSTON
JHH@STEVENSLEE.COM

STEVENS & LEE, P.C.
ROBERT LAPOWSKY
RL@STEVENSLEE.COM

STINSON LLP
DARRELL CLARK/ TRACEY OHM
DARRELL.CLARK@STINSON.COM

STINSON LLP
TRACEY.OHM@STINSON.COM

STOEL RIVES LLP
MARC A. AL
MARC.AL@STOEL.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
DEBORAH A. REPEROWITZ
DREPEROWITZ@STRADLEY.COM

**Center City Healthcare, LLC - Service List to e-mail Recipients**                                      Served 9/15/2025

STRADLEY, RONON, STEVENS & YOUNG, LLP
GRETCHEN M. SANTAMOUR
GSANTAMOUR@STRADLEY.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
JOELLE E POLESKY
JPOLESKY@STRADLEY.COM

STREUSAND, LANDON, OZBURN & LEMMON, LLP
SABRINA L. STREUSAND
STREUSAND@SLOLLP.COM

SULLIVAN, HAZELTINE, ALLISON, LLC.
WILLIAM D. SULLIVAN
BSULLIVAN@SHA-LLC.COM

THE ROSNER LAW GROUP LLC
FREDERICK B. ROSNER
ROSNER@TEAMROSNER.COM

TROUTMAN SANDERS LLP
JESSICA.MIKHAILEVICH@TROUTMAN.COM

U.S. DEPT OF JUSTICE
MARC SACKS
MARCUS.S.SACKS@USDOJ.GOV

UNDERWOOD PERKINS, P.C.
DAVID CAMPBELL/ ELI PIERCE
DCAMPBELL@UPLAWTX.COM

UNDERWOOD PERKINS, P.C.
EPIERCE@UPLAWTX.COM

WHITE AND WILLIAMS LLP
AMY E. VULPIO
VULPIOA@WHITEANDWILLIAMS.COM

WHITE AND WILLIAMS LLP
MARC S. CASARINO
CASARINOM@WHITEANDWILLIAMS.COM

WILLIG, WILLIAMS & DAVIDSON
JESSICA KOLANSKY
JKOLANSKY@WWDLAW.COM

Parties Served:  147

# **<u>EXHIBIT B</u>**

Center City Healthcare, LLC - U.S. Mail

ABINGTON TOWNSHIP TREASURER
MAX M SOLOMON
1176 OLD YORK RD
ABINGTON, PA 19001

CAPITAL ONE, N.A.
77 W WACKER DR, 10TH FL
CHICAGO, IL 60601

CAPITAL ONE, N.A., AS ADMINISTRATIVE AGENT
FOR PAHH BELLET MOB LLC
6125 LAKEVIEW RD, STE 800
CHARLOTTE, NC 28269

CAPITAL ONE, N.A., AS ADMINISTRATIVE AGENT
FOR PAHH BROAD ST MOB LLC
6125 LAKEVIEW RD, STE 800
CHARLOTTE, NC 28269

CAPITAL ONE, N.A., AS ADMINISTRATIVE AGENT
FOR PAHH ERIE ST GARAGE LLC
6125 LAKEVIEW RD, STE 800
CHARLOTTE, NC 28269

CAPITAL ONE, N.A., AS ADMINISTRATIVE AGENT
FOR PAHH FEINSTEIN MOB LLC
6125 LAKEVIEW RD, STE 800
CHARLOTTE, NC 28269

CAPITAL ONE, N.A., AS ADMINISTRATIVE AGENT
FOR PAHH NEW COLLEGE MOB LLC
6125 LAKEVIEW RD, STE 800
CHARLOTTE, NC 28269

CAPITAL ONE, N.A., AS ADMINISTRATIVE AGENT
FOR PAHH WOOD ST GARAGE LLC
6125 LAKEVIEW RD, STE 800
CHARLOTTE, NC 28269

CITY OF PHILADELPHIA
1401 JFK BLVD
MUNICIPAL CT BLDG
PHILADELPHIA, PA 19102-1697

CITY OF PHILADELPHIA
1515 ARCH ST, 17TH FL
PHILADELPHIA, PA  19102

CITY OF PHILADELPHIA
CODE VIOLATION ENFORCEMENT DIV
P.O. BOX 56318
PHILADELPHIA, PA 19130

CITY OF PHILADELPHIA
DEPT OF REVENUE
P.O. BOX 1049
PHILADELPHIA, PA 19105-1409

CITY OF PHILADELPHIA
DEPT OF REVENUE
P.O. BOX 1529
PHILADELPHIA, PA 19105-1529

CITY OF PHILADELPHIA
DEPT OF REVENUE
P.O. BOX 1630
PHILADELPHIA, PA 19105-1630

CITY OF PHILADELPHIA
DEPT OF REVENUE
P.O. BOX 1660
PHILADELPHIA, PA 19105-1660

CITY OF PHILADELPHIA
P.O. BOX 56318
FINANCE DEPT
PHILADELPHIA, PA 19130-0318

