IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>Jointly Administered |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on September 22, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed on **Exhibit B** attached hereto:

- Order (A) Approving the Sale of Certain Real Estate, Free and Clear of Certain Liens, Claims and Encumbrances, and (B) Granting Related Relief [Docket No. 6008]

Dated: September 25, 2025

_____
Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 25th day of September, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

# EXHIBIT A

| | | |
|---|---|---|
| 200 NORTH BROAD LL & 222 NORTH BROAD LLC<br>ATTN: YEHUDA ANGSTER, ESQ.<br>JA@DWIGHTCITYGROUP.COM | 200 NORTH BROAD LL & 222 NORTH BROAD LLC<br>C/O DAVID H. MCLAIN, ESQ.<br>DMCLAIN@DHMLAWGROUP.COM | ALBERT EINSTEIN HEALTHCARE NETWORK<br>PENNY J. REZET<br>REZETP@EINSTEIN.EDU |
| ARENT FOX LLP<br>GEORGE P. ANGELICH<br>GEORGE.ANGELICH@ARENTFOX.COM | ARENT FOX LLP<br>PHILLIP KHEZRI<br>PHILLIP.KHEZRI@ARENTFOX.COM | ASHBY & GEDDES, P.A.<br>GREGORY TAYLOR<br>GTAYLOR@ASHBYGEDDES.COM |
| ASHBY & GEDDES, P.A.<br>KATHARINA EARLE<br>KEARLE@ASHBYGEDDES.COM | ATTORNEY FOR THE CITY OF PA<br>MEGAN HARPER<br>MEGAN.HARPER@PHILA.GOV | BALLARD SPAHR LLP<br>TOBEY M DALUZ<br>DALUZT@BALLARDSPAHR.COM |
| BALLARD SPAHR LLP<br>VINCENT J. MARRIOTT<br>MARRIOTT@BALLARDSPAHR.COM | BAYARD, P.A.<br>SOPHIE E. MACON<br>SMACON@BAYARDLAW.COM | BAYARD, PA<br>JUSTIN ALBTERTO<br>JALBERTO@BAYARDLAW.COM |
| BORGES & ASSOCIATES, LLC<br>SUE L. CHIN<br>SCHIN@BORGESLAWLLC.COM | BORGES & ASSOCIATES, LLC<br>WANDA BORGES<br>WBORGES@BORGESLAWLLC.COM | BUCHALTER, A PROFESSIONAL CORP<br>SHAWN M. CHRISTIANSON<br>SCHRISTIANSON@BUCHALTER.COM |
| CIARDI CIARDI & ASTIN<br>ALBERT CIARDI<br>ACIARDI@CIARDILAW.COM | CIARDI CIARDI & ASTIN<br>JOSEPH MCMAHON<br>JMCMAHON@CIARDILAW.COM | CITY OF PHILADELPHIA<br>ATTN: MEGAN HARPER<br>MEGAN.HARPER@PHILA.GOV |
| CITY OF PHILADELPHIA/SCHOOL DISTRICT OF PA<br>ATTN: MEGAN HARPER<br>MEGAN.HARPER@PHILA.GOV | COMMONWEALTH OF PA DEPT OF LABOR AND INDUSTRY<br>DEB SECREST<br>RA-LI-UCTS-BANKRUPT@STATE.PA.US | COMMONWEALTH OF PENNSYLVANIA DEPARTMENT<br>ATTN: PATRICK M MILLER<br>PATRICKMI@PA.GOV |
| COZEN O'CONNOR<br>JOHN T. CARROLL, III<br>JCARROLL@COZEN.COM | DILWORTH PAXSON<br>PETER C. HUGHES,<br>PHUGHES@DILWORTHLAW.COM | DILWORTH PAXSON LLP<br>DSMITH@DILWORTHLAW.COM |
| DILWORTH PAXSON LLP<br>PETER HUGHES<br>PHUGHES@DILWORTHLAW.COM | DLA PIPER LLP<br>RICHARD A. CHESLEY<br>RICHARD.CHESLEY@DLAPIPER.COM | DLA PIPER LLP<br>STUART M. BROWN<br>STUART.BROWN@DLAPIPER.COM |
