**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (MFW)<br><br>(Jointly Administered)<br><br>**Related Docket No.: 6016** |

**CERTIFICATE OF NO OBJECTION REGARDING THE TWENTY SECOND QUARTERLY APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD <u>OCTOBER 1, 2025 RHROUGH SEPTEMBER 30, 2024</u>**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Twenty Second Quarterly Application of Sills Cummis & Gross P.C. ("<u>Sills</u>") for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period October 1, 2025 rhrough September 30, 2024 (the "<u>Application</u>") [D.I. 6016], filed on September 25, 2025. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Objections to the Application were required to be filed and served no later than October 16, 2025, at 4:00 p.m. ET.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (57364), TPS III of PA, L.L.C. (57366), TPS IV of PA, L.L.C. (57367), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

A proposed form of omnibus order approving all of the Committee Professionals'

fees for the Twenty Second Quarterly Fee Period will be submitted in advance of the

November 6, 2025 hearing.

Dated: October 21, 2025   Respectfully submitted,

          */s/ Seth A. Niederman*
          Seth A. Niederman (No. 4588)
          **FOX ROTHSCHILD LLP**
          1201 N. Market St., Suite 1200
          Wilmington, DE  19801
          Telephone:  (302) 654-7444
          Facsimile:  (302) 656-8920
          E-mail: sniederman@foxrothschild.com

          -and-

          Andrew H. Sherman (admitted *pro hac vice*)
          Boris I. Mankovetskiy (admitted *pro hac vice*)
          **SILLS CUMMIS & GROSS P.C.**
          One Riverfront Plaza
          Newark, NJ 07102
          Telephone: (973) 643-7000
          Facsimile: (973) 643-6500
          Email: asherman@sillscummis.com
            bmankovetskiy@sillscummis.com

          *Counsel to the Official Committee of Unsecured*
          *Creditors*