# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1] | Case No. 19-11466 (MFW) |
| | (Jointly Administered) |
| Debtors. | Re: ECF No. 424 |

## SEVENTH SUPPLEMENTAL DECLARATION OF ANDREW H. SHERMAN REGARDING APPLICATION TO RETAIN AND EMPLOY SILLS CUMMIS & GROSS P.C. AS ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CENTER CITY HEALTHCARE, LLC D/B/A HAHNEMANN UNIVERSITY HOSPITAL, *ET AL. NUNC PRO TUNC* TO JULY 15, 2019

Andrew H. Sherman makes this declaration (the "Seventh Supplemental Declaration") pursuant to 28 U.S.C. § 1746:

1. I am an attorney at law and Member of the law firm Sills Cummis & Gross P.C. ("Sills"). I submit this Seventh Supplemental Declaration regarding the application to retain and employ Sills as attorneys for the Committee *nunc pro tunc* to July 15, 2019 [D.I. 424] (the "Application").[2]

2. Unless otherwise stated, I have personal knowledge of the facts set forth herein. To the extent any information disclosed herein requires amendment or modification upon

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

completion of further review by Sills or as additional information becomes available, a supplemental declaration will be submitted to the Court reflecting such amended or modified information.

  3.  I update the disclosures set forth in my initial declaration in support of the Application, dated August 9, 2019 [D.I. 424-3], my first supplemental declaration in support of the Application, dated December 23, 2019 [D.I. 1239], my second supplemental declaration in support of the Application, dated June 30, 2021 [D.I. 2545], my third supplemental declaration in support of the Application, dated March 17, 2022 [D.I. 3742], my fourth supplemental declaration in support of the Application, dated February 7, 2024 [D.I. 5112], my fifth supplemental declaration in support of the Application, dated June 28, 2024 [D.I. 5313], and my sixth supplemental declaration in support of the Application, dated July 11, 2025 [D.I. 5875], as follows:

 (A) Sills has been retained to represent Cardinal Health, an affiliate of creditors in these chapter 11 cases, and CONMED Corporation, a creditor in these chapter 11 cases, in a product liability matter that is unrelated to these chapter 11 cases.

  4.  Sills does not believe the foregoing disclosure presents any conflict of interest or affects its status as a disinterested person, but discloses the connection in an abundance of caution.

  5.  I understand that there is a continuing duty to disclose any adverse interest or change in disinterestedness. Sills will from time to time review its disclosures in these chapter 11 cases, and in the event that additional material connections are discovered, will disclose such information to the Court on notice to parties-in-interest and the United States Trustee.

I certify that, to the best of my knowledge after reasonable inquiry, the foregoing is true and correct.

Dated: October 31, 2025       /s/ *Andrew H. Sherman*
       Newark, New Jersey           Andrew H. Sherman

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Supplemental Declaration was served via the Court's CM/ECF electronic filing system on all parties registered to receive such notice, on October 31, 2025.

Dated:  October 31, 2025                                              */s/ Seth A. Niederman*
                                                                                       Seth A. Niederman (DE 4588)