**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| IS BBFB LLC, and IS 245 NORTH 15th LLC, | |
| Plaintiffs, | |
| v. | Adv. Proc. No. 23-50337 (MFW) |
| CENTER CITY HEALTHCARE, LLC, | |
| Defendant. | |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR NOVEMBER 6, 2025 AT
10:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE
<u>HONORABLE MARY F. WALRATH, U.S. BANKRUPTCY COURT JUDGE</u>**

**AS NO MATTERS ARE GOING FORWARD, THIS HEARING IS CANCELLED WITH THE COURT'S PERMISSION.**

**<u>RESOLVED MATTER</u>:**

1. Motion of the Debtors for Entry of an Order Approving Settlement Agreement by and between the Debtors, Broad Street Healthcare Properties, LLC, Broad Street Healthcare Properties II, LLC and Broad Street Healthcare Properties III, LLC, and IS 235 North 15th LLC and IS BBFB LLC [Docket No. 6019; Adv. Docket No. 141; filed: 09/26/25]

    <u>Response Deadline</u>:  October 10, 2025 at 4:00 p.m.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).

Responses Received: None

Related Documents:

A. Certification of No Objection [Docket No. 6034; Adv. Docket No. 142; filed: 10/13/25]

B. Order Granting Motion of the Debtors for Entry of an Order Approving Settlement Agreement by and between the Debtors, Broad Street Healthcare Properties, LLC, Broad Street Healthcare Properties II, LLC and Broad Street Healthcare Properties III, LLC, and IS 235 North 15th LLC and IS BBFB LLC [Docket No. 6051; Adv. Docket No. 143; signed and docketed: 10/14/25]

Status: On October 14, 2025, the Court entered an order approving this motion.

**FEE APPLICATIONS:**

2. Certification of Counsel Regarding Proposed Omnibus Order Approving the Twenty-First and Twenty-Second Interim Fee Applications of Saul Ewing LLP, Sills Cummis & Gross, P.C. and Fox Rothschild LLP and the Twelfth Interim Fee Application of Berkeley Research Group, LLC [Docket No. 6063; filed: 10/22/25]

Response Deadline: See index of the fee applications attached as Exhibit A.

Responses Received: None

Related Documents:

A. Omnibus Order Approving the Twenty-First and Twenty-Second Interim Fee Applications of Saul Ewing LLP, Sills Cummis & Gross, P.C. and Fox Rothschild LLP and the Twelfth Interim Fee Application of Berkeley Research Group, LLC [Docket No. 6069; signed and docketed: 11/04/25]

Status: On November 4, 2025, the Court entered an order approving the fee applications.

55905752.1 11/04/2025

| | |
|---|---|
| Dated: November 4, 2025 | **SAUL EWING LLP** |
| | By: */s/ Monique B. DiSabatino* |
| | Mark Minuti (DE Bar No. 2659) |
| | Monique B. DiSabatino (DE Bar No. 6027) |
| | 1201 N. Market Street, Suite 2300 |
| | P.O. Box 1266 |
| | Wilmington, DE 19899 |
| | Telephone: (302) 421-6800 |
| | mark.minuti@saul.com |
| | monique.disabatino@saul.com |
| | |
| | -and- |
| | |
| | Jeffrey C. Hampton |
| | Adam H. Isenberg |
| | Centre Square West |
| | 1500 Market Street, 38th Floor |
| | Philadelphia, PA 19102 |
| | Telephone: (215) 972-7777 |
| | Fax: (215) 972-7725 |
| | jeffrey.hampton@saul.com |
| | adam.isenberg@saul.com |
| | |
| | *Counsel for Debtors and Debtors in Possession* |

# EXHIBIT A

# DEBTORS' PROFESSIONALS

**I.    SAUL EWING LLP (Counsel to Debtors)**

1. Twenty-First Interim Fee Application of Saul Ewing LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2024 through September 30, 2024 [Docket No. 5976; filed: 09/11/25]

    i. Certification of No Objection for Twenty-First Interim Fee Application of Saul Ewing LLP [Docket No. 6024; filed: 10/02/25]

