# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered)<br>**Re: Docket No. 6184** |

## NOTICE OF AMENDED[2] AGENDA FOR HEARING SCHEDULED FOR JANUARY 8, 2026 AT 10:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE MARY F. WALRATH, U.S. BANKRUPTCY COURT JUDGE

**THIS HEARING WILL BE CONDUCTED BY ZOOM. PARTIES AND WITNESSES ARE PERMITTED, BUT NOT REQUIRED, TO APPEAR IN PERSON. THE COURT HAS NO PREFERENCE.**

**To attend the hearing remotely, please register using the eCourt Appearances tool on the Court's Website at www.deb.uscourts.gov or click the below link:**
**https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl**

**Parties are required to register for the hearing no later than 4:00 p.m. (ET) one business day before the hearing. You must use your full name when logging into Zoom or you will not be allowed into the meeting.**

**After registering your appearance, you will receive a confirmation email. Zoom information will be sent out prior to the hearing.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] **All Amended Agenda items appear in bold.**

**RESOLVED MATTERS:**

1.    [**FILED UNDER SEAL**] Debtors' Fifteenth Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 6101; filed: 11/25/25]

    Response Deadline: December 16, 2025 at 4:00 p.m.

    Responses Received:

    A.    Response of Natasha Collins [Docket No. 6133; filed: 12/04/25]

    Related Documents:

    B.    [**REDACTED**] Debtors' Fifteenth Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 6102; filed: 11/25/25]

    C.    Declaration of Allen Wilen in Support of Debtors' Fifteenth Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 6102-3; filed: 11/25/25]

    D.    Order Sustaining Debtors' Fifteenth Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 6153; signed and docketed: 12/18/25]

    E.    Notice of Submission of Proofs of Claim [Docket No. 6155; filed: 12/18/25]

    Status: The Debtors and Ms. Collins have resolved the Debtors' objection to the Collins claims and Ms. Collins' response thereto in accordance with a separate stipulation that will be submitted to the Court in the short-term. As to all other claims subject to the claim objection, on December 18, 2025, the Court has entered an order sustaining the claim objection as to all other claims subject to the claim objection.

2.    Debtors' Motion for Entry of an Order Authorizing the Debtors to File under Seal the Unredacted Versions of (I) the Debtors' Fourteenth Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1, and (II) the Debtors' Fifteenth Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 6103; filed: 11/25/25]

    Response Deadline: December 9, 2025 at 4:00 p.m.

    Responses Received: None

Related Documents:

A. Certification of No Objection [Docket No. 6136; filed: 12/11/25]

B. Order Authorizing the Debtors to File under Seal the Unredacted Versions of (I) the Debtors' Fourteenth Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1, and (II) the Debtors' Fifteenth Omnibus Objection to Claims (Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 6141; signed and docketed: 12/12/25]

Status: On December 12, 2025, the Court entered an order approving this motion.

3. Twentieth Motion of the Debtors for Entry of an Order Further Extending the Time Period Within Which the Debtors May Remove Actions [Docket No. 6142; filed: 12/15/25]

Response Deadline: December 29, 2025 at 4:00 p.m.

Responses Received: None

Related Documents:

A. Certification of No Objection [Docket No. 6176; filed: 12/30/25]

B. Order Further Extending the Time Period Within Which the Debtors May Remove Actions [Docket No. 6179; signed and docketed: 01/02/26]

Status: On January 2, 2026, the Court entered an order approving this motion.

**ADJOURNED MATTER:**

4. [**FILED UNDER SEAL**] Debtors' Fourteenth Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 6099; filed: 11/25/25]

Response Deadline: December 16, 2025 at 4:00 p.m.; extended for Pennsylvania Association of Staff Nurses and Allied Professionals ("**PASNAP**") to January 16, 2026 at 4:00 p.m.

Responses Received:

A. Informal response from counsel to PASNAP related to Claim 1266 of Deborah Albee (the "**Albee Claim**")

Related Documents:

- B. [**REDACTED**] Debtors' Fourteenth Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 6100; filed: 11/25/25]

- C. Declaration of Allen Wilen in Support of Debtors' Fourteenth Omnibus Objection to Claims (Non-Substantive) Pursuant to Sections 502(b) and 503 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 6100-3; filed: 11/25/25]

- D. **[REDACTED]** Order Sustaining Debtors' Fourteenth Omnibus Objection to Claims (Non-Substantive) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 6151; signed and docketed: 12/18/25]

- E. **[FILED UNDER SEAL]** Order Sustaining Debtors' Fourteenth Omnibus Objection to Claims (Non-Substantive) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 6152; signed and docketed: 12/18/25]

- F. Notice of Submission of Proofs of Claim [Docket No. 6154; filed: 12/18/25]

Status: The Debtors and PASNAP have agreed to continue the hearing of the claim objection as it relates to the Albee Claim only to the February 25, 2026 omnibus hearing. As to all other claims subject to the claim objection, on December 18, 2025, the Court entered an order sustaining the claim objection as to all other claims subject to the claim objection.

**MATTER GOING FORWARD:**

5. Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for Entry of an Order (A) Approving the Adequacy of the Disclosure Statement, (B) Approving Solicitation Packages and Procedures, (C) Approving the Form of Ballot, (D) Setting Confirmation Hearing Date and Related Deadlines, and (E) Granting Related Relief [Docket No. 6107; filed: 12/02/25]

   Response Deadline: December 30, 2025 at 4:00 p.m.

   Responses Received:

   - A. Informal comments from the Office of the United States Trustee (the "**UST**")

   Related Documents:

   - B. Debtors' and Official Committee of Unsecured Creditors' Joint Amended Chapter 11 Plan of Liquidation [Docket No. 6105; filed: 12/02/25]

4

C.   Amended Disclosure Statement Relating to Debtors' and Official Committee of Unsecured Creditors' Joint Amended Chapter 11 Plan of Liquidation [Docket No. 6106; filed: 12/02/25]

D.   **Debtors' and Official Committee of Unsecured Creditors' Joint Second Amended Chapter 11 Plan of Liquidation [Docket No. 6186; filed: 01/07/26]**

E.   **Second Amended Disclosure Statement Relating to Debtors' and Official Committee of Unsecured Creditors' Joint Second Amended Chapter 11 Plan of Liquidation [Docket No. 6187; filed: 01/07/26]**

F.   **Notice of Filing of Further Revised Plan, Disclosure Statement and Voting Procedures Order [Docket No. 6188; filed: 01/07/26]**

**Status**: **This matter is going forward. The informal comments of the UST have been resolved through revisions made to the plan, disclosure statement and proposed form of voting procedures motion. On January 7, 2026, the Debtors and the Committee filed the revised plan, disclosure statement and revised proposed form of order.**

Dated: January 7, 2026            **SAUL EWING LLP**

By:   */s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
1735 Market Street, Suite 3400
Philadelphia, PA 19103
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for Debtors and Debtors in Possession*