# Exhibit "C"

## Preserved Causes of Action

1. Any and all Causes of Action or other rights to recovery or avoidance.

2. [Intentionally omitted].

3. [Intentionally omitted].

4. Any and all Causes of Action or other rights to recovery or avoidance against any Person listed in Part 2 (List Certain Transfers Made Before Filing for Bankruptcy) of any Debtor's Schedules arising under sections 544, 547, 548, 549, 550 and 551 of the Bankruptcy Code.

5. [Intentionally omitted].

6. Any and all Causes of Action or other rights to recovery or avoidance against any payor (including but not limited to any private insurers) and any Governmental Unit including but not limited to the Centers for Medicare & Medicaid Services, the Department of Health and Human Services, the City of Philadelphia, the Commonwealth of Pennsylvania, the State of Delaware, the State of New Jersey.

7. Any and all Causes of Action or other rights to recovery against STC OpCo, LLC.

8. Any and all Causes of Action or other rights to recovery against the Center for Neurological and Neurodevelopmental Health and any successors and assigns.

9. Any and all Causes of Action or other rights against and with respect to any insurance agreements, coverage, refunds, audits, retro-adjustments and the like.

10. Any and all Causes of Action or other rights against and/or with respect to HPP and/or the HPP Assets.

11. Any rights retained or reserved under the MOU and/or the Tenet Settlement Agreement.