CITY OF PHILADELPHIA – DEPT OF REVENUE
MUNICIPAL SERVICES BLDG
1401 JOHN F KENNEDY BLVD, 5TH FL
PHILADELPHIA, PA 19102

CITY OF PHILADELPHIA LAW DEPT
MUNICIPAL SERVICES BLDG
1401 JOHN F KENNEDY BLVD, 5TH FL
PHILADELPHIA, PA 19102

CITY OF PHILADELPHIA/
LAW DEPT
1515 ARCH ST, 17TH FL
PHILADELPHIA, PA 19102

CITY OF PHILADELPHIA/124
PHILADELPHILA REVENUE DEPT
P.O. BOX 124
PHILADELPHIA, PA 19105-0124

COMMONWEALTH OF PA
PUBLIC HEALTH & HUMAN SERVICES
ACCT CONTROL/COMPTROLLER OFFICE
P.O. BOX 2675
HARRISBURG, PA 17105-2675

COMMONWEALTH OF PENNSYLVANIA
C/O DEPARTMENT OF REVENUE
BUREAU OF COMPLIANCE
P.O. BOX 280946
HARRISBURG, PA 17128-0946

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE
BUREAU OF COMPLIANCE
P.O. BOX 280946
HARRISBURG, PA 17128-0946

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE
P.O. BOX 280946
HARRISBURG, PA 17128-0946

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE
P.O. BOX 280946
HARRISBURG, PA 17128-0946

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE /
BUREAU OF COMPLIANCE
ATTN: NICOLE AMOLSCH
P.O. BOX 280946
HARRISBURG, PA 17128-0946

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE /
BUREAU OF COMPLIANCE
P.O. BOX 280946
HARRISBURG, PA 17128-0946

COMPTROLLER OF MARYLAND
REVENUE ADMIN DIVISION
STATE OFFICE BUILDING
301 W PRESTON ST, RM 203
BALTIMORE, MD 21201-2383

DC TREASURER
DEPT OF CONSUMER & REGULATORY
AFFAIRS/CORPORATIONS DIV
P.O. BOX 92300
WASHINGTON, DC 20090

DE LAGE LANDEN FINANCIAL SERVICES
1111 OLD EAGLE SCHOOL RD
WAYNE, PA 19087

DEPARTMENT OF TREASURY - INTERNAL REVENUE
SERVICE
P.O. BOX 7346
PHILADEPHIA, PA 19101-7346

ENVIRONMENTAL PROTECTION AGENCY
1200 PENNSYLVANIA AVE, N.W.
WASHINGTON, DC 20460

FREEDMAN & LORRY, P.C.
C/O SUSAN A. MURRAY
ATTN: TRAINING & UPGRADING FUND
1601 MARKET ST, STE 1500
PHILADELPHIA, PA 19103

**Center City Healthcare, LLC - U.S. Mail**

GE HFS, LLC
P.O. BOX 414, W-490
MILWAUKEE, WI 53201

HAB-BPT
P.O. BOX 915
BANGOR, PA 18013-0915

INTERNAL REVENUE SERVICE
P.O. BOX 7317
PHILADELPHIA, PA 19101-7317

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, LOCAL 98
1701 SPRING GARDEN ST
PHILADELPHIA, PA 19130

MED ONE CAPITAL FUNDING, LLC
10712 S 1300 E
SANDY, UT 84094

MED ONE CAPITAL FUNDING, LLC
DBA IPA ONE
10712 S 1300 E
EAST SANDY, UT 84094

MIDCAP FINANCIAL TRUST
7255 WOODMONT AVE, STE 200
BETHESDA, MD 20814

MIDCAP FUNDING IV TRUST
7255 WOODMONT AVE, STE 200
BETHESDA, MD 20814

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO
1319 LOCUST ST
PHILADELPHIA, PA 19107

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, DISTRICT 1199C
1319 LOCUST ST
PHILADELPHIA, PA 19107

NEW JERSEY DEPT OF REVENUE
CORPORATION TAX
CN 666
TRENTON, NJ 08646-0666

NEW JERSEY DIVISION OF TAXATION
COMPLIANCE AND ENFORCEMENT -
BANKRUPTCY UNIT
50 BARRACK ST, 9TH FL
P.O. BOX 245
TRENTON, NJ 08695-0267