| DOVEL & LUNER, LLP<br>GABE DOBLE<br>GABE@DOVEL.COM | DOVEL & LUNER, LLP<br>JULIEN A. ADAMS<br>JULIEN@DOVEL.COM | DOVEL & LUNER, LLP<br>JULIEN@DOVEL.COM |
| DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>STEPHEN A. COZEN, ESQ.<br>SCOZEN@COZEN.COM | DRINKER BIDDLE & REATH LLP<br>MARITA S. ERBECK<br>MARITA.ERBECK@DBR.COM | DRINKER BIDDLE & REATH LLP<br>PATRICK A. JACKSON<br>PATRICK.JACKSON@DBR.COM |
| DUANE MORRIS LLP<br>MAIRI V. LUCE<br>LUCE@DUANEMORRIS.COM | FAEGRE DRINKER BIDDLE & REATH LLP<br>IAN J. BAMBRICK<br>IAN.BAMBRICK@FAEGREDRINKER.COM | FAEGRE DRINKER BIDDLE & REATH LLP<br>JAY.JAFFE@FAEGREDRINKER.COM |
| FAEGRE DRINKER BIDDLE & REATH LLP<br>KAYLA BRITTON<br>KAYLA.BRITTON@FAEGREDRINKER.COM | FINEMAN KREKSTEIN & HARRIS, PC<br>DEIRDRE M. RICHARDS<br>DRICHARDS@FINEMANLAWFIRM.COM | FLASTER GREENBERG P.C.<br>WILLIAM J BURNETT<br>WILLIAM.BURNETT@FLASTERGREENBERG.COM |
| FOX ROTHSCHILD LLP<br>SETH A. NIEDERMAN<br>SNIEDERMAN@FOXROTHSCHILD.COM | GELLERT SCALI BUSENKELL & BROWN, LLC<br>MICHAEL BUSENKELL<br>MBUSENKELL@GSBBLAW.COM | GIBBONS P.C<br>CHRISTOPHER VICECONTE<br>CVICECONTE@GIBBONSLAW.COM |
| GIBBONS P.C<br>DAVID N. CRAPO<br>DCRAPO@GIBBONSLAW.COM | GIBBONS P.C.<br>DALE E. BARNEY<br>DBARNEY@GIBBONSLAW.COM | GIBBONS P.C.<br>NATASHA M. SONGONUGA<br>NSONGONUGA@GIBBONSLAW.COM |

| | | |
|---|---|---|
| GIBBONS P.C.<br>ROBERT K. MALONE<br>RMALONE@GIBBONSLAW.COM | GORDON REES SCULLY MANSUKHANI, LLP<br>COURTNEY MAZZIO<br>CMAZZIO@GRSM.COM | GORDON REES SCULLY MANSUKHANI, LLP<br>JOSEPH E BRENNER<br>JBRENNER@GRSM.COM |
| GORDON REES SCULLY MANSUKHANI, LLP<br>MICHAEL CAWLEY<br>MCAWLEY@GRSM.COM | GORDON REES SCULLY MANSUKHANI, LLP<br>MICHAEL HEYDEN, JR<br>MHEYDEN@GRSM.COM | GREENBERG TRAURIG, LLP<br>DENNIS A. MELORO<br>MELOROD@GTLAW.COM |
| GREENBERG TRAURIG, LLP<br>NANCY A. PETERMAN<br>PETERMANN@GTLAW.COM | HOGAN & MCDANIEL<br>DANIEL C. KERRICK<br>DCKERRICK@DKHOGAN.COM | HOGAN & MCDANIEL<br>DANIEL K. HOGAN<br>DKHOGAN@DKHOGAN.COM |
| HOGAN & MCDANIEL<br>GARVAN F. MCDANIEL<br>GFMCDANIEL@DKHOGAN.COM | HONIGMAN LLP<br>E TODD SABLE<br>TSABLE@HONIGMAN.COM | INTERNAL REVENUE SERVICE<br>ATTN: M JAMES<br>MICHAEL.A.JAMES@IRS.GOV |
| IS BBFB LLC, IS 245 NORTH 15TH LLC<br>C/O DEREK E. JOKELSON, ESQUIRE<br>DEJ@JOKELSON.COM | IS BBFB LLC, IS 245 NORTH 15TH LLC<br>C/O JEFFREY KURTZMAN, ESQUIRE<br>KURTZMAN@KURTZMANSTEADY.COM | IS BBFB LLC, IS 245 NORTH 15TH LLC<br>C/O JEFFREY M. CARBINO, ESQUIRE<br>JCARBINO@LEECHTISHMAN.COM |