    Related Documents:

    A. Sixty-First Monthly Fee Application of Saul Ewing LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2024 through July 31, 2024 [Docket No. 5454; filed: 09/19/24]

        i. Certification of No Objection for Sixty-First Monthly Fee Application of Saul Ewing LLP [Docket No. 5498; filed: 10/10/24]

    B. Sixty-Second Monthly Fee Application of Saul Ewing LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2024 through August 31, 2024 [Docket No. 5495; filed: 10/04/24]

        i. Certification of No Objection for Sixty-Second Monthly Fee Application of Saul Ewing LLP [Docket No. 5507; filed: 10/28/24]

    C. Sixty-Third Monthly Fee Application of Saul Ewing LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2024 through September 30, 2024 [Docket No. 5516; filed: 11/06/24]

        i. Certification of No Objection for Sixty-Third Monthly Fee Application of Saul Ewing LLP [Docket No. 5570; filed: 12/02/24]

2. Twenty-Second Interim Fee Application of Saul Ewing LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2024 through December 31, 2024 [Docket No. 5977; filed: 09/11/25]

    i. Certification of No Objection for Twenty-Second Interim Fee Application of Saul Ewing LLP [Docket No. 6025; filed: 10/02/25]

Related Documents:

A. Sixty-Fourth Monthly Fee Application of Saul Ewing LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2024 through October 31, 2024 [Docket No. 5574; filed: 12/03/24]

   i. Certification of No Objection for Sixty-Fourth Monthly Fee Application of Saul Ewing LLP [Docket No. 5597; filed: 12/26/24]

B. Sixty-Fifth Monthly Fee Application of Saul Ewing LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2024 through November 30, 2024 [Docket No. 5610; filed: 01/13/25]

   i. Certification of No Objection for Sixty-Fifth Monthly Fee Application of Saul Ewing LLP [Docket No. 5640; filed: 02/04/25]

C. Sixty-Sixth Monthly Fee Application of Saul Ewing LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2024 through December 31, 2024 [Docket No. 5708; filed: 04/04/25]

   i. Certification of No Objection for Sixty-Sixth Monthly Fee Application of Saul Ewing LLP [Docket No. 5741; filed: 04/28/25]

## COMMITTEE'S PROFESSIONALS

II. **SILLS CUMMIS & GROSS P.C. (Counsel to the Official Committee of Unsecured Creditors)**

3. Twenty First Quarterly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from _July 1, 2024 through September 30, 2024 [Docket No. 6015; filed: 09/25/25]

   i. Certification of No Objection for Twenty First Quarterly Application of Sills Cummis & Gross P.C. [Docket No. 6056; filed: 10/21/25]

Related Documents:

A. Sixty-First Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from July 1, 2024 through July 31, 2024 [Docket No. 5939; filed: 08/20/25]

      i. Certification of No Objection for Sixty-First Monthly Application of Sills Cummis & Gross P.C. [Docket No. 5978; filed: 09/11/25]

  B. Sixty-Second Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from August 1, 2024 through August 31, 2024 [Docket No. 5940; filed: 08/20/25]

      i. Certification of No Objection for Sixty-Second Monthly Application of Sills Cummis & Gross P.C. [Docket No. 5979; filed: 09/11/25]

  C. Sixty-Third Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from September 1, 2024 through September 30, 2024 [Docket No. 5941; filed: 08/20/25]

      i. Certification of No Objection for Sixty-Third Monthly Application of Sills Cummis & Gross P.C. [Docket No. 5980; filed: 09/11/25]

4. Twenty Second Quarterly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from October 1, 2024 through December 31, 2024 [Docket No. 6016; filed: 09/25/25]

      i. Certification of No Objection for Twenty Second Quarterly Application of Sills Cummis & Gross P.C. [Docket No. 6057; filed: 10/21/25]

Related Documents:

  A. Sixty-Fourth Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from October 1, 2024 through October 31, 2024 [Docket No. 5942; filed: 08/20/25]

      i. Certification of No Objection for Sixty-Fourth Monthly Application of Sills Cummis & Gross P.C. [Docket No. 5981; filed: 09/11/25]

  B. Sixty-Fifth Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from November 1, 2024 through November 30, 2024 [Docket No. 5943; filed: 08/20/25]

        i.    Certification of No Objection for Sixty-Fifth Monthly Application of Sills Cummis & Gross P.C. [Docket No. 5982; filed: 09/11/25]

    C.    Sixty-Sixth Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from December 1, 2024 through December 31, 2024 [Docket No. 5944; filed: 08/20/25]

        i.    Certification of No Objection for Sixty-Sixth Monthly Application of Sills Cummis & Gross P.C. [Docket No. 5983; filed: 09/11/25]

**III.    FOX ROTHSCHILD LLP (Delaware Counsel to the Official Committee of Unsecured Creditors)**

5.    Twenty-First Interim Application of Fox Rothschild LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period July 1, 2024 through September 30, 2024 [Docket No. 6005; filed: 09/19/25]

    i.    Certification of No Objection for Twenty-First Interim Fee Application of Fox Rothschild LLP [Docket No. 6049; filed: 10/14/25]

Related Documents:

    A.    Fifty Ninth Monthly Fee Application of Fox Rothschild LLP for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period July 1, 2024 through July 31, 2024 [Docket No. 5636; filed: 01/29/25]

        i.    Certification of No Objection for Fifty Ninth Monthly Fee Application of Fox Rothschild LLP [Docket No. 5665; filed: 02/21/25]

    B.    Sixtieth Monthly Fee Application of Fox Rothschild LLP for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period August 1, 2024 through August 31, 2024 [Docket No. 5646; filed: 02/14/25]

        i.    Certification of No Objection for Sixtieth Eighth Monthly Fee Application of Fox Rothschild LLP [Docket No. 5679; filed: 03/12/25]

    C.    Sixty First Monthly Fee Application of Fox Rothschild LLP for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period September 1, 2024 through September 30, 2024 [Docket No. 5647; filed: 02/14/25]

4

      i.    Certification of No Objection for Sixty First Monthly Fee Application of Fox Rothschild LLP [Docket No. 5680; filed: 03/12/25]

6. Twenty-Second Interim Application of Fox Rothschild LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period October 1, 2024 through December 31, 2024 [Docket No. 6006; filed: 09/19/25]

      i.    Certification of No Objection for Twenty-Second Interim Fee Application of Fox Rothschild LLP [Docket No. 6050; filed: 10/14/25]

Related Documents:

A. Sixty Second Monthly Fee Application of Fox Rothschild LLP for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period October 1, 2024 through November 30, 2024 [Docket No. 5878; filed: 07/16/25]

      i.    Certification of No Objection for Sixty Second Monthly Fee Application of Fox Rothschild LLP [Docket No. 5927; filed: 08/07/25]

B. Sixty Third Monthly Fee Application of Fox Rothschild LLP for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period December 1, 2024 through December 31, 2024 [Docket No. 5879; filed: 07/16/25]

      i.    Certification of No Objection for Sixty Third Monthly Fee Application of Fox Rothschild LLP [Docket No. 5928; filed: 08/07/25]

**IV.   BERKELEY RESEARCH GROUP, LLC (Financial Advisor to the Official Committee of Unsecured Creditors)**

7. Twelfth Interim Fee Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors During the Period from January 1, 2024 through December 31, 2024 [Docket No. 6010; filed: 09/23/25]

      i.    Certification of No Objection for Twelfth Interim Application of Berkeley Research Group, LLC [Docket No. 6059; filed: 10/21/25]

Related Documents:

A. Fifteenth Monthly Application of Berkeley Research Group, LLC Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors During the Period from January 1, 2024 through December 31, 2024 [Docket No. 5683; filed: 03/18/25]

   i. Certification of No Objection for Fifteenth Monthly Application of Berkeley Research Group, LLC [Docket No. 5716; filed: 04/10/25]