OFFICE OF THE ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
16TH FL, STRAWBERRY SQ
HARRISBURG, PA 17120

OFFICE OF THE SECRETARY
401 NORTH STREET, RM 302
HARRISBURG, PA 17120

OHIO BUREAU OF WORKER'S COMPENSATION
P.O. BOX 15567
COLUMBUS, OH 43215-0567

OHIO BUREAU OF WORKERS' COMPENSATION
30 W SPRING ST, 26TH FL
COLUMBUS, OH 43215

OLYMPUS AMERICA INC
3500 CORPORATE PKWY
CENTER VALLEY, PA 18034

PA DEPT OF REVENUE
4TH AND WALNUT ST
HARRISBURG, PA 17128

PA DEPT OF REVENUE
4TH AND WALNUT ST
HARRISBURG, PA 17128

PA HIGHER EDUCATION FACILITIES AUTHORITY
400 NORTH ST
HARRISBURG, PA 17120

PENNSYLVANIA ASSOC OF
STAFF NURSES AND ALLIED PROFESSIONALS
1 FAYETTE STREET, SUITE 475
CONSHOHOCKEN, PA 19428

PENNSYLVANIA DEPARTMENT OF REVENUE
4TH AND WALNUT ST
HARRISBURG, PA 17128

PENNSYLVANIA DEPARTMENT OF REVENUE
4TH AND WALNUT ST
HARRISBURG, PA 17128

PENNSYLVANIA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION
P.O. BOX 280946
HARRISBURG, PA 17128-0946

PENNSYLVANIA DEPARTMENT OF REVENUE
C/O BANKRUPTCY DIVISION
P.O. BOX 280946
HARRISBURG, PA 17128-0946

PENNSYLVANIA DEPARTMENT OF REVENUE
P.O. BOX 280946
HARRISBURG, PA 17128-0946

PENNSYLVANIA DEPARTMENT OF REVENUE
P.O. BOX 280946
HARRISBURG, PA 17128-0946

PENNSYLVANIA DEPARTMENT OF REVENUE
P.O. BOX 280946
HARRISBURG, PA 17128-0946

PENNSYLVANIA DEPT OF ENVIRONMENTAL
PROTECTION
2 E MAIN ST
NORRISTOWN, PA 19401

PENNSYLVANIA DEPT OF ENVIRONMENTAL
PROTECTION
RACHEL CARSON STATE OFFICE BUILDING
400 MARKET ST
HARRISBURG, PA 17101

PENNSYLVANIA DEPT OF HEALTH
HEALTH AND WELFARE BUILDING
625 FORESTER ST, 8TH FL W
HARRISBURG, PA 17120

PENNSYLVANIA DEPT OF REVENUE
4TH AND WALNUT ST
HARRISBURG, PA 17128

**Center City Healthcare, LLC - U.S. Mail**

PENNSYLVANIA DEPT OF REVENUE
4TH AND WALNUT ST
HARRISBURG, PA 17128

PENNSYLVANIA DEPT OF REVENUE
BUREAU OF CORP TAXES
P.O. BOX 280404
HARRISBURG, PA 17128-0404

PENNSYLVANIA DEPT OF REVENUE
BUREAU OF CORP TAXES
P.O. BOX 280420
HARRISBURG, PA 17128-0420

PENNSYLVANIA DEPT OF REVENUE
DEPT 280946
HARRISBURG, PA 17128-0946

PENNSYLVANIA DEPT OF REVENUE
DEPT VARIOUS
HARRISBURG, PA 17128-0414

PHILADELPHIA DEPT OF REVENUE
P.O. BOX 1620
PHILADELPHIA, PA 19105-1620

ST MARYS MEDICAL CTR
1201 LANGHORNE-NEWTOWN RD
LANGHORNE, PA 19047

STATE OF NEW JERSEY
DIV EMPLOYER ACCOUNTS
P.O. BOX 059
TRENTON, NJ 08625-0059

STATE OF NEW JERSEY DIVISION OF EMPLOYER
ACCOUNTS
C/O NJ DEPT OF LABOR AND WORKFORCE DEV
ATTN: DIVI OF EMPLOYER ACC
P.O. BOX 379
TRENTON, NJ 08625-0379

STATE OF NEW JERSEY DIVISION OF EMPLOYER
ACCOUNTS
C/O OFFICE OF THE ATTORNEY OF NEW JERSEY
RICHARD J HUGHES COMPLEX
P.O. BOX 106
TRENTON, NUJ 08625-0106

TOWNSHIP OF ABINGTON
OFFICE OF THE TREASURER
1176 OLD YORK RD
ABINGTON, PA 19001

U.S. BANK, N.A.
777 E WISCONSIN AVE
MILWAUKEE, WI 53202

UNITED STATES DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20530-0001

UNITED STATES DEPT OF JUSTICE
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC  20530-0001

Parties Served: 80