| IS BBFB LLC, IS 245 NORTH 15TH LLC<br>C/O WILLIAM J. BURNETT, ESQUIRE<br>WILLIAM.BURNETT@FLASTERGREENBERG.COM | JD THOMPSON LAW<br>JUDY D. THOMPSON<br>JDT@JDTHOMPSONLAW.COM | JEFFER MANGELS BUTLER & MITHCELL LLP<br>MMARTIN@JMBM.COM |
| JONES WALKER LLP<br>JEFFREY R. BARBER<br>JBARBER@JONESWALKER.COM | KATTEN MUCHIN ROSENMAN LLP<br>CINDI M. GIGLIO<br>CGIGLIO@KATTEN.COM | KATTEN MUCHIN ROSENMAN LLP<br>JERRY L. HALL<br>JERRY.HALL@KATTEN.COM |
| KATTEN MUCHIN ROSENMAN LLP<br>KATHERINE SCHERLING<br>KATHERINE.SCHERLING@KATTEN.COM | KIRKLAND & ELLIS LLP<br>NICOLE L GREENBLATT<br>NICOLE.GREENBLATT@KIRKLAND.COM | KURTZMAN, STEADY, LLC<br>JEFFREY KURTZMAN<br>KURTZMAN@KURTZMANSTEADY.COM |
| LATHAM & WATKINS LLP<br>SUZZANNE UHLAND<br>SUZZANNE.UHLAND@LW.COM | LAW OFFICES OF ERIC A SHORE, PC<br>GRAHAM F BAIRD<br>GRAHAMB@ERICSHORE.COM | LAW OFFICES OF MITCHELL J. MALZBERG, LLC<br>MITCHELL J. MALZBERG<br>MMALZBERG@MJMALZBERGLAW.COM |
| MARKOWITZ & RICHMAN<br>JWALTERS@MARKOWITZANDRICHMAN.COM | MARKOWITZ AND RICHMAN<br>CLAIBORNE S. NEWLIN<br>CNEWLIN@MARKOWITZANDRICHMAN.COM | MARON MARVEL BRADLEY ANDERSON & TARDY, LLC<br>STEPHANIE A. FOX<br>SAF@MARONMARVEL.COM |
| MBNF INVESTMENTS, LLC<br>ATTN: SUZZANNE UHLAND<br>SUZZANNE.UHLAND@LW.COM | MED ONE CAPITAL FUNDING, LLC<br>DLEIGH@RQN.COM | O'DONOGHUE & O'DONOGHUE LLP<br>LANCE GEREN, ESQ.<br>LGEREN@ODONOGHUELAW.COM |
| OFFICE OF ATTORNEY GENERAL<br>CHRISTOPHER R. MOMJIAN<br>CRMOMJIAN@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>DAVID DEMBE<br>DDEMBE@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>LISA M. RHODE<br>LRHODE@ATTORNEYGENERAL.GOV |
| OFFICE OF THE UNITED STATES ATTORNEY<br>USADE.ECFBANKRUPTCY@USDOJ.GOV | OFFICE OF THE UNITED STATES TRUSTEE<br>BENJAMIN HACKMAN<br>BENJAMIN.A.HACKMAN@USDOJ.GOV | PA DEPARTMENT OF REVENUE<br>ATTN: BANKRUPTCY DIVISION<br>PATRICKMI@PA.GOV |
| PACHULSKI STANG ZIEHL & JONES LLP<br>LAURA DAVIS JONES<br>LJONES@PSZJLAW.COM | PACHULSKI STANG ZIEHL & JONES LLP<br>TIMOTHY P CAIRNS<br>TCAIRNS@PSZJLAW.COM | PEARLMAN & MIRANDA, LLC.<br>PATRICIA A CELANO<br>PCELANO@PEARLMANMIRANDA.COM |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>ATTN: WILLIAM R HATCHER, ANALYST MANAGER<br>WHATCHER@PA.GOV | PEPPER HAMILTON, LLP<br>FRANCIS J. LAWALL<br>FRANCIS.LAWALL@TROUTMAN.COM | POLSINELLI P.C<br>CHRISTOPHER A. WARD<br>CWARD@POLSINELLI.COM |

| | | |
|---|---|---|
| POTTER ANDERSON & CORROON LLP<br>JEREMY W. RYAN<br>JRYAN@POTTERANDERSON.COM | POTTER ANDERSON & CORROON LLP<br>R. STEPHEN MCNEILL<br>RMCNEILL@POTTERANDERSON.COM | REED SMITH LLP<br>LOUIS A. CURCIO<br>LCURCIO@REEDSMITH.COM |
| RICHARDS LAYTON & FINGER, PA<br>BRENDAN J. SCHLAUCH<br>SCHLAUCH@RLF.COM | RICHARDS LAYTON & FINGER, PA<br>MARK D. COLLINS<br>COLLINS@RLF.COM | RICHARDS LAYTON & FINGER, PA<br>MICHAEL J. MERCHANT<br>MERCHANT@RLF.COM |
| SALMON, RICCHEZZA, SINGER & TURCHI, LLP<br>RONALD L. DAUGHERTY<br>RDAUGHERTY@SRSTLAW.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>ADAM ISENBERG<br>ADAM.ISENBERG@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>JEFFREY HAMPTON<br>JEFFREY.HAMPTON@SAUL.COM |
| SAUL EWING ARNSTEIN & LEHR LLP<br>MARK MINUTI<br>MARK.MINUTI@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>MONIQUE DISABATINO<br>MONIQUE.DISABATINO@SAUL.COM | SHIPMAN & GOODWIN LLP<br>ERIC S. GOLDSTEIN<br>EGOLDSTEIN@GOODWIN.COM |
| SILLS CUMMIS & GROSS P.C<br>ANDREW H. SHERMAN<br>ASHERMAN@SILLSCUMMIS.COM | SILLS CUMMIS & GROSS P.C.<br>BORIS I. MANKOVETSKIY<br>BMANKOVETSKIY@SILLSCUMMIS.COM | SMITH HULSEY & BUSEY<br>BRANDON A. COOK<br>BCOOK@SMITHHULSEY.COM |
| SMITH HULSEY & BUSEY<br>MICHAEL E. DEMONT<br>MDEMONT@SMITHHULSEY.COM | STATE OF NEW JERSEY DIVISION OF TAXATION BANI<br>ATTN: M UMAR BUTT<br>MUMAR.BUTT@TREAS.STATE.NJ.US | STEVENS & LEE, P.C.<br>JOSEPH H. HUSTON<br>JHH@STEVENSLEE.COM |
| STEVENS & LEE, P.C.<br>ROBERT LAPOWSKY<br>RL@STEVENSLEE.COM | STINSON LLP<br>DARRELL CLARK<br>DARRELL.CLARK@STINSON.COM | STINSON LLP<br>TRACEY M. OHM<br>TRACEY.OHM@STINSON.COM |
| STOEL RIVES LLP<br>MARC A. AL<br>MARC.AL@STOEL.COM | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>DEBORAH A. REPEROWITZ<br>DREPEROWITZ@STRADLEY.COM | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>GRETCHEN M. SANTAMOUR<br>GSANTAMOUR@STRADLEY.COM |
| STRADLEY, RONON, STEVENS & YOUNG, LLP<br>JOELLE E. POLESKY<br>JPOLESKY@STRADLEY.COM | STREUSAND, LANDON, OZBURN & LEMMON, LLP<br>SABRINA L. STREUSAND<br>STREUSAND@SLOLLP.COM | SULLIVAN, HAZELTINE, ALLISON, LLC.<br>WILLIAM D. SULLIVAN<br>BSULLIVAN@SHA-LLC.COM |
| THE ROSNER LAW GROUP LLC<br>FREDERICK B. ROSNER<br>ROSNER@TEAMROSNER.COM | U.S. DEPT OF JUSTICE<br>MARCUS.S.SACKS@USDOJ.GOV | UNDERWOOD PERKINS, P.C.<br>DAVID L. CAMPBELL<br>DCAMPBELL@UPLAWTX.COM |
| UNDERWOOD PERKINS, P.C.<br>ELI D. PIERCE<br>EPIERCE@UPLAWTX.COM | WHITE AND WILLIAMS LLP<br>AMY E. VULPIO<br>VULPIOA@WHITEANDWILLIAMS.COM | WHITE AND WILLIAMS LLP<br>MARC S. CASARINO<br>CASARINOM@WHITEANDWILLIAMS.COM |
| WILLIG, WILLIAMS & DAVIDSON<br>JESSICA KOLANSKY<br>JKOLANSKY@WWDLAW.COM | | |

Parties Served:  124

# **EXHIBIT B**

| | | |
|---|---|---|
| ABINGTON TOWNSHIP TREASURER<br>MAX M SOLOMON<br>1176 OLD YORK RD<br>ABINGTON, PA 19001 | CAPITAL ONE, N.A.<br>77 W WACKER DR, 10TH FL<br>CHICAGO, IL 60601 | CAPITAL ONE, N.A., AS ADMINISTRATIVE AGENT<br>FOR PAHH BELLET MOB LLC<br>6125 LAKEVIEW RD, STE 800<br>CHARLOTTE, NC 28269 |
| CAPITAL ONE, N.A., AS ADMINISTRATIVE AGENT<br>FOR PAHH BROAD ST MOB LLC<br>6125 LAKEVIEW RD, STE 800<br>CHARLOTTE, NC 28269 | CAPITAL ONE, N.A., AS ADMINISTRATIVE AGENT<br>FOR PAHH ERIE ST GARAGE LLC<br>6125 LAKEVIEW RD, STE 800<br>CHARLOTTE, NC 28269 | CAPITAL ONE, N.A., AS ADMINISTRATIVE AGENT<br>FOR PAHH FEINSTEIN MOB LLC<br>6125 LAKEVIEW RD, STE 800<br>CHARLOTTE, NC 28269 |
| CAPITAL ONE, N.A., AS ADMINISTRATIVE AGENT<br>FOR PAHH NEW COLLEGE MOB LLC<br>6125 LAKEVIEW RD, STE 800<br>CHARLOTTE, NC 28269 | CAPITAL ONE, N.A., AS ADMINISTRATIVE AGENT<br>FOR PAHH WOOD ST GARAGE LLC<br>6125 LAKEVIEW RD, STE 800<br>CHARLOTTE, NC 28269 | CITY OF PHILADELPHIA<br>1401 JFK BLVD<br>MUNICIPAL CT BLDG<br>PHILADELPHIA, PA 19102-1697 |
| CITY OF PHILADELPHIA<br>ATTN: ROB DUBOW<br>CODE VIOLATION ENFORCEMENT DIV<br>P.O. BOX 56318<br>PHILADELPHIA, PA 19130 | CITY OF PHILADELPHIA<br>ATTN:  LAW DEPT<br>1515 ARCH ST, 17TH FL<br>PHILADELPHIA, PA  19102 | CITY OF PHILADELPHIA<br>DEPT OF REVENUE<br>P.O. BOX 1049<br>PHILADELPHIA, PA 19105-1409 |
| CITY OF PHILADELPHIA<br>DEPT OF REVENUE<br>P.O. BOX 1529<br>PHILADELPHIA, PA 19105-1529 | CITY OF PHILADELPHIA<br>DEPT OF REVENUE<br>P.O. BOX 1630<br>PHILADELPHIA, PA 19105-1630 | CITY OF PHILADELPHIA<br>DEPT OF REVENUE<br>P.O. BOX 1660<br>PHILADELPHIA, PA 19105-1660 |
| CITY OF PHILADELPHIA<br>P.O. BOX 56318<br>FINANCE DEPT<br>PHILADELPHIA, PA 19130-0318 | CITY OF PHILADELPHIA – DEPT OF REVENUE<br>MUNICIPAL SERVICES BLDG<br>1401 JOHN F KENNEDY BLVD, 5TH FL<br>PHILADELPHIA, PA 19102 | CITY OF PHILADELPHIA LAW DEPT<br>MUNICIPAL SERVICES BLDG<br>1401 JOHN F KENNEDY BLVD, 5TH FL<br>PHILADELPHIA, PA 19102 |
| CITY OF PHILADELPHIA/124<br>PHILADELPHILA REVENUE DEPT<br>P.O. BOX 124<br>PHILADELPHIA, PA 19105-0124 | COMMONWEALTH OF PA<br>PUBLIC HEALTH & HUMAN SERVICES<br>ACCT CONTROL/COMPTROLLER OFFICE<br>P.O. BOX 2675<br>HARRISBURG, PA 17105-2675 | COMMONWEALTH OF PENNSYLVANIA<br>ATTN: NICOLE AMOLSCH<br>DEPARTMENT OF REVENUE / BUREAU OF COMPLIA<br>P.O. BOX 280946<br>HARRISBURG, PA 17128-0946 |
| COMMONWEALTH OF PENNSYLVANIA<br>C/O DEPARTMENT OF REVENUE BUREAU OF COMPLIA<br>P.O. BOX 280946<br>HARRISBURG, PA 17128-0946 | COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF REVENUE<br>BUREAU OF COMPLIANCE<br>P.O. BOX 280946<br>HARRISBURG, PA 17128-0946 | COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF REVENUE / BUREAU OF COMPLIA<br>ATTN: NICOLE AMOLSCH<br>P.O. BOX 280946<br>HARRISBURG, PA 17128-0946 |
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT O<br>ATTN: NICOLE AMOLSCH<br>P.O. BOX 280946<br>HARRISBURG, PA 17128-0946 | COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT<br>ATTN: BUREAU OF COMPLIANCE<br>P.O. BOX 280946<br>HARRISBURG, PA 17128-0946 | COMPTROLLER OF MARYLAND<br>REVENUE ADMIN DIVISION<br>STATE OFFICE BUILDING<br>301 W PRESTON ST, RM 203<br>BALTIMORE, MD 21201-2383 |
| DC TREASURER<br>DEPT OF CONSUMER & REGULATORY<br>AFFAIRS/CORPORATIONS DIV<br>P.O. BOX 92300<br>WASHINGTON, DC 20090 | DE LAGE LANDEN FINANCIAL SERVICES<br>ATTN: DIR, OPERATIONS<br>1111 OLD EAGLE SCHOOL RD<br>WAYNE, PA 19087 | DENTON US, LLP<br>ATTN: OSCAR PINKAS<br>1221 AVE OF THE AMERICANS<br>NEW YORK, NY 10020 |
| DEPARTMENT OF THE TREASURY - INTERNAL REVEN<br>1352 MARROWS RD, STE 204<br>NEWARK, DE 19711-5445 | DEPARTMENT OF THE TREASURY - INTERNAL REVEN<br>ATTN: M JAMES<br>1352 MARROWS RD, STE 204<br>NEWARK, DE 19711-5445 | DEPARTMENT OF THE TREASURY - INTERNAL REV<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |

| | | |
|---|---|---|
| DEPARTMENT OF THE TREASURY - INTERNAL REVEN<br>P.O. BOX 7317<br>PHILADELPHIA, PA 19101-7317 | DEPARTMENT OF THE TREASURY - INTERNAL REVEN<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | DEPARTMENT OF TREASURY - INTERNAL REVENUE<br>P.O. BOX 7346<br>PHILADEPHIA, PA 19101-7346 |
| DLA PIPER LLP (US)<br>ATTN: JOE KERNAN<br>1 LIBERTY PL<br>1650 MARKET ST, STE 5000<br>PHILADELPHIA, PA 19103-7300 | DUANE MORRIS LLP<br>ATTN: JARRET HITCHINGS<br>222 DELAWARE AVE, STE 1600<br>WILMINGTON, DE 19801-1659 | ENVIRONMENTAL PROTECTION AGENCY<br>1200 PENNSYLVANIA AVE, N.W.<br>WASHINGTON, DC 20460 |
| FREEDMAN & LORRY, P.C.<br>C/O SUSAN A. MURRAY<br>ATTN: TRAINING & UPGRADING FUND<br>1601 MARKET ST, STE 1500<br>PHILADELPHIA, PA 19103 | GE HFS, LLC<br>P.O. BOX 414, W-490<br>MILWAUKEE, WI 53201 | HAB-BPT<br>P.O. BOX 915<br>BANGOR, PA 18013-0915 |
| INTERNAL REVENUE SERVICE<br>1352 MARROWS RD, STE 204<br>NEWARK, DE 19711-5445 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7317<br>PHILADELPHIA, PA 19101-7317 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| INTERNATIONAL BROTHERHOOD OF<br>ELECTRICAL WORKERS, LOCAL 98<br>1701 SPRING GARDEN ST<br>PHILADELPHIA, PA 19130 | KIRKLAND & ELLIS LLP<br>STEPHEN C HACKNEY, PC<br>300 N LASALLE<br>CHICAGO, IL 60654 | MATTLEMAN WEINROTH & MILLER, P.C<br>ATTN: CHRISTINA PROSS<br>200 CONTINENTAL DRIVE, STE 215<br>NEWARK, DE 19713 |
| MCCARTER & ENGLISH, LLP<br>ATTN: WILLIAM F. TAYLOR<br>RENAISSANCE CENTRE<br>405 N KING ST, 8TH FL<br>WILMINGTON, DE 19801 | MED ONE CAPITAL FUNDING, LLC<br>10712 S 1300 E<br>SANDY, UT 84094 | MED ONE CAPITAL FUNDING, LLC<br>DBA IPA ONE<br>10712 S 1300 E<br>EAST SANDY, UT 84094 |
| MIDCAP FINANCIAL TRUST<br>7255 WOODMONT AVE, STE 200<br>BETHESDA, MD 20814 | MIDCAP FUNDING IV TRUST<br>7255 WOODMONT AVE, STE 200<br>BETHESDA, MD 20814 | MOYE WHITE LLP<br>ATTN: TIMOTHY M. SWANSON/VIKRAMA S. CHANDR<br>1400 16TH ST, 6TH FL<br>DENVER, CO 80202 |
| NATIONAL UNION OF HOSPITAL AND<br>HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO<br>1319 LOCUST ST<br>PHILADELPHIA, PA 19107 | NATIONAL UNION OF HOSPITAL AND<br>HEALTHCARE EMPLOYEES, DISTRICT 1199C<br>1319 LOCUST ST<br>PHILADELPHIA, PA 19107 | NEW JERSEY DEPT OF REVENUE<br>CORPORATION TAX<br>CN 666<br>TRENTON, NJ 08646-0666 |
| NEW JERSEY DIVISION OF TAXATION<br>COMPLIANCE AND ENFORCEMENT - BANKRUPTCY UNI<br>50 BARRACK ST, 9TH FL<br>P.O. BOX 245<br>TRENTON, NJ 08695-0267 | OFFICE OF ATTORNEY GENERAL<br>ATTN: C. E. MOMJIAN/C. MOMJIAN/D DEMBE/L. RHODA<br>THE PHOENIX BUILDING<br>1600 ARCH ST, 3RD FL<br>PHILADELPHIA, PA 19103 | OFFICE OF THE ATTORNEY GENERAL<br>ATTN: JOSH SHAPIRO, ESQUIRE<br>ATTN: BANKRUPTCY DEPT<br>16TH FL, STRAWBERRY SQ<br>HARRISBURG, PA 17120 |
| OFFICE OF THE SECRETARY<br>401 NORTH STREET, RM 302<br>HARRISBURG, PA 17120 | OHIO BUREAU OF WORKER'S COMPENSATION<br>P.O. BOX 15567<br>COLUMBUS, OH 43215-0567 | OHIO BUREAU OF WORKERS' COMPENSATION<br>ATTN: JILL A. WHITWORTH<br>30 W SPRING ST, 26TH FL<br>COLUMBUS, OH 43215 |
| OLYMPUS AMERICA INC<br>3500 CORPORATE PKWY<br>CENTER VALLEY, PA 18034 | PA DEPT OF ENVIRONMENTAL PROT<br>P.O. BOX 8762<br>HARRISBURG, PA 17105-8762 | PA DEPT OF REVENUE<br>ATTN: PATRICK MILLER<br>4TH AND WALNUT ST<br>HARRISBURG, PA 17128 |

| | | |
|---|---|---|
| PA DEPT OF REVENUE<br>ATTN: PRAKASH VYAS<br>4TH AND WALNUT ST<br>HARRISBURG, PA 17128 | PA HIGHER EDUCATION FACILITIES AUTHORITY<br>400 NORTH ST<br>HARRISBURG, PA 17120 | PENNSYLVANIA ASSOC OF<br>STAFF NURSES AND ALLIED PROFESSIONALS<br>1 FAYETTE STREET, SUITE 475<br>CONSHOHOCKEN, PA 19428 |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>ATTN: BANKRUPTCY DIVISION<br>P.O. BOX 280946<br>HARRISBURG, PA 17128-0946 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>ATTN: NICOLE AMOLSCH<br>P.O. BOX 280946<br>HARRISBURG, PA 17128-0946 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>ATTN: PRAKAS VYAS<br>4TH AND WALNUT ST<br>HARRISBURG, PA 17128 |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>ATTN: PRAKASH VYAS<br>4TH AND WALNUT ST<br>HARRISBURG, PA 17128 | PENNSYLVANIA DEPT OF ENVIRONMENTAL PROTECTI<br>2 E MAIN ST<br>NORRISTOWN, PA 19401 | PENNSYLVANIA DEPT OF ENVIRONMENTAL PROTE<br>RACHEL CARSON STATE OFFICE BUILDING<br>400 MARKET ST<br>HARRISBURG, PA 17101 |
| PENNSYLVANIA DEPT OF HEALTH<br>ATTN: DR. RACHEL LEVINE<br>HEALTH AND WELFARE BUILDING<br>625 FORESTER ST, 8TH FL W<br>HARRISBURG, PA 17120 | PENNSYLVANIA DEPT OF REVENUE<br>ATTN: BANKRUPTCY DIVISION<br>DEPT 280946<br>HARRISBURG, PA 17128-0946 | PENNSYLVANIA DEPT OF REVENUE<br>ATTN: PATRICK MILLER<br>4TH AND WALNUT ST<br>HARRISBURG, PA 17128 |
| PENNSYLVANIA DEPT OF REVENUE<br>BUREAU OF CORP TAXES<br>P.O. BOX 280404<br>HARRISBURG, PA 17128-0404 | PENNSYLVANIA DEPT OF REVENUE<br>BUREAU OF CORP TAXES<br>P.O. BOX 280420<br>HARRISBURG, PA 17128-0420 | PENNSYLVANIA DEPT OF REVENUE<br>DEPT VARIOUS<br>HARRISBURG, PA 17128-0414 |
| PEPPER HAMILTON, LLP<br>ATTN: MARCY MCLAUGHLIN SMITH<br>1313 N MARKET ST, P.O. BOX 1709<br>HERCULES PLZ, STE 5100<br>WILMINGTON, DE 19899-1709 | PHILADELPHIA DEPT OF REVENUE<br>P.O. BOX 1620<br>PHILADELPHIA, PA 19105-1620 | SCHNADER HARRISON SEGAL & LEWIS LLP<br>ATTN: NICHOLAS J. LEPORE<br>1600 MARKET ST, STE 3600<br>PHILADELPHIA, PA 19103-7286 |
| ST. MARY'S MEDICAL CTR<br>1201 LANGHORNE-NEWTOWN RD<br>LANGHORNE, PA 19047 | STATE OF NEW JERSEY<br>DIV EMPLOYER ACCOUNTS<br>P.O. BOX 059<br>TRENTON, NJ 08625-0059 | STATE OF NEW JERSEY DIVISION OF EMPLOYER A<br>C/O NJ DEPT OF LABOR AND WORKFORCE DEV<br>ATTN: DIVI OF EMPLOYER ACC<br>P.O. BOX 379<br>TRENTON, NJ 08625-0379 |
| STATE OF NEW JERSEY DIVISION OF EMPLOYER ACC<br>C/O OFFICE OF THE ATTORNEY OF NEW JERSEY<br>RICHARD J HUGHES COMPLEX<br>P.O. BOX 106<br>TRENTON, NUJ 08625-0106 | TOWNSHIP OF ABINGTON<br>OFFICE OF THE TREASURER<br>1176 OLD YORK RD<br>ABINGTON, PA 19001 | U.S. BANK, N.A.<br>777 E WISCONSIN AVE<br>MILWAUKEE, WI 53202 |
| UNITED STATES DEPARTMENT OF JUSTICE<br>ATTN: CIVIL DIVISION<br>950 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC 20530-0001 | UNITED STATES DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC 20530-0001 | |

Parties Served